FILED ENTERED
LODGED RECEIVED

DEC 1 4 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America | * | |
| | * | **15-2716 TJS** |
| v. | * Criminal No. _____ |
| | * | |
| Mohamed ELSHINAWY, | * | |
| a/k/a "Mojoe," a/k/a "Mo Jo" | * | |

*******

| | | |
|---|---|---|
| In the Matter of the Search of | * | **15-2717 TJS** |
| 335 McCann Street, Edgewood, Maryland | * Misc. No. _____ |
| | * | |

*******

| | | |
|---|---|---|
| In the Matter of the Search of | * | **15-2718 TJS** |
| Honda Accord bearing VIN | * Misc. No. _____ |
| 1HGCE6647TA019351 | * | |

*******

## MOTION TO SEAL COMPLAINT AND ARREST WARRANT AND RELATED SEARCH WARRANTS

The United States of America, by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Christine Manuelian, Assistant United States Attorney for said District, hereby moves this Court to order and direct that the criminal complaint, corresponding arrest warrant, and above-captioned search warrants filed today against the above-named defendant, along with their joint supporting affidavit, be SEALED for the following reasons:

The Federal Bureau of Investigation (FBI) is engaged in an ongoing investigation of the defendant. Should he or any of his associates become aware of the existence of the pending complaint and arrest and search warrants, it is likely that the defendant will attempt to elude arrest and flee the jurisdiction of the Court, and/or destroy any evidence relating to his ongoing criminal conduct. Sealing the warrants, criminal complaint and their joint supporting affidavit at this time

1

will insure the secrecy of the ongoing investigation and the ability of the law enforcement agents to effectuate the defendant's arrest.

WHEREFORE, it is respectfully requested that the above-captioned criminal complaint and related arrest warrant, and related search warrants, along with their joint supporting affidavit, as well as the instant motion and the Court's Order, be SEALED and remain sealed until such time as the defendant is arrested and brought before the Court for his initial appearance on the charges. It is also requested that the Clerk's Office be directed to provide a copy of this motion, the Court's order, the criminal complaint, arrest and search warrants, and supporting joint affidavit to the U.S. Attorney's Office.

Notwithstanding this Motion to Seal, the government requests authorization to leave a copy of the relevant search/seizure warrants, with attachments, at the locations to be searched.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Christine Manuelian
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
410/209-4852