**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **Criminal No. ELH-16-09** |
| **v.** | * | |
| | * | |
| **MOHAMED ELSHINAWY** | * | |

\*\*\*\*\*\*\*

**NOTICE OF INTENT TO USE**
**FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION**

The United States of America, by and through its undersigned counsel, hereby provides notice to the above-named defendant and to the Court, pursuant to 50 U.S.C. §1806(c) and 1825(d), that the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
Christine Manuelian
Kenneth S. Clark
Assistant United States Attorneys
36 S. Charles Street, 4th Floor
Baltimore, MD  21201
410-209-4800

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on June 24, 2016, the foregoing notice was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record for the defendant.

                                                                                         _____/s/_____
                                                                                         Kenneth S. Clark
                                                                                         Assistant United States Attorney