**U.S. Department of Justice**

United States Attorney
District of Maryland

| | | |
|---|---|---|
| Christine Manuelian<br>Assistant United States Attorney<br>Christine.Manuelian@usdoj.gov | Suite 400<br>36 S. Charles Street<br>Baltimore, MD 21201-3119 | DIRECT: 410-209-4852<br>MAIN: 410-209-4800<br>FAX: 410-962-9293 |

September 26, 2016

Honorable Ellen L. Hollander
United States District Judge
101 W. Lombard Street
Baltimore, MD  20201

*Approved.
ELH
USDJ
9/26/16*

    Re:    *United States v. Mohamed Elshinawy*
           Criminal No. ELH-16-09

Dear Judge Hollander:

    We are writing to request an additional week, to October 3, in which to complete and file the government's response to the defendant's motions to dismiss the indictment and to sever counts. We have been extremely busy with case-related matters and have not had sufficient time to devote to preparing the government's responsive pleading. This short delay should not adversely impact our scheduled motions hearing on November 10.

    We are in the process of conferring with Mr. Treem regarding the timing of the government's response to the defendant's FISA-related motion filed this past Friday. The National Security Division of the Department of Justice prepares and files any and all responsive pleadings to FISA-related motions. As soon as we hear back from Mr. Treem, we will file a separate motion to request sufficient time to submit the government's FISA-related responsive documents.

    Very truly yours,

    /s/
Christine Manuelian
Kenneth S. Clark
Assistant United States Attorneys

cc: (by ECF)
    Joshua Treem, Esquire
    Stuart Sims, Esquire
    Chelsea Crawford, Esquire