FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT** 17  PM 5: 5.7
**FOR THE DISTRICT OF MARYLAND**
CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | DEPUTY |
| **v.** | * | **Criminal No. ELH-16-09** |
| | * | |
| **MOHAMED ELSHINAWY** | * | |
| | ******* | |

### SPEEDY TRIAL ORDER

In accordance with matters discussed during a status conference with counsel for the government and the defendant on January 12, 2017, and at the request of defense counsel for an exclusion of time in computing the date by which the trial of the above-captioned matter must commence, in order that the ends of justice be served, the Court finds as follows:

On August 1, 2016, the Court issued an order excluding the period from November 7, 2016, through June 5, 2017, from the calculation of time in which trial of the instant matter must commence. As set forth in that order, the discovery in this case is voluminous. The significant number of electronic media and other records to be reviewed has placed a burden on the ability of the defendant's counsel to adequately digest the material in order to effectively counsel the defendant and prepare for trial. In addition, as represented by government counsel, the government recently received a significant amount of materials from authorities in the United Kingdom pursuant to a Mutual Legal Assistant Treaty request. The government is currently preparing those materials that are relevant to this case for discovery to counsel. Counsel will need additional time to review those materials. Finally, additional time is needed to resolve issues remaining with respect to the designation and hiring of experts necessary for all parties to proceed effectively at trial.

Given these issues, the Court, after having considered the factors listed in 18 U.S.C. §

3161(h)(7)(A) and (B), finds that the factors listed in §§ 3161(h)(7)(B)(i) and (ii) apply. For these reasons, it is hereby

ORDERED that in order to insure effective representation for the defendant, prevent a miscarriage of justice, assure sufficient time for defense counsel to adequately review discovery and prepare for trial, and to serve the best interests of justice, the trial of the instant matter will commence on October 23, 2017, and the time period running from June 5, 2017, the date set forth for commencement of trial in the Court's prior speedy trial order, to the revised date of trial shall be excluded from speedy trial calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

_____
Date

_____
Ellen L. Hollander
United States District Judge

2