U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 FEB 27   PM 5: 13

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. ELH-16-0009 |
| MOHAMED ELSHINAWY | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Consent Motion to Extend Date for Filing Defendant's Expert

Disclosures, it is this 27th day of Feb. March, 2017, by the United States District Court for the

District of Maryland:

ORDERED, that this Motion be, and hereby is, GRANTED.

FURTHER ORDERED that Defendant's Expert Disclosures shall be filed no later than

April 14, 2017.

_____
The Honorable Ellen L. Hollander
U.S. District Court for the District of Maryland