IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,
   *Plaintiff*,

v.

MOHAMED ELSHINAWY,
   *Defendant*.

Criminal No. ELH-16-0009

## ORDER

For the reasons set forth in the preceding Memorandum Opinion, it is this 20th day of March, 2017, ORDERED:

Defendant's Motion to Suppress FISA Evidence and Request for Production of FISA Materials (ECF 63) is DENIED.

/s/
Ellen L. Hollander
United States District Judge