# United States District Court
# District Of Maryland

Chambers of  
**Ellen Lipton Hollander**  
District Court Judge

101 West Lombard Street  
Baltimore, Maryland 21201  
410-962-0742

July 21, 2017

LETTER TO COUNSEL

     Re:    *United States of America v. Elshinawy*  
             Criminal No.: ELH-16-009

Dear Counsel:

    This will confirm and amplify the substance of our discussions during the telephone conference held on July 20, 2017. Based on our conversations, the schedule has been revised, as follows:

1. Counsel are directed to provide a status report by **August 7, 2017**.

2. By the close of business on **August 11, 2017**, counsel shall submit a jury questionnaire, joint if possible. Counsel may submit separately any proposed questions for which there is no agreement.

3. The Court will hold a hearing, if necessary, at **10:00 a.m. on September 8, 2017**, to discuss the proposed jury questionnaire. Arrangements should be made for the presence of the defendant.

4. Motions in limine are due by the close of business on **September 8, 2017**.

5. Proposed joint jury instructions, a proposed joint verdict sheet, and proposed joint voir dire were previously due by July 14, 2017. I ask that these submissions be made by **September 12, 2017**, consistent with the directions contained in paragraph 6 of ECF 99.

6. The Court will hold a hearing on motions in limine at **10:00 a.m. on October 6, 2017, to be followed by the pretrial conference**. If the defendant wishes to attend the pretrial conference, defense counsel must notify the Court, no later than two weeks prior to the hearing, so that arrangements can be made for the presence of a court reporter and the use of the courtroom during the pretrial conference.

7. Defense counsel are directed to arrange for a *Lafler* hearing with a magistrate judge, to be held immediately before reporting to chambers for trial on **October 23, 2017**.

      8.   All other dates, set forth in my letter of January 13, 2017 (ECF 99), remain in effect.

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

      Sincerely,

      /s/
Ellen Lipton Hollander
United States District Judge