# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. ELH-16-0009 |
| MOHAMED ELSHINAWY | * | |
| Defendant. | * | |

\* \* \* \* ooo0ooo \* \* \* \*

## ORDER

Having considered the Defendant's Motion to Modify Sentencing Order, it is this 1st day of September, 2017, by the United States District Court for the District of Maryland, ORDERED that the Sentencing Order is hereby modified as set forth below. Other than as specifically set out in this Order, all provisions of the August 15, 2017 Sentencing Order remain in effect.

1.    On or before September 26, 2017, the parties will designate any experts they intend to call as witnesses, with a summary of anticipated opinions and testimony, and the identification of evidence and exhibits, if any, upon which that opinion and testimony is based; and

2.    On or before October 10, 2017, the parties will (a) identify any other witnesses they intend to call at the evidentiary hearing and a synopsis of their anticipated testimony, (b) identify any exhibits relied upon by any witnesses, and (c) identify and provide to opposing counsel copies of an exhibit list and copies of any exhibits or evidence that may be offered at the hearing.

_____
The Honorable Ellen L. Hollander
United States District Judge