## United States District Court
## District Of Maryland

Chambers of  
**Ellen Lipton Hollander**  
District Court Judge

101 West Lombard Street  
Baltimore, Maryland 21201  
410-962-0742

October 23, 2017

LETTER TO COUNSEL

    Re:    *United States of America v. Elshinaway*  
           Criminal No.:  ELH-16-09

Dear Counsel:

    This will confirm the substance of our discussions during the telephone conference held on October 23, 2017.

    At the joint request of counsel, the pre-sentence evidentiary hearing, previously scheduled for October 24, 25, and 26, 2017, and the sentencing, previously set for November 28, 2017, have been postponed.  The evidentiary pre-sentencing hearing has been rescheduled for December 4, 2017 and December 5, 2017, beginning at 9:30 a.m.  If necessary, the matter will resume on December 11, 2017, beginning at 11:00 a.m.  Upon conclusion of the evidentiary presentation, the Court will proceed to sentencing.

    By October 30, 2017, the defense will provide the government with Dr. Sageman's report(s).  In accordance with the Sentencing Order (ECF 122), counsel shall submit simultaneous sentencing memoranda by the close of business on November 9, 2017, and simultaneous replies by the close of business on November 17, 2017.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                              Sincerely,

                              /s/  
                            Ellen Lipton Hollander  
                            United States District Judge