

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Stephen M. Schenning*  *36 South Charles Street*  DIRECT: 410-209-4859
*Acting United States Attorney*  *Fourth Floor*  MAIN: 410-209-4800
  *Baltimore, Maryland 21201*  FAX: 410-962-0717
*Kenneth S. Clark*    TTY/TDD: 410-962-4462
*Assistant United States Attorney*    Kenneth.Clark@usdoj.gov

November 2, 2017

**VIA ECF**

The Honorable Ellen L. Hollander
United States District Court
    for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    United States v. Elshinawy, No. ELH-16-009

Dear Judge Hollander:

      Earlier this week, and as promised during our last conference call with the Court, defense counsel provided a 24-page expert report from Dr. Sageman. An initial review of the substance of that report shows little change from the proposed opinions and bases outlined in the defendant's original expert disclosure and that were the basis for the Government's motion to strike. As a result, we still have serious concerns about the basis for and substance of Dr. Sageman's proposed opinions, and feel that they need to be tested by voir dire and cross-examination. In addition, we plan to call a rebuttal witness should Dr. Sageman be allowed to testify, and will provide the defense with a report from that witness in advance.

      We understand that the defendant plans to present Dr. Sageman at the sentencing hearing scheduled for December 4 and 5, 2017. We suggest that the Court hold the Government's motion to strike his testimony in abeyance until the Government has had the opportunity to examine Dr. Sageman at the hearing. At that time the Government, defense counsel, and the Court can determine the appropriate resolution to the pending motion.

   Of course, if you have any questions, or would like to arrange a conference call to discuss this further, please do not hesitate to contact us.

               Sincerely,

               __/s/_____
               Kenneth S. Clark
               Assistant United States Attorney