**BROWN GOLDSTEIN LEVY**

Joshua R. Treem
jtreem@browngold.com

November 7, 2017

**VIA CM/ECF**
The Honorable Ellen L. Hollander
United States District Court
For the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *United States v. Mohamed Elshinawy*
                Case No. ELH-16-0009

Dear Judge Hollander:

    I write in response to the Government's November 2, 2017 letter to the Court, in which the Government has raised "serious concerns" about the expert report of Dr. Marc Sageman.

    As we are sure Your Honor will recall, at the conclusion of the telephone conference held on October 20, 2017, we promised to provide a more complete disclosure of Dr. Sageman's opinions. On October 30, we provided a detailed report.[1]

    Without identifying anything specific in the report to which it objects, the Government continues to maintain that it will need to test Dr. Sageman's qualifications and the basis for any opinions through voir dire and cross-examination; in essence the Government wants to conduct a *Daubert* hearing. The Government has also requested that the Court hold its Motion to Strike Dr. Sageman's expert testimony in abeyance until after Dr. Sageman testifies on December 4 or 5. We will be filing a response tomorrow opposing the motion.

    More concerning, however, is the Government's unilateral declaration of its "plan" to call an unidentified expert, whose identity apparently will not be disclosed until the hearing. The scheduling order in this case was set in anticipation that all memoranda and expert reports would be presented to the Court by 5pm on November 17. Each party would have the opportunity, if they so chose, to cross examine the opposing expert on December 4 or 5.

    The Government has been on notice since October 2, 2017 that we intended to call Dr. Sageman. We provided his CV and a general description of his anticipated testimony. Since October 30, 2017, the Government has had his report. Identifying an expert and providing a report after November 17 is contrary to the terms and spirit in which the schedule in this case was set. The Government has had ample time to engage an expert and provide a description of

---

[1] Dr. Sageman's report will be filed under seal as an exhibit to this correspondence.

BROWN GOLDSTEIN & LEVY, LLP

Judge Ellen L. Hollander
November 7, 2017
Page 2

the rebuttal testimony it intends to present. Allowing the Government to wait until December 4 or 5 deprives the defense of any meaningful opportunity to prepare to meet that testimony.

      Under this Court's Local Rules Your Honor has the discretion to rule on motions without a hearing. There is no reason to wait until December 4. For the reasons to be stated in our response to the Government's motion, we request that Your Honor rule on the motion without a hearing as soon as possible and order the Government to identify any rebuttal expert witness and provide a report to defense counsel containing any opinions and the basis for them no later than 5pm on Tuesday November 14.

                      Respectfully submitted,

                          /s/

                      Joshua R. Treem

Enclosures

cc:    AUSA Christine Manuelian
       AUSA Kenneth Clark