

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Christine Manuelian*  
*Assistant United States Attorney*  
*Christine.Manuelian@usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4852*  
*MAIN: 410-209-4800*  
*FAX: 410-962-9293*

November 7, 2017

Honorable Ellen L. Hollander  
United States District Judge  
101 W. Lombard Street  
Baltimore, MD  20201

     Re:   *United States v. Mohamed Elshinawy*  
           Criminal No. ELH-16-0009

Dear Judge Hollander:

     We thought it would save time, prior to our conference call, to address some of the issues raised by defense counsel in their letter filed this afternoon.  We also have a scheduling issue that we need to raise with the Court.

     First, contrary to the defense suggestion, we have no intention of waiting until the hearing to provide them with information about a potential rebuttal witness.  After receiving the defense expert's report on October 30, 2017, only 8 days ago, we immediately contacted a number of potential rebuttal experts.  Although we will require some time to finalize an opinion and provide a report, we do not anticipate any issue providing a report to the defense by the time the responsive sentencing memos are due.  Of course, we are somewhat hampered by the issue we raised in our motion to strike, and our last letter to the Court: namely, that we still do not have specific information regarding the basis for the defense expert's testimony (other than the defendant's self-serving statements) or the methodology underlying his opinions.  As such, the rebuttal witness's testimony may be impacted by what Dr. Sageman actually says in court during the hearing.

     Second, we do not understand the concern raised by counsel regarding our request to hold the government's motion to strike in abeyance pending completion of testimony.  Defense counsel have already committed to having their expert testify and be subject to cross-examination.  Holding the motion in abeyance does not affect their ability to present their expert.  Moreover, there is no reason for the Court to rule on the motion at this point, if it can do so once it has had the opportunity to hear from Dr. Sageman.

     Lastly, with respect to scheduling – We should have our sentencing memo completed by the end of the day tomorrow for what we had planned to be a timely filing on Thursday.

Honorable Ellen L. Hollander
November 7, 2017
Page 2

Unfortunately, we are not allowed to file our memo until it has been reviewed and approved by the National Security Division at the Department of Justice. It is likely we will not obtain approval in one day. We do believe, however, that we should be able to obtain approval by close of business on Tuesday, November 14.

     As such, we would ask for the Court's indulgence in granting a short extension of time for filing of our sentencing memoranda to November 14th. Of course, we have no objection to the defense filing its memo at the same time. We propose that the same short extension apply to the parties' rebuttal submissions, which would extend the filing date to November 21, still almost two weeks prior to the hearing.

                                         Very truly yours,

                                         _____/s/_____
                                         Christine Manuelian
                                         Kenneth S. Clark
                                         Assistant United States Attorneys

cc: (by ECF)
     Joshua Treem, Esquire
     Stuart Sims, Esquire
     Chelsea Crawford, Esquire