IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. ELH-16-0009 |
| MOHAMED ELSHINAWY | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pending before the Court is Defendant, Mohamed Elshinawy's Motion for Leave to File Under Seal (ECF No. 130) and proposed sealed document (ECF No. 132).

Good cause having been shown, it is this 7th day of November, 2017, hereby ORDERED that the proposed sealed document is SEALED.

_Ellen L. Hollander_
The Honorable Ellen L. Hollander
United States District Judge