**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

November 8, 2017

LETTER TO COUNSEL

      Re:    *United States of America v. Elshinaway*
               Criminal No.: ELH-16-09

Dear Counsel:

      This will confirm that the Court held a telephone conference today with counsel. As you know, evidentiary sentencing hearings are scheduled for December 4, 2017, and December 5, 2017, with sentencing anticipated on December 11, 2017.

      During the conference, I discussed, *inter alia*, the government's motion to strike the testimony of Dr. Marc Sageman, pursuant to Fed. R. Evid. 702 and *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny. *See* ECF 125. I also addressed the flurry of recent correspondence from counsel. *See* ECF 129; ECF 130; ECF 133.

      Defense counsel provided Dr. Sageman's 24-page expert report to the government on October 30, 3017 – some nine days ago. *See* ECF 132; ECF 133. As a result, the government is now considering whether to call a rebuttal witness. If the government determines to present a rebuttal witness, it must provide promptly a report to the defense. However, I agree with the government that, until such time as it received Dr. Sageman's report, it could not determine whether it was necessary to obtain a rebuttal witness. In other words, the government has not been dilatory.

      Given the busy calendars of the Court and counsel, and the impending Thanksgiving holiday, there is no time for the Court to hold a *Daubert* hearing prior to December 4, 2017. Therefore, I will defer ruling on the government's motion to strike (ECF 125) until such time as Dr. Sageman has completed his testimony. Holding the motion to strike in abeyance seems to me the most efficient way to proceed at this late juncture. In effect, I will simultaneously hear expert witness testimony and testimony relevant to a *Daubert* hearing. I cannot discern any prejudice to the defense. Indeed, defense counsel has indicated that, if Dr. Sageman's testimony were stricken, it does not plan to obtain another expert. However, in the event that the Court should determine to strike the expert witness, I will entertain a request for the defense to obtain another expert.

      Finally, at the request of the government, because of its need to obtain approval from the Department of Justice for the filing of its sentencing memo, I will extend the date for the

simultaneous filing of sentencing memoranda until the close of business on Tuesday, November 14, 2017.  The simultaneous responses are due by the close of business on Tuesday, November 21, 2017.

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

              Sincerely,

              /s/
              Ellen Lipton Hollander
              United States District Judge