| KEY |
| --- |
| Money Transaction |
| Employment |
| Travel |
| Conversations |
| Social Media |
| Law Enforcement |
| Purchase |
| Misc. |

| Persons of Interest |
| --- |
| ME - Mohamed Elshinawy |
| TE - Tamer Elkhodary |
| MB - Mohamed El-Barbary |
| AS - Abdul Samad |
| AH - Ataul Haque |
| SS - Siful Sijan |
| JH - Junaid Hussain |
| AE - Amhed Elshinawy |
| RR - Rachel Rowe |
| Robert199 |
|  |
| FBI - Federal Bureau of Investigation |
| FPD - Federal Public Defender |

| Date | Participants | Event | Description | Account | Evidence |
|---|---|---|---|---|---|
| **2007** | | | | | |
| Dec | ME | Employment | Starts Employment at Harford News Services | | ME's Resume |
| **2008** | | | | | |
| Nov | ME | Employment | Ends Employment at Harford News Services | | ME's Resume |
| 11/27/2008 | ME | Travel | Travels to Egypt from US | | |
| **2009** | | | | | |
| Jan | ME | Employment | Starts Employment at Vodafone and Niletel | | ME's Resume |
| **2010** | | | | | |
| April | ME | Employment | Ends Employment at Vodafone and Niletel | | ME's Resume |
| 6/11/2010 | ME | Travel | Travels to US from Egypt | | |
| | ME | Employment | Starts Employment at Fuddlebucks | | ME's Resume |
| 6/12/2010 | ME | Social Media | Creates Paltalk Account | "Egypt in the USA" | Paltalk Subpoena |
| **2011** | | | | | |
| Feb | ME | Employment | Ends Employment at Fuddlebucks | | ME's Resume |
| 7/30/2011 | ME | Social Media | Creates EBay Account | "TheCheapmartOnline" | EBay Subpoena |
| 8/1/2011 | ME | Misc. | Registers Company as Limited Liability Company | "TheCheapmart, LLC." | MD A&T |
| 10/18/2011 | ME | Employment | Starts Employment at 7-Eleven | | 2/11/2016 Discovery GJ Records |
| **2012** | | | | | |
| 7/1/2012 | ME | Employment | Ends Employment at 7-Eleven | | 2/11/2016 Discovery GJ Records |
| 7/7/2012 | ME | Travel | Travels to Egypt from US | | |
| July | ME | Employment | Starts Employment at Stream Global Services | | ME's Resume |

| | | | | | |
|---|---|---|---|---|---|
| Nov | ME | Employment | Ends Employment at Stream Global Services | | ME's Resume |
| Nov | ME | Travel | Travels to US from Egypt | | |
| | ME<br>RR | Misc. | Marriage Between ME and RR | | |
| **2013** | | | | | |
| Jan | ME | Employment | Starts Employment at Pizza Bolis | | ME's Resume |
| Dec | ME | Employment | Ends Employment at Pizza Bolis | | ME's Resume |
| 12/1/2013 | ME | Money Transaction | Money Transfer via Western Union of $1,000.00 from Parents in Egypt | | Western Union Subpoena |
| 12/11/2013 | ME | Employment | Starts Employment at 7-Eleven | | 2/11/2016 Discovery GJ Records |
| 12/16/2013 | ME | Money Transaction | Money Transfer via Western Union of $1,000.00 from Parents in Egypt | | Western Union Subpoena |
| **2014** | | | | | |
| 1/18/2014 | ME<br>TE | Conversation | Conversation between Mohamed and Tamer | Facebook | TAMER_1-2 |
| 1/24/2014 | ME | Employment | Employment at 7-Eleven | | 2/11/2016 Discovery GJ Records |
| 3/1/2014 | ME | Employment | Starts Employment at Harford News Services | | 2/11/2016 Discovery GJ Records |
| 3/13/2014 | ME<br>TE | Conversation | Conversation between Mohamed and Tamer | Facebook | TAMER_90 |
| 9/10/2014 | ME | Money Transaction | Money Transfer via Western Union of $500.00 from Parents in Egypt | | Western Union Subpoena |
| 9/27/2014 | ME<br>TE | Conversation | Conversation between Mohamed and Tamer | Facebook | TAMER_255-261 |
| 10/6/2014 | ME<br>TE | Conversation | Conversation between Mohamed and Tamer | Facebook | TAMER_264-269 |
| 10/10/2014 | ME<br>TE | Conversation | Conversation between Mohamed and Tamer | Facebook | TAMER_272-290 |
| Dec | ME | Employment | Ends Employment at Harford News Services | | 2/11/2016 Discovery GJ Records |
| **2015** | | | | | |
| 2/17/2015 | ME<br>TE | Conversation | Conversation between Mohamed and Tamer | Facebook | Tamer 5-35 |
| 2/21/2015 | ME | Purchase | Walmart Purchase of T-Mobile Wireless Hot Spot Internet for $102.88 | | 9/9/16 Discovery (IB28) |

