| | |
|---|---|
| Sent 2014-10-10 16:43:51 UTC | |
| Deleted | |
| Body ماشى | Ok |
| Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| Sent 2014-10-10 16:43:59 UTC | |
| Deleted | |
| Body انا عارف يمكن انت بتكتب | I know that you might be typing |
| Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| Sent 2014-10-10 16:45:43 UTC | |
| Deleted | |
| Body استخير الله وتعالى هنا شباب من عندك زى الفل | Ask for Allah's advice and come. There are some great guys in here from where you are. |
| Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| Sent 2014-10-10 16:45:56 UTC | |
| Deleted | |
| Body لا انا عايزك تقولى الواقع ايه | No, I want you to tell me about the real situation. |
| Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| Sent 2014-10-10 16:45:57 UTC | |
| Deleted | |
| Body تحب اخليهم يكلموك | Would you like me to have them call you[?] |
| Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| Sent 2014-10-10 16:46:05 UTC | |
| Deleted | |
| Body لاااااااااااااااااااااااااااا | No noooooooooooooooooooooooo |
| Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| Sent 2014-10-10 16:46:08 UTC | |
| Deleted | |
| Body اسمع بس | Just listen |
| Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| Sent 2014-10-10 16:46:11 UTC | |
| Deleted | |
| Body تستفسر منهم | You can ask them |
| Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |

| | |
|---|---|
| Sent 2014-10-10 17:02:55 UTC | |
| Deleted | |
| Body اى واحد مسافر لاى دوله مسلم بيتحقق معاه | Anyone traveling to a Muslim country is investigated |
| Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| Sent 2014-10-10 17:02:59 UTC | |
| Deleted | |
| Body لو مكنتش دولته | If it is not his own country. |
| Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| Sent 2014-10-10 17:03:02 UTC | |
| Deleted | |
| Body اوصل تركيا وانا بإذن الله هرتب لك كل حاجه | Just come to Turkey and, Allah willing, I will arrange everything for you. |
| Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| Sent 2014-10-10 17:03:10 UTC | |
| Deleted | |
| Body انت مش عارف الوضع هنا | You have no idea about the situation here. |
| Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| Sent 2014-10-10 17:03:15 UTC | |
| Deleted | |
| Body الناس مرعوبه | People are scared. |
| Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| Sent 2014-10-10 17:03:23 UTC | |
| Deleted | |
| Body رعب لم يحدث قبل ذلك | It has never been scary like that before. |
| Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| Sent 2014-10-10 17:03:36 UTC | |
| Deleted | |
| Body خلاص ان شاء الله | Ok, Allah willing. |
| Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| Sent 2014-10-10 17:04:00 UTC | |
| Deleted | |
| Body هذه بشرى النبى محمد نصرت بالرعب الله اكبر | This is Prophet Muhammad's good news; you are victorious through fear; Allah is great |
| Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |

**Tamer Facebook**                                   Pages 2327 to 2366                                                30

|     | A | B |
| --- | --- | --- |
| 1 | **Arabic** | **Translation   DRAFT** |
| 905 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 906 | محمد الشناوى ( 100001303475553 ) | Mohamed Elshinawy |
| 907 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 908 | Sent 2015-04-21 18:21:38 UTC | |
| 909 | IP 50.153.125.13 | |
| 910 | Deleted false | |
| 911 | Body الحمدلله انا لقيت مشروع الحياة بتاعى ان شاء الله | Thanks be to Allah,  I have found my dream project, Allah willing, |
| 912 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 913 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 914 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 915 | Sent 2015-04-21 18:22:09 UTC | |
| 916 | Deleted false | |
| 917 | Body وفقك الله لما يحب ويرضى | Allah will give you success if He wishes and approves |
| 918 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 919 | محمد الشناوى ( 100001303475553 ) | Mohamed Elshinawy |
| 920 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 921 | Sent 2015-04-21 18:22:12 UTC | |
| 922 | IP 50.153.125.13 | |
| 923 | Deleted false | |
| 924 | Body ده كان فعلا مؤرق عندى الحياة كده بدون ان يكون الاسلام هو المحرك الاساسى للحياة | It was a source of anxiety; life without Islam as the main drive for life |
| 925 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 926 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 927 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 928 | Sent 2015-04-21 18:22:20 UTC | |
| 929 | Deleted false | |
| 930 | Body خلى بالك من نفسك | Take care of yourself. |
| 931 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 932 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 933 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 934 | Sent 2015-04-21 18:22:38 UTC | |

