U.S.v. Elshinawy
Criminal No. ELH-16-0009

FB CONVERSATIONS
WITH AHMED ELSHINAWY

Case 1:16-cr-00009-ELH   Document 138-5   Filed 11/14/17   Page 1 of 1
Defense Exhibit 5

| | | |
|---|---|---|
| | Facebook Business Record | Page 5203 |

| | |
|---|---|
| **Deleted** | false |
| **Body** | But it is neither the same picture you had in mind. |
| **Recipients** | Mohamed Elshinawy (100001303475553)<br>Abo Alkhair (100007347586608) |
| **Author** | Abo Alkhair (100007347586608) |
| **Sent** | 2015-05-29 12:50:24 UTC |
| **IP** | 79.170.55.127 |
| **Deleted** | false |
| **Body** | nor what they tried to convey to you. |
| **Recipients** | Abo Alkhair (100007347586608)<br>Mohamed Elshinawy (100001303475553) |
| **Author** | Mohamed Elshinawy (100001303475553) |
| **Sent** | 2015-05-29 12:50:38 UTC |
| **IP** | 77.234.41.135 |
| **Deleted** | false |
| **Body** | Okay, man. There is no might or power but by Allah. |
| **Recipients** | Abo Alkhair (100007347586608)<br>Mohamed Elshinawy (100001303475553) |
| **Author** | Mohamed Elshinawy (100001303475553) |
| **Sent** | 2015-05-29 12:50:52 UTC |
| **IP** | 77.234.41.135 |
| **Deleted** | false |
| **Body** | So, they are kind of bad, no nice but not too much. |
| **Recipients** | Abo Alkhair (100007347586608)<br>Mohamed Elshinawy (100001303475553) |
| **Author** | Mohamed Elshinawy (100001303475553) |
| **Sent** | 2015-05-29 12:50:53 UTC |
| **IP** | 77.234.41.135 |
| **Deleted** | false |
| **Body** | Hahaha. |
| **Recipients** | Abo Alkhair (100007347586608)<br>Mohamed Elshinawy (100001303475553) |
| **Author** | Mohamed Elshinawy (100001303475553) |
| **Sent** | 2015-05-29 12:50:59 UTC |
| **IP** | 77.234.41.135 |
| **Deleted** | false |
| **Body** | They are nice but not too much |
| **Recipients** | Mohamed Elshinawy (100001303475553)<br>Abo Alkhair (100007347586608) |
| **Author** | Abo Alkhair (100007347586608) |
| **Sent** | 2015-05-29 12:51:03 UTC |
| **IP** | 79.170.55.127 |
| **Deleted** | false |
| **Body** | I don't evaluate them. |
| **Recipients** | Mohamed Elshinawy (100001303475553)<br>Abo Alkhair (100007347586608) |
| **Author** | Abo Alkhair (100007347586608) |
| **Sent** | 2015-05-29 12:51:17 UTC |
| **IP** | 79.170.55.127 |
| **Deleted** | false |