| FBI BATES NUMBER | INVESTIGATION DATE | DESCRIPTION |
|---|---|---|
| 1135-1139 | 6/16/2015 | GJ Subpoena Records from Google for Surespot Acct "Robert199" |
| 60 | 6/24/2015 | Search of MVA and NCIC databases |
| 72-79 | 6/24/2015 | Open Source Reporting on Violance in Egypt |
| 128-133 | 6/24/2015 | Confirmation of Western Union Wire Collection on 6/28/15 |
| 134-140 | 6/24/2015 | Document GJ Results from Western Union on the 6/28/15 Transaction |
| 831 | 6/24/2015 | GJ Subpoena and Records from Western Union |
| 185-635 | 6/24/2015 | Surveillance of Defendant at 335 McCann St. on 06/24/15 to 12/11/15 |
| 61-63 | 6/25/2015 | Search for Defendant's Resume |
| 636-37 | 6/25/2015 | GJ Subpoena and Records from Yahoo |
| 639 | 6/25/2015 | GJ Subpoena and Records from Mircosoft |
| 640 | 6/25/2015 | GJ Subpoena and Records from Verizon Online |
| 641 | 6/25/2015 | GJ Subpoena and Records from Google |
| 642 | 6/25/2015 | GJ Subpoena and Records from Comcast |
| 1156-1157 | 6/25/2015 | GJ Subpoena from Google |
| 64-67 | 6/26/2015 | Howard County Police Department Records RAPID Database - Pawn Records |
| 638 | 6/26/2015 | GJ Subpoenas and Records from Verizon Wireless, Tracfone |
| 644 | 6/26/2015 | GJ Subpoena and Records from Equifax |
| 68-71 | 6/29/2015 | Pictures from M&T Deposit of $800.00 to Primary Acct and $200 Transfer other Acct |
| 141-146 | 6/29/2015 | Meeting with WalMart Manager James Dixon and Asset Protection Associate Jennifer Smith |
| 691-692 | 6/29/2015 | GJ Subpoena and Records from TMobile |
| 147-157 | 7/1/2015 | Meeting with WalMart Asset Protection Associate Jennifer Smith |

| | | |
|---|---|---|
| 158-161 | 7/1/2015 | Meeting with WalMart Electronics Sales Associate Scott Blevins |
| 643 | 7/1/2015 | GJ Subpoena and Records from Sprint |
| 645 | 7/1/2015 | GJ Subpoena and Records from Metro PCS |
| 646-647 | 7/7/2015 | GJ Subpoena and Records from Sprint |
| 648-649 | 7/7/2015 | GJ Subpoena and Records from Sprint |
| 650 | 7/8/2015 | GJ Subpoena and Records from Verizon FIOS |
| 162-164 | 7/13/2015 | Meeting with WalMart Co-Manager Tim Nance |
| 80-96 | 7/16/2015 | Search of Trash Pull of Dumpster |
| 1-11 | 7/17/2015 | 7/17/15 Interview with Defendant |
| 22--25 | 7/17/2015 | On-going Non-Substantive communications with Rodski via Text and Calling |
| 180-181 | 7/17/2015 | Duplicate of Hard Drive from Dell and HP |
| 182-184 | 7/17/2015 | Duplicate of Thumb Drive |
| 12-16 | 7/20/2015 | 7/20/15 Interview with Defendant |
| 17 | 7/21/2015 | 7/21/15 Contact with Defendant |
| 18 | 7/22/2015 | 7/22/15 Interview with Defendant |
| 653 | 7/23/2015 | GJ Subpoena and Records from PayPal (Ibacs) |
| 19-20 | 7/27/2015 | 7/27/15 Interview with Defendant |
| 38 | 7/30/2015 | Search Warrant for Defendant's Facebook Records |
| 745-755 | 7/31/2015 | Summary of Two YouTube videos Found on Defendant's Computer and Translations |
| 165-169 | 8/4/2015 | Phone Conversation with WalMart Asset Protection Associate Jennifer Smith |
| 97-99 | 8/6/2015 | ARC Records of Defendant's International Travel 2012-2013 |
| 26 | 8/7/2015 | On-going Non-Substantive communications with Rodski via Text and Calling |
| 100 | 8/11/2015 | Ibacs PayPal Records Disclosing Payments to Defendant via TheCheapMart LLC |

