| Chart Key |
|---|
| Social Media - Google Hangouts, Facebook, Email, Skype, Threema |
| Purchase - Related Events |
| Log-Ins |
| Encrypted Apps - Surespot, Telegram |
| Money Transactions |
| **Web Searches, Downloads, News Media** |
| Military/Law Enforcement Action |
| Miscellaneous |

|    | Social Media | | Purchases | | Log-Ins | | Encrypted Apps | | Money Transactions | | Web Searches | | Military | | Misc. | |
|----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2  | 5 | *3* | 1 | *0* | 1 | *0* | **0** | *0* | 0 | *0* | 1 | *0* | **0** | *0* | 1 | *0* |
| 3  | 1 | *1* | 2 | *0* | 0 | *0* | **0** | *0* | 2 | *0* | 0 | *0* | **0** | *0* | 0 | *0* |
| 4  | 2 | *0* | 3 | *0* | 0 | *0* | **0** | *0* | 0 | *0* | 0 | *0* | **0** | *0* | 0 | *0* |
| 5  | 1 | *1* | 3 | *0* | 1 | *0* | **0** | *0* | 1 | *0* | 0 | *0* | **0** | *0* | 0 | *0* |
| 6  | 2 | *2* | 0 | *0* | 0 | *0* | **7** | *0* | 0 | *0* | 0 | *0* | **0** | *0* | 0 | *0* |
| 7  | 2 | *0* | 0 | *0* | 0 | *0* | **4** | *0* | 2 | *0* | 0 | *0* | **0** | *0* | 0 | *0* |
| 8  | 3 | *0* | 0 | *0* | 0 | *0* | **2** | *0* | 2 | *2* | 0 | *0* | **0** | *0* | 0 | *0* |
| 9  | 0 | *0* | 4 | *1* | 0 | *0* | **3** | *0* | 0 | *0* | 0 | *0* | **0** | *0* | 0 | *0* |
| 10 | 1 | *1* | 1 | *1* | 1 | *0* | **4** | *0* | 1 | *1* | 0 | *0* | **0** | *0* | 0 | *0* |
| 11 | 4 | *4* | 0 | *0* | 0 | *0* | **4** | *0* | 1 | *1* | 0 | *0* | **0** | *0* | 0 | *0* |
| 12 | 0 | *0* | 3 | *0* | 0 | *0* | **3** | *0* | 1 | *1* | 0 | *0* | **0** | *0* | 0 | *0* |
| 13 | 2 | *2* | 0 | *0* | 0 | *0* | **9** | *1* | 0 | *0* | 0 | *0* | **0** | *0* | 0 | *0* |
| 14 | 0 | *0* | 0 | *0* | 0 | *0* | **6** | *0* | 1 | *1* | 0 | *0* | **0** | *0* | 0 | *0* |
| 15 | 2 | *0* | 2 | *0* | 0 | *0* | **5** | *0* | 0 | *0* | 1 | *1* | **0** | *0* | 0 | *0* |
| 16 | 1 | *0* | 2 | *1* | 0 | *0* | **9** | *1* | 1 | *1* | 0 | *0* | **0** | *0* | 0 | *0* |
| 17 | 0 | *0* | 2 | *0* | 0 | *0* | **6** | *0* | 0 | *0* | 4 | *4* | **0** | *0* | 0 | *0* |
| 18 | 2 | *1* | 0 | *0* | 0 | *0* | **2** | *0* | 1 | *0* | 3 | *3* | **2** | *2* | 1 | *0* |
| 19 | 2 | *0* | 2 | *0* | 0 | *0* | **5** | *0* | 0 | *0* | 0 | *0* | **0** | *0* | 1 | *0* |
| 20 | 1 | *0* | 0 | *0* | 0 | *0* | **8** | *0* | 0 | *0* | 0 | *0* | **0** | *0* | 0 | *0* |
| 21 | 1 | *1* | 0 | *0* | 0 | *0* | **6** | *0* | 0 | *0* | 4 | *4* | **0** | *0* | 0 | *0* |
| 22 | 2 | *0* | 1 | *0* | 0 | *0* | **4** | *0* | 0 | *0* | 1 | *1* | **1** | *0* | 0 | *0* |
| 23 | 3 | *1* | 0 | *0* | 2 | *0* | **0** | *0* | 0 | *0* | 4 | *4* | **0** | *0* | 0 | *0* |
| 24 | 5 | *0* | 1 | *0* | 0 | *0* | **0** | *0* | 0 | *0* | 1 | *1* | **0** | *0* | 0 | *0* |
| 25 | 2 | *0* | 3 | *0* | 1 | *0* | **0** | *0* | 0 | *0* | 2 | *2* | **0** | *0* | 0 | *0* |
| 26 | 3 | *0* | 0 | *0* | 0 | *0* | **0** | *0* | 0 | *0* | 7 | *1* | **0** | *0* | 0 | *0* |
| 27 | 0 | *0* | 0 | *0* | 0 | *0* | **0** | *0* | 0 | *0* | 11 | *3* | **0** | *0* | 0 | *0* |
| 28 | 1 | *0* | 0 | *0* | 0 | *0* | **0** | *0* | 0 | *0* | 3 | *3* | **3** | *1* | 0 | *0* |
|    | **48** | *17* | **30** | *3* | **6** | *0* | **87** | *2* | **13** | *7* | **42** | *27* | **6** | *3* | **3** | *0* |



**Calculation of Total Elshinawy - Related Events**

|  | No. | % |
|---|---|---|
| Total Events | 235 | 100% |
| Unrealted to Mohamed | 177 | 75% |
| Related to Mohamed | 59 | 25.11% |



**Calculation of Relevant Elshinawy - Related Events**

|  | No. | % |
|---|---|---|
| Total Events | 235 | 100% |
| Unrealted to Mohamed | 223 | 95% |
| Related to Mohamed | 12 | 5.11% |