| Defendant's Name | Sentence (yrs) | Supervised Release | Charges | Plea/Judgement | Cooperation Y/N | Case Number |
|---|---|---|---|---|---|---|
| Alexander Blair | 1.25 | 2 | 18 U.S.C. 2; 18 U.S.C. 371 | 18 U.S.C. 2; 18 U.S.C. 371 | Y | 5:15-cr-40031 |
| Abdullahi Yusuf | 2 | 20 | 18 U.S.C. 2339B(a)(1) | 18 U.S.C. 2339B(a)(1) | | 0:15-cr-00046 |
| Abdirizak Mohamed Warsame | 2.5 | 20 | 18 U.S.C. 2339B(a)(1) | 18:2339B(a)(1) | | 0:16-cr-00037 |
| Jasminka Ramic | 3 | 3 | 18 U.S.C. 2339(A) | 18 U.S.C. 371 | | 4:15-cr-00049 |
| Robert Blake Jackson | 3 | 3 | 18 U.S.C. 1001 | 18 U.S.C. 1001 | Y | 16-cr-00070 |
| Abdul Raheem Habil Ali-Skelton | 3 | 3 | 18 U.S.C. 1001(a)(2) | 18 U.S.C. 1001(a)(2) | | 16-cr-00077 |
| Bilal Abood | 4 | 3 | 18 U.S.C. 1001 | 18 U.S.C. 1001 | | 3:15-cr-00256 |
| Mohammed Hamzah Khan | 4 | 20 | 18 U.S.C. 2339B(a)(1) | 18 U.S.C. 2339B(a)(1) | Y | 1:14-cr-00564 |
| Shannon Maureen Conley | 4 | 3 | 18 U.S.C. 2339B; 18 U.S.C. 371 | 18 U.S.C. 2339B; 18 U.S.C. 371 | Y | 1:14-cr-00163 |
| Heather Elizabeth Coffman | 4.5 | 3 | 18 U.S.C. 1001(a) | 18 U.S.C. 1001(a) | | 3:15-cr-00016 |
| Michael Todd Wolfe a/k/a Faruq | 7 | 5 | 18 U.S.C. 2339B | 18 U.S.C. 2339B | | 1:14-cr-00213 |
| Mohamad Saeed Kodaimati | 8 | 3 | 18 U.S.C. 1001(a)(2) | 18 U.S.C. 1001(a)(2) | | 3:15-cr-01298 |
| Avin Marsalis Brown a/k/a Musa Brown | 8 | 5 | 18 U.S.C. 2339A | 18 U.S.C. 2339A | | 5:14-cr-00058 |
| Muhammad Oda Dakhlalla | 8 | 15 | 18 U.S.C. 2339B(a)(1) | 18 U.S.C. 2339B(a)(1) | | 1:15-cr-00098 |
| Keonna Thomas a/k/a Fatayat Al Khilafah a/k/a YoungLioness | 8 | 10 | 18 U.S.C. 2339(A) | 18 U.S.C. 2339(B) | | 2:15-cr-00171 |
| Haris Qamar | 8.5 | 20 | 18 U.S.C. 2339B | 18 U.S.C. 2339B | | 1:16-cr-00227 |
| Joseph Hassan Farrokh | 8.5 | 10 | 18 U.S.C. 2339B | 18 U.S.C. 2339B | Y | 1:16-cr-00020 |
| Akba Jihad Jordan | 9 | 5 | 18 U.S.C. 2339A | 18 U.S.C. 2339A | | 5:14-cr-00058 |
| Miguel Diaz a/k/a Aziz Al Hariri | 10 | 3 | 18 U.S.C. 922(g)(1) | 18 U.S.C. 922(g)(1) | N | 1:15-cr-20264 |
| Hamza Naj Ahmed | 10 | 20 | 18 U.S.C. 2339B(a)(1); 18 U.S.C. 1001; 20 U.S.C. 1097(a) | 18 U.S.C. 2339B(a)(1); 20 U.S.C. 1097(a) | | 0:15-cr-00049 |
| Adnan Abdihamid Farah | 10 | 20 | 18 U.S.C. 2339B(a)(1) | 18 U.S.C. 2339B(a)(1) | | 0:15-cr-00049 |
| Zacharia Yusuf Abdurahman | 10 | 20 | 18 U.S.C. 2339B(a)(1) | 18 U.S.C. 2339B(a)(1) | | 0:15-cr-00049 |
| Hanad Mustafe Musse a/k/a Manad Mustofe Musse | 10 | 20 | 18 U.S.C. 2339B(a)(1); 20 U.S.C. 1097(a) | 18 U.S.C. 2339B(a)(1) | | 0:15-cr-00049 |
| Joshua Ray Van Haften | 10 | Life | 18 U.S.C. 2339B(a)(1) | 18 U.S.C. 2339B(a)(1) | | 3:15-cr-00037 |
| Yusuf Wehelie | 10 | 3 | 18 U.S.C. 922(g)(1) | 18 U.S.C. 922(g)(1) | | 1:16-cr-00162 |
| Mahmoud Amin Mohamed Elhassan | 11 | 10 | 18 U.S.C. 2339B & 2; 18 U.S.C. 1001 | 18 U.S.C. 2339B & 2; 18 U.S.C. 1001 | | 1:16-cr-00064 |
| Mohamed Bailor Jalloh | 11 | 5 | 18 U.S.C. 2339B(a)(1) | 18 U.S.C. 2339B(a)(1) | Y | 1:16-cr-00163 |
| Ali Shukri Amin | 12 | Life | 18 U.S.C. 2339B | 18 U.S.C. 2339B | Y | 1:15-cr-00164 |
| Nicholas Michael Teausant | 12 | 25 | 18 U.S.C. 2339B(a)(1) | 18 U.S.C. 2339B(a)(1) | Y | 2:14-cr-00087 |
| Jaelyn Delshaun Young | 12 | 15 | 18 U.S.C. 2339B(a)(1) | 18 U.S.C. 2339B(a)(1) | | 1:15-cr-00098 |

