United States v. Elshinawy  
Criminal No. ELH-16-0009  

Phone and Broadband Data  
Govt. Exhibit 2A  

P = Phone  
BB = Broadband  
Yellow = Elshinawy  
Green = Hajeski Analysis

| Product ID | Data Located | Product Type | Date 2015 | Time (UTC) | Description | Source | Image at Link | Image on site, same domain | Image match, other site | Similar Image | Website Associated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 85907 | P | Webpage | 7-6 | 22:29:52 | ISIS blog website | qatadahs.blogspot.com | | | | | |
| 85908 | P | Webpage | 7-6 | 22:29:53 | ISIS blog website | qatadahs.blogspot.com | | | | | |
| 85909 | P | Photo | 7-6 | 22:29:53 | ISIS flag | 4.bp.blogspot.com | Y | Y | Y | Y | 85907, 85908, 85932 |
| 85911 | P | Blog post | 7-6 | 22:29:53 | Image of person posting message in Arabic not to call it Daesh but call it Islamic State of Iraq and Sham | 2.bp.blogspot.com | Y | Y | Y | Y | 85908, 85932 |
| 85912 | P | Blog post | 7-6 | 22:29:53 | ISIS message relating instructions from ISIL that it wants to conduct criminal disruptions in 20 days and all perpetrators are responsible for choosing the best location to carry out these activities at the zero hour | 2.bp.blogspot.com | Y | Y | Y | Y | 85908, 85932 artistsoldier.blogspot.com 2015/07/blog-post.html |
| 85914 | P | Blog post | 7-6 | 22:29:53 | ISIS-related message in Arabic about best people to deal with in the media | 1bp.blogspot.com | Y | Y | Y | Y | 85908, 85932 artistsoldier.blogspot.com 2015/07/blog-post.html |
| 85922 | P | Photos | 7-6 | 22:29:54 | Photos of ISIS victims in orange jumpsuits with image of person posting message that Islamic State invents the harshest killing or execution methods | 3.bp.blogspot.com | Y | Y | Y | y | 85908, 85932 artistsoldier.blogspot.com 2015/07/blog-post.html |
| 85924 | P | Image | 7-6 | 22:29:54 | Image of pie drawing with 18.5% slice and remainder 81.5% | 3.bp.blogspot.com | Y | Y | Y | Y | 85908, 85932 artistsoldier.blogspot.com 2015/07/blog-post.html |
| 85932 | P | Webpage | 7-6 | 22:30:03 | ISIS blog website | qatadahs.blogspot.com | | | | | |
| 85940 | P | Blog post | 7-6 | 22:31:44 | Image of person posting message in Arabic providing link to encrypted browser | 3.bp.blogspot.com | Y | Y | Y | Y | 85908, 85932 artistsoldier.blogspot.com 2015/07/blog-post.html |
| 115756 | P | Photo | 7-14 | 08:59:50 | Islamic fighters with weapons | images.webbuz.tv | N | N | N | N | |
| 124879 | P | Hacking forum | 7-14 | 11:08:11 | "Muhammad's Forum – in Arabic – listing capabilities of remote control system spyware and computers and phones that can interact with the system – also lists different malware and spyware that can affect Microsoft Windows, Android, Linux- provides info on what kind of hacking and spying can be done on smart phones and computers | moeltaher.net | Y | | | | |
| 116949 | P | Hacking forum | 7-14 | 11:11:39 | Additional info from forum regarding hacking spyware | | Y | | | | |
| 116950 | P | Hacking forum | 7-14 | 11:11:57 | Additional info from forum regarding hacking spyware | | y | | | | |

