1B6 - Product 47/299

838.1





Translation Product 47/299



Peace be upon you and His mercy and blessings.

Today we will explain the *TrueCrypt* program. It is responsible for creating an encrypted disk through a password, in order to store important files in.

After downloading the program from the internet and installing it on the computer, we open it.

We then select any of the following disks. Then we click on "*Create Volume.*"
We now select the first option, which is creating an encrypted disk. Then we hit "*Next*".

Again, we select the first option, which is creating an encrypted disk, however, not a hidden one. We now click on "*select file*" to choose where we want to store the disk. We name it whichever name we want, for example, Syria, then *dot* meaning a dot. We then chose the extension that suits us, for example, "*MP4,*" then "*save*". We select "*Next*".

Uh--here the encryption, of course, "*AES*" is the best form of encryption. We leave the set-up as is and then we click on "*Next*".

We select the size of the disk that we need to create as we see: *kilobyte, megabyte, and gigabyte* and here is the size of the system disk-the empty space-the free space. Uh--I will put the disk size as 50 *megabyte*. Of course we put it according to our needs and then we hit "*Next*".

And here we put in a password. And we then repeat it in the second rectangle. And now we hit *"Next"*.

[Chime] This warning--uh--says that the password should be at least 20 characters or symbols--uh--but it is only a warning and it could be less. We click on "yes." We chose a type of file system, we will choose *"NTFS"*.

We will now move the *random, the mouse* randomly to create a *random pool.*
We then click on *"Format"*. The disk has now been successfully created.
We click on agree then *'Exit"*.

To enter the disk, to store the information in it, we select any of the following disks and then we select, *"Select File"* from here. We select the file that we created not long ago. We then click on *"Open"*. We select *"Mount"* and then we type the password that we created for the encryption not long ago. We then click on *"OK"*.

We will notice here that the encrypted disk was successfully entered as we can see. We--uh--then copy the files to it and the... the important documents through copy-paste, as we can see.

To eject the disk after putting in the important files, we go to the *TrueCrypt* program and we then select the name of the disk that we entered, then *"Dismount"*.

As we can see, the disk has been hidden. There is no disk.

Peace be upon you and his mercy and blessings.
Tech Rebel Guide



1B6 - Product 256



Search　　　　　　　　　　　　　　　　　　　　　　　　　　　Sign in

Up next　　Autoplay


الفرق بين الدولة الإسلامية و داعش - الكتيبة الإلكترونية لأنصار لدولة الخلافة الإسلامية
Dark Master
5,534 views


إسمع لهذا الكردي المسلم ماذا يقول ، فاتح كريكار
Azaam ·
6,868 views


أبو احمد التونسي تقبله الله
Dark Master
12,810 views

استشهاد اخينا في الله مسلم كردي رحمة الله عليه

Dark Master
Subscribe　90　　　　　　　　　　509 views

Add to　　Share　　More　　　　　　　　　　12　　1

Published on Jun 9, 2015

استشهاد اخينا في الله مسلم كردي رحمة الله عليه

SHOW MORE


القارئ رعد محمد الكردي أجمل تلاوة قد تسمعها في حياتك
دين نامۆژگاریه_ الدين النصيحة
4,682,722 views

COMMENTS · 5

Add a public comment...


كردي مضحك جداً - عمشة & مسلم
ESSO**R
12,658 views

Top comments ▾

Sun Light 6 months ago
اللهم تقبل الاخ مسلم كردي شهيدا، كان ودودا، صادقا، و مخلصا لدينه

خودا لێی خۆش بێت و به شههید و مریگریت. کوردێکی راستگۆ و دڵسۆزی دین بوو، بەڵێنی دابوو هیجرەت بکات و بچێتە مەیدانی جیهاد، بەڵێنەکەی هێنایە جێ، خاکی خیلافەتی دیت و دیتی کە شەرعی نەڵا تەطبیق دەکرێت، و کەوتە دیفاع لە خیلافەت

Reply ▾


مترجم بالعربية: رجل كردي مسلم يدعو ملكة هولندا لاعتناق الإسلام
moro cco
8,370 views

1277479 1 year ago
اللهم تقبله في عليين
Reply ▾ 2

Dark Master 1 year ago
اللهم امين يا رحمن يا رحيم 1277479+
Reply ▾


مقاتل كردي سابق (مسلم) تأتي إلى الرب يسوع المسيح -ex Kurdish fighter
Muslims for Yeshua
2,076 views


