| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | | Chart Key | | | | |
| 2 | | Social Media - Google Hangouts, Facebook, Email, Skype, Threema | | | | |
| 3 | | Purchase-Related Events | | | | |
| 4 | | Log-Ins | | | | |
| 5 | | Encrypted Apps - Surespot, Telegram | | | | |
| 6 | | Money Transactions | | | | |
| 7 | | Web Searches, Downloads, News Media | | | | |
| 8 | | Military/Law Enforcement Action | | | | |
| 9 | | Miscellaneous | | | | |

U.S. v. Elshinawy         CONSPIRACY         **2**
Criminal No. ELH-16-0009         SEQUENCE OF EVENTS
Govt. Exhibit 4

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 11 | | | | **2014** | | |
| 12 | 13-Mar | ELSHINAWY ELKHODARY | Facebook | ELSHINAWY tells ELKHODARY (in Iraq/Syria with ISIS) to turn off the location on his cell phone when he talks online because his location shows | | Search Warrants |
| 13 | May Jun | | Downloads | **Lenovo computer recovered in IBacs office shows ISIL propaganda (documents and video files) downloaded in May and June 2014** | | UK Vol. C |
| 14 | 30-Jun | SUJAN SAMAD | Skype | SUJAN sends SAMAD link to press release from ISIS Media Centre, Al-Hayat. | iBacs | UK Vol. C/D |
| 15 | 3-Jul 7-Jul | SUJAN SAMAD | Google Hangouts | SUJAN sends SAMAD an audio link of Abu Bakr al-Baghdadi sermon exorting followers to rise in support of Islamic State and commit jihad against enemies of Allah, and links to news articles regarding ISIS-related activities in Iraq and Syria. | iBacs Technologies Ltd/iBacs IT Solutions | UK Vol. C/D |
| 16 | 28-Jul | SUJAN HAQUE | Travel | SUJAN and HAQUE depart UK for Bangladesh. | | UK Vol. G |
| 17 | Aug | SUJAN HAQUE SAMAD | Shipment | SAMAD ships clothing, dry goods and a computer hard drive to SUJAN in Sanliurfa, Turkey.  Shipment is delayed in Turkey and HAQUE, SAMAD, and SUJAN coordinate to complete shipment. | iBacsTel Electronics | UK Vol. D/F |
| 18 | 25-Sep | SUJAN | Log-In | SUJAN PayPal account (Bangladesh IP 103.230.106.1) | SUJAN PayPal (1840) | UK Vol. F |
| 19 | 27-Sep | ELSHINAWY ELKHODARY | Facebook | ELSHINAWY and ELKHODARY discuss legitimacy of ISIS and express support for defeating its enemies. | | Search Warrants |
| 20 | 5-Oct | ELSHINAWY ELKHODARY | Facebook | ELSHINAWY expresses support for an Islamic caliphate and hope that the Islamic State will be victorious. | | Search Warrants |
| 21 | 6-Oct | ELSHINAWY ELKHODARY | Facebook | ELSHINAWY expresses desire to live in the Islamic State and support for the religious legitimacy of a speech given by Abu Bakr al-Baghdadi. | | Search Warrants |

U.S. v. Elshinawy              CONSPIRACY            3
Criminal No. ELH-16-0009          SEQUENCE OF EVENTS
Govt. Exhibit 4

