|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | FBI ID | Newspaper | Terror-related Article | Summary | Other |
| 2 |  | 1B73 |  |  |  |  |
| 3 | 2-Nov-15 | U | The Wall Street Journal | Russian Jet that crashed in Egypt broke up in flight |  |  |
| 4 | 2-Nov-15 | V | The Wall Street Journal Business and Tech |  |  |  |
| 5 | 2-Nov-15 | AS | The Wall Street Journal Money & Markets Section |  |  |  |
| 6 | 13-Nov-15 | A | The Aegis |  |  | Community Stronghold - The Bel Air armory a main street fixture was built 100 years ago |
| 7 | 13-Nov-15 | B | The New York Times | Kurds take back strategic roads in Iraq from ISIS | More than 7000 Kurdish forces and Yazidi fighters seek revenge against jihadists |  |
| 8 | 13-Nov-15 | B | The New York Times | Dozens killed in Beirut attack | Suicide bombers struck a residential area in southern Beirut, Islamic State claims responsibility |  |
| 9 | 13-Nov-15 | D | The Washington Post | In Iraq, Kurds attack Islamic State | Kurdish forces launch major offenses to reclaim Sinjar |  |
| 10 | 13-Nov-15 | D | The Washington Post | Beirut bombing | The Islamic State said it carried out suicide attacks that killed dozens |  |
| 11 | 13-Nov-15 | D | The Washington Post | Ohio man allied with the Islamic State | Ohio man was charged with using social media to solicit the killings of US military personnel |  |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | FBI ID | Newspaper | Terror-related Article | Summary | Other |
| 12 | 13-Nov-15 | E | The Aegis | | | Harford buys more portable emergency radios |
| 13 | 13-Nov-15 | BD | The Aegis Classified Section | | | |
| 14 | 13-Nov-15 | BG | The Aegis Police Blotter | | | |
| 15 | 13-Nov-15 | BH | The Washington Post | | | cooking recipes |
| 16 | 15-Nov-15 | F | The Baltimore Sun | Act of War | As France mourns, authorities begin to trace the trail of the terrorist through Europe | |
| 17 | 15-Nov-15 | M | The Washington Post | Regaining control in an unsettled Europe | Discusses Paris terror attacks, refugee crisis | |
| 18 | 15-Nov-15 | M | The Washington Post | ISIS waged active war | Discusses Paris terror attacks | |
| 19 | 15-Nov-15 | M | The Washington Post | Effort is on to begin Syria talks by January 1st | Paris attacks bring fresh urgency but Assad's fate still a devisive issue | |
| 20 | 15-Nov-15 | N | The Washington Post | World Powers to pursue start of Syria peace talks by January 1st | | |
| 21 | 15-Nov-15 | BE | The Baltimore Sun Business & Jobs Section | | | |
| 22 | 15-Nov-15 | BF | The Baltimore Sun Sports Section | | | |
| 23 | 15-Nov-15 | BI | The Washington Post Business Section | | | |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | FBI ID | Newspaper | Terror-related Article | Summary | Other |
| 24 | 15-Nov-15 | BJ | The Washington Post | Russia is the new front for militant Islam | | |
| 25 | 16-Nov-15 | C | The Washington Post | Paris plot may involve up to 20 | European authorities believe a larger network of 20 terrorists could be involved in Paris attacks | |
| 26 | 16-Nov-15 | C | The Washington Post | France bombs Syrian city coordinating with U.S. | French war planes launch a retalitory attack in Raqqa, Syria, the Islamic State's de facto capital | |
| 27 | 16-Nov-15 | C | The Washington Post | Anywhere people gather, potential of a terrorist style attack lurks in the shadow | | |
| 28 | 16-Nov-15 | G | The New York Times | What will come after Paris | Terror attack on Paris on Friday along with twin bombings in Beirut show a new face in the Islamic State's war against the West | |
| 29 | 16-Nov-15 | G | The New York Times | Darkness of terror in the City of Light | Summary of Paris terrorist attacks | |
| 30 | 16-Nov-15 | H | The New York Times | Could Paris happen here | Surveying the aftermath of the Paris terrorist attacks, most Americans feel despair that its only a matter of time before something similar happens here | |
| 31 | 16-Nov-15 | H | The New York Times | Migrants shot at border of Egypt, officiasl say | | |
| 32 | 16-Nov-15 | H | The New York Times | Tensions rise in Iran | | |
| 33 | 16-Nov-15 | H | The New York Times | | | Beirut feels forgotten |

