# Expert Report – <u>U.S. v. Elshinawy</u>

## Alexandra Kassirer
## Terrorism Analyst – Flashpoint

My full name is Alexandra Lee Kassirer. I am the lead Counterterrorism analyst at Flashpoint, a New York-based intelligence and cybersecurity firm. I specialize in tracking the online communications of al-Qaida, ISIS, and other contemporary terrorist movements. I additionally serve as an on-air analyst and off-air consultant for NBC News in the United States. I hold a Bachelor's degree in International Affairs, concentrating in Conflict & Security, with a Minor in Religion from the Elliott School of International Affairs (George Washington University), and a Master's in Transnational Security from New York University. At the Elliott School, I studied Modern Standard Arabic (MSA) for four years, and have furthered my language skills during the additional five years that I have been working with Arabic-language material alongside a native speaker.

Since I started at Flashpoint in 2012, I have reviewed thousands of open source documents and assisted in compiling one of the largest digital collections of terrorist multimedia and propaganda in the world. The open source documents in the collection include sworn legal affidavits, original court exhibits, video and audio recordings, text communiqués, eyewitness testimonies, and archived Internet websites. Based on my daily monitoring of open sources where this information is originally posted, I write unclassified reports and memoranda for both private and public-sector Flashpoint clients. I have additionally delivered speeches to audiences at NATO's annual cybersecurity symposium, given guest lectures at NYU's Center for Global Affairs, and trained military/law enforcement on terrorists' use of the Internet.

I have additionally served as a compensated expert consultant to the U.S. Attorney's office in the Western District of North Carolina in the case of United States v. Justin Nojan Sullivan (Western District of North Carolina, 2016). I was also scheduled to testify; however, the defendant pled guilty before the case went to trial.

To offer additional insight into my process, below is an overview of the research methodology I employ:

## Research Methodology

The social science methodology I have employed to formulate my expert opinion is known as comparative analysis, which "holds a central place in social science research."[1] Terrorism is generally a rare phenomenon comprised of a small number of incidents and a fringe group of secretive actors. In the absence of a large pool of reliable data points or controls, strict statistical or quantitative social science methods can often be of uncertain reliability and can even produce

---

[1] Della Porta, Donatella and Michael Keating. *Approaches and Methodologies in the Social Sciences*. Cambridge University Press. 2008. Page 198.

misleading results. In contrast, my research methodology is "case-oriented," with the aim to juxtapose "rich descriptions of a few instances of a certain phenomenon" and to distill a common, accepted narrative.[2] However, this approach is not "just a second-best one imposed by the availability of data; rather, it is justified by its capacity to go beyond descriptive statistical measures, towards an in-depth understanding of historical processes and individual motivations."[3]

In order to create the most accurate historical narrative, information is weighted according to the credibility of its source: primary, secondary, or tertiary:

- In the study of terrorism, an example of a primary source would be directly witnessing a terrorist attack or interviewing a representative of a terrorist organization. Quite obviously, such sources would be few and far between, so researchers such as myself and my Flashpoint colleagues often are also compelled to rely heavily on secondary sources.

- An example of a secondary source in my field would be a video-recorded speech by a terrorist leader obtained through official sources, original magazines published by the official media wing of a terrorist organization, or the official website of such a group. While not quite the same as witnessing an event live, secondary sources provide a rich, highly compelling level of detail directly from the voices of actors who are centrally involved in the events we actively study. In the field of terrorism, secondary sources can also be relatively challenging to obtain, in that they can require specialized knowledge of the communications mechanisms employed by extremists; however, they are generally far more available for access and study by savvy researchers.

- Tertiary sources would include newspaper and magazine articles written by outside observers, topical papers published by academics, and other relevant commentary from experts in the field. While such materials can be undoubtedly helpful to establish general context or to identify issues of scholarly debate, researchers generally avoid relying wholesale on the content of tertiary sources, absent some supporting primary or secondary source information.

Upon classifying research material according to its credibility, analysts must still also assess information contained therein for potential issues of bias. Obviously, no matter how authentic a speech by a terrorist leader may be, this is still not an absolute guarantee that the facts or perspectives provided in the speech are a completely accurate depiction of reality.

The methodology of comparative analysis as described above is employed by countless other researchers in the field of terrorism—as well as a wide variety of other subjects. As stated by Judge Brian Cogan of the Eastern District of New York, formulating conclusions based on "reviewing

---

[2] Della Porta, Donatella and Michael Keating. *Approaches and Methodologies in the Social Sciences*. Cambridge University Press. 2008.Page 198.

[3] Della Porta, Donatella and Michael Keating. *Approaches and Methodologies in the Social Sciences*. Cambridge University Press. 2008.Page 202.

primary, secondary, and tertiary sources, and then exercising judgment about which are corroborated or otherwise believed to be credible, and which should not be accepted… seems to me no different than, for example, the exercise a historian would undertake to determine the precise location of the Battle of Hastings, or the troop size or unit strength of the combatants." In other words, according to Judge Cogan, our essential "methodology strikes me as little, if at all, different than most qualitative political science research."[4]

## I.    Seized Media

The U.S. Attorney's Office for the District of Maryland requested that I review copies of hard drives seized from the defendant in the present case, provided to me by the FBI, for content relevant to international terrorism. My findings are as follows:

- **A YouTube account in the defendant's name, with a subscription to the official "Egyptian Electronic [Cyber] Army" page**

I identified BA-6467093_JZ_1 > HP_RM_A_1 > AD1, item number 62 as a YouTube page in the name of "Mohamed elshinawy." Though I cannot ascertain whether this "Mohamed elshinawy" account owner is in fact the defendant, I identified this link in the defendant's search history.

