# GW EXTREMISM TRACKER
## TERRORISM IN THE UNITED STATES

**Program on Extremism**
THE GEORGE WASHINGTON UNIVERSITY

**136** INDIVIDUALS HAVE BEEN CHARGED IN THE U.S. ON OFFENSES RELATED to the Islamic State (also known as IS, ISIS, and ISIL) since March 2014, when the first arrests occurred. Of those:

The average age of those charged is **28**

**90%** are male

Their activities were located in **28** states and the District of Columbia

**44%** were accused of attempting to travel or successfully traveled abroad.

**29%** were accused of being involved in plots to carry out attacks on U.S. soil.

**59%** were charged in an operation involving an informant and/or an undercover agent.

✦ indicates law enforcement operation

The average length of sentence in years **14.1***

**79** HAVE PLEADED OR BEEN FOUND GUILTY

* Uses 470 months for life senctences per the practice of the U.S. Sentencing Commission'

## Islamic State–Related Apprehensions/Charges

### DILSHOD KHUSANOV

  
AUG 31   31   IL

Dilshod Khusanov, a 31-year-old citizen of Uzbekistan and resident of Villa Park, Illinois, was arrested and charged with conspiring and attempting to provide material support to IS. According to court documents, Khusanov conspired with Abror Habibov, Dilkhayot Kasimov, Azizjon Rakhmatov and Akmal Zakirov to raise funds for Abdurasul Juraboev and Akhror Saidakhmetov to travel to Syria to join IS. The indictment alleges that Khusanov transferred money into Habibov's bank account one week prior to Saidakhmetov's date of intended departure, and that the two discussed using this money to cover the cost of Saidakhmetov's plane ticket. Several of Khusanov's co-conspirators have already pleaded guilty to material support charges. Sources: Khusanov Indictment, DOJ Press Release, Chicago Tribune

### CASEY SPAIN

  
AUG 31   28   VA

Twenty-eight-year-old Richmond, Virginia, resident Casey Spain was arrested and charged with illegally purchasing a firearm. Spain, who had recently been released from prison on an abduction charge, allegedly told an informant while incarcerated that he had sworn allegiance to the leader of IS, Abu Bakr al-Baghdadi, and also discussed traveling overseas to join the group and also purchasing a firearm for

use in a domestic attack should he be prevented from traveling. Post-release, Spain arranged to buy a handgun from an FBI undercover agent; he was arrested in a sting operation upon purchasing the weapon. `Sources:` `Spain Indictment`, `DOJ Press Release`, `Washington Post`

## Legal Proceedings (IS & Other Groups)

### KEONNA THOMAS   

Keonna Thomas was sentenced to eight years in federal prison after pleading guilty to attempting to provide material support to IS. From 2013 until her arrest in 2015, Thomas, a 30-year-old resident of Philadelphia, Pennsylvania, ran several social media accounts from which she posted declarations of support for IS. Utilizing these accounts, Thomas contacted several IS supporters overseas, including Abu Khalid al-Amriki (Shawn Parsons), an IS member fighting in Syria. Through coordination with Parsons and others, Thomas attempted to arrange her own travel to join the group in Syria. Thomas was arrested prior to attempting to travel to Syria in April of 2015, and pleaded guilty to the sole count of the indictment in September of 2016. `Sources:` `Associated Press`, `Thomas Government Sentencing Memorandum`, `Philadelphia Inquirer`

### ADAM RAISHANI   

A superseding indictment charged Adam Raishani (a/k/a Saddam Raishani) with providing material support to IS. Raishani, a 28-year-old Bronx, New York resident, had previously been indicted for attempting to provide material support to the group after being arrested at John F. Kennedy International Airport while attempting to travel to Syria to join IS. The superseding indictment additionally claims that Raishani facilitated a co-conspirator's travel to Syria in October 2015 by providing money and a ride to the airport. `Sources:` `Raishani Superseding Indictment`, `DOJ Press Release`

### MAALIK ALIM JONES  

Maalik Alim Jones, a 32-year-old former resident of Maryland, pleaded guilty to using a machine gun and destructive devices in the furtherance of a crime of violence, as well as receiving military training from and providing material support to al-Shabaab, a designated foreign terrorist organization operating in Somalia. Jones admitted to traveling to Somalia to join the group in 2011, receiving weapons training at an al-Shabaab training camp. Jones served as a fighter in the organization until 2015, reportedly as a member of the group's special operations wing, Jaish Ayman. In December of 2015, Jones was apprehended by Somali government security forces and extradited to the United States to face trial. Sentencing is scheduled for January 2018; Jones faces sentences between 30 years and life in prison. `Sources:` `DOJ Press Release`, `Reuters`

### MUHANAD MAHMOUD AL FAREKH

SEP 29

Muhanad Mahmoud al Farekh was found guilty by a federal jury of several charges, including conspiring to murder U.S. citizens overseas, material support of a foreign terrorist organization, and use of a weapon of mass destruction. These charges stem from a 2009 vehicle-born explosive device attack against U.S. Forward Operating Base Chapman in Khost province, Afghanistan, which resulted in several injuries but no deaths. Al Farekh, born in Houston, Texas, was a reported senior member of Al Qaeda's attack planning division at the time of the attack and devised the attack on FOB Chapman. He faces a sentence of life in prison. `Sources:` `DOJ Press Release`, `New York Times`

Program on Extremism
THE GEORGE WASHINGTON UNIVERSITY

For the latest research on extremism and terrorism in the U.S., visit extremism.gwu.edu or follow @gwupoe on Twitter

Govt. Ex. 11 -002