United States Department of Justice

Offices of the United States Attorneys

THE UNITED STATES ATTORNEY'S OFFICE

EASTERN DISTRICT *of* VIRGINIA

HOME    ABOUT    NEWS    MEET THE US ATTORNEY    SERVICES & PROGRAMS    CAREERS    CONTACT US

U.S. Attorneys » Eastern District of Virginia » News



**SHARE**

**Department of Justice**

U.S. Attorney's Office

Eastern District of Virginia

FOR IMMEDIATE RELEASE                              Friday, February 17, 2017

# Man Sentenced for Attempting to Provide Material Support to ISIL

ALEXANDRIA, Va. – Haris Qamar, 26, of Burke, was sentenced today to 8 1/2 years in prison for attempting to provide material support and resources to the Islamic State of Iraq and the Levant (ISIL), a designated foreign terrorist organization. Qamar was also sentenced to 20 years of supervised release to be completed after he is released from prison.

Qamar pleaded guilty on Oct. 17, 2016. According to court documents, in May 2016, Qamar and an FBI confidential witness (CW) discussed ISIL's need for photographs of possible targets in and around Washington, D.C., for use in a video that ISIL purportedly was making to encourage lone-wolf attacks in the Washington, D.C., area. Qamar offered the CW ideas of what to photograph, including the Pentagon and numerous landmarks in Arlington and Washington, D.C., which could be targeted for terrorist attacks. On June 3, a conversation was audio and video recorded when the CW picked up Qamar in a vehicle and drove to area landmarks on the list Qamar previously developed. Qamar said "bye bye DC, stupid ass kufar, kill'em all." Qamar and the CW met again on June 10 and drove to a location in Arlington to take additional photographs for the purported ISIL video.

According to the statement of facts, during numerous conversations with the CW, Qamar expressed his interest and excitement in the extreme violence associated with ISIL. Qamar said he loved the bodies, blood, and beheadings. Qamar said he recalled watching a video of a Kurdish individual being slaughtered, and he liked the cracking sound made when the individual's spinal cord was torn. On several occasions, Qamar said he could slaughter someone and described how he would do it. Qamar also stated he admired lone-wolf attackers because they love Islam so much that they are willing to die as martyrs for Islam and, in the same conversation, Qamar and the CW discussed suicide bombings. The CW said the CW did not believe in suicide bombings,



**PII Data Breach Notice**

**United States v. Ardit Ferizi**

Ardit Ferizi is scheduled to enter a plea of guilty before Judge Leonie M. Brinkema on June 15, 2016 at 10:00 am at the United States District Court, 401 Courthouse Square, Alexandria VA. Read More



**STOPFRAUD**.GOV
FINANCIAL FRAUD ENFORCEMENT TASK FORCE

Protect yourself from fraud, and report suspected cases of financial fraud to local law enforcement.

LEARN MORE



Govt. Ex. 12 -001

but Qamar responded, "I believe in it 100 percent."

According to the statement of facts, on Sept. 11, 2015, terrorists connected with ISIL posted a "kill list" to the internet containing the names and addresses of U.S. military members. A few days later, Qamar told the CW that the residences of several service members who appeared on the "kill list" were near Qamar's home, and Qamar observed undercover police cars near those residences. On Sept. 16, 2015, Qamar tweeted his prayer that Allah "give strength to the mujahideen to slaughter every single US military officer."

Moreover, according to the statement of facts, on Sept. 25, 2015, Qamar told the CW that he tried to join ISIL in 2014, and he purchased a plane ticket from Newark, New Jersey, to Istanbul, Turkey. Qamar, however, did not show up for the flight because his parents prevented him from doing so by taking his passport. Qamar said his parents threatened to notify law enforcement and said he fought with his father and called his father a traitor to Islam. On Nov. 18, 2015, the CW asked Qamar if his father gave him back his passport, would Qamar travel overseas and join ISIL, and, in response, Qamar said if that happened, "I'm done, I leave."

In a related matter, Soufian Amri, 32, of Falls Church, and Michael Queen, 28, of Woodbridge, acquaintances of Qamar, were arrested on Wednesday and charged with obstructing justice and conspiring to provide material false statements to law enforcement officers who were investigating Qamar.

Dana J. Boente, U.S. Attorney for the Eastern District of Virginia; and Andrew W. Vale, Assistant Director in Charge of the FBI's Washington Field Division, made the announcement after sentencing by U.S. District Judge Leonie M. Brinkema. Assistant U.S. Attorney Gordon D. Kromberg prosecuted the case with assistance from Trial Attorneys Justin Sher and Andrew Sigler of the National Security Division's Counterterrorism Section.

