| | A | B |
|---|---|---|
| 1 | **Arabic** | **Translation    DRAFT** |
| 690 | محمد الشناوى ( 100001303475553 ) | Mohamed El-Shinawy |
| 691 | Author ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 692 | Sent 2015-04-03 19:16:32 UTC | |
| 693 | IP 50.153.127.9 | |
| 694 | Deleted false | |
| 695 | Body ههههههههههههه | hahahaha |
| 696 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 697 | محمد الشناوى ( 100001303475553 ) | Mohamed El-Shinawy |
| 698 | Author ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 699 | Sent 2015-04-03 19:16:35 UTC | |
| 700 | IP 50.153.127.9 | |
| 701 | Deleted false | |
| 702 | Body وانا اقدر انسى | Can I ever forget? |
| 703 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 704 | محمد الشناوى ( 100001303475553 ) | Mohamed El-Shinawy |
| 705 | Author ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 706 | Sent 2015-04-03 19:16:37 UTC | |
| 707 | IP 50.153.127.9 | |
| 708 | Deleted false | |
| 709 | Body بس | But… |
| 710 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 711 | محمد الشناوى ( 100001303475553 ) | Mohamed El-Shinawy |
| 712 | Author ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 713 | Sent 2015-04-03 19:16:44 UTC | |
| 714 | IP 50.153.127.9 | |
| 715 | Deleted false | |
| 716 | Body كان دايما فيه شىء ناقص | …there was always something missing |
| 717 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 718 | محمد الشناوى ( 100001303475553 ) | Mohamed El-Shinawy |
| 719 | Author ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 720 | Sent 2015-04-03 19:16:58 UTC | |
| 721 | IP 50.153.127.9 | |

Tamer Facebook                    Pages 2367 to 2433                    24

| | A | B |
|---|---|---|
| 1 | **Arabic** | **Translation    DRAFT** |
| 722 | Deleted false | |
| 723 | Body كان دايما فيه شيء يشعرني بالخذلان | I have always had a sense of failure |
| 724 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 725 | محمد الشناوى ( 100001303475553 ) | Mohamed El-Shinawy |
| 726 | Author ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 727 | Sent 2015-04-03 19:17:13 UTC | |
| 728 | IP 50.153.127.9 | |
| 729 | Deleted false | |
| 730 | Body اخفوا عنا | They hid it from us |
| 731 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 732 | | |
| 733 | | |
| 734 | Page 2381 | |
| 735 | محمد الشناوى ( 100001303475553 ) | Mohamed El-Shinawy |
| 736 | Author ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 737 | Sent 2015-04-03 19:17:18 UTC | |
| 738 | IP 50.153.127.9 | |
| 739 | Deleted false | |
| 740 | Body علماء السلطه | The scholars who served the government |
| 741 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 742 | محمد الشناوى ( 100001303475553 ) | Mohamed El-Shinawy |
| 743 | Author ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 744 | Sent 2015-04-03 19:17:29 UTC | |
| 745 | IP 50.153.127.9 | |
| 746 | Deleted false | |
| 747 | Body يلا خير | Well, it's all good. |
| 748 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 749 | محمد الشناوى ( 100001303475553 ) | Mohamed El-Shinawy |
| 750 | Author ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 751 | Sent 2015-04-03 19:17:53 UTC | |
| 752 | IP 50.153.127.9 | |
| 753 | Deleted false | |

