| | A | B |
|---|---|---|
| 1 | **Arabic** | **Translation** |
| 677 | IP | |
| 678 | 172.56.2.74 | |
| 679 | Deleted false | |
| 680 | Body ياااااااااااااااااة كل ده عشان تقول ديه | Wooooooooooooow, All of that just to say this phrase? |
| 681 | Recipients Abo Alkhair (100007347586608) | |
| 682 | ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 683 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 684 | Sent 2015-06-28 21:52:36 UTC | |
| 685 | IP 172.56.2.74 | |
| 686 | Deleted false | |
| 687 | Body ايه تانى | What else |
| 688 | Recipients Abo Alkhair (100007347586608) | |
| 689 | ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 690 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 691 | Sent 2015-06-28 21:52:52 UTC | |
| 692 | IP 172.56.2.74 | |
| 693 | Deleted false | |
| 694 | Body ومين قالك انهم بيعملوا كده اصلا | Who told you that's what they do? |
| 695 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 696 | Abo Alkhair (100007347586608) | |
| 697 | Author Abo Alkhair (100007347586608) | |
| 698 | Sent 2015-06-28 21:53:04 UTC | |
| 699 | IP 50.118.172.199 | |
| 700 | Deleted false | |
| 701 | Body انت محسسني اني في استجواب !! انا مش كل دة عشان اقول دي انا بدردش معاك في افكاري وبس | You make me feel that I am being interrogated!! It 's not all of that just to say this phrase. I am just chatting with you about my thoughts, that is all |
| 702 | Recipients Abo Alkhair (100007347586608) | |
| 703 | ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 704 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 705 | Sent 2015-06-28 21:53:08 UTC | |
| 706 | IP 172.56.2.74 | |
| 707 | Deleted false | |
| 708 | Body انا كنت رايح اعيش هناك | ==I was going to live over there== |
| 709 | Recipients Abo Alkhair (100007347586608) | |
| 710 | ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 711 | Author ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 712 | Sent 2015-06-28 21:53:13 UTC | |
| 713 | IP 172.56.2.74 | |
| 714 | Deleted false | |
| 715 | Body مش اجاهد | ==Not to perform jihad== |
| 716 | Recipients ( 100001303475553 ) محمد الشناوى | Mohamed Elshinawy |
| 717 | Abo Alkhair (100007347586608) | |
| 718 | Author Abo Alkhair (100007347586608) | |