

### FEDERAL BUREAU OF INVESTIGATION

Date of entry    10/14/2015

The following reflects the communications via text between writer and MOHAMED YOUSEF ELSHINAWY (referred to herein as MYE) utilizing telephone number ████████████ on October 10, 2015, the data is also being attached in an xml file under a 1A attached hereto:

Text messages:

MYE:

Hey ████ I had a horrible stressful day yesterday! I'm going Monday to hand the paper for public defender. I thought about what you said yesterday. I would like to meet before Monday to discuss this matter. The headline is that I'm ready for full cooperation. Working together. But if this as you said will be the path away of court and my family. I'm so hurt. And I understand your disappointment for me not meeting earlier. If we can meet (in a non scary way please) and have a trust relationship between us then I'm think there will be no more disappointing and it will work out great. I just want to be sure that me having a full cooperation with you will allow me to have a normal life so I can work and live in peace. What do you think? And if we meet and have agreement.. am I gonna still have to get a lawyer and all that or you will take it from there just between us? What do you think?

████████:

I am with my family right now but let me get back to you on this when I am able.

████████:

hey there, if you want to meet tomorrow, I can come in to the office. I want to make sure that you are coming to talk voluntarily. You had



Investigation on  10/10/2015  at  Baltimore, Maryland, United States (Phone)

File # ████████████████████████                              Date drafted  10/13/2015

by ████████████████

                                                                              027

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agen to be distributed outside your agency.