Rodski: Ah, say that again?

Elshinawy: Through friends. Like he found me through people, you know, keep following.

Rodski: Sure.

Elshinawy: I mean he..., he found a lot of people.

Rodski: He was the only one that you were close with that was arrested with that group though, correct?

Elshinawy: I wasn't really close.

Rodski: Oh, you weren't?

Elshinawy: He's a neighbor. Ah..., in ah..., in.., in ah, in the Middle East, if..., your neighbor is just like a friend. Like just living close, ah, you're friends. Ah, it's.., it's a little bit different culture. So I told you everyone would ah..., would come close to him would be suspicious and ah, I wasn't close to him really.

Rodski: Then why did he rea.., reach out to you? Do you think he needed you for anything or what..., what do you think...

Elshinawy: Of course, because they're desperate.., desperate..., desperately need anyone in United State.

Rodski: Did he say why or what...

Elshinawy: See ISIS weakness is desperation. They're desperate. Right? if they have.., if they have strength, they have weakness. The weakness is they're desperate to find anyone here. This is why they.., when they find anyone right away, like, you know, try to contact him right away. They're.., they're like desperate. They'll do anything. Give you money. Anything.

Rodski: So he heard you in the United States?

Elshinawy: Yes.

Rodski: And how did that go?

Elshinawy: Whatta you mean?

Rodski: Like ah, hey you're in the U. S. Ah...

Elshinawy: Yeah, I'm asking then where are you? 'Cause I was like where are you man? He's like I'm in Syria. He's like do you need money and blah, blah, blah and they don't.., this is when I start thinking (Unintelligible)...

27

Rodski: Wait, you said that he...

Elshinawy: ...(Unintelligible) conspiracy against ISIS...

Rodski: Who, who said do you need...

Elshinawy: ...to make money.

Rodski: Who said do you need money, you or him?

Elshinawy: Who? He.., he.., he askin' me...

Rodski: If you...

Elshinawy: He askin' me like you want money? You need money? Money, money, money. I was like sure.

Rodski: And did he say how he got money or how he has money?

Elshinawy: Oh, no, from... Well I... (Sighs). What I'm a have to talk... Like I don't have to talk with him about this. If he's there, what does that mean? That means he's getting the money from ISIS. I mean that doesn't really need discussion.

Rodski: Okay. That's fine.

Elshinawy: (Slight laugh in voice). Yeah.

Rodski: Did he ever say what he wants from you or wants in return or anything like that?

Elshinawy: No, this guy, "Tamer," is just a "connection," that's it. Like...

Rodski: He's just a "connection."

Elshinawy: "Tamer" because he..., because he know that I live close to like close to him in ah, in Egypt. Like now he..., I think he wanted promotion or something with ISIS that... He knows someone United State.

Rodski: Hmph hmph.

Elshinawy: Somethin' like that.

Rodski: So he's using you to promote himself.

Elshinawy: He's using me and I used all of them. (Laughs).

Rodski: Nice. Nice. Wow. How often does he contact you like this would you say?

Elshinawy: Every few weeks.

28

| | |
|---|---|
| Elshinawy; | For them, the most country that hurt ISIS is, is who? United States. They... Ah, that's my gue... Ah, this is all my guess by the way. |
| Rodski: | Sure. |
| Elshinawy: | This is my thinking, right? |
| Rodski: | Yep. |
| Elshinawy: | 'Cause see here in United States, the world will look at them... |
| Rodski: | Hmph hmph. |
| Elshinawy: | ...as a competitive power with the United States. Right? |
| Kehoe: | (Unintelligible). Yeah. |
| Elshinawy; | There we go. If they hurt United States, that means they are comparable of being a big power just like United States. This is the theory too. That's what I..., that's what I guess. But anyway, here.., it's connected here. The people..., the guy.., the guy that I'm telling you about.., the guy..., the money guy..., that she.., he said last time he's the money guy..., I was like... |
| Dressler: | Right. |
| Elshinawy: | ...yeah, fuck, he's really the money guy. The money guy is... He... I believe... 'Cause one time this guy made mistakes with me. This guy made mistakes on the phone. I've been observing the guy trying to figure him out. He made a mistake that one time. He said I will go to Syria today. That means he was in Iraq. Okay? When he said I go to Syria, that means he lives in Iraq... |
| Kehoe: | Okay. |
| Elshinawy: | ....right? So this guy is in Iraq and he..., I believe this guy right here... You guys can track the numbers? |
| Dressler: | Yeah. |
| Elshinawy: | If you can track the satellite numbers... I'll give you... I'll give you the number and this is extremely hard to get and someone who worked for ISIS and ISIS... |
| : | Hmph hmph. |
| Elshinawy: | ...ah, like, you know, the..., the land that they took by.., by force (slight laugh in voice), someone..., someone there, his number is like ah, something very, very private, you know, he doesn't know that I have his number. He doesn't know. |

