# U.S. v. Mohamed Elshinawy - Expert Report of Aaron Y. Zelin

Prepared by:
Aaron Y. Zelin

At the request of:
Kenneth S. Clark
US Attorney's Office for the District of Maryland
36 South Charles Street
Baltimore, Maryland 21201

**Expert Qualifications and Background**
You have retained me as an expert on the Islamic State and its followers, the group's media operations, and its external operations campaign. This is on top of information previously disclosed in this trial, including my curriculum vitae. Additionally, I have been qualified as an expert witness in other trials in the Eastern and Southern Districts of New York as well as Massachusetts.

**Discussion**
Individuals that get involved in jihadism, the ideology that undergirds al-Qaeda (AQ) and the Islamic State (also known as IS, ISIS, ISIL, and Da'ish), are unique. Each individual has their own path for getting involved and there is no profile of an individual. This is because those that have joined the groups or attempted to conduct attacks in their name come from a variety of backgrounds: wealthy and poor, highly educated and poorly educated, grew up Muslim and converts, from a majority position in society and from a minority position in society, and consisting of all ethnic and national backgrounds, among other identifiers. This understanding is based off of my previous work with Dr. Jytte Klausen of Brandeis University's Politics Department, when surveying her Western Jihadism Project Database.[1] Furthermore, this argument can be backed up by others in the field including George Washington University's Program on Extremism. In December 2015, their researchers found that "the profiles of individuals involved in ISIS-related activities in the U.S. differ widely in race, age, social class, education, and family background. Their motivations are equally diverse and defy easy analysis."[2]

---

[1] The database provides a comprehensive information archive of all Westerners that have attempted terrorist plots, actualized terrorist attacks, and gone abroad to become foreign fighters with foreign terrorist designated organizations like al-Qaeda and the Islamic State since the early 1990s.

[2] Lorenzo Vidino and Seamus Hughes, "ISIS in America: From Retweets to Raqqa," *Program on Extremism at George Washington University*, December 2015,

Related to this, just because IS has a non-compromising pietistic type of ideology that when in power suppresses any form of immorality based on its narrow interpretations of Islamic law (sharia), does not mean that those that join or support the group did not have prior criminal backgrounds or were diligent Muslims. In fact, a number of IS recruits and plotters over the past few years have been involved in drug use or criminal activity. This has been borne out by research from academics at King's College of London's International Centre for the Study of Radicalisation and Political Violence where they found that more than half of IS recruits in Europe have a criminal past.[3] More recently, IS in its English language magazine *Rome* has even justified the use of criminality in undertaking jihadi activities in the West.[4]

This in turn feeds into one of IS's most potent messages: the idea of renewing oneself, cleansing away past sins, and then to eventually die as a righteous martyr in the cause of God.[5] Therefore, your past does not matter, but rather the actions one takes going forward is what counts since you are doing it on behalf of God as part of a historical project. A great example of this is the case of the Canadian foreign fighter Andre Poulin, a janitor before joining IS, who appeared in an IS video in July 2014 and stated: "There is a role for everyone, every person can contribute to the Islamic State … you can easily earn yourself a high station with God for the next life by sacrificing just a small bit of this worldly life."[6] Of note also is the title of this video "The Strangers: The Chosen Few of Different Lands: Abu Muslim from Canada." The strangers or *ghuraba* in Arabic is a reference to a saying of the Muslim prophet Muhammad: "Islam began as something strange and will return to [being] something strange just as [it was] in the beginning, so glad tidings to the strangers."[7] Furthermore, Muhammad noted that "[The strangers] are a small group of people among a large evil population."[8] Therefore, the implication is of a special group of people, which groups like IS hope to use to motivate individuals to join or act on their behalf to make them feel unique, better than others, and that they are part of a greater historical

---

https://extremism.gwu.edu/sites/extremism.gwu.edu/files/downloads/ISIS%20in%20America%20-%20Full%20Report.pdf.

[3] Rajan Basra, Peter R. Neumann, and Claudia Brunner, "Criminal Pasts, Terrorist Futures: European Jihadists and the New Crime-Terror Nexus," *ICSR*, October 2016, http://icsr.info/wp-content/uploads/2016/10/Criminal-Pasts-Terrorist-Futures.pdf; Rajan Basra and Peter R. Neumann, "Crime as Jihad: Developments in the Crime-Terror Nexus in Europe," *CTC Sentinel*, Volume 10, Issue 9, October 2017, https://ctc.usma.edu/posts/crime-as-jihad-developments-in-the-crime-terror-nexus-in-europe.

[4] Rome Magazine, "The Kafir's Wealth is Halal for You, So Take It," *al-Hayat Media*, Issue 8, April 2017, 12, http://jihadology.net/2017/04/05/new-release-of-the-islamic-states-magazine-rome-8.
Rome Magazine, "The Ruling on Ghanimah, Fay, and Ihtitab," *al-Hayat Media*, Issue 11, July 2017, 28, http://jihadology.net/2017/07/13/new-release-of-the-islamic-states-magazine-rome-11.

[5] Simon Cottee, "Reborn Into Terrorism Why are so many ISIS recruits ex-cons and converts?." *The Atlantic*, January 25, 2016, https://www.theatlantic.com/international/archive/2016/01/isis-criminals-converts/426822.

[6] The Islamic State: "The Strangers: The Chosen Few of Different Lands: Abu Muslim from Canada," *al-Hayat Media*, July 12, 2014, http://jihadology.net/2014/07/12/al-%E1%B8%A5ayat-media-center-presents-a-new-video-message-from-the-islamic-state-al-ghuraba-the-chosen-few-of-different-lands-abu-muslim-from-canada.

[7] Sahih Muslim 145, Book 1, Hadith 279.

