IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. ELH-16-0009 |
| MOHAMED ELSHINAWY | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pending before the Court is Defendant, Mohamed Elshinawy's Motion for Leave to File Under Seal (ECF No. 142) and proposed sealed documents (ECF No. 143-1 to 143-7 ELH).

Good cause having been shown, it is this 21st day of November, 2017, hereby ORDERED that the proposed sealed document is SEALED.

*Ellen L. Hollander*
The Honorable Ellen L. Hollander
United States District Judge