USA

vs.

MOHAMED ELSHINAWY

Criminal No. ELH-16-09    Government Sentencing Hearing Exhibits

| Exhibit No. | Identification | Admitted | Description |
| --- | --- | --- | --- |
| 19 | 12/4/17 | 12/4/17 | Resume of Aaron Zelin |
| 9 | 12/4/17 | 12/4/17 | Expert Report |
| 10a | 12/4/17 | 12/4/17 | Resume of Susi Hajeski |
| 2a | 12/5/17 | 12/5/17 | Points of Data |
| 5 | 12/5/17 | 12/5/17 | Chart containing news paper and terror articles |
| 13 | 12/5/17 | 12/5/17 | Various news paper |
| 3A | 12/5/17 | 12/5/17 | Article of Islamic state |
| 4 | 12/5/17 | 12/5/17 | Conspiracy sequence of events |
| 6 | 12/5/17 | 12/5/17 | Money gram transaction |

Exhibit List (Rev. 3/1999)