Government's Exhibit List – Sentencing Hearing
United States v. Elshinawy, Criminal No. ELH-16-0009

| Previously Filed Exhibits | Description of Exhibit | Hearing Date Referenced |
|---|---|---|
| Exhibit 1 | IP Chart | 12/4/17 |
| Exhibit 2A | Phone/Broadband Data Chart | 12/4/17 |
| Exhibit 2B | Items of Phone and Broadband Data | 12/4/17 |
| Exhibit 3A | Seized Media | 12/4/17 |
| Exhibit 3B | YouTube Videos | 12/5/17 |
| Exhibit 4 | Conspiracy Sequence of Events | 12/5/17 |
| Exhibit 5 | Chart of Newspaper Articles | 12/5/17 |
| Exhibit 6 | MoneyGram Documents | 12/5/17 |
| Exhibit 9 | Report of Alexandra Kassirer | 12/4/17 |
| Exhibit 13 | Search Photos | 12/5/17 |

| Exhibits Not Previously Filed | Description of Exhibit | Hearing Date Admitted |
|---|---|---|
| Exhibit 10A | CV of Baltimore FBI Computer Scientist Susi Hajeski | 12/4/17 |
| Exhibit 19 | CV of Aaron Zelin | 12/4/17 |
| Exhibit 20 | TOR Node Chart | 12/4/17 |