IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

MOHAMED ELSHINAWY,
*Defendant*.

Criminal No. ELH-16-09

## ORDER

For the reasons set forth in the accompanying Memorandum, it is this 7th day of December, 2017, by the United States District Court for the District of Maryland, **ORDERED**:

1) The motion to intervene (ECF 165) is hereby **DENIED**, without prejudice.

2) The Clerk is directed to mail a copy of the preceding Memorandum and Order to movant.

/s/
Ellen Lipton Hollander
United States District Judge