IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

2017 DEC -8 PM 5: 35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. ELH-16-0009 |
| MOHAMED ELSHINAWY | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant, Mohamed Elshinawy's Motion to Continue Sentencing, *and for the reasons stated in a telephone conference w/ counsel on 12/8/17,* it is this  8th  day of December, 2017, by the United States District Court for the District of Maryland:

ORDERED, that this Motion be, and hereby is, GRANTED.

FURTHER ORDERED that the sentencing proceeding scheduled for December 11, 2017 be continued until further order of the Court.

*Ellen L. Hollander*
The Honorable Ellen L. Hollander
United States District Judge