**United States District Court**
**District Of Maryland**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

December 11, 2017

LETTER TO COUNSEL

    Re:    *United States of America v. Mohamed Elshinawy*
            Criminal No.: ELH-16-009

Dear Counsel:

    This will confirm that the Court held an emergency status conference with counsel on Friday afternoon, December 8, 2017, to address the flurry of recent submissions by both parties. Among other things, defense counsel filed a Motion to Continue Sentencing with respect to the sentencing hearing scheduled to resume on December 11, 2017. *See* ECF 180; *see also* ECF 179.

    For the reasons stated during the telephone conference, I granted the defense request to continue the sentencing hearing that had been set to resume today. Unfortunately, due to the impending holidays, coupled with the busy schedules of counsel for both sides as well as the Court, it was quite difficult to find a mutually agreeable date in the near future on which to resume the hearing.

    As I indicated, I currently have six court proceedings and multiple conferences scheduled for January 18 and January 19, 2018. However, because counsel were not available on dates that would have been reasonably convenient to the Court, I agreed to reschedule the multiple proceedings set before me on January 18, 2018 and January 19, 2018, in order to use those dates for this case. We will begin at 10:00 a.m. each day, so that I can use the 9:00 a.m. hour for other matters.

    In addition, the government agreed to provide defense counsel with the notes of the two FBI agents whose notes were used to prepare the Form 302 in connection with the defendant's proffer session in August 2017. Further, with respect to the issues raised by the government in ECF 181, the government has agreed to provide defense counsel with the transcript of the interview as soon as it is available.

    Also, I reviewed with counsel my tentative impressions with respect to the government's submission at ECF 172. In light of the Court's tentative impressions, the government has indicated that it will review the scope of its request to introduce certain proffer statements allegedly made by the defendant.

Finally, the government has indicated that it will submit a letter to the Court clarifying that, in regard to its request to make use of the defendant's proffer statements, it never meant to suggest, nor does it believe it has suggested, that defense counsel was in any way untruthful in the arguments they advanced in the defendant's initial sentencing memorandum (ECF 138) or in the defendant's reply sentencing memorandum (ECF 143).

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge