**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. ELH-16-0009 |
| MOHAMED ELSHINAWY | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pending before the Court is Defendant, Mohamed Elshinawy's Motion for Leave to File Under Seal (ECF No._____) and proposed sealed document (ECF No. _____).

Good cause having been shown, it is this _____ day of December, 2017, hereby ORDERED that the proposed sealed document is SEALED.

_____
The Honorable Ellen L. Hollander
United States District Judge