| Date | Parties | Type | Description | Platform | Source |
|---|---|---|---|---|---|
| 3/2/2015 | ME TE | Conversation | Conversation between Mohamed and Tamer | Facebook | Tamer_40-63 |
| 3/9/2015 | ME TE | Conversation | Conversation between Mohamed and Tamer | Facebook | Tamer_79-88 |
| 3/11/2015 | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_1-57 |
| 3/12/2015 | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_58-63 |
| 3/13/2015 | ME TE | Conversation | Conversation between Mohamed and Tamer | Facebook | Tamer_91-93 |
| 3/17/2015 | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_64-73 |
| 3/18/2015 | ME AS | Money Transaction | Failed MoneyGram Transaction of $1,500.00 | | 2/11/2016 Discovery GJ Records |
| | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_74-77 |
| 3/23/2015 | ME AH | Money Transaction | Money Transfer via PayPal for $1,500.00 (received $1,441.20) | | 2/11/2016 Discovery GJ Records |
| 3/29/2015 | ME TE | Conversation | Conversation between Mohamed and Tamer | Facebook | Tamer_105-106 |
| 3/31/2015 | ME | Purchase | Walmart Purchase of Pre-Paid Cell Phones and HP Laptop for $574.48 | | 2/11/2016 Discovery GJ Records/FBI 302 - (165-174) |
| 4/3/2015 | ME TE | Conversation | Conversation between Mohamed and Tamer | Facebook | Tamer_109-125 |
| 4/16/2015 | ME AH | Money Transaction | Money Transfer via PayPal for $1,000.00 (received $960.70) | | 2/11/2016 Discovery GJ Records |
| 4/21/2015 | ME TE | Conversation | Conversation between Mohamed and Tamer | Facebook | Tamer_142-180 |
| 4/22/2015 | ME TE | Conversation | Conversation between Mohamed and Tamer | Facebook | Tamer_181-192 |
| 4/24/2015 | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_83-85 |
| 4/25/2015 | ME TE | Conversation | Conversation between Mohamed and Tamer | Facebook | Tamer_194-208 |
| 4/27/2015 | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_114-153 |
| 5/1/2015 | ME AH | Money Transaction | Money Transfer via PayPal for $1,000.00 (received $960.70) | | 2/11/2016 Discovery GJ Records |
| 5/3/2015 | | Misc. | Texas Attack at Draw Muhammad Event | | |

| Date | Parties | Type | Description | Platform | Reference |
|---|---|---|---|---|---|
| 5/4/2015 | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_159-161 |
|  | ME | Purchase | Walmart Purchase of Rice/Pressure Cooker for $79.00 |  | FBI 302 - (165-174) |
| 5/11/2015 | ME | Purchase | Walmart Purchase of Window Air Conditioner for $126.00 |  | FBI 302 - (165-174) |
| 5/14/2015 | ME AH | Money Transaction | Money Transfer via PayPal for $3,000.00 (received $2,882.70) |  | 2/11/2016 Discovery GJ Records |
| 5/18/2015 | ME | Purchase | Walmart Purchase of Straight Talk Prepaid Cell Phones for $84.42 |  | FBI 302 - (165-174) |
| 5/19/2015 |  |  | Furniture Purchase at Price Busters |  | FBI 302 - (101-103) |
| 5/25/2015 | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_194-200 |
| 5/29/2015 | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_201-222 |
| 6/2/2015 | ME Robert199 | Conversation | Message exchange | SureSpot | TAMER_272-290 |
| 6/7/2015 | ME AH | Money Transaction | Money Transfer via PayPal for $1,200.00 (received $1,341.98) (False '*Drop Shipping*') |  | 2/11/2016 Discovery GJ Records |
|  | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_238-261 |
| 6/17/2015 | Misc. |  | Parents Arrive in US from Egypt for Ramadan Holiday |  |  |
| 6/20/2015 | ME | Misc. | Pulled over by Harford County Police for Suspicious Activity in Drug Area |  |  |
| 6/21/2015 | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_262-279 |
| 6/24/2015 | ME FBI | Law Enforcement | Physical Surveillance Starts |  | FBI 302 - (185-635) |
| 6/28/2015 | ME MB | Money Transaction | Money Transfer via Western Union for $1,000.00 |  | 2/11/2016 Discovery GJ Records |
|  | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_283-457 |
| 6/30/2015 | ME | Misc. | Pulled over by Harford County Police |  |  |
|  | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_461-462 |
| 7/8/2015 | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_463-467 |