**U.S.v. Elshinawy**  
**Criminal No. ELH-16-0009**

**FB CONVERSATIONS**  
**WITH TAMER ELKHODARY**  
**Defense Exhibit 2**

Case 1:16-cr-00009-ELH Document 138 Filed 11/14/17 Page 4 of 6

4

Tamer Facebook              Pages 2327 to 2366              56

| | A | B |
|---|---|---|
| 1 | **Arabic** | **Translation   DRAFT** |
| 1718 | IP 50.153.125.148 | |
| 1719 | Deleted false | |
| 1720 | Body انا كنت عايز اسألك .. هو تصنيع حاجه كده صغيرة وعليها كاتم صعبه ولا سهله | I wanted to ask you.. Is making a small thing with a silencer difficult or easy? |
| 1721 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1722 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1723 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1724 | Sent 2015-04-22 11:30:14 UTC | |
| 1725 | Deleted false | |
| 1726 | Body اكيد فى جاهز | Definitely, there is something ready. |
| 1727 | | |
| 1728 | | |
| 1729 | | |
| 1730 | | |
| 1731 | | |
| 1732 | | |
| 1733 | | |
| 1734 | | |
| 1735 | Facebook Business Record Page 2359 | |
| 1736 | Recipients | |
| 1737 | ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1738 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1739 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1740 | Sent 2015-04-22 11:30:28 UTC | |
| 1741 | Deleted false | |
| 1742 | Body شرا العبد ولا تربيته | It is much better to buy a slave than raising one. |
| 1743 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1744 | ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1745 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1746 | Sent 2015-04-22 11:30:39 UTC | |
| 1747 | IP 50.153.125.148 | |
| 1748 | Deleted false | |

Tamer Facebook                    Pages 2327 to 2366                                         61

| | A | B |
|---|---|---|
| 1 | **Arabic** | **Translation   DRAFT** |
| 1869 | محمد الشناوى ( 100001303475553 ) | Mohamed Elshinawy |
| 1870 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1871 | Sent 2015-04-22 11:35:12 UTC | |
| 1872 | IP 50.153.125.148 | |
| 1873 | Deleted false | |
| 1874 | Body هم لم الذل ونحن لنا النصر بأذن الله | Allah willing, the victory is for us, and humiliation is for them. |
| 1875 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1876 | محمد الشناوى ( 100001303475553 ) | Mohamed Elshinawy |
| 1877 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1878 | Sent 2015-04-22 11:35:27 UTC | |
| 1879 | IP 50.153.125.148 | |
| 1880 | Deleted false | |
| 1881 | Body بارك الله فيك | Allah bless you |
| 1882 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1883 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1884 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1885 | Sent 2015-04-22 11:35:35 UTC | |
| 1886 | Deleted false | |
| 1887 | Body بأذن الله | Allah willing. |
| 1888 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1889 | ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1890 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1891 | Sent 2015-04-22 11:35:57 UTC | |
| 1892 | IP 50.153.125.148 | |
| 1893 | Deleted false | |
| 1894 | Body انا داخل على تفرغ تام للموضوع وابشر ان شاء الله | ==I will completely dedicate my time for that matter, and Allah willing, all will be fine.== |
| 1895 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1896 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1897 | | |
| 1898 | | |

FB CONVERSATIONS
U.S.v. Elshinawy
Criminal No. ELH-16-0009

Do. TAMER ELKHODARY
Defense Exhibit 2

Case 1:16-cr-00009-ELH   Document 138-2   Filed 11/14/17   Page 6 of 6

6

|         |                                                              |
|---------|--------------------------------------------------------------|
| *Deleted* | *False*                                                    |
| *Body*    | May God keep you safe and make you useful.                 |
|         |                                                              |
| *Recipients* | *(100004675178304)* Tamer El Khodary                    |
|         | *(100001303475553)* Mohamed Elshinawy                       |
| *Author*  | *(100001303475553)* Mohamed Elshinawy                      |
| *Sent*    | 2015-04-26 16:36:02 UTC                                    |
| *IP*      | 50.153.126.22                                              |
| *Deleted* | *False*                                                    |
| *Body*    | You know that this matter has become the most important thing in my life. |
|         |                                                              |
| *Recipients* | *(100004675178304)* Tamer El Khodary                    |
|         | *(100001303475553)* Mohamed Elshinawy                       |
| *Author*  | *(100001303475553)* Mohamed Elshinawy                      |
| *Sent*    | 2015-04-26 16:36:13 UTC                                    |
| *IP*      | 50.153.126.22                                              |
| *Deleted* | *False*                                                    |
| *Body*    | I do what I can to follow what I am told.                  |
|         |                                                              |
| *Recipients* | *(100004675178304)* Tamer El Khodary                    |
|         | *(100001303475553)* Mohamed Elshinawy                       |
| *Author*  | *(100001303475553)* Mohamed Elshinawy                      |
| *Sent*    | 2015-04-26 16:36:19 UTC                                    |
| *IP*      | 50.153.126.22                                              |
| *Deleted* | *False*                                                    |
| *Body*    | Your supplications                                         |
|         |                                                              |
| *Recipients* | *(100001303475553)* Mohamed Elshinawy                   |

| Facebook Business Record | Page 2319 |
|--------------------------|-----------|

|         |                                                              |
|---------|--------------------------------------------------------------|
|         | *(100004675178304)* Tamer El Khodary                        |
| *Author*  | *(100004675178304)* Tamer El Khodary                       |
| *Sent*    | 2015-04-26 16:36:20 UTC                                    |
| *Deleted* | *False*                                                    |
| *Body*    | I swear by all Muslims' lives.                             |
|         |                                                              |
| *Recipients* | *(100001303475553)* Mohamed Elshinawy                   |
|         | *(100004675178304)* Tamer El Khodary                        |
| *Author*  | *(100004675178304)* Tamer El Khodary                       |
| *Sent*    | 2015-04-26 16:36:33 UTC                                    |
| *Deleted* | *False*                                                    |
| *Body*    | May Allah make your steps firm.                            |
|         |                                                              |
| *Recipients* | *(100004675178304)* Tamer El Khodary                    |
|         | *(100001303475553)* Mohamed Elshinawy                       |