| | | |
|---|---|---|
| 170 | 8/11/2015 | Open Source Searches of WalMart Items |
| 654 | 8/17/2015 | GJ Subpoena and Records from Facebook |
| 661-662 | 8/17/2015 | GJ Subpoena and Records from Yahoo |
| 101-103 | 8/18/2015 | Interview of Mark Alpert, Manager of PriceBusters Furniture and Records |
| 104-107 | 8/31/2015 | Open Source Search for "TheCheapMart" on the State of Maryland Assessment and Taxation Website |
| 655 | 9/21/2015 | GJ Subpoena and Records from Bank ofAmerica |
| 656 | 9/21/2015 | GJ Subpoena and Records from FedEx |
| 108-127 | 9/30/2015 | Harford County Sheriff's Report of Defendant's Arrest from JTTF Rep TFO Joseph Martin |
| 657-660 | 10/6/2015 | GJ Subpoena and Records from Tmobile |
| 21 | 10/9/2015 | 10/09/15 Interview and Search of Defendants Home/Vehicle |
| 39-40 | 10/9/2015 | Search Warrant for Defendant's Home Located at 335 McCann Street |
| 41-43 | 10/9/2015 | Search Warrant for Defendant's Home Located at 335 McCann Street |
| 44-45 | 10/9/2015 | Search Warrant for Defendant's Vehicle - Honda Accord |
| 27-37 | 10/10/2015 | On-going Non-Substantive communications with Rodski via Text and Calling |
| 901-941 | 10/14/2015 | Telephone Interview with Jeffrey Jurist of Spy Associates and Records |
| 663-664 | 10/15/2015 | GJ Subpoena and Records from Yahoo |
| 665 | 10/15/2015 | GJ Subpoena and Records from Verizon Wireless |
| 171-174 | 10/16/2015 | Phone Conversation with WalMart Manager James Dixon |
| 732-734 | 10/16/2015 | Cryptologic and Electronic Analysis Unit (CEAU) Review of Eletronics |
| 1140-1142 | 10/16/2015 | GJ Subpoena from Doba |
| 46 | 10/19/2015 | Search Warrant for Tamer's Facebook Records |
| 722-724 | 10/19/2015 | Cryptologic and Electronic Analysis Unit (CEAU) Review of Eletronics |
| 668 | 10/22/2015 | GJ Subpoena and Records from Straight Talk Wireless a/k/a Tracfone |

| | | |
|---|---|---|
| 666-667 | 10/25/2015 | GJ Subpoena and Records from Verizon Wireless |
| 671 | 10/30/2015 | GJ Subpoena and Records from Verizon Wireless |
| 718-719 | 11/4/2015 | Cryptologic and Electronic Analysis Unit (CEAU) Review of Eletronics |
| 672-673 | 11/6/2015 | GJ Subpoena and Records from Google |
| 674-675 | 11/6/2015 | GJ Subpoena and Records from Google |
| 676 | 11/9/2015 | GJ Subpoena and Records from UPS |
| 677-678 | 11/10/2015 | GJ Subpoena and Records from Tracfone |
| 47 | 11/13/2015 | Search Warrant for Google emails |
| 682-683 | 11/27/2015 | GJ Subpoenas and Records from Ebay |
| 680-681 | 12/2/2015 | GJ Subpoenas and Records from Armstrong, Digital River and Google |
| 48 | 12/4/2015 | Search Warrant for Facebook Accounts |
| 49 | 12/4/2015 | Search Warrant for Facebook Accounts |
| 50 | 12/4/2015 | Search Warrant for Abo Alkhair's Facebook Account |
| 51 | 12/4/2015 | Search Warrant for Abo Omar El Masry's Facebook Account |
| 684 | 12/7/2015 | GJ Subpoenas and Records from Comcast |
| 52 | 12/11/2015 | Arrest of Defendant and and Search of Defendants Home/Vehicle |
| 53 | 12/11/2015 | Arrest of Defendant |
| 55-57 | 12/11/2015 | Search Warrant for Defendant's Home Located at 335 McCann Street |
| 58-59 | 12/11/2015 | Search Warrant for Defendant's Vehicle - Honda Accord |
| 54 | 12/14/2015 | Transportantion of Defendant Post-Arrest |
| 728-731 | 12/17/2015 | Cryptologic and Electronic Analysis Unit (CEAU) Review of Eletronics |
| 685 | 12/18/2015 | GJ Subpoenas and Records from DHL |
| 735-738 | 12/21/2015 | Cryptologic and Electronic Analysis Unit (CEAU) Review of Eletronics |