| Defendant's Name | Sentence (yrs) | Supervised Release | Charges | Plea/Judgement | Cooperation Y/N | Case Number |
|---|---|---|---|---|---|---|
| Alaa Saadeh | 15 | Life | 18 U.S.C. 2339B(a)(1);<br>18 U.S.C. 2339B(a)(1) and (2); 18 U.S.C. 1512(b)(3) | 18 U.S.C. 2339B(a)(1)<br>18 U.S.C. 2339B(d) | | 2:15-cr-00558 |
| Leon Nathan Davis III<br>a/k/a Abdul Wakil Al Amreke<br>a/k/a Abu Hurairah Al Amreekee | 15 | Life | 18 U.S.C. 922(g)(1);<br>18 U.S.C. 2339B | 18 U.S.C. 2339B;<br>18 U.S.C. 2339B(a)(1) | Y | 1:15-cr-00059 |
| Adam Dandach<br>a/k/a Fadi-Fadi Dandach | 15 | Life | 18 U.S.C. 2339B(a)(1);<br>18 U.S.C. 1542;<br>18 U.S.C. 1512(c)(1) | 18 U.S.C. 2339B(a)(1);<br>18 U.S.C. 1542 | | 8:14-cr-00109 |
| Abdurasul Hasanovich Juraboev | 15 | 0 | 18 U.S.C. 2339B(a)(1) | 18 U.S.C. 2339B(a)(1) | | 1:15-cr-00095 |
| Tarek Mehanna | 17.5 | 7 | 18 U.S.C.2339B;<br>18 U.S.C. 2339A;<br>18 U.S.C. 2339A;<br>18 U.S.C. 956;<br>18 U.S.C. 371;<br>18 U.S.C. 1001(a)(2) | 18 U.S.C.2339B;<br>18 U.S.C. 2339A;<br>18 U.S.C. 2339A;<br>18 U.S.C. 956;<br>18 U.S.C. 371;<br>18 U.S.C. 1001(a)(2) | N | 1:09-cr-10017 |
| Emanuel L. Lutchman | 20 | 50 | 18 U.S.C. 2339B(a)(1) | 18 U.S.C. 2339B(a)(1) | | 6:16-cr-06071 |
| Ardit Ferizi<br>a/k/a Th3Dir3ctorY | 20 | 10 | 18 U.S.C.2339B;<br>18 U.S.C. 1028;<br>18 U.S.C. 1030 | 18 U.S.C.2339B;<br>18 U.S.C. 1030(a)(2)(C) & (c)(2)(ii) | Y | 1:16-cr-00042 |
| Munir Abdulkader | 20 | Life | 18 U.S.C. 2339B;<br>18 U.S.C. 1114;<br>18 U.S.C. 924(c) | 18 U.S.C. 2339B;<br>18 U.S.C. 1114;<br>18 U.S.C. 924(c) | | 1:16-cr-00019 |
| Terrence Joseph McNeil | 20 | 6 | 18 U.S.C. 373(a) | 18 U.S.C. 373(a) | | 5:15-cr-00446 |
| Mohamad Jamal Khweis | 20 | 10 | 18 U.S.C 2339B | 18 U.S.C 2339B<br>18 U.S.C 924(c)1)(A) | N | 1:16-cr-00143 |
| Donald Ray Morgan<br>a/k/a Nasser Abdul Raheem | 20.25 | 3 | 18 U.S.C. 922(g);<br>18 U.S.C. 924(a)(2);<br>18 U.S.C. 2339B(a)(1) | 18 U.S.C. 922(g);<br>18 U.S.C. 924(a)(2);<br>18 U.S.C. 2339B(a)(1) | | 1:14-cr-00194 |
| Jonas Edmonds | 21 | 20 | 18 U.S.C. 2339B(a)(1);<br>18 U.S.C. 1001(a)(2) | 18 U.S.C. 2339B(a)(1);<br>18 U.S.C. 1001(a)(2) | | 1:15-cr-00149 |
| Mufid A Elfgeeh | 22.5 | 27.5 | 18 U.S.C.2339A.;<br>18 U.S.C. 1113.F;<br>18 U.S.C.924C.F;<br>26 U.S.C. 5841.F | 18 U.S.C. 2339B(a)(1) | | 6:14-cr-06147 |
| Abdul Malik Abdul Kareem<br>a/k/a Decarus Thomas | 30 | Life | 18 U.S.C. 371;<br>18 U.S.C. 924(b) & (2);<br>18 U.S.C. 1001(a)(2);<br>18:922(g)(1);<br>18:2339B, (a)(1) & (g)(6) | 18 U.S.C. 371;<br>18 U.S.C. 924(b) & (2);<br>18 U.S.C. 1001(a)(2);<br>18:922(g)(1);<br>18:2339B, (a)(1) & (g)(6) | N | 2:15-cr-00707 |
| Muhanad Badawi | 30 | Life | 18 U.S.C. 2339B;<br>18 U.S.C. 2339B 2;<br>18 U.S.C. 1097(a) | 18 U.S.C. 2339B;<br>18 U.S.C. 2339B 2;<br>18 U.S.C. 1097(a) | N | 8:15-cr-00060 |