**United States v. Elshinawy**  
**Criminal No. ELH-16-0009**

Phone and Broadband Data  
Govt. Exhibit 2A

P = Phone  
BB = Broadband  
Yellow = Elshinawy  
Green = Hajeski Analysis

| Product ID | Data Located | Product Type | Date 2015 | Time (UTC) | Description | Source | Image at Link | Image on site, same domain | Image match, other site | Similar Image | Website Associated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 116953 | P | Hacking forum | 7-14 | 11:12:10 | Additional info from forum regarding hacking spyware | moeltaher.net | Y | | | | |
| 183082 | P | Photo | 7-19 | 07:33:37 | Photo showing video being made of beheading | i.ytimg.com | N | N | Y | Y | |
| 7774 | BB | Photo | 8-12 | 15:39:43 | Islamic fighter on battlefield with ISIL flag | egyptiannews.net | N | N | N | Y | Redirect to Facebook ENN (Egyptian News Network) |
| 4190 | BB | Photo | | 23:28:06 | Islamic fighter with knife and uncovered female | | N | N | N | N | Redirect to Facebook ENN (Egyptian News Network) |
| 10133 | BB | Photo | 8-13 | 14:23:30 | Islamic fighters brandishing weapons | aljezeera.net | Y | Y | Y | Y | |
| 10244 | BB | Photo | | | Islamic fighters on battlefield | | N | Y | Y | Y | Redirect to Aljazeera |
| 10258 | BB | Photo | | | Drone | | Y | Y | Y | Y | |
| 10290 | BB | Photo | | | Posters regarding downed Malaysian flight MH370 | | Y | Y | Y | Y | |
| 10253 | BB | Photo | | 14:23:32 | Bombing site | | Y | Y | Y | Y | |
| 10264 | BB | Photo | | | Bombing site | | Y | Y | Y | Y | |
| 10422 | BB | Photo | | 14:24:27 | Soldiers driving truck on battlefield | | Y | N | N | N | |
| 10608 | BB | Photo | | 14:30:39 | Bombing site | | N | N | N | N | Redirect to Japanese site- similar sites at Aljazeera domain |
| 11452 | BB | Photo | | 14:43:02 | Building being bombed | egyptiannews.net | N | N | Y | Y | Redirect to Facebook ENN (Egyptian News Network) TinEye results |
| 12712 | BB | Photo | | 14:51:27 | Dead body covered with sheet on street | | N | N | N | Y | Redirect to Facebook ENN (Egyptian News Network) |
| 80392 | BB | Photo | 8-15 | 19:54:24 | Egyptian official with background of ISIS fighters | | N | N | N | N | Redirect to Facebook ENN (Egyptian News Network) |
| 121380 | BB | Photo | 8-17 | 07:54:37 | Islamic fighter setting up explosive device | | N | N | Y | Y | Redirect to Facebook ENN (Egyptian News Network) |
| 901557 | BB | Photo | 8-26 | 01:53:43 | ISIS fighters with flags marking territory | france24.com | Y | N | Y | Y | |
| 901625 | BB | Photo | | 01:54:58 | Islamic fighter with shoulder fired missile | | Y | N | N | Y | |
| 901626 | BB | Photo | | | ISIS fighters with flags driving Humvees in town | | Y | Y | N | N | |
| 673749 | P | Audio | 9-6 | 18:23:16 | Islamic prayers | Quran_Kareem.mp3 | | | | | |
| 1114727 | BB | Photo | 9-7 | 06:32:39 | Abu Bakr Al Baghdadi | youm7.com | Y | N | Y | Y | |