يابوي انا جيتلك والنفس ندمانة
ahmad jjde
406,332 views

said rasd 8 months ago
الله ينعال طبون مكم اتووووو

Skip navigation
Reply


في شباب توك: شاب كردي من كردستان العراق وشاب عربي من بابل يناقشان خيار انفصال إقليم
DW (عربية)
2,931 views

يتيم مرشد 6 months ago
(اللهم اللعنه لعنة يستغيث منها اهل السموات والارض (العقل جوهره
Reply

راب مبيات جديد جديد ممكن اشترك بحسابي راح انزل احسن واحسن بس من عندي
زعيم سوري
20,556 views


محاضرة : عاشوراء واستشهاد الحسين رضي الله عنه
aldosari13
986 views

Govt. Ex. 3B- 008

Search

Sign in

Reply

١
ابو مشاري
11,244 views

شيخ بكري كردي يطلب مناظرة الشيخ ياسر الحبيب
الشيعه
950 views

نام نام يمة الولد مسلم الكعبي
seaf IRAQ
184,670 views

لاجئ كردي سوري يحرق نفسه احتجاجاً على خطف ميليشيا صالح مسلم لابنه
Orient News
9,671 views

واي_فاي - انا يجي - #MBC1
بنغال
MBC GROUP
8,166,754 views

Khatab al Kurdi, a Kurdish Man Fighting with ISIS by Yezidis
Yezidis International Organizat
70,847 views

نشيد كردي عن المجاهد خطاب ~ عزف ~
azfe21
18,934 views

القلب يقّتله الأسى والدمع سال وما عسى اهداء للطفل #ايلان #كردي ايلان كردي
yaser07311
6,856 views

ريف الحسكة مقتل 7 عناصر للوحدات الكردية في هجوم لتنظيم الدولة
Orient News
2,511 views

SHOW MORE

Language: English ▼    Content location: United States ▼    Restricted Mode: Off ▼    History    Help

About  Press  Copyright  Creators  Advertise  Developers  +YouTube
Terms  Privacy  Policy & Safety  Send feedback  Test new features

Translation Product 256





Recorded Chant: [00:00:00-00:02:00]

O departed! By Allah, I will never forget you,
You are the one who lives amidst my heart,

O departed! By Allah, I will never forget you,
You are the one who lives amidst my heart,

O departed! By Allah, I will never forget you,
You are the one who lives amidst my heart,

Oh departed! By Allah, I will never forget you,
You are the one who lives amidst my heart,

O departed! By Allah, I will never forget you,
You are the one who lives amidst my heart,

O departed! By Allah, I will never forget you,
You are the one who lives amidst my heart,

O departed! By Allah, I will never forget you,
You are the one who lives amidst my heart,

O departed! By Allah, I will never forget you,
You are the one who lives amidst my heart,

O departed! By Allah, I will never forget you,
You are the one who lives amidst my heart,

Second Chant: [00:02:00-00:05:48]

It was a beautiful time when we were at our splendor,
When our glories were endless...
When my nation's persistence was soaring,
And "Allah is great" was recited loudly in the skies,
And "Allah is great" was recited loudly in the skies,
And "Allah is great" was recited loudly in the skies,

Our glories, our history, and our peace,
Our Islam filled the world with beauty,
Go ask the horses of splendor when they raced,
Bringing peace so near that they were crowned as heroes,

It was a beautiful time when we were at our splendor,
When our glories were endless,
When my nation's persistence was soaring,
And "Allah is great" was recited loudly in the skies,
And "Allah is great" was recited loudly in the skies,
And "Allah is great" was recited loudly in the skies,

There will always be an exciting mark in history,
It will remain a pride among generations,
We will remain the finest people in all creation,
As we have faith that will always inspire hope,
And we have the laws of our religion to guide us,
Towards glory left and right,
Towards glory left and right,

A beautiful time it was when we were at our splendor,
When our glories were endless,
When my nation's persistence was soaring,
And "Allah is great" was recited loudly in the skies,
And "Allah is great" was recited loudly in the skies,
And "Allah is great" was recited loudly in the skies,

It is enough that the Generous One has declared victory,
For those who hope in attaining it,
We will not be defeated as long as Allah hears our voices,

And as long as Allah almighty takes care of us,

A beautiful time it was when we were at our splendor,
When our glories were endless,
When my nation's persistence was soaring,
And "Allah is great" was recited loudly in the skies,
And "Allah is great" was recited loudly in the skies,
And "Allah is great" was recited loudly in the skies.