|    | A | B | C | D | E | F |
|----|------|--------------|-------------------|-----------------------------------------------------|----------|----------|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 22 | 10-Oct | ELSHINAWY ELKHODARY | Facebook | ELKHODARY confirms he is living in the Islamic State in Raqqa, Syria. ELSHINAWY expresses desire to live in the Islamic State and indicates he and his religious wife are ready to travel to Syria. ELKHODARY tells ELSHINAWY to travel to Turkey first and he will take care of getting ELSHINAWY into Syria from there. ELSHINAWY expresses concern that his actions are being monitored in the U.S. and tells ELKHODARY they must refer to each other in code during future communications. They choose the names "Fu'sh" for ELSHINAWY [a nickname for the Egyptian name "Fuad"] and "Ma'mun" for ELKHODARY. ELKHODARY tells ELSHINAWY to let him know if he needs money or anything else to facilitate travel to the Islamic State. | | Search Warrants |
| 23 | 25-Oct | SUJAN | Money Acct Creation | SUJAN opens a PayPal acct using info@ibacstel.com and lists the iBacs office address in Cardiff and the Sanliurfa, Turkey, address | SUJAN PayPal (9101) | UK Vol. F |
| 24 | 25-Oct | SUJAN | Purchase | SUJAN purchases from Company 1 (supplier of remote-controlled airplane and drone parts) a flight simluator system, remote controller, programming pad, and other drone-related parts, at a total cost of $1707.85, for shipment to China in the name of an individual associated with the Sanliurfa, Turkey, address. | SUJAN PayPal (9101) info@ibacstel.com Peter Soren Email | UK Vol. D/F GJ/FBI Records |
| 25 | 27-Oct | HAQUE | Money Transfer | Transfer of £3,100.00 ($4,999 U.S.) from iBacstel Electronics bank account into iBacstel Corp. PayPal account | iBacsTel Electronics Bank Acct iBacs PayPal (1899) | UK Vol. D/F |
| 26 | 28-Oct | HAQUE | Purchase | HAQUE purchases from Company 2 (e-commerce seller of goods) a quantity of LiPo batteries used to operate remote-controlled drones, at a total cost of $4,311.31. Payment is completed on 30-Oct. | iBacs PayPal (1899) | UK Vol. D/F |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | **Date** | **Participants** | **Event** | **Description** | **Accounts** | **Evidence** |
| 27 | 28-Oct | SUJAN HAQUE SAMAD | Google Hangouts iBacs Email | In separate chats/emails, SUJAN and HAQUE direct SAMAD to confirm payment for the LiPo battery order when contacted by the bank servicing the iBacstel Electronics bank account. | | UK Vol. D |
| 28 | 31-Oct | SUJAN | Purchase | SUJAN purchases from Company 3 (e-commerce distributor of radio-controlled airplane parts and accessories) four antennas used to connect to drones from the grounds, at a total cost of €272.55 ($342.00 US), for shipment to Sanliurfa, Turkey. | SUJAN PayPal (9101) info@ibacstel.com Peter Soren Email | UK Vol. D/F GJ/FBI Records |
| 29 | 5-Nov | SUJAN | Purchase | SUJAN purchases from Company 1 a quantity of heat-activated film used in drones, at a total cost of $214.47, for shipment to Sanliurfa, Turkey. | iBacs PayPal (1899) info@ibacstel.com Peter Soren Email | UK Vol. F GJ/FBI records |
| 30 | 24-Dec | SUJAN | Purchase | SUJAN purchases from Company 4 (distributor of model planes and turbines) a micro turbine used in radio-controlled planes, at a total cost of €2,491.60 ($3,052.00 US), for shipment to Sanliurfa, Turkey. | iBacsTel Electronics Bank Acct Peter Soren Email | UK Vol. D/F GJ/FBI records |
| 31 | 24-Dec | HAQUE SAMAD | Google Hangouts | HAQUE directs SAMAD to complete payment for the micro turbine purchase from the iBacsTel Electronics bank account. | | UK Vol. D |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 32 | | | | **2015** | | |
| 33 | 22-Jan | HAQUE | Purchase | HAQUE purchases from Company 5 (distributor of electronic components and other items) two mobile antennas used to receive and scan analog radio frequencies, at a total cost of £71.60 ($82.00 US), for shipment to the iBacs office in Cardiff (in name of iBacsTel Electronics). (Bangladesh IP 203.188.241.209) | HAQUE PayPal (9373) | UK Vol. F |
| 34 | 26-Jan | HAQUE SAMAD SUJAN | Shipment | SAMAD, at the direction of HAQUE (iBacs email), ships the mobile antennas to Sanliurfa, Turkey; SUJAN is identified as the contact for iBacstel Electronics. | iBacsTel Electronics | UK Vol. D/F |
| 35 | 2-Feb | HAQUE SAMAD | Money Transfer | SAMAD, at the direction of HAQUE (Google Hangouts Chat), transfers £1,200.00 ( $1,804.00 US) from iBacsTel Electronics bank account to its PayPal account. | iBacsTel Electronics Bank Acct iBacs PayPal (1899) | UK Vol. D/F |
| 36 | 2-Feb | HAQUE | Purchase | HAQUE purchases from Company 6 (distributor of security and surveillance equipment) three GPS bug detectors that detect radio signals, at a total cost of $1,370, for shipment to Sanliurfa, Turkey. | HAQUE PayPal (9373) | UK Vol. D/F GJ/FBI records |
| 37 | 17-Feb | ELSHINAWY ELKHODARY | Facebook | ELSHINAWY pledges allegiance to ISIS and asks ELKHODARY to convey his loyalty pledge to ISIS leadership. He describes himself as a soldier of ISIS, and commits himself to committing violent jihad. ELKHODARY cautions ELSHINAWY not to discuss his plans for a potential terrorist attack with anyone. ELSHINAWY agrees, acknowledging that committing such an attack would be a crime in the U.S. | | Search Warrants |
| 38 | 5-Mar | SUJAN | Log-In | SUJAN PayPal account (Iraq IP 185.12.24.226) | SUJAN PayPal (5929) | UK Vol. F |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | **Date** | **Participants** | **Event** | **Description** | **Accounts** | **Evidence** |
| 39 | 7-Mar | HUSSAIN robert199 | Surespot | HUSSAIN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 40 | 9-Mar | HUSSAIN robert199 | Surespot | HUSSAIN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 41 | 11-Mar | HUSSAIN robert199 | Surespot | HUSSAIN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 42 | 11-Mar | ELSHINAWY Ahmed Elshinawy | Facebook | ELSHINAWY asks his brother if he has joined ISIS yet and discusses his own plans to do so.  ELSHINAWY states he is about to pledge his allegiance to ISIS and that ELKHODARY has already done so personally to Abu Bakr Al-Baghdadi.  ELSHINAWY speaks of his desire to become a mujahideen like ELKHODARY and live in the Islamic State.  He indicates his intention to stay in the U.S. for the present, since he has his own plans to undertake, and is taking steps to protect himself in case he is being monitored.  He tells his brother to to keep his (ELSHINAWY's) pledge secret. | | Search Warrants |
| 43 | 12-Mar | HUSSAIN robert199 | Surespot | HUSSAIN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 44 | 13-Mar | ELSHINAWY ELKHODARY | Facebook | ELSHINAWY says he is preparing himself for jihad and taking extreme security measures to protect himself, indicating his belief that his phone has been bugged.  ELSHINAWY advises he will have another phone soon over which he and ELKHODARY can speak. | | Search Warrants |
| 45 | 13-Mar | HAQUE robert199 | Surespot | HAQUE and Surespot user "robert199" exchange covert messages. | | GJ records |
| 46 | 14-Mar | HUSSAIN robert199 | Surespot | HUSSAIN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 47 | 16-Mar | HAQUE robert199 | Surespot | HAQUE and Surespot user "robert199" exchange covert messages. | | GJ records |

U.S. v. Elshinawy        **CONSPIRACY**        7
Criminal No. ELH-16-0009        **SEQUENCE OF EVENTS**
**Govt. Exhibit 4**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 48 | 17-Mar | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 49 | | SUJAN HAQUE | Surespot | HAQUE and SUJAN exchange covert messages. | | GJ records |
| 50 | 17-Mar | HAQUE SAMAD | Google Hangouts | HAQUE directs SAMAD to wire-transfer apprx. $1,500.00 to ELSHINAWY withdrawn from the iBacstel Electronics acct and SAMAD's personal bank account. They discuss other ways to transfer the funds in order to avoid suspicion, including using the iBacsTel Electronics debit card, Western Union, or MoneyGram. | | UK Vol. D |
| 51 | 17-Mar | HAQUE SAMAD | Telegram | HAQUE sends SAMAD identifying information for ELSHINAWY in order to facilitate the money transfer. | | UK Vol. D |
| 52 | 17-Mar | SAMAD | Money Withdrawal | SAMAD begins withdrawing money from his personal bank account and the iBacstel Electronics bank account, completing the withdrawals the next day. | iBacsTel Electronics Bank Acct SAMAD Bank Acct | UK Vol. F |
| 53 | 18-Mar | SAMAD | Money Transfer | SAMAD completes transfer of $1,500.00, via MoneyGram, to ELSHINAWY. | MoneyGram | UK Vol. C/F GJ/FBI Records |
| 54 | 18-Mar | HAQUE SAMAD | Google Hangouts | SAMAD tells HAQUE to advise ELSHINAWY that the MoneyGram transfer has been completed, and provides a pin number for the transfer to give to ELSHINAWY. | | UK Vol. D |
| 55 | 18-Mar | HAQUE robert 199 | Surespot | HAQUE and Surespot user "robert199" exchange covert messages. | | GJ records |