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 1  | Date | FBI ID | Newspaper | Terror-related Article | Summary | Other |
| 34 | 16-Nov-15 | H | The New York Times | Arrests in the West Bank | | |
| 35 | 16-Nov-15 | H | The New York Times | Europe's migrant focus | | |
| 36 | 16-Nov-15 | H | The New York Times | France strikes ISIS targets in Syria in retailiation for attacks on Paris | | |
| 37 | 16-Nov-15 | H | The New York Times | Mounting clues point to brothers and trip to Syria | | |
| 38 | 16-Nov-15 | H | The New York Times | In Presidential campaign it is now terrorism not taxes | | |
| 39 | 16-Nov-15 | H | The New York Times | Obama sticks to ISIS fight from the air | | |
| 40 | 16-Nov-15 | H | The New York Times | Boko Haram loses terrotory | | |
| 41 | 16-Nov-15 | J | The Washington Post Metro Section | United with France in grief and love | | |
| 42 | 16-Nov-15 | K | The Washington Post Style Section | Empathy or ego in our postings on Paris | Discusses Paris terror attacks | |
| 43 | 16-Nov-15 | K | The Washington Post Style Section | Paris based ensemble offers an affirmation of life on a dark day | Discusses Paris terror attacks | |
| 44 | 16-Nov-15 | L | The Washington Post Sports | | | |
| 45 | 16-Nov-15 | AJ | The Baltimore Sun | France bombs Islamic State HQ | | |
| 46 | 17-Nov-15 | O | The New York Times | Deadly clashes erupt as Israeli soldiers raid refugee camp in West Bank | | |
| 47 | 17-Nov-15 | O | The New York Times | Encrypted messaging Apps face new scrutiny over possible role in attacks | Discusses how terror attack in the Islamic State may be using a variety of tools to hide its communications | |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | FBI ID | Newspaper | Terror-related Article | Summary | Other |
| 48 | 17-Nov-15 | O | The New York Times | Debates over limits on survellience burst open after a series of attacks | Discusses security challenges facing the U.S. and funding terrorism | |
| 49 | 17-Nov-15 | P | The Washington Post | Hollande vows to destroy ISIS | | |
| 50 | 17-Nov-15 | P | The Washington Post | Luring the crusaders into a apocalyptic battle in Syria | | |
| 51 | 17-Nov-15 | P | The Washington Post | Belgian believed to be guru of Paris attacks | | |
| 52 | 17-Nov-15 | P | The Washington Post | Governers, candidates seek to bar migrants | | |
| 53 | 17-Nov-15 | Q | The Washington Post Metro Section | The burden of teaching about terror | | |
| 54 | 17-Nov-15 | R | The Washington Post Style Section | | | |
| 55 | 17-Nov-15 | S | The Washington Post Sports | | | |
| 56 | 17-Nov-15 | T | The Washington Post Health & Science Section | | | |
| 57 | 20-Nov-15 | AB | The Baltimore Sun | Cell phone led to ringmaster | Discusses French Paris attacks | |
| 58 | 20-Nov-15 | AB | The Baltimore Sun | Extremists said to eye chemical weapons | Discusses ISIS pursuing chemicals weapons | |
| 59 | 20-Nov-15 | AB | The Baltimore Sun | Clinton: U.S. must amplify fight againts Islamic State | | |
| 60 | 20-Nov-15 | AB | The Baltimore Sun | | | House votes for new restrictions on refugees |
| 61 | 20-Nov-15 | AC | The Baltimore Sun | | | |