The account for "elshinawy," which is still online[5], does not have original content; however, the account owner is subscribed to one noteworthy page: the Egyptian Electronic [Cyber] Army (a.k.a. ECA).[6] This YouTube page, which was created on May 11, 2011 and boasts 156,363 subscribers, belongs to an Egyptian nationalist hacker collective with the motto "Nation, Honor, Loyalty." Though it has indicated that it has "no political affiliation," the group has targeted ISIS in the past. On November 14, 2014, for instance, ECA launched an attack disabling links to the Internet Archive-hosted audio and translation of an official ISIS message featuring its top leader, Abu Bakr al-Baghdadi, released just the day prior, replacing the files with the ECA logo. In its claim of responsibility, ECA proclaimed that it targeted the release when it was:

> *on a hunting trip and taming of the ISIS [members]; the ISIS committee has been hacked, which operates for Abu Bakr Al-Baghdadi, and his message was replaced with the logo of the Egyptian Electronic Army.*

ECA has also targeted American websites, including those belonging to[7]:

---

[4] Order by Judge Brian M. Cogan resulting from Daubert hearing for Evan Kohlmann. United States v. Adnan Ibrahim Harun A Hausa. U.S. District Court for the Eastern District of New York (EDNY). February 10, 2017.

[5] https://www.youtube.com/channel/UCsGcruIwOb0jkPEs33Lgadw

[6] https://www.youtube.com/channel/UCTutrUmjXzMzIffH1SMV5-w

[7] https://www.facebook.com/egyptianarmy3030/photos

- *The US-Middle East Partnership Initiative*

- *The National Endowment for Democracy Foundation*

- *The International Foundation for Electoral Systems*

- *The Open Society Foundation*

- **A Screenshot from an Official ISIS Video Release**

The reputation of ISIS has largely been shaped by its surprisingly sophisticated propaganda, which tends to be of much higher quality productions than that of other competing jihadist groups such as al-Qaida; ISIS propaganda often features fluent English-language subtitles and narration, skilled use of multiple cameras (and even drones), and sophisticated cutting, editing, and special effects. This stream of multimedia propaganda reinforces the sense of infallibility cultivated by ISIS, lionizes its fighters, promotes the purported social services, and conveys the sense that any true believer regardless of origin is welcome to join and defend the "brotherhood." It includes instructional material, as well as highly detailed examinations of recommended targets for terrorist attacks, as well as tactical suggestions. In addition to calling for migration to ISIS territory, much of this content explicitly urges even those with no prior contact with the organization to carry out their own acts of violence in concert with the aims and goals of ISIS.

Demonstrating not only high production value, but also a complex organizational structure, the ISIS media apparatus is composed of several units, which facilitate a high and consistent volume of propaganda output. The key organs of ISIS's propaganda are al-Hayat, which produces material in English, French, and other languages, and al-Furqan, a predominately Arabic-language unit which was formerly the official media wing for ISIS's progenitor, "The Islamic State of Iraq." Upon examining the seized media labeled QBA6 provided to me by the U.S. Attorney's Office in the District of Maryland, I identified what appears to be a screenshot from an official al-Furqan video release issued on November 16, 2014, titled "Although the Disbelievers Dislike It."[8] The still image found on the defendant's hard drive includes the title as it appeared in the original video, featured in both English and Arabic.[9]

The original video from which this screenshot was taken outlined ISIS's global expansion throughout 2014 and featured footage from the executions of Syrian Army officers as well as American Peter Kassig's remains after an ISIS fighter beheaded him. Kassig's executioner was shown proclaiming:

> *We...remind you of the haunting words that our Shaykh Abu Musab Al-Zarqawi told you, the spark has been lit here in Iraq, its heat will continue to intensify...until it burns the Crusader army...Here we are, burying the*

---

[8] United States v. Elshinawy. Government Exhibit. QBA6>EncryptFS>Graphics>1401

[9] November 16, 2014. Alplatformmedia[.]com. Message Thread ID #69272. Al-Furqan presents "Although the Disbelievers Dislike It."

*first American Crusader in Dabiq, eagerly waiting for the remainder of
your armies to arrive.*

- **An Official Islamic State of Iraq and the Levant (a.k.a. ISIL a.k.a. ISIS a.k.a. the
Islamic State) Photo Release**

In addition to central media units, ISIS has established a system of provincial media offices,
which are attached to various ISIS-controlled provinces in Iraq, Syria, Libya, Afghanistan,
Egypt, and its other operational territories, allowing ISIS to disseminate a steady stream of
hardline jihadi content. Though these offices are provincial, they are considered official ISIS
propaganda, and because of their decentralized format, the provincial units offer the most
productive output, releasing dozens of images and statements each day. Such content typically
features a narrative by ISIS of developments on the ground, as well as statements regarding its
territorial holdings, and claims concerning enemy casualties, often featuring graphic imagery.