A copy of this press release may be found on the website of the U.S. Attorney's Office for the Eastern District of Virginia. Related court documents and information may be found on the website of the District Court for the Eastern District of Virginia or on PACER by searching for **Case No. 1:16-cr-227** (Qamar) and **1:17-mj-62** (Amri/Queen).

---

**Topic(s):**
National Security

**Component(s):**
USAO - Virginia, Eastern

Updated February 17, 2017

Megaupload - Release For Victim Notification

LEARN MORE



Talk to your kids about gangs and how to avoid them.

LEARN MORE



Help us combat the proliferation of sexual exploitation crimes against children.

LEARN MORE

HOME   ABOUT   NEWS   MEET THE US ATTORNEY   SERVICES & PROGRAMS   CAREERS   CONTACT US

Priorities
History
Civil
Criminal

Find a Court Document
Grants
Locate an Inmate
Reentry Program

U.S. DEPARTMENT OF JUSTICE

Accessibility        Justice.gov
FOIA                 USA.gov
Privacy Policy

Govt. Ex. 12 -002

https://www.justice.gov/usao-edva/pr/man-sentenced-attempting-provide-material-support-isil[11/1/2017 9:37:53 PM]


United States Department of Justice

Offices of the United States Attorneys

## THE UNITED STATES ATTORNEY'S OFFICE
## EASTERN DISTRICT *of* VIRGINIA

HOME   ABOUT   NEWS   MEET THE US ATTORNEY   SERVICES & PROGRAMS   CAREERS   CONTACT US

U.S. Attorneys » Eastern District of Virginia » News

**Department of Justice**

U.S. Attorney's Office

Eastern District of Virginia


SHARE



FOR IMMEDIATE RELEASE                    Friday, February 10, 2017

# Former Army National Guardsman Sentenced for Attempting to Provide Material Support to ISIL

ALEXANDRIA, Va. – Mohamed Bailor Jalloh, 27, of Sterling, a former member of the Army National Guard, was sentenced today to 11 years in prison for attempting to provide material support to a designated foreign terrorist organization, namely the Islamic State of Iraq and the Levant (ISIL).

Jalloh pleaded guilty on Oct. 27, 2016. According to court documents, in March 2016, a now-deceased member of ISIL brokered an introduction between Jalloh and an individual in the United States who was actually an FBI confidential human source (CHS). The ISIL member was actively plotting an attack in the United States and believed the attack would be carried out with the assistance of Jalloh and the CHS. Jalloh met with the CHS on two occasions and told the CHS he was a former member of the Virginia Army National Guard, but that he decided not to re-enlist after listening to online lectures by Anwar al-Awlaki, a deceased leader of Al-Qaeda in the Arabian Peninsula. Jalloh had recently taken a six-month trip to Africa where he had met with ISIL members in Nigeria and first began communicating online with the ISIL member who later brokered his introduction to the CHS. During their meeting, Jalloh also told the CHS he thought about conducting an attack all the time, and that he was close to doing so at one point. Jalloh claimed to know how to shoot guns and praised the gunman who killed five U.S. military members in a terrorist attack in Chattanooga, Tennessee, in July 2015. Jalloh also stated he had been thinking about conducting an attack similar to the attack at Ft. Hood, Texas, in November 2009, which killed 13 people and wounded 32 others.

According to the statement of facts filed with the plea agreement, during the May 2016 meeting, Jalloh asked the CHS about the timeline for an operation and commented that it was better to plan an attack operation for the month of Ramadan, and stated that such operations are, "100 percent the right thing." Jalloh also asked if the CHS

**PII Data Breach Notice**

**United States v. Ardit Ferizi**

Ardit Ferizi is scheduled to enter a plea of guilty before Judge Leonie M. Brinkema on June 15, 2016 at 10:00 am at the United States District Court, 401 Courthouse Square, Alexandria VA. Read More


JUSTICE 101

STOPFRAUD.GOV
FINANCIAL FRAUD ENFORCEMENT TASK FORCE

Protect yourself from fraud, and report suspected cases of financial fraud to local law enforcement.

LEARN MORE



Govt. Ex. 12 -003

could assist him in providing a donation to ISIL. Ultimately, Jalloh provided a prepaid cash transfer of $500 to a contact of the CHS that Jalloh believed was a member of ISIL, but who was in fact an undercover FBI employee.