| A | B |
|---|---|
| 1 **Arabic** | Translation    DRAFT |
| 754 Body الان اكتملت الصورة | Now the picture is complete |
| 755 Recipients ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 756 ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 757 Author ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 758 Sent 2015-04-03 19:18:20 UTC | |
| 759 IP 50.153.127.9 | |
| 760 Deleted false | |
| 761 Body وجاهدوا فى سبيل الله بأموالكم وانفسكم | And perform jihad with your wealth and your lives for the sake of God. |
| 762 Recipients ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 763 ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 764 Author ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 765 Sent 2015-04-03 19:18:24 UTC | |
| 766 Deleted false | |
| 767 Body الحمد لله الذى هدانا لهذا وما كنا لنهتدى لولا ان هدانا الله | Thanks be to Allah who guided us to this, and we would not have been guided if He did not guide us. |
| 768 Recipients ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 769 ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 770 Author ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 771 Sent 2015-04-03 19:18:28 UTC | |
| 772 IP 50.153.127.9 | |
| 773 Deleted false | |
| 774 Body الحمدلله | Thanks be to Allah |
| 775 Recipients ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 776 ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 777 Author ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 778 Sent 2015-04-03 19:18:34 UTC | |
| 779 IP 50.153.127.9 | |
| 780 Deleted false | |
| 781 Body الحمدلله الحمدلله الحمدلله | Thanks be to Allah; Thanks be to Allah; Thanks be to Allah |
| 782 Recipients ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |

Tamer Facebook                    Pages 2327 to 2366                    59

| | A | B |
|---|---|---|
| 1 | **Arabic** | Translation   DRAFT |
| 1811 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1812 | Sent 2015-04-22 11:33:46 UTC | |
| 1813 | IP 50.153.125.148 | |
| 1814 | Deleted false | |
| 1815 | Body اسمع دروس الشيخ العدنانى ماشاءالله | Listen to the lessons of Sheikh Al-'Adnani. Praise be to Allah. |
| 1816 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1817 | ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1818 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1819 | Sent 2015-04-22 11:33:57 UTC | |
| 1820 | IP 50.153.125.148 | |
| 1821 | Deleted false | |
| 1822 | Body والله بيقول اللى فى نفسى | By Allah, he says what exactly is on my mind |
| 1823 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1824 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1825 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1826 | Sent 2015-04-22 11:34:11 UTC | |
| 1827 | Deleted false | |
| 1828 | Body جزاك الله خيرا | May Allah reward you well |
| 1829 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1830 | ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1831 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1832 | Sent 2015-04-22 11:34:32 UTC | |
| 1833 | IP 50.153.125.148 | |
| 1834 | Deleted false | |
| 1835 | Body ثبتنا الله واياك ياتامر | <mark>May Allah make you, Tamer, and us firm</mark> |
| 1836 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1837 | ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1838 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1839 | Sent 2015-04-22 11:34:40 UTC | |
| 1840 | IP 50.153.125.148 | |
| 1841 | Deleted false | |

Tamer Facebook                    Pages 2327 to 2366                    60

| | A | B |
|---|---|---|
| 1 | Arabic | Translation   DRAFT |
| 1842 | | |
| 1843 | | |
| 1844 | | |
| 1845 | | |
| 1846 | Facebook Business Record Page 2361 | |
| 1847 | Body | |
| 1848 | ولا يضرك المتخاذلين | And may none of those who are falling behind would harm you |
| 1849 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1850 | تامر الخضرى ( 100004675178304 ) | Tamer Elkhodary |
| 1851 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1852 | Sent 2015-04-22 11:34:46 UTC | |
| 1853 | Deleted false | |
| 1854 | Body امين | Amen |
| 1855 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1856 | تامر الخضرى ( 100004675178304 ) | Tamer Elkhodary |
| 1857 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1858 | Sent 2015-04-22 11:34:56 UTC | |
| 1859 | Deleted false | |
| 1860 | Body جزاك الله خيرا | May Allah reward you well |
| 1861 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 1862 | محمد الشناوى ( 100001303475553 ) | Mohamed Elshinawy |
| 1863 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 1864 | Sent 2015-04-22 11:35:03 UTC | |
| 1865 | IP 50.153.125.148 | |
| 1866 | Deleted false | |
| 1867 | Body ولا يضرك دعاة الحكومات الذين ميعوا الدين والولاء والبراء | And may those servants of their government, who watered down the religion, as well as the rulers and those who are not associated with the religion not harm you |
| 1868 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |

| | |
|---|---|
| Sent 2014-09-27 09:28:44 UTC | |
| Deleted | |
| وتذكر ماكان يقال على الشيخ اسامه كان يعقوب يقول انك لغوى مبين في نفس Body | Remember what has been said about Sheikh Usama. Ya'qub used to say "you are an eloquent speaker". At the same |
| الوقت الى فيه مبارك ولي امر هو نفس ما يقوله العدوى ومن اسبوعين فقط يقول | time, [he said] "Mubarak is in command", which is the same Al-'Adawi is saying. Only two weeks ago, he said |
| السيسي ولي امر طاعته واجبه | Al-Sisi is in command, and it is an obligation to obey him |
| Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| | |
| Facebook Business Record Page 237 | |
| Sent | |
| 2014-09-27 09:29:57 UTC | |
| Deleted | |
| استودك الله الذى لا تضيع ودائعه Body | I entrust you to the hands of Allah whose trusts do not fail |
| Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| Sent 2014-09-27 09:30:12 UTC | |
| Deleted | |
| وتذكر قوله تعالى Body | Remember what the Almighty said |
| Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| Sent 2014-09-27 09:30:40 UTC | |
| Deleted | |
| قاتلوا المشركين كافه كما يقاتلونكم كافه Body | "Fight all the infidels as they all fight you". |
| Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| Sent 2014-09-27 09:31:11 UTC | |
| Deleted | |
| وتذكر ان من خذل مسلما خذله الله Body | Remember that Allah fails whoever fails a Muslim. |
| Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| Sent 2014-09-27 09:31:51 UTC | |
| Deleted | |
| ربنا يحفظك ياتامر والله بيقولى ان هذا هو الحق Body | May God keep you safe, Tamer, and Allah tells me that this is the truth. |
| Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| Sent 2014-09-27 09:32:52 UTC | |
| Deleted | |

Tamer Facebook                              Pages 2367 to 2433                              26

| | A | B |
|---|---|---|
| 1 | **Arabic** | **Translation    DRAFT** |
| 783 | محمد الشناوى ( 100001303475553 ) | Mohamed El-Shinawy |
| 784 | Author ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 785 | Sent 2015-04-03 19:18:47 UTC | |
| 786 | | |
| 787 | | |
| 788 | Page 2382 | |
| 789 | IP | |
| 790 | 50.153.127.9 | |
| 791 | Deleted false | |
| 792 | Body فيه ناس كتير القلب لا يستطيع ان يرى | There are many people whose hearts are unable to see |
| 793 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 794 | محمد الشناوى ( 100001303475553 ) | Mohamed El-Shinawy |
| 795 | Author ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 796 | Sent 2015-04-03 19:18:54 UTC | |
| 797 | IP 50.153.127.9 | |
| 798 | Deleted false | |
| 799 | Body الحمدله الحمدله | Thanks be to Allah; Thanks be to Allah |
| 800 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 801 | تامر الخضرى ( 100004675178304 ) | Tamer El-Khodary |
| 802 | Author ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 803 | Sent 2015-04-03 19:19:02 UTC | |
| 804 | Deleted false | |
| 805 | Body انخن فى اعداء الله | ==Be harsh in the killing of Allah's enemies== |
| 806 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed El-Shinawy |
| 807 | تامر الخضرى ( 100004675178304 ) | Tamer El-Khodary |
| 808 | Author ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 809 | Sent 2015-04-03 19:19:23 UTC | |
| 810 | Deleted false | |
| 811 | Body دعواتك | Your supplications |
| 812 | Recipients ( 100004675178304 ) تامر الخضرى | Tamer El-Khodary |
| 813 | محمد الشناوى ( 100001303475553 ) | Mohamed El-Shinawy |

| | |
|---|---|
| *Recipients* | *(100001303475553) Mohamed Elshinawy* |
| | *(100004675178304) Tamer El Khodary* |
| *Author* | *(100004675178304) Tamer El Khodary* |
| *Sent* | *2015-04-26 16:41:21 UTC* |
| *Deleted* | *False* |
| *Body* | Ask Allah  for help and make sure to keep it secret. You have a lot of enemies; yourself, devils, humans, jinn, tyrants of the Arabs, and the Aliens and their soldiers.  Rejoice, if you fear Allah, He will be with you, and He definitely will grant you victory as He promised. |

| | |
|---|---|
| *Recipients* | *(100004675178304)* Tamer El Khodary |
| | *(100001303475553)* Mohamed Elshinawy |