| | |
|---|---|
| Rodski: | How did you get it? |
| Elshinawy: | His number? |
| Rodski: | Yeah. |
| Elshinawy: | Through the application. Ah, there is somehow you can figure out the number... Ah, it's not shown right away but you..., there is somehow you can figure out the number from the application.... |
| Rodski: | Tele... |
| Elshinawy: | ...Dave someone connected with you. |
| Rodski: | Telegram or Sure Spot? |
| Elshinawy: | Telegram. |
| Rodski: | Telegram. |
| Elshinawy: | Yes. |
| Dressler: | Is that the 517 number you gave us last time? |
| Elshinawy: | Um huh. |
| Dressler: | It is? |
| Elshinawy: | This number is very, very, very important. Like very ex... This is the guy. This is the money guy. |
| Dressler: | Is that the number... , |
| Kehoe: | (Unintelligible). |
| Dressler: | ...that exact number that I wrote down? Ah, is there any like country code on it or is that it? |
| Elshinawy: | No, the..., it's um.., the plus. |
| Dressler: | The plus? Right? |
| Elshinawy; | Yeah, the Pl...l... I mean I have it here. Again, you can ver... |
| Kehoe: | Yeah, pull it up again... |
| Rodski: | We... |

| | |
|---|---|
| Kehoe: | ...so we can verify it, that way there's no... |
| Rodski: | Can I just look at it again? |
| Elshinawy: | Yeah, yeah. I understand. |
| Rodski: | We couldn't believe that was the number actually 'cause it looks like a U. S. number. |
| Elshinawy: | Is it? |
| Rodski: | It looks like a U. S. number. |
| Elshinawy: | Well these guys... Ah... Well that's the number he actually connect to the phone so...(pause) I mean there is many ways to get a number in..., in here like there is many ways you can connect your device to the Internet and just have..., generate another number but I know this is his cell phone. I'm sure. |
| Kehoe: | That's how you would reach out to him again is through that? |
| Elshinawy: | Well I never called him on his phone but ah... Here it is. |
| Dressler: | Okay, number will you get to me? |
| Elshinawy: | Yep. Plus 517-492-4012. |
| Rodski: | The plus five one is separated. Then there's a 74 separated. |
| Elshinawy: | Yes. Yes. Plus 57... |
| Kehoe: | Sure, I looked up... |
| Dressler: | (Unintelligible)... |
| Kehoe: | ...that plus 51. |
| Rodski: | Plus.., plus 51 space... |
| Kehoe: | It comes back to Peru. |
| Rodski: | ...74... |
| : | (Unintelligible) what? |
| Kehoe: | To Peru. |
| Rodski: | ...space then... |
| Kehoe: | Pretty sure. |