[8] Reported by Ibn Asakir. It is authentic according to Nasir al-Din al-Albani.

struggle and in line with Islamic precepts. In addition to this, a pro-IS British foreign fighter group in Syria released a series of poster slogans for recruitment in early 2014. One them said "Sometimes people with the worst pasts create the best futures."[9] To further drive this message home, Rayat al-Tawhid wrote a message above the poster to further encourage people to join up with them and IS in Syria: "Jihad is a purification no matter who you are or what sins you have, no good deeds are needed to come before it. Don't let nothing hold you back."[10] Therefore, all of these types of messages help provide some level of redemption and exoneration to those that might have been immoral previously.

While much of this message was pushed to gain foreign fighters to join up with IS when it re-emerged in April 2013, following the speech of the group's official spokesperson and head of external operations in September 2014, Abu Muhammad al-Adnani called on supporters to instead conduct attacks at home. In his speech he said:

> "So oh monotheists wherever you may be, hinder those who want to harm your brothers and [Islamic] state as much as you can. The best thing you can do is to strive to your best and kill any disbeliever, whether he be French, American, or from any of their allies. If you are not able to find an IED or a bullet, then single out the disbelieving American, Frenchman, or any of their allies. Smash his head with a rock, or slaughter him with a knife, or run him over with your car, or throw him down from a high place, or choke him, or poison him. Do not lack. Do not be contemptible. Let your slogan be, 'May I not be saved if the cross worshipper and taghut (ruler ruling by manmade laws) patron survives.' If you are unable to do so, then burn his home, car, or business. Or destroy his crops. If you are unable to do so, then spit in his face. If your self refuses to do so, while your brothers are being bombarded and killed, and while their blood and wealth everywhere is deemed lawful by their enemies, then review your religion. You are in a dangerous condition because the religion cannot be established without wala' and bara' (loyalty to the Muslims and disavowal of the disbelievers)."[11]

This in turn led to a huge spike in various types of attacks from either IS directly, IS enabling attackers in the West, and/or IS inspired attacks.[12] Prior to this announcement there had been very little of such activity as documented by Norwegian academics Thomas Hegghammer and

---

[9] Rayat al-Tawhid Facebook Page, February 13, 2014.
[10] Ibid.
[11] Abu Muhammad al-Adnani al-Shami, "Indeed Your Lord Is Ever Watchful," *al-Furqan Media*, September 22, 2014, https://ia600203.us.archive.org/32/items/IndeedYourLordIsEverWatchful/Indeed%20Your%20Lord%20Is%20Ever%20Watchful%20-%20Abu%20Muhammad%20Al%20Adnani.pdf.
[12] For a breakdown explaining these varying types of attacks see: Clint Watts, "Inspired, Networked, and Directed: The Muddled Jihad of ISIS and al-Qaeda Post Hebdo," *War on the Rocks*, January 12, 2015, https://warontherocks.com/2015/01/inspired-networked-directed-the-muddled-jihad-of-isis-al-qaeda-post-hebdo.

Petter Nesser.[13] For IS though, which claims responsibility for directed, enabled, and inspired attacks the level of infrastructure needed is not that relevant as it might have been when al-Qaeda was planning and perpetrating attacks. IS gains propaganda value and attention irregardless of the type of attack that occurs.

As a consequence of the higher rate of attacks, law enforcement in the United States and Europe needed to make a number of difficult decisions because it had to prioritize what it deemed as more immediate threats. As a result, in the past few years, there have been a number of cases where individuals slipped through the cracks and/or were deemed not an immediate threat, but then subsequently conducted an attack. This is because it is difficult to know or predict who is actually going to do something in the future. In the United States, most notably is the case of Omar Mateen who conducted a shooting attack at the Orlando Pulse Nightclub, but there are other cases as well.[14] This is why increasingly whenever there have been successful attacks, especially in Europe, news reports will note that law enforcement knew about the individual ahead of time, but due to the case load and prioritization it is extremely difficult to always make the correct decision due to finite resources.

Finally, in the case of US-related plots and attacks in the United States, while attacks in Europe have been resourced far better, such as the infamous Paris attacks in November 2015, there has only been one case in the United States where IS has provided funds to an individual to conduct an attack on its behalf. That is the case of Mohamed Elshinawy. Moreover, while the money sent does not appear to be substantial, it does not take a lot of money to conduct a sophisticated attack or plot. For example, al-Qaeda in the Arabian Peninsula bragged that its nearly successful October 2010 Cargo plane plot only cost $4,200 and that it would cause billions in security costs for changes that would need to made and subsequent economic inefficiencies that would burden the global economy.[15] Therefore, it does not take a lot of money to potentially kill individuals even in a more sophisticated plot than something more low tech as seen by the recent spate of car and truck attacks where individuals have been driven over in places like Nice, Berlin, and London.

---

[13] Thomas Hegghammer and Petter Nesser, "Assessing the Islamic State's Commitment to Attacking the West," *Perspectives on Terrorism*, Volume 9, Number 4, August 2015, http://www.terrorismanalysts.com/pt/index.php/pot/article/view/440/html.

[14] Matthew Levitt, "Stopping the next London attacker or Orlando shooter," *The Hill*, April 7, 2017, http://thehill.com/blogs/pundits-blog/homeland-security/327925-stopping-the-next-london-attacker-or-orlando-shooter.

[15] Yahya Ibrahim, "$4,200," in Inspire Magazine, *al-Malahim Media*, Issue 3, November 2010, 15, http://jihadology.net/2010/11/20/al-qa%E2%80%99idah-in-the-arabian-peninsula%E2%80%99s-al-mala%E1%B8%A5im-media-releases-inspire-magazine-issue-3.