| Date | Party | Category | Event | Platform | Reference |
|---|---|---|---|---|---|
| 7/1/2015 | ME | Social Media | Creates WhatsApp Account | x5095 | 2/11/2016 Discovery GJ Records |
| 7/11/2015 | | Misc. | Italian Consulate in Cairo, Egypt Bombed | | |
| 7/13/2015 | ME FBI | Law Enforcement | Trash Search | | FBI 302 - (80-96) |
| 7/14/2015 | ME TE | Conversation | Conversation between Mohamed and Tamer | Facebook | Tamer_249-250 |
| | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_468-472 |
| | | Misc. | Parents Leave US and Return to Egypt After Ramadan Holiday | | |
| 7/17/2015 | ME FBI | Law Enforcement | **Interview with FBI (Not Recorded), Laptops Taken for Search** | | **2/8/16 Discovery/ FBI 302 - (1-11 & 22-25)** |
| | | | **On-going Non-Substantive communications with Rodski via Text and Calling** | | |
| 7/20/2015 | ME FBI | Law Enforcement | **Recorded Interview with FBI, Laptops Returned** | | **2/8/16 Discovery/ FBI 302 - (12-16)** |
| 7/21/2014 | ME FBI | Law Enforcement | **Contact between FBI and Mohamed Via Texts** | | **FBI 302 - (17)** |
| 7/22/2015 | ME FBI | Law Enforcement | **Recorded Interview with FBI** | | **2/8/16 Discovery/ FBI 302 - (18)** |
| 7/27/2015 | ME FBI | Law Enforcement | **Recorded Interview with FBI** | | **2/8/16 Discovery/ FBI 302 - (19-20)** |
| 8/6/2015 | ME | Employment | Starts Employment at 7-Eleven | | 2/11/2016 Discovery GJ Records |
| 8/7/2015 | ME FBI | Law Enforcement | **On-going Non-Substantive communications with Rodski via Text and Calling** | | **2/8/16 Discovery/ FBI 302 - (19-20)** |
| 8/12/2015 | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_480-490 |
| 8/15/2015 | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_491-496 |
| 8/31/2015 | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_500-516 |
| 9/22/2015 | ME AE | Conversation | Conversation between Mohamed and Ahmed | Facebook | Ahmed_523-530 |
| 9/30/2015 | ME | Misc. | Pulled over by Harford County Police and Arrested for 'Driving with Suspended License' | | FBI 302 - (108-127) |
| 10/9/2015 | ME FBI | Law Enforcement | **Recorded Interview with FBI and Search of Home and Automobile** | | **2/8/16 Discovery/ FBI 302 - (21 & 39-45)** |

| Date | Party | Category | Event | | Source |
|---|---|---|---|---|---|
| 10/10/2015 | ME FBI | Law Enforcement | **On-going Non-Substantive communications with Rodski via Text and Calling** | | FBI 302 - (27-37) |
| 12/2/2015 | | Misc. | San Bernardino Attack | | |
| 12/10/2015 | AS | Law Enforcement | Arrest in UK, Search of Ibasctel and AS's home | | 2/1/17 Discovery |
| | ME | Employment | Ends Employment at 7-Eleven | | 2/11/2016 Discovery GJ Records |
| | | | Ends Employment at Harford News Services | | |
| 12/11/2015 | ME FBI | Law Enforcement | **Arrest of Defendant and Search of Defendant's Home/Vehicle** | | 2/8/16 Discovery/ FBI 302 - (52-53 & 55-59) |
| 12/14/2015 | ME FBI | Law Enforcement | Transfer to Courthouse in Custody of US Marshall | | FBI 302 - (54) |
| 12/22/2015 | ME | Law Enforcement | Detention Hearing | | Detention Hearing Transcript |
| **2016** | | | | | |
| 1/13/2016 | ME | Law Enforcement | Indictment Returned | | Docket No. 19 |