| | | |
|---|---|---|
| 826-828 | 12/21/2015 | GJ Subpoena and Records from Yahoo |
| 832 | 12/22/2015 | GJ Subpoena and Records from Tmobile |
| 725 | 12/23/2015 | Cryptologic and Electronic Analysis Unit (CEAU) Review of Eletronics |
| 1036-1039 | 12/29/2015 | Records Realted to DOD Announcement of Death of Siful Sujan |
| 686-690 | 1/8/2016 | GJ Subpoenas and Records from Digital River |
| 693-694 | 1/13/2016 | GJ Subpoena and Records from Tracfone |
| 695 | 1/13/2016 | GJ Subpoena and Records from TMobile |
| 726-727 | 1/13/2016 | Cryptologic and Electronic Analysis Unit (CEAU) Review of Eletronics |
| 720-721 | 1/14/2016 | Cryptologic and Electronic Analysis Unit (CEAU) Review of Eletronics |
| 696 | 1/21/2016 | GJ Subpoena and Records from 7-Eleven |
| 716 | 2/25/2016 | Supplemental Search Warrant for Gmail |
| 717 | 2/26/2016 | Search Warrant for Tamer and Brothers Facebook Accounts |
| 697-698 | 3/1/2016 | GJ Subpoena and Records from Amzon |
| 699-701 | 3/3/2016 | GJ Subpoena and Records from Sprint |
| 702-703 | 3/21/2016 | GJ Subpoena and Records from Comenity |
| 704-712 | 3/31/2016 | GJ Subpoena and Records from TMobile |
| 833 | 4/21/2016 | GJ Subpoena and Records from Bill Murphy from BigCommerce |
| 715 | 4/25/2016 | GJ Subpoena and Records from Kik |
| 834 | 4/25/2016 | GJ Subpoena and Records from Incorp Services |
| 651-652 | 4/27/2016 | GJ Subpoena and Records from M&T Bank |
| 714 | 5/2/2016 | GJ Subpoena and Records from Straight Talk Wireless a/k/a Tracfone |
| 669-670 | 5/3/2016 | GJ Subpoena and Records from Google |
| 837 | 5/11/2016 | GJ Subpoena and Records from Facebook |

| | | |
|---|---|---|
| 835 | 5/12/2016 | GJ Subpoena and Records from Google |
| 679 | 5/13/2016 | GJ Subpoena and Records from Google |
| 713 | 5/13/2016 | GJ Subpoena and Records from Incorp |
| 836 | 5/16/2016 | GJ Subpoena and Records from Stripe |
| 766 | 5/25/2016 | GJ Subpoena and Records from WhatsApp |
| 767 | 7/28/2016 | GJ Subpoena and Records from Google |
| 768 | 8/3/2016 | GJ Subpoena from WhatsApp and GJ Subpoena and Records from Twitter |
| 771-772 | 9/19/2016 | GJ Subpoena and Records from Google |
| 769 | 9/26/2016 | GJ Subpoena and Records from Sprint |
| 829 | 10/11/2016 | GJ Subpoena and Records from Western Union |
| 1040-1052 | 10/11/2016 | Records and Emails from TekGear |
| 830 | 10/14/2016 | GJ Subpoena and Records from Google |
| 942-1034 | 10/18/2016 | Telephone Interview with Cris Ronald Owner of Eggtimer Rocketry and Records |
| 770 | 10/24/2016 | GJ Subpoena and Records from Facebook |
| 890 | 10/31/2016 | Maddox Jets Records of Plans for a Cyclone 50 Pulsejet Engine |
| 1053-1067 | 11/8/2016 | Records and Emails from TekGear |
| 774 | 11/9/2016 | GJ Subpoena and Records from Amazon |
| 776 | 11/9/2016 | GJ Subpoena and Records from Ebay |
| 756-764 | 11/14/2016 | LinkedIn Records |
| 900 | 11/15/2016 | Telephone Conversation with Terry Walsh from MoneyGram Regarding Failed Transfer |
| 1122-1126 | 11/16/2016 | GJ Subpoena for Softlayer Technologies, Jeffrey Teneyck Abuse Administrator |
| 891-899 | 11/18/2016 | Emails from Maddox Jets |
| 765 | 11/29/2016 | GJ Subpoena and Records from NetSpend |