| Defendant's Name | Sentence (yrs) | Supervised Release | Charges | Plea/Judgement | Cooperation Y/N | Case Number |
|---|---|---|---|---|---|---|
| Nader Elhuzayel | 30 | Life | 18 U.S.C. 2339B | 18 U.S.C. 2339B<br>18 U.S.C. 1344, 2 | N | 8:15-cr-00060 |
| Mohamed Abdihamid Farah | 30 | Life | 18 U.S.C. 2339B(a)(1); 18 U.S.C. 1001 | 18 U.S.C. 2339B(a)(1);<br>18 U.S.C. 2339B(a)(1) & 2;<br>18 U.S.C. 956(a) & 2;<br>18 U.S.C. 1621;<br>18 U.S.C. 1001 | N | 0:15-cr-00049 |
| Abdirahmn Yasin Daud<br>a/k/a Abdurahman Yasin Daud | 30 | Life | 18 U.S.C. 2339B(a)(1);<br>18 U.S.C. 2339B(a)(1) & 2;<br>18 U.S.C. 956(a) & 2 | 18 U.S.C. 2339B(a)(1);<br>18 U.S.C. 2339B(a)(1) & 2;<br>18 U.S.C. 956(a) & 2 | N | 0:15-cr-00049 |
| Hasan Edmonds | 30 | 20 | 18 U.S.C. 2339B(a)(1) | 18 U.S.C. 2339B(a)(1) | | 1:15-cr-00149 |
| Christopher Lee Cornell<br>a/k/a Raheel Mahrus Ubaydah | 30 | Life | 18 U.S.C. 1114;<br>18 U.S.C. 373;<br>18 U.S.C. 924(c);<br>18 U.S.C. 2339(B) | 18 U.S.C. 1114;<br>18 U.S.C. 924(c);<br>18 U.S.C. 2339B | | 1:15-cr-00112 |
| John T. Booker<br>a/k/a Muhammad Abdullah Hassan | 30 | Life | 18 U.S.C. 2332a(a)(3);<br>18 U.S.C. 844(f)(1);<br>18 U.S.C. 2339A(b) | 18 U.S.C. 2332a(a)(2D);<br>18 U.S.C. 844(f)(1) | Y | 5:15-cr-40030 |
| Guled Ali Omar | 35 | Life | 18 U.S.C. 2339B(a)(1);<br>18 U.S.C. 2339B(a)(1) & 2;<br>18 U.S.C. 956(a) & 2;<br>20 U.S.C. 1097(a) | 18 U.S.C. 2339B(a)(1);<br>18 U.S.C. 2339B(a)(1) & 2;<br>18 U.S.C. 956(a) & 2;<br>20 U.S.C. 1097(a) | N | 0:15-cr-00049 |
| Tairod Nathan Webster Pugh | 35 | 5 | 18 U.S.C. 1512(c)(1) & 2; 18 U.S.C. 2339B(a)(1) & (d) | 18 U.S.C. 1512(c)(1) & 2; 18 U.S.C. 2339B(a)(1) & (d) | N | 1:15-cr-00116 |
| Harlem Suarez<br>a/k/a Almlak Benitez<br>a/k/a Harlem Quintana | 100 | 15 | 18 U.S.C. 2332;<br>18 U.S.C. 2339B | 18 U.S.C. 2332(a)(2)<br>18 U.S.C. 2339B(a)(1) | N | 4:15-cr-10009 |
| Justin Nojan Sullivan<br>a/k/a The Mujahid | 100 | Life | 18 U.S.C. 2339B(a)(1); 18 U.S.C. 2339B(a)(1)<br>18 U.S.C. 924(b);<br>18 U.S.C. 924(b);<br>26 U.S.C. 5681(d);<br>26 U.S.C. 5861(d);<br>18 U.S.C. 922(j), 924(a)(2); 18 U.S.C. 1958;<br>18 U.S.C. 1001;<br>18 U.S.C. 2332b(a)(1) and (2) | 18 U.S.C. 2332b(a)(1)<br>18 U.S.C. 2332b(c)(1) | | 1:16-cr-00005 |
| Daniela Greene<br>a/k/a Dani Greene | Supervised Release | Supervised Release | 18 U.S.C. 1001 | 18 U.S.C. 1001 | Y | 14-cr-00230 |
| Amir Said Rahman Al-Ghazi<br>a/k/a Robert C. McCollum | | | 18 U.S.C. 2339B;<br>18 U.S.C. 922(g)(1);<br>21 U.S.C. 841(a)(1) & (b)(1)(D) | | | 1:15-cr-00268 |