United States v. Elshinawy  
Criminal No. ELH-16-0009  

Phone and Broadband Data  
Govt. Exhibit 2A  

P = Phone  
BB = Broadband  
Yellow = Elshinawy  
Green = Hajeski Analysis

| Product ID | Data Located | Product Type | Date 2015 | Time (UTC) | Description | Source | Image at Link | Image on site, same domain | Image match, other site | Similar Image | Website Associated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1148377 | BB | Photo | 9-9 | 01:26:31 | Screenshot of beheading video | Egyptian News | N | N | N | Y | Redirect to Facebook ENN (Egyptian News Network) TinEye results |
| 1169119 | BB | Photo | 9-10 | 11:00:23 | Westgate Mall victims in mall during incident | wnd.com | Y | Y | Y | Y | WND Site – Did Americans Help Plot Kenya Terror Attack September 23, 2013 |
| 1169120 | BB | Photo | | | Ayman Al Zawahiri | | Y | Y | Y | Y | WND Site – Stevens Killed to Avenge U.S. Drone Strike? May 14, 2013 |
| 1169123 | BB | Photo | | | Soldiers at Lackland AFB in prayer room | familysecuritymatters.org | Y | Y | N | Y | |
| 1169124 | BB | Photo | | | Building at Lackland AFB with identifying lettering | watchdogwire | N | N | Y | Y | |
| 1169125 | BB | Photo | | | WTC bombing | voiceofthecopts.org | Y | N | Y | Y | American & Veterans Against Jihad August 31, 2013 Archive |
| 1169126 | BB | Photo | | | Pamela Geller | | Y | N | Y | Y | Americans & Veterans Against Jihad August 31, 2013 Archive |
| 1169142 | BB | Photo | | | Bombing victims | wnd.com | Y | Y | Y | Y | WND Site – Did Americans Help Plot Kenya Terror Attack September 22, 2013 |
| 1169143 | BB | Photo | | | Kenyan soldiers with weapons relating to mall shooting | | Y | Y | Y | Y | |
| 1169144 | BB | Photo | | | Westgate Mall, Nairobi | | Y | Y | Y | Y | |
| 1169799 | BB | Photo | | | Bombing victims | | Y | Y | Y | Y | WND Site – Did Americans Help Plot Kenya Terror Attack September 22, 2013 |
| 1169133 | BB | Photo | 9-10 | 11:00:24 | Dzhokhar Tsarnaev | | Y | Y | Y | Y | WND Site – Triple Homicide Linked to Jihad Boston Marathon Bomber January 14, 2014 |
| 1169152 | BB | Photo | | 11:01:09 | Map of Somalia with Islamist controlled territory markings | bbcimg.com | Y | Y | Y | Y | |
| 1169157 | BB | Photo | | 11:01:09 | Protesters holding sign "Shariah the only solution" and "Hands off Muslims" | religiousfreedomcoalition.org | Y | Y | Y | Y | |