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 10 | **Date** | **Participants** | **Event** | **Description** | **Accounts** | **Evidence** |
| 56 | 18-Mar | ELSHINAWY | Attempted Money Transfer | ELSHINAWY attempts to pick up the $1,500.00 transfer from SAMAD but is unsuccessful, as the payment has been held by MoneyGram on entry into the U.S. A receipt of the attempted transaction, along with notes made by ELSHINAWY of the transaction identifiers, including SAMAD's name and the pin, are found during execution of search at ELSHINAWY's residence in October 2015. | MoneyGram | GJ/FBI Records Search Warrant |
| 57 | 19-Mar | HAQUE SAMAD | Google Hangouts | SAMAD says he will send HAQUE the MoneyGram receipt for the ELSHINAWY transfer and does so through his iBacs email | | UK Vol. D |
| 58 | 19-Mar | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 59 | | SUJAN HAQUE | Surespot | SUJAN and HAQUE exchange covert messages. | | GJ records |
| 60 | 20-Mar | HAQUE SAMAD | Skype | HAQUE advises that the MoneyGram transfer did not go through, and that ELSHINAWY was told that SAMAD needed to contact MoneyGram about it. HAQUE directs SAMAD to get the money back from MoneyGram and not resend it to ELSHINAWY. | | UK Vol. C |
| 61 | 23-Mar | HAQUE ELSHINAWY | Money Transfer | HAQUE transfers $1,500.00 ($1,441.20) to ELSHINAWY. (Bangladesh IP 119.30.39.215) | iBacsTel Electronics Bank Acct iBacs PayPal (1899) TheCheap Mart PayPal (9242) | UK Vol. D/F GJ records |
| 62 | 23-Mar | HAQUE SAMAD | Google Hangouts | HAQUE advises he has completed the transfer of monies to ELSHINAWY through other means. | | UK Vol. D |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 63 | 23-Mar | SUJAN HAQUE | Surespot | SUJAN and HAQUE exchange covert messages. | | GJ records |
| 64 | 23-Mar | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 65 | 23-Mar | HAQUE | Purchase | HAQUE purchases ten GPS bug detectors from Company 6 for shipment to Turkey, at a total cost of $3,175.00. The transaction is subsequently cancelled by Company 6 due to requirement for items to be shipped to the address for the PayPal account used for the purchase (iBacs office in Cardiff). HAQUE states he will pay for the items through a bank transfer, but never completes the purchase. (Bangladesh IP 119.30.39.215) | iBacs PayPal (1899) | UK Vol. D/F GJ/FBI records |
| 66 | 24-Mar | SUJAN | Purchase | Purchase from Company 1 of various items of drone technology having a total value of $1,376.09, for shipment to Sanliurfa, Turkey. The same order was placed 12 times on the same date in the names of individuals associated with the Sanliurfa address. The purchase is arranged via an email account associated with an employee of Goodcom, the supplier of printers sold by iBacs. | Goodcom Email | Vol. D/F GJ/FBI records |
| 67 | 25-Mar | SUJAN HAQUE | Surespot | SUJAN and HAQUE exchange covert messages. | | GJ records |
| 68 | 29-Mar | HAQUE | Purchase Payment | Payment to Company 1 - unknown if for March 23 order of drone parts (parts or shipping costs). (Bangladesh IP 182.160.109.251) | iBacstel Electronics Bank Acct iBacs PayPal (1899) | UK Vol. D/F GJ/FBI records |
| 69 | 29-Mar | HAQUE robert199 | Surespot | HAQUE and Surespot user "robert199" exchange covert messages. | | GJ records |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 70 | 31-Mar | ELSHINAWY | Purchase | ELSHINAWY purchases a new cell phone (Tracfone/StraightTalk) and HP laptop from local Walmart | | GJ records |
| 71 | 1-Apr | HAQUE robert199 | Surespot | HAQUE and Surespot user "robert199" exchange covert messages. | | GJ records |
| 72 | 2-Apr | ELSHINAWY | Purchase Registration | ELSHINAWY activates his new cell phone, registering it under the name "Black Eyes" and the address "earth planet, Aberdeen, Maryland."  (phone account deactivated 5/3/15) | | GJ records |
| 73 | 2-Apr | SUJAN HAQUE | Surespot | SUJAN and HAQUE exchange covert messages. | | GJ records |
| 74 | 3-Apr | ELSHINAWY ELKHODARY | Facebook | ELSHINAWY states he has many targets, but is taking time with them.  He indicates that when he is done, he will join ELKHODARY overseas, and thanks ELKHODARY for showing him the way to martyrdom. | | Search Warrants |
| 75 | 4-Apr | SUJAN | Log-In | SUJAN PayPal Acct  (Turkey IP 176.53.12.20) | SUJAN PayPal (5929) | UK Vol. F |
| 76 | 16-Apr | HAQUE ELSHINAWY | Money Transfer | ELSHINAWY receives $1,000.00 ($960.70) from iBacs (HAQUE - Bangladesh IP 182.160.109.251). | iBacsTel Electronics Bank Acct iBacs PayPal (1899) TheCheapMart PayPal (9242) | UK Vol.D/ F GJ records |
| 77 | 17-Apr | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |

U.S. v. Elshinawy                             **CONSPIRACY**                            **11**
Criminal No. ELH-16-0009           **SEQUENCE OF EVENTS**
**Govt. Exhibit 4**