U.S. v. Elshinawy  
Criminal No. ELH-16-0009

Newspapers and Terror-Relates Articles Found in Elshinawy Residence  
December 11, 2015  
Govt. Exhibit 5

6

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | FBI ID | Newspaper | Terror-related Article | Summary | Other |
| 62 | 20-Nov-15 | AD | The Washington Times | House defies Obama, votes for pause of Syrian refugee plan | | |
| 63 | 20-Nov-15 | AD | The Washington Times | Pentagon to expand tactics in terror fight | | |
| 64 | 20-Nov-15 | AD | The Washington Times | Ringleader killed but his travels worry Intel | | |
| 65 | 20-Nov-15 | AD | The Washington Times | Pentagon: Ramadi assualt imminent to retake Key City | | |
| 66 | 20-Nov-15 | AD | The Washington Times | Paris attacks threatened to upstage UN climate talks | | |
| 67 | 20-Nov-15 | AT | The Aegis | | | |
| 68 | 20-Nov-15 | AU | The Washington Times | The outrage of evil begins to receed | Discussion about Paris terror attack | |
| 69 | 20-Nov-15 | AU | The Washington Times | Clear and present Danger | ISIS infiltrates countries disguised as refugees | |
| 70 | 20-Nov-15 | AU | The Washington Times | Obama's distorted strategy | Discussion of French Paris attacks | |
| 71 | 21-Nov-15 | Z | The Wall Street Journal | Nigerians brave threat of attacks | Boko Haram has terrorized members of Nigeria | |
| 72 | 21-Nov-15 | Z | The Wall Street Journal | Mali | Discusses half dozen Islamic groups in Mali promoting terror | |
| 73 | 21-Nov-15 | Z | The Wall Street Journal | ISIS | | |
| 74 | 21-Nov-15 | Z | The Wall Street Journal | Uncertain leadership in perilous times | Discussion about aftermath about Paris attacks | |
| 75 | 24-Nov-15 | W | The New York Times | Syrian town where the Islamic State was repelled now strikes to rebuild | | |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | FBI ID | Newspaper | Terror-related Article | Summary | Other |
| 76 | 24-Nov-15 | W | The New York Times | Emergency edict in France spurs intense policing and raises concerns on liberties | | |
| 77 | 24-Nov-15 | W | The New York Times | A sudden chill grips a U.S. haven for Syrian refugees | | |
| 78 | 24-Nov-15 | W | The New York Times | For third day silence grips the Belgian capital amid a security alert | | |
| 79 | 24-Nov-15 | W | The New York Times | Kerry adds voice to those urging bigger push against Islamic State in Syria | | |
| 80 | 24-Nov-15 | Y | The New York Times National Section | Security concerns giving new life to Christie bid | Recent terror attacks become main topic among politicians in U.S. | |
| 81 | 24-Nov-15 | Y | The New York Times National Section | Large image of memorial dedicated to Paris victims | | |
| 82 | 24-Nov-15 | Y | The New York Times National Section | Mali says two men carried out attack at hotel | | |
| 83 | 24-Nov-15 | Y | The New York Times National Section | Syria: U.S. Strikes target ISIS revenues | | |
| 84 | 24-Nov-15 | Y | The New York Times National Section | Russia: Security services kill 14 linked to smuggling of fighters to Syria | | |
| 85 | 24-Nov-15 | Y | The New York Times National Section | Appeals court rules documents on U.S. targeted killings may stay classified | | |
| 86 | 24-Nov-15 | AA | The Washington Post | Briton is accused of inviting support for the Islamic State | | |