Upon reviewing digital media seized from the defendant, labeled QBA6 and provided to
me by the U.S. Attorney's Office, I identified an official propaganda photo release from ISIS's
Anbar provincial media office.[10] This photo bears the Hijri date of Rajab 29, 1436, equivalent
to May 18, 2015, identifying the day on which it was released.[11] In addition, the Anbar
provincial media office's watermark is visible on the image's bottom right corner, next to a
caption in Arabic indicating that the photo features, "the freeing of the captives of the
apostates' prisons in Ramadi." This matches the standard format of provincial image releases,
which all bear their respective watermarks, along with a caption and Hijri release date at the
bottom of the image (some only displaying the month and year of release).

- **A Photo Featuring ISIS Fighters Posing with the Group's Flag**

Upon reviewing seized media unit labeled QBA10 provided to me by the U.S. Attorney's
Office, I identified a photo that features several masked fighters holding ISIS's signature black
flag, which characteristically bears the Shahada [declaration of faith in Islam] written in
Arabic.[12] Though it and similar iterations have been previously used by al-Qaida, this flag has
become synonymous with ISIS; it is even used as a watermark on official ISIS propaganda.

The image has an apparent Getty corporate watermark, which would suggest that it was
obtained through a news media site as opposed to a jihadist website.

- **A Photo of Usama bin Laden**

---

[10] United States v. Elshinawy. Government Exhibit. QBA6>EncryptFS>Graphics>1329

[11] hxxps://shamikh1[.]info/vb/showthread.php?t=23833. [Shamukh is, and was at this time, the official Deep Web
forum of ISIS, and official release point for propaganda produced by the group's various media wings, including al-
Hayat and al-Furqan].

[12] United States v. Elshinawy. Government Exhibit. QBA10>Graphics>4297

Upon reviewing seized media unit labeled QBA10 provided to me by the U.S. Attorney's Office, I identified a photo of the deceased top al-Qaida founder and leader Usama bin Laden, featured with Arabic text that reads "كل عام و أنت قاهر أمريكا," which translates to, "Every year may you be the defeater of America."[13]

This phrase is a spin on a traditional Arabic greeting "كل عام و أنت بخير," which means "Every year may you be in goodness." This is used during religious, new year, and birthday celebrations.

- **A Photo of Ibn al-Khattab**

Upon reviewing seized media unit labeled QBA6 provided to me by the U.S. Attorney's Office, I identified a photo of Saudi mujahideen commander Ibn al-Khattab - an Arab-Afghan veteran, an associate of Usama bin Laden, and a later co-founder of the Islamic Army of the Caucasus in Chechnya.[14]

Khattab's engagement in jihad began in 1987 when he first left his home in Saudi Arabia as a teenager in a bid to join the jihad in Afghanistan. He became famous when he fought in the "Lion's Den" military operation near Jaji, Afghanistan alongside many of the most famous mujahideen leaders, including Usama Bin Ladin and Abdullah Azzam. After winning glory and respect among the Arab mujahideen on the Afghan frontline, Khattab went on to lead mujahideen delegations on expeditions into other emerging conflict zones in the Muslim world, including in Tajikistan and the Caucasus region. Khattab became particularly recognizable in his role as senior commander of foreign mujahideen forces in Chechnya, including for his insistence on personally participating in combat operations.[15]

Though Khattab may be primarily associated with the conflict in Chechnya, he has also gained a respected reputation among other transnational jihadists, including al-Qaida. In response to al-Qaida terrorist attacks on Western targets, Khattab once commented, "There is no difference between the American Army and the Russian Army. They seized our territory, and Muslims have the right to seek such a solution."[16] In mid-1997, after settling his family in Karachi, Pakistan, Khalid Sheikh Mohammed (KSM) — the future mastermind of the September 11 suicide hijackings —"tried to join the mujahid leader Ibn al Khattab in Chechnya" but was "unable to travel through Azerbaijan."[17] Following his capture, KSM later told American interrogators that "several" of the 9/11 hijackers had also initially sought to join

---

[13] United States v. Elshinawy. Government Exhibit QBA10>Graphics>7720

[14] United States v. Elshinawy. Government Exhibit. QBA6>Graphics>3219

[15] "World Exclusive Interview with Field Commander Shamil Basayev." Azzam Publications. February 21, 2000. http://www.qoqaz.net.

[16] Gall, Carlotta. "Muslim Fighter Embraces Warrior Mystique." The New York Times. October 17, 1999. Section 1; *Page 16.*

[17] The 9/11 Commission Report. Final Report of the National Commission on Terrorist Attacks Upon the United States. July 22, 2004. *Page 139.*

Ibn al-Khattab, but similarly "faced problems traveling to Chechnya and so went to Afghanistan, where they were drawn into al Qaeda."[18] In many ways, Khattab was an even more inspirational figure than Usama bin Laden for aspiring jihadists—and one who espoused a likeminded set of principles.

## II.    Other Potentially Relevant Material

After reviewing a separate collection of documents provided to me by the U.S. Attorney's Office in Maryland, which appear to consist of printed copies of seized digital media, I identified the following relevant items:

- **A Photo of Pamela Geller**

I identified an item labeled ID 1169126 as a photo of Pamela Geller, and it appears the file was saved under the same name "pamela_geller.jpg." This photo does not appear to be from an official terrorist propaganda release; however, Geller is a prominent activist and critic of Islam, perhaps best known for organizing a May 2015 cartoon contest in Garland, Texas in which participants lampooned the Prophet Muhammad. This event ultimately became the site of an attempted mass shooting by two ISIS supporters.