According to the statement of facts filed with the plea agreement, in June 2016, Jalloh travelled to North Carolina and made an unsuccessful attempt to obtain a firearm. On July 2, Jalloh went to a gun dealership in northern Virginia, where he test-fired and purchased an assault rifle. Unbeknownst to Jalloh, the rifle was rendered inoperable before he left the dealership with the weapon. Jalloh was arrested the following day and the FBI seized the rifle.

Dana J. Boente, U.S. Attorney for the Eastern District of Virginia; Andrew W. Vale, Assistant Director in Charge of the FBI's Washington Field Office; and Mary B. McCord, Acting Assistant Attorney General for National Security, made the announcement after sentencing by U.S. District Judge Liam O'Grady. Assistant U.S. Attorney John T. Gibbs, Special Assistant U.S. Attorney Brandon L. Van Grack, and Trial Attorney Jolie Zimmerman of the National Security Division's Counterterrorism Section prosecuted the case.

A copy of this press release may be found on the website of the U.S. Attorney's Office for the Eastern District of Virginia. Related court documents and information may be found on the website of the District Court for the Eastern District of Virginia or on PACER by searching for **Case No. 1:16-mj-296.**

---

**Topic(s):**
National Security

**Component(s):**
USAO - Virginia, Eastern

Updated February 10, 2017



Megaupload - Release For Victim Notification

LEARN MORE

Talk to your kids about gangs and how to avoid them.

LEARN MORE



Help us combat the proliferation of sexual exploitation crimes against children.

LEARN MORE

HOME ABOUT NEWS MEET THE US ATTORNEY SERVICES & PROGRAMS CAREERS CONTACT US

Priorities
History
Civil
Criminal

Find a Court Document
Grants
Locate an Inmate
Reentry Program
Report a Crime
Victim Witness Assistance

U.S. DEPARTMENT OF JUSTICE

Accessibility       Justice.gov
FOIA                USA.gov
Privacy Policy
Legal Policies & Disclaimers

Govt. Ex. 12 -004

United States Department of Justice · Offices of the United States Attorneys

THE UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT *of* OHIO

HOME   ABOUT   NEWS   U.S. ATTORNEY   DIVISIONS   PROGRAMS   ESPAÑOL

U.S. Attorneys » Southern District of Ohio » News

SHARE 



**Department of Justice**

U.S. Attorney's Office

Southern District of Ohio

FOR IMMEDIATE RELEASE                Wednesday, November 23, 2016

# West Chester Man Sentenced to 20 Years for Plot to Attack U.S. Government Officers

CINCINNATI – Munir Abdulkader, 22, of West Chester, Ohio, was sentenced to 240 months in prison and lifetime supervised release for plotting to murder a military base employee and attack a Cincinnati area police station in the name of ISIL.

Acting Assistant Attorney General for National Security Mary McCord, U.S. Attorney Benjamin C. Glassman for the Southern District of Ohio, Special Agent in Charge Angela L. Byers of the FBI's Cincinnati Division, West Chester Police Chief Joel Herzog, Ohio State Highway Patrol Superintendent Colonel Paul A. Pride and Cincinnati Police Chief Eliot Isaac announced the sentence handed down today by U.S. District Judge Michael R. Barrett.

Abdulkader previously pleaded guilty to attempting to kill officers and employees of the United States, material support of a foreign terrorist organization and possession of a firearm in furtherance of a crime of violence.

The plan was for Abdulkader to murder a specific employee of a military base at the employee's home. He planned to videotape the murder so that it could be used in an ISIL propaganda video to further ISIL's cause. Following the murder, Abdulkader would then launch a violent attack on a police station in the Cincinnati area.

In preparation for the attacks, Abdulkader conducted surveillance of the police station, received a targeting package about the victim, went to a shooting range, learned how to operate certain firearms, and practiced shooting the firearms. He also bought an AK-47 assault rifle for the attack.



Community Outreach

Giving Back to the Community through a variety of venues & initiatives.

LEARN MORE



Help us combat the proliferation of sexual exploitation crimes against children.

LEARN MORE

Medicare Info for Ohio Practioners

What are the Consequences of Crime?

Govt. Ex. 12 -005

According to the statement of facts admitted by Adbulkader at the plea hearing, beginning in at least July 2014 and continuing into 2015, Abdulkader expressed his support for the Islamic State in Iraq and the Levant ("ISIL") on Twitter accounts. From approximately March 2015 to mid-April 2015, Abdulkader began speaking with a Confidential Human Source (CHS) about his desire and intention to travel to Syria in order to join ISIL as a fighter.

During that same time, Abdulkader made plans and preparations to travel to Syria to join ISIL as a fighter. Namely, he secured a passport, saved money for the trip and researched the logistical details of traveling to Syria and joining ISIL. In late April, though, Abdulkader expressed concerns about the ability to travel and postponed his original departure date of May 2, 2015.