+------------------------------------------------------------------+
| Facebook Business Record                            Page 2321    |
+------------------------------------------------------------------+

| | |
|---|---|
| *Author* | *(100001303475553)* Mohamed Elshinawy |
| *Sent* | *2015-04-26 16:42:43 UTC* |
| *IP* | *50.153.125.133* |
| *Deleted* | *False* |
| *Body* | Exactly. By Allah, you me did a great favor, and I was hoping to do anything for you in return because Allah used you for a reason. |

| | |
|---|---|
| *Recipients* | *(100004675178304)* Tamer El Khodary |
| | *(100001303475553)* Mohamed Elshinawy |
| *Author* | *(100001303475553)* Mohamed Elshinawy |
| *Sent* | *2015-04-26 16:43:12 UTC* |
| *IP* | *50.153.125.133* |
| *Deleted* | *False* |
| *Body* | Indeed, enemies are everywhere. |

| | |
|---|---|
| *Recipients* | *(100001303475553)* Mohamed Elshinawy |
| | *(100004675178304)* Tamer El Khodary |
| *Author* | *(100004675178304)* Tamer El Khodary |
| *Sent* | *2015-04-26 16:43:22 UTC* |
| *Deleted* | *False* |
| *Body* | Whomever found Allah has lost anything, and whomever lost Allah has found nothing |

| | |
|---|---|
| *Recipients* | *(100004675178304)* Tamer El Khodary |
| | *(100001303475553)* Mohamed Elshinawy |
| *Author* | *(100001303475553)* Mohamed Elshinawy |
| *Sent* | *2015-04-26 16:43:31 UTC* |
| *IP* | *50.153.125.133* |
| *Deleted* | *False* |
| *Body* | But Allah, the Almighty, keeps whoever believes in Him safe. |

| | | |
|---|---|---|
| U.S.v. Elshinawy | FB CONVERSATIONS WITH | |
| Criminal No. ELH-16-0009 | TAMER ELKHODARY | 14 |
| | Defense Exhibit 17 | |

Tamer Facebook         Pages 2327 to 2366         15

| | A | B |
|---|---|---|
| 1 | Arabic | Translation   DRAFT |
| 441 | ▆▆▆▆▆ | ▆▆▆▆▆ |
| 442 | ▆▆▆▆▆▆ | ▆▆▆▆▆ |
| 443 | ▆▆▆▆ | |
| 444 | ▆▆ | |
| 445 | ▆ | |
| 446 | ▆▆ | ▆▆▆▆▆▆ |
| 447 | ▆▆▆▆▆ | ▆▆▆▆ |
| 448 | ▆▆▆▆ | ▆▆▆ |
| 449 | ▆▆▆▆ | ▆▆▆ |
| 450 | ▆▆▆▆ | |
| 451 | ▆▆▆ | |
| 452 | ▆▆▆ | |
| 453 | ▆ | |
| 454 | ▆▆▆▆▆▆ | ▆▆▆▆▆ |
| 455 | ▆▆▆▆▆ | |
| 456 | ▆▆▆▆▆ | ▆▆▆ |
| 457 | ▆▆▆▆ | |
| 458 | ▆ | |
| 459 | ▆▆ | ▆▆▆ |
| 460 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 461 | تامر الخضرى ( 100004675178304 ) | Tamer Elkhodary |
| 462 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 463 | Sent 2015-07-18 14:50:30 UTC | |
| 464 | Deleted false | |
| 465 | Body تقبل الله منا ومنكم صالح الأعمال | May Allah accept your and our good deeds |
| 466 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 467 | تامر الخضرى ( 100004675178304 ) | Tamer Elkhodary |
| 468 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 469 | Sent 2015-07-18 14:50:43 UTC | |
| 470 | Deleted false | |
| 471 | Body طمني عليك | Let me know how you are doing |
| 472 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |

TAMER_246

**FB CONVERSATIONS WITH**
**TAMER ELKHODARY**

U.S.v. Elshinawy
Criminal No. ELH-16-0009

Defense Exhibit 17

**15**

Tamer Facebook                                   Pages 2327 to 2366                                   16

|   | A | B |
|---|---|---|
| 1 | **Arabic** | **Translation   DRAFT** |
| 473 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 474 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 475 | Sent 2015-07-18 14:50:56 UTC | |
| 476 | Deleted false | |
| 477 | Body دعواتك يا خط | Make supplications, gangsta |
| 478 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 479 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 480 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 481 | Sent 2015-07-18 14:51:48 UTC | |
| 482 | IP 164.215.110.5 | |
| 483 | Deleted false | |
| 484 | Body | |
| 485 | Attachments 11218994_488449411320894_5462851803208330089_n.jpg (488449434654225) | *Attachments*<br>*11218994_488449411320894_5462851803208330089_n.jpg* |
| 486 | Type image/jpeg | |
| 487 | URL https://attachment.fbsbx.com/messaging_attachment.php?aid=488 | |
| 488 | 449434654225&mid=mid.1437231108011%3A525b9bdffb079bfe9 | |
| 489 | 9&uid=100004675178304&accid=100004675178304&preview=0 | |
| 490 | &hash=AQADHKNXbuBQpE-zDeRXZt7PrjPom0u6Bvt4d4xfxRhBIg | |
| 491 | | |
| 492 | | |
| 493 | | |
| 494 | Page: 2336 | |
| 495 | Facebook Business Record Page 2336 | |
| 496 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 497 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 498 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 499 | | |
| 500 | | |
| 501 | Page: 2337 | |
| 502 | Facebook Business Record Page 2337 | |
| 503 | Sent | |

**FB CONVERSATIONS WITH**
**TAMER ELKHODARY**
**Defense Exhibit 17**

U.S.v. Elshinawy
Criminal No. ELH-16-0009                                                          16

Tamer Facebook                          Pages 2327 to 2366                          17

|  | A | B |
|---|---|---|
| 1 | Arabic | Translation    DRAFT |
| 504 | 2015-07-18 15:27:10 UTC | |
| 505 | Deleted false | |
| 506 | Body السلام عليكم | Peace be upon you. |
| 507 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 508 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 509 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 510 | Sent 2015-07-18 15:27:33 UTC | |
| 511 | Deleted false | |
| 512 | Body انت فين يا معلم | Where are you, boss? |
| 513 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 514 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 515 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 516 | Sent 2015-07-18 15:27:47 UTC | |
| 517 | Deleted false | |
| 518 | Body نايم ولا نايم | Sleeping or sleeping? |
| 519 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 520 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 521 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 522 | Sent 2015-07-18 15:28:46 UTC | |
| 523 | IP 164.215.110.5 | |
| 524 | Call Record Type phone | |
| 525 | Missed true | |
| 526 | ███████████ | ██████ |
| 527 | ████████ | █████ |
| 528 | █████████ | █████ |
| 529 | ██████ | |
| 530 | ███ | |
| 531 | ███ | ██████ |
| 532 | ██████████ | ██████ |
| 533 | ████████ | █████ |
| 534 | █████████ | █████ |
| 535 | ██████ | |