| Rodski: | Ah, you just said something else that was important though. Um, so... Actually, I forgot my thought. Just whatever you do, don't do anything yet... |
|---|---|
| Elshinawy: | Uh huh. |
| Rodski: | ...because we wanna make sure we cover you in every way. We also wanna make sure we protect you..., ah..., that nothing comes back on you. Um, (Unintelligible)... |
| Elshinawy: | But I never gave..., I never gave my address to them. I'm not stupid. |
| Rodski: | Yeah, but the Western Union, I thought you had to. |
| Elshinawy: | No, Western Union only give a name and.., and your State, that's it. |
| Dressler: | And then with the Pay.., with the Pay Pal, there's no address, like they can't check the house and all that? He didn't get the address (Unintelligible). He didn't get the (Unintelligible) o.., off of Pay Pal. |
| Elshinawy: | Actually..., actually (Unintelligible)... Actually, actually, yeah. Actually, I think from Pay Pal you can check the address. |
| Dressler: | Right? |
| Elshinawy: | You probably can. |
| Rodski: | I think Western Union they have it too. Ah... But it's okay. We'll figure it out. |
| Elshinawy: | Oh, the Western Union..., they only have the States..., only the States, not the street name and... No. The State. Only the State. This is what is required for Western Union to work only a State you'll find. |
| Rodski: | Okay. |
| Elshinawy: | Yeah. |
| Rodski: | And the folks at Western Union, they had never ah, suspicious? They never asked you any questions about where it's coming from or anything like that? |
| Elshinawy: | Who? |
| Rodski: | The people at the Western Union where you pick it up here. They never get suspicious? They see you regularly? |
| Elshinawy; | Oh no, because I was actually working at the newspaper. I was making good money. I was making almost seven, eight hundred a week (Sighing noise) and I would go every week, cash my check every week, every week, every week so I already have a long history with money from work so this is why like a thousand dollars is nothing. |

| | |
|---|---|
| Rodski: | Wow. |
| Elshinawy: | I already work for a whole..., almost a whole year, ah, making from... I started four-fifty. I got increased to six.., to seven..., like seven-fifty. I did more work and... I would just do it..., ah..., go cash it every week so they already know like that money and stuff. |
| Rodski: | Ah, just a recap on your communication with "Tamer." So you reached out to him on the fourteenth of July and then he responded Saturday so it took him almost a week to reply. Is that normal or... |
| Elshinawy: | He... He... Very normal. |
| Rodski: | Okay. That's good. |
| Elshinawy; | That's even he call because we don't... He's like not ah..., you know, he's not in the "connection" anymore. He's just like, you know, like what's up man? You know I got the money. Cool. |
| Rodski: | Okay. |
| Elshinawy: | 'Cause I already think he's..., I think..., I'm not sure but I think he "plays" them. I'm not sure. |
| Rodski: | So he might be... |
| Elshinawy; | I think he get benefits..., just gets benefit and stay away from everything and be safe. I think so. |
| Rodski: | Really? |
| Elshinawy: | Yeah. |
| Rodski: | And.., and what was his expertise again? What was his background? What was his education like or you know what his skills are or... |
| Elshinawy: | Ah... |
| Rodski: | Has he ever said on Facebook what he's doing? |
| Elshinawy: | It says in Facebook that he works in a mechanical shop or something but I never seen him... |
| Rodski: | Like on cars? |
| Elshinawy: | Yeah. I don't know. Like... I don't really know (laughing) which college he graduated from even really. |

| | |
|---|---|
| Elshinawy: | Yeah. Hmph hmph. |
| Rodski: | How did I miss that? |
| Kehoe: | Have you ever planned on participating in a terrorist plot? |
| Elshinawy: | No. |
| Rodski: | Do you know what I realize that (Unintelligible)... |
| Elshinawy: | (Unintelligible).... |
| Kehoe: | Have you ever been involved in terrorist activity? |
| Elshinawy: | No. (Unintelligible)... |
| Dressler: | No, I know (Unintelligible). |
| Elshinawy: | Ah, no, but I was (Unintelligible) a long time. |
| Kehoe: | Have you ever provided... |
| Dressler: | Okay. |
| Kehoe: | ...support to a terrorist group? |
| Elshinawy: | Ah... No. Um... |
| Kehoe: | Be it money, information? (No answer can be heard from Elshinawy). (Pause). Have you ever intentionally done anything... |
| Elshinawy: | (Unintelligible). |
| Kehoe: | ...to support terrorist activity? |
| Elshinawy: | No. |
| Kehoe: | Did you ever perform an act... |
| Elshinawy: | (Unintelligible). |
| Kehoe: | ...on behalf of a terrorist group? |
| Rodski: | (Unintelligible). |
| Elshinawy: | No. |
| Dressler: | Yes, we got both. |