| | | |
|---|---|---|
| 782 | 11/29/2016 | GJ Subpoena and Records from TNT |
| 739 | 11/30/2016 | Sept 2016 Search Warrant for 2nd Facebook Account for Tamer |
| 773 | 11/30/2016 | GJ Subpoena and Records from Google |
| 775 | 12/1/2016 | GJ Subpoena and Records from PayPal |
| 740-741 | 12/9/2016 | Receipt of Search Warrant Results for Google, Twitter and Skype Associated with UK Investigation |
| 777 | 12/14/2016 | GJ Subpoena and Records from LinkedIn |
| 788 | 12/16/2016 | Search Warrant Results from Twitter |
| 778-779 | 12/19/2016 | GJ Subpoena and Records from DropBox |
| 780 | 12/23/2016 | Search Warrant Results from Facebook |
| 781 | 12/29/2016 | GJ Subpoena and Records from Facebook |
| 744 | 1/12/2017 | Pictures and Videos from Defendant's Computer Media (IB83) |
| 842 | 1/16/2017 | Forensic Analysis and Processing of Derivative Evidence from Defendant's Electronics |
| 839 | 1/18/2017 | Forensic Analysis and Processing of Derivative Evidence from Defendant's Cell Phones and SIM Cards |
| 840-841 | 1/27/2017 | Forensic Analysis and Processing of Derivative Evidence from Defendant's Electronics |
| 787 | 2/2/2017 | Search Warrant Results from Google |
| 785 | 2/17/2017 | GJ Subpoenas and Records from Ebay, GreenDot and Google |
| 784 | 3/8/2017 | GJ Subpoena and Records from Amazon |
| 786 | 3/8/2017 | GJ Subpoena and Records from Facebook |
| 1143-1145 | 3/14/2017 | Telephone Interview of Amelia Kani PayPal's Global Law Enforcement Office Relationship |
| 742-743 | 3/20/2017 | Receipt of Search Warrant Results for Google |
| 877-884 | 3/30/2017 | Telephone Interview with Andreas Kraft from Andreas Kraft Modellsport and Records |
| 843-857 | 4/1/2017 | Email Interview with Juan Simo from Circular Wireless and Records |
| 885-889 | 4/3/2017 | Email Interview with Andreas Kraft from Andreas Kraft Modellsport and Records |

| | | |
|---|---|---|
| *858-76* | *4/5/2017* | *Email Interview with Juan Simo from Circular Wireless and Records* |
| *789* | *4/11/2017* | *Search Warrant Results from Skype* |
| *783* | *4/21/2017* | *GJ Subpoena and Records from EverNote* |
| *825* | *4/24/2017* | *YouTube Videos Reviewed by Analyst Taken From the Defendant's Laptop* |
| *838* | *4/24/2017* | *YouTube Videos Reviewed by Analyst Taken From the Defendant's Laptop* |
| *1127* | *5/25/2017* | *GJ Subpoena for UPS, Wells Fargo and Midphase.com* |
| *1030* | *5/31/2017* | *Search Warrant for Tamer's 2014 Facebook Accounts* |
| *1129* | *6/2/2017* | *Telephone Interview with Jeff Hoover President of Javelin Logistics/Hobby King* |
| *1146-1154* | *6/15/2017* | *Analysis of Hobby King Records* |
| *1130-1134* | *6/15/2017* | *GJ Subpoena Records for Javelin Logistics* |
| *1068-1121* | *8/1/2017* | *Email Interview with Tony Havlka, President of Tek Gear, Inc., Records from Search* |
| *1155* | *10/2/2017* | *Interview of Jason Pink from Surepot* |
| *1158-1163* | *10/19/2017* | *GJ Subpoena and Emails from Stripe* |

| Key |
|---|
| Dates Prior to 7-17-15 |