| Defendant's Name | Sentence (yrs) | Supervised Release | Charges | Plea/Judgement | Cooperation Y/N | Case Number |
|---|---|---|---|---|---|---|
| Munther Omar Saleh a/k/a Abu Omar al-Ramli a/k/a Abu Omar ar-Ramli | | | 18 U.S.C. 2339B, 18 U.S.C. 2339B(a)(1) | | | 1:15-cr-00393 |
| Fareed Mumuni | | | 18 U.S.C. 1114 | | | 1:15-cr-00393 |
| Samuel Rahamin Topaz | | | 18 U.S.C. 2339B(a)(1) | | | 2:15-cr-00450 |
| Akhror Saidakhmetov | | | 18 U.S.C. 2339B(a)(1); 18 U.S.C. 924(o); 18 U.S.C. 1546(a) | | | 1:15-cr-00095 |
| Nicholas Rovinski a/k/a/ Nuh Amriki a/k/a Nuh Andalusi | | | 18 U.S.C. 2339B(a)(1) | | | 1:15-cr-10153 |
| Enrique Marquez, Jr. | | | 18 U.S.C. 2339A(a); 18 U.S.C. 922(a)(6); 8 U.S.C. 1325(c); 18 U.S.C. 1546(a) | | | 5:15-cr-00093 |
| Nader Saadeh | | | 18 U.S.C. 2339B(a)(1) & (d) | | | 2:15-cr-00618 |
| Jalil Iba Ameer Aziz | | | 18 U.S.C. 2339B(a)(1); 18 U.S.C.2339B(a)(1); 18:373; 18:875(C); | | | 1:15-cr-00309 |
| Darren Jackson a/k/a Daoud | | | 18 U.S.C. 2339B(a)(1) | | | 9:16-cr-80107 |
| Dayne Antani Christian | | | 18 U.S.C. 2339B(a)(1) | | | 9:16-cr-80107 |
| Omar Faraj Saeed Al Hardan | | | 18 U.S.C. 2339B | | | 4:16-cr-00003 |