**United States v. Elshinawy**  
**Criminal No. ELH-16-0009**

Phone and Broadband Data  
Govt. Exhibit 2A

P  = Phone  
BB = Broadband  
Yellow =  Elshinawy  
Green  = Hajeski Analysis

| Product ID | Data Located | Product Type | Date 2015 | Time (UTC) | Description | Source | Image at Link | Image on site, same domain | Image match, other site | Similar Image | Website Associated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1169163 | BB | Photo | 9-10 | 11:01:10 | Mosque that was subject of bombing with victims | static.guim.co.uk | Y | Y | Y | Y | The Guardian – Pakistan Church Bomb September 23, 2013 |
| 1169164 | BB | Photo |  | 11:01:10 | ISIS fighters with flag marching with assault rifles | bbcimg.com | Y | Y | Y | Y | BBC.com – What Do We Know About Al-Shabab September 23, 2013 |
| 1169447 | BB | Photo |  | 11:14:06 | Screenshot of beheading video | egyptiannews.net | N | N | Y | Y | Redirect to Facebook ENN (Egyptian News Network) |
| 1276985 | BB | Video | 9-15 | 05:22:06 | ISIS propaganda video | dailymail.co.uk | Y | Y | Y | Y |  |
| 1031012 | P | Audio | 10-4 | 04:32:24 | Islamic prayers | Quran_Kareem.mp3 |  |  |  |  |  |
| 1640905 | P | Webpage | 11-30 | 14:32:30 | Website for Baltimore for info on where to park near federal courthouse | city-data.com | Y |  |  |  |  |
| 1640940 | P | Photo |  | 14:33:52 | Entrance to Federal Reserve building in Baltimore |  | Y | Y | Y | Y | 1640943 |
| 1640943 | P | Webpage |  | 14:33:54 | Listing of U.S. government agencies in Baltimore city |  | Y |  |  |  | 1640940, 1640946, 1640947, 1640954, 1640960, 1640964 |
| 1640946 | P | Photo |  | 14:33:54 | National Institutes of Health at Johns Hopkins Bayview |  | Y | Y | Y | Y | 1640943 |
| 1640947 | P | Photo |  | 14:33:57 | U.S. Coast Guard ship docked at Inner Harbor | msa.maryland.gov | Y | Y | Y | Y | 1640943 |
| 1640954 | P | Photo |  | 14:33:59 | DEA building at St Paul Plaza in Baltimore |  | Y | Y | Y | Y | 1640943 |
| 1640958 | P | Photo |  | 14:34:01 | Entrance to U.S. Customs House in Baltimore |  | Y | Y | N | N | 1640943 |
| 1640959 | P | Webpage |  | 14:34:03 | Link to Maryland Manual on website |  | N |  |  |  |  |
| 1640960 | P | Photo |  | 14:34:03 | VA Medical Center in Baltimore |  | Y | Y | Y | Y | 1640943 |
| 1640964 | P | Image |  | 14:34:05 | Maryland State government logo |  | Y | Y | Y | Y | 1640943 |
| 1641082 | P | Webpage |  | 14:47:22 | Link to Daily Mail UK article on FBI following ISIS operatives | trib.al | Y |  |  |  | Redirect to site associated with item 1641087 |
| 1641087 | P | Webpage |  | 14:47.27 |  | dailymail.co.uk | Y |  |  |  |  |
| 1641090 | P | Photo |  | 14:47:40 | Photo of back of FBI jacket | dailymail.co.uk | Y | Y | Y | Y |  |
| 1641102 | P | Photo |  | 14:47:45 | Photo of first responders with victim at Paris bombing |  | Y | Y | Y | Y |  |
| 1768611 | P | Audio | 12-6 | 17:22:05 | Islamic prayers | manhajona.net |  |  |  |  |  |
| 1768711 | P |  |  | 17:22:43 |  |  |  |  |  |  |  |

| United States v. Elshinawy | | | | | Phone and Broadband Data | | P = Phone | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Criminal No. ELH-16-0009 | | | | | Govt. Exhibit 2A | | BB = Broadband | | | | |
| | | | | | | | Yellow = Elshinawy | | | | |
| | | | | | | | Green = Hajeski Analysis | | | | |

| Product ID | Data Located | Product Type | Date 2015 | Time (UTC) | Description | Source | Image at Link | Image on site, same domain | Image match, other site | Similar Image | Website Associated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1768854 | P | | | 17:22:56 | | | | | | | |
| 1768855 | P | | | 17:22:59 | | | | | | | |
| 1768868 | P | | | 17:24:07 | | | | | | | |
| 1818429 | P | | | 17:24:39 | | islam-call.com | | | | | |
| 1818431 | P | | | 17:24:56 | | | | | | | |
| 1818433 | P | | | 17:25:04 | | | | | | | |
| 1818439 | P | | | 17:25:43 | | | | | | | |
| 1818440 | P | Audio | 12-6 | 17:25:43 | Islamic prayers | | | | | | |
| 1772259 | P | | | 18:39:33 | | manhajona.net | | | | | |
| 1772262 | P | | | 18:39:33 | | | | | | | |
| 1818690 | P | | | 21:04:50 | | | | | | | |
| 1818691 | P | | | 21:04:50 | | islam-call.com | | | | | |
| 1818935 | P | | | 21:04:56 | | | | | | | |
| 1818936 | P | | | 21:05:02 | | | | | | | |
| 1779663 | P | Photo | 12-6 | 21:18:58 | ISIS fighters with ISIL flag | aljezeera.com | Y | Y | Y | Y | |
| 1784097 | P | | | 00:19:39 | | | | | | | |
| 1784611 | P | | | 00:50:22 | | | | | | | |
| 1784925 | P | | | 01:08:45 | | | | | | | |
| 1785921 | P | | | 01:39:19 | | | | | | | |
| 1792335 | P | Audio | 12-7 | 02:05:33 | Islamic prayers | manhajona.net | | | | | |
| 1786788 | P | | | 02:37:19 | | | | | | | |
| 1821306 | P | | | 02:58:31 | | | | | | | |
| 1787159 | P | | | 03:18:04 | | | | | | | |
| 1787302 | P | | | 03:30:01 | | | | | | | |
| 1787321 | P | | | 03:38:45 | | | | | | | |