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 78 | 18-Apr | SUJAN robert 199 | Surespot | SUJAN and Surespot user "rorbert 199" exchange covert messages. | | GJ records |
| 79 | | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 80 | 22-Apr | ELSHINAWY ELKHODARY | Facebook | ELSHINAWY asks for guidance on obtaining or making an explosive device, stating that if he cannot find one, he will make it. | | Search Warrants |
| 81 | 24-Apr | ELSHINAWY Ahmed Elshinawy | Facebook | ELSHINAWY tells his brother that he wants to wage jihad and be with the Islamic State, and that this is his project. | | Search Warrants |
| 82 | 27-Apr | ELSHINAWY Ahmed Elshinawy | Facebook | ELSHINAWY says he has received a lot of money from ISIS and will continue to receive more funds in the future.  He indicates that he has already taken the oath and had wanted to repent a long time ago.  He directs his brother to take steps to conceal their communications regarding ISIS. | | Search Warrants |
| 83 | 1-May | HAQUE ELSHINAWY | Money Transfer | ELSHINAWY receives $1,000.00  ($960.70) from iBacs (HAQUE - Bangladesh IP 182.160.109.251). | iBacsTel Electronics Bank Acct iBacs PayPal (1899) TheCheapMart PayPal (9242) | UK Vol. D/F GJ records |
| 84 | 2-May | ELSHINAWY ELKHODARY | Facebook | ELSHINAWY reiterates his commitment to ISIS and its cause. | | Search Warrants |
| 85 | 4-May | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 86 | 5-May | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 87 | 7-May | SUJAN | Purchase Order | SUJAN orders from Company 7 (manufacturer/distributor of virtual reality and wearable computing technologies) six pantilt mounted units that provide real-time positioning of cameras, lasers, antennas for small to medium payloads, in the name of iBacstel Electronics and at a total cost of $18,205.00, for shipment to the iBacs office in Cardiff.  SUJAN states that payment will likely come from Hong Kong. | AdvanceTech Email | UK Vol. F GJ/FBI records |
| 88 | 9-May | SUJAN | Purchase Payment | SUJAN advises Company 7 that he will have his "partner" wire the payment | AdvanceTech Email | UK Vol. F GJ/FBI records |
| 89 | 10-May | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 90 | 11-May | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 91 | 13-May | SUJAN | Purchase | SUJAN emails to Company 7 confirmation of payment for the six pantilt units via a wire transfer of $18,205.00 from a bank in Turkey. | Wells Fargo Wire Transfer Istanbul, Turkey AdvanceTech Email | UK Vol. F GJ/FBI records |
| 92 | 14-May | HAQUE ELSHINAWY | Money Transfer | ELSHINAWY receives $3,000.00 ($2,882.70) from iBacs (HAQUE - Bangladesh IP 182.160.109.251). | iBacsTel Electronics Bank Acct iBacs PayPal (1899) TheCheapMart PayPal (9242) | UK Vol. D/F GJ records |
| 93 | 18-Mar | ELSHINAWY | Purchase | ELSHINAWY activates another cell phone (Tracfone) obtained from local Walmart and registers it in alisa "David John" at Cheapmart Gmail account (account deactivated 6/18/15) | | GJ records |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | **Date** | **Participants** | **Event** | **Description** | **Accounts** | **Evidence** |
| 94 | 18-May | SUJAN HUSSAN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 95 | 21-May | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 96 | 22-May | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 97 | 25-May | ELSHINAWY Ahmed Elshinawy | Facebook | ELSHINAWY discusses his desire to die as a martyr. | | Search Warrants |
| 98 | 29-May | SUJAN HAQUE | Surespot | SUJAN and HAQUE exchange covert messages. | | GJ records |
| 99 | | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 100 | 29-May | ELSHINAWY Ahmed Elshinawy | Facebook | ELSHINAWY says he dreams about "the State" almost every day. He details a dream in which he was in a church holding a gun "waiting" with others who were killing each other. He asks his brother to pray for the mujahideen. | | Search Warrants |
| 101 | 1-Jun | SUJAN HAQUE | Surespot | SUJAN and HAQUE exchange covert messages. | | GJ records |
| 102 | 2-Jun | SUJAN robert 199 | Surespot | SUJAN and Surespot user "rorbert199" exchange covert messages. | | GJ records |
| 103 | | HAQUE robert199 | Surespot | HAQUE and Surespot user "robert199" exchange covert messages. | | GJ records |
| 104 | | ELSHINAWY robert199 | Surespot | ELSHINAWY and Surespot user "robert199" exchange covert messages. | | GJ records |
| 105 | | SUJAN HAQUE | Surespot | SUJAN and HAQUE exchange covert messages. | | GJ records |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 106 | 3-Jun | SUJAN HAQUE | Surespot | SUJAN and HAQUE exchange covert messages. | | GJ records |
| 107 | | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 108 | 4-Jun | HAQUE robert199 | Surespot | HAQUE and Surespot user "robert199" exchange covert messages. | | GJ records |
| 109 | 5-Jun | HAQUE robert199 | Surespot | HAQUE and Surespot user "robert199" exchange covert messages. | | GJ records |
| 110 | 6-Jun | SUJAN HAQUE | Surespot | SUJAN and HAQUE exchange covert messages. | | GJ records |
| 111 | | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 112 | 7-Jun | HAQUE ELSHINAWY | Money Transfer | ELSHINAWY receives $1,341.98 ($1,200) from iBacs (HAQUE - Bangladesh IP 182.160.109.251).  The transaction is falsely identified as payment for an ebay purchase of two Canon printers for shipment to the iBacs office in Cardiff. | iBacsTel Electronics Bank Acct iBacs PayPal (1899) Rachel Rowe PayPal (6349) Rachel Rowe ebay (sunbeetle54) HAQUE email (ebay) | UK Vol. D/F GJ records |

U.S. v. Elshinawy       CONSPIRACY       **15**
Criminal No. ELH-16-0009       SEQUENCE OF EVENTS
Govt. Exhibit 4

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **10** | **Date** | **Participants** | **Event** | **Description** | **Accounts** | **Evidence** |
| 113 | 8-Jun | HAQUE SAMAD | iBacs Email | HAQUE advises the alleged printers paid for through PayPal will not be delivered to the iBacs office, he "bought" them, and he will explain it all to SAMAD later. HAQUE signs off on message but SUJAN's email signature appears at bottom of email stream with SAMAD. | | UK Vol. D |
| 114 | 9-Jun | HAQUE robert199 | Surespot | HAQUE and Surespot user "robert199" exchange covert messages. | | GJ records |
| 115 | 10-Jun | ELSHINAWY | YouTube | ELSHINAWY accesses YouTube video published by the Islamic State Electronic Brigade | | Search Warrants |
| 116 | 10-Jun | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 117 | 11-Jun | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 118 | 13-Jun | SUJAN | Purchase Inquiry | SUJAN expresses his concern to Company 7 about delivery time for the pantilt devices, indicating that their project is at a "standstill." | AdvanceTech Email | UK Vol. F GJ/FBI records |
| 119 | 16-Jun | HAQUE SAMAD | iBacs Email | SAMAD asks HAQUE when he can create a new bank account and states, "I want to cut all links from iBacsTel Electronics Ltd asap … its scaring me lol." | | UK Vol. D |
| 120 | 20-Jun | SUJAN | Future Order | SUJAN tells Company 7 he is looking for a thermal camera and is anticipating placing a bulk order for between twenty to fifty additional pantilt devices. | AdvanceTech Email | UK Vol. F GJ/FBI records |
| 121 | 21-Jun | HAQUE robert199 | Surespot | HAQUE and Surespot user "robert199" exchange covert messages. | | GJ records |
| 122 | | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 123 | 22-Jun | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 124 | | ELSHINAWY ELBARBARY | Surespot | ELSHINAWY and ELBARBARY exchange covert messages. | | GJ records |
| 125 | 24-Jun | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 126 | 25-Jun | ELKHODARY | Facebook | ELKHODARY attempts to recruit an individual to join ISIS and references the blessing of becoming a martyr and entering paradise. | | Search Warrants |
| 127 | 26-Jun | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 128 | 27-Jun | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 129 | 28-Jun | ELSHINAWY ELBARBARY | Money Transfer | ELSHINAWY receives $1,000.00 through a Western Union wire transfer from ELBARBARY in Egypt. | Western Union | GJ records |
| 130 | 30-Jun | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 131 | | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 132 | 1-Jul | ELSHINAWY | Purchase | ELSHINAWY purchases two prepaid Samsung phones shortly after a traffic stop by Baltimore County Police and changes his cell phone number. | | GJ records |
| 133 | 1-Jul | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 134 | 3-Jul | SUJAN | Shipment Info | SUJAN provides Company 7 with shipping info for shipment of the six pantilt devices to iBacsTel Electronics in Cardiff. | AdvanceTech Email | UK Vol. F GJ/FBI records |
| 135 | 3-Jul | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 136 | 3-Jul | SUJAN | Shipment | Company 7 ships six pantilt devices to iBacstel Electronics in Cardiff. | | UK Vol. F GJ/FBI records |
| 137 | 4-Jul | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 138 | 5-Jul | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 139 | 6-Jul | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 140 | 6-Jul | ELSHINAWY | Web Search | ELSHINAWYaccesses ISIS-related photos and propaganada, including two pro-ISIS tweets. | | Phone data seizure |
| 141 | 7-Jul | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 142 | 8-Jul | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 143 | 8-Jul | SUJAN | Future Order | SUJAN asks Company 7 for delivery time on another 2 pantilt units as he wants to order them as soon as the first shipment reached the UK. | AdvanceTech Email | UK Vol. F GJ/FBI records |
| 144 | 11-Jul | ELSHINAWY | Web Search | ELSHINAWY accesses (through Linux/Chromium) picture from, and/or video of, al-Furquan video titled "Although the Disbelievers Dislike It"  released 11/16/14. | QBA6>EncryptFS>Graphics>1401 | July 2015 Search 1B6 |
| 145 | | | | ELSHINAWY accesses (through Linux/Chromium) ISIS photo release of prisoners being released in Ramadi. | QBA6>EncryptFS>Graphics>1329 | July 2015 Search 1B6 |
| 146 | 11-Jul | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 147 | 13-Jul | ELSHINAWY | YouTube | ELSHINAWY accesses the Tech Rebel Guide explaining encryption using TrueCrypt. | | July 2015 Search 1B6 |