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 1  | Date | FBI ID | Newspaper | Terror-related Article | Summary | Other |
| 87 | 24-Nov-15 | AA | The Washington Post | Hollande launches a diplomatic blitz to step up fight against Islamic State | | |
| 88 | 24-Nov-15 | AF | The Washington Times | Sunni chiefs decry lack of U.S. help | US officials have failed to work with Sunni Arab population in the fight against ISIS | |
| 89 | 24-Nov-15 | AF | The Washington Times | A new normal after Paris attacks | | |
| 90 | 24-Nov-15 | AF | The Washington Times | France and Russia join forces to fight terror, now is the time for Washington to join as well | | |
| 91 | 24-Nov-15 | AF | The Washington Times | Hollande: Obama should join Russia on anti-terror | | |
| 92 | 24-Nov-15 | AF | The Washington Times | Paris police analyze suicide belt found on street | | |
| 93 | 24-Nov-15 | AF | The Washington Times | How Obama cooks the terrorism numbers | | |
| 94 | 24-Nov-15 | AF | The Washington Times | Terrorist as tourists | | |
| 95 | 24-Nov-15 | AG | The Wall Street Journal | Vest in new clue in terror manhunt | Explosives vest suspected to belonging to a Paris attacker still at large was discovered on the outskirts of the French capital | |
| 96 | 24-Nov-15 | AG | The Wall Street Journal | Americans warned of threats to travel | | |
| 97 | 24-Nov-15 | AG | The Wall Street Journal | Attacks weigh on French economy | | |
| 98 | 24-Nov-15 | AG | The Wall Street Journal | The complicated calculus in the battle against ISIS | | |
| 99 | 24-Nov-15 | AG | The Wall Street Journal | What the world needs to do to defeat ISIS | | |

U.S. v. Elshinawy  
Criminal No. ELH-16-0009

Newspapers and Terror-Relates Articles Found in Elshinawy Residence  
December 11, 2015  
Govt. Exhibit 5