Increasing Geller's threat profile was a June 12, 2015 tweet from notorious ISIS fighter, online recruiter, and hacker Junaid Hussain (a.k.a. Abu Hussain al-Britani), in which he posted Geller's physical address, with the hashtag "#GoForth, known to be his cue to mobilize."[19] [See Part III for Junaid Hussain overview].

- **A Photo of Masked Militants Carrying the Black Flag**

An additional item of relevance is identified as ID 1169164, which is an image featuring a group of masked and armed militants. This appears to be a *BBC* photograph capturing a group of fighters from Shabaab al-Mujahideen (al-Qaida's official branch in Somalia), some of whom are carrying the signature black flag used by al-Qaida and ISIS.

- **A Photo of Abu Bakr al-Baghdadi**

The evidentiary item identified as 1114727 is an image of Abu Bakr al-Baghdadi, an Iraqi national who serves as the top leader of ISIS and who has taken the honorific titles "Commander of the Faithful" ("Amir al-Mumineen") and "Caliph" ("Khalifa"). In Islam, the Caliph is regarded as the principal civil and faith leader, who is considered a successor to the Prophet Muhammad. As such, the Caliph governs the entire Muslim community around the world. ISIS announced that it had established its Caliphate in June 2014, a "State" over which Baghdadi rules. Shortly after that announcement, on July 5, 2014, ISIS released a video

---

[18] The 9/11 Commission Report.  Final Report of the National Commission on Terrorist Attacks Upon the United States.  July 22, 2004.  *Page 233.*

[19] Twitter.com. June 12, 2015. Twitter User: AbuHussain110. Twitter post ID #609467334907052032

recording of Abu Bakr al-Baghdadi delivering a Friday sermon at a mosque in Mosul, from which this photo was originally taken.[20]

During the sermon, Baghdadi praised the virtues of violent jihad and insisted, "Allah likes us to kill his enemies, and make jihad in his sake." He continued, boasting:

> *your brothers the mujahideen, indeed did Allah, blessed and exalted, give them victories and conquests which came after many years of hardship and patience. And they were firm against the enemies of Allah, and He made them powerful in the land until the declaration of the Caliphate and choice of an imam.*[21]

- **Pro-ISIS Tweet: 85914**

The item identified as 85914 is a tweet from a Twitter account called "Raqqa Islamic Network." Though this was not an official ISIS Twitter account, the content is supportive of the group, as the original Arabic text translates to:

> *#Caliphate_State*

> *#Saladin_Province*

> *We celebrate to you the news of the dismounting of one of the media knights
> at the media office of Saladin Province brother Abu Mu'awiyah al-Shami.*

This demonstrates implicit support for ISIS, in part, because the Twitter account referred to the group as the "Caliphate," which inherently legitimizes the group's claim of being an "Islamic State." The tweet also uses other language that tacitly endorsed ISIS and its members, such as "knight" when referring to a media operative.

- **Pro-ISIS Tweet: 85911**

The item identified as ID 85911 is another Twitter post which appears to show overt support for ISIS. The user, called "Abdullah Rashed al-Kuthayri," posted the following tweet [translated from Arabic]:

> *#Remains_and Expanding*

> *Please do not say #Daesh*

> *Say #Islamic_State_in_Iraq_and Al Sham*

> *#Islamic_State…!!!!*

---

[20] Twitter.com. July 5, 2014. Twitter post ID #485410559139909632. Al-Furqan Media.

[21] hxxps://ansaaar1.wordpress[.]com/2014/07/05/new-caliph-abu-bakr-al-baghdadi-%E2%94%82-english-preview-%E2%94%82-islamic-state-of-iraq-sham/

"Remaining and Expanding" is a popular term used by ISIS members and supporters, invoked to celebrate the group and its global presence. The group's fifth issue of its official *Dabiq Magazine* released on November 21, 2014, for instance, carried that same phrase as its title.[22] Furthermore, the Twitter post endorses the group's self-proclaimed statehoods and instructs followers not to use the word "Daesh," which is considered a slur by members of ISIS and is popularly used by critics of the group to erode its legitimacy.

- **A Photo of Dr. Ayman al-Zawahiri**

The item identified 1169120 is an image of Dr. Ayman al-Zawahiri, founder of the Egyptian Islamic Jihad Movement – a group later named by the U.S. government as a designated foreign terrorist organization – and formerly al-Qaida's second-in-command under Usama bin Laden. Following bin Laden's death in 2011, Zawahiri assumed the leadership of al-Qaida Central Command.[23] Throughout his time atop the al-Qaida hierarchy, and even before he succeeded bin Laden, Zawahiri has preached the killing of innocent civilians, in one official release proclaiming:

> *There is no difference in the Shariah between a soldier and a civilian… the combatant is anyone who helps in the fight with his body, wealth or opinion. According to this criterion, the peoples of the West are combatants, because they have willingly elected their leaders and representatives in the parliaments… they are the ones who pay the taxes which fund these policies, and provide the armies which attack us with troops, backing and support. We are obliged to defend our faith, children and resources… As they bomb, they will be bombed, and as they kill, they will be killed.*[24]

Also visible in this image is the watermark of al-Qaida's as-Sahab Media Foundation, which was founded in mid-2000 in recognition of the growing importance of audiovisual propaganda. Since then, as-Sahab has been responsible for producing official multimedia releases for the group.