During May 2015, Abdulkader was in electronic communication with one or more individuals located overseas who he understood were members of ISIL. One of those individuals was a member of ISIL identified as Junaid Hussein. Through their communications, Junaid Hussein directed and encouraged Abdulkader to plan and execute a violent attack within the United States.

Abdulkader communicated with Junaid Hussein and the CHS about a plan to kill an identified military employee on account of his position with the United States government. The plan included abducting the employee at the employee's home and filming the execution of the employee.

After killing the employee, Abdulkader planned to execute a violent attack on a police station in the Southern District of Ohio using firearms and Molotov cocktails.

Adbulkader was arrested on May 21, 2015 by the FBI Joint Terrorism Task Force (JTTF), after a controlled purchase and possession of the AK-47 assault rifle.

The defendant was charged by criminal complaint on May 22, 2015 and a bill of information was filed on March 2, 2016. Abdulkader pleaded guilty to the three charges in the information on March 24, 2016, before U.S. District Judge Barrett. The court documents and proceedings were unsealed in July.

"Using social media to communicate with the now-deceased Syria-based ISIL terrorist Junaid Hussain, Abdulkader coordinated and planned violent murders of military members and police officers," said Acting Assistant Attorney General McCord. "Identifying and stopping such ISIL-directed and inspired plots is and will remain one of our highest priorities."

"Abdulkader placed himself under the direction and control of an evil foreign terrorist organization and plotted with that organization to conduct multiple murderous attacks in the Cincinnati area," U.S. Attorney Glassman said. "The sentence of twenty years in prison, followed by a lifetime of federal supervision, is fully warranted by the egregious facts of this case. It will protect the public from this defendant."

Acting Assistant Attorney General McCord and U.S. Attorney Glassman commended the investigation of this case by the JTTF. The case is being prosecuted by Assistant U.S. Attorney Tim Mangan and Michael Dittoe of the Justice Department's National Security Division Counterterrorism Section.



**VICTIM WITNESS ASSISTANCE**

Making sure that victims of federal crimes are treated with compassion, fairness and respect.

LEARN MORE



Oficinas de los Fiscales de los Estados Unidos
En Español

Govt. Ex. 12 -006

The JTTF is made up of officers and agents from the Cincinnati Police Department, Colerain Police Department, Dayton Police Department, Ohio State Highway Patrol, University of Cincinnati Police Department, United States Air Force OSI, FBI, United States Immigrations and Customs Enforcement, United States Internal Revenue Service, United States Secret Service, United States Postal Inspection Service, West Chester Police Department and Xenia Police Department.

**Topic(s):**
National Security

**Component(s):**
USAO - Ohio, Southern

Updated November 23, 2016

HOME  ABOUT      NEWS  U.S. ATTORNEY  DIVISIONS      PROGRAMS      ESPAÑOL

ABOUT
About the District
Employment
FAQ
Contact Us

DIVISIONS
Administrative Division
Appellate Division
Civil Division
Criminal Division

PROGRAMS
Anti-Terrorism
Law Enforcement
Pretrial
Project Safe Childhood
Project Safe Neighborhoods
Victim Witness Assistance
Report a Crime

U.S. DEPARTMENT OF JUSTICE

Accessibility        Justice.gov
FOIA                 USA.gov
Privacy Policy
Legal Policies & Disclaimers

Govt. Ex. 12 -007



United States Department of Justice

Offices of the United States Attorneys

THE UNITED STATES ATTORNEY'S OFFICE

## WESTERN DISTRICT *of* NEW YORK

| HOME | ABOUT | NEWS / EVENTS | MEET THE U.S. ATTORNEY | DIVISIONS | PROGRAMS | CONTACT US |
|------|-------|---------------|------------------------|-----------|----------|------------|

U.S. Attorneys » Western District of New York » News



SHARE ⤷

### Department of Justice

#### U.S. Attorney's Office

#### Western District of New York

FOR IMMEDIATE RELEASE                                    Thursday, January 26, 2017

# New York Man Sentenced For Conspiracy To Provide Material Support To ISIL In Connection With Planned New Year's Eve Attack

CONTACT:     Barbara Burns
PHONE:       (716) 843-5817
FAX:         (716) 551-3051

WASHINGTON – Emanuel L. Lutchman, 26, of Rochester, NY, who was convicted of conspiracy to provide material support to the Islamic State of Iraq and the Levant (ISIL), was sentenced to 20 years in prison and 50 years supervised released by Chief U.S. District Judge Frank P. Geraci.