| | A | B |
|---|---|---|
| 1 | Arabic | Translation   DRAFT |
| 504 | ▮▮▮ | |
| 505 | ▮ | |
| 506 | ▮ | ▮▮ |
| 507 | ▮▮▮▮ | ▮▮ |
| 508 | ▮▮▮ | ▮ |
| 509 | ▮▮▮ | ▮ |
| 510 | ▮▮▮ | |
| 511 | ▮ | |
| 512 | ▮▮ | ▮▮▮ |
| 513 | ▮▮▮▮ | ▮▮▮ |
| 514 | ▮▮▮ | ▮ |
| 515 | ▮▮▮ | ▮▮ |
| 516 | ▮▮ | |
| 517 | | |
| 518 | ▮ | ▮▮▮ |
| 519 | ▮▮▮▮ | ▮▮▮ |
| 520 | ▮▮▮ | ▮ |
| 521 | ▮▮▮ | ▮ |
| 522 | ▮▮ | |
| 523 | ▮ | |
| 524 | ▮▮ | |
| 525 | ▮ | |
| 526 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 527 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 528 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 529 | Sent 2015-07-19 14:42:31 UTC | |
| 530 | Deleted false | |
| 531 | Body السلام عليكم | Peace be upon you. |
| 532 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 533 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 534 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 535 | Sent 2015-07-19 14:42:33 UTC | |

U.S.v. Elshinawy
Criminal No. ELH-16-0009

Tamer Facebook

Pages 2327 to 2366

| | A | B |
|---|---|---|
| 1 | Arabic | Translation   DRAFT |
| 536 | Deleted false | |
| 537 | Body انت فين يا كبير | Where are you, chief? |
| 538 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 539 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 540 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 541 | Sent 2015-07-19 14:42:35 UTC | |
| 542 | Deleted false | |
| 543 | Body تقلان علينا ليه | Why are you ignoring us? |
| 544 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 545 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 546 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 547 | Sent 2015-07-19 14:42:39 UTC | |
| 548 | Deleted false | |
| 549 | Body احب اطمن عليك | I want to check on you |
| 550 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 551 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 552 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 553 | | |
| 554 | | |
| 555 | | |
| 556 | Page: 2338 | |
| 557 | Facebook Business Record Page 2338 | |
| 558 | Sent | |
| 559 | 2015-07-19 16:01:07 UTC | |
| 560 | Deleted false | |
| 561 | Body السلام عليكم | Peace be upon you. |
| 562 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 563 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 564 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 565 | Sent 2015-07-19 16:01:12 UTC | |
| 566 | Deleted false | |
| 567 | Body فؤش | Fu'sh [PH] |

**FB CONVERSATIONS WITH**
**TAMER ELKHODARY**

U.S.v. Elshinawy
Criminal No. ELH-16-0009

Defense Exhibit 17

19

Tamer Facebook

Pages 2327 to 2366

19

| | A | B |
|---|---|---|
| 1 | **Arabic** | **Translation   DRAFT** |
| 568 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 569 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 570 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 571 | Sent 2015-07-23 19:17:28 UTC | |
| 572 | Deleted false | |
| 573 | Body السلام عليكم | Peace be upon you. |
| 574 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 575 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 576 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 577 | Sent 2015-07-23 19:17:36 UTC | |
| 578 | Deleted false | |
| 579 | Body طمنى عليك | Tell me how you are doing |
| 580 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 581 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 582 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 583 | Sent 2015-07-23 19:17:49 UTC | |
| 584 | Deleted false | |
| 585 | Body انت فين يا شن | Where are you Shin? |
| 586 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 587 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 588 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 589 | Sent 2015-07-23 19:18:22 UTC | |
| 590 | Deleted false | |
| 591 | Body نايم ولا نايم | Sleeping or sleeping? |
| 592 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 593 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 594 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 595 | Sent 2015-07-23 19:35:23 UTC | |
| 596 | IP 149.13.66.45 | |
| 597 | Deleted false | |
| 598 | Body | |
| 599 | Attachments sticker.png (555529607927119) | *Attachments sticker.png (555529607927119)* |

| | A | B |
|---|---|---|
| 1 | Arabic | Translation   DRAFT |
| 600 | Type image/png | |
| 601 | Size 0 | |
| 602 | URL https://attachment.fbsbx.com/messaging_attachment.php?aid=555 | |
| 603 | 529607927119&mid=mid.1437680123333%3A7cab4a53e5f01362 | |
| 604 | 44&uid=100004675178304&accid=100004675178304&preview=0 | |
| 605 | &hash=AQDbLzOAV-1xEMfdRrY_Mk7MkbZCTft-bQcMyKuDhUdcxA | |
| 606 | | |
| 607 | | |
| 608 | | |
| 609 | | |
| 610 | | |
| 611 | | |
| 612 | | |
| 613 | | |
| 614 | | |
| 615 | | |
| 616 | | |
| 617 | | |
| 618 | | |
| 619 | | |
| 620 | | |
| 621 | | |
| 622 | | |
| 623 | | |
| 624 | | |
| 625 | | |
| 626 | | |
| 627 | | |
| 628 | | |
| 629 | | |
| 630 | | |
| 631 | | |