| | |
|---|---|
| Rodski: | You got both? |
| Kehoe: | Have you ever communicated... |
| Elshinawy: | (Unintelligible). |
| Kehoe: | ...directly with any member... |
| Elshinawy: | Ah... |
| Kehoe: | ...of a terrorist group? |
| Dressler: | (Unintelligible). |
| Elshinawy: | And then also the... |
| Kehoe: | Through the (Unintelligible)... |
| Elshinawy: | (Unintelligible). Yes. |
| Rodski: | Okay. |
| Dressler: | Okay. |
| Kehoe: | Do you know of anyone planning... Do you know of anyone planning terrorist activities? |
| Elshinawy: | (Unintelligible). No. |
| Rodski: | (Unintelligible). |
| Dressler: | Yeah. |
| Rodski: | (Unintelligible)... |
| Kehoe: | Did you plan to conduct attacks for ISIS? |
| Rodski: | (Unintelligible). |
| Elshinawy: | No. |
| Kehoe: | Okay. |
| Elshinawy: | (Unintelligible). |
| Dressler: | (Unintelligible). |
| Elshinawy: | (Unintelligible). |

| | |
|---|---|
| Harvey: | He vouches for you? |
| Elshinawy: | (Unintelligible) like... |
| Harvey: | (Unintelligible)? |
| Elshinawy: | ...Tamer sounds to be making money and not doing any... Like he's just living off them. |
| Harvey: | Hmph hmph. |
| Elshinawy: | He sounds to be that way. Like he's there and he's just like got a home or something and he's taking money and he's just by being there, that's enough. |
| Harvey: | Yeah. But why would they... So if he's there, he just kind of mooches off 'em so to speak, right? Just kind of like... |
| Elshinawy: | It's valuable because I'm in the United States. |
| Harvey: | Right. |
| Elshinawy: | That's (Unintelligible). |
| Rodski: | But you... |
| Elshinawy: | Yes. |
| Rodski: | You..,. you... But I'm in the United States. They would never accept me to... |
| Elshinawy: | 'Cause you didn't... |
| Harvey: | Yeah, who.., who... He. |
| Rodski: | You have to have ah..., |
| Harvey: | (Unintelligible). |
| Rodski: | ...credibility. You have to have something... |
| Elshinawy: | That's what I'm saying. |
| Rodski: | ...that we would say... |
| Elshinawy: | In.., in ah, in our culture..., |
| Rodski: | ...I... |
| Harvey: | (Unintelligible) and obviously (Unintelligible)... |

| | |
|---|---|
| Rodski: | It takes... |
| Elshinawy: | ...your.., your main.., your main thing.., first thing.., there's two way to fight it. That's... I..., I already said that. There's way to fight it. The best way is to help people mindset to be okay because anyone can save three thousand dollars (slight laugh in voice). Okay? It's not really a big deal. |
| Rodski: | Three thousand is a lot of money to me. That's a lot of money. |
| Elshinawy: | But anyone can save it. Anyone can work and save it. I mean that's not really a big deal.., or a couple thousand. I mean if someone wanna do something destructive, he doesn't really need money. He can just go do something destructive. |
| Rodski: | But it was more than three thousand. It was..., it was five thousand, ah, more than five thousand.... |
| Elshinawy: | Hmph hmph. |
| Rodski: | ..in.., in total. You told us about the twelve hundred and the three thousand... |
| Elshinawy: | Hmph hmph. |
| Rodski: | ... and then we... Also, the one thousand. |
| Elshinawy: | Hmph hmph. |
| Rodski: | That's five thousand. That's a lot of money and.., and I think that anybody that sends that kind of money, they're gonna... |
| Elshinawy: | Hmph hmph. |
| Rodski: | ...want something in return for it. |
| Elshinawy: | Well I believe this money is like they steal money anyway. It.., it's not really their money. |
| Rodski: | I... Whatta you mean they steal money? How.., how do they steal money? |
| Elshinawy: | They kill people. They..., they kill people in Syria and Iraq and they..., they steal lands. They..., they gain money from... |
| Rodski: | See that's helpful. |
| Elshinawy: | ...the corruption that they do. |