| Key |
|---|
| Trial Concluded |
| Plea |
| *100 years = Life Imprisonment* |

| Data | |
|---|---|
| (All Cases) Average Sentence: | 17.73636364 |
| (2339A Cases) Average Sentence: | 10.5 |
| (2339B Cases) Average Sentence: | 15.72435897 |
| (2339B-Plea) Averages Sentence: | 14.01666667 |
| (2339B Cases Post 14') Average Sentence: | 16.65322581 |
| (All Cases) Average Supervised Release: | 11.6875 |
| With Cooperation | 10.97727273 |
| Total Awaiting Sentencing: | 12 |
| Total Resulted from trials: | 10 |
| Total Resulted from pleas: | 41 |
| Total 'Life' Supervised Releases: | 15 |

## ALL CASES

Justin Nojan Sullivan...
Tairod Nathan Webster Pugh
John T. Booker...
Hasan Edmonds
Mohamed Abdihamid Farah
Muhanad Badawi
Mufid A Elfgeeh
Donald Ray Morgan...
Terrence Joseph McNeil
Ardit Ferizi...
Tarek Mehanna
Adam Dandach...
Alaa Saadeh
Nicholas Michael Teausant
Mohamed Bailor Jalloh
Yusuf Wehelie
Hanad Mustafe Musse...
Adnan Abdihamid Farah
Miguel Diaz...
Joseph Hassan Farrokh
Keonna Thomas...
Avin Marsalis Brown...
Michael Todd Wolfe...
Shannon Maureen Conley
Bilal Abood
Robert Blake Jackson
Abdirizak Mohamed Warsame
Alexander Blair
100
100
35
35
30
30
30
30
30
30
30
30
22.5
21
20.25
20
20
20
20
20
17.5
15
15
15
15
12
12
12
11
11
10
10
10
10
10
10
10
9
8.5
8.5
8
8
8
8
7
4.5
4
4
4
3
3
3
2.5
2
1.25
0
20
40
60
80
100
120



## 2339(A) Cases



## 2339(B) Cases