United States v. Elshinawy  
Criminal No. ELH-16-0009  

Phone and Broadband Data  
Govt. Exhibit 2A  

P = Phone  
BB = Broadband  
Yellow = Elshinawy  
Green = Hajeski Analysis

| Product ID | Data Located | Product Type | Date 2015 | Time (UTC) | Description | Source | Image at Link | Image on site, same domain | Image match, other site | Similar Image | Website Associated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1821487 | P | Audio | 12-7 | 04:07:49 | Islamic prayers | manhajona.net | | | | | |
| 1787865 | P | | | 05:02:13 | | | | | | | |
| 1787943 | P | | | 05:26:24 | | | | | | | |
| 1788306 | P | | | 05:44:15 | | | | | | | |
| 1788307 | P | | | 05:44:15 | | | | | | | |
| 1788569 | P | | | 06:11:26 | | | | | | | |
| 1788664 | P | | | 06:37:35 | | | | | | | |
| 1789046 | P | | | 06:56:57 | | | | | | | |
| 1789663 | P | Image | 12-7 | 12:22:32 | Logo for Islamic Finder | islamicfinder.org | N | N | Y | Y | See 1789665 |
| 1789665 | P | Image | | | "Prayer Times" with picture of clock | | N | N | Y | Y | Screen recording |
| 1789679 | P | Image | | 12:22:33 | Ad for mobile prayer app | | N | N | Y | Y | See 1789665 |
| 1789680 | P | Image | | | Title image for "How to Pray" with photo of mosque | | N | N | Y | Y | See 1789665 |
| 1789681 | P | Image | | | Title image "The Holy Quran" | | N | N | Y | Y | See 1789665 |
| 1792134 | P | Image | | 14:37:15 | List of Al-Jazeera and Qatar channels in Arabic | cdn4.aptoide.com | Y | N | Y | Y | |
| 1798391 | P | Audio | 12-7 | 23:03:39 | Islamic prayers | manhajona.net | | | | | |
| 1798461 | P | | | 23:33:13 | | | | | | | |
| 1798702 | P | | | 23:58:00 | | | | | | | |
| 1798703 | P | | | | | | | | | | |
| 1800068 | P | | 12-8 | 00:28:42 | | | | | | | |
| 1838865 | P | | 12-9 | 02:04:02 | | | | | | | |
| 1840676 | P | | | 02:35:51 | | | | | | | |
| 1840681 | P | | | 02:57:03 | | | | | | | |
| 1840713 | P | | | 03:16:37 | | | | | | | |
| 1840978 | P | | | 03:28:34 | | | | | | | |
| 1840992 | P | | | 03:37:19 | | | | | | | |

| United States v. Elshinawy | Phone and Broadband Data | P = Phone |
| --- | --- | --- |
| Criminal No. ELH-16-0009 | Govt. Exhibit 2A | BB = Broadband |
| | | Yellow = Elshinawy |
| | | Green = Hajeski Analysis |

| Product ID | Data Located | Product Type | Date 2015 | Time (UTC) | Description | Source | Image at Link | Image on site, same domain | Image match, other site | Similar Image | Website Associated |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1841420 | P | Audio | 12-9 | 04:25:28 | Islamic prayers | manhajona.net | | | | | |
| 1841777 | P | | | 04:43:06 | | | | | | | |
| 1841976 | P | | | 05:00:47 | | | | | | | |
| 1841817 | P | | | 05:24:58 | | | | | | | |
| 1842152 | P | | | 05:42:50 | | | | | | | |
| 1842233 | P | | | 06:10:01 | | | | | | | |
| 1842423 | P | | | 06:55:32 | | | | | | | |
| 1882772 | P | Image | 12-10 | 22:28:11 | Picture of crusading warrior with title "One Day ISIS Will Run Into the Wrong Christians" | ? | NA | NA | Y | Y | |