| 10 | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | Date | Participants | Event | Description | Accounts | Evidence |
| 148 | 14-Jul | ELSHINAWY | Web Search | ELSHINAWY accesses (through Linux/Firefox) photo of Ibn al-Khattab. | QBA6>EncryptFS>Graphics>3219 | July 2015 Search 1B6 |
| 149 | | | | ELSHINAWYS accesses hacking website. | | Phone data seizure |
| 150 | 15-Jul | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 151 | | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 152 | 17-Jul | ELSHINAWY | FBI Interview | ELSHINAWY makes false statements to FBI regarding his ISIS-related activities, including falsifying the total amount of monies he has received from ISIS. | | |
| 153 | 18-Jul | SAMAD | Photographs | SAMAD takes photos of the pantilt devices received from Company 7. | | UK Vol. C |
| 154 | 18-Jul | ELSHINAWY | Facebook | ELSHINAWY removes the name of an ISIS sympathizer from his Facebook "friends" list and blocks ELKHODARY's access to his Facebook account. | | Search Warrants |
| 155 | 19-Jul | ELSHINAWY | Web Search | ELSHINAWY streams ISIS beheading video. | | Phone data seizure |
| 156 | 20-Jul | ELSHINAWY | FBI Interview | ELSHINAWY makes false statements to FBI regarding his ISIS-related activities, including providing another false total of the amount of monies received from ISIS. | | |
| 157 | 22-Jul | SUJAN | Money Acct Creation | SUJAN sets up a PayPal account for AdvanceTech listing the iBacs office address in Cardiff as the company's main address and a secondary address in Sanliurfa, Turkey.  (Turkey IP 185.19.80.248) | AdvanceTech PayPal (5188) | UK Vol. F |
| 158 | 22-Jul | SUJAN SAMAD | Skype | SUJAN advises he is setting up a new holding company named "advancetech" and will use the iBacs address.  He says he will add SAMAD to his AdvanceTech Skype account to communicate in the future | | UK Vol. C |

|    | A | B | C | D | E | F |
|----|------|--------------|--------------|-------------|----------|----------|
| 10 | **Date** | **Participants** | **Event** | **Description** | **Accounts** | **Evidence** |
| 159 | 23-Jul | SUJAN | Incorporation | SUJAN incorporates Advance Technology in the UK under the iBacs address in Cardiff. Directors are listed as Peter and David Soren. Sanliurfa address and associated individual also listed. | | UK Vol. F |
| 160 | 23-Jul | SUJAN | Replacement Order | SUJAN tells Company 7 there is a problem with one of the pantilt devices and indicates he will be sending it back to FLIR for replacement. | AdvanceTech Email | UK Vol. F GJ/FBI recoreds |
| 161 | 23-Jul | HAQUE SAMAD | Skype | HAQUE advises he will be in Spain by the 1st of August | | UK Vol. C |
| 162 | 24-Jul | ELKHODARY | Facebook | ELKHODARY shares ISIS propaganda with an associate, and they discuss setting up and utilizing electronic and social media accounts with fake identifying information in order to retain their anonymity and avoid scrutiny and suspicion. | | Search Warrants |
| 163 | 25-Jul | SUJAN robert199 | Surespot | SUJAN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 164 | 25-Jul | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 165 | 26-Jul | HUSSAIN robert199 | Surespot | HUSSAIN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 166 | 26-Jul | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 167 | 29-Jul | SUJAN robert199 | Surespot | SUJAN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 168 | 30-Jul | SUJAN | Purchase | SUJAN purchases ten rocket flight computer kits from Company 8 (manufacturer/distributor of rocket components) for shipment to Sanliurfa, Turkey, at a total cost of $381.25. The items are subsequently detained by Turkish authorities and returned to Company 8. (Turkey IP 185.19.80.226 and Iraq IP 185.12.24.251) | AdvanceTech PayPal (5188) Brian Vincer Email | UK Vol. F GJ/FBI records |