9

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | FBI ID | Newspaper | Terror-related Article | Summary | Other |
| 100 | 25-Nov-15 | AI | The Wall Street Journal | Travelers up against snarls | Discusses increased security during holidays in America due to Paris attacks | |
| 101 | 25-Nov-15 | AI | The Wall Street Journal | New York boosts security as holidays near | Discusses increased security during holidays in America due to Paris attacks | |
| 102 | 25-Nov-15 | AO | The Wall Street Journal Business & Tech Section | | | |
| 103 | 26-Nov-15 | AH | The Baltimore Sun | Anti-Muslim backlash visits Virginia | After Paris attacks neighbors try to block expansion of house of worship | |
| 104 | 26-Nov-15 | AH | The Baltimore Sun | General strike on clinic was tragic but avoidable | Discussion about US forces attacking hospital in Afganistan | |
| 105 | 26-Nov-15 | AN | The Baltimore Sun Sports Section | | | |
| 106 | 29-Nov-15 | BB | The Baltimore Sun | | | |
| 107 | 29-Nov-15 | BC | The Baltimore Sun Sports Section | | | |
| 108 | 30-Nov-15 | AE | The Wall Street Journal | Extremists target refugees | | |
| 109 | 30-Nov-15 | AE | The Wall Street Journal | Islamic State tightens grip on Libya | | |
| 110 | 30-Nov-15 | AZ | The Washington Post | The antidote to ISIS: School for Refugee Children | | |
| 111 | 30-Nov-15 | BA | The Baltimore Sun | Air strikes in Syria allegedly carried out by Russians kill 18 | | |
| 112 | 30-Nov-15 | BA | The Baltimore Sun | More mass graves found where Islamic State ruled | | |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | FBI ID | Newspaper | Terror-related Article | Summary | Other |
| 113 | 30-Nov-15 | BK | The Washington Times | Iraqi Envoy: Paris attacks marks new global war | | |
| 114 | 30-Nov-15 | BL | The Washington Times | The ill-timed climate change talk, American energy can help defeat terrorism | | |
| 115 | 30-Nov-15 | BL | The Washington Times | Funding terrrorists | | |
| 116 | 30-Nov-15 | BL | The Washington Times | The risk of unvetted refugees | | |
| 117 | 30-Nov-15 | BM | The Wall Street Journal Business & Tech Section | | | |
| 118 | 30-Nov-15 | BN | The Wall Street Journal Money & Investing Section | | | |
| 119 | 30-Nov-15 | BO | The Wall Street Journal | Extremists target refugees | | |
| 120 | 30-Nov-15 | BO | The Wall Street Journal | Islamic State tightens grip on Libya based | | |
| 121 | 1-Dec-15 | AV | The New York Times | The birth of ISIS | | |
| 122 | 1-Dec-15 | AW | The New York Times | A plot honed by trial and error | How attackers in France learned from mistakes and oversights | |
| 123 | 1-Dec-15 | AW | The New York Times | | | Move to tighten visa waivers |
| 124 | 1-Dec-15 | AX | The Washington Post | Economists: Blame income inequality for rise of ISIS | | |
| 125 | 1-Dec-15 | AY | The Washington Post- Health and Science | | | |
| 126 | 2-Dec-15 | AP | The Baltimore Sun | | | |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | FBI ID | Newspaper | Terror-related Article | Summary | Other |
| 127 | 2-Dec-15 | AQ | The Baltimore Sun Sports Section | | | |
| 128 | | 1B74 | | | | |
| 129 | 3-Dec-15 | A | The Baltimore Sun | 14 Dead in Calif. Mass shootings | San Bernardino terror attack | |
| 130 | 3-Dec-15 | B | The Wall Street Journal | Carnage in California | San Bernardino terror attack | |
| 131 | | 1B73 | | | | |
| 132 | 4-Dec-15 | AL | The New York Times | Arms stockpile is found in home of two suspects | San Bernardino terror attack | |
| 133 | 4-Dec-15 | AL | The New York Times | Fear in the air, Americans look over shoulders | San Bernardino terror attack | |
| 134 | 4-Dec-15 | AL | The New York Times | A couple who lived quietly, motives unknown | San Bernardino terror attack | |
| 135 | 4-Dec-15 | AR | Financial Times | FBI to probe California shootings | | |
| 136 | 4-Dec-15 | AR | Financial Times | US pushed to tighten EU visa waiver scheme after Paris attacks | | |
| 137 | 7-Dec-15 | I | The Washington Post | Obama seeks to ease terror fears | | |
| 138 | 7-Dec-15 | I | The Washington Post | Islamic State | The Islamic State affiliate claimed responsibility for the foreign explosion that killed the governer of Yemen's southern province | |
| 139 | 7-Dec-15 | AK | The Washington Times | Bombings kill Yemeni governer, six guards | Islamic State takes responsibility for high profile attacks | |
| 140 | 7-Dec-15 | AK | The Washington Times | Police probe terrorist knife attack at East London station | | |
| 141 | 7-Dec-15 | AK | The Washington Times | Islamic State able to lure increasing number of US women to ranks | | |

U.S. v. Elshinawy  
Criminal No. ELH-16-0009  

Newspapers and Terror-Relates Articles Found in Elshinawy Residence  
December 11, 2015  
Govt. Exhibit 5  

12

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | FBI ID | Newspaper | Terror-related Article | Summary | Other |
| 142 | 7-Dec-15 | AK | The Washington Times | Waging secular jihad against prayer and guns | | |
| 143 | 7-Dec-15 | AK | The Washington Times | Obama vows to defeat Islamic State | | |
| 144 | 7-Dec-15 | AK | The Washington Times | Attack seen as failure in fight against violent radicalization | San Bernardino terror attack | |
| 145 | 7-Dec-15 | AK | The Washington Times | Terror attacks test mettle of 2016 Presidential hopefuls | San Bernardino terror attack | |
| 146 | 7-Dec-15 | AM | The New York Times | President says of terrorism threat: We will overcome it | San Bernardino terror attack | |
| 147 | 7-Dec-15 | AM | The New York Times | Community coping with attack was on verge of a turnaround | San Bernardino terror attack | |