- **A Collage of the World Trade Center on 9/11**

I have identified item 1169125 as a collage consisting of six images of the World Trade Center's Twin Towers on September 11, 2001. The images appear to be a time-lapsed view of

---

[22] November 21, 2014. Al-Hayat Media presents *Dabiq Magazine* Issue 5. hxxps://ia801407.us.archive[.]org/6/items/dbq05en/Dabiq_Issue_5.pdf

[23] The 9/11 Commission Report. Final Report of the National Commission on Terrorist Attacks Upon the United States. July 22, 2004. Page 57. See also: United States v. Usama bin Laden, et al. S(7) 98 Cr. 1023 (LBS). United States District Court, Southern District of New York. February 6, 2001. Pages 176-177. See also: The 9/11 Commission Report. Final Report of the National Commission on Terrorist Attacks Upon the United States. July 22, 2004. Page 127.

[24] As-Sahab Media Foundation. "Knowledge is for Acting Upon." Released: September 10, 2006.

the al-Qaida attack, beginning with the jetliners' moment of impact and ending with one tower's collapse and the other emitting a heavy cloud of black smoke.

It is not clear whether the source of the these images was official terrorist propaganda, media, or a third-party website.

- **Screenshots from a Video Produced by a Pro-ISIS Hacking Group**

The item identified as 1276985 contains two images that appear to originate from an article in the *Daily Mail*, which discussed a September 2015 video released by a pro-ISIS hacking group called the "Islamic Cyber Army [ICA]." The first image features Usama bin Laden, pictured next to an excerpt of one of the late al-Qaida leader's quotes, in which he proclaimed:

> *We declared jihad against the US government because the US government is unjust, criminal, and tyrannical. It has committed acts that are extremely unjust, hideous and criminal whether directly or through its support of the Israel occupation…*[25]

The second image illustrates the structure of the Islamic Cyber Army, which consists of actors including "ENG ISIS" and "DR ISIS." It is important to note that the Islamic Cyber Army is not an official ISIS branch, but rather ISIS sympathizers who conduct online operations in support of the group.

- **Pro-ISIS Tweet: 85940**

Item 85940 appears to be an image of a Twitter post issued by an account called "Khawlaniyyat al-Irhaab [terrorist]." The message, translated from Arabic, reads:

> *This link is regarding how to create an account on an encrypted browser like TOR*
>
> *dump[.]to/signup12*
>
> *#Islamic_State*
>
> *#Islamic_State_in_Iraq_andSyria*

As is indicated by its content, the aforementioned tweet appears to direct readers to a page (currently offline) that instructs users how to download The Onion Router (a.k.a. Tor), a secure, anonymizing browser used by, among others, cybercriminals and violent extremists. Though it is not exclusively used by jihadists, it has been touted by such individuals as a preferred method of web browsing due to its anonymization features, which aid illicit actors in their

---

[25] http://www.dailymail.co.uk/news/article-3233757/We-America-ISIS-releases-chilling-new-video-9-11-anniversary-extremists-threaten-new-attacks-US.html

attempts at evasion and obfuscation [see part IV for more details on jihadists' discussions of operational security tools].

- **Photo of ISIS Fighters with Flag**

The item marked 901557 is an image showing approximately five ISIS fighters sitting on a hillside, atop of which is the ISIS flag. The original source appears to be the website of *France 24,* a French-language media company.

- **Photo of Dzhokhar Tsarnaev**

The item identified as 1169133 features one of the April 2013 Boston Marathon bombers, Dzhokhar Tsarnaev. Tsarnaev and his brother Tamerlan killed three people and injured several hundred others in their attack on the marathon. The surviving brother Dzhokar, according to the U.S. Department of Justice, was:

> *convicted of use of a weapon of mass destruction resulting in death and conspiracy; bombing of a place of public use resulting in death and conspiracy; malicious destruction of property resulting in death and conspiracy; use of a firearm during and in relation to a crime of violence; use of a firearm during and in relation to a crime of violence causing death; carjacking resulting in serious bodily injury; interference with commerce by threats or violence; and aiding and abetting.[26]*

- **Photo of Severed Head Next to ISIS Flag**

Item 7774 is an image originally released by the official Sinai provincial media office of ISIS on August 12, 2015, featuring the remains of an ISIS hostage, Croatian national Tomislav Salopek, after the group had beheaded him.[28] The image includes Salopek's severed head atop his body, placed between a knife on one side, and the banner of ISIS on the other. It is important to note, however, that though the image originates from an ISIS video, it does not bear the original ISIS watermark and does not appear to have been downloaded from an official online ISIS source.