Acting Assistant Attorney General for National Security Mary B. McCord, Acting U.S. Attorney James P. Kennedy, Jr. of the Western District of New York and Special Agent-in-Charge Adam S. Cohen of the FBI's Buffalo, New York Division made the announcement.

"Emanuel Lutchman conspired with an ISIL member located overseas and planned to kill innocent civilians on U.S. soil in the name of the terrorist organization," said Acting Assistant Attorney General McCord. "Countering terrorist threats remains the highest priority of the National Security Division, and we will continue our efforts to bring to justice those who conspire to provide material support to foreign terrorist organizations.  I want to thank the many agents, analysts and prosecutors who contributed to the disruption of this deadly plot."

"This defendant was in direct personal communication with an individual who was an external attack planner and influential recruiter for ISIL in Syria," said Acting United States Attorney James P. Kennedy, Jr. "That individual is now deceased, but, while living, he acted essentially as a terror trainer to Emanuel Lutchman and others. Together the two discussed the defendant's plan to conduct a murderous attack within the City of Rochester essentially as a means of establishing his value as a future terrorist for ISIL in Syria. Viewed in this context, it would be hard to overstate the danger that Lutchman presented."  Kennedy emphasized that, "As prosecutors, a significant part of



JUSTICE 101

Visit the Federal government's website to help you be safe, secure and responsible online.
https://www.onguardonline.gov/

CASE INFORMATION



- United States v Sheila Offor et al 12CR183S (Loan Fraud Scheme)

VWA
VICTIM
WITNESS
ASSISTANCE

Making sure that victims of federal crimes are treated with compassion, fairness and respect.

LAW ENFORCEMENT COORDINATING COMMITTEE

Read about our LECC
Govt. Ex. 12 -008

the role we play is to protect the citizens in our community from the threats they face. This sentence accomplishes that."

"Just over a year ago, we arrested Emanual Lutchman. It was a good day for Rochester, and for people everywhere who would felt the impact of Lutchman's violent acts," said Adam S. Cohen, the Special Agent-in-Charge of the FBI's Buffalo office. "The days preceding Lutchman's arrest were full of apprehension after Lutchman accepted a directive from Abu Issa Al Amriki – a known ISIL leader – to kill multiple Americans. Today ends the judicial process for this case, but the FBI continues to work hard to protect our communities."Lutchman admitted that he conspired with an individual known as Abu Issa Al-Amriki, a now-deceased ISIL member in Syria, and planned to conduct an attack against civilians using knives and a machete on New Year's Eve in 2015. Lutchman admitted that he intended to conduct an attack that could be claimed by ISIL and that could also help him gain membership into ISIL when he thereafter traveled overseas to join the terrorist organization."

Lutchman admitted that he conspired with an individual known as Abu Issa Al-Amriki, a now-deceased ISIL member in Syria, and planned to conduct an attack against civilians using knives and a machete on New Year's Eve in 2015. Lutchman admitted that he intended to conduct an attack that could be claimed by ISIL and that could also help him gain membership into ISIL when he thereafter traveled overseas to join the terrorist organization.

According to court documents, Lutchman posted on social media expressions of support for ISIL, including images, videos and documents relating to ISIL and violent jihad. Lutchman also downloaded and watched terrorism-related videos, including videos relating to ISIL and the now-deceased terrorist Anwar al-Awlaki. The defendant also maintained a digital collection of documents relating to terrorism and terrorist groups. This included all of the issues of Inspire magazine and other documents designed to provide guidance to individuals seeking to travel overseas to engage in violent jihad or engage in "lone wolf" terrorist attacks in the U.S. and elsewhere.

In December 2015, Lutchman obtained an online document written by an ISIL member in Syria, in which the ISIL member provided guidance to supporters who were seeking to travel overseas to join ISIL, including advice about preparation for violent jihad; the use of security measures while traveling to avoid apprehension by law enforcement authorities; instructions for killing non-believers and infidels, or "kuffar"; and contact information for the ISIL member and Al-Amriki.

On Dec. 25, 2015, Lutchman initiated online contact with Al-Amriki, who identified himself as an ISIL member in Syria. In a series of subsequent communications, Al-Amriki told Lutchman to plan an attack on New Year's Eve and kill a number of kuffar. Al-Amriki advised the defendant to write something before the attack and give it to the ISIL member so that after the attack the ISIL member could post it online to announce Lutchman's allegiance to ISIL. Al-Amriki told Lutchman that whatever Lutchman sends to ISIL, they would keep it until the attack was complete and then post it and publicize the attack on the Internet. Al-Amriki emphasized that Lutchman is "behind enemy lines," that Lutchman was the closest person to their most hated enemy and that Lutchman has the chance to do things that ISIL wishes it could do.