**FB CONVERSATIONS WITH**
**TAMER ELKHODARY**

U.S.v. Elshinawy
Criminal No. ELH-16-0009
Defense Exhibit 17
21

Tamer Facebook Pages 2327 to 2366 20

| | A | B |
|---|---|---|
| 1 | Arabic | Translation   DRAFT |
| 600 | ▇▇▇ | |
| 601 | ▇ | |
| 602 | ▇▇▇▇▇▇▇▇ | |
| 603 | ▇▇▇▇▇▇ | |
| 604 | ▇▇▇▇▇▇ | |
| 605 | ▇▇▇▇▇▇ | |
| 606 | | |
| 607 | | |
| 608 | | |
| 609 | | |
| 610 | | |
| 611 | Page: 2339 | |
| 612 | Facebook Business Record Page 2339 | |
| 613 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 614 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 615 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 616 | Sent 2015-07-25 15:13:54 UTC | |
| 617 | Deleted false | |
| 618 | Body السلام عليكم | Peace be upon you. |
| 619 | ▇▇▇▇▇ | ▇▇▇▇▇ |
| 620 | ▇▇▇ | ▇▇ |
| 621 | ▇▇▇▇ | ▇▇▇ |
| 622 | ▇▇ | |
| 623 | ▇ | |
| 624 | ▇ | ▇ |
| 625 | ▇▇▇▇ | ▇▇▇▇ |
| 626 | ▇▇▇ | ▇▇ |
| 627 | ▇▇▇ | ▇▇▇ |
| 628 | ▇▇ | |
| 629 | ▇ | |
| 630 | ▇▇ | |
| 631 | ▇ | |

**FB CONVERSATIONS WITH**
**TAMER ELKHODARY**

U.S.v. Elshinawy
Criminal No. ELH-16-0009

Defense Exhibit 17

22

Tamer Facebook                                    Pages 2327 to 2366                                    20

| | A | B |
|---|---|---|
| 1 | Arabic | Translation   DRAFT |
| 600 | ▬▬▬ | |
| 601 | ▪ | |
| 602 | ▬▬▬▬▬▬▬▬▬▬▬ | |
| 603 | ▬▬▬▬▬▬▬▬ | |
| 604 | ▬▬▬▬▬▬▬▬ | |
| 605 | ▬▬▬▬▬▬▬▬ | |
| 606 | | |
| 607 | | |
| 608 | | |
| 609 | | |
| 610 | | |
| 611 | ▬▬ | |
| 612 | ▬▬▬▬ | |
| 613 | ▬▬▬▬▬ | ▬▬▬▬ |
| 614 | ▬▬▬▬ | ▬▬▬ |
| 615 | ▬▬▬▬▬ | ▬▬▬ |
| 616 | ▬▬▬▬ | |
| 617 | ▬▬ | |
| 618 | ▬▬▬ | ▬▬▬▬ |
| 619 | ▬▬▬▬▬ | ▬▬▬▬ |
| 620 | ▬▬▬▬ | ▬▬▬ |
| 621 | ▬▬▬▬▬ | ▬▬▬ |
| 622 | ▬▬▬▬ | |
| 623 | ▬▬ | |
| 624 | | ▪ |
| 625 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 626 | ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 627 | Author ( 100004675178304 ) تامر الخضرى | Tamer Elkhodary |
| 628 | Sent 2015-08-03 06:08:37 UTC | |
| 629 | IP 149.13.75.124 | |
| 630 | Call Record Type phone | |
| 631 | Missed true | |