| | |
|---|---|
| Rodski: | Any opportunity for us to do anything with them? |
| Elshinawy: | Well, as I said, in the paper part, they're not gonna do anything, that's what I think. |
| Rodski: | In the paper part? I don't... Whatta you mean by paper? |
| Elshinawy: | Like you wanna prove like this guy gave money for... This guy's.., like this company is like helping, ah, ISIS or something. (Slight Laugh). Just... It's a company. I mean, you know, of course, like there is nothing relative. It is now.., it's all the word.., all the talk..., the words that are here. That's.., that's ah... This is how they deal with the rest of the world. They... It's nothing that... It's.., it's what I know 'cause I don't know how they deal with all this. I really don't. I took my case, as I know someone there. Like I have someone there that just is my neighbor and I thought at some point that this guy's trying to help me out. |
| Harvey: | Hmph hmph. |
| Elshinawy: | Just help me out. He had me thinking... I... He might know that because the guy knows how I am. He knows, you know, someone educated and stuff like that. I'm not gonna do that shit. I mean come on! We're Egyptian. We don't do that shit. You know, that's the other crazy.., might be another crazy nations. I don't know but we.., they do.., we like money..., like to live like have fun and the guy knows this about me..., that I'm not even religious. He's... |
| Rodski: | So they.., they do know stuff about you. That scares me. That worries me. |
| Elshinawy: | Not them. Just Tamer. Just Tamer. |
| Rodski: | Oh, Tamer knows this. |
| Harvey: | Okay. |
| Elshinawy: | Just Tamer. |
| Rodski: | Okay. |
| Elshinawy: | Okay? |
| Rodski: | And you know... |
| Elshinawy: | I'm s.., and I'm sure Tamer gives them the wrong idea out of the truth in order for them to really get (Unintelligible). |
| Rodski: | In Europe? Okay. |
| Harvey: | Is Tamer... Like how would Tamer... I mean they..., do they give him money for... |
| Elshinawy: | Oh, he... |

100

Govt. Ex. 15 - 012

| | |
|---|---|
| Harvey: | ...pe.., people that... |
| Elshinawy: | Oh, he didn't tell me this. |
| Harvey: | ...and.., and..., and... |
| Elshinawy: | I swear. He don't tell me anything with them... |
| Harvey: | (Unintelligible)... |
| Elshinawy: | ...other than.., other than..., |
| Harvey: | Right. |
| Elshinawy: | ...that I... Oh, I figure out that because he's okay... |
| Harvey: | Yeah. |
| Elshinawy: | ...because he's still like in Facebook. That means he's alive and that he's.., he's okay. That means he's really not doing any.., not fighting or do anything and he's just taking money and... |
| Harvey: | Hmph hmph. |
| Elshinawy: | ...hiding something. Well... |
| Harvey: | Do you think that (Unintelligible) can't decide (Unintelligible)? Like (Unintelligible) giving money to (Unintelligible) benefitted (Unintelligible) that we just give it (Unintelligible). |
| Elshinawy: | He.., he.., who knows how much he got from that too. |
| Harvey: | Yeah. |
| Elshinawy: | Who.., who knows? |
| Rodski: | Tamer never told you he got any money? |
| Elshinawy: | No. (Unintelligible). |
| Rodski: | Or he get any benefit out of this? |
| Elshinawy: | Nah. He... Tamer didn't even talk to Mullah that I know of. |
| Rodski: | (Unintelligible). |
| Elshinawy: | Not even once. |