|    | A | B | C | D | E | F |
|----|------|--------------|---------|-------------|----------|----------|
| 10 | **Date** | **Participants** | **Event** | **Description** | **Accounts** | **Evidence** |
| 169 | 31-Jul | SUJAN robert199 | Surespot | SUJAN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 170 | 31-Jul | SAMAD | iBacs Email | SAMAD's iBacs email account contains a Daily Work Report from iBacs Group web developers for redesigning the AdvanceTech website.  The company is described as providing services for "Robotics Surveillance, Rocket science, missile Oil mining Gas mining Oil Refinery water treatment plant food production machinery access control security monitoring system, solar energy plant molding machine for various production industries packaging machine for various industries." | | UK Vol. D |
| 171 | 2-Aug | SUJAN robert199 | Surespot | SUJAN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 172 | 5-Aug | SUJAN robert199 | Surespot | SUJAN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 173 | 6-Aug | SUJAN SAMAD | Surespot | SUJAN and SAMAD exchange covert messages. | | GJ records |
| 174 | 8-Aug | SUJAN robert199 | Surespot | SUJAN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 175 | 9-Aug | SUJAN robert199 | Surespot | SUJAN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 176 | | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 177 | 11-Aug | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **10** | **Date** | **Participants** | **Event** | **Description** | **Accounts** | **Evidence** |
| 178 | 12-Aug | ELSHINAWY Ahmed Elshinawy | Facebook | ELSHINAWY advises he is trying to avoid contact with ELKHODARY and has taken steps to conceal their communications over social media.  ELSHINAWY tells his brother not to share his (ELSHINAWY's) contact information with ELKHODARY.  ELSHINAWY states his belief that he is being monitored, and that is why he has stopped communicating with ELKHODARY. | | Search Warrants |
| 179 | 12-Aug | ELSHINAWY | Web Search | ELSHINAWY accesses ISIS fighter photos, including of Croatian ISIS hostage with his severed head placed  on top of his body. | | Broadband data seizure |
| 180 | 13-Aug | ELSHINAWY | Web Search | ELSHINAWY accesses ISIS-related propaganda, including photos of a drone and various terror bombing sites. | | Broadband data seizure |
| 181 | 14-Aug | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 182 | 15-Aug | SUJAN HAQUE | Surespot | SUJAN and HAQUE exchange covert messages. | | GJ records |
| 183 | 15-Aug | ELSHINAWY | Web Search | ELSHINAWY accesses ISIS fighter photo. | | Broadband data seizure |
| 184 | 16-Aug | SUJAN robert199 | Surespot | SUJAN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 185 | | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 186 | 17-Aug | ELSHINAWY | Web Search | ELSHINAWY accesses photo of ISIS fighter with explosive device. | | Broadband data seizure |
| 187 | 17-Aug | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 188 | 18-Aug | SUJAN HAQUE | Surespot | SUJAN and HAQUE exchange covert messages. | | GJ records |

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 189 | 19-Aug | SUJAN SAMAD | Skype | SUJAN tells SAMAD that work on the pantilt devices has been completed and they are being sent back to the iBacs office in Cardiff for safekeeping. | AdvanceTech | UK Vol. C |
| 190 | 21-Aug | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 191 | 22-Aug | SUJAN HUSSAIN | Surespot | SUJAN and HUSSAIN exchange covert messages. | | GJ records |
| 192 | 23-Aug | SUJAN | Purchase | SUJAN purchases a pulsejet engine plan from Company 9 (designer/developer of pulsejet engines used to power rockets, radio-controlled airplanes, and other vehicles and devices). SUJAN and an iBacs-related associate inquire about whether the manufacturer's engine models can be attached to a 40kg remote-controlled airplane. | Brian Vincer Email | GJ records |
| 193 | 24-Aug | HUSSAIN | Military Operation | HUSSAIN is killed in a coalition strike in Syria. | | |
| 194 | 26-Aug | SUJAN robert199 | Surespot | SUJAN and Surespot user "robert199" exchange covert messages. | | GJ records |
| 195 | 26-Aug | ELSHINAWY | Web Search | ELSHINAWY accesses photos of ISIS fighters. | | Broadband data seizure |
| 196 | 26-Aug | SUJAN SAMAD | Skype | SAMAD advises that the pantilt devices being returned to iBacs were sent to the old office address in error. SUJAN requests SAMAD's help to arrange redelivery to the office, stating "we need these items urgently." SUJAN tells SAMAD to send him the delivery details on Surespot. | AdvanceTech | UK Vol. C |
| 197 | 28-Aug | SUJAN robert199 | Surespot | SUJAN and Surespot user "robert199" exchange covert messages. | | GJ records |

| 10 | A Date | B Participants | C Event | D Description | E Accounts | F Evidence |
|---|---|---|---|---|---|---|
| 198 | 31-Aug | ELSHINAWY Ahmed Elshinawy | Facebook | ELSHINAWY directs his brother to tell ELKHODARY that he (ELSHINAWY) has been revealed and uncovered.  ELSHINAWY also directs his brother to conceal their communications, and any communications had with ELKHODARY on this issue. | | Search Warrants |
| 199 | 4-Sep | ELKHODARY | Facebook | ELKHODARY confirms to an associate that he is a member of ISIS. | | Search Warrants |
| 200 | 6-Sep | ELSHINAWY | Web Search | ELSHINAWY streams audio of Islamic prayers.  He also accesses a photo of ISIS fighter with the ISIS flag. | | Phone data seizure |
| 201 | 7-Sep | ELSHINAWY | Web Search | ELSHINAWY accesses photo of Abu Bakr al-Baghdadi. | | Broadband data seizure |
| 202 | 7-Sep | SUJAN | Log-In | AdvanceTech PayPal account (Turkey IP 185.19.80.244) | AdvanceTech PayPal (5188) | UK Vol. F |
| 203 | 9-Sep | SUJAN SAMAD | Skype | SAMAD, at SUJAN's direction, takes photos of the pantilt-related items sent back to the iBacs Cardiff office, which he then forwards to SUJAN, during their chat.  SAMAD asks, "What's this for ... a sniper?  SUJAN replies "lol no." SAMAD states, "Lol ... Not as exciting as a sniper.  Hmmm Please don't take [sic] me it's to take quality selfies," to which SUJAN replies, "lol no." | AdvanceTech | UK Vol. C |
| 204 | 9-Sep | ELSHINAWY | Web Search | ELSHINAWY accesses screenshot of beheading video. | | Broadband data seizure |
| 205 | 10-Sep | ESHINAWY | Web Search | ELSHINAWY accesses photos of terror bombing sites (including World Trade Center) and victims, ISIS and AQ propaganda, U.S. soldiers at Lackland AFB, Boston bomber Dzhokhar Tsarnaev, radical Islamic propaganda. | | Broadband data seizure |
| 206 | 13-Sep | SUJAN | Log-In | Advance Tech PayPal account (Turkey IP 185.19.80.250) | AdvanceTech PayPal (5188) | UK Vol. F |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 207 | 14-Sep | SUJAN SAMAD | Skype | SUJAN directs SAMAD to ship to a female associate in Madrid, Spain, "1 camera, 1 lens, 1 FLIR pantilt system with power supply and control box and CD." SUJAN advises that he is no longer using Surespot and instructs SAMAD on how to obtain and use another encrypted messaging application, stating, "[t]he expert brothers checked it, it use TOR network ... like deep web network, so it annonomous [sic] once you install it ..... whatever apps you can use over orbot is better and secure ... [t]here is a security war ... huge security challenge, but ... we are coping with it well ...." | | UK Vol. C |
| 208 | 15-Sep | ELSHINAWY | Web Search | ELSHINAWY streams ISIS propaganda video released in Sep 15 by the pro-ISIS hacking group, Islamic Cyber Army. | | Broadband data seizure |
| 209 | 15-Sep | SUJAN SAMAD | Skype | SUJAN reiterates to SAMAD his urgent need for the pantilt unit and related equipment he directed SAMAD to ship to Spain, stating, "I am sure you have a lot of work, but please put priority to this task, its for fesabillilah [the cause of Allah] jazakallahu khairan [may Allah reward you]. | AdvanceTech | UK Vol. C |
| 210 | | SUJAN SAMAD | Skype | SUJAN asks for confirmation that the hardware has been sent to Spain and provides new Skype contact info for account "ATG Global." | ATG Global | |
| 211 | 16-Sep | SAMAD | Shipment | SAMAD ships to Spain the pantilt equipment as directed by SUJAN | iBacs | UK Vol. C |
| 212 | 16-Sep | SUJAN SAMAD | Skype | SAMAD provides shipping info to SUJAN for the Spain shipment. He asks, "Is there any way to reduce my services as I can't help but feel a little uneasy?" SUJAN replies that he has already noticed SAMAD's unease, and states that he should only fear Allah. | AdvanceTech | UK Vol. C |
| 213 | 20-Sep | HAQUE SAMAD | Skype | HAQUE directs SAMAD to provide tracking information for the shipment of the pantilt unit and related equipment to Spain so he can forward the information to SUJAN. | | UK Vol. C |