## III.  Junaid Hussain (a.k.a. Abu Hussain al-Britani)

ISIS relies on two forms of online recruitment: direct and indirect. While outside audiences may be more familiar with the indirect recruitment of ISIS multimedia propaganda, ISIS also relies heavily on direct forms of recruitment. Perhaps most effectively, tech-savvy jihadist groups like ISIS have developed alternative online social media channels to reach prospective candidates. ISIS's outreach to would-be recruits across the globe has been so effective, in part,

---

[26] https://www.justice.gov/usao-ma/pr/judge-imposes-death-sentence-boston-marathon-bomber

[28] hxxps://shamukh[.]net/vb/showthread.php?t=244191. [Shamukh is, and was at this time, the official Deep Web forum of ISIS, and official release point for propaganda produced by the group's various media wings, including al-Hayat and al-Furqan].

due to its own version of crowdsourced recruitment. Essentially, the group has relied on individual fighters already in its ranks to connect with and reach out to prospective recruits and supporters from their own homelands—primarily through online social media accounts on services such as Twitter, Kik, Telegram, WhatsApp, and others—who are then encouraged to either join the group in its operational territory, or launch attacks back at home. These self-starting digital recruiters and handlers glorify their experiences with the group, mobilize sympathizers, and offer a tailored narrative used to entice each prospect. Some of these individuals, many of whom are English-speakers, have achieved a quasi-celebrity status within transnational jihadi circles. One such example was Junaid Hussain (a.k.a. Abu Hussain al-Britani [the Briton]).

Prior to his leaving the United Kingdom, British-born hacker Junaid Hussain was best known for being convicted for hacking into former Prime Minister Tony Blair's address book, a crime for which he spent six months in prison. Shortly after his release, Hussain was once again arrested by UK police, this time on a charge of violent disorder.[29] While out on bail and awaiting further adjudication, Hussain suddenly fled to Syria in 2013, after which he joined ISIS and rebranded himself "Abu Hussain al-Britani."

Utilizing his longstanding skills as a hacker and social media guru (primarily via Twitter), Hussain quickly became one of ISIS's most prominent and outspoken members, responsible for substantial online recruitment efforts and repeated attempts to inspire terrorist plots in Western countries, including the United States. Examples of some of his online missives include:

> *The best thing you can do is to strive to your best and kill any disbeliever, whether he be French, American, or from any of their allies*[30] May 26, 2015.

> *One Lone Wolf Can Bring A Whole Nation To Its Knees!*[31] May 26, 2015.

> *Imagine if someone detonated a bomb at a voting station or ambushed the vans that carry the casted votes. It would mess the whole system up*[32] June 4, 2014.

---

[29] "Junaid Hussain, ISIS Recruiter, Reported Killed in Airstrike." *The New York Times*. N.p., 27 Aug. 2015. Web. <http://www.nytimes.com/2015/08/28/world/middleeast/junaid-hussain-islamic-state-recruiter-killed.html >.

[30] Twitter.com. Twitter User: AbuHussain010. 5/26/2015. Twitter post ID #603363056949813000.

[31] Twitter.com. Twitter User: AbuHussain010. 5/26/2015. Twitter post ID #603388476592119000.

[32] Twitter.com. Twitter User: AbuHussain101. 6/04/2014. Twitter post ID #474322107497984000.

*Attacking the coalition is fard ayn[33].... And not just in the khilafah but everywhere you find them!... After the recent air strikes by the crusaders In the Islamic state, how is it not fard ayn to attack the crusaders in their own lands?[34]* July 15, 2015.

*An attack in the UK is long over due... It is your duty to detonate an IED in the lands of the crusaders.[35]* July 15, 2015.

*The Mujahideen are waiting for you to heal their chests, by attacking the enemies of Allah in their own lands #LoneWolvesRiseUp... If hijrah is not possible, then go forth wherever you are stationed.[36]* July 8, 2015.

Not only did Hussain urge Westerners to launch attacks in their respective homelands, the outspoken jihadist even offered technical guidance for those interested—often using coded language to refer to bomb-making: "cake baking." For instance, on May 27, 2015, Hussain posted a series of tweets, offering followers his counsel:

*Cake baking is very safe and not dangerous Allhamdulilah. For instructions and assistance..surespot: abuhussain3... Everything you need to bake a cake can be brought from almost any high street, the ingredients are easily available... Cake baking isnt hard brothers. For cake baking instructions message me InshAllah on surespot: abuhussain3.[37]*

Similarly, on July 15, 2015, Hussain offered:

*If anyone needs help with cake baking or conducting operations message me on surespot InshAllah.[38]*

Directing his attention to ISIS supporters living in Western countries, Hussain tweeted, "these days u dont even need to go abroad for training you can be taught [and] assisted online via 200% secure methods.\ surespot: abuhussain3."[39] Again advertising his personal surespot

---

[33] "Fard ayn" refers to an individual religious obligation in Islam

[34] Twitter.com. Twitter User: AbuHussain_10: 7/15/2015.Twitter post ID # 621458991131045000. 621459749050142000.

[35] Twitter.com. Twitter User: AbuHussain_10. 7/15/2015. Twitter post ID # 621460662217256000. 621462440564379000.

[36] Twitter.com. Twitter User: AbuHussain_8: 7/08/2015. Twitter post ID # 618964040103104000. 618964220680515000.

[37] Twitter.com. Twitter User: AbuHussain010. 5/27/2015. Twitter post ID # 603552056935317000, 603551242858692000, 603550857204998000.

[38] Twitter.com. Twitter User: AbuHussain_10. 7/15/2015. Twitter post ID # 621463792422100000.