Lutchman ultimately told Al-Amriki that he has a couple of "brothers" that want to make hijra and plan an attack. Al-Amriki encouraged Lutchman to complete an attack and stated that, if the Syrian borders open and the attack does not succeed, he would help Lutchman and his "brothers" make hijra. Al-Amriki told Lutchman to show ISIL how serious he is, stating, "New years is here soon. Do operations and kill some kuffar." Lutchman told Al-Amriki that he hates it in the U.S., that he wants to join the ranks of ISIL and that he is ready to "give everything up" to be in Syria with ISIL. Al-Amriki told Lutchman, for the time being, to do what he can in the U.S.

Govt. Ex. 12 -009

In late December 2015, Lutchman was communicating with other individuals (referred to as Individuals A, B, and C in the plea agreement) who, unbeknownst to Lutchman, were cooperating with the FBI. In these communications, Lutchman made statements expressing his strong support of ISIL and his desire to travel overseas to join ISIL. He also discussed in detail his online communications with Al-Amriki and the ISIL member. In subsequent communications, Lutchman referred at various times to Individuals A, B and C as "brothers" who would be involved in the New Year's Eve attack.

Lutchman admitted that on Dec. 27, 2015, he and Al-Amriki discussed potential targets, and Al-Amriki told Lutchman to find the most populated area and kill as many people as possible. Al-Amriki reiterated that, after the operation was done, he would vouch for Lutchman and the other participants in the attack, and he would start sending "brothers" to ISIL in Libya, to which Lutchman agreed.

Lutchman admitted that he met with Individual C on Dec. 28, 2015, and indicated that he wanted to target a club or bar and proposed that they kidnap a couple of people and kill them. Lutchman stated that they would have to wear masks during the operation in order to avoid getting caught by law enforcement authorities. As they drove by a particular restaurant/bar in Rochester, Lutchman identified it as the target of the attack.

Lutchman admitted that on the evening of Dec. 29, 2015, Lutchman and Individual C went to a store in Rochester to purchase weapons and supplies for the attack, including two black ski masks, two knives, a machete, zip-ties, duct tape, ammonia and latex gloves. Lutchman told Individual C that "the operation is a go," and noted that many victims would have to be killed. The defendant and Individual C discussed making a video before the operation, at Al-Amriki's direction, in which they would explain their rationale for the attack and swear bayah (allegiance) to the leader of ISIL, Abu Bakr al-Baghdadi. Lutchman said that he planned to release the video after the completion of the attack.

Lutchman admitted that on Dec. 30, 2015, he made a video pledging allegiance to ISIL and al-Baghdadi, and stated that ISIL was going to establish the caliphate in the land of Islam. In reference to the planned New Year's Eve attack, Lutchman stated, "the blood that you spill of the Muslim overseas we gonna spill the blood of the kuffar," and asked Allah to "make this a victory." In the video, Lutchman covered all of his face except for his eyes and he held one index finger in the air, which is a sign commonly used by ISIL members and supporters. Immediately thereafter, law enforcement agents arrested Lutchman and recovered the items purchased by Lutchman and Individual C the previous day from Lutchman's residence.

Lutchman has been detained in federal custody since his arrest on Dec. 30, 2015 by members of the FBI's Rochester Joint Terrorism Task Force (JTTF).

The investigation was conducted by the FBI's Rochester JTTF. The case was prosecuted by Assistant U.S. Attorney Brett A. Harvey of the Western District of New York, with the assistance of Trial Attorney Larry Schneider of the National Security Division's Counterterrorism Section.

---

## Component(s):

USAO - New York, Western

Updated January 26, 2017

Govt. Ex. 12 -010



United States Department of Justice                    Offices of the United States Attorneys

## THE UNITED STATES ATTORNEY'S OFFICE
## EASTERN DISTRICT *of* VIRGINIA

| HOME | ABOUT | NEWS | MEET THE US ATTORNEY | SERVICES & PROGRAMS | CAREERS | CONTACT US |

U.S. Attorneys » Eastern District of Virginia » News



**Department of Justice**

U.S. Attorney's Office

Eastern District of Virginia

| FOR IMMEDIATE RELEASE | Friday, September 23, 2016 |

# ISIL-Linked Hacker Sentenced to 20 Years in Prison

ALEXANDRIA, Va. – Ardit Ferizi, aka Th3Dir3ctorY, 20, a citizen of Kosovo, was sentenced today to 20 years in prison for providing material support to the Islamic State of Iraq and the Levant (ISIL) and accessing a protected computer without authorization and obtaining information in order to provide material support to ISIL.