| | |
|---|---|
| Rodski: | Is Tamer gonna get upset that you're not responding to him? |
| Elshinawy: | Hmph... |
| Rodski: | Don't you think... Ooh. This guy's gonna lose... |
| Harvey: | Yeah. |
| Elshinawy: | I thought he already was. |
| Rodski: | Thank God that didn't hit us. |
| Elshinawy: | Yep. |
| Rodski: | Well it's probably just empty anyway. Um..., so... |
| Elshinawy: | Yeah. |
| Rodski: | ...Tamer never... You're not worried about Tamer coming back at you or anything like that? |
| Elshinawy: | No. No. 'Cause I think... No. Because Tamer and him, I don't even know if Tamer knows that I'm getting money. I.., I don't know about that part. He "connected" me with the guy and the guy supplies me with the money but I'm sure he told.., like maybe he told them but we never.., I never even talked to Tamer about money for a second. Like he never brought it up. |
| Harvey: | You and Tamer never discussed that you received the money. |
| Elshinawy: | After he "connected" me with the guy, all our conversation is hi, how are you? You good? You good? And he's out. |
| Harvey: | Yeah. |
| Elshinawy: | Yeah. He doesn't even talk to ah, anything. The other guy.., this voice that I hear on the phone..., |
| Harvey: | Yeah. |
| Elshinawy: | ...is the only thing that like did this guy disappear? That's it right? Nothing else. |
| Rodski: | Here.., here's the bottom line that.., that we're..., that keeps me up at nights from sleeping.., how do we make sure that.., that these guys don't hurt anyone.., directly or indirectly? |
| Elshinawy: | (Sighs). |

| | |
|---|---|
| Elshinawy: | ...so much that, you know, like short.., short just really quick and, you know, ah..., |
| Harvey: | (Unintelligible). |
| Elshinawy: | Yeah, right away, like you want.., they don't discuss with you. They're not gonna tell you hey... |
| Harvey: | Yeah. |
| Elshinawy: | ..it's good, go do this and do that. No, no, no. |
| Harvey: | Right |
| Elshinawy: | No. They.., they don't talk about this. |
| Rodski: | Not even what they want though. They never said something that they want. Like something big... |
| Elshinawy: | Just... |
| Rodski: | ...or something... |
| Harvey: | Yeah. |
| Elshinawy: | Anything... |
| Harvey: | Hmph hmph. |
| Elshinawy: | ...destructive, go ahead and do it. Anything that hurts people, go ahead and do it. |
| Harvey: | Yeah. |
| Elshinawy: | Any..., anything, anywhere, do anything! |
| Rodski: | As long as it's in the United States. |
| Elshinawy: | Oh yeah, yeah. |
| Rodski: | Wow. |
| Elshinawy: | I mean I will believe that they say this to anyone in any other country 'cause... |
| Rodski: | Egypt. I mean look what they've done in Egypt. |
| Elshinawy: | Yeah, they just... |
| Harvey: | Yeah. |

115

Govt. Ex. 15 - 015

| | |
|---|---|
| Elshinawy: | ...wanna be destructive. This is str..., their strategy. Be destructive everywhere. Be destructive everywhere and... |
| Harvey: | (Unintelligible). |
| Elshinawy: | Exactly. Exactly. I mean... I mean yeah, I mean there's other cases like the cinema guy that just shoot people, you know, I mean... |
| Harvey: | Right. Big difference. |
| Elshinawy: | But it doesn't make people scared as if this was terrorism. |
| Harvey: | Right. |
| Elshinawy: | If it was terrorism and the same victims, no, terrorism is, is, is more, is more of a fear than just... |
| Harvey: | Right. |
| Elshinawy: | ...someone who went crazy. |
| Harvey: | Right. Hmph hmph. |
| Elshinawy: | Yep. So I'm just saying like... |
| Harvey: | Right. |
| Elshinawy: | ...for me they all depended on m.., me..., on my.., on my willing.., that's it.., and if the willing is gone, they..., they know they're screwed... |
| Harvey: | Right. |
| Rodski: | And they're gonna look for someone else though. They have to. |
| Elshinawy: | It's.., it's very hard. It's very hard for anyone in this country to say hi to one of them. If it wasn't my friend, I would definitely not do it. W... Even taking money and scamming them, I wouldn't even scam them. I only did because there is a guy there. |
| Harvey: | Yeah. |
| Elshinawy: | You know that like we can.., you know, if anything happened, I just like cleaned them out, like gone and then I'll give you the money like chill, you know, like... |
| Harvey: | Yeah. |
| Elshinawy: | ...I'll give you back the money. Take it easy. |