| 10 | Date | Participants | Event | Description | Accounts | Evidence |
|---|---|---|---|---|---|---|
| 214 | 21-Sep | SUJAN SAMAD | Skype | SUJAN tells SAMAD to send one more pantilt unit to the same address in Spain. | ATG Global | UK Vol. C |
| 215 | 23-Sep | SUJAN | Log-In | SUJAN PayPal account (Turkey IP 185.19.80.250) | SUJAN PayPal (1840) SUJAN PayPal (7108) | UK Vol. F |
| 216 | 29-Sep | SUJAN SAMAD | Shipment | SAMAD ships the additional pantilt unit to Spain | iBacs | UK Vol. D |
| 217 | 30-Sep | SUJAN SAMAD | Skype | SAMAD confirms to SUJAN the recent pantilt shipment to Spain and provides the tracking information. After advising that the shipment has not yet been picked up by the carrier, SUJAN tells SAMAD to cancel the shipment and reship the pantilt unit along with camera lenses and related equipment to the Spain address. SUJAN also directs SAMAD to provide any remaining pantilt equipment to an associate whom he will send to pick it up. SUJAN says he will send SAMAD a message over Telegram explaining what these requests are about. | ATG Global | UK Vol. C |
| 218 | 2-Oct | SAMAD | Shipment | Cancellation of pantilt shipment not successful, so package shipped to Spain. | iBacs | UK Vol. C/D/F |
| 219 | 4-Oct | ELSHINAWY | Web Search | ELSHINAWY streams audio of Islamic prayers. He also accesses a photo of ISIS fighter with the ISIS flag. | | Phone data seizure |
| 220 | 7-Oct | SAMAD | Shipment | SAMAD arranges second shipment to Spain with camera and lenses requested by SUJAN. Provides tracking info to SUJAN over Skype. | iBacs | UK Vol. C/D/F |
| 221 | 8-Oct | ELSHINAWY | Web Search | ELSHINAWY accesses (through Linux/Firefox) photo of Usama bin Laden. | QBA10>EncryptFS> Graphics>7720 | July 2015 Search 1B6 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 222 | 8-Oct | SUJAN SAMAD | Skype | SUJAN tells SAMAD he has sent a message to him on Telegram. SUJAN asks that SAMAD ship as quickly as possible additional pantilt-related items to Spain, as they will be forwarded by the female associate to another country where they are "needed." Later that day, SAMAD confirms to SUJAN that he has completed the shipment. | ATG Global | UK Vol. C |
| 223 | 9-Oct | ELSHINAWY | Web Search | ELSHINAWY accesses photo of ISIS fighters holding ISIS flag. | QBA10>EncryptFS> Graphics>4297 | July 2015 Search 1B6 |
| 224 | 9-Oct | ELSHINAWY | | FBI executes federal search warrants at ELSHINAWY's residence | | |
| 225 | 16-Oct | ELKHODARY | Facebook | ELKHODARY provides specific direction and guidance to an associate regarding ISIS logistics and operations in which the associate can participate. | | Search Warrants |
| 226 | 27-Oct | SUJAN SAMAD | Skype | SUJAN confirms that he got his "stuff" (equipment previously sent by SAMAD). | ATG Global | UK Vol. C |
| 227 | 13-Nov | ELSHINAWY | Newspaper | ELSHINAWY accesses ISIS-related articles. | | Search Warrants |
| 228 | 15-Nov | ELSHINAWY | Newspaper | ELSHINAWYaccesses articles on ISIS-related Paris bombings and Russia as new front for militant Islam. | | Search Warrants |
| 229 | 16-Nov | ELSHINAWY | Newspaper | ELSHINAWY accesses articles on aftermath of ISIS-related Paris bombings and Islamic State's war against the West. | | Search Warrants |
| 230 | 17-Nov | ELSHINAWY | Newspaper | ELSHINAWY accesses articles encrypted apps and other tools being used by ISIS, the security challenges facing U.S. and the funding of terrorism, and continued responses by West to ISIS-related Paris bombings. | | Search Warrants |
| 231 | 20-Nov | ELSHINAWY | Newspaper | ELSHINAWY accesses articles on Paris attacks, ISIS pursuit of chemical weapons, U.S. response to Syrian refugees, U.S. expansion of its terror tactics. | | Search Warrants |