[39] Twitter.com. Twitter User: AbuHussain010. 5/26/2015. Twitter post ID # 603363999418339000.

social media account as a help desk, he added, "Brothers that want to go forth but have no idea how to go about it, message me inshaAllah - surespot: abuhussain3."[40]

Further demonstrating his social media savvy, Hussain used hashtags as cues to urge Western jihadists to carry out terror attacks at home, often identifying specific targets for ISIS sympathizers. When doing so, he would pair a target location with the hashtag "#GoForth" and often include physical street addresses, underscoring the serious nature of his appeals. In one case, on June 12, 2015, Hussain tweeted the address of Pamela Geller, a controversial anti-Muslim activist who organized a May 2015 cartoon contest in Garland, Texas, in which participants depicted the Prophet Muhammad; the contest ultimately became the site of an attempted mass shooting by two ISIS supporters.[41] Only hours before the attack, one of the now-deceased assailants, Arizona resident Elton Simpson posted a message on Twitter urging jihadists to subscribe to Hussain's social media account. Simpson then announced via Twitter, "The bro with me and myself have given bay'ah [allegiance] to Amirul Mu'mineen [ISIS leader Abu Bakr al-Baghdadi]. May Allah accept us as mujahideen. Make dua. #texasattack."[42] When initial news reports began circulating about the shooting in Garland, Hussain proudly announced on Twitter, "Allahu Akbar!!!!! 2 of our brothers just opened fire at the Prophet Muhammad (s.a.w.) art exhibit in texas! #TexasAttack."[43]

Indeed, in the course of his online activity, Hussain boasted online of his various interactions with pro-ISIS Western jihadists, and explicitly claimed to have mobilized and subsequently directed them. For instance, on June 12, 2015, Hussain posted a tweet declaring that he communicated with an individual named Usaamah Rahim, who was killed in Boston, Massachusetts after confronting and attacking law enforcement agents with a large knife after they stopped him for questioning over his alleged plans to kill police officers.[44] By his own admission, Hussain proclaimed:

> The last time we spoke, he asked me if it was a good idea to carry a knife incase the feds try arrest him, I advised him to carry one… SubhanAllah because of that knife he attained shahadah [martyrdom], if [Rahim] didn't have it they would have arrested him, May Allah swt.[45]

Despite Twitter and other social media services repeatedly removing his online profiles, Hussain created dozens of accounts allowing a more-or-less uninterrupted flow of ISIS propaganda, incitement, and instructional material. He achieved this seamlessness through his

[40] Twitter.com. Twitter User: AbuHussain010. 5/26/2015. Twitter post ID # 603404072515981000.

[41] Twitter.com. Twitter User: AbuHussain110. 6/12/2015. Twitter post ID# 609467334907052032.

[42] Twitter.com. Twitter User: Atawaakul. 5/3/2015.

[43] Twitter.com. Twitter User: _AbuHu55ain. 5/03/2015.

[44] June 03, 2015. http://www.nbcnews.com/news/us-news/usaamah-rahim-killed-boston-police-was-plotting-behead-activist-sources-n369436

[45] Twitter.com. Twitter User: AbuHussain112. 7/12/2015.

clever use of Twitter and his expansive social network, comprised of other jihadi online influencers. Specifically, every one of his known Twitter accounts, consistently had the same username, "AbuHussainAlBritani," and one of two profile images, either featuring a masked Hussain pointing an AK47 at a camera lens or holding the weapon upright.

Hussain's reported romantic relationship with UK national Sally Jones—who traveled to Syria to join alongside him—provided further confirmation of his various Twitter accounts. Each account for "AbuHussainAlBritani" was associated with "UmmHussainBritaniyah," whose profile information typically identified Hussain as "zawji [my husband]."

> Profile information for "UmmHu55ain1": *Revert Muhajirah Zawji Abu Hussain Al Britani*[46]

Often, UmmHussainBritaniyah was the first account followed by Junaid Hussain when he returned to Twitter after suspension, and was among the first to advertise Hussain's new account.

> UmmHu55ain911: *Can you follow/shoutout me & my husband @AbuHu55ain3 & @UmmHu55ain911 Jzk*[51]

The reverse was also true. As Jones also suffered repeated Twitter suspensions, Hussain would routinely advertise her new accounts:

> AbuHussain1337_: *My wifeys back on twitter @UmmHussain108 after being suspended. Die in your rage O kuffar.*[52]

Hussain also relied on his expansive network of fellow jihadi influencers for such "shoutouts" and advertisements, who consequently confirmed the new accounts' legitimacy, while simultaneously demonstrating Hussain's notoriety:

> 1timedugma (Abu Abdullah Britani): *Plz share n follow @1timedugma Abu Abdullah Britani @896SDS65 @3diyah40 @_Victory4ALLah @AbuHu55ain_IS*[54]

> guja45 (Greenbird): *@AbuHussain1337_ @UmmHussain107 Allahu Akbar. I think you are have the far most suspended twitter accounts. You hold the record brother.*[55]

---

[46] Twitter.com. UmmHu55ain1. 3/04/2015.

[51] Twitter.com. Twitter User: UmmHu55ain911. 8/13/2015. Twitter post ID #631818175672360000

[52] Twitter User: AbuHussain1337_. 1/27/2015. Twitter post ID # 560178778430001000

[54] Twitter.com. Twitter User: 1timedugma. 5/07/2015. Twitter post ID # 596379353912573000.

[55] Twitter.com. Twitter User: Guja45. 1/13/2015. Twitter post ID # 555107277850836000.