According to court documents, Ferizi admitted that on or about June 13, 2015, he gained system administrator-level access to a server that maintained the website of a victim company located in the United States, which also contained databases with personally identifiable information (PII) belonging to tens of thousands of the victim company's customers, including members of the military and other government personnel. He subsequently culled the PII belonging to United States military members and other government personnel, which totaled approximately 1,300 individuals. That same day, on June 13, 2015, Ferizi admitted that he provided the PII belonging to the 1,300 United States military members and government personnel to Junaid Hussain, aka Abu Hussain al-Britani, a now-deceased member of ISIL.

According to the statement of facts, on Aug. 11, 2015, in the name of the Islamic State Hacking Division (ISHD), Hussain posted a tweet that contained a document with the PII of the approximately 1,300 U.S. military and other government personnel that Ferizi had taken from the victim company and provided to Hussain. The document stated, in part, that "we are in your emails and computer systems, watching and recording your every move, we have your names and addresses, we are in your emails and social media accounts, we are extracting confidential data and passing on your personal information to the soldiers of the khilafah, who soon with the permission of Allah will strike at your necks in your own lands!" Ferizi admitted that he provided the PII to ISIL with the understanding that ISIL would use the PII to "hit them hard."



**PII Data Breach Notice**

**United States v. Ardit Ferizi**

Ardit Ferizi is scheduled to enter a plea of guilty before Judge Leonie M. Brinkema on June 15, 2016 at 10:00 am at the United States District Court, 401 Courthouse Square, Alexandria VA. Read More



**STOPFRAUD.GOV**
FINANCIAL FRAUD ENFORCEMENT TASK FORCE

Protect yourself from fraud, and report suspected cases of financial fraud to local law enforcement.

LEARN MORE



Govt. Ex. 12 -011

Ferizi was detained by Malaysian authorities on a provisional arrest warrant on behalf of the United States and was charged by criminal complaint on Oct. 6, 2015.  The criminal complaint was unsealed on Oct. 15, 2015, and Ferizi subsequently waived consent to extradition.  Ferizi pleaded guilty on June 15, 2016.

Dana J. Boente, U.S. Attorney for the Eastern District of Virginia; John P. Carlin, Assistant Attorney General for National Security; and Paul M. Abbate, Assistant Director in Charge of the FBI's Washington Field Office; and Charles P. Spencer, Special Agent in Charge of the FBI's Jacksonville, Florida, Division, made the announcement after sentencing by U.S. District Judge Leonie M. Brinkema.

This case was prosecuted by Special Assistant U.S. Attorney Brandon Van Grack and Trial Attorney Gregory Gonzalez of the National Security Division's (NSD) Counterterrorism Section. The Malaysian authorities and the Justice Department's Office of International Affairs also provided significant assistance.

A copy of this press release may be found on the website of the U.S. Attorney's Office for the Eastern District of Virginia.  Related court documents and information may be found on the website of the District Court for the Eastern District of Virginia or on PACER by searching for **Case No. 1:16-cr-42.**

---

**Topic(s):**
National Security

**Component(s):**
USAO - Virginia, Eastern

Updated September 23, 2016

Megaupload - Release For Victim Notification

LEARN MORE



DON'T lose yourself in a GANG

Talk to your kids about gangs and how to avoid them.

LEARN MORE



PROJECT SAFE Childhood

Help us combat the proliferation of sexual exploitation crimes against children.

LEARN MORE

HOME  ABOUT  NEWS  MEET THE US ATTORNEY  SERVICES & PROGRAMS  CAREERS  CONTACT US

Priorities
History
Civil
Criminal

Find a Court Document
Grants
Locate an Inmate
Reentry Program
Report a Crime
Victim Witness Assistance

U.S. DEPARTMENT OF JUSTICE

Accessibility
FOIA
Privacy Policy
Legal Policies & Disclaimers

Justice.gov
USA.gov

Govt. Ex. 12 -012



United States Department of Justice                    Offices of the United States Attorneys

THE UNITED STATES ATTORNEY'S OFFICE
# SOUTHERN DISTRICT of OHIO

HOME    ABOUT    NEWS    U.S. ATTORNEY    DIVISIONS    PROGRAMS    ESPAÑOL

U.S. Attorneys » Southern District of Ohio » News



**Department of Justice**

U.S. Attorney's Office

Southern District of Ohio



Medicare Info for Ohio Practioners

What are the
Consequences of Crime?