U.S. v. Elshinawy         **CONSPIRACY**         27
Criminal No. ELH-16-0009       **SEQUENCE OF EVENTS**
**Govt. Exhibit 4**

|   | A | B | C | D | E | F |
|---|------|--------------|-----------|-------------|----------|----------|
| 10 | **Date** | **Participants** | **Event** | **Description** | **Accounts** | **Evidence** |
| 232 | 21-Nov | ELSHINAWY | Newspaper | ELSHINAWY accesses articles on Paris attacks, Boko Haram, and Islamic terror groups in Mali. | | Search Warrants |
| 233 | 24-Nov | ELSHINAWY | Newspaper | ELSHINAWY accesses articles U.S. and Russian strikes in Syria targeting ISIS, and the aftermath of the Paris attacks, the West's fight against ISIS. | | Search Warrants |
| 234 | 25-Nov | ELSHINAWY | Newspaper | ELSHINAWY accesses articles on holiday travel and security in aftermath of Paris attacks. | | Search Warrants |
| 235 | 26-Nov | ELSHINAWY | Newspaper | ELSHINAWY accesses articles anti-Muslim backlash after Paris attacks and U.S. forces attack on hospital in Afghanistan. | | Search Warrants |
| 236 | 30-Nov | ELSHINAWY | Web Search | ELSHINAWY accesses Maryland government website and views information and photos of federal and state government buildings.  He also views photos of FBI jacket and article on FBI following ISIS operatives, as well as photo of ISIS-related Paris bombing. | | Phone data seizure |
| 237 | 30-Nov | ELSHINAWY | Newspaper | ELSHINAWY accesses ISIS-related articles on refugees, Libya and Syria, funding terrorists, and refugee crisis. | | Search Warrants |
| 238 | 1-Dec | ELSHINAWY | Newspaper | ELSHINAWY accesses articles on the birth of ISIS, how ISIS is tghtening its grip in Libya, the Paris attacks, and income inequality as basis for rise of ISIS. | | Search Warrants |
| 239 | 3-Dec | ELSHINAWY | Newspaper | ELSHINAWY accesses articles on ISIS-related attack in San Bernardino. | | Search Warrants |
| 240 | 4-Dec | ELSHINAWY | Newspaper | ELSHINAWY accesses articles on ISIS-related attack in San Bernardino. | | Search Warrants |
| 241 | 6-Dec | ELSHINAWY | Web Search | ELSHINAWY streams audio of Islamic prayers.  He also accesses a photo of ISIS fighter with the ISIS flag. | | Phone data seizure |
| 242 | 7-Dec | ELSHINAWY | Newspaper | ELSHINAWY accesses articles on San Bernardino attack, FBI's investigation, ISIS bombing in Yemen, terror-related knife attack in London, ISIS recruitment of women. | | Search Warrants |

U.S. v. Elshinawy          **CONSPIRACY**          **28**
Criminal No. ELH-16-0009          **SEQUENCE OF EVENTS**
**Govt. Exhibit 4**

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 243 | 7-Dec | ELSHINAWY | Web Search | ELSHINAWY streams audio of Islamic prayers and accesses information on prayer times and how to pray at a mosque. |  | Phone data seizure |
| 244 | 7-Dec | HAQUE SAMAD | Threema | HAQUE and SAMAD discuss recent law enforcement searches at the iBacs office in Bangladesh. HAQUE states that law enforcement has "some information" about SUJAN and knows his location. HAQUE states that SUJAN "went there [Iraq] for his own decisions ... his own choice." | Abu Aman | UK Vol. C |
| 245 | 8-Dec | ELSHINAWY | Web Search | ELSHINAWY streams audio of Islamic prayers. He also accesses a photo of ISIS fighter with the ISIS flag. |  | Phone data seizure |
| 246 | 9-Dec | ELSHINAWY | Web Search | ELSHINAWY streams audio of Islamic prayers. He also accesses a photo of ISIS fighter with the ISIS flag. |  | Phone data seizure |
| 247 | 10-Dec | ELSHINAWY | Web Search | ELSHINAWY accesses terror-related photo of crusading warrior with title "One Day ISIS Will Run Into the Wrong Christians." |  | Phone data seizure |
| 248 | 10-Dec | SUJAN | Military Operation | SUJAN is killed in Raqqa, Syria, in a military strike. |  |  |
| 249 | 10-Dec | iBacs | Law Enforcement Operation | UK law enforcement authorities execute searches of the iBacs office and SAMAD's residence. |  |  |
| 250 | 11-Dec | ELSHINAWY | Law Enforcement Operation | ELSHINAWY arrested by the FBI in Baltimore. |  |  |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | Date | Participants | Event | Description | Accounts | Evidence |
| 251 | Aliases and Relevant Accounts | | | | | |
| 252 | SIFUL SUJAN | | | | | |
| 253 | | Abukhalid 2 (Samad Contacts) | | | | |
| 254 | | iBacs Technologies Ltd, iBacs IT (Google Hangouts, PayPal 7108 - iBacs IT Solutions) | | | | |
| 255 | | David Soren, Pater Soren, Brian Vincer (AdvanceTech incorp., PayPal 5188 - Sanliurfa, iBacs addresses, email) | | | | |
| 256 | | David (AdvanceTech Logistics Yandex email) | | | | |
| 257 | | AdvanceTech, ATG Global (AdvanceTech Skype) | | | | |
| 258 | | abukhalid02 (Surespot/Google) | | | | |
| 259 | | abukhalid20, abukhalid2014 (PayPal 5929 name, Yandex email) | | | | |
| 260 | | info@ibacstel.com (PayPal 9101 email, Sanliurfa, iBacs, China addresses) | | | | |
| 261 | ATAUL HAQUE | | | | | |
| 262 | | abuaman1383 (Google email, SAMAD Contacts) | | | | |
| 263 | | Abu Aman (Threema) | | | | |
| 264 | | abuaman, abuaman1 (Surespot) | | | | |
| 265 | | ataul@ibacs.co.uk (PayPal 9373 email, Sanliurfa address, wife's name) | | | | |
| 266 | | ataul03 (Google email) | | | | |
| 267 | ABDUL SAMAD | | | | | |
| 268 | | asamad91 (Surespot) | | | | |
| 269 | | PayPal 1899 for iBacsTel Corp (name, iBacs & China addresses, Sanliurfa address added 10/25/14 | | | | |
| 270 | | MOHAMED ELSHINAWY | | | | |
| 271 | | mojoeusa (Surespot/Google) | | | | |
| 272 | | Mo Jo (Sprint 410-776-5095, Edgewood address) | | | | |
| 273 | | TheCheapMart (PayPal 9242, name, Edgewood address) | | | | |
| 274 | | PayPal 6349 for vwfanatic (Rachel Rowe, Aberdeen address) | | | | |
| 275 | | ebay "sunbeetle54" (Rachel Rowe) | | | | |
| 276 | MOHAMED WAHED BARBARY | | | | | |
| 277 | | mohamedelfateh (Surespot/Google) | | | | |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | **Date** | **Participants** | **Event** | **Description** | **Accounts** | **Evidence** |
| 278 | JUNAID HUSSAIN | | | | | |
| 279 | | abuhussain3, abuhussain1 (Surespot/Google) | | | | |