Abudujana56 (Abu Dujana): Check out my bro @AbuHussain107, he's backk. Soldier in the blessed khilafa & a headache for the Tawaghit #IS[56]

After cycling through more than two dozen Twitter accounts that were each suspended for Terms of Service violations, Hussain was killed by a military coalition airstrike in Syria in August 2015.

## IV.    Operational Security Tools for Contemporary Jihadists

I was additionally asked by the U.S. Attorney's Office for the District of Maryland to provide an explanation of jihadists' online discussions regarding operational security tools and recommendations. In my study of jihadist communications, I have observed many security-conscious actors discussing attempts to leverage various tools as a means of obfuscating their online identities, many of which I use myself in my research. Among the most widely discussed tools are Virtual Private Networks (VPNs) and The Onion Router (Tor), which enables anonymous communication and browsing. For years, jihadists have focused on utilizing VPNs and Tor to evade monitoring efforts by law enforcement and intelligence agencies. In doing so, these actors believe they are able to safely operate online in support of jihadist groups like ISIS.

For instance, on December 18, 2014, on ISIS's official deep web forum, a member posted a manual that encouraged the use of Tor as well as VPNs, identifying those compatible with both iPhone and Android devices.[57] Similarly, on June 29, 2015, another member of the same forum posted directions instructing peers how to evade Internet surveillance and potential arrest, urging the use of Tor and, especially for iPhone users, VPNs. The instructions specifically recommended the services known as Express VPN, Freedome, and SecureLine. This document also included information on setting up Tor for Android devices.[58] Finally, on May 28, 2015, a member on that same official deep web forum released another set of operational security guidelines, instructing iPhone users to "jailbreak" their phones in order to allow them to install anonymous browsing software. After jailbreaking their devices, jihadists are asked to download Tor. For Android users, the author encouraged the use of Orbot software, Tor's version for Android.[59]

Discussions of these tools are by no means limited to the aforementioned examples. Jihadists are regularly instructed to obfuscate their identities by leveraging VPNs and anonymizing browsers. Encouragement is not just expressed through meticulous manuals like those previously mentioned; even those distributing ISIS propaganda urge followers to do so. For instance, an ISIS supportive media unit called "Halummu," which operates on the

---

[56] Twitter.com. Twitter User: Abudujana56. 11/28/2014. Twitter post ID# 538303962575695000.

[57] hxxps://shamikh1[.]info/vb/showthread.php?t=231403

[58] hxxps://shamikh1[.]info/vb/showthread.php?t=241207

[59] hxxps://shamikh1[.]info/vb/showthread.php?t=239038

encrypted messaging application Telegram, where it releases the group's official propaganda, explicitly instructs consumers to "use VPN when you download" its content.[60]

## V.  The Use of Drone by ISIS

I was additionally asked by the U.S. Attorney's Office for the District of Maryland to provide an overview of the use of drones by ISIS. For at least two years, ISIS has employed drones in both its operations and propaganda; however, the role that drones have fulfilled has greatly evolved.

When ISIS first began utilizing drones, they were primarily used for surveillance and propaganda enhancement. In this capacity, the group's official Anbar provincial media office released aerial images on November 4, 2015, for instance, in which it featured an Iraqi Army site before and after being hit by an ISIS suicide attack.[61] Similarly, on April 29, 2015, the group's official Saladin provincial media office released the second installment of its video series: "Attack of the Defiant on the Apostates at the Refinery."[62] The footage, which showcased clashes at Iraq's Baiji Oil Refinery, included aerial shots of ISIS suicide bombings captured by drones. Drone footage has become ubiquitous in ISIS propaganda.

January 24, 2017, however, marked a turning point in ISIS' use of drones, as the group's official Nineveh media office released a video debuting its "Drone Department." These were not, however, the group's traditional surveillance drones. Instead, ISIS highlighted its weaponized drones, which are modified to carry explosives. Since that January 24 debut, weaponized drones have made numerous appearances in official and supportive ISIS media. In the case of the former, ISIS's media offices in Nineveh and Saladin, Iraq, as well as Raqqa, Syria have published aerial footage showing explosives falling from the sky toward targets on the ground. The group's use of attack drones has been received with such excitement from its supporters, that an influential pro-ISIS media unit called "Yaqeen Media" has produced and disseminated infographics illustrating "aerial bombardments" launched by "drones of the Islamic State."[63] Such publications report the number of casualties allegedly incurred by ISIS drone attacks.

---

[60] 02/20/2017. Telegram. "Halumu" Private Telegram Channel.

[61] hxxps://shamikh1[.]info/vb/showthread.php?t=249765

[62]

hxxps://ia601509.us.archive[.]org/26/items/aali2006aa_yahoo_2_20150429/%D9%87%D8%AC%D9%88%D9%85%20%D8%A7%D9%84%D8%A3%D9%8F%D8%A8%D8%A7%D8%A9%20%D8%B9%D9%84%D9%89%20%D8%A7%D9%84%D9%85%D9%8F%D8%B1%D8%AA%D8%AF%D9%8A%D9%86%20%D9%81%D9%8A%20%D8%A7%D9%84%D9%85%D8%B5%D9%81%D8%A7%D8%A9.mp4

[63] February 2017. Telegram. Official Yaqeen Media Telegram Channel. Infographic "The Result of Aerial Bombardment: Drones of the Islamic State."