FOR IMMEDIATE RELEASE                    Monday, December 5, 2016

## Cincinnati-Area Man Sentenced to 30 Years for Attempting Terrorism Plot to Kill Government Employees

CINCINNATI – Christopher Lee Cornell, 22, of Green Township, Ohio, was sentenced in U.S. District Court today to 30 years in prison and lifetime supervised release for plotting, planning and attempting an attack on government officials during the State of the Union Address in 2015 in the name of ISIL.

Acting Assistant Attorney General for National Security Mary McCord, U.S. Attorney Benjamin C. Glassman of the Southern District of Ohio and Special Agent in Charge Angela L. Byers of the FBI's Cincinnati Division announced the sentence handed down today by Senior U.S. District Judge Sandra Beckwith.

According to court documents, from on or about August 2014 through January 2015, Cornell plotted, planned and attempted to travel to Washington, D.C., in order to attack the U.S. Capitol during the State of the Union Address on January 20, 2015.

Cornell conducted online research of weapons, the construction of bombs, the U.S. Capitol and other potential targets in the Washington, D.C., area. He intended to kill officers and employees of the United States, and possessed two semi-automatic rifles and approximately 600 rounds of ammunition.

The defendant admitted that his planned attack on the U.S. Capitol was an attempt to provide material support and resources – both personnel and services – to the Islamic State of Iraq and the Levant (ISIL).

Cornell was arrested on Jan. 14, 2015, by the FBI's Joint Terrorism Task Force (JTTF). After his arrest, he posted statements online that included a call for others to join him



**Community Outreach**

Giving Back to the Community through a variety of venues & initiatives.

LEARN MORE



Help us combat the proliferation of sexual exploitation crimes against children.

LEARN MORE

Govt. Ex. 12 -013

in violent jihad against the United States and its citizens on behalf of ISIL.

"One would think that the shock of being arrested for these offenses would have an immediate and sobering effect on a young man's psyche. But that is not what happened," Assistant U.S. Attorney Tim Mangan wrote in this case's sentencing memorandum. "Cornell became even more proud of and obstinate regarding his attack plans and allegiance to ISIL, calling himself a prisoner of war. He remained determined to cause harm and tried (in multiple ways) to rally others to violence... instead of recognizing his own fault."

Cornell was originally charged by an indictment returned by a federal grand jury on Jan. 21, 2015. On May 7, 2015, Cornell was additionally charged by superseding indictment. He pleaded guilty on August 1 to one count of attempting to kill government employees, one count of possession of a firearm in furtherance of a crime of violence and one count of attempting to provide material support to a designated foreign terrorist organization.

"The seriousness of this crime is apparent," U.S. Attorney Glassman said. "Cornell plotted to commit violence as a symbolic attack on the United States as a whole. An attempt to murder another individual is horrific enough and justifies a significant sentence. But this was more than that. Cornell wanted to inflict pain on the spirit of the entire country, and terrorize its leadership. Today's sentence appropriately holds him accountable for that."

The JTTF is made up of officers and agents from the Cincinnati Police Department, Colerain, Police Department, Dayton Police Department, Ohio State Highway Patrol, University of Cincinnati Police Department, FBI, U.S. Immigrations and Customs Enforcement, U.S. Internal Revenue Service, U.S. Secret Service, U.S. Postal Inspection Service, West Chester Police Department and Xenia Police Department.

Acting Assistant Attorney General McCord and U.S. Attorney Glassman commended the JTTF for its investigation of this case. The case is being prosecuted by Assistant U.S. Attorney Tim Mangan and Trial Attorney Michael Dittoe of the National Security Division's Counterterrorism Section.

**Topic(s):**
Counterterrorism

**Component(s):**
USAO - Ohio, Southern

Updated December 5, 2016



**VWA**
VICTIM
WITNESS
ASSISTANCE

Making sure that victims of federal crimes are treated with compassion, fairness and respect.

LEARN MORE

OFICINAS DE LOS FISCALES DE
LOS ESTADOS UNIDOS
EN ESPAÑOL

HOME  ABOUT  NEWS  U.S. ATTORNEY  DIVISIONS  PROGRAMS  ESPAÑOL

About the District
Employment
FAQ
Contact Us

Administrative Division
Appellate Division
Civil Division
Criminal Division

Anti-Terrorism
Law Enforcement
Pretrial
Project Safe Childhood
Project Safe Neighborhoods
Victim Witness

U.S. DEPARTMENT OF JUSTICE

Accessibility    Justice.gov
FOIA             USA.gov
Privacy Policy
Legal Policies & Disclaimers

Govt. Ex. 12 -014