IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION


UNITED STATES OF AMERICA

    v.                            CRIMINAL CASE NO.
                                      ELH-16-009

MOHAMED ELSHINAWY,

    Defendant
_____/


(Sentencing)
Monday, December 4, 2017
Baltimore, Maryland


Before:  Honorable Ellen L. Hollander, Judge




Appearances:

       On Behalf of the Government:
        Christine Manuelian, Esquire
        Kenneth S. Clark, Esquire

       On Behalf of the Defendant:
        Joshua R. Treem, Esquire
        Stuart O. Simms, Esquire
        Chelsea J. Crawford, Esquire




Reported by:
Mary M. Zajac, RPR, FCRR
Fourth Floor, U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

1          (Proceedings at 9:40 a.m.)

2          MS. MANUELIAN:  We are here for a sentencing hearing in

3     the case of United States versus Elshinawy.  Case Number is

4     ELH-16-0009.  With me at counsel table is Assistant U.S. Attorney

5     Kenneth Clark, Special Agent Kyra Dressler, and Staff Operations

6     Specialist Jonathan Cobo, both from the FBI.

7          THE COURT:  Maybe I missed it.  I'm not sure you said

8     your name, counsel.

9          MS. MANUELIAN:  Oh, I'm sorry.  Christine Manuelian,

10    Your Honor, representing the government.

11         THE COURT:  Good morning.  Counsel.

12         MR. TREEM:  Yes, Your Honor.  Thank you.  Joshua Treem

13    on behalf of Mohamed Elshinawy, who is standing to my right,

14    along with Chelsea Crawford and Stuart Simms.

15         THE COURT:  And good morning to all.  Thank you.  You

16    may have a seat.

17         So as you have just indicated, counsel, we are here to

18    begin the sentencing process in the case of United States versus

19    Elshinawy.  And the Presentence Report, as you know, is docketed

20    in this case.  I believe it's at ECF 126.  And in connection with

21    the sentencing, counsel for both sides have submitted for the

22    Court's review I believe about 2,000 pages, conservatively.  I

23    want to just sort of recap, and then we'll go forward.

24         This case began well before the defendant's arrest,

25    obviously.  But the arrest itself was on December 11 of 2015.

3

1    The indictment followed about a month later on, I believe,

2    January 13 of 2016.  It is docketed at ECF 19.

3            On August 15 of 2017, the defendant entered a guilty

4    plea to all four counts in the indictment.  The charges

5    specifically are as follows:  Count One, conspiracy to provide

6    material support or resources to ISIS, a designated foreign

7    terrorist organization, in violation of 18 USC Section

8    2339B(a)(1); providing and attempting to provide material support

9    or resources to ISIS, in violation of the same statutory

10   provision.  That would be the substantive count.  That's Count

11   Two.  Also, unlawful financing of terrorism, in violation of 18

12   USC Section 2339C(a)(1), Count Three.  And Count Four is the

13   willful making of materially false statements to agents of the

14   Federal Bureau of Investigation, in violation of 18 USC Section

15   1001(a)(2).

16           The defendant's plea agreement is docketed at ECF 120.

17   Under the plea agreement, it leaves open the very important

18   question of whether or not the 12-level terrorism enhancement

19   under 3A1.4 of the guidelines applies to this case.  And if so,

20   it carries with it an automatic criminal history category of VI,

21   even though it is otherwise undisputed that the defendant's

22   criminal history category would be a I.

23           And, of course, the submissions are also pertinent to

24   the issues generated under 18 USC Section 3553(a).

25           So with these issues open, the parties have submitted

4

1    to the Court voluminous information.  I want to specifically cite

2    the defendant's initial sentencing memorandum, which is at ECF

3    138, supported by 16 exhibits, in excess of 1200 pages.  The

4    government's sentencing memorandum is at ECF 139.  Its submission

5    also exceeds about 1100 pages, the memo itself almost 80 pages.

6    The defendant replied at ECF 143, with additional exhibits.  The

7    government replied at ECF 145, with additional exhibits.

8              Ordinarily, counsel, I refer to citations for exhibits

9    by ECF number because I think it's easier for the sake of the

10   record.  But in this case I'm making use of the courtesy copies

11   you submitted.  They don't have ECF numbers.  So I will be

12   referring to exhibits, where it's appropriate, in the way that

13   you have.

14             I just want to pause to commend counsel for both sides

15   in what I can only characterize as an extraordinary effort on the

16   side -- for each side, I should say.

17             That said, there have been a number of presentencing

18   disputes, which have led to many emergency conference calls.  One

19   of them concerns the defendant's expert, Dr. Marc Sageman.  In

20   this regard, the government filed a motion to strike his

21   testimony.  That was docketed on October 19 of 2017 at ECF 125.

22   We had a conference call about it.  So the fact that the actual

23   opposition wasn't filed until November 29 of 2017 is not

24   particularly significant.  That is docketed at ECF 152.

25             Also, there have been exchanges between the parties on

1    other issues relating, and I'll just cite them without getting

2    into detail, ECF 148, 151 and 157, are examples of the flurry of

3    correspondence.

4              I do want to say that I have obviously given a great

5    deal of attention to the parties' submissions.

6              I think it's clear from what has been discussed that

7    the Court is certainly going to listen to all of the experts,

8    either based on oral testimony, supplemented by written reports,

9    or solely on the basis of the written submissions, if that's what

10   your preference is.

11             With regard to Dr. Sageman, it had been my expectation

12   that he would testify.  I understand the government's challenge

13   as to methodology, essentially, and whether he can make, render

14   opinions on some of the topics for which he's rendered opinions.

15             Of course, I've read the report.  I'm not going to

16   comment at this time.  But I think it's certainly appropriate for

17   the defendant to call Dr. Sageman.  So as a courtesy, I know the

18   burden is on the government, but we had talked about scheduling,

19   and I want to try to confine the expert's testimony to one day to

20   the extent it's possible because, obviously, there are costs

21   associated with his appearance, and they are significant.  So to

22   avoid unnecessary expenditure, if we can call him and finish him

23   in one day, that would be ideal.  If it's not possible, then it's

24   not possible.  But when we discussed this, it was with that in

25   mind.  It wasn't a shifting of any burden.  But for the

1    convenience of the witness, I thought he might be the starting

2    point.

3         So if somebody else has something to add, that's fine.

4    Otherwise, we can get started with the testimony.  I'll start

5    with the government.  Anything you want to add?

6         I'm happy to give more detail.  I actually, as I shared

7    with you in the conversation we had in the conference call on

8    Friday, I've done quite a bit of research on the motion to

9    strike, and I'm prepared to deny it.

10        I can synthesize it, but I've also got a lot to say if

11   anybody were interested.  I don't feel like issuing a written

12   opinion about it, but I've spent quite a lot of time on the

13   issue.  I've looked -- and much of this is in your respective

14   memos on the point.

15        But when it comes to sentencing, I don't think the

16   Daubert standard applies.  Under Rule 1101(d)(3) of the Federal

17   Rules of Evidence, the Rules of Evidence are actually expressly

18   inapplicable to sentencing proceedings.  And under 18 USC Section

19   3661, it says that no limitation shall be placed on the

20   information concerning the background, character, and conduct of

21   a person convicted of an offense, which a court of the United

22   States may receive and consider for the purpose of imposing an

23   appropriate sentence.

24        In the case of United States v. Watts, at 519 U.S. 148,

25   the Supreme Court explained that the statute codifies the

7

1    longstanding principle that sentencing courts have broad

2    discretion to consider various kinds of information.

3           I think USSG, United States Sentencing Guidelines,

4    6A1.3(a), is also pertinent.  It provides that the Court may

5    consider relevant information without regard to its admissibility

6    under the rules of evidence applicable at trial, provided that

7    the information has sufficient indicia of reliability to support

8    its probable accuracy.  I suppose that's where the dispute lies

9    with the parties.  But the standard is not whether the evidence

10   would be admissible at trial.

11          One of the cases I looked at is United States v. Seay,

12   S-E-A-Y, 553 F.3d 732, a 2009 decision of the Fourth Circuit.  In

13   that case, the defendant pled guilty to the charge of being a

14   felon in possession of a firearm.  He challenged his sentence on

15   appeal, among other arguments that were raised.  And the issue

16   concerned the district court's admission and consideration of an

17   expert's risk assessment report and testimony at sentencing.  The

18   defendant in that case claimed the court should not have

19   considered the report or the testimony under the standards of

20   Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579,

21   obviously, a very important case the Supreme Court issued in

22   1993.

23          The Fourth Circuit rejected the challenge in Seay.

24   Specifically, at 553 F.3d, at 741, it said:  "Trial courts have

25   significant discretion regarding evidentiary matters in

1   sentencing, and in this case, the district court exercised its

2   discretion in concluding" -- and I'm now adding to the quote --

3   that the expert was an expert with respect to the opinions he

4   gave, and in admitting the expert's report and testimony.

5       The Court continued:  "Under our precedents 'in

6   resolving any dispute concerning a factor pertinent to the

7   sentencing decision, the court may consider relevant information

8   without regard to its admissibility under the rules of evidence

9   applicable at trial, provided that the information has sufficient

10  indicia of reliability to support its probable accuracy.'"  The

11  Court was quoting from United States v. Hernandez-Villanueva, and

12  that's another Fourth Circuit decision, and Section 6A1.3(a) of

13  the guidelines.

14      And then it said, at Pages 741 and 742:  "The Federal

15  Rules of Evidence, on which Daubert is based, do not apply at

16  sentencing."  "In addition, sentencing judges have considerable

17  latitude to consider evidence at sentencing, as authorized by

18  both governing statutes and the Sentencing Guidelines."

19      The other cases that I looked at are United States v.

20  Fields, 483 F.3d 313, a Fifth Circuit decision from 2007; United

21  States v. Malone, 828 F.3d 331, a Fifth Circuit decision in 2016;

22  United States v. Johnson, 587 F.3d 625, a 2009 decision of the

23  Fourth Circuit; United States v. Wilkinson, 590 F.3d 259, 2010

24  decision of the Fourth Circuit; United States v. Fulks, 454 F.3d

25  410, 2006 decision of the Fourth Circuit; and United States v.

1   <u>Love</u>, 134 F.3d 595, Fourth Circuit, 1998.

2          In addition, I looked at -- and these were cases that

3   were cited, I believe, by the defense, but maybe by both sides --

4   <u>United States v. Abu-Jihaad</u>, 553 F.Supp.2d 121, from the District

5   of Connecticut; <u>Strauss v. Credit Lyonnais</u>, 925 F.Supp.2d 414,

6   from the Eastern District of New York, in 2013; and a Southern

7   District of New York case, in 2006, <u>United States v. Paracha</u>,

8   2006 Westlaw 12768; <u>United States v. Hammoud</u>, 381 F.3d 316;

9   <u>United States v. Damrah</u>, 412 F.3d 618.  <u>Hammoud</u> was vacated and

10  remanded on other grounds by the Supreme Court, and then

11  reinstated.  And also <u>U.S. v. Hatfield</u> from the Eastern District

12  of New York, at 795 F.Supp.2d 219; and <u>United States v. Williams</u>,

13  506 F.3d 151, 160, Second Circuit, 2007.

14         There's some very pertinent discussions in some of

15  these cases.  This was a really big detour for the Court, I have

16  to say.  When I would have preferred to spend more time studying

17  your exhibits, I spent several, many hours, that would be a fair

18  way to put it, analyzing the issue of whether Dr. Sageman is an

19  appropriate witness at the sentencing proceeding, only to

20  conclude that he is, in my view, which doesn't mean the

21  government can't challenge what he says.  My view would be

22  ultimately that these opinions go to weight and possibly

23  credibility, if you want to characterize it that way, but not

24  admissibility, except, as I said earlier in one of our

25  conferences, which had to do with whether he could opine on the

1    defendant's future dangerousness.  That didn't seem to me to be

2    in the realm of his expertise.

3         The government has indicated that he isn't licensed.  I

4    have no idea.  I'll wait to hear on that.  But it's interesting

5    because he offers his opinion as a forensic psychiatrist, I

6    think, from what I read in the report.  He has several areas of

7    expertise.  One of them is that.  So that would be a different

8    issue.  I mean, if he isn't who he says he is, then that's

9    different.  But I'm relying on what was represented.  And just to

10   say, in general, that his testimony seems to me to be appropriate

11   at the sentencing proceeding, the issue going to weight and not

12   admissibility.

13        So I can spend more time on this, but I prefer we get

14   started.

15        MS. MANUELIAN:  No, Your Honor.  We understand that

16   you're denying our motion, and we will proceed with the testimony

17   and take it from there.  Thank you.

18        THE COURT:  Okay.  So are we ready for the first

19   witness?

20        MR. SIMMS:  Yes, Your Honor.  With your permission,

21   Your Honor, may I call Dr. Marc Sageman?

22        THE COURT:  Absolutely.

23        MR. SIMMS:  Dr. Sageman, would you step forward,

24   please?  With your permission, Your Honor, may I speak from the

25   podium, rather than here?

1          THE COURT:  Sure.

2          MR. SIMMS:  Thank you.

3          THE COURT:  That would be preferable.

4          DR. MARC SAGEMAN, DEFENDANT'S WITNESS, SWORN

5          THE WITNESS:  Yes, I do.

6          THE CLERK:  Thank you.  You may have a seat.  If you

7  would please adjust that microphone down in front of you.  Please

8  state and spell your full name for the court.

9          THE WITNESS:  My name is Marc Sageman.  M-A-R-C.

10  Sageman is S-A-G-E-M-A-N.

11          THE CLERK:  Thank you.

12          DIRECT EXAMINATION

13  BY MR. SIMMS:

14  Q    Dr. Sageman, good morning.

15  A    Good morning.

16  Q    Dr. Sageman, there is a screen in front of you.  I'm going

17  to step a little bit to the left just so we have some sight view.

18  You can push the screen down a little bit.  But otherwise --

19  thank you.  Thank you.

20          Dr. Sageman, what is your occupation?

21  A    That's a difficult existential question.

22  Q    Would you describe it briefly?

23  A    I read and write, I think, and I'm also involved in legal

24  cases.

25  Q    Okay.  Do your areas of expertise include political science?

1    A    Yes, it does.

2    Q    Do your areas of expertise include sociology?

3    A    Yes, it does.

4    Q    Do your areas of expertise include psychiatry?

5    A    Yes.

6    Q    Now, Dr. Sageman, I won't go through it, the Court has

7    indicated that it's reviewed exhibits, and that would include

8    Defense Exhibit Four, which is a seven or eight-page resume

9    chronicling your, your levels of expertise and background.  But I

10   would like to highlight a couple things.

11        THE COURT:  Counsel, I meant to ask you.  It says that

12   the CV is attached as Exhibit One, but it wasn't.  At least not

13   in my book.

14        MR. SIMMS:  If the Court please, I can provide the

15   Court a copy.  I believe it is either on Exhibit One or -- excuse

16   me -- Exhibit Four, defense sentencing memo.  I apologize.

17        THE COURT:  Right.  So Exhibit Four starts out in the

18   second paragraph saying the CV is attached as Exhibit One.  But I

19   don't see it.  I've checked.

20        MR. SIMMS:  It's also attached to our response to the

21   motion to strike.  If the Court does not have a copy, I can

22   furnish a copy immediately.

23        THE COURT:  I think I brought that out, too.  So let me

24   go back, because I know that I have seen it.  I think only have

25   the memos.  I don't have attachments.  So I don't have it.

1    MR. SIMMS:  For the Court's convenience, may I

2    approach?

3    THE COURT:  Sure.

4    MR. SIMMS:  Approach the clerk and provide a copy.

5    THE COURT:  Thank you.

6    MR. SIMMS:  Dr. Sageman --

7    THE COURT:  Counsel, you're introducing this, too,

8    right?

9    MR. SIMMS:  Yes, Your Honor.  We move to admit the

10   defense memorandum with regard to sentencing, including those

11   exhibits.  And for purposes of this proceeding, the exhibit in

12   front of you, or at least the resume in front as an exhibit for

13   the purposes of these proceedings.

14   THE COURT:  Okay.  So I'll let the clerk have it for a

15   moment.  So to cut to the chase, Dr. Sageman, you have both a

16   Ph.D. and an M.D., is that right?

17   THE WITNESS:  That's correct.

18   THE COURT:  And your M.D. is from where?

19   THE WITNESS:  New York University.

20   THE COURT:  And that was what year?

21   THE WITNESS:  1979.

22   THE COURT:  And then your Ph.D.?

23   THE WITNESS:  Same university.  I was an M.D./Ph.D.

24   scholar.  So I did it at the same time.  But I got my Ph.D., I

25   handed in my dissertation and it was approved in January of 1982.

1    THE COURT:  Okay.  And your undergraduate work was at

2    Harvard?

3    THE WITNESS:  That's correct.

4    THE COURT:  Okay.  Thank you.

5    BY MR. SIMMS:

6    Q    Dr. Sageman, having described your multiple degrees, would

7    you discuss your professional experience, starting with your

8    government experience?

9    A    My government experience started when I was an intern and a

10   resident at a VA hospital in New York.  Then I joined the US Navy

11   as a flight surgeon.  I was assigned to NAMI, which is a Naval

12   Air Medical Institute, to learn how to fly and to understand what

13   kind of problems naval aviators got into.

14          I was assigned to Japan and then to the Naval Air

15   Development Center north of Philadelphia.

16          After that, I joined the CIA as a case officer.  There,

17   I spent a year training, a year in Washington preparing for a

18   secret assignment.  Then I was assigned to the Afghan Task Force

19   in Washington at Headquarters, and then sent to Islamabad for two

20   years to render a unilateral program that they had started at

21   headquarters.  And after the Soviets withdrew in 1989, I was

22   assigned to New Delhi for two years.

23          After the Soviet Union collapsed, I went back to

24   civilian life, re-did an internship in medicine at the hospital

25   of the University of Pennsylvania.  Did a psychiatry residency,

1    specializing in forensic psychiatry.  And I was a professor at

2    the University of Pennsylvania, teaching law and psychiatry for

3    eight years.

4              THE COURT REPORTER:  I'm sorry.  Teaching?

5    A    Law and psychiatry for about six years, I should say.  After

6    9/11, I published my first book, <u>Understanding Terror Networks</u>.

7    It was very well received.  And the government asked me to help

8    it.  And I had a series of full-time consultantships, first with

9    the US Secret Service for about a year, then as a scholar in

10   residence at the NYPD.  And, finally, for three and a half years,

11   I was a special adviser on insider threats to the Chief of Staff

12   of the Army.

13   Q    What would the Army -- were you posted anywhere, sir?

14   A    Well, mostly at the Pentagon.  But for four months I went to

15   Kabul to try to solve the problem of green and blue violence.  At

16   the time in 2012, Afghans in uniform were shooting at ISAF

17   forces.  ISAF is International Security Assistance Force, namely,

18   Americans and Europeans.  And this was breaking up the coalition.

19   The French went back home.  The British and Australians were

20   threatening to leave.

21             And I basically interviewed the shooters and figured

22   out the dynamics this phenomenon, this green on blue violence.

23   It's green on blue because green in war games are the color of

24   our allies.  Blue is always the good guys, namely us, as opposed

25   to red being the enemy in most war games.

DIRECT EXAMINATION OF DR. MARC SAGEMAN BY MR. SIMMS          16

1       And the attack stopped dramatically in 2013, to the

2    point that now it's about one or two a year, just the level of a

3    nuisance.

4    Q    And did your government experience, military training,

5    provide you with skills relating to interviewing and operations

6    of terrorist organizations?

7    A    Well, not only that, but also my background as a

8    psychiatrist teaches me how to interview people.  But it did

9    provide me with the opportunity to interview over 30 what we call

10   terrorists, including terrorists for the Islamic State, as the

11   defendant is right now.

12   Q    On Pages 2 and 3 of your resume, there are teaching

13   opportunities.  Could you summarize that?  You don't have to go

14   through each one.

15   A    I'm usually a guest lecturer.  I did teach several seminars,

16   a year-long seminar at Columbia, at the University of

17   Pennsylvania, on terrorism, among other things.  But usually I'm

18   often a guest lecturer at a lot of universities, almost 100 all

19   over the world, on the topic of terrorism, methodology, and how

20   people become terrorists.

21   Q    Most recently, did you lecture at Georgetown University?

22   A    Last week, yes, I did.

23   Q    Okay.  On what subject?

24   A    On the emergence of terrorism, how people become terrorists.

25   Q    And do you have a forthcoming session in Dallas, Texas, with

DIRECT EXAMINATION OF DR. MARC SAGEMAN BY MR. SIMMS          17

1   a medical institution there?

2   A     Yes.  I'm going to be the speaker at the grand rounds.

3   Grand rounds is trying to continue medical education for my

4   profession.  And I'm the one teaching that on forensic psychiatry

5   and terrorism.

6   Q     And as part of your work, have you done consultations with

7   the US Congress?

8   A     With?

9   Q     US Congress?

10  A     Yes.  I've testified before the Congress.

11  Q     Any with the Executive Office and the White House?

12  A     Yes.  I've done that several times.

13  Q     And most recently, have you been to France and provided

14  anything to that country?

15  A     Yes.  I met with the French equivalent of national security

16  adviser about the day before the president of that country

17  released his policy on how to deal with security in France.

18  Q     And that was at the Elysee Palace?

19  A     Yes.  It was at the Elysee Palace.

20  Q     And it was done in French, is that right?

21  A     That's correct.  My lectures in France are in French.

22  Q     Now, you have on your resume an array of publications.  We

23  won't go through each one of those.  But is it fair to say from

24  1994 to about 2004, you did several articles on mental health in

25  psychiatric settings?

DIRECT EXAMINATION OF DR. MARC SAGEMAN BY MR. SIMMS                18

1   A    Yes.  At first, I was a forensic psychiatrist.  So that's

2   what I focused on.

3   Q    Beginning in 2004 through 2008, there's some 14 to 15

4   articles you either authored or coauthored on terrorism security,

5   is that correct?

6   A    That's correct, yes.

7   Q    And between 2008 and 2013, some 16 articles you either

8   authored or co-authored on terrorism security, is that correct?

9   A    Yes, it is.

10  Q    And starting in 2014, you had about six articles.  Would

11  that be correct?

12  A    Yes.

13  Q    Okay.  Are these articles peer reviewed?

14  A    Some of them are, some of them are invited.

15  Q    And have you published any books?

16  A    Yes.  I've published four books, and a fifth book coming out

17  in a few months.

18  Q    One of those books was published in 2016, entitled

19  Misunderstanding Terrorism, is that correct?

20  A    That is correct, yes.

21  Q    In that book you discuss probability theory and

22  counter-terrorism?

23  A    Yes, I do.  That's a chapter, the second chapter of the

24  book.

25  Q    In that book do you discuss understandings or

1    misunderstandings with regard to radicalization?

2    A    Yes, I do, yes.

3    Q    And in that book, do you discuss looking at militants in

4    context?

5    A    Well, of course.  That's how you have to do it.

6    Q    And in that book you discuss suggestions about ending

7    political violence in the west?

8    A    Yes, I do.  Yes.  It's my last chapter.

9    Q    Did you publish a book in 2017?

10   A    Yes, I did.  Several months ago, yeah.

11   Q    And is that <u>Turning to Political Violence:  The Emergence of</u>

12   <u>Terrorism</u>?

13   A    Yes, it is.

14   Q    Published by the University of Pennsylvania Press?

15   A    Yes.  All my books are peer reviewed.  So I have to have two

16   referees who agree to the book to be published, and then a board,

17   an academic book to okay the publication of the books.  So it's

18   all peer reviewed.

19   Q    Okay.  And in this most recent book, do you examine or do a

20   theoretical examination of the process of political violence?

21   A    Yes.  I elaborate the process of people turning to political

22   violence, hence the title.

23   Q    Now, in that book, do you also discuss or address the

24   methodology you use in analyzing violence, political violence?

25   A    Yes.  That's the first chapter, the preface.

DIRECT EXAMINATION OF DR. MARC SAGEMAN BY MR. SIMMS          20

1    Q     Describe, if you will, the methodological, your

2    methodological approach with regard to analyzing political

3    violence?

4    A     Well, in the case, these were general books.  And therefore,

5    I looked at the general process, a process that's universal that

6    would hold both for the French Revolution and people becoming

7    violent for the Islamic State.  So it spans 34 campaigns of

8    political violence over 4 continents for 230 years, to try to

9    understand the commonality among them.

10          So when you do something like that, you have to use a

11   different methodology than when you examine a single case, which

12   is here.  And what I used in terms of methodology in the last

13   book, turning to political violence -- I have a copy here.  Those

14   are my last two books published in this last year, this past

15   year.  I use a process called process tracing, which is the new

16   way of analyzing cases in, in social sciences, especially in

17   international relations.

18          In the analysis of testing for models, I use a

19   qualitative comparative analysis using fuzzy-set logic.

20          THE COURT:  Using what?

21          THE WITNESS:  Fuzzy-set logic.  Which comes from an

22   area of mathematics that was generated by a mathematician named

23   Zadeh, who died three weeks ago.

24          This was adopted for social sciences by a professor

25   called Charles Ragin, and I basically use methodology.  I think

1    it's probably the cutting edge in methodology in social sciences

2    right now.

3    BY MR. SIMMS:

4    Q     Now, what about, and how does that methodology differ, if

5    any, from looking at an individual case?

6    A     Well, in this case, an individual case, what you need to do

7    is not, you know, I was not asked to generate the process of

8    becoming violent.  I was asked a specific legal question and I

9    used, my methodology to answer the question depends on the

10   question asked.

11         For instance, if you ask me how many fishes are in a

12   pond you have to use a quantitative method to analyze the number

13   of fish.  But if you ask me what kind of fish are in the pond,

14   you cannot use a quantitative method.  You use a qualitative

15   method to see what kind of fish it is.

16         Same thing here.  The first thing that do you in, in a

17   forensic analysis is that you try to get the story straight.  And

18   so what I do is that I take the whole of discovery material, both

19   inculpating evidence and exculpating evidence, and write it out

20   as a chronology so I understand the story before I can answer the

21   specific questions that come to me in a legal setting.  And

22   sometimes that methodology is a little bit different compared --

23   I mean, depending on what kind of question I'm asking.

24         So in this case, for instance, I showed the document

25   that I reviewed.  Then I talk about my interview with the

1    defendant.  And then I look at the objective evidence, namely,

2    what was given to me in the discovery material, and put that in

3    chronological order, and trying to put everything in it, both in

4    favor of the defendant and against the defendant.  You have to

5    look at the totality of the evidence in order to enter an opinion

6    based on it.

7    Q    Using this methodology, have you qualified to testify in

8    federal court on three other occasions?

9    A    Yes, both in forensic psychiatry and in terrorism cases.

10   Q    And as listed on Page 7 of your resume?

11   A    Well, I just listed the last five years, which is what's

12   required.  And all of them were terrorist cases.  My testimony

13   dates back at least 22, 23 years.  But the first cases that I had

14   were strictly forensic psychiatry cases.

15   Q    And in certain other matters before tribunals, you've also

16   submitted reports, is that correct?

17   A    In some cases, in federal court, you don't have to submit a

18   report.  You testify, and you have a report.  But in this case, I

19   submitted both a report and I'm testifying right now.

20   Q    And in each of those cases where you qualified, you

21   qualified as an expert on terrorism, counter-terrorism, and

22   forensic psychiatry?

23             THE COURT:  I'm sorry.  Mr. Simms, could you repeat the

24   question?  You sort of trailed off.

25   Q    In those cases that you described that you qualified as an

CROSS EXAMINATION OF DR. MARC SAGEMAN ON QUALIFICATIONS BY MR. CLARK   23

1    expert, were you qualified as an expert on terrorism,

2    counter-terrorism, and forensic psychiatry?

3    A    Yes.

4             THE COURT:  Were you always a defense expert or were

5    you also called by the government as an expert?

6             THE WITNESS:  I was called by the government for one

7    case.

8             THE COURT:  One case?

9             THE WITNESS:  Yes.  But most of my cases are on the

10   defense side.

11            MR. SIMMS:  Your Honor, we'd offer Dr. Marc Sageman as

12   an expert on terrorism, counter-terrorism, and forensic

13   psychiatry.

14            THE COURT:  Would you like to voir dire, counsel?

15            MR. CLARK:  Yes, Your Honor.

16            THE COURT:  Okay.

17            CROSS EXAMINATION (On Qualifications)

18   BY MR. CLARK:

19   Q    Dr. Sageman, I believe you testified that, in the past five

20   years, you've identified a number of occasions in which you

21   testified in terrorism.  You have haven't been qualified in

22   forensic psychiatry in the last five years, is that right?

23   A    That's not true.

24   Q    No?  Which case in your -- I'm looking at your resume.  In

25   which case were you qualified in forensic psychiatry?

1    A    Keonna Thomas.

2    Q    Sir?

3    A    Keonna Thomas.

4    Q    Was that a terrorism case?

5         THE COURT:  Wait.  Let me find that.  Thomas, are you

6    saying, sir?

7         THE WITNESS:  Yes.  Because here the psychiatric

8    element of that case was a dominant factor, a contributing factor

9    to the crime.

10        THE COURT:  Is that on Page 7?

11   BY MR. CLARK:

12   Q    So there's no Thomas on your resume?

13   A    Keonna Thomas, she's been sentenced in the last three months

14   in Philadelphia.

15        THE COURT:  I don't see her on the list, is what I'm

16   asking.  Or am I missing it?

17   BY MR. CLARK:

18   Q    Do you have your resume in front of you, sir?

19   A    No, I don't.  I submitted the resume, I guess, a few months

20   ago.  The Keonna Thomas case was just resolved three months ago.

21   But since I'm under a nondisclosure agreement on all these cases,

22   I don't list them until after they have been resolved.

23        So that case has been resolved the last three months.

24   And here, the mental health element was a key contributing factor

25   to the crime.

1    Q    And you actually testified in that case?

2    A    I wrote a report.

3    Q    Okay.  So you didn't testify in court in that case?

4    A    No.  It was a sentencing hearing.  And I think that it was

5    critical to the judgment, to the sentencing.

6    Q    My question is, you didn't testify?  You wrote a report but

7    didn't testify, is that right?

8    A    That's correct, yes.

9    Q    So you weren't actually admitted as an expert in court in

10   that case?

11   A    Yes, I was.  I mean, I was qualified and the report was a

12   key element.

13   Q    To be clear, you didn't testify in court, right?

14   A    That's correct.

15   Q    So a judge in that case did not listen to your testimony and

16   say "I admit you as an expert in forensic psychiatry" or anything

17   else?

18   A    I think that by admitting, by taking the report is an

19   admission that this is an expert.

20   Q    Okay.  That's your opinion.  But that didn't happen in

21   court, right?

22   A    I did not testify in that case.

23   Q    And you haven't otherwise testified --

24          THE COURT:  Can you hang on, counsel, one minute?  In

25   the Keonna Thomas case, is that a federal case?

1          THE WITNESS:  That's correct.  It was in Philadelphia.

2          THE COURT:  In Philadelphia?

3          THE WITNESS:  Yeah.

4    BY MR. CLARK:

5    Q    And in the past, other than that, you haven't been qualified

6    as a forensic psychiatrist in any of the terrorism cases that

7    you've handled in the last five years, right?

8    A    I think that I might have been in the Mahenna case.

9    Q    Okay.  Did you testify in that case?

10   A    Yes, I did.

11   Q    Okay.  We can -- in the Tarek Mahenna case?

12   A    Yes.

13   Q    And based on the, based on the transcript, you just

14   testified, you testified about terrorism, but not about forensic

15   psychiatry.  Do you agree that was the focus of your testimony in

16   that case?

17   A    I think it was, it was both.  He became very depressed and,

18   therefore, vulnerable to a pitch by the FBI.

19   Q    But your testimony in that case was specifically about

20   terrorism, correct?

21   A    It was about the totality of the evidence, and part of it is

22   forensic psychiatry.

23   Q    Let's be clear.  You didn't, in terms of your background,

24   you didn't practice psychiatry in the Navy, right?

25   A    Forensic psychiatry is not the practice of psychiatry.

1    Q    That's not my question, sir.  You were in the Navy, right?

2              THE COURT:  I'm sorry.  Mr. Clark, I was having trouble

3    hearing you.

4    Q    You didn't practice psychiatry in the Navy, is that right?

5    A    That's correct.  I was a flight surgeon.

6    Q    You didn't practice psychiatry in the CIA, correct?

7    A    That's correct.  I was a case officer.

8    Q    And you didn't actually start practicing psychiatry until

9    after that, in 1991, right?

10   A    That's correct.

11   Q    Okay.  And you were a forensic psychiatrist, right?

12   A    Yes, I became forensic.

13   Q    You would do evaluations and testify for one side at trial,

14   right?

15   A    Yes.

16   Q    Now, on your resume you list, your first professional

17   qualification association is unrestricted medical license,

18   Maryland, New Jersey, New York, Pennsylvania?

19   A    That's correct.

20   Q    Okay.  You don't have an actual current license in the State

21   of Maryland, right?  It's expired?

22   A    It just expired two months ago.  I let it expire because I'm

23   not practicing.

24   Q    And your license in New Jersey expired in 2005, right?

25   A    I never renewed it.

CROSS EXAMINATION OF DR. MARC SAGEMAN ON QUALIFICATIONS BY MR. CLARK    28

1    Q    So you don't have an active license in New Jersey, either?

2    A    That's correct.

3    Q    And you're not currently registered in New York, right?

4    A    Yes.  You don't need a medical license to testify in court.

5    Q    I'm not saying you do.  All I'm saying is on your resume you

6    say you have an unrestricted medical license in those four

7    states.  In fact, you don't have a current medical license in any

8    of those states, is that right?

9    A    I did.

10   Q    You did, but you don't know?

11   A    I just let it expire because I'm getting 65.

12   Q    In two of those states, you haven't had one since at least

13   2008, right?

14   A    Yeah.  You just need a medical license in the state that you

15   practice, and I haven't practiced psychiatry for the last 12

16   years.

17   Q    Fair point.  You haven't practiced psychiatry at all in the

18   last 12 years?

19   A    That's correct.

20   Q    Your resume also lists you as a Diplomate with the American

21   Board of Psychology and Neurology, right?

22   A    Yes.

23   Q    You're not active, you don't have an active certification

24   with them, right?

25   A    No.  I was there for 10 years, but no longer.

CROSS EXAMINATION OF DR. MARC SAGEMAN ON QUALIFICATIONS BY MR. CLARK   29

1   Q    That lapsed in 2006?

2   A    Whenever it expired.  I thought it was a little bit later.

3   Q    Well, there was, you had a psychiatry certification that

4   lapsed in 2006 and a forensic psychiatry certification that

5   lapsed in 2008, right?

6   A    Yes.

7   Q    Okay.  Your resume also lists --

8            THE COURT:  Can you hang on a minute, Mr. Clark?  So

9   you were board certified?  Is that what you're saying?

10           THE WITNESS:  Yes, correct.

11           THE COURT:  Because doesn't this resume make it sound

12  like you are currently board certified?

13           THE WITNESS:  No, I'm not.  I was.

14           THE COURT:  So it says 1996 for American Board of

15  Psychiatry and Neurology.  So was that a one-year certification?

16           THE WITNESS:  No, it's ten years.

17           THE COURT:  Okay.  So would it be more accurate to say

18  1996 to 2006?

19           THE WITNESS:  Yes, it probably would have.

20  BY MR. CLARK:

21  Q    Sir, you also list there on your resume the American Academy

22  of Psychiatry and the Law.  You identify, you identify that.  But

23  your, you don't show up on their directory of members.  You're

24  not a current member of them, of that organization?

25  A    No, I let it lapse --

1    Q    Okay.

2    A    -- about 10 years ago.

3    Q    Do you remember when you let that lapse?

4    A    About 10 years ago.

5    Q    Okay.

6    A    When I stopped practicing, basically.

7         THE COURT:  So to renew your board certification, you

8    have to sit for a test, is that right?  You can't just submit a

9    form?

10        THE WITNESS:  Yeah.  You have to demonstrate 50

11   years -- 50 hours of continuing medical education.

12        THE COURT:  That's it?

13        THE WITNESS:  That's it.

14        THE COURT:  You don't have to get retested?

15        THE WITNESS:  No.

16        THE COURT:  So then why didn't you renew?

17        THE WITNESS:  Because it costs $2,000 to take, to go to

18   conferences, to listen to, you know, most of the time things that

19   are irrelevant to my area of interest.  And since I'm not

20   practicing and I haven't practiced for the last 12 years, my wife

21   said it's stupid for you to keep your license, so why don't you

22   let it expire?  And I did.

23        THE COURT:  So to be board certified at the outset, you

24   have to take a test?

25        THE WITNESS:  Yes.

1          THE COURT:  But to renew, all you have to do is show

2   continuing medical education?

3          THE WITNESS:  That's for the license.  For the board,

4   you take an online test.

5          THE COURT:  So there's a test, also?

6          THE WITNESS:  But it's only online.  So it's not like

7   you go to a place where you take a test.  The online test is

8   very, very easy because you can have all your books.  You can

9   look at other things.  It's just an online test.  They make it

10  easy.

11  BY MR. CLARK:

12  Q    So we can go through all these.  You're not board certified

13  in psychiatry, right?

14  A    That's correct, I'm no longer board certified.

15  Q    You're not board certified in psychiatry?

16  A    That's correct.

17  Q    You're not board certified in neurology?

18  A    That's correct.

19  Q    You haven't been board certified for a number of years,

20  fair?

21  A    Yes.

22  Q    Now, you had published, on your resume you identified some

23  articles related to forensic psychiatry in the past, right?

24  A    Yes.

25  Q    But you haven't published anything in forensic psychiatry

CROSS EXAMINATION OF DR. MARC SAGEMAN ON QUALIFICATIONS BY MR. CLARK    32

1    since 2004.  So about the time you stopped practice psychiatry,

2    right?

3    A    I stopped practicing about a year later.

4    Q    Okay.  So 2005, maybe?

5    A    Yes.

6           THE COURT:  And what do you mean by practicing

7    psychiatry?

8           THE WITNESS:  Having patients, you know, prescribe

9    medication, doing therapy.  When I moved to Washington from

10   Philadelphia, I had to give up my patients, and I spent all my

11   time consulting with the government, going to government offices,

12   dealing with government officials.  So I did not practice

13   psychiatry.  I did not have any patients.

14          Sometimes I give informal advice, sometimes I did write

15   prescriptions, but not really in a systematic manner.

16   BY MR. CLARK:

17   Q    And you haven't taught in psychiatry since you left

18   University of Pennsylvania, fair?

19   A    As I said, next week I am going to give the grand round at

20   Southwest Medical Center.  So I have given grand rounds.

21   Q    But you haven't been a professor of psychiatry in the last

22   decade, right?

23   A    No.  But because of my knowledge, which is very, of very

24   great interest to forensic psychiatrists because they deal, they

25   try to deal with terrorist cases, I do teach them how terrorists

1    are similar and different from the type of people that they

2    evaluate.

3    Q    You, on your resume, top of Page 2, you list private

4    practice of psychiatry, 1994 to present.  That's not right,

5    right?

6    A    Well, I could have, but I did not.  Since I had a license, I

7    could still, you know, I'm thinking sometimes I would do, you

8    know, an overnight -- you know, I was always telling my wife I

9    want to keep my hand in it.  You know, I wanted to, to cover

10   psychiatric hospital overnight.  But I've never done it.  And my

11   wife told me, look, I mean, you have to be realistic, you're not

12   going to do it any more, so why don't you let your license lapse?

13   Q    So at some point you've thought about getting back into it

14   but you haven't practiced psychiatry in the last 12 years, you

15   said, is that right?

16   A    That's correct.

17   Q    So to say your private practice of psychiatry is ongoing to

18   the present is not accurate?

19   A    Well, I could.  I mean, I could have but I did not.

20   Q    But you haven't?

21   A    I haven't.  But I could have.

22   Q    So you don't have a current private practice in psychiatry,

23   right?

24   A    That's correct.

25   Q    And you haven't for the last 12 years?

1    A    That's correct.

2    Q    Okay.  Now, in this, in this particular case, you put

3    together a report, correct?

4    A    Yes.

5    Q    You're familiar with that report, right?

6    A    Yes.

7    Q    Now, as part of that report, as part of your evaluation in

8    this case, you didn't identify any particular assessment,

9    psychiatric assessment test that you did of the defendant, right?

10   A    Yes.  I did do that.

11   Q    Okay.  Could you point me to that, point me to where in your

12   report where you identify that?

13   A    Yes.  It's part of taking, it's part of taking a psychiatric

14   history.  In my psychiatric history, I account for, say that he

15   was abusing marijuana.  That's part of the psychiatric history.

16   Q    Sir, my question to you is there are particular -- you're

17   familiar there are particular psychiatric assessment tests,

18   correct?

19   A    The only assessment is an interview as a psychiatrist.  As a

20   psychologist, you may be right, but not as a psychiatrist.

21   Psychiatrists, the ultimate test is the interview.  And I've

22   interviewed him as both a terrorist expert and a psychiatrist, to

23   see if there was any pathology.

24   Q    But as part of your assessment of the defendant, you didn't

25   do things like, you didn't conduct like the Minnesota Multiphasic

1    Personality Interview -- Inventory?

2    A    Psychiatrists don't do that.  Psychologists do.

3    Q    Okay.  You didn't do it, though?

4    A    No, I didn't.

5    Q    Okay.  And you didn't do a Wechsler Adult Intelligence

6    Scale?

7    A    No.  That would be a psychologist, not psychiatrist.  The

8    practice of psychiatry is very different from the practice of

9    psychology.

10   Q    So there's no, there's no actual, like, assessment test that

11   you've conducted on the defendant that you can identify, is that

12   right?

13   A    The interview itself, the mental status examination; namely,

14   is he consistent, is he oriented to time, space.  Does he

15   understand -- all of that is part of a psychiatric examination.

16   Now, it's not the test.  It's really within the course of the

17   interview, you note, he's consistent here, now he's not

18   consistent, and, therefore, you can utter an opinion that the

19   person is either a good historian --

20   Q    Can you point us to, in your report, where you identify the

21   areas in which the defendant was consistent or wasn't consistent?

22   A    Well, I did not write it down, but I certainly did make a

23   note of it.

24   Q    Would it be normal --

25            MR. SIMMS:  Objection, Your Honor.

1      THE COURT:  Well, only one of you can talk at a time.

2  So let him finish his answers, counsel.

3  BY MR. CLARK:

4  Q    Yes, Your Honor.  Apologize.  Go ahead, sir.

5  A    It is not the standard to do that.

6  Q    It's not the standard to document your findings?

7  A    Well, some findings, yes.  And others, no.

8  Q    Okay.

9  A    Because some of them are, you know, just now saying I said

10  hello to the person, I did a mental status examination.  As a

11  forensic psychiatrist or psychiatrist you really don't do that

12  any more.

13  Q    I mean, one of the things you said, you just said, is that

14  one of the things you're looking for is consistency.  But you

15  didn't document that anywhere in your report, what he was

16  consistent about or not consistent about, is that right?

17  A    Well, I did.  I did in my opinion.

18  Q    In the report?

19  A    In my opinion, yes.

20  Q    Can you point me to where in the report it says that?

21  A    Yeah.  I cite he's a small-time hustler, with a touch of

22  narcissism, short attention span, aggravated by heavy cannabis

23  abuse.  He talks big, but as a serial failure, has been a serial

24  failure at whatever he tried on two continents.  So this is very

25  much, you know, he has grandiose fantasies about himself but

CROSS EXAMINATION OF DR. MARC SAGEMAN ON QUALIFICATIONS BY MR. CLARK   37

1    seems incapable of carrying them.  This is a psychiatric part of

2    the examination.

3    Q    But you don't identify what that's based on, what he was

4    inconsistent about in that.

5    A    Yeah.  I think that -- no.  I can't decide to, for the

6    shortness of the report, I did not point out all these

7    inconsistencies.

8    Q    Okay.  Your Honor, we certainly have more questions about

9    the substance of some of his opinions.

10            THE COURT:  Sure.

11            MR. CLARK:  But I think, based on the information, we

12   would certainly object this to witness's qualification as an

13   expert in psychiatry.  He hasn't practiced -- or forensic

14   psychiatry.  He hasn't practiced in those fields in more than a

15   decade.  He hasn't actually done the work in this particular case

16   in relation to those fields.  And I think it would be

17   inappropriate -- while certainly I understand the Court's ruling

18   on listening to his opinion based on his qualifications, it just

19   is inappropriate to qualify him as an expert in those fields.

20            Now, if they want to address, we're not necessarily

21   challenging some of his expertise in the terrorist arena in terms

22   of his background in looking at terrorist groups and that aspect

23   of it.  But forensic psychiatry and psychiatry, I think it's

24   inappropriate.

25            THE COURT:  Any response?

1          MR. SIMMS:  Yes, Your Honor.  I think what we've done

2     on direct examination is have Dr. Sageman discuss his 33 years

3     working in national security, his consultancies by virtue of

4     service for the United States military, as well as his

5     consultations, grand rounds, which are known as a significant

6     teaching tool to both professionals, residents, physicians, as

7     well as interns and other faculty, I think exemplify the fact,

8     and the two books that he brought with him today of several that

9     he's written, exemplify the fact that he's esteemed, that is Dr.

10    Sageman is esteemed in analyzing issues of terrorism and

11    counter-terrorism.

12          THE COURT:  Well, I don't think there's an objection --

13          MR. SIMMS:  And the conduct related thereto.

14          THE COURT:  I think --

15          MR. SIMMS:  In this particular --

16          THE COURT:  Wait, counsel.  Only one of us at a time.

17          MR. SIMMS:  I understand, Your Honor.

18          THE COURT:  I'm sorry.  But I think the issue, as I

19    just heard Mr. Clark, there's no quarrel as to his expertise with

20    respect to terrorism or counter-terrorism, whichever you wish to

21    call it.  The issue, I think, from I just heard, is whether he

22    should be received as an expert in forensic psychiatry.

23          MR. SIMMS:  Yes, Your Honor.  And the only thing that

24    government counsel has illustrated simply is not, is really the

25    issue of whether or not he has a patient load.  But, clearly, the

39

1  field, based on his consultations, lectures, whether it's

2  Georgetown, Texas, that is coming up, or his consultation in

3  other areas, indicates, as well as his governmental service in

4  terms of the interviews that he's conducted, illustrates a wealth

5  of knowledge and a welcome approach with regard to structural

6  interviewing in order to identify and assess individuals with

7  regard to terrorist tendencies.

8         The books are and exemplify analyses, if you will, of

9  individuals, and how anti-governmental conduct is undertaken.

10         Counsel did not mention any particular disease.  This

11  is not a case involving a plea or diminished capacity issue with

12  regard to any analysis of whether or not there was some defect of

13  a mental position with regard to the individual.  However, his

14  forensic psychiatry skills have been an underlying theme of the

15  work that he's done for 33 years.  And while he has not sustained

16  his license and so forth, and I think he's adequately explained

17  the reasons why, they are still an important aspect of his

18  analysis of political conduct that moves into violating national

19  law.

20         THE COURT:  You wish to respond?

21         MR. CLARK:  Yes, Your Honor.  We, I think, believe that

22  this witness, while he may be qualified in certain areas, is just

23  not qualified as an expert in forensic psychiatry and psychiatry.

24  He's not maintained an actual practice in those fields.  He's not

25  certified.  He doesn't have a current medical license in any

1    state.  He has been clearly practicing (sic).  And I'd suggest

2    that the reason that he is being brought in to speak is because

3    of his background in terrorism, not because of his non-existent

4    practice in forensic psychiatry.

5          So to the extent that those are his qualifications, I

6    think those, those relate to his terrorism expertise, not related

7    to his, not related to his forensic psychiatry.

8          I'd also note, as, I mean, we touched on, but in

9    reviewing his report, there's no explanation of, other than

10   reference to the fact that he did interview the defendant, no

11   explanation of his methodology for an assessment, his findings,

12   any sort of diagnoses.  It's just not there.

13         He relates some background history about the defendant

14   but does not explain, explain any sort of psychiatric findings.

15   To qualify him based on this, as a forensic psychiatrist or

16   psychiatrist, is just inappropriate.  There's no basis for it.

17         THE COURT:  Okay.  Well, let me make my ruling.  The

18   issue of the expertise of the witness with respect to terrorism

19   is not in dispute, so he certainly will be received as an expert

20   in terrorism and counter-terrorism.

21         On the issue of his ability to testify as an expert in

22   the field of forensic psychiatry, I think it's not open and shut.

23   I will agree with the government in this respect.  The witness is

24   presently unlicensed in the states where he previously had been

25   licensed, his explanation being that he has let those licenses

1    lapse because he doesn't really need them for what he's now

2    doing.  He previously had been licensed as a Diplomate in the

3    American Board of Psychiatry and Neurology for the period 1996 to

4    2006, and board certified in forensic psychiatry beginning in

5    1998 for a 10-year period.

6           I don't think it's intentional, but I think the resume

7    is misleading in that it makes it seem like he's still licensed.

8    The way I think most people would read this, he got the license

9    in 1996 and 1998 and there would be no reason to know it isn't

10   current unless you actually have a chance to ask Dr. Sageman.

11   Also, it says private practice of psychiatry 1994 to the present.

12   And he himself has said he hasn't practiced psychiatry, which

13   involves seeing patients -- that was the Court's question, what

14   does that mean, the practice of psychiatry -- he hasn't practiced

15   psychiatry for 12 years.

16          Does that mean he can't testify as an expert?  I don't

17   think so.  The defendant did his undergraduate work at Harvard.

18   He has an M.D. from NYU and a Ph.D. also from NYU.  His resume is

19   replete with the kind of work that crosses a number of subject

20   areas, the intersection, it seems to me, to some extent, of

21   terrorism and mental health issues.

22          Certainly, he can't practice psychiatry by seeing

23   patients if he's not licensed.  But I don't think that forecloses

24   him from testifying as an expert given the fact that he has

25   extensive training in those fields and for whatever reason did

42

1    not renew his board certification.

2            I'll have to concede that his explanation is it would

3    only require money and an online test.  I don't know if the

4    process is quite as simple.  I know you have to continue your

5    education, and that would be important for opining on mental

6    health.  Dr. Sageman makes it seem like taking an online test

7    isn't a big deal.  I think people who take those tests study for

8    them.  Whatever his reason, he didn't.

9            But he's still active, it seems, in the field.  He's

10   indicated that he has done recent lectures, is about to go on

11   grand rounds, works as a consultant in these fields, and has

12   essentially chosen a different path, is the way I see it.  He has

13   found a niche for himself as an expert in cases involving

14   defendants charged in terrorism cases.

15           He has testified, he says, as an expert on one, if not

16   two, occasions, where he claims he was received as an expert in

17   forensic psychiatry, and certainly has written a number of

18   reports in federal terrorism cases.  So, to me, the issue boils

19   down to weight and what weight, if any, the Court chooses to give

20   his opinions.  But, certainly, I don't think these challenges to

21   his resume would require the Court to conclude that he can't

22   testify as an expert.

23           So his testimony is that the ultimate instrument, if

24   you will, in analyzing the mental health issues of a defendant

25   such as Mr. Elshinawy boil down to the interview.  The tests that

43

1    were raised by the government on cross examination voir dire

2    pertain to the work of a psychologist, he says.  Now, you may

3    have a different expert who says something else, but that's his

4    testimony.  That would not be the vehicle by which he would

5    diagnose the defendant.

6              I don't think there's any case law that says you have

7    to have a current license, that your past training isn't good

8    enough.  So, again, I think it goes to weight and I will receive

9    him as an expert in the proffered fields.

10              THE WITNESS:  May I have a point of clarification, Your

11   Honor?

12              THE COURT:  I'm sorry?

13              THE WITNESS:  May I have a point of clarification, Your

14   Honor?  At the time that I interviewed the defendant, I was

15   licensed in the State of Maryland.

16              THE COURT:  Okay.  So you were licensed --

17              THE WITNESS:  That was on June 15, 2007 (sic) and my

18   license expired on September 30th, 2017.

19              THE COURT:  Okay.  That's helpful.  It wouldn't be

20   dispositive, anyway.  So Dr. Sageman was licensed when he

21   interviewed the defendant.

22              And I guess just one final question.  Are there any

23   medical disciplinary charges that have been, or any challenges to

24   your license that led you not to renew it?

25              THE WITNESS:  No, never.

CONTINUED DIRECT EXAMINATION OF DR. SAGEMAN BY MR. SIMMS                44

1          THE COURT:  Okay.  Then my ruling is my ruling.

2          MR. SIMMS:  Thank you, Your Honor.  May I proceed, Your

3    Honor?

4          THE COURT:  Yes.

5          CONTINUED DIRECT EXAMINATION

6    BY MR. SIMMS:

7    Q    Thank you, Your Honor.  Dr. Sageman, in fact, you were

8    retained by the defense to examine Mr. Elshinawy and provide some

9    analysis of his conduct related to this case, is that correct?

10   A    Yes.

11   Q    You prepared a report?

12   A    Yes, I did.

13   Q    That report is Exhibit 1, I believe, or is an exhibit

14   attached to --

15         THE COURT:  It's Exhibit 4.

16   Q    Exhibit 4.  I did that again.  Apologize, Your Honor,

17   Exhibit 4 to defense memoranda.

18         How much time have you spent working and analyzing

19   leading up to the report and preparing that analysis with regard

20   to Mr. Elshinawy?

21   A    I mean, I keep track on that.

22   Q    Estimated, estimated?

23   A    50, 60 hours.

24   Q    Okay.  And on Page 1 and 2 of your report, you summarize the

25   exhibits that you reviewed.  Can you just mention, in reference

CONTINUED DIRECT EXAMINATION OF DR. SAGEMAN BY MR. SIMMS          45

1    to the Court and to the parties, what you reviewed?

2    A    Well, I always insist on having the whole of discovery

3    material.  And here I just listed the discovery material that you

4    provided me.  Namely, social media record, including Surespot

5    record, Spot Talk record, Facebook conversations with both his

6    brother Ahmed and Tamir Elkhodary, a transcript of audiotape, his

7    interviews with the FBI special agents, surveillance reports,

8    records and summary pertaining to his finance, travel, cell phone

9    records, the report of the government experts and all disclosure

10   pertaining to the government, proposed expert testimony,

11   government provided matrices labeled Conspiracy Sequence of

12   Events, newspaper and terror-related articles found in Elshinawy

13   residence, phone and broadband data, and also charging document

14   accompanying affidavit, and the presenting report.

15          What I did not review, because the report preceded, is

16   all that the prosecution gave to the defense.  And it was

17   provided to me after I wrote the report.  So this is as of

18   October 27th of this year.  And everything that was provided in

19   November is not part of this.

20   Q    And can you describe your methodology and approach in terms

21   of preparing your analysis and report?

22   A    Well, before I even get to interview the patient, the

23   defendant, I usually try to organize the whole of the discovery

24   material in straight chronological order so that I understand

25   what the case is about, and at the same time give me a background

1    so as to probe the defendant in my interview a little bit

2    further.

3              My experience with interviews is that, for the first

4    three hours, the defendant just, I guess, for lack of a better

5    word, just bullshits me.  He's not really truthful.  And then I

6    kind of say, well, I kind of read about your case and, you know,

7    this, this, this happened.  Now I'm confused.  Can you explain

8    that?  And this really kind of starts a dialogue where the

9    defendant becomes a little bit more forthcoming.

10             So it's very important to actually do this chronology

11   of events first.  And on the basis of that chronology and what

12   the defendant tells me, I address the legal questions that I

13   think arise from the case or specific legal question that the

14   attorney asks me.

15             In this case, my opinion is really based on the

16   objective evidence because I found the defendant not credible or

17   a very good historian.  So I basically neglected what he told me.

18   For instance, he kept saying that, well, he was trying to scam

19   the Islamic State from the beginning.  Well, that just is not

20   credible compared to the objective evidence.

21             And in a sense, when I later read the proffer of

22   August, which I did not have when I wrote the report, I realized

23   that he was saying he was telling a very different story at that

24   time.  So when you have a defendant that's not consistent, well,

25   you have to put him aside and really base your opinion on the

1    objective evidence, which is what I did in this case.

2    Q    And again, what was that objective evidence?

3    A    Well, the objective evidence is basically the discovery

4    material that you gave me, especially his conversation with his

5    friend, Tamir, and his brother, Ahmed.  That kind of constitutes

6    the large part of the evidence.  And other things, such as, you

7    know, the FBI 302, or his other list of the phone calls he made

8    or the purchases he made, and so on.  So that to me is the

9    objective evidence.

10   Q    And having looked at that objective evidence and having

11   interviewed Mr. Elshinawy, have you formed an opinion to a

12   reasonable degree of psychiatric and counter-terrorism certainty

13   concerning Mr. Elshinawy's conduct that constitutes the substance

14   of his conviction in this case?

15   A    Yes, I have.

16   Q    What is that opinion?

17   A    Well, it's a complex opinion that runs about eight pages.

18   Q    Well, it appears, does it not, in around Page 18 of your

19   report?

20   A    Well, this is really a summary of the facts.  It's not so

21   much my opinion.  It's really kind of a, the summary, the fact is

22   part of my opinion.  It's not my opinion.

23   Q    Would you state your opinion?

24   A    I'm sorry?

25   Q    Would you state your opinion?

CONTINUED DIRECT EXAMINATION OF DR. SAGEMAN BY MR. SIMMS          48

1    A    Well, my opinion depends on the various issues.

2    Q    Well, let's take the first issue.  The first issue is Mr.

3    Elshinawy going to Syria, joining the Islamic State.  Did you

4    reach a conclusion with regard to that?

5    A    Yes, I did.

6    Q    What was that conclusion?

7    A    That the evidence was overwhelming that he had a desire to

8    go to --

9              THE COURT:  He what?

10   A    The evidence, the objective evidence was overwhelming that

11   he certainly had a desire to go to Syria and join the Islamic

12   State.

13   Q    And what occurred or what did you assess with regard to that

14   effort?  What did you conclude with regard to his efforts in that

15   regard?

16   A    Well, for a period of about nine months, I think from

17   October 2014 to about I guess June 2015, he wanted to join the

18   State.  And that was very obvious with, in his dialogue, Facebook

19   dialogue with his friend, Tamir.

20   Q    And I'm directing your attention to Page 19 of the report.

21   Is that where that appears?

22   A    Yes.  That's basically the first paragraph under A.  Mr.

23   Elshinawy's desire to go to Syria and join the Islamic State.

24              So for those nine months, he wanted to join the Islamic

25   State, but then he changed his mind in June of 2015, before,

CONTINUED DIRECT EXAMINATION OF DR. SAGEMAN BY MR. SIMMS          49

1    about a month before the FBI interview.

2    Q    Why, based on your analysis?

3    A    Right now, this part of the opinion is based on what he told

4    his brother.  So at first he wanted to go there as a soldier for

5    the Islamic State, to fight on its behalf.  And then by June he

6    said, well, I'm not going to perform jihad.  I just want to

7    perform hijra.  Namely, I just want to go there to live in the

8    caliphate and my fate would be their fate.

9         And then when his brother told him the story of Uwais

10   al-Qarani, namely, that he never got to see the prophet because

11   he had to take care of his mother, and the prophet thought that

12   this was very commendable behavior and praised him as one of his

13   best followers, this actually convinced very much Mr. Elshinawy

14   not to go because he needed the permission of his mother.  He

15   realized that.  And was not going to, and she was not going to do

16   to that.

17        So he basically made it very clear that he was

18   convinced by the story in his July 8th exchange with his brother

19   that he was no longer going to go to Syria.

20   Q    This story that you just described, could you just expand

21   and explain that?  Uwais -- okay?  What is that, based on your

22   research?

23   A    Uwais al-Qarani is part of the Sunnah, which means the words

24   and deeds of the prophet.  It's not in the Koran.  It's part of

25   the Hadith.  And it's a very famous story, that this fellow was a

1    camel herder, who never had the opportunity to come and see the

2    prophet, even though he wanted to, because he had to take care of

3    his sick mother.  And the prophet was so moved by that that he

4    praised Uwais al-Qarani as one of his best followers because he

5    understood the spirit of what Islam was.  And, indeed, he even

6    sent one of, one of his most prominent followers, Umar, who

7    became a caliph, one of the four righteous caliphs, to ask for

8    Umar's blessing.

9    Q    And what, if any, significance does that have with regard to

10   parental relationships, that story?

11   A    Well, traditionally, in traditional Islam -- and that's not

12   true for jihadi Islam -- in order to go perform the jihad, you

13   need your parents' permission.  This basically changed for the

14   jihadi part of Islam with the writing of Abdullah Azzam around

15   1985, where he was arguing that doing the jihad was an individual

16   duty on the same level of the five pillars of Islam, and you did

17   not have to ask for your parents' permission to go and perform

18   jihad.

19          What Ahmed, Mohamed Elshinawy's brother, was saying, he

20   was basically following the traditional interpretation of Islam,

21   that you do have to ask the parents' permission.  And Muhammad

22   agreed with him.

23   Q    On Page 19, you also discuss Mr. Elshinawy's interest or

24   focus on some type of terrorist attack.  What was your finding?

25   A    Well, again, I think the evidence is overwhelming that he

CONTINUED DIRECT EXAMINATION OF DR. SAGEMAN BY MR. SIMMS        51

1    tried to conduct an attack in the United States, or at least

2    desired to conduct such an attack, for about two-and-a-half

3    months.

4    Q    Did you ever find, in the information that you reviewed, any

5    objective for such an attack by Mr. Elshinawy?

6    A    What do you mean "an objective?"  I mean, a specific target?

7    Q    Yes, sir.

8    A    No.  There were several targets discussed, but not, not a

9    real one agreed to at the end.

10   Q    Also, on page --  I'm sorry.

11   A    I must add that the proffer is, you know, far more detailed

12   in that than the previous discovery material.  And I had that, I

13   guess I got that last week.

14   Q    Now, you also had a finding on Page 19 and 20 concerning the

15   nature of a planned attack.  Would you elaborate on it?

16   A    Yes.  I mean, he hinted in his discussion with both his

17   brother, and especially Tamir, that he wanted to conduct an

18   attack.  The nature of the attack was very vague.  At one point

19   he asked Tamir about a silencer.  And Tamir said to him, said,

20   well, it might be easier for you to get one than to manufacture

21   one.

22          But, otherwise, in the first interview from the 302 of

23   the first FBI interview, he mentioned something about the

24   Garland, Texas attack, which had taken place two months prior to

25   that interview, in early May 2015, that this was given to him as

1    a potential model of an attack.

2              You know, at some point he also mentioned the

3    possibility of doing an attack with an explosive, another with a

4    gun with a silencer, another going to try to attack the "Draw the

5    Muhammad" contest in Garland, Texas.

6              It was very confusing.  There were many possibilities,

7    but not the specific one that you zeroed to on.

8              THE COURT:  Did he refer to it as a project in any of

9    the material you reviewed?

10             THE WITNESS:  I think he did.  I think he may have used

11   that word.  But I have to go back to the actual fact.  But I

12   think that, to his mind, it was a project, yes.

13   BY MR. SIMMS:

14   Q    You made a finding in your opinion on Page 21 concerning

15   whether or not Mr. Elshinawy wanted to be a martyr.  What, if

16   anything, did you find?

17   A    Yes, I did.

18   Q    Can you explain?

19   A    The word "martyr", as translated from Arabic, is just

20   "witness."  So he basically wanted to die as a witness to God.

21   And soldiers who die in battle die as a witness to God.  They are

22   named martyrs.  "Martyr" does not mean becoming a suicide bomber

23   or killing yourself in the conduct of an attack.  That was very

24   clear in all this conversation, that he wanted to conduct an

25   attack here and then go to Syria afterwards.  So he was not going

1    to commit suicide.

2              And there is nothing in the discussion that he had with

3    both Tamir and his brother, Ahmed, that he wanted to conduct a

4    suicide attack in Syria, either.  But if in the process of

5    fighting he would die, he would be happy because he would die in

6    the path of, of his God, Allah.  And that to him would be a

7    shahid.  He would become a martyr.  But there really is nothing

8    in the discovery material saying that he wanted to commit suicide

9    in the process.

10             Now, the government, when I said that, the government

11   in its chronology of the conspiracy, the iBacs conspiracy, put

12   two interpretations on the events which are not supported by the

13   evidence itself.  It just interpreted the evidence, saying that

14   he wanted to become a martyr.  And that's when he talked about

15   one of his dreams, and when, when he thanked Tamir for showing

16   him the way to paradise, that means showing him the way to fight

17   for the Islamic State.  And if he died, he would become a martyr.

18   But those were interpreted he wants to be a martyr, in that

19   government chronology, and I disagree with that.

20   Q    With regard to your finding on the attempted recruitment of

21   his brother, you have a finding on Page 22.  Would you explain

22   that?

23   A    Yes.  I think the charges, and I think even the stipulation

24   of the facts that he tried to recruit his brother.  And I think

25   the word "recruitment" is used in the colloquial sense.  He never

1    really wanted to recruit his brother.  His brother was far more

2    knowledgeable than he was in terms of the Islamic State and in

3    terms of the jurisprudence of whether the Islamic State was a

4    legitimate caliphate or not.

5            So, yes, he would have liked to have his brother go

6    with him at the time that he wanted to join the Islamic State,

7    but the brother was always skeptical.  And, in fact, the opposite

8    happened.  The brother talked him out of it.

9            So the trying to recruit, that's only using the word in

10   the colloquial language, but not in the street language of really

11   trying to recruit his brother.

12           THE COURT:  In the plea agreement, in the statement of

13   facts, doesn't he admit to that?

14           THE WITNESS:  I think --

15           THE COURT:  To recruit his brother?

16           THE WITNESS:  I think he used that in a colloquial as

17   opposed to --

18           THE COURT:  Now, how on earth would you know how he

19   used it?

20           THE WITNESS:  Simply because it doesn't make sense

21   otherwise.  You don't recruit somebody who doesn't, who knows far

22   more about the subject than you do.  But did he want his brother

23   to go with him?  Yes, he did.  I mean, they were discussing the

24   Islamic State for six months, and the brother was very skeptical

25   from the beginning.  And finally, the brother really talked him

1    out of it.

2    BY MR. SIMMS:

3    Q    You examined discovery materials related to a global

4    activity by others who may or may not have been involved in the

5    conspiracy under the name iBaxes, I-B-A-X-E-S (sic).  And you

6    made certain observations and findings in your report.  Can you

7    describe them?

8    A    Yes.  This was in the British segment of the discovery

9    material that was forwarded to us in terms of this iBacs

10   conspiracy, which I called the iBacs operation, of trying to buy

11   and send protected equipment in the fight, in the Islamic State's

12   fight against its enemies, especially dealing with drones,

13   because they felt that they were being killed by the drones.  And

14   the drones were extremely effective.

15        That iBacs conspiracy centered around two brothers who

16   owned iBacs, namely Siful Haque Sujan and Ataul Haque.

17        Sujan himself went to the Islamic State and was in

18   Syria and communicated with his brother Ataul Haque.  And the

19   communication, plus a third member that's only referred to the

20   document by the moniker robert199, always discussed this

21   acquisition of this protected material, such as drone-related

22   parts, antenna, batteries for them, micro turbine, and similar

23   items.  Those constitute a very significant operation to try to

24   help an organization at war.  And that's what I call the iBacs

25   operation.

1    Q    And in your report, I'll direct your attention to Page 22,

2    did you have an observation with regard to Mr. Elshinawy's role,

3    if any, in this activity, the global activity?

4    A    Yes.  And here my opinion is based on two very different

5    methodologies.  One methodology is based on my past training with

6    clandestine organizations as a case officer at the CIA.  We

7    basically operate under the same rule as almost any large

8    clandestine organization, whether they're terrorist organizations

9    or they're just criminal organizations.

10            And two of the major principles of those organizations

11   is what's called the principle of compartmentalization and the

12   need-to-know principle.  By "compartmentalization", I mean that

13   when you carry out multiple operations, you compartmentalize them

14   from each other.  So you separate them from each other so that

15   you find it' compromise, the others are not.  You're basically

16   securing that.  And that's called compartmentalization in the

17   intelligence jargon.  The need to know is that if you don't need

18   to know what the other people are doing, to protect them nobody

19   should, I mean, you shouldn't know.  You should be kept in the

20   dark about those operations.  And this is how just about all

21   clandestine organizations have run in the past, I guess, one or

22   two centuries.

23            So Mr. Elshinawy had no need to know about the other

24   activities of iBacs and was probably not told about them.  This

25   is part of compartmentalization.  So this is, this argument is

1    based on my own background, my own knowledge of clandestine

2    organization.

3             But then I tried to test that with a very different

4    methodology, an empirical methodology.  And the government very

5    nicely provided us, right before I wrote the report, with what

6    they call the chronology, a conspiracy sequence of events.  And

7    the conspiracy sequence of events is basically a matrix of all

8    the events related to this conspiracy.  And so I kind of analyzed

9    them.  And if you can analyze something, you need to count, if

10   you can count.  So you have -- and the counting is important

11   because it gives you a sense of perspective.  Is there just one

12   event that involved Mr. Elshinawy and the conspiracy or is he in

13   on the whole conspiracy?  How important is he to conspiracy, or

14   is he peripheral to the conspiracy?  So I counted.

15            In that chronology, that sequence of events that the

16   government provided, there are 235 independent events.  Five of

17   them relate to military activities that have nothing to do with

18   the conspiracy; mainly, when they kill people and so on.

19            And then I kind of looked at how many of those events

20   involved Mr. Elshinawy himself.  And I counted 70 out of 230.

21   But then I looked further at the 70 events of Mr. Elshinawy.  And

22   I realized that 42 were just reading a news article on the web or

23   looking at a website that had nothing to do with the conspiracy.

24   So 42 events like that.  And 16 events were communication between

25   him and his friend, Tamir, and his brother, Ahmed.

CONTINUED DIRECT EXAMINATION OF DR. SAGEMAN BY MR. SIMMS          58

1          So that makes 48 events out of the 70 that have nothing

2     to do with the conspiracy.  So we are left with --

3          THE COURT:  Well, wait a second.  Why do you say

4     looking at websites, for example, or certain kinds of news

5     reports have nothing do with the conspiracy?  Well, let me

6     restate it.  Either with the conspiracy or with evidence as to

7     intent?

8          THE WITNESS:  The conspiracy is to get the material to

9     send to Syria.

10         THE COURT:  Right.  But you're suggesting you know the

11    reasons for which the government included this material.  And I'm

12    suggesting that some of it may have been provided by the

13    government for other issues in the case.  I don't know, but I'm

14    just suggesting, based on the memorandum that I've read, there

15    are issues that the Court is required to try to decipher

16    concerning the defendant's state of mind, intent, etc.

17         THE WITNESS:  No, no.  The label on top of the, it's

18    called Conspiracy Sequence of Events.

19         MR. SIMMS:  This is Government's Exhibit Number 4 to

20    their memorandum, their sentencing memorandum.  If the Court

21    desires a copy, I can --

22         THE WITNESS:  So, basically, what I distinguish is that

23    I kind of separated the events that are integral to the

24    conspiracy, to the iBacs conspiracy from those events that have

25    nothing to do with the iBacs conspiracy.  And reading newspaper

CONTINUED DIRECT EXAMINATION OF DR. SAGEMAN BY MR. SIMMS          59

1    articles on, you know -- I forgot what the topic of some of those

2    newspaper articles were.  They were certainly not about equipment

3    to buy for --

4              THE COURT:  Well, for example, looking at Government

5    Exhibit Four, Page 27.

6              THE WITNESS:  Can I have --

7              MR. SIMMS:  May I approach the witness, Your Honor?

8              THE COURT:  Sure.  I guess I would suggest, Dr.

9    Sageman, maybe there is more to the content than the label, and a

10   label is just a label.  So it does say "sequence of events", but

11   by date it shows dates that he was doing a web search, for

12   example, like on November 30th, looking at photos of federal and

13   state government buildings.  I mean, if you were to believe, as

14   the government would suggest, that his intent was to commit a

15   terrorist act, one might infer from this that this was part of

16   that.  Or reading about an ISIS-related attack in San Bernardino.

17   And whether it's ISIS related, maybe that begs the question.

18             But I would, I guess, question your comment that it's

19   unrelated.

20             THE WITNESS:  Well, let me explain, Your Honor.  There

21   are two operations here.  One is the iBacs operation to gather

22   material, protected material, and send it to Syria.  The other is

23   the Elshinawy operation, which is to carry out an attack in the

24   United States.  The two operations do not even overlap.  They are

25   a different operation.

1          And what the government is trying to mix the two up,

2     and I'm trying to now separate them and show that the two of them

3     have almost very little to do with each other.

4          The one overlap that I found was a communication -- one

5     possible overlap, and I'm not sure that it is, is one event,

6     which was a communication with robert199, where we don't know

7     what he talked, what he discussed with Robert.  He probably

8     discussed -- I think it was on June 2nd.  The event that you

9     mentioned had nothing to do with the iBacs operation because he

10    stopped all communication with iBacs on July 17th.  You are

11    referring to November.  So it could not have been part of the

12    iBacs operation.

13         So what I'm doing here is that I'm separating the two

14    operations and show that there is no overlap by looking at every

15    one of those events, and showing that the only event that might

16    be an overlap between those two operations is 1 out of 161, or

17    0.6%.  And the reason I include that is to give the government

18    the benefit of the doubt because I don't know what was discussed

19    between Mr. Elshinawy and robert199.

20    BY MR. SIMMS:

21    Q    Dr. Sageman, in your analysis, you make an observation

22    concerning Mr. Elshinawy's lies to the Federal Bureau of

23    Investigation.  What, if anything, did you find?

24         THE COURT:  I'm sorry, counsel.  I couldn't hear you.

25    What did they what?

1    Q    Mr. Elshinawy -- I was asking Dr. Sageman, he made an

2    observation, a conclusion concerning Mr. Elshinawy's lies to the

3    Federal Bureau of Investigation.  And that observation is on Page

4    23 of your report.  Please explain that observation and

5    conclusion.

6    A    Yes.  He certainly lied to the government about his past

7    plan to join the Islamic State and his past plan to carry out a

8    terrorist attack on its behalf.  But then soon he actually said,

9    yes, he accepted money to carry out an operation and gave the

10   individuals who sent him the money, namely iBacs, for the

11   government.  What he continued doing was to minimize his past

12   intent to go to Syria, join the Islamic State, and carry out a

13   terrorist operation in the United States.  But by the time that

14   the FBI came to the interview, he already had given up those

15   plans, as shown in the discovery material.

16           I strongly suspect that the reason he did not disclose

17   the full amount of money is that he simply did not have it and

18   did not want to give it back to the government.  But that's my

19   only speculation here.

20   Q    Dr. Sageman, what is the current state, if you know, of ISIS

21   today?

22   A    ISIS is rapidly disappearing as a physical entity in Syria

23   and Iraq.  They've lost their major strongholds, and you just

24   have a few minor places where they still, that they still hold,

25   and are in the process of losing them as well.

1          THE COURT:  Well, can I interrupt for one minute,

2    counsel?  Sorry.  So the recent tragic events in New York, with

3    the truck that killed all those people in lower Manhattan, was

4    that ISIS-related?

5          THE WITNESS:  It was somebody who did it on behalf of

6    ISIS, but it's not ISIS asking people, ISIS from Syria asking him

7    specifically to do that.  And what you have, especially in

8    Europe, you don't have it as much here, but in Europe, and

9    especially in France, and that's why I'm spending most of my time

10   in France lately, because that's really the trenches of the fight

11   against ISIS, they have about 2,000 people who have gone to Syria

12   and hundreds have come back.  So they need some help.

13         In France you have a mixture of people who have been,

14   of plots, of attacks that have been plotted in Syria, such as the

15   13 November 2015 attack that killed about 150 people.  But then

16   you also have loners who have no connection to ISIS and carry out

17   the attack on behalf of ISIS.

18         THE COURT:  Well, that was going to be my next

19   question.  Barcelona, for example.

20         THE WITNESS:  Barcelona, it seems like it was a bunch

21   of guys.  And that's kind of my technical terminology that I'm

22   famous for in terms of my analysis of terrorists.  It's an

23   informal group.  And those don't seem to have any connection, so

24   far that we know, to ISIS, but certainly did it on behalf --

25         THE COURT:  And that was my next question.  So if

1    somebody -- you're trying to suggest that the group or the

2    organization is considerably weaker than it once was.  But if in

3    the meantime it's managed to persuade in some way many people who

4    aren't physically in Syria or Iraq, what's the difference, if you

5    will?

6            THE WITNESS:  There's a big difference because some of

7    the attack directed, directly directed by ISIS, like the 13

8    November 2015 attack, the Bataclan attack, as they say in France,

9    killed over 150 people.  Most of the loners kill one or two

10   people.  So, I mean, in terms of quantity of victims, there are

11   much more serious attacks.

12           So what you have now is that with the elimination of

13   ISIS in Syria and Iraq, you're going to eliminate those attacks

14   directed from Syria or Iraq onto the west, whether it's in France

15   or in the United States.  But what you're not going to affect are

16   those loners who sympathize, identify with the victims in Iraq

17   and Syria and decided, and deciding to do things on their own on

18   behalf of Syria.

19           Now, those, I would put it to you, are a little bit

20   less dangerous but they, that will go on.  That will go on just

21   like it had in New York, but eventually it will fade.  But it

22   will take a few years, unless it's stimulated by a group in Syria

23   or Iraq.  That fashion, that way of thinking among young jihadis

24   will fade and they'll go to other things.

25           That doesn't mean that there won't be another group

1   that may arise.  It may.  But it won't be ISIS any more.  It

2   won't be Al-Qaeda any more.  It may be a different group that we

3   still don't know right now.  So I'm not saying that we're out of

4   the woods, but, but the situation will improve.

5          Now, in terms of this case, this case is very, very

6   different from other cases because this case seems to be directed

7   by ISIS.  And it happened in 2015, at the time that ISIS was at

8   its, the height of its power.  And the communication that we're

9   not privy to, because they were on telegram and I wasn't given

10  the transcript, and I'm not really sure that even the FBI has

11  this transcript, seems there has been a back and forth between

12  Mr. Elshinawy and ISIS to carry out an attack here.  But that

13  basically disappeared by the end of May and June, and he had

14  given up that idea by then.

15         But for two-and-a-half months, he was very dedicated to

16  carrying out an attack here in the United States.

17  BY MR. SIMMS:

18  Q   Dr. Sageman, in the final part of your report you talk about

19  dangerousness.  I want to confine my question to, really, that.

20  And could you explain dangerousness in the context of 2015

21  conduct.  I'm not going to ask you about future conduct.  But

22  could you explain --

23         THE COURT:  Mr. Simms, I did say that I didn't think

24  that would be appropriate.  But I'm interested now to know what

25  he would say.

Case 1:16-cr-00009-ELH   Document 190   Filed 01/03/18   Page 65 of 237

1    Q    Well, take my question first and, certainly, the Court's

2    question is the ultimate question.  But could you address what

3    you meant in that section of the report, sir?

4    A    Yeah.  Dangerousness is, you know, it's an issue in almost

5    any forensic psychiatric report.  Is this person dangerous?  What

6    should we do with that person?  But forensic psychiatry deals

7    with criminal cases, not terrorist cases.  And in criminal cases,

8    the way that most people assess dangerousness is through an

9    actuarial assessment of the person.  Is he part of this group,

10   part of that group, part of that group?  So what's the

11   probability of him being dangerous?  It's really the same as we

12   do in medicine.  This person has high blood pressure, you know,

13   heart disease, and so on.  What's his likelihood of dying?

14   That's what insurance companies use.  They use actuarial tables

15   to assess their risk when they take on an insurance candidate.

16        Here, it's kind of the same.  And the most significant

17   factor in criminal cases is past history of violence.  And Mr.

18   Elshinawy has no past history of violence.  He had multiple

19   speeding tickets.  He disregarded the law, such as driving

20   without a license.  He's involved in small crimes, such as heavy

21   cannabis abuse.  I don't know if he was a dealer or not.  I mean,

22   he didn't confess to any of that.  So there's no reason to

23   believe that he's dangerous in the criminal sense.

24        THE COURT:  Well, I guess I'm struggling with that one

25   because the first time someone commits an act is the first time.

1    At that point, they've not had a history.  So at some point it's

2    always the first, there's always a first time.

3              THE WITNESS:  Your Honor, with all due respect --

4              THE COURT:  I'm struggling to understand what you mean

5    by that.

6              THE WITNESS: -- I think that you're confusing terrorism

7    dangerousness with criminal dangerousness.  Criminal

8    dangerousness, this has been pretty well established that when

9    criminals are brought for a crime, you kind of look at their

10   background.  You don't do that in the guilt phase, but you

11   certainly do that in the sentencing phase of criminal cases.  And

12   if they have a long history, then you're going to give that

13   person a much longer sentence because they are dangerous.

14              Terrorism cases are very, very different.  And there,

15   you're right, because most terrorism violence is really a

16   first-time violence, and so there is no past history.

17              But as I demonstrate in my two books here, the

18   probability of violence is really contextual.  So it doesn't

19   really mean it' something of a characteristic, actuarial

20   characteristic of the person, but it very much depends on the

21   context.  So let me give you an example.

22              If you think you're a soldier for either your country

23   or a terrorist organization, you are dangerous because you're a

24   soldier, and that's what soldiers do.  Soldiers use violence to

25   protect their community.  And here, in the spring and summer of

1    2015, Mr. Elshinawy admitted, I'm a soldier for the Islamic

2    State.  At that time he was very dangerous.  But just like armies

3    in the west, when they get demobilized and they no longer think

4    of themself as soldiers, then they are less dangerous.  They

5    don't have, they don't shoot their gun.  They're not in the

6    battlefield.  And so if he doesn't think he's a soldier any more

7    for the Islamic State, then he is less dangerous because he's not

8    going to carry out the duties of a soldier.

9         So people kind of say, well, there is no profile for a

10   terrorist.  And they are right to a certain extent.  There is no

11   objective socioeconomic profile for a terrorist, the same way as

12   there's no socioeconomic profile for a soldier.  Anybody can join

13   either your own nation's army or a terrorist organization.  But

14   once you think of yourself as a soldier for your organization, at

15   that time you are dangerous.

16        And this is -- so there is no objective profile.  But

17   there certainly is a subjective profile.  Every terrorist who

18   carried out a terrorist organization thought of himself or

19   herself as a soldier for that terrorist organization.  So during

20   the summer -- I wouldn't say the summer -- during the winter and

21   spring of 2015, Mr. Elshinawy was dangerous and, indeed, he had

22   intent and he tried to actually carry out the terrorist

23   organization.  But once he gave up this idea of being a soldier

24   for the State, of being a mujahad, namely a soldier for Allah,

25   then he became less dangerous because he wasn't really going to

1    carry out any terrorist organization -- terrorist attacks.

2              And I must say that what happened in the spring and

3    summer of 2015, that was the height of the attractiveness of the

4    Islamic State for all Westerners and even from north Africans.

5    There are tens of thousands who went to Syria at that time to

6    join the Islamic State and to fight for them.

7              By 2016, over a year later, that became trickle.  And

8    now it is basically no one that goes there.  Nobody's attracted

9    for that, to them.  So in a sense, the times, the context is

10   becoming less dangerous and fewer people are volunteering to

11   become soldiers.

12             We are talking about tens of thousands in 2014/15.  Now

13   just maybe 10 people.  I mean, it really kind of increased

14   dramatically.  And we see that in Europe.  As a matter of fact,

15   people are coming back from Syria.  They don't really go to Syria

16   any more.  They're disillusioned.  They go back.  They're

17   disgusted.  And that's because they, you know, they know what the

18   Islamic State has done.  They don't want to fight other Muslims.

19   They are very disillusioned.

20             But within those -- and that's the vast majority --

21   there are some true terrorists, and that's really the challenge

22   for western Europe.  Not so much for us because we don't have

23   that problem, but for western Europe it's a huge, huge problem,

24   which is why I spend all of my time there advising them how to

25   deal with this problem.

CROSS EXAMINATION OF DR. SAGEMAN BY MR. CLARK                    69

1        MR. SIMMS:  Thank you, Dr. Sageman.  That concludes the

2   direct.

3        THE COURT:  Okay.  Well, then, why don't we --

4        MR. SIMMS:  May I approach the witness?  I have to

5   retrieve something.

6        THE COURT:  Why don't we take our mid-morning recess if

7   he's finished his direct.

8        MS. MANUELIAN:  Your Honor, could we ask for 20

9   minutes, because we do need to confer with our rebuttal expert,

10  Mr. Zelin, who's been in the courtroom.

11       THE COURT:  Twenty minutes.

12       MS. MANUELIAN:  Thank you.

13       THE COURT:  Okay.  We'll reconvene what everyone is

14  ready.  Madam Clerk, please let me know.  We'll stand in recess.

15       (Recess at 11:34 a.m. Resume at 11:56 a.m.)

16       THE COURT:  Cross examine.

17       CROSS EXAMINATION

18  BY MR. CLARK:

19  Q    Good morning, Dr. Sageman.

20  A    Good morning.

21  Q    Now, in your testimony on direct examination, you talked

22  about this Facebook conversation that you reviewed with Mr.

23  Elshinawy and his brother in which, based on which you, based on

24  that conversation you determined that he had changed his mind

25  about conducting an attack, is that right?

1    A    Yes.

2    Q    Okay.  And this was the conversation, I believe it was the

3    beginning of July 2015, where they talk about the story you

4    talked about on direct examination, right?

5    A    No.  That was about joining ISIS.

6    Q    This was, but the conversation that you're talking about

7    from Facebook was a conversation he had with his brother where

8    his brother told him this story about honoring your parents,

9    right?

10   A    That's correct.

11   Q    And based on your review of that conversation, you

12   determined that Mr. Elshinawy had changed his ideas about ISIS

13   and what he was going to do, is that right?

14   A    That conversation, plus the July 8th exchange.

15        THE COURT:  Could you pull the microphone down, please?

16   A    I'm sorry.  That conversation, and the July 8th exchange.

17   Q    And those were Facebook exchanges between Mr. Elshinawy and

18   his brother, Ahmed, right?

19   A    That's correct, yes.

20   Q    Now, when you interviewed Mr. Elshinawy, he didn't tell you

21   that he had changed his mind about ISIS based on that

22   conversation, right?

23   A    That's correct.

24   Q    Okay.  And so you're -- and you're aware that when the FBI

25   first interviewed him on July 17th, about nine days after that

1    conversation with his brother, he didn't tell them that that's

2    why, that he had changed his mind about ISIS, right?

3    A    That's right.  The 302 does not refer to that.

4    Q    Right.  But there's no evidence, from your perspective, that

5    he told the FBI that on July 17th, correct?

6    A    The 302 does not reflect that.

7    Q    And you saw the other 302s from three interviews over the

8    course of the next 10 days.  He didn't tell them that on any of

9    those interviews, either, right?

10   A    That's correct, yes.

11   Q    Then when you met with him just this year over the summer,

12   he didn't tell you that?

13   A    That's correct.

14   Q    And then when he -- and you're aware that he also didn't

15   tell investigators that in August of this year, correct?

16   A    The proffer, you mean?

17   Q    You've reviewed that and relied on that in your testimony

18   today, right?

19   A    Not, not as much.  I've seen it since I wrote the report.

20   Q    Okay.

21   A    But I don't recall that he mentioned anything about that in

22   that proffer.

23   Q    Okay.  Now, in your review of the Facebook records, you did

24   review, and reference in your report, other interactions that he

25   had with his brother besides that particular conversation,

1    correct?

2    A    Yes.

3    Q    And after that conversation on August 15th, you reference in

4    your report a conversation where Ahmed told Mr. Elshinawy that

5    Tamir had persisted in contacting him, right?  Is that correct?

6    A    Yes.

7    Q    Okay.  And that Mr. Elshinawy wrote to his brother that he

8    had severed any contact with Tamir because, quote, "everything

9    around me must be monitored by now", end quote, is that right?

10   A    Yeah.

11        THE COURT:  What's the date of that, counsel, again?

12   Q    August 15th of 2015.  So that's more than a month after the

13   conversations that you referenced, right?

14   A    Um-hum.

15   Q    He didn't say, "Tell him that I no longer believe in ISIS,

16   because remember we had that conversation?"  He didn't say that,

17   right?

18   A    No.  He just said that he was convinced with the

19   conversation that they had on July, on June 28th.

20   Q    No.  That's not what he said.  The conversation that you

21   referenced in your report says he told his brother that he had

22   severed contact with Tamir, quote, "because everything around me

23   must be monitored by now", end quote.  That's what you wrote in

24   your report.

25   A    We're talking about two conversations.  I'm talking about

1    the July 8th conversation.  You're referring to the August 15th,

2    yes.

3    Q    Yeah.  I'm talking to the conversation a month later, when

4    he's talking to his brother about Tamir.  And in that

5    conversation, he doesn't say anything about you convinced me that

6    I shouldn't join ISIS, right?

7    A    That's correct.

8    Q    Okay.  August 31st, two weeks after that, Ahmed wrote,

9    quote:  "Tamir keeps sending me peace be upon you, so I replied

10   saying that what is between you and my brother is something

11   related to religion that I do not agree with.  And I will not

12   help with something that I do not agree with."  End quote.  Do

13   you remember that conversation from Facebook?

14   A    Yes.

15   Q    Okay.  And that's August 31st.  That's a month and a half

16   after the conversation that you cite, right?

17   A    Yes.

18   Q    And that's, Mr. Elshinawy's brother, in that conversation,

19   doesn't say I told Tamir that we've decided we're not interested

20   in ISIS, right?

21   A    That's right.

22   Q    He says, I'm not interested in ISIS and I told Tamir that

23   what you and my brother have going on is your own business,

24   right?

25   A    Paraphrasing it, yes.

1   Q    Now, after that, on -- after that, Mr. Elshinawy replies to

2   Tamir, he says, quote:  "Tell him that Mohamed's cover has been

3   completely blown."  End quote.  Do you remember that quote?

4   A    Yes.

5   Q    Okay.  So --

6              THE COURT:  What's date of that one?

7   Q    That's also on August 31st.  So, again, not telling him, not

8   tell him "I'm not interested in ISIS, leave me alone", telling

9   him "my cover's been blown", right?

10  A    Yes.

11  Q    Okay.  And then in the following days, following that

12  conversation, there were several instances in which Mr. Mohamed

13  contacted his brother and kept asking his brother if Tamir had

14  responded, right?

15  A    Yes.

16  Q    Okay.  Now, you talked a little bit about -- okay.  You

17  talked a little bit about this, these conspiracies.  You're aware

18  that Mr. Elshinawy pled guilty to one conspiracy, right?

19  A    Yes.

20  Q    You're not disputing his plea, right?

21  A    No.  I thought that on direct I was very --

22  Q    Okay.

23  A    -- careful to --

24  Q    I just want to make sure that you're not disputing what he

25  pled to --

1    A    No.

2    Q    -- in front of this court?  Okay.  Now, you agree that, you

3    agreed that Mr. Elshinawy, during the course of this conspiracy,

4    felt that he was, felt that he was a soldier of ISIS, right?

5    A    At the beginning, yes.

6    Q    And as a result of that, you agree he was dangerous, right?

7    A    Yes.

8    Q    Now, the -- and the reason that you decide that that is

9    changed is because of that Facebook conversation on July 8th,

10   right?

11   A    Partly.

12   Q    Okay.  That's all, that's what you said in your report as to

13   why, why you have that change, is that right?

14   A    No.  I think my report elaborates on it a little bit more.

15   Q    Okay.  Well, we can look at the report.  If, if you were, if

16   you learned that Mr. Elshinawy was actually in jail in 2016,

17   telling people that he was with ISIS, that change your opinion

18   about whether he might still be dangerous?

19   A    No.  He likes to brag on things and he did that to me for

20   about six hours.

21   Q    So the fact that, if you didn't learn that in 2016, he was

22   bragging about being in ISIS, you still think that Facebook

23   conversation --

24           MR. TREEM:  Your Honor, I'm going to object.  Can we

25   approach, please?

1          THE COURT:  Approach the bench.

2          (Sealed bench conference on the record.)

3          THE COURT:  So as far as the last question, counsel,

4     would you be kind enough to repeat it for the record, if you can

5     remember, Mr. Clark, because I missed the answer?

6     BY MR. CLARK:

7     Q    Yes, Your Honor.  Dr. Sageman, I believe the last question

8     was if you learned that Mr. Elshinawy was in, was telling people

9     in 2016 that he was ISIS, would that change your opinion in this

10    case?

11    A    No.

12    Q    Just a moment of the Court's indulgence?

13         THE COURT:  Sure.

14         (Pause in proceedings.).

15         MR. CLARK:  No further questions, Your Honor.

16         THE COURT:  Any redirect?

17         MR. SIMMS:  Very briefly, Your Honor.

18         THE COURT:  Sure.

19         REDIRECT EXAMINATION

20    BY MR. SIMMS:

21    Q    Dr. Sageman, good afternoon.  Dr. Sageman, you were asked by

22    government counsel about questions concerning the interaction

23    with Mr. Elshinawy, between Mr. Elshinawy and his brother in

24    August of 2015.  Do you recall those questions?

25    A    Yes.

1    Q    Okay.  Those conversations in August of 2015 occurred after

2    Mr. Elshinawy was interviewed by the FBI in July of 2017 (sic),

3    is that correct?

4    A    Yes.

5    Q    Okay.  And would it be fair to say in July of, July 17 of

6    2015, Mr. Elshinawy gave a statement to the FBI, is that correct?

7    A    He gave four statements.

8    Q    Okay.  And did he inculpate himself in the statement of July

9    of 2015?  Did he make admissions in his statement?

10   A    In the very first interview, he did.

11   Q    Okay.  And to your knowledge, were you provided any

12   information concerning the conversations with the brother in

13   early July, in June of 2015, that they were monitored in any way?

14   Did the persons talking know that they were monitored, to your

15   knowledge?

16   A    I think you have a certain level of paranoia when you do

17   something wrong and you assume that you may be monitored.  But

18   they don't know whether they're monitored or not.

19   Q    But you were provided no information that Mr. Elshinawy and

20   his brother knew that they were being monitored when they spoke

21   in June and July of 2015?

22   A    I think that they assumed they were being monitored

23   afterwards.  I'm not sure whether they knew that they were

24   monitored before the FBI interview.

25   Q    Thank you, Doctor.

1          THE COURT:  Anything in light of the questions on

2    redirect?

3          MR. CLARK:  No, Your Honor.  Thank you.

4          THE COURT:  I have a question, Dr. Sageman, and it

5    might be, actually, a few questions, to try to make it as clear

6    as possible.

7          In your report at Page 2, you characterize the

8    defendant as a serial failure in any enterprise he attempted.  On

9    Page 22 of your report, in Footnote 8, you acknowledge your own

10   lack of expertise in the field of technology.  I'm sure many

11   people could relate to that of a certain generation.

12         But I wanted to ask you, when you say he's a serial

13   failure, the government's contention would be that the defendant

14   made use of very sophisticated technology to basically hide from

15   detection:  Proxy servers, TOR.  All sorts of things are

16   referenced.  And I guess with understanding that the defendant

17   was very successful in using encryption, allegedly deleting

18   information, that it remains totally unavailable to the

19   government, how does that characterize someone who's a failure?

20   It seems to me that takes a lot of talent.

21         THE WITNESS:  Yes.  I agree with you.  But you have to

22   understand that when he loaded all that software on his computer,

23   it's a little bit like me asking a computer tech guy, looking

24   over my shoulder and saying, what do I do?  And he actually

25   guides me all the way to actually do it.  Would I be able to

79

1    reproduce it by myself?  No.  But having somebody guide you

2    through it, as he did in this case, because he downloaded, I

3    believe, Telegram, and through the Telegram he actually spoke to

4    this, the guy in Syria, as he talks about him during the proffer,

5    and this fellow guided him all the way to do all of that.

6         But in terms of all his life goals, you know, twice in

7    Egypt, three times in the United States, the highest he did was

8    getting a government job that probably his parents got for him,

9    and here was basically delivering pizza and newspapers.  So

10   that's what I mean by serial failure.  He basically was failing

11   after a year and a half and kind of went back to the other

12   country to kind of start anew, but then fell again, went back.

13        This is five different episodes in, in about seven

14   years.  And that's what I mean by serial failure.

15        And then when you want to carry out an attack, he

16   started smoking marijuana and the sin interfered with his plans,

17   and he kind of give up.  Once the temptation of the $3,000 was in

18   his hand, he couldn't help himself but buy a couch, pay his rent,

19   do repairs to his car.  He -- and after that, I guess he was

20   afraid of what the Islamic State would do to him, which is he

21   avoided them completely in terms of communications.  Even avoided

22   Tamir's communications.  Just kind of a brief greeting.

23        So you can see that even the pattern of communication

24   changes abruptly around May of 2015.  And this is very consistent

25   to what he said at his proffer, that he had stopped communicating

1     with them for at least weeks or months prior to the FBI

2     interview.

3              And so you have to look at the totality of the

4     evidence; namely, stopping the communication with the guy in

5     Syria and Tamir, the use of the money to buy furniture, car

6     repairs, even telling his brother that he had given up.  I think

7     he did that in his communication of, I think June 15th.  He said

8     I was going to go, that is to Syria, and I had plans in place,

9     that can be said, but my mother is coming and I decided -- that's

10    exactly what happened.

11             So you can see that it's confession to his brother,

12    that there was something very serious.  But he gave it up.

13             THE COURT:  I'm not sure that was particularly

14    responsive to my question, but thank you.

15             THE WITNESS:  But in terms of, he was guided all the

16    way.  That's why he was able to download and --

17             THE COURT:  But my question was about your

18    characterizing him as a failure when it seems to me that he was

19    quite sophisticated in his, even people who know about technology

20    don't know some of the things he apparently knew with regard to

21    encryption, ability to bypass the hard drive, that sort of thing.

22             THE WITNESS:  But, Your Honor, he did that under

23    guidance of the guy in Syria.  He was constantly with him on

24    Telegram to do that.

25             THE COURT:  Well, I read most of everything that's been

1    presented and I don't remember every step of the way that he was

2    guided by anybody.  There were some conversations about what to

3    do.  And some of them came from the defendant to other people,

4    telling them to make sure to protect, delete the communications.

5         That said, I was trying to juxtapose your assertion in

6    a footnote where you're acknowledging you wouldn't have an

7    appreciation for someone's sophisticated technology skills versus

8    your claim that he was a failure, which didn't seem to me to

9    necessarily go together.  So you meant a failure in some

10   respects.  The rest of your answer seemed to be nonresponsive.

11        But does anyone have any questions in light of the

12   Court's?

13             MR. CLARK:  No, Your Honor.

14             MR. SIMMS:  No, Your Honor.

15             THE COURT:  Thank you, then.  Dr. Sageman, thank you

16   very much.

17             THE WITNESS:  Thank you.

18             MR. TREEM:  Your Honor, can we approach on one

19   procedural matter?

20             THE COURT:  Yes.  And the witness is excused, is that

21   right?  Wait.  Don't go too far.

22             (Sealed bench conference on the record.)

23             THE COURT:  And you can remain in the gallery if you'd

24   like, sir.

25             THE WITNESS:  Thank you.

1          THE COURT:  Who's next?  Should we turn now to the

2   government's case or do you have --

3          MR. TREEM:  We don't have another expert Your Honor.

4          THE COURT:  That's fine.  Then let's turn -- it is

5   government's burden, and we were just trying to accommodate Dr.

6   Sageman.  So now we'll turn to the government's case.

7          MR. CLARK:  Yes, Your Honor.  The government would call

8   Aaron Zelin.

9            AARON ZELIN, GOVERNMENT'S WITNESS, SWORN

10         THE WITNESS:  Yes.

11         THE CLERK:  Thank you.  You may have a seat.  Adjust

12  that microphone.  Please state and spell your full name for the

13  court, please.

14         THE WITNESS:  It is Aaron Zelin.  A-A-R-O-N.

15  Z-E-L-I-N.

16         THE CLERK:  Thank you.

17         DIRECT EXAMINATION

18  BY MR. CLARK:

19  Q    Good afternoon, sir.

20  A    Good afternoon.

21  Q    Your Honor, permission to approach with an exhibit?

22         THE COURT:  Sure.

23  Q    Mr. Zelin, I'm showing you what will be marked as Government

24  Exhibit 19.  Do you recognize that?

25  A    Yes.

1   Q    And what is that?

2   A    It's my resume.

3   Q    Okay.  And generally, what do you do for a living?

4   A    I'm a researcher at a think tank in Washington, DC.

5   Q    What's the name of the think tank?

6   A    The Washington Institute for Near East Policy.

7   Q    And what sort of work do you do at the Washington Institute?

8   A    I primarily do research on Arab jihadi groups in Syria,

9   Tunisia and Libya.

10  Q    How long have you been with the Washington Institute?

11  A    More than five and a half years.

12  Q    And during the course of your time with the Washington

13  Institute, do you publish papers and reports on related issues?

14  A    Yes, I've done a number of them.

15  Q    Okay.  Do you also, are you also involved in speaking

16  engagements?

17          THE COURT:  I'm sorry, counsel.  In what?

18  Q    In speaking engagements?

19  A    Yes.  I've briefed people in government.  I've talked at

20  universities, as well as think-tank events.

21          THE COURT:  Counsel, I'm sorry to interrupt.  I just

22  want to keep the exhibits clear.  So I just want to make sure.

23  You just called this Exhibit 19.  Does that correspond to what

24  you've given to the Court before trial?  I mean, before the

25  hearing with your exhibits?  This will be the same exhibit as

DIRECT EXAMINATION OF AARON ZELIN BY MR. CLARK                84

1    your, that went with your sentence, initial sentencing

2    memorandum?

3              MS. MANUELIAN:  Yes.  We're just keeping them in order,

4    Judge.

5              THE COURT:  Okay.  Thank you.  Just wanted to be clear.

6    BY MR. CLARK:

7    Q    Now, in addition to your work at the Washington Institute,

8    are you familiar with something called Jihadology?

9    A    Yes.  That's the website I run.

10   Q    Okay.  And what is Jihadology?

11   A    It's mostly a primary source archive for documents from

12   Al-Qaeda, the Islamic State, ideologues, and associated movements

13   so that myself, as well as other researchers, can access the

14   content directly from these groups.  So this is primarily stuff

15   in Arabic.  But, you know, they also put out stuff in English,

16   French, German, and some other languages, too, but mostly Arabic.

17   Q    Now taking a step back.  What's your educational background?

18   A    I got my BA at Indiana University Bloomington in 2008 in

19   political science and Near Eastern languages and cultures.  I got

20   my MA from Brandeis University in 2010 in Islamic and Middle

21   Eastern studies.  And I actually just defended my Ph.D.

22   dissertation this past Friday from the War Studies Department at

23   Kings College of London.

24   Q    So I take it that's not in this resume?

25   A    No.  That resume is dated now since I'm no longer ABD.

1    Q    You're now a Ph.D.?

2    A    Yes.

3    Q    Congratulations.

4    A    Thank you.

5    Q    Now, in addition to -- following your education and your

6    Master's, what did you do before joining the Washington

7    Institute?

8    A    I worked for two years with a professor in the Politics

9    Department at Brandeis University.  And she had a project called

10   the Western Jihadism Project where it essentially looked at

11   individuals that got involved in groups like Al-Qaeda and, of

12   course, more recently the Islamic State since the early to

13   mid-1990's.  And it's a database of individuals from the US,

14   Canada, western Europe, and Australia.

15   Q    And you were involved in creating and maintaining that

16   database?

17   A    Yes.

18   Q    Prior to coming here today, have you previously been, acted

19   as an expert witness in terrorism cases?

20   A    Yes, I have, in the Southern and Eastern Districts of New

21   York, as well as in Massachusetts.

22   Q    And in those cases were you qualified as an expert in Middle

23   Eastern terrorism?

24   A    Yes.

25   Q    Your Honor, we'd offer Mr. Zelin as an expert in terrorism

```
 1   and jihadi groups.

 2             MR. TREEM:  Your Honor, may I voir dire?

 3             THE COURT:  Sure.  Can I see the resume?  Did you say

 4   19, Mr. Clark?

 5             MR. CLARK:  Exhibit 19, yes.

 6             THE COURT:  I don't have a 19.

 7             MS. MANUELIAN:  Your Honor, we're offering it now.  We

 8   didn't include it.

 9             THE COURT:  That's why I've been searching.  That's why

10   I was asking do these correspond.  I'm sorry.

11             MR. CLARK:  My apologies.

12             THE COURT:  Thank you.  Go ahead, counsel.  Whenever

13   you're ready.

14             MR. TREEM:  Thank you.

15             THE COURT:  So I do have one quick question.  I thought

16   you said your undergraduate work was at the University of

17   Wilmington.

18             THE WITNESS:  No.  I said Indiana University

19   Bloomington.

20             THE COURT:  Oh, well --

21             THE WITNESS:  Sorry.  I sometimes speak too quickly.

22             THE COURT:  And I was going to ask you.  It doesn't

23   match.

24             THE WITNESS:  No, no.

25             THE COURT:  Bloomington.  Not Wilmington.
```

1          THE WITNESS:  No.  I'm a Hoosier for life.

2          THE COURT:  Okay.  Thank you.

3          CROSS EXAMINATION (On Voir Dire)

4  BY MR. TREEM:

5  Q    Mr. Zelin, you just had your, just presented your

6  dissertation to the, the institution in the UK?

7  A    Yes.  I defended my Ph.D. in front of the examiners in the

8  past.

9  Q    Still haven't gotten your Ph.D.?

10  A    I mean, it's technically, yes.  I just have to submit it

11  officially to the university now.  But for all intents and

12  purposes.

13  Q    Congratulations.

14  A    Thank you.

15  Q    Now, you haven't written any books on terrorism, have you?

16  A    No.  But my Ph.D. dissertation will be a book forthcoming.

17  Q    Well, you haven't written it yet?

18  A    Well, the dissertation is a book.  It just needs to be now

19  published.

20  Q    And what was the title of your dissertation?  We don't have

21  that in your resume.  What was it?

22  A    Your Sons Are At Your Service:  Tunisia's Missionaries of

23  Jihad.

24  Q    So it's about, focused on topics in Tunisia?

25  A    Yes.  That's what my Ph.D. is on.

1    Q    In fact, your study of terrorism focuses on Tunisia and

2    Northern Africa and this area in Syria and the Middle East?

3    A    Yeah, a lot of it does.

4    Q    Okay.  And, in fact, when you testified in the proceeding in

5    New York, earlier this year -- bear with me for a moment.

6    A    In the El-Gammal trial?

7    Q    Yes.  Yes.  In the El-Gammal trial.  You, in fact, said that

8    your primary work covers the Middle East and North Africa?

9    A    Yes.  That's true.

10   Q    Okay.  And, in fact, you mention that you testified, I

11   believe you said you testified in Congress?

12   A    Yeah.  Twice, I have.

13   Q    Right.  And that was in 2015, you testified about Tunisia's

14   fragile democratic transition?

15   A    Yes.

16   Q    And in 2013, on the terrorist threat in North Africa before

17   and after Benghazi?

18   A    Yes.

19   Q    And, in fact, your entire, the research that you've done

20   that's described in your resume, which we'll get to in a minute,

21   is primarily related to that region, Tunisia, and Syria and Libya

22   and the Sunni jihadi groups in the Arab world?

23   A    Yeah.  Most of it is.

24   Q    Okay.  Now, you've got a very lengthy resume about

25   publications and other, and conference papers and invited

1    lectures.  That goes on for pages and I don't want to go through

2    it in a great detail.  But can you identified in your resume

3    anything that you have written about ISIS?

4    A    Yeah.  Lots.

5    Q    Okay.  Can you help me out here?

6    A    Sure.  Let's see.

7           THE COURT:  Well, there's one called The Rise of ISIS,

8    Remaining and Expanding.

9    A    Yeah.  I mean, the most recent, peer-reviewed publication,

10   academic journal, is about the Islamic State's media output,

11   picture, it didn't happen, a snapshot of the Islamic State's

12   official media.  I mean, I would say probably 40 to 50% of what

13   I've written is about the Islamic State, and especially over the

14   last few years, probably even more.

15   Q    But that all focuses, for the most part, as you said, in

16   Syria and the Middle East?

17   A    Yes, because that's where the groups are based, but they

18   also have linkages to other areas of the world.

19   Q    Okay.  But your resume indicates that you've done very

20   little in the way of -- well, you've done nothing in the way of

21   publications, as I can see, this year.  Is that accurate?

22   A    Well, I think it's an older copy of my resume.  I have

23   written stuff this year.

24   Q    Okay.  And can you point us to anything in particular?

25   A    I mean, I don't have my updated resume in front of me, off

1    the top of my head.  So --

2    Q    Have you ever, have you ever -- so the degree you have,

3    though, is a BA in political science from Indiana University?

4    A    In Near Eastern Studies.

5    Q    Well, I was going to get to that.  Okay.  And you've got a

6    masters from Brandeis in the Department of Islamic and Middle

7    Eastern Studies, right?

8    A    Yes.

9    Q    Okay.  So you, you have no Ph.D. in sociology?

10   A    Well, War Studies Department is interdisciplinary, so you

11   can use any particular methodology you would like.  But no, I

12   don't have a degree in sociology.

13   Q    Well, just answer the question.  Then if you need to answer

14   it, you can.

15   A    Sure.

16   Q    Okay.  But you don't have a Ph.D. in sociology?

17   A    No.

18   Q    Okay.  Are you familiar with any of the sociological methods

19   by which sociologists come to their conclusions?

20   A    Not particularly.  I mainly use political science methods

21   and historical methods.

22   Q    And you do that, and in that vein you compare, make

23   comparisons between the subjects of your studies?

24   A    Yes, sometimes.  Or it could just be one particular case

25   study.

CROSS EXAMINATION ON VOIR DIRE OF AARON ZELIN BY MR. TREEM      91

1    Q    You also said that you do jihadology.  That's a --

2    A    It's my web site, yes.

3    Q    It's essentially a library, isn't it?

4    A    Yeah.  In some ways.

5    Q    And what you do is you just collect articles that are

6    written by others?

7    A    Well, it's primary source material from the jihadist groups

8    themselves.  I mean, I do post an articles-of-the-week feature

9    where I highlight other people in the field and what they've

10   written that I think is interesting or good.  But most of the

11   content of my website is actually primary source content.

12   Q    And primary source, what you said is something that's out in

13   the field --

14   A    It's --

15   Q    -- published by ISIS?

16   A    Yeah.  It's the content that the groups themselves put out,

17   which is an important way of studying these organizations.

18   Q    Your Honor, I'll, I will submit.  The rest of this goes to

19   the weight.

20         THE COURT:  Okay.  I was just curious.  What exactly is

21   your Ph.D. in?  I see you got it at the Department of War

22   Studies.  But what is the field?

23         THE WITNESS:  Like I said, the main methods I use are

24   political science and historical methods.  So --

25         THE COURT:  I wasn't asking methods.  I was asking is

CONTINUED DIRECT EXAMINATION OF AARON ZELIN BY MR. CLARK          92

1    there, is it a degree in war studies?

2              THE WITNESS:  Yes.

3              THE COURT:  Is it a degree in --

4              THE WITNESS:  Yes.  That's what the department is

5    called.  It's an old name because, you know, it's from when the

6    British used to have an empire.  But it's essentially like

7    international relations, foreign affairs, political science type

8    degree.

9              THE COURT:  But the field itself is a department?

10             THE WITNESS:  Yeah.  That's what it's called, the

11   Department of War Studies.  So when I get my diploma in the mail,

12   it will say a Ph.D. in War Studies.

13             THE COURT:  War studies.  Okay.  And, counsel, you've

14   offered him as an expert in exactly what?

15             MR. CLARK:  As a terrorism expert, in terrorism and

16   jihadi groups.

17             THE COURT:  And there's no objection?

18             MR. TREEM:  No, Your Honor.

19             THE COURT:  Received.

20             CONTINUED DIRECT EXAMINATION

21   BY MR. CLARK:

22   Q    Mr. Zelin, as part of your work, both at the Washington

23   Institute and with Jihadology, do you track terrorist attacks

24   that occur in the US and elsewhere?

25   A    Yes, I do.

CONTINUED DIRECT EXAMINATION OF AARON ZELIN BY MR. CLARK    93

1   Q    And as part of that, are you, are you familiar with the

2   individuals who commit those attacks?

3   A    Yes.

4   Q    Are you also familiar, as part of your work, you review the

5   work of others who are doing similar tracking efforts?

6   A    Yeah.  That's part of the academic enterprise, to keep up

7   with the latest literature.

8   Q    Based on, based on your work and your expertise in the area,

9   are you aware of any particular profile of those who commit

10   terrorist attacks?

11   A    No.  That's one of the consensuses that you've seen within

12   the field, actually, is that you find people that join Al-Qaeda,

13   ISIS from all walks of life, whether rich or poor, educated, not

14   educated well, you know, well off economically or not.  From all

15   races and creeds, whether they grew up Muslim, whether they're

16   converts, you know.  They come from everywhere.

17   Q    Are there, among that group, were there people who have

18   criminal backgrounds?

19   A    Yes.

20   Q    And are there people who don't have a criminal background?

21   A    Yes.

22   Q    Now, is the idea of sort of a criminal background or

23   tracking a history something that you've seen ISIS actually using

24   as part of their recruiting?

25   A    Yes.  They actually have, over the last few years, it's

1    something that they see as a positive in some ways because they

2    view it so that an individual that joins up with a group or acts

3    on their behalf are inspired, sort of redeem themselves for past

4    errors in their own lives.  You know, one of the quotes that

5    they've used is that, you know, some of, you know, if you've been

6    bad in the past, you can be good in the future, something along

7    those lines.

8              And they've even highlighted in their own video

9    messages and propaganda about individuals that came from, you

10   know, more meager backgrounds and now are seen as like these

11   super soldiers.  There's this case of a Canadian who is in a

12   video who had been a janitor previously and now he was, you know,

13   talking about all these great things he was doing against their

14   enemies in Iraq and Syria.  So, you know, there's a saying that a

15   Belgian security official always talks about these individuals

16   going from a zero to a hero.  So just because you might have that

17   background previously as a criminal or maybe haven't really

18   gotten anything going on in your life, through the Islamic State

19   you can turn that around.

20   Q    And why, I guess why is that something that they've

21   particularly highlighted in their recruiting efforts?

22   A    I think it's because it's a way for them to recruit people

23   that they can exploit in some ways, but also because some people

24   with these criminal backgrounds might have useful skills in

25   relation to security, as well as doing attacks, possibly.

CONTINUED DIRECT EXAMINATION OF AARON ZELIN BY MR. CLARK          95

1    Q    Now, as part of your work in terms of looking at some of

2    these primary sources, are you familiar with, I take it you're

3    familiar with some of the recruiting calls that ISIS puts out

4    there?

5    A    Yes.

6    Q    Now, historically, in the past, did ISIS actually promote,

7    promote the idea of people traveling to Syria and Iraq to fight

8    with them in the Middle East?

9    A    Yes.  When they really came into Syrian force in April 2013,

10   they really had a lot of, most of their messaging at that point

11   was geared towards foreigners joining up with the group and

12   coming over to come to Iraq and Syria.

13   Q    Okay.  And at some point did that, did that message change?

14   A    Yeah.  You actually saw it in an infamous speech now by Abu

15   Mohamed Al-Adnani, who has since been killed in a drone strike.

16   Q    Take a step back.  Who's that?

17   A    Abu Mohamed Al-Adnani.  He was the official spokesperson and

18   he was also the head of external operations for the Islamic

19   State.  He was killed a little more than a year ago now, though.

20   But back in September 2014, he put out an audio message.  In it

21   he discussed the change in call for those that were from western

22   countries in particular, that they should not necessarily join up

23   with a group in Iraq and Syria any more, but instead conduct

24   terrorist attacks in their own home countries.  And he discussed

25   that it didn't matter how big or how small it was, but as long as

CONTINUED DIRECT EXAMINATION OF AARON ZELIN BY MR. CLARK        96

1    they do something on behalf of IS, that it would be something

2    good for their cause.

3    Q    Is that, has that pitch by ISIS sort of continued since that

4    peach?

5    A    Yeah.  It's been much of their focus, especially in western

6    countries, since then.  Prior to that speech, you really didn't

7    see too many attacks in western countries that were associated

8    with IS.  But since September 2014, the number and pace has

9    picked up and continued relatively more or less the same since

10   then.

11   Q    Now, just to, I guess, sort of be clear.  Now, since that,

12   since September 2014, has ISIS, is ISIS, has there, I guess,

13   success in the Middle East changed?

14   A    Yes.  As Dr. Sageman mentioned, the group has, you know, not

15   done as well and they don't have as much territorial control any

16   more.  They only control some areas on the border between Iraq

17   and Syria on both sides now.

18   Q    How does that affect their ability to inspire attacks

19   elsewhere in the world?

20   A    It hasn't changed too much since they're still able to put

21   out propaganda.  I mean, just the other day they started putting

22   out propaganda about attacking Christmas markets and other things

23   during the holidays in western countries.  So it continues to try

24   and inspire people to do something.

25   Q    When you say propaganda's, what do you mean?

1    A    They put out magazines, they put out statements, they put

2    out media releases about reports and what they're up to.  Video

3    messages, exploring their military operations, but also political

4    events and attacks or plots that have happened in western

5    countries as well.

6    Q    Are these the kind of things that require significant

7    territory or significant resources?

8    A    No, not necessarily.  Especially if they've relocated their

9    media operations outside of Iraq and Syria, which some within the

10   field suggest they might have done to southern Turkey so they

11   would be more safe.

12   Q    Now, the types of -- well, I guess take them, taking it a

13   step beyond that.  If ISIS were completely defeated in Syria and

14   Iraq, would your opinion be that that would, that would stop the

15   terrorist attacks in the west?

16   A    No, not necessarily.  I mean, you still see people citing

17   Abdullah Azzam, who is the forebear of the movement in

18   Afghanistan, and you cite see it today, let alone more recent

19   people, such as Bin Laden or Anwar Al-Awlaki, and even as I

20   mentioned, Adnani, who was killed now maybe 15 months or so ago.

21   He's still being cited by all the group, as well as by supporters

22   of the group.

23   Q    So the propaganda, the videos that they regularly put out,

24   has that allowed these people who, even after they've been

25   killed, still continue to still inspire attacks in the west?

1   A    Yes.  They still have a voice.

2   Q    Now, based on the work you've done, the review you've done

3   of attacks that have occurred outside of Syria and Iraq, have you

4   determined anything about whether, about the ability to predict,

5   predict who may or may not commit an attack?

6   A    No.  That's one of the more difficult things.  I mean, one

7   case in particular in this country, I think most people know

8   about, is the Omar Mateen case, where the FBI or local law

9   enforcement were assessing him, and they ended up dropping the

10  case because they didn't see any evidence that he was going to do

11  something.  And then, of course, he ended up doing the attack.

12  So even those whose job it is to protect citizens and, you know,

13  their job 100% of the time, they even make mistakes.

14       So it's difficult to know specifically if somebody's

15  going to do something.  And one of the things that has happened,

16  especially in Europe, is that whenever there's been one of these,

17  you know, types of attacks, whether with these cars or stabbings

18  or others, is that in the media afterwards you always hear that

19  law enforcement knew about the individual ahead of time but,

20  obviously, the person hadn't been arrested.  And part of that is

21  due to resources, but also because of assessments that they make

22  about individuals.  So it's very difficult to predict who's going

23  to do something or not.

24  Q    And the, the attacks that are sort of inspired attacks that

25  are committed in the west, do these, I mean, do these generally

CONTINUED DIRECT EXAMINATION OF AARON ZELIN BY MR. CLARK          99

1    require significant planning or resources?

2    A    Not necessarily.  I mean, as was discussed earlier about the

3    attack in New York, it just took a car or truck.  And we've also

4    seen stabbing attacks, too.  Of course, if, you know, a group

5    directs the attack or there's some type of enabling through

6    people coaching them up, the attacks can be more deadly.  But at

7    the end of day, it doesn't take necessarily a lot to kill people

8    if somebody's really willing to do it.

9    Q    No further questions, Your Honor.

10            THE COURT:  Cross examine.

11            MR. TREEM:  Your Honor, it's 1:00.  Can we break for

12   lunch?  Do you want me to start?

13            THE COURT:  You were thinking of getting lunch?

14            MR. TREEM:  No, I was thinking of working through it.

15   But I thought maybe you would like to get some lunch.

16            THE COURT:  Just doublechecking.  No.  The Court

17   usually works through lunch, but we will take a break.  It's a

18   good point in time.  Okay.  So 2:00, is that enough time?

19            MR. CLARK:  Yes, Your Honor.

20            THE COURT:  Does that work?

21            MR. TREEM:  Yes.  Can we approach on one thing?

22            THE COURT:  Sure.

23            (Sealed bench conference on the record.)

24            THE COURT:  We'll stand in recess until 2:00.

25            (Luncheon recess at 1:02 p.m. resume at 2:05 p.m.)

1          THE COURT:  Good afternoon.  All right.  Next witness.

2          CROSS EXAMINATION

3     BY MR. TREEM:

4     Q     Thank you, Your Honor.  Mr. Zelin, I promise I won't be

5     long.  Just one thing I forgot to ask you earlier today.  It's

6     correct, is it not, that you've never interviewed a terrorist

7     personally?

8     A     I have.

9     Q     You have?  When did you do that?

10    A     As part of my Ph.D. research in Tunisia.

11    Q     When did you do that?

12    A     In February and August, September 2013.

13    Q     February, August, September of 2013?

14    A     Yeah.

15    Q     And under what circumstances did you do that?

16    A     Could you be more specific?

17    Q     Yeah.  I mean, how did that come about?

18    A     I have friends that are Tunisian, and it's a small country.

19    And because a lot of people in Tunisia that have gotten involved

20    with it, I was able to get connected to some people they knew

21    from high school.  And we met and we talked for a few hours or

22    so.

23          THE COURT:  So is it the same person each time?

24          THE WITNESS:  No.  There is maybe five, six, seven

25    people I talked to.  And then I've talked to individuals online

CROSS EXAMINATION OF AARON ZELIN BY MR. TREEM 101

1    as well that have been in Syria.  But, of course, that's not in

2    person, so it is different.

3    BY MR. TREEM:

4    Q    And with respect to your four-page report that you've

5    alluded to, when, when did you prepare it?

6    A    I prepared it a few weeks ago.

7    Q    A few weeks ago?

8    A    Yes.

9    Q    Because there's no date on it.  That's why I was asking.

10   A    Okay.  Yeah.  I think it was like when I sent, on November

11   20th or something like that.  It was before Thanksgiving.  It was

12   like right before Thanksgiving.

13   Q    And when was it that you were commissioned by the government

14   to prepare it?

15   A    After Dr. Sageman's report was sent to them.

16   Q    Okay.  So you had Dr. Sageman's report?

17   A    Yes.  I've read it.

18   Q    And did the government give you any other information to

19   review in preparation, in preparing to write your report?

20   A    No.

21   Q    No?  So you didn't have the FBI 302s?

22   A    No.

23   Q    You didn't have transcripts of the FBI interviews with Mr.

24   Elshinawy?

25   A    No.

1    Q    You didn't have the information about iBacs, the financing

2    company in Manchester, England?

3    A    I think I had a copy of one of the court documents related

4    to it, but not like specific information.

5    Q    But the document, the actual documents?

6    A    No, no, no.

7    Q    Nothing, nothing like that?  Okay.

8    THE COURT:  What was your assignment?  Because the way

9    your report is written -- and, for the record, that would be

10    Government Exhibit 17 -- you give a little, few lines on your

11    background and then you sort of launch into a discussion.  But

12    there's no topic.  There's nothing that indicates exactly what

13    you were discussing.

14    THE WITNESS:  It was more issues that I wanted to

15    address that I thought were different than how Dr. Sageman

16    analyzed it in his own report.  So I wanted to clarify a few

17    things based off of other academic literature that's been written

18    about it, but also what the Islamic State and jihadi groups have

19    said that contradicted some of the assessments that were made.

20    THE COURT:  In other words -- well, his report is 25

21    single-spaced pages, roughly.

22    THE WITNESS:  Yeah, but, I mean --

23    THE COURT:  And so when you say you're responding to

24    his report, could you just be more specific?  His report covers a

25    lot of topics.  What topic were you seeking to clarify?

1          THE WITNESS:  I was seeking to clarify some questions

2     related to whether there was, you know, a single profile for an

3     individual that got involved, things related to whether

4     individuals with criminal backgrounds have joined up with these

5     groups.  Sort of the redemptive narratives that IS uses to

6     recruit these people in relation to that.  Also about, you know,

7     how it isn't necessarily that difficult to do an attack if

8     somebody really wanted to, among other things.

9          Of course, I don't remember every single word in there

10    off the top of my head right now.  I need it in front of me.  But

11    that's like the main --

12         THE COURT:  Well, I wasn't asking that.  I just wanted

13    to have sort of a theme, like exactly what question or questions

14    were you actually trying to address here.  Because --

15         THE WITNESS:  I mean --

16         THE COURT:  -- you don't say, for example, I was asked

17    to address X, Y and Z.  It just sort of launches into a

18    discussion about individuals who get involved in jihadism.

19    That's your first sentence under --

20         THE WITNESS:  Yes.  I mean, yeah, that is the first

21    sentence.

22         THE COURT:  Well, is that what you're trying to talk

23    about, is trying to address --

24         THE WITNESS:  I was trying to address some of the

25    questions that came up in the discussions with the prosecution

1     when reading the report that Dr. Sageman did.  And then I just

2     wrote about it in response, and that was my answer.  So I was

3     addressing issues, as I just mentioned, related to profiles,

4     related to criminality, related to redemptive narratives, related

5     to whether people get involved, need a lot of resources

6     necessarily to do it.  Whether there's a predictability about

7     people and what they might do with their actions, as I mentioned

8     in my, in the beginning of the direct, in terms of, you know, law

9     enforcement not being able to predict one way or the other if

10    somebody might cause harm to somebody in the future, as we've

11    seen where they have done interviews before and then decided that

12    the person wasn't dangerous, and then the person actually ended

13    up doing an attack.

14            It was more responding to some of the themes and

15    assessments that Dr. Sageman wrote about in his report.  That's

16    all.  I guess I could have maybe been a bit more clear about the

17    particular questions I was answering, but I apologize about that.

18            THE COURT:  All right.  I was just seeking

19    clarification for that reason.  Okay.  Thank you.

20    BY MR. TREEM:

21    Q    Mr. Zelin, and how long did this process take you?  How long

22    was it that it took you to write your report?

23    A    I don't know off the top of my head.  Maybe a couple days.

24    Q    A couple of days?  Well, I'm sure it didn't take you 48

25    hours.

1    A    No, it didn't take 48 hours.  But, I mean, I wasn't like,

2    hadn't had a timer in front of me when I was writing.

3    Q    Okay.  But I assume you're getting paid for your time,

4    aren't you?

5    A    Yeah.

6    Q    So how are you calculating how much --

7    A    I mean, all right.  If I maybe, I don't know, two, three,

8    four hours, something like that.  I'm very familiar with the

9    propaganda and academic literature on these topics, so it's not

10   as if I need like --

11   Q    I'm trying to find out how long.  That's all.

12   A    It's not as if I need to, like, dig deep.  I already know a

13   lot of this stuff in my head.

14   Q    That's fine.  I get it.  But with respect to what you cull

15   out for your report, I notice that your report itself has

16   citations to 15 different sources.

17   A    Yes.

18   Q    Is that --

19   A    I assume.  I don't have it in front of me, but that sounds

20   about right.

21   Q    Okay.  Well, just to make sure, I can show --

22   A    I mean, I trust you.

23   Q    Well, one of the few people in this courtroom who do.  So

24   just for the last page.

25   A    Yes.  There are 15 citations.

1   Q    Okay.  And none of these citations of the sources -- let me

2   strike it again.  They're all numbered by footnotes, which refer

3   to specific parts of your four-page report?

4   A    Yes.

5   Q    Okay.  But none of them are authored by you?

6   A    No, because I wanted to make sure it was not from a biased

7   source, which would be me, because I'm obviously writing it.  So

8   I wanted to show that the arguments I was making are also backed

9   up not only by other academics, but also backed up by the primary

10  sources that the jihadi groups put out themselves.

11  Q    Okay.  I got that.  So they weren't written by you.  So they

12  are --  but your report that is really in some respects a

13  paraphrase, your paraphrase of what is contained in the pages

14  upon pages upon pages that these exhibits, that these exhibits

15  total, is that right?

16  A    I mean, that's what an academic does.  They assess the

17  literature.  They assess the primary sources.  And that's how you

18  analyze things.  That's completely normal.

19  Q    I'm asking.  So I'm correct is what you've done is

20  paraphrased the work of others?

21  A    Well, it's also based off of my own assessment.  But as I

22  noted, I wanted to back up what I was saying with also other

23  individuals in the field saying it, too, to show it wasn't just

24  me saying it, to suggest that it is common knowledge within the

25  field that people agree with the ideas that I'm trying to put

1    forward.

2    Q    When you say it's your assessment, where is this, where is

3    your assessment referenced in this four pages?

4    A    The paper is my assessment.  I mean, that's the whole

5    argument.  That's how you write.

6    Q    And to the extent that you had Dr. Sageman's report in front

7    of you when you prepared your report, the three or four topics

8    that you've noted in yours is the extent of what you have to say

9    on the subject?

10   A    Yes.

11   Q    Okay.  No further questions.

12              THE COURT:  Thank you.  Any redirect?

13              MR. CLARK:  No, Your Honor.  Thank you.

14              THE COURT:  All right, sir.  Thank you very much.

15              THE WITNESS:  Thank you.

16              THE COURT:  Would you like the witness to remain?

17              MS. MANUELIAN:  No, Your Honor.

18              THE COURT:  Okay.  You're excused, sir.

19              THE WITNESS:  Thank you.  Have a good day.

20              MR. SIMMS:  Your Honor, may it please the Court, if we

21   could, with your Court's permission, like to recall Dr. Sageman.

22              THE COURT:  I would like to do it that way so that we

23   can minimize his having to come back.

24              MR. SIMMS:  Thank you, Your Honor.  Dr. Sageman.

25              MS. MANUELIAN:  Your Honor, I think we'll just have Dr.

Case 1:16-cr-00009-ELH  Document 190  Filed 01/03/18  Page 108 of 237

1    Zelin wait for about 15 minutes or so before he leaves.

2              THE COURT:  All right.

3              THE CLERK:  Sir, you're still under oath.

4         DR. MARC SAGEMAN, DEFENDANT'S WITNESS, PREVIOUSLY SWORN

5              DIRECT EXAMINATION

6    BY MR. SIMMS:

7    Q    Dr. Sageman, good afternoon.

8    A    Good afternoon.

9    Q    Dr. Sageman, you were present during the testimony of Aaron

10   Zelin, who's soon to receive his Ph.D., is that right?

11   A    Yes.

12   Q    And, Dr. Sageman, while you were present, you may have heard

13   reference by Mr. Zelin to a speech that may have generated some

14   kind of attention, with the implication that it spawned some kind

15   of terrorist attention.  Do you recall that?

16   A    Yes, I do.  It was an Adnani speech in September 2014.

17   Q    Excuse me.  When, sir?

18   A    September 2014, the end of September.

19             THE COURT:  The one by Abul Mohamed Al-Adnani?

20             THE WITNESS:  That's correct, yes.

21   BY MR. SIMMS:

22   Q    Do you know, are you familiar with that speech and what it

23   is?

24   A    Yes.

25   Q    What was the substance of the speech?

1    A    Well, the substance of the speech was a summary of what the

2    Islamic State, the situation of the Islamic State at the time and

3    the anger at western bombing of Islamic State sites that started

4    about two week prior, and then encouragement for retaliation

5    abroad for people who sympathize with the Islamic State.

6    Q    Did that speech have any aspect or involvement in anything

7    that you studied or examined in this case and your assignment to

8    create the report that you've earlier testified about?

9    A    A lot of people refer to the speech.  But the people that I

10   interview, who actually are the terrorists in the west on behalf

11   of ISIS, that's not the reason why they do the bombings.

12   Q    Now --

13            THE COURT:  Well, I'm sorry.  Just to clarify.  What's

14   not the reason?  The speech itself?

15            THE WITNESS:  That's correct.

16            THE COURT:  But what about the message in the speech?

17   Without knowing, for example, that it came from a particular

18   person, is that theme something that's disseminated?

19            THE WITNESS:  It's not so much a speech.  It's a

20   retaliation of our bombing people in Syria and people retaliate

21   in the west because of the bombing.  What they refer to, the

22   barrel bombings of Assad, it's the US bombing of their bases in

23   Syria and Iraq, the French bombings of them.  And, therefore,

24   it's very clear, if you bomb us there, we'll bomb you here.

25            The speech has the same theme, but it's really people,

1    when I ask them specifically why they do it, they do this in

2    retaliation of western bombings in Syria.

3    BY MR. SIMMS:

4    Q    Now, there was a lot of discussion by Mr. Zelin about

5    propaganda and the collection of data.  As a matter of fact, do

6    you subscribe or you look at some of the same jihadist websites

7    that he discussed?

8    A    Yeah, it's a very useful site.  Of course I check it

9    periodically, every week.  I think it changes every week.

10   Q    But are there limits, when you study terrorism, are there

11   limits in simply relying on the propaganda and the so-called

12   underlying message?

13   A    Yes.  You have to be very careful when you study things

14   politically because there's a lot of propaganda.  It's a little

15   bit like trying to study the Soviet Union, listening to Kremlin

16   propaganda.  There are things that you'll know.  There are things

17   that you don't know.  And there are things that are false.  So

18   you have to take propaganda with a large grain of salt.

19           I usually rely on my own interviews of the terrorists

20   themselves, and usually on the investigation themselves, such as

21   discovery material in this case.  And since I have the privilege

22   of having been the expert witness in a dozen of terrorist cases,

23   both here and in foreign countries, I rely on the investigation

24   themselves, the FBI investigation, the French police

25   investigation, and, and trial testimony.

1    Q    Do you keep a log or track terrorist incidents and events?

2    A    Oh, absolutely, yes.  Since 1992.

3    Q    Okay.  And as a result, do you also, you mentioned

4    interviews of -- approximately how many interviews that you'd

5    done?

6    A    I've done about 30.

7    Q    Of whom?

8    A    Of terrorists who have been convicted of violent acts.

9    Q    Why is this intense scrutiny and the interviews necessary to

10   make an analysis of terrorist conduct and criminality?

11   A    Well, I mean, a little bit like in this case.  You listen to

12   the defendant, but you have to take that with a grain of salt.  I

13   go with the objective evidence and try to understand why people

14   do this.  I mean, that's been my research for almost 40 years.

15   Q    In addition to your academic study, is field study with the

16   individuals themselves an important component of your analysis?

17   A    Oh, I try to go to the field.  When I travel abroad I always

18   go to the worst neighborhood.  I don't go to museums.

19   Q    No further questions, Your Honor.

20            THE COURT:  Cross examine.

21            CROSS EXAMINATION

22   BY MR. CLARK:

23   Q    Just briefly, Your Honor.  Dr. Sageman, you talked a little

24   bit about one of the, one of the reasons that people commit

25   attacks is they're angry at the United States because of bombing

1    that the United States is doing in the Middle East?  Fair?

2    A    That's the main reason, yes.

3    Q    And you'd agree that ISIS is an enemy of the United States,

4    right?

5    A    Yes.  It has become so, yes.

6    Q    And one of their, and one of their primary targets is the

7    United States?  Fair?

8    A    That and France, their two priorities.

9    Q    And you'd agree that during the course of this conspiracy,

10   the defendant identified with ISIS?

11   A    Oh, absolutely, Yes.

12   Q    Wanted to commit a terrorist attack in the United States on

13   ISIS's behalf, right?

14   A    For two-and-a-half months, yes.

15   Q    No further questions.

16            THE COURT:  Anything else?

17            MR. SIMMS:  May the witness be excused, Your Honor?

18            THE COURT:  I guess I just have one question.  But I'd

19   like to pose it to counsel before I ask the witness.  At the

20   bench.

21            (Sealed bench conference on the record.)

22            THE COURT:  So may the witness be excused?

23            MR. SIMMS:  We'd ask so, Your Honor.

24            THE COURT:  Thank you, Dr. Sageman.

25            THE WITNESS:  Thank you.  Thank you, Your Honor.

DIRECT EXAMINATION OF ALEXANDRA KASSIRER BY MS. MANUELIAN          113

 1                    THE COURT:  Thank you.

 2                    MS. MANUELIAN:  Your Honor, the government will next

 3     call Alexandra Kassirer.

 4                    THE CLERK:  Please raise your right hand.

 5              ALEXANDRA KASSIRER, GOVERNMENT'S WITNESS, SWORN

 6                    THE WITNESS:  Yes.

 7                    THE CLERK:  Thank you.  You have may have a seat.

 8     Adjust the microphone down.  Please state and spell your full

 9     name for the court.

10                    THE WITNESS:  Alexandra, A-L-E-X-A-N-D-R-A.  Kassiser,

11     K-A-S-S-I-R-E-R.

12                    THE CLERK:  Okay.

13                    DIRECT EXAMINATION

14     BY MS. MANUELIAN:

15     Q    Ms. Kassirer, we're sort of not seeing one another.  If

16     you'll pull your seat up a little bit, I'd appreciate it.

17     Thanks.

18                    Could you tell the Court by whom you're employed and

19     how long you've been with your current employment?

20     A    Yes.  I'm the Director of Counter-Terrorism at Flashpoint,

21     which is a Manhattan-based cybersecurity and intelligence firm.

22     I've been with them for a little over five years now.

23     Q    Can you tell us a little bit about your educational

24     background?

25     A    Yes.

1          THE COURT:  Is there an exhibit, counsel, so I can

2     look?

3          MS. MANUELIAN:  Yes, Your Honor.  It's Government's

4     exhibit -- it's in our first book.

5          THE COURT:  I just didn't memorize the numbers.

6          MS. MANUELIAN:  Nine.

7          THE COURT:  Nine.  Got it.  Okay.  Thank you.

8     BY MS. MANUELIAN:

9     Q    As a matter of fact, if I could approach the witness, I

10    wanted to provide her a copy with the report as well, if that's

11    okay.

12         Okay.  Your educational background?

13    A    Yeah.  I graduated from George Washington University's

14    Elliott School of International Affairs in 2013 with a degree in

15    international studies, with a concentration in conflict and

16    security, and a minor in religion.  That's also where I studied

17    Arabic, Modern Standard futa.  And I got my Master's in

18    Transnational Security from NYU.

19    Q    How long have you been with Flashpoint?

20    A    A little over five years now.

21    Q    And prior to that, where were you employed?

22    A    I had spent some time interning at Interpol's

23    Counter-Terrorism Division in DC, as well as the Afghan embassy

24    in DC, and as well as sometime just interning at CNN in New York.

25    Q    Okay.  When you were an intern at Interpol, primarily what

1    were you involved with?

2    A    Primarily Somali piracy at that time.

3    Q    And prior to your time at Interpol and CNN, what did you do?

4    A    I was a student.

5    Q    Okay.  Did you have any employment at the embassy of

6    Afghanistan?

7    A    Yes.

8    Q    What were you doing there?

9    A    I was technically an intern.  I was working in their Media

10   Affairs Unit and I would write briefs for the ambassador and his

11   staff.

12   Q    Okay.  Can you tell us a little bit about what it is you do

13   in your role at Flashpoint, what you've done over the last five

14   or some odd years?

15   A    So I specialize in terrorist communications, primarily

16   online.  So we monitor the areas in which these actors operate.

17   So on what we would call the deep and dark web and their forum.

18   Q    Use the what?

19   A    In the deep and dark web.  So the way that we would define

20   that is the deep web is simply areas of the internet that aren't

21   indexed by your traditional search engines so your --

22             THE COURT REPORTER:  Can you please slow down?

23   A    I'm sorry.  So your Googles, your banks -- sorry.

24   Northeasterner.  Your Googles, your banks.  As long as you know

25   the URL, you can access it, but it has some sort of a barrier to

1    entry.  So it requires credentials, vetting from administrators,

2    that kind of a thing, whereas the dark web, it requires special

3    software to access it.  But primarily in the deep web, and then

4    also surface web, social media, so platforms like Twitter and

5    Facebook, as supplemental sources, and just monitoring jihadist

6    communications on those platforms.

7    Q    So would this be considered primary source material?

8    A    So in our definition of it, we would say is primary source.

9    In this space, since it's a bit of a strange space with terrorist

10   studies because, obviously, a lot of it's secretive and it takes

11   place in areas that are conflict-ridden, so primary source would

12   be interviews with or discussions with individual terrorists.

13          We would consider the secondary sources, which we

14   specialize in, to be the propaganda and communiques, audio

15   statements and whatnot, from these groups like Al-Qaeda and ISIS

16   and their media units.  And tertiary, of course, would be media

17   and academia written about that content.

18   Q    Okay.  Now, in terms of what you yourself have been involved

19   with directly, have you directly reviewed many of these source

20   documents that you collect over the deep and dark web and the

21   like?

22   A    Yes, I monitor them.

23   Q    What primarily are you focusing on in reviewing these

24   materials?

25   A    So we, I mean, of course, in terms of a higher level, we

1    focus on themes.  So in terms of official propaganda, so that's

2    things that are released, produced and disseminated by official

3    propaganda units for various international terrorist

4    organizations, we look on a higher level about any themes that

5    might be communicated across various pieces of propaganda, and

6    also, of course, targets of interest and things primarily as it

7    pertains to the west.

8    Q    Okay.  Now, have you ever been sought out as a consultant in

9    any other federal prosecutions aside from this one?

10   A    Yes.

11   Q    Where was that?

12   A    In the Justin Sullivan case in North Carolina.  And then

13   most recently as a fact witness in the David Wright trial in

14   Boston, Massachusetts.  And I'm currently working on a few other

15   cases as well.

16   Q    Did you testify, have occasion to actually testify in the

17   Justin Sullivan case as an expert?

18   A    No.  He pled guilty.

19   Q    Okay.  Can you tell the Court a little bit --

20              THE COURT:  What about the other case?

21              THE WITNESS:  In the Wright trial I did, yes.

22   BY MS. MANUELIAN:

23   Q    Were you qualified --

24   A    As a fact witness.

25   Q    As a fact witness.  You weren't qualified in that case?

1    A    Correct.

2    Q    And when you say you testified as a fact witness, was it

3    with respect to your review of social media and other evidence

4    that was provided?

5    A    Correct.  As it pertained to the realtime monitoring I had

6    done and individuals related to the case, yes.

7    Q    The realtime -- I'm sorry?

8    A    Monitoring I had done of these terrorist communications.

9    Q    Okay.  Now, in this particular case, were you asked to

10   review a number of evidentiary items of media, electronic media

11   and the like that was retrieved from the defendant?

12   A    Yes.

13   Q    Okay.  And let me just ask you, if I may, with respect to

14   Flashpoint, do you work with private entities in terms of what

15   Flashpoint, services Flashpoint provides?

16   A    Yes.  That's the vast, that accounts for the vast majority

17   of what we do.

18   Q    Okay.  And those services would include what?

19   A    So writing -- primarily, I guess, it would be divided into

20   subscription.  So finished intelligence reports that my team

21   produces every day on relevant content related to the priority

22   intelligence requirement for our various clients.  And, also, we

23   service RFIs, or requests for information.  And that's more

24   targeted research with a specific question that clients can give

25   to us, that we then research and write up as a response.

1    Q    Okay.  All involving intelligence with respect to

2    terrorism-related matters?

3    A    So my team is dedicated to physical security and

4    counter-terrorism.  But within the broader analyst team, we also

5    cover other areas as well.

6    Q    And in your job, do you also write up your own analyses of

7    certain items and things that you're reviewing of the propaganda

8    that's out there?

9    A    Yes.  So I write out my own reports, and I'm also

10   responsible for reviewing all of my analysts' work as well.

11   Q    Okay.  Now, you mentioned that there are three sources

12   primarily, primary, tertiary -- or secondary and tertiary

13   sources.  Can you explain how that plays into the research

14   methodology that you use when you're analyzing particular

15   materials that have been provided to you for an assessment?

16   A    Yeah.  So, again, obviously, given the subject matter, it's

17   very difficult to get by primary source information.  We can't go

18   to conflict zones and actually do in-the-field research.  We

19   don't do that.  So we rely on that secondary source information.

20   So, again, it's the propaganda released by the various groups

21   that we're monitoring and studying.  And we use comparative

22   analysis to be able to compare the different pieces of material

23   and, of course, consider the biases that are inherent in pieces

24   like propaganda.

25   Q    Okay.  Now I put in front of you what we marked, what we've

1    admitted to the court as Government's Exhibit 9.  Is that an

2    expert report that you prepared following your review of certain

3    materials that were provided to you in this case?

4    A    Yes.

5    Q    Okay.  I just want to point out a few things because the

6    Court has already had the benefit of having that before her.  And

7    I thought we would just touch on a couple of the photographs and

8    other media items that you had seen.  If you could just identify

9    those based upon your research of what it is that you do at

10   Flashpoint.

11          THE COURT:  I'm reminded, counsel, I have made a note

12   to myself, forgot to ask you, that the witness, at Footnote 4,

13   cites the case from the Eastern District of New York.  If you

14   could get me that cite, that would be helpful.

15          MS. MANUELIAN:  Certainly, Your Honor.  Your Honor, I'm

16   not moving to qualify Ms. Kassirer --

17          THE COURT:  No.  I was interested in the case, though.

18   BY MS. MANUELIAN:

19   Q    We were just going to offer her as a fact witness to review

20   a couple of the items.  All right.  If I may also approach the

21   witness, Your Honor.  I want to put a few more exhibits in front

22   of her.

23          All right.  In the book that I have in front of, the

24   same book that has your expert report in it, if you could flip to

25   Exhibit 3 in the front.  Page 4 of that exhibit.  This is Exhibit

1    3-A.

2    A    Okay.

3    Q    All right?  On Page 5, there's a screenshot from an official

4    ISIS video release that I believe you analyzed.  Is that correct?

5    A    Yes.

6    Q    Okay.  Can you tell us what that represents?

7    A    Yes.  So that appears to be a screen shot from an official

8    video from ISIS's al-Furqan media unit, which is one of their --

9    ISIS has a decentralized media organization.  So they have the

10   central media units that are responsible for really their higher

11   profile content, a lot of the content that's in various language,

12   languages aside from just Arabic.  And this is, was produced by

13   its al-Furqan media unit.  And it was a video called the

14   "Although the Disbelievers Dislike It."  It had a bunch of

15   executions in it, of various Syrian regime, alleged Syrian regime

16   forces, including an American, Peter Kassig.

17   Q    Okay.  Tell us a little bit about American Peter Kassig.

18   A    I believe -- I don't want to get into the specifics, I don't

19   remember -- but I believe he was an aid worker.

20   Q    Okay.  Now, the date of that video release was what?

21   A    I have it in my report.  I want to refer back.  But it was

22   sometime in 2014, I believe.

23   Q    Sure.

24   A    Yes.  November 16th, 2014.

25   Q    Okay.  Just for the record, Your Honor, I know we already

1    cited a number of the identifiers of where these materials were

2    taken from.  So I'll just note for the record that this was from

3    1-B6, which was the Dell laptop of the defendant.  This was --

4              THE COURT:  It's helpful if you remind me.

5              MS. MANUELIAN:  It is.

6              THE COURT:  Okay.  But what I really wanted to know,

7    Ms. Manuelian, is making sure I'm on the right page.  So are we

8    now in, we're in 3-A, you said, right?

9              MS. MANUELIAN:  3-A.

10             THE COURT:  And Page 1?

11             MS. MANUELIAN:  No.  Page 4.

12             THE COURT:  Oh, Page 4.

13             MS. MANUELIAN:  Yes.

14             THE COURT:  Which is why I couldn't find it.  And the

15   page number would be --

16             MS. MANUELIAN:  The exhibit is, page number of the

17   exhibit that's being -- oh --

18             THE COURT:  They don't actually have page numbers.

19             MS. MANUELIAN:  Yes, they should.  Exhibit 3-A should

20   have a page number.

21             THE COURT:  Are you saying the little number at the

22   top, 3-A-00?

23             MS. MANUELIAN:  Four.

24             THE COURT:  Four?

25             MS. MANUELIAN:  Four, yes.

1         THE COURT:  Okay.  Okay.

2    BY MS. MANUELIAN:

3    Q    Okay?  All right.  And this was from media showing an access

4    on July 11 of 2015 at 5:42 p.m.

5         All right.  Let's go to Page 5 of the Government's

6    Exhibit 3-A.  Do you recognize that photograph?

7    A    Yes.

8    Q    And is that also a screen shot that you were asked to

9    identify?

10   A    Yes.

11   Q    Okay.  What is that?  For the record, Judge, this is also

12   identified in our papers.  It's a screen shot accessed by the

13   defendant on July 11th, 2015, at about 5:01 p.m.  So what did you

14   recognize is that?

15   A    So that is another form of ISIS's official propaganda.  So

16   in addition to the central media units, like al-Furqan, that I

17   just mentioned, they have provincial media units.  So they were

18   able to decentralize their media outputs so they could cover

19   more.  And it enables them to produce and release a larger volume

20   per day.

21        So this actually comes from ISIS's official Anbar

22   provincial media office out of Iraq.  And this was, you can see

23   in the bottom left the Hijri date, which corresponded to May 18th

24   2015, in terms of the release date.  And this is a photo, again,

25   from Anbar showing the release, the freeing of captives from one

1   of the prisons in Ramadi.

2   Q    You say Hijri date.  What does that mean?

3   A    That's the Islamic calendar.

4   Q    Okay.  And let's go now to Page 6.  This is another screen

5   shot from, on the defendant's laptop that was accessed on October

6   9 of 2015 at 2:33 a.m.  What do you recognize that to be?

7   A    So I just want to make clear that this is not an official

8   piece of propaganda like those other images.  But you can see

9   here at the forefront the masked individuals are carrying a flag

10  that ISIS frequently uses as its own, the black flag with the

11  Shahada, or the declaration of faith.

12  Q    Okay.  And the declaration of faith, do you know the

13  translation?

14  A    It's there is no God but Allah, and Muhammad is prophet.

15  Q    Now does that have a Getty watermark on it?

16  A    AFP.  AFP.  Yes, I guess general, mainstream media used it.

17  Yeah.

18  Q    What does it mean when it has that watermark?

19  A    That media has been using it and has trademarked it, so it's

20  not official terrorist, obviously, propaganda.

21  Q    Not from a jihadist website?

22  A    Correct.  Correct.

23  Q    All right.  Let's skip over to Page 9.  I didn't want to

24  touch on everything you reviewed since this is the report.  I was

25  going to highlight a few other things.

1          On Page 9, there's a photograph of an individual.  Who

2     do you recognize that to be?

3     A     Ibn Al-Khattab.

4             THE COURT:  I'm sorry?

5     A     It's I-B-N, space A-L dash K-H-A-T-T-A-B.

6     Q     Now, this was accessed on July 14 of 2015 at 4:20 p.m on the

7     defendant's media.  Could you explain or identify who this

8     individual is and what his relevance is?

9     A     He's since deceased.  But he is a Saudi-born fighter who

10    was, started fighting in the late '80s with the mujahadeen

11    against the Soviets in Afghanistan, and then rose to prominence

12    leading a bunch of foreign fighters throughout the region, mainly

13    thereafter in Chechnya.

14    Q     All right.  Let's go now to Government's Exhibit 2-B.  And

15    that would be in the other, the other book that's in front of

16    you, Ms. Kassirer.  And go to Pages 122 to 23.  That should be on

17    the bottom, I think.  It should be marked numbers.

18    A     I don't --

19    Q     Let me see.  If I could approach the witness, Your Honor.

20    A     These ones?

21    Q     Yes.

22    A     You said one --

23    Q     22, 23.  Are you on the photograph?

24    A     Yes.

25    Q     Okay.  This was accessed on, by the defendant on September

1    10 of 2015 at about 11:01 a.m.  Do you recognize that?

2           THE COURT:  Wait, counsel.  I'm sorry.  You said to

3    turn to, I thought you said 2-B, right?

4           MS. MANUELIAN:  2-B.  Pages, 122 to 23.  There's

5    information relative to the photo on both pages.

6           THE COURT:  Okay.  Wait.  I haven't gotten to that.  So

7    it appears the page numbers are at the bottom, right?

8           MS. MANUELIAN:  At the bottom, yes.

9           THE COURT:  Okay.

10   BY MS. MANUELIAN:

11   Q    Okay.  So what do you recognize this to be?

12   A    So, again, this was not something that we were able to

13   correspond back to official terrorist propaganda, but it appeared

14   to come from mainstream media.  And when we looked at it, it

15   looked like it was about an article and apparently images of

16   fighters in Somalia, I believe, Shabaab mujahideen, one of

17   Al-Qaeda's branches.

18   Q    All right.  In your report, did you reference this was

19   actually a BBC photograph that you were able to identify?

20   A    Yeah.

21   Q    Let's look then at Pages 90 to 91.  This is all in Exhibit

22   2-B.  And this is accessed by the defendant on September 7 of

23   2015 at 6:32 a.m.  Who is that a photograph of?

24   A    Abu Bakr al-Baghdadi.

25   Q    Can you tell us who that is generally?

1   A    He's ISIS's top leader, their proclaimed caliph.

2            THE COURT:  And what was the date of access of that,

3   counsel, did you say?

4   Q    It's 9/7 of 2015 at 6:32 a.m.

5            Now, just with respect to when he was announced as the

6   caliph, can you tell us a little bit about that?  You discuss

7   some of that in your expert report.

8   A    Yeah.  This appears, again, there's no watermark.  So, but

9   it appears to be a still from one of his, his Friday sermons in

10  Mosul, Iraq, which was ISIS's now former stronghold in northern

11  Iraq, when he, in the video, in 2014.

12  Q    Okay.  And what did that Friday sermon, what is that, what

13  was significant about that sermon?

14  A    There -- well, among other things, they were declaring the

15  caliphate, the declaration of the caliphate, ISIS's caliphate,

16  and also calls to violence.

17  Q    Calls to violence?

18  A    Yeah.

19  Q    All right.  Now, let's go to Pages 11 through 12 in Exhibit

20  2-B, so sort of back to the beginning.  This is accessed by the

21  defendant on July 6 of 2015 at 10:29 p.m.  Can you tell us what

22  this represents?

23  A    The one on 10 or 11?

24  Q    Product number 85914.

25  A    Oh, I see.  Sorry.  So this, again, was not an official --

1   this is a tweet.

2              THE COURT:  This is a what?  I didn't hear what you

3   said.

4   A    A tweet.

5              THE COURT:  A tweet?  Okay.

6   A    Yes.  And it did not appear, it wasn't an official piece of

7   terrorist propaganda or from an official handle or Twitter

8   account.  But you can seek by the hashtags, and it's kind of hard

9   to read here, but you can see the first hashtag is A del al

10  classa, or the state of the caliphate.  And then the second one

11  is, translates to Salahuddin province.  And then in term, for the

12  rest of the content, we had one of our native Arabic speakers

13  translate the rest of it.  So I can read to you from my report,

14  if you'd like the direct translation.

15  Q    Well, I believe that is attached to that from an FBI

16  linguist.  It should be -- Your Honor, that translation is Page

17  13.

18             THE COURT:  Okay.

19  A    We celebrate to you the news of the dismounting of one of

20  the media knights at the media office of Salahuddin province,

21  brother abu Mu'awiyah al-Shami.  And media, the knights that

22  typically they refer to, they're operatives, whether they be in

23  the field or here, media operative.

24  Q    So can you explain, what is the Salahuddin province?

25  A    It's one of ISIS's provinces in Iraq.  Operational

DIRECT EXAMINATION OF ALEXANDRA KASSIRER BY MS. MANUELIAN          129

1      territory.

2      Q    Let's go to another tweet that's on Pages 6 through 7.  And

3      this was accessed on the same date, July 6, 2015, at the same

4      time and, around the same time, 10:29 p.m.  What is this tweet

5      about?

6      A    You can see here an individual tweeted out:  Will stay and

7      expand.  Please do not say Daesh.  Please say Islamic State and

8      Iraq and aSham, Islamic State, exclamation points.  So "stay and

9      expand" is a saying that a lot of ISIS and its supporters say in

10     terms of just they're holding on to territory and they're

11     expanding in terms of their caliphate.

12          And then "Daesh" has become a slur, which is the

13     acronym for the Arabic way of saying the Islamic State.  But here

14     you can see that this individual was saying to don't, not use

15     that slur or what they deem to be a slur, and then said use the

16     Islamic State and Iraq and Syria or aSham.

17     Q    All right.  You mentioned stay and expanding as one of the

18     slogans.  Is it also called remaining and expanding?

19     A    Yes.  I was going to say, yeah, remaining and expanding,

20     depending on --

21          THE COURT:  Ms. Manuelian, maybe I misunderstood.  But

22     I thought you said this tweet was also accessed on July 6th.

23          MS. MANUELIAN:  Yes.

24          THE COURT:  So what's the date of July 18?

25          MS. MANUELIAN:  July 18?

1          THE COURT:  At bottom of the translation?  On Page 007.

2          MS. MANUELIAN:  Oh, that's the translation date, Your

3   Honor.

4          THE COURT:  That's the translation date.

5          MS. MANUELIAN:  Sorry.

6          THE COURT:  Okay.  I see the date at the top.  2015-07.

7          MS. MANUELIAN:  Yes.  So the printing dates are the

8   date of access.

9          THE COURT:  So the lower date is the date of

10  translation.

11  BY MS. MANUELIAN:

12  Q    Sorry.  Let's go to, why don't we skip over to Pages 126 to

13  28.  And this is accessed by the defendant on September 15 of

14  2015 at about 5:22 a.m.  Can you identify what's there?

15  A    Yes.  So you can see on the writer, for 126, an image of

16  Osama bin Laden, Al-Qaeda's former leader.  And then you can see

17  in 127 a screen shot from a video.  Both of these are screen

18  shots from videos, I should say.  But the one for 127 is of the

19  Islamic Cyber Army.  And you can see under that several actors,

20  including Syria Virus and Hacker Aldmar and others, who operated

21  as pro-ISIS hackers.

22          This, none of the groups, including Islamic Cyber Army,

23  that operated in support of ISIS were deemed official or ever

24  mentioned by ISIS in its official propaganda or by any of its

25  official leaders, but they were relatively low-skill level

1    hackers operating in support of the group.

2    Q    Now, the others quotes from the AQ leader, and I think you

3    referenced those specifically in your report, could you, could

4    you say what that quote states?

5    A    Yes.  We declare jihad against the US government because the

6    US government is unjust, criminal and tyrannical.  It has

7    committed acts that are extremely unjust, hideous and criminal,

8    whether directly or through its support of the Israeli

9    occupation.

10   Q    All right.  Let's go back to another tweet on Pages 22 to

11   23.  And this was accessed on July 6th of 2015 at 10:31 p.m.

12   This is product number 85940.  So can you tell us what that is?

13   A    This was an individual who again tweeted, you can see, in

14   support of ISIS, because of the hashtags which translate to the

15   Islamic State and the Islamic State in Iraq and aSham, or Syria,

16   where they were sharing a link, sharing a link.  You can see

17   there dump dot T-O.  That discussed the use of TOR.

18   Q    All right.  And what is TOR?

19   A    An anonymizing browser.

20   Q    And specifically, does that reference the link with regard

21   to -- what specifically does the link state?  I think in your

22   report you said what it specifically states with respect to the

23   link.

24   A    Yes.  I just want to get the precise translation again.  It

25   says:  This link is regarding how to create an account on an

1    encrypted browser like TOR.

2    Q    Okay.  Let's go to Pages 84 to 85.  And this is, was

3    accessed by the defendant on August 26 of 2015 at 1:53 a.m.  What

4    is that image showing?

5    A    This appears to be militants and, on a hill, atop of which

6    is another image of ISIS's flag or the flag that they frequently

7    use.  But it doesn't appear to be official propaganda.

8    Q    Okay.  Now, in your report you, you stated that you believe

9    what the, where the original source, where it came from, what the

10   original source was.  What was that?

11   A    Yes.  That was a France 24 article, which is a mainstream

12   media organization.

13   Q    Okay.  Finally, the last thing I wanted to ask you about,

14   some of these images, is on Pages 55 to 56.  And this photo was

15   accessed on August 12 of 2015 at about 3:39 p.m.  Could you

16   identify that image?

17   A    I'm sorry?  55?

18   Q    Yes.  55 to 56.  I think there's information about both.

19   It's item number 7774.

20   A    Yes.  So that's the severed head of an individual, next to

21   which you can kind of see in the corner part of ISIS's flag.  And

22   a knife that appears to be the body of an individual, Sapov

23   (sic), a Croatian national who was beheaded by ISIS.

24   Q    So you identified, you identified him by name in your

25   report.  What is his name again?

DIRECT EXAMINATION OF ALEXANDRA KASSIRER BY MS. MANUELIAN          133

1    A    Let me get his first name.  His last name is --

2    Q    I think on Page 11 of your report.

3    A    Oh, I'm sorry.  I misspoke.  It's Tomislav Salopek.

4    Q    What's his nationality?

5    A    A Croatian national.

6    Q    All right.  Now, does --

7              THE COURT:  Can you spell the last name?

8              THE WITNESS:  S-A-L-O-P-E-K.  My apologies for

9    misspeaking.

10   BY MS. MANUELIAN:

11   Q    And his severed head, his severed head was actually sitting

12   atop of his body, is that correct?

13   A    Yes, correct.

14   Q    Now, do you believe, did this image from what you know and

15   what you researched in your databases, does this originate from

16   an ISIS video?  Just the image, not what the screen shot was, but

17   the image itself.

18   A    Yes.  We saw that in an official piece of propaganda, yes.

19   Q    All right.  That's it with respect to some photos.  Just

20   want to ask you a couple general questions, just about your

21   knowledge of Junaid Hussain.

22   A    Yes.

23             THE COURT:  Can you tell me a little bit about -- I'm

24   sorry, Ms. Manuelian.

25             MS. MANUELIAN:  That's okay.

1          THE COURT:  2-B057.  And 2-B059.

2          THE WITNESS:  So for 2-B057, it, you can see on the

3   right, it appears to be one of ISIS's executioners.  But this is

4   not an official piece of propaganda.  The woman there, it seems

5   like it's some sort of edited image.

6          THE COURT:  But what do you mean by not an official

7   piece of propaganda?  You mean somebody could go search online

8   and find it somewhere?

9          THE WITNESS:  Yes.  So, well, first of all, ISIS would

10  never feature a woman in that way, in one of its pieces of

11  propaganda.  But we can discern whether it's an official piece of

12  propaganda because of the official media units that operate in

13  support of various terrorist organizations, and also the sources

14  through which those pieces of propaganda are released.  So groups

15  like ISIS, Al-Qaeda, and others, have official forums, web forums

16  where they release their propaganda.  There are specific rooms

17  that are dedicated solely to the release of official propaganda

18  where only their online media couriers have rights to post

19  original content.

20         And then, also, now there are other platforms like

21  messaging platforms where media logistics units that operate in

22  support of groups like ISIS post propaganda.

23         So if it doesn't come from one of those sources, it's

24  more difficult to be able to authenticate.

25         THE COURT:  So what's the point of this?  What

1    relevance does it have if it's not --

2              THE WITNESS:  This image?

3              THE COURT:  Yes.

4              THE WITNESS:  I'm not sure.

5              THE COURT:  Okay.  How about the next one?  59?  Is

6    that an official piece of propaganda?

7              THE WITNESS:  Not that I can tell.

8              THE COURT:  Okay.  Thank you.

9    BY MS. MANUELIAN:

10   Q    Just for clarity, Your Honor, Exhibit 2-B is data from the

11   defendant's phone and broadband.  That's separate from media that

12   we seized from him.  Okay?

13             THE COURT:  Okay.

14   Q    So the items -- let me just ask you a question about the few

15   items that you do talk about in your expert report, some of which

16   we've touched on here, that were actually observed.

17             THE COURT:  Well, you just said "expert report" but you

18   said you weren't offering her as an expert.  So which one?  Is

19   she an expert?

20             MS. MANUELIAN:  I didn't intend to offer her as an

21   expert, Judge.

22             THE COURT:  Okay.

23             MS. MANUELIAN:  She's simply testifying as a fact

24   witness.  I can offer her, but I didn't see that there was a need

25   to.

1              THE COURT:  Okay.

2    BY MS. MANUELIAN:

3    Q    I just want to backtrack.  For the media that you, the

4    seized media that was provided to you that you observed, was

5    there anything unusual about the media in its entirety from the

6    observations you made as you were going through what was on those

7    items?

8    A    The volume of the media was strange compared to other

9    devices that we've looked at.

10   Q    In what way?

11   A    Lesser than what we would normally see.

12   Q    Okay.  So there wasn't as much information there?

13   A    Correct.

14   Q    Okay.  Let me just ask you, just a quick couple questions.

15   Can you just describe very briefly Junaid Hussain and who he is?

16   A    Yes.  So Junaid Hussain was a former hacker from the UK.  He

17   eventually, he formally operated under the alias Trick for the

18   hacking group Team Poison before he eventually kind of rebranded

19   as Abu Hussain al-Britani, or the Briton, and left the UK for

20   Raqqa, Syria, where he joined ISIS's ranks.

21              After that, he became a very prominent recruiter and

22   outspoken advocate of the group that he was fighting for, ISIS.

23   He operated pretty prolifically, very prolifically online on

24   service of social media platforms, primarily in English.  He was

25   kind of known as one of the main figures for ISIS for

1    English-speaking westerners.

2              And he was an advocate for violence and encouraged

3    people to both join ISIS in its operational territory, but also

4    to launch attacks in their home countries.  But he was ultimately

5    killed in 2015.

6    Q    Okay.  And then I just want to ask you a brief question.   In

7    the context of the research that you, that you do and what

8    information that Flashpoint collects, have you become, developed

9    some sort of familiarity about the use of drones by ISIS?

10   A    Yes.

11   Q    And can you just tell us, just very briefly, just a

12   progression of what you've seen over the time from 2014 to the

13   present?

14   A    Yes.  So initially, drones were used primarily as a

15   propaganda enhancement of sorts.  So they would often release

16   propaganda with aerial views, whether in still images or video,

17   showing, you know, suicide operations and different movements

18   from that aerial view, and release it in their propaganda to, you

19   know, make it look cool, and offer a different perspective.  But

20   then there was an interesting development in January 24th of this

21   year, 2017, in which ISIS released an official propaganda video

22   from its Nineveh, Iraq provincial media office, in which it

23   debuted its quote-unquote "drone department."  And that was the

24   first case in which we've ever seen official, in terms of

25   official ISIS, used of weaponized drones.  So they were using

CROSS EXAMINATION OF ALEXANDRA KASSIRER BY MS. CRAWFORD     138

1    what appeared to be commercial, off-the-shelf drones, relatively

2    small drones, and attaching improvised explosive devices and

3    grenades and things on them and dropping them on enemies.

4              Since that January 2017 video, they've been using that

5    tactic quite frequently across its various provinces in Iraq and

6    Syria.

7              MS. MANUELIAN:  Nothing further, Your Honor.

8              THE COURT:  Okay.  Cross examine.

9              CROSS EXAMINATION

10   BY MS. CRAWFORD:

11   Q    Good afternoon, Ms. Kassirer.

12   A    Good afternoon.

13   Q    How are you?

14   A    Good.  How are you?

15   Q    Good.  Thank you.  I want to start with your resume.  As you

16   noted on direct examination, you work for Flashpoint, is that

17   correct?

18   A    Correct.

19   Q    And you've been there for about approximately five years?

20   A    Um-hum.

21   Q    And according to your resume, it looks like Flashpoint is

22   the only job that you've held on a permanent basis.  In other

23   words, all your other experience is intern experience, is that

24   right?

25   A    Correct, yeah.

1    Q    Okay.  It also looks like in 2015 you obtained a Master's

2    degree from New York University, is that correct?

3    A    Correct.

4    Q    And the degree was in global affairs?

5    A    That was -- yeah, that was the school.  The concentration

6    was in transnational security.

7    Q    But you obtained in it in 2015 --

8    A    While I was --

9    Q    I'm sorry.

10   A    I'm sorry.  Continue.

11   Q    You obtained it in 2015, while working at Flashpoint?

12   A    Correct.

13   Q    So three years after you started your employment at

14   Flashpoint?

15   A    Correct.

16   Q    So your position at Flashpoint as lead counter-terrorism

17   analyst didn't require any advanced degree or training, is that

18   correct?

19   A    I've evolved in the company.  I started as an intern and I'm

20   now the Director of Counter-Terrorism.

21   Q    But prior to receiving that degree in 2015, your position

22   did not require any advanced training?

23   A    Nope.

24   Q    Correct?  Okay.  I would also like to ask you a little bit

25   about your history testifying in cases.  I believe you testified

1    on direct, and correct me if I'm wrong, that you've never been

2    qualified as an expert on ISIS or extremist propaganda in

3    court --

4    A    Correct.

5    Q    -- is that correct?  And in the case I think you mentioned,

6    it was the David Wright case, you were admitted as a fact

7    witness?

8    A    Correct.

9    Q    Now, do you know if you were offered as an expert witness in

10   that case?

11   A    I don't believe I was, but I'm not sure.

12   Q    Okay.  But you didn't offer any testimony that was expert

13   testimony, correct?

14   A    Nope.  Just observations.

15   Q    Okay.  And is it a fair assessment of your work that you

16   review social media material and you draw conclusions from that

17   material based on what you call a comparative analysis?  Is that

18   right?

19   A    Yes.  Not limited to social media, but yes.

20   Q    Okay.  And did you employ a comparative analysis as part of

21   this case in Mr. Elshinawy's material that you reviewed?

22   A    Yes.

23   Q    Okay.  If you could describe for me, if you will, what you

24   were comparing specifically in this case.

25   A    So we obviously were, received the copies of the devices and

1    the material that we found significant -- well, a lot of that was

2    just based on initial recall.  So, you know, we saw the screen

3    shot of a video and that was a video, you know, I watch as it's

4    released on these channels and these sources every day.  So it's

5    primarily just referring back to what I had already initially

6    watched at the time of release.  But at the time of release,

7    that's when we do the heaviest comparative analysis in terms of

8    understanding, again, those kinds of, like, thematic reviews and

9    understanding how it fits into the larger landscape.

10   Q    Of social media kind of materials?

11   A    Not limited to social media, no.  I wouldn't even say social

12   media is the primary areas that we focus on.  Again, it's really

13   that deep and dark web.  And we follow, we're able to kind of

14   adapt and pivot with the community.  So as we monitor the

15   community, once they start to utilize other platforms in a

16   significant way, we then monitor those platforms as well to

17   monitor the movements online.

18         So as, if it, social media is relevant, then, yes,

19   we'll pivot and look at those, but really we try to stick to the

20   deep and dark web community.

21   Q    Okay.  But you're able, through that work, you're able to

22   tell what material derives from official terrorist sources and

23   what material does not derive from those sources?

24   A    Correct.

25   Q    Correct?

CROSS EXAMINATION OF ALEXANDRA KASSIRER BY MS. CRAWFORD        142

1    A    Yes.

2    Q    Okay.  So turning to your report.  In your report you note

3    that you reviewed hard drives that were provided to you by the

4    government of Mr. Elshinawy's devices, images of those hard

5    drives?

6    A    Correct, yeah.

7    Q    In addition to some phone and broadband data, is that

8    correct?

9    A    Correct.

10   Q    And according to your report, in your review of that

11   material, by my count you identified 19 images or videos that you

12   deemed to be relevant to international terrorism, is that

13   correct?

14   A    I'd have to count through for the exact number.  But there's

15   definitely something around that number.

16   Q    But less, fewer than 20?

17   A    Again, I'd have to count back.  I don't know the exact

18   number.

19   Q    You have the report in front of you, so if you want to take

20   a quick gander at it, you can.

21   A    Yes.  That number, under 20.

22   Q    Okay.  And it was your testimony on direct examination that,

23   as compared to other terrorism cases that you've reviewed or

24   consulted in, this amount of material is relatively small

25   compared to those other cases?

1   A    Absolutely.

2   Q    Just not as much in terms of volume?

3   A    Definitely, yup.

4   Q    And you would also agree that several of the photos and

5   material that you reviewed as part of your report appear to be

6   derived from news websites or other websites not associated with

7   official terrorist propaganda?

8   A    Correct.

9   Q    Okay.  And let's just review some of those for a moment.

10  That would include the photo featuring ISIS fighter posing with a

11  group flag.  I think you note in your report that that image had

12  a Getty watermark, suggesting it was from an official news

13  website?

14  A    Yup.

15  Q    There's a photo --

16       THE COURT:  Can you give us a page?  Are you on a

17  specific page?

18  Q    I'm going to go through her report, Your Honor.  So --

19       THE COURT:  What page are you on now?

20  Q    That is Page 5.

21       THE COURT:  Thank you.

22  Q    There's the photograph of Pamela Geller on Page 7, which you

23  note does not appear to be from an official terrorist propaganda

24  release.  Correct?

25  A    Correct.  It's not.

1   Q    Underneath that, there's a photo of mass militants carrying

2   the black flag, which you note to be from the BBC, correct?

3   A    Correct.

4   Q    Okay.  There are two pro-ISIS tweets that you note in your

5   report, which you acknowledge do not appear to be from Mr.

6   Elshinawy?  He did not tweet that?

7   A    I can't speak to that.  I don't know what his handles or

8   handle was or were.

9   Q    Do you know whether Mr. Elshinawy had a Twitter account?

10  A    No.

11  Q    Was that part of your review, whether Mr. Elshinawy was on

12  Twitter or any other form of social media?

13  A    Nothing that I saw would have tied back to a specific

14  account.  So I can't speak to that.

15  Q    So it was not part of your review to determine whether Mr.

16  Elshinawy had a Twitter account?

17  A    We weren't going to go off of the material that we received

18  and do other research.  But out of the material that I received

19  and reviewed, there was nothing that pointed to a specific

20  account.

21  Q    Belonging to Mr. Elshinawy?

22  A    Correct.

23  Q    Okay.  There is a collage of the World Trade Center on 9/11

24  on Page 9, which you note could be sort of anywhere.  You note

25  that it's not clear whether the source of these images was

CROSS EXAMINATION OF ALEXANDRA KASSIRER BY MS. CRAWFORD        145

1    official terrorist propaganda, media, or a third-party website.

2    It could be anything?

3    A    Correct.

4    Q    Okay.

5             THE COURT:  Can you go back to the Page 8 for a minute?

6    So you have two headings there, called pro-ISIS tweet.  And I

7    guess I just want to follow up on counsel's question.  So you're

8    saying you don't know if the defendant had a Twitter account?

9             THE WITNESS:  Right.

10            THE COURT:  Where were these found?

11            THE WITNESS:  These were found on the copies of the

12   devices.  They were screen shots.  Right?

13            MS. MANUELIAN:  Your Honor, if I could clarify.  These

14   were from the phone and broadband data items.

15            THE COURT:  Okay.  Thank you.

16   BY MS. CRAWFORD:

17   Q    But just to follow up, Ms. Kassirer, these could be tweets

18   that Mr. Elshinawy viewed, but nothing that he would himself have

19   sent out?

20   A    I don't know the source of them.

21   Q    There is a photo of ISIS fighters, which you note derives

22   from France 24?

23   A    Yes.

24   Q    There was a photo of a severed head next to an ISIS flag.

25   And I think you acknowledge on your direct examination that that

1    did not appear to be from an official ISIS release because it did

2    not bear the official ISIS watermark?

3    A    So the source of that, we initially saw that image, that

4    scene, in an official ISIS release.  But on the still image that

5    we saw in the material, there was, there was no watermark or

6    anything.  So I can't be sure of what the source of that was in

7    terms of where that came from, whether it was media coverage of

8    that release or the actual release.

9    Q    Okay.  So you can't definitively say that that screen shot

10   came from an official ISIS terrorist propaganda release.  It

11   didn't have the watermark on it?

12   A    Correct.

13   Q    It could have come from anywhere?

14   A    Correct.  But the scene was from an official ISIS release.

15   Q    I understand.  You also mentioned in your report, you devote

16   some attention to a YouTube account in Mr. Elshinawy's name on

17   Page 3 of your report.  Is that right?

18   A    There was a YouTube account for the Egyptian Electronic for

19   Cyber Army, you mean?

20   Q    Well, just to clarify.  Your report notes that there was a

21   YouTube account --

22   A    Oh, yes.  I'm sorry.

23   Q    -- that was subscribed to the Official Egyptian Electronic

24   Cyber Army, correct?

25   A    Correct.

1    Q    Okay.  And you didn't find any material in that YouTube

2    account that Mr. Elshinawy produced or uploaded, isn't that

3    right?

4    A    Correct.

5    Q    So that account just had some subscriptions to other YouTube

6    channels?

7    A    Yes.

8    Q    Now, you acknowledge in your report that ISIS relies on

9    propaganda and sharing of that propaganda as a way to recruit

10   would-be terrorists or other ISIS sympathizers, correct?

11   A    Correct.

12   Q    And you would agree, then, that ISIS terrorism propaganda is

13   often shared through social media like Twitter, like Facebook,

14   other kind of social media sites?

15   A    Correct.

16   Q    And you would acknowledge in this case that you didn't find

17   any evidence in any of the material that you reviewed of Mr.

18   Elshinawy disseminating any of the evidence or material, any of

19   the images or videos that you reviewed?

20   A    Nothing I saw indicated that.

21   Q    So there was no dissemination of this material, correct?

22   A    I can't tell whether there was dissemination.  I just didn't

23   see any evidence of it.

24   Q    Okay.  Government counsel talked a little bit or you spoke

25   with government counsel in your testimony a little bit about

1    Junaid Hussain, correct?

2    A    Yes.

3    Q    And I think that discussion is in Roman numeral III of your

4    report?

5              THE COURT:   Page 11.

6    Q    Page 11.  Thank you, Your Honor.  I just want to clarify,

7    Junaid Hussain is not a defendant in this case, correct?

8    A    Correct.

9    Q    And there's no evidence that you reviewed that Mr. Elshinawy

10   communicated at all, directly or indirectly, with Mr. Junaid

11   Hussain, correct?

12   A    I did not see anything with that, no.

13   Q    Okay.  And there's no evidence that Mr. Elshinawy would have

14   been in contact in any other ISIS sources with Mr. Hussain or

15   anyone else?

16   A    I can't speak to whether or not that happened.  I just, I

17   didn't come across it in any of the material I reviewed.

18   Q    And to be clear, part of your job is to track organizations

19   like ISIS and their online activities and kind of draw

20   conclusions from that material, correct?

21   A    Correct.

22   Q    And you would track the online activities of people like Mr.

23   Junaid Hussain, who are open with their ISIS --

24   A    Influential, yep.

25   Q    Thank you.

1        THE COURT:  How about -- I'm sorry, counsel.  You went

2  to Hussain so I wanted to go back on that same page and ask about

3  Dzhokhar Tsarnaev, however the name is actually pronounced, one

4  the Boston Marathon bombers.  Could you elaborate on this photo?

5        THE WITNESS:  There was just, in the material that we

6  reviewed, there was just a photo of that individual.

7        THE COURT:  And was that from ISIS propaganda?

8        THE WITNESS:  Not that I can tell.

9        THE COURT:  Okay.  Thank you.

10  BY MS. CRAWFORD:

11  Q    I think where you left off was that you would track the

12  online activities of influential terrorists, individuals --

13  A    Individual within the community, online, yes.

14  Q    Correct.  Now, was Mr. Elshinawy someone who you were

15  familiar with as part of your work before this case?

16  A    No.  No.  But they often, these individuals operate under

17  kunyas or jihadi nom de guerres, so it's seldom that anyone would

18  operate under their true name.  It's very rare.  So I can't speak

19  to whether or not I came across any of his activity in my daily

20  monitoring.

21  Q    But from your experience, you were able to deduce who Junaid

22  Hussain was even though he often used different names?

23  A    Yeah.  He self-identified, which is rare.  But he did.

24  Q    But my question is, you had no knowledge of Mr. Elshinawy

25  prior to this case from any online activities of his?

1    A    Ye.  Not that -- no.

2    Q    And that's because Mr. Elshinawy had no public social media

3    presence from the materials that you reviewed?

4    A    Not that I would have been monitoring.

5         THE COURT:  Well, just to make sure I understand.  If

6    somebody sends encrypted messages, are you able to get them?

7         THE WITNESS:  No, we don't do anything invasive.  We

8    wouldn't break into someone's phone and try to look at their

9    messages or anything like that, no.

10        THE COURT:  So how do you get what you get?

11        THE WITNESS:  We are able to, well, in part on a

12   platform like Twitter, Facebook, we are able to view the content

13   because it's all open source.  And just through the platform

14   itself.

15        THE COURT:  Okay.

16        THE WITNESS:  And then with things like the forums and

17   other sources like that, we are able to obtain accounts and

18   monitor it that way once we get access.

19        THE COURT:  Okay.  Thank you.

20   BY MS. CRAWFORD:

21   Q    Ms. Kassirer -- actually, that prompted a follow-up

22   question, Your Honor.  Do you maintain any, are you active at all

23   through your work on any of the dark web parts of the internet?

24   A    How do you define "active?"

25   Q    Well, do you monitor the dark web through any account that

1    you maintain through Flashpoint?

2    A    Yes.

3    Q    And so you would be able to observe what material is sent or

4    transferred or available on the dark web, correct?

5    A    Some of it, yeah.

6    Q    And through your experience kind of monitoring the dark web

7    and the activities of, I presume, terrorist groups on the dark

8    web, was any material that you reviewed in this case linked to

9    materials that you've seen on the dark web?  Any of the items you

10   identified in your report.

11   A    I mean, some of the imagery are things that are, yes, that

12   are shared on deep and dark web, yes.

13   Q    Do you know specifically whether the 19 or so materials that

14   you identified in the report derived from the dark web?

15   A    I don't know the sources of them, no.

16   Q    Thank you.  No further questions, Your Honor.

17             THE COURT:  Thank you.  Redirect.

18             REDIRECT EXAMINATION

19   BY MS. MANUELIAN:

20   Q    Just a couple questions, Your Honor.  Ms. Kassirer, you

21   mentioned that in response to, I think, the judge's question that

22   you don't have access necessarily to encrypted communications

23   between subjects.

24   A    Correct.

25   Q    Mr. Elshinawy, for example, communicating with someone

1    overseas, you wouldn't necessarily have access to that?

2    A    Of course not.  We don't -- yeah.  No.

3    Q    Okay.  So you are familiar with Telegram?

4    A    Yes.

5    Q    And what is Telegram?

6    A    It's an encrypted messaging application.

7    Q    Are you familiar with Surespot?

8    A    Yes.

9    Q    Okay.  And if encrypted messages are being sent over those

10   social media apps, would you have been able to have access to

11   that information?

12   A    So it's, it's not so binary.  So with something like

13   Telegram, it has a tri-functionality, which in part offers your

14   peer-to-peer communication so it can do a standard one-on-one

15   text message.  Those things I can't monitor.  But then there are

16   also channels in which an administrator, administrator is able to

17   broadcast information to which an individual can subscribe.  So

18   that we can see as long as we can subscribe to it.

19         Then there are also groups which are, again, akin to a

20   standard group text messaging so you can join a group if you have

21   an invite link.

22         So those kinds of things we can be privy to.  But we

23   would, we don't break into people's one-on-one messages.

24   Q    So one-on-one, peer-to-peer messaging you would not be able

25   to see?

1    A    Correct.

2    Q    So if Mr. Elshinawy is communicating through Telegram or

3    Surespot with a specific individual one on one, you would not

4    have access to that?

5    A    Correct.

6    Q    Okay.  So that's not something you would have seen in any of

7    the materials that you reviewed, correct?

8    A    Correct.

9    Q    So it's fair to say, then, you did not see all of Mr.

10   Elshinawy's communications, is that right?

11   A    Absolutely.

12   Q    Okay.  Nothing more, Your Honor.

13            THE COURT:  Anything else, counsel?

14            MS. CRAWFORD:  No, Your Honor.  Thank you.

15            THE COURT:  Thank you.  All right.  You may step down.

16   Thank you.

17            Next witness.

18            MR. CLARK:  The government calls Susi Hajeski, Your

19   Honor.

20             SUSI HAJESKI, GOVERNMENT'S WITNESS, SWORN

21            THE WITNESS:  I do.

22            THE CLERK:  Thank you.  You may have a seat.  Adjust

23   the microphone down in front of you.  Please state and spell your

24   full name for the court.

25            THE WITNESS:  My name is Susi Hajeski.  Spelled

1    S-U-S-I.  Last name Hajeski, H-A-J-E-S-K-I.

2             DIRECT EXAMINATION

3    BY MR. CLARK:

4    Q    Good afternoon, Ms. Hajeski.  What do you do for a living?

5    A    I'm a computer scientist for the FBI.

6    Q    How long have you been with the FBI?

7    A    Twenty years.

8    Q    Prior to joining the FBI, what was your educational

9    background?

10   A    Prior to the FBI, I was, had partial computer science

11   classes.  After I joined the FBI, I completed my Bachelor's

12   degree.

13   Q    Okay.  What was your degree in?

14   A    In computer science, from the University of Illinois at

15   Springfield.

16   Q    Now, do you have a copy of your resume up there?

17   A    Yes.

18   Q    We'll refer to that.  That I think we've got as Exhibit

19   10-A.  So since you got a degree in computer science, have you

20   had additional training as part of your work with the FBI?

21   A    Yes.  I've had numerous training.

22   Q    And what, generally speaking, what sort of training do you

23   have with the FBI?

24   A    I have training in various computer disciplines involving

25   servers and networks, desktops, operating systems, different

DIRECT EXAMINATION OF SUSI HAJESKI BY MR CLARK          155

1    software applications.

2    Q    Are you also involved with the FBI in teaching any?

3    A    Yes.  I'm an adjunct faculty for the FBI, and I teach

4    courses to the FBI Computer Scientist Boot Camp at Quantico.  And

5    I also teach to state and local law enforcement about social

6    media.

7    Q    Okay.  Now, what's your, what's your current position with

8    the FBI?

9    A    I'm a senior computer scientist in the Baltimore field

10   office.

11   Q    Okay.  And as a senior computer scientist, what are your

12   general responsibilities?

13   A    In addition to working with the case agents, I also direct a

14   team of computer scientists with large projects.

15   Q    Okay.  What sort of -- generally speaking, do you work on

16   every case or just certain cases?

17   A    I work on cases that have a significant amount of technical

18   evidence that's of, I'd say, a complicated nature.  Things that

19   involve a lot of the internet activity, web history, that's more,

20   more than a standard internet activity.  We have forensic experts

21   to do that kind of analysis on a standard computer.  I tend to

22   work with the more complicated.

23   Q    Okay.  Do you, as part of your work, do you also assist in

24   the review of media in those cases when it's seized from

25   defendants?

1    A    Yes.

2    Q    As part of your work, are you involved in dealing with IP

3    addresses?

4    A    Yes.

5         THE COURT:  With what, counsel?

6    Q    IP addresses.

7         THE COURT:  Oh, IP addresses.

8    Q    And how do those come up?

9    A    IP addresses are generally provided to me based on the legal

10   process that's gathered by the case agents in a case.

11   Q    Okay.  You'll do analysis of those IP addresses?

12   A    Yes.  Geolocation and other types of identification of what

13   networks those are from.

14   Q    Gotcha.  Now, in addition, as part of your work at the FBI,

15   do you deal with use of the internet?

16   A    Yes.

17   Q    Okay.  And how does, how does that come into play in your

18   work, generally?

19   A    There's a variety of services, maybe I should say it that

20   way, that are available through the internet, the standard ones

21   that a normal person uses and alternative communications are

22   available.

23   Q    You're involved in reviewing those, assessing those

24   services?

25   A    Aware of the capabilities and --

1    Q     Are you familiar with operating systems and the actual

2    software on the machines that the FBI seizes?

3    A     Yes.

4    Q     And do you work, work to analyze those and determine how

5    people have been using those machines?

6    A     Yes.

7    Q     Your Honor, the government would offer Ms. Hajeski as an

8    expert in computer science and the internet.

9          THE COURT:  Well, I'll ask if there are any objections.

10   But have you ever -- did I miss this?  Have you ever testified as

11   an expert?

12         THE WITNESS:  Yes, I have, Your Honor.

13         THE COURT:  Did you ask that?

14         MR. CLARK:  I did not, Your Honor.

15         THE COURT:  Do you want to follow up?

16   BY MR. CLARK:

17   Q     Yes, Ms.  Hajeski, have you ever testified as an expert?

18   A     Yes, I have.

19   Q     On how many occasions?

20   A     Just one other occasion.

21   Q     Okay.  And was that in the District of Maryland?

22   A     Yes, it was.

23   Q     And what case was that?

24   A     That was the US v. Saboonchi.  Do you want me to give you

25   the criminal number?

1    Q    Sure.

2    A    Criminal Number PWG-13-0100.

3    Q    Okay.

4              THE COURT:  And in the field of computer science?

5              THE WITNESS:  Yes.  Subject matter expert.

6              THE COURT:  Was that at a trial or a sentencing?

7              THE WITNESS:  At a trial.

8              THE COURT:  At a trial.  Any objection?

9              MS. CRAWFORD:  No objection, Your Honor.

10             THE COURT:  And the witness will be received as an

11   expert in computer science.

12   BY MR. CLARK:

13   Q    Ms. Hajeski, we, IP address.  Let me just show you, and

14   hopefully come up on there, on the screen.

15             THE COURT:  You can move that microphone possibly.  Is

16   your computer in the way?  There you go.  Thank you.

17   Q    All right.  Show you this diagram.  Do you recognize this?

18   A    Yes, I do.

19   Q    What is this?

20   A    This is a diagram of various ways people connect to

21   different things over the internet.

22   Q    Okay.  I'm looking at this diagram down at the bottom.  A

23   little box that says "user."  What does that represent?

24   A    That identifies a specific computer, like a personal

25   computer or work computer.

DIRECT EXAMINATION OF SUSI HAJESKI BY MR CLARK                159

1    Q    Okay.  And then looking sort of up here to the left, it says

2    Facebook, Gmail, internet.  What does that represent?

3    A    Those are different services that would be accessed from the

4    internet.  You know, news sites, accounts.

5    Q    And there's a line here between those.  What does that

6    represent?

7    A    That's the line that identifies the two way communication

8    between the user's computer and those things on the internet, and

9    then back.

10   Q    So this connection here between a user and the internet, is

11   that similar to what I would do if I was just connecting from

12   home?

13   A    Yes.  That's what a normal person is doing when they're at

14   their house.

15   Q    What is -- there's a double-sided arrow.  What does that

16   represent?

17   A    There's a communication request and received on both ends

18   for any normal traffic involving access to a website.

19   Q    Now, what is an IP address?

20   A    An IP address is the actual number associated with a

21   specific computer in a pre-designated location.  So that all the

22   computers and servers can talk to each other, they each have a

23   unique IP address.

24   Q    So in the case, sort of this case where the user's

25   connecting to a specific site on the internet, how does an IP

1    address factor into that?

2    A    Well, a service like Gmail might record the IP address that

3    I'm coming from when I log into my account.

4    Q    Okay.  So if you're the user who's logging into Facebook,

5    your computer or your internet connection is going to have an IP

6    address associated with it?

7    A    That's correct.

8    Q    And is that IP address captured by a service like Facebook

9    or Gmail or something like that?

10   A    They generally do that, yes.

11   Q    Okay.  So as part of law enforcement, in your work, are you

12   able to actually obtain those IP addresses for those connections?

13   A    For a specific account through legal process, yes.

14   Q    Are you able to also, based on the IP address information

15   you get from, say, Google or Facebook or one of these other

16   sites, are you able to determine where that user or where that

17   connection is coming from?

18   A    Yes.

19   Q    And what sort of information are you able to get about that?

20   A    You can determine what network it's on, who owns the

21   network, and where that is physically located.

22   Q    Okay.  And what is -- so looking at this, looking at this

23   chart, there's, you talked a little bit about this connection,

24   there's something in the middle here that says proxy server.

25   Now, what is that?

1    A    That's a separate device on the internet that someone would

2    use to access websites in place of themselves.  It acts as a

3    jumping off point to the internet.

4    Q    So instead of making a direct connection, sort of acts as a

5    middleman to it?

6    A    That's correct.

7    Q    So if I'm a user, instead of going directly to Facebook or

8    Gmail or some other site, what do I do if I'm going to use a

9    proxy server?

10   A    You're connecting to the proxy server and then making the

11   request from the server to Facebook and back.  It does eventually

12   come back to your machine, but Facebook would be recording the IP

13   address associated with the proxy server and not where the

14   computer is located.

15   Q    So it's an extra step in there.  What's the benefit of

16   actually going through a proxy server as opposed to making a

17   direct connection?

18   A    There's a couple of benefits.  One is the privacy issue,

19   being able to obfuscate your identity by hiding where your true

20   location is.  And the other is giving you access to some

21   services, if there's restrictions from some of those online sites

22   from where you're located or IP address you're using.

23   Q    Okay.  So if you're unable to, if I'm using a proxy server

24   to connect to Facebook, Facebook may not, will identify the proxy

25   server but not me personally?

1    A    That's correct.

2    Q    So I'm able to shield that information from Facebook?

3    A    Correct.

4    Q    Are there drawbacks to using a proxy server as opposed to a

5    direct connection to some of these things?

6    A    Yes.  It does degrade the network speed.

7    Q    So it slows things down?

8    A    Just a little bit.

9    Q    Are there other issues that may limit your use of the

10   internet if you're using a proxy server?

11   A    Well, the proxy server has to be, you know, functional

12   during the time you're using it.  It cannot have any technical

13   issues.

14   Q    Can anyone just, as a proxy server, can anyone just use a

15   proxy server?

16   A    No.  You'd have to have credentials and the actual address

17   or a way to access that server remotely before you can connect to

18   it and then use it as a proxy.

19   Q    Generally, how common is using a proxy server as you connect

20   to e-mail?

21   A    Oh, that's not very common.

22            THE COURT:  Is this something people pay for?

23            THE WITNESS:  It is a service that is available, but

24   that's not the only way people have used it in the past.

25   BY MR. CLARK:

1    Q    So you said it's not very common now.  Going back to 2014,

2    2015, how common was it to use a proxy server to connect back

3    then?

4    A    Even less common.  The advent of privacy issues on the

5    internet has made this become more desirable for people on the

6    internet.  Therefore, there's more services available today than

7    there were two years ago.

8    Q    Now, are there a number -- there are a number of different

9    kinds of proxy servers, services, is that fair?

10   A    Yes.

11   Q    Okay.  And you mentioned that some of these are commercially

12   available so you can pay to get access to them?

13   A    Yes.

14   Q    Now, are you familiar with something called TOR?

15   A    Yes.

16   Q    What is TOR?

17   A    TOR is an encrypted network with layers, hiding one's

18   traffic through the network, out to a specific internet service

19   or, or other web page.

20   Q    Okay.  So looking back at our chart, going from the user and

21   then this has three things that are called TOR nodes, what are

22   those?

23   A    TOR nodes represent the different layers that someone would

24   traverse through on the TOR network.  The standard, the default

25   connection sets up three hops in the TOR network before they exit

1   the network and access the internet again.

2   Q    So that looks like hopping between three different proxy

3   servers to get where you're going?

4   A    Yes.  But the traffic on TOR is actually randomized in a way

5   so that you can be going through three nodes to get to the data

6   in the website, but the return trip doesn't come through the same

7   way.

8   Q    Okay.  So looking at this chart, we see, instead of one line

9   with double, double arrows, we see two different lines.  What

10  does that represent?

11  A    Those are showing that, you know, the connection and the

12  requests out aren't always coming back through the same exact

13  place, through the same exact channel.

14  Q    Okay.  So you might, if I'm working through TOR and

15  connecting with someone through a chat, if I sent a chat, it's

16  going to go through three hops --

17  A    Yes.

18  Q    -- to get to the recipient?

19  A    And then it comes back through three different hops.

20  Q    Okay.  And now each of those hops, there's a note here on

21  the chart that says "encrypted."  What does that mean?

22  A    Each layer of the network connection is encrypted.  From the

23  user to the first TOR node, there's an encryption layer.  Between

24  the next two nodes, it's an encryption on top of that, and so on

25  and so forth, in order to hide what is going on in the traffic

1    from even the network itself.

2    Q    Okay.  So seems like a lot of effort.  What's the benefit of

3    going, accessing things through TOR as opposed to one of these

4    other methods that we've been talking about?

5    A    Well, it is possible for the government to get the access to

6    connection logs from, like, VPS and proxy services.  TOR,

7    however, randomizes your access to all of the internet so that

8    there's no way to go back and trace exactly what someone was

9    using and how they got there.

10   Q    So does it sort of further obfuscate where you are and where

11   you're going?

12   A    It's a large layer of obfuscation, yes.

13            THE COURT:  It's a large layer of what?

14            THE WITNESS:  Obfuscation.  I'm sorry.

15            THE COURT:  Obfuscation.

16   BY MR. CLARK:

17   Q    Now looking on this chart up top here, there's a reference

18   to the deep web.  What's that?

19   A    That just represents the websites that you can only access

20   when you're in the TOR network.

21   Q    So they're encrypted websites which you can't access if

22   you're not working through a TOR?

23   A    That's correct.

24   Q    And what's the, what's the benefit, what's the benefit of

25   having a website that you can only access through this TOR

1    network?

2    A    Well, it's, it's an invite-only area.  It's a restricted

3    access.  The sites are put up by a specific person who's already

4    in TOR.  And if they want to have anyone accessing it, they have

5    to provide that exact path, and sometimes even credentials as

6    well, in order to access those.  Websites we've seen involve

7    communications that are sensitive, illicit or illegal material

8    sales and services.

9    Q    Okay.  Is that how you, where you come across the deep

10   websites in your work?

11   A    Yes.

12   Q    Now, so you've got a lot of additional protection you can

13   connect to these, these particular deep websites.  What are the

14   downsides of going through TOR?

15   A    It's significantly slower than a normal internet access,

16   directly from my home to the internet.

17   Q    Okay.  Now, you mentioned there are particular sites you can

18   only get to through TOR.  Are there sites that you can't get

19   through if you're using TOR?

20   A    Yes.  There are a number of services on the internet that do

21   not like the use of TOR, and they block those TOR connections.

22   There's a list that's published daily by the TOR project who

23   facilitates this network so that it can be blocked by companies.

24   They put it in their firewall logs and then no one can access it

25   from there.

1   Q    Okay.  In your work, how common is the use of TOR?  Is this

2   something that people are using regularly?

3   A    It's not something that the majority of people uses.  It's

4   used very rarely.

5   Q    Let's turn, in front of you you have a copy of Government

6   Exhibit 1?

7   A    Yes.

8   Q    Okay.  And can you tell us what Government Exhibit 1 is?

9   A    This is a chart which shows all the connection IPs to a

10  series of accounts over the course of half of a year.

11  Q    Okay.  Looking at Pages 2 through 4, looks like you got one

12  chart lists IP addresses.  What does that chart represent?

13  A    It's a chart I made in order to identify the networks that

14  the IPs were associated with the log-ins, so I could

15  differentiate, you know, what types those were and where they

16  were coming from.

17  Q    How do you actually do that?

18  A    There is a way to access what is registered for each IP

19  address.  The internet assigned numbers authority put out the

20  original IP numbers and assigned them to people.  And then anyone

21  using those had to re-register them if they were changing it up

22  or dicing into smaller places.  Today, that's actually governed

23  by five different internet registries throughout the globe.

24  Q    Okay.  So based on that information, you're able to

25  determine who, who owns a particular IP address or is using it,

1    for lack of a better word?

2    A    Yes, because each IP address has to be registered to

3    somebody.

4    Q    Gotcha.  And when you determine that, does it also give you

5    some information about where that IP address is located?

6    A    Yes.

7    Q    Turning to page, starting on Page 5 of Exhibit 1.  We've got

8    a different chart.  What does that chart represent?

9    A    This is the log-in history chart for these accounts from

10   January of 2015 through July of 2015.

11   Q    Okay.  So running across the top of the page, those are

12   various accounts for which we've gotten IP address information?

13   A    Correct.

14   Q    And then on the left side, those are the dates in 2015 of

15   when we see an IP address connection for that account?

16   A    Correct.

17   Q    Now, for example, just looking at the first, the first one

18   here, top left.  We've got a January 3rd, 2015 connection that

19   associates --

20            THE COURT:  What page, counsel, are you on?

21   Q    Sorry.  I'm on Government Exhibit, Page 5, Your Honor.

22            THE COURT:  Still on five?  Okay.

23   Q    And the top left corner of this, the first box we've got

24   here is, what does that represent?

25   A    That's an IP address that was used to access the Elshinawy

1    Facebook account on January 3rd.  And that IP address is

2    associated with a block of residential IPs for Comcast in the

3    Baltimore area.

4                 THE COURT:  Where do you see January 3rd?

5                 THE WITNESS:  I'm sorry.  It's on the left.  Three dash

6    Jan.

7                 THE COURT:  I want to make sure I'm looking at the

8    right thing.  I'm on Page 5 of Government Exhibit 2-A, right?

9                 MR. CLARK:  No, one.  I don't know why I had that open.

10   No wonder I couldn't find it.  Government Exhibit 1.  Okay.  Got

11   it.  Sorry.

12   BY MR. CLARK:

13   Q    No problem.  So that first, that first connection on this

14   chart, January 3rd, under the Facebook Elshinawy account, can you

15   tell us again what that represents?

16   A    That's an IP address for Comcast residential internet

17   service in the Baltimore area.

18   Q    Okay.  This would have been like the home broadband account

19   the defendant was using to connect to his Facebook account?

20   A    Yes.

21   Q    Now, and we'll see a number of those blue boxes.  These are

22   color-coded.  So those blue boxes are generally associated with

23   that Comcast?

24   A    Yes.

25   Q    Down, two boxes down on January 5th, there's a light pink

1   box that has an IP address.  What does that represent?

2   A    That represents the IP address for a public library in

3   Maryland.

4   Q    Okay.  So that would represent, that would indicate that the

5   Facebook Elshinawy account on January 5th was being accessed from

6   the Harford County Public Library?

7   A    Correct.

8   Q    Couple boxes to the right, there's a gray box with large

9   lettering there under the Facebook Tamir account.  What does that

10  tell us?

11  A    That's an IP address that's located in Iraq.

12  Q    Okay.  So it indicates that the Facebook Tamir account at

13  that time was being accessed from an IP address in Iraq?

14  A    Correct.

15  Q    Now, during the course --

16          THE COURT:  Maybe I just didn't get it.  How do you

17  know that it's in Iraq?

18          THE WITNESS:  The company that owns the IP address and

19  the whole block that it's associated with has notified the

20  registration authorities that they own those IPs and that's where

21  they're located.

22          THE COURT:  So meaning that the device is physically in

23  Iraq?

24          THE WITNESS:  The connection is physically --

25          THE COURT:  Not that somebody who had, who resided in

1    Iraq has something portable.  So if you have something portable

2    and you take it around the world with you, it will show where you

3    are at the time you're using it, not where it was originally,

4    let's say, purchased or something?

5              THE WITNESS:  Correct.  It's where you are at the time

6    you're using it.

7              THE COURT:  Okay.

8    BY MR. CLARK:

9    Q    So we noted there are a number of, under the Facebook

10   Elshinawy account and some of the other Elshinawy accounts, there

11   are a number of blue boxes throughout this chart representing

12   those Comcast Maryland connections, is that right?

13   A    Yes.

14   Q    Let me turn your attention to Page 20 in this chart.  On

15   this page, we see as we look across, we'll see a bunch of blue

16   boxes under Facebook Elshinawy, under G mark Gmail, under Egypt

17   attack Gmail, Egypt black eye Gmail, Elshinawy Gmail.  Do you see

18   all those?

19   A    Yes.

20   Q    Now, if we're looking at the column, there's one other blue

21   box and that appears to be under the column for iBacsTel PayPal.

22   What does that represent?

23   A    Yes.  Well, that is an IP address for Comcast residential

24   service in the Baltimore area.  So there is a computer in that

25   area that accessed this account.

1    Q    That accessed the iBacsTel PayPal account?

2    A    Correct.

3    Q    And what is significant about that?

4    A    There are very few connections to that account from Comcast.

5    The person in Maryland would have to have been the person who

6    created the account and has the credentials.  The credentials

7    would have to have been given to somebody else to access that

8    account, or a proxy server could have been set up in Maryland for

9    someone else to connect through and access that account.

10   Q    What do you mean a proxy server could have been set up in

11   Maryland?  How would that work?

12   A    I can set up a proxy server in my home and provide access to

13   that for other people to use as a proxy, like the services on the

14   diagram.

15   Q    So if I've got my home Comcast connection, I can arrange it

16   so that someone else can use that connection to log into my

17   account?

18   A    Yes.

19   Q    And then use that connection to connect to whatever other

20   sites they wanted?

21   A    Correct.

22   Q    And that's, is that one of the reasons that we might see

23   iBacsTel's PayPal account actually being accessed from a Maryland

24   residential Comcast IP address?

25   A    That is one of the possibilities.

1    Q    Now, that's not the only possibility.  Also, if the person

2    in Maryland had old log-in information for iBacsTel, that would

3    be, you could do it that way, too?

4    A    Correct.

5    Q    Now, that happened -- looking just to the next page, May

6    14th.  We again see another blue box under the iBacsTel PayPal.

7    Do you see that?

8    A    Yes.

9    Q    And what does that represent?

10   A    This, again, that's a Comcast residential IP address in the

11   Baltimore area.

12   Q    Okay.  Now, under, in both those boxes, under the May 1st

13   box on Page 20, there's a reference to $1,000 instant bank

14   transfer.  And then under Page 21, there's a reference to a

15   $3,000 transfer.  In both those cases, does that indicate that

16   those, those particular dates, there was money actually sent from

17   that iBacsTel PayPal account?

18   A    Yes.

19   Q    Let's talk a little bit about, I want to change gears a

20   little bit from a residential account to TOR.

21             THE COURT:  Counsel, can you just hang on one minute?

22   I just want to make sure.  It's very hard to read.  So I want to

23   make sure I can see what the witness is saying.  Looking at, for

24   example, you were just talking about May 14.

25             MR. CLARK:  Can I approach, Your Honor?  I have a

1    bigger one.

2                    THE COURT:  That's great.  Thank you.  Thank you so

3    much.

4                    So if you look at the May 14, under, and this is on

5    page -- maybe you're not going to specifically ask about this,

6    Mr. Clark, but I was just curious.  Cheapmart PayPal on May 14.

7    Mountain View, California.  So do you see that?  It's sort of the

8    light green.

9                    THE WITNESS:  Yes.

10                   THE COURT:  And could you just give me an explanation

11   of that one?  What's in Mountain View, California?

12                   THE WITNESS:  What I think is a VPS, a proxy server.

13                   THE COURT:  Okay.

14                   THE WITNESS:  The light green represents that type of

15   proxy server that would have been accessing.  These are all

16   located in data centers where they host that kind of access.

17                   THE COURT:  So that 206.108, etc., are numbers.  Is

18   that an IP address?

19                   THE WITNESS:  That is an IP address, yes.

20                   THE COURT:  And are you able to then say you know that

21   IP address belongs to a proxy server?

22                   THE WITNESS:  It belongs to a company that provides

23   proxy server services.

24                   THE COURT:  And the word underneath, is that "intuit?"

25                   THE WITNESS:  Correct.

1          THE COURT:  Is that a company?

2          THE WITNESS:  That's the company.

3          THE COURT:  Okay.  So just so I can understand.  How do

4     you know $3,000 was transferred, for example?

5          THE WITNESS:  The legal process return from PayPal for

6     those two accounts specified that transfers were happening and

7     identified those as the connection IPs at that time.

8          THE COURT:  So you have to get the record of all these

9     companies to put this together, obviously?

10          THE WITNESS:  Yes.

11          THE COURT:  Okay.  Thank you.

12     BY MR. CLARK:

13     Q    So let me switch gears a little bit, to the TOR network.

14     Now, during the course of your review of some of this IP address

15     information, did you see use of the TOR network?

16     A    Yes.

17     Q    Let me turn your attention to, let's turn to Page 12 of

18     Exhibit 1.  And in relation to the Cheapmart PayPal account and

19     the Elshinawy Gmail account, do we see instances of TOR notes on

20     those, on access to those accounts?

21     A    Yes.

22     Q    Okay.  And where, where were those, where was that access?

23     A    That they're both being accessed from the same TOR exit node

24     IP.

25          THE COURT:  Sorry.  Counsel, where was that?

DIRECT EXAMINATION OF SUSI HAJESKI BY MR CLARK                 176

1          THE WITNESS:  Sorry.  The TOR exit node.

2          THE COURT:  In which column are we in?

3          MR. CLARK:  Sorry.  We're page 12.  These are the ones,

4     the two boxes that are brown in color.

5          THE COURT:  Okay.  So are we talking about March 21st?

6          MR. CLARK:  March 21st, Cheapmart, PayPal and Elshinawy

7     Gmail.

8          THE COURT:  Okay.  I'm not going to disclose from whom

9     I have received a request for a break, but I've received a

10    request for a break.  So it's probably a good time to take one.

11         MR. CLARK:  Absolutely.

12         THE COURT:  I'm mindful that one of the counsel also

13    said he needs to leave by 5 or 5'ish.  Is that right?

14         MR. TREEM:  Yes.

15         THE COURT:  Okay.  So let's try to make it as short as

16    possible.  But when everyone's ready, just let me know.  Thank

17    you.  We'll stand in a brief recess.

18         (Recess at 3:53 p.m. Resume at 4:08 p.m.)

19    BY MR. CLARK:

20    Q    Ms. Hajeski, when we broke we were talking a little bit

21    about the TOR network.  I think we were looking at Page 12 of

22    Government's Exhibit 1.  Do you have that in front of you?

23    A    Yes.

24    Q    Okay.  And on Page 12, there are two brown boxes under March

25    21st.  What do those represent?

1    A    Those show the IP address that was used to access the

2    Cheapmart PayPal account and the Elshinawy Gmail account and the

3    timestamps when that occurred.

4    Q    And what are those IP addresses associated with?

5    A    Those are TOR exit node IPs.

6    Q    So does that indicate that the accessing of those accounts

7    at that time was being done through the TOR network?

8    A    Correct.

9    Q    Let's flip to the next page.

10         THE COURT:  So just to be clear.  The IP address is

11   associated with the computer that's accessing, not the one

12   accessed?

13         THE WITNESS:  Correct.

14   BY MR. CLARK:

15   Q    So for, the IP address will represent sort of the last, the

16   computer that's accessing a Gmail account or a Facebook account,

17   but even if that's not the last sort of jump in the process?

18   A    Right.  It's the one that makes the final internet request.

19   Q    So these, the IP addresses, the TOR IP addresses here

20   reference a TOR node in Germany, is that right?

21   A    Yes.

22   Q    But that may be, and that may be the third, the final sort

23   of jump in the TOR connection.  But there are other ones that

24   might be in totally other countries?

25   A    Correct.

DIRECT EXAMINATION OF SUSI HAJESKI BY MR CLARK                178

1    Q    Okay.  Now, turning to March 23rd, which is the next page,

2    Government Exhibit Page 13.  There's another brown box there.

3    What does that represent?

4    A    That's the log-in IP to the iBacsTel PayPal account.

5    Q    Okay.  And that, and this particular log-in to the iBacsTel

6    PayPal account, what kind of log-in's that?

7    A    That's also a TOR exit node.  In fact, it's the same TOR

8    exit node.

9    Q    When you say it's the same, meaning it's the same as the TOR

10   exit node that was used two days before to connect to Cheapmart

11   PayPal and Elshinawy Gmail?

12   A    That's correct.

13   Q    Is that unusual?

14   A    Yes, very much.

15   Q    And why is that?

16   A    The idea of the TOR network is to randomize and hide your

17   location.  Coming from the same IP address multiple times over a

18   course of a couple of days, it's not something that would

19   randomly appear that way.

20   Q    Okay.  Is it possible for someone who's using the TOR

21   network to actually configure it such that they can pick what IP

22   address they're using?

23   A    Yes, you can do that.

24   Q    Is that a common thing?

25   A    Actually, that's very uncommon because that's, that degrades

1   what you're trying to use TOR for, to hide where you're coming

2   from.  If you're always coming from the same IP address, that

3   doesn't hide where you're coming from.

4   Q    Now, you mentioned, I think, when we were talking about some

5   of the deep web stuff, that some of the deep websites you need to

6   be on the TOR network to access, is that right?

7   A    That's correct.

8   Q    Are there deep websites which can limit access to a

9   particular IP address?

10  A    Yes.

11  Q    And so if someone were to connect to those, to a deep

12  website that limited access to the extent that only people from a

13  particular IP address could access it, then you need to configure

14  your TOR connection to come from a particular IP address, is that

15  correct?

16  A    Yes.  Yes, you would.

17  Q    Now, is that something that TOR users commonly do?

18  A    No.

19  Q    Common requirements?

20  A    No.

21  Q    Would that be an extra layer of security on that, that

22  particular website if you needed --

23  A    Yes.

24       THE COURT:  So if you subpoenaed the TOR -- you can't

25  subpoena them?  You're shaking your head no.

1          THE WITNESS:  No.

2          THE COURT:  Why is that?

3          THE WITNESS:  The nodes are run by individuals

4    throughout the world.  And those nodes have to be logging that

5    information, and then we'd have to be able to identify who it was

6    that was running those nodes.  Logging is not enabled by default,

7    especially since it's a service people are trying to use to hide

8    themselves.  So there's never records that we can go and

9    subpoena.

10   BY MR. CLARK:

11   Q    One point of clarification, as you mention that.  The IP

12   address information we have, we have IP address from, information

13   from certain accounts like Gmail and Facebook and PayPal, things

14   like that, is that right?

15   A    Yes.

16   Q    So we don't have, I mean, we don't have IP address

17   information from every website that the defendant or people from

18   iBacsTel might have been accessing, is that right?

19   A    Right.  Just the ones on this chart.

20   Q    So we get sort of the chart represents sort of particular

21   individual snapshots, but not a full picture by any stretch, is

22   that fair?

23   A    Correct.

24   Q    So when we show, when we see that, say, the Elshinawy Gmail

25   is being accessed by a TOR node, we know that at that particular

1   time that's how that account was accessed.  Is that fair?

2   A    Yes.

3   Q    Do we know, based on the information we have specifically,

4   what else was being done through that TOR, TOR connection?

5   A    No.

6   Q    Okay.  And that's because we just don't, we don't

7   necessarily have access to that?

8   A    No.  Yeah.  It's not provided by the owner of the TOR node.

9   Q    Okay.  A few other.  Bouncing ahead to Page 16 of Exhibit 1.

10  You see another, another brown box on April 6th.  Do you see

11  that?

12  A    Yes.

13  Q    Okay.  What's that?  What account is that associated with?

14  A    That's the DJ black eye 72 Gmail account.

15  Q    Okay.  In that, in that instance, we see a log-in at 0015?

16  A    From a TOR exit node.

17  Q    Okay.  Now, again, we don't know what else is being done

18  over that TOR exit node, right?

19  A    That's correct.

20  Q    Following that, now at the same, on the same day following

21  that, we've got a couple other log-ins to that account.  Do you

22  see that?

23  A    Yes.

24  Q    What do those represent?

25  A    The very next one which was a quarter, two minutes later, is

1    from a Comcast residential IP address in the Baltimore region.

2    Q    Okay.  And is that, is it unusual to sort of bounce between

3    connections like that?

4    A    Actually, with using TOR, I've seen that before.  If I'm on

5    my computer and I go in through TOR and I try and access a site

6    that doesn't like providing access to TOR, I could make an

7    initial connection and then be kicked off and have to reconnect

8    from another IP.

9    Q    Below that or sort of below that and then to the right of

10   that there's a note here that says no IP logged.  Do you see

11   that?

12   A    Yes.

13   Q    What does that represent?

14   A    I believe that would represent access from a third-party web

15   app.  There's the Gmail cell phone app that you can use on your

16   phone.  But other individuals and companies have created similar

17   apps that can also do that same authentication through a mobile

18   device.  Since that's not associated with Gmail itself or the

19   cellular communications company, they don't usually log those

20   IPs.

21   Q    Gotcha.  Jumping ahead to Page 23, and then to Page 24.  A

22   bunch of access to the Facebook Elshinawy account on May 20th.

23   Do you see that?

24   A    Yes.

25   Q    And can you just explain what that, what that series of

1    connections represents?

2    A    This is a variety of connections from different IPs over the

3    course of --

4              THE COURT:  From different what?

5    A    Different IP addresses over the course of 20 minutes.  It

6    starts with a TOR exit node, then a VPS proxy IP address, then a

7    Comcast residential IP address in Baltimore, and then a TOR exit

8    node IP, and, again, the Comcast residential IP in Baltimore, all

9    within 20 minutes.

10   Q    And is there, and are there, actually, on that particular

11   day, multiple different, there's multiple different TOR

12   connections or also multiple different VPN connections being

13   used?

14   A    Yes.

15   Q    And then there's also the Comcast, Comcast connection.  Does

16   there --

17             THE COURT:  This is May 20th, you said, right?

18   Q    This is May 20th, yes, Your Honor.  Do you have any sense of

19   why someone would be connecting using all these different means

20   over the course of a relatively brief time there?

21   A    It's possible that they're experiencing the same access

22   problems with TOR and VPS proxies, where they're getting kicked

23   off.  I could see that if I was coming through layers of a

24   network from my house through a proxy, and then through TOR, as

25   I'm getting kicked off the network, it picks up the most, the

1   next most IP address that my computer's representing.  However,

2   it also could be multiple people logging into the same account.

3   That would also indicate the quick time frame.

4   Q    Okay.  Let's, I want to switch gears a little bit to a

5   different kind of IP address that you identified on the chart.

6   Circle back to actually the prior page, Page 22 of Government

7   Exhibit 1.  And starting on May 17th and then continuing over the

8   course of the next few days, we see a number of connections

9   related to this under the Cheapmart PayPal and Cheapmart Gmail

10  account, this Turkish IP address.  Do you see that?

11  A    Yes.

12  Q    And those are the mustard-colored boxes right there in the

13  bottom, right?

14  A    Correct.

15  Q    Okay.  Now, do you -- what do you know about those

16  particular IP addresses?

17  A    Those IP addresses are part of a network block for an

18  internet service provider in Turkey.

19  Q    Do we know anything about that internet service provider?

20  A    Other than they registered that they have those IP

21  addresses.

22  Q    Okay.  Do we know whether that's sort of a mobile or static,

23  what kind of internet connection that is?

24  A    Those appear to be more of a static, residential or

25  commercial-type IP.

1    Q    Okay.  Now, over the course of the next few days, we see a

2    couple of those as well, right?

3    A    Yes.

4    Q    So on the 20, on Page 25, you see a similar Turkish IP

5    address, for the Egypt attack Gmail and also the Elshinawy Gmail

6    account.  What's, I guess what's unusual about the defendant's

7    accounts being accessed by that Turkish IP address?

8    A    Because the IP address resides in Turkey, somebody in Turkey

9    would have had to have his credentials to access the account or

10   he himself proxied through an IP in Turkey to access those

11   accounts.

12   Q    Okay.  So this would be sort of in the same way that he

13   could have set up his Comcast account as a proxy for the iBacsTel

14   people to use, is this, someone in Turkey could have et up their

15   Turkish Comcast account for Mr. Elshinawy to use?

16   A    Yes.

17   Q    You said alternatively, if he had provided his log-in

18   information to someone there, they could have, they could have

19   done it validly as well?

20   A    That's correct.

21   Q    Okay.  Let me turn your attention to, starting on Page 27 of

22   Government Exhibit 1, and then over the course of through, I

23   guess, Page 29, there are a number of these lavender boxes?

24   A    Yes.

25   Q    Related to Doba account and then Elshinawy Gmail, Facebook

1    Elshinawy account.  Do you see those?

2    A    Yes.

3    Q    First, I should clarify.  What's Doba, a Doba account?

4    A    I'm sorry.  I really don't know the difference.

5    Q    Well, we can clarify that account, what the nature of that

6    account is later.  A Doba account.  So these IP addresses, were

7    you able to determine where these lavender IP addresses were

8    located?

9    A    These IP addresses are all associated with a network block

10   in Paris, France.

11   Q    Okay.  And what are you able to determine about these

12   particular IP addresses?

13   A    They appear to be another type of VPS or proxy server

14   because they all resolve to a data center in France.

15   Q    Okay.  One based in France as opposed to, say, the one in

16   Mountain View, California or some of the other ones we've

17   referred, we've seen?

18   A    Correct.

19   Q    And these are only used, it appears that these ones are only

20   used for a couple days in early June, is that right?

21   A    That's right.

22   Q    At least based on the information we've gotten.  Now,

23   in terms of --

24            THE COURT:  What does it mean, for example, looking at

25   Page 28, 37 messages sent?  That's on June 5.

1           THE WITNESS:  Right.  In the legal process we received,

2      it specified messages that were occurring during the log-in

3      period.  So that we totaled them up and put them on the chart.

4           THE COURT:  Okay.  So 37 e-mail messages?  Is that what

5      that means?

6           THE WITNESS:  It could be e-mail or it could be like

7      chat-type of messages.

8           THE COURT:  Like an instant chat?

9           THE WITNESS:  Yes.  I'm not --

10          THE COURT:  Messaging?

11          THE WITNESS:  I'm not sure what was used other than

12     they have messages going through.

13          THE COURT:  Like could you have, are these like live

14     chats?  Could they be that?

15          THE WITNESS:  They could be.

16     BY MR. CLARK:

17     Q    One thing when we're looking here.  On June 6th, there are

18     log-ins from these, log-ins to Cheapmart PayPal, Cheapmart

19     PayPal, Facebook, all from this French IP address.  I note also

20     that there's, at the same time, there's a log-in from the

21     iBacsTel PayPal account to, there's a light green box there at

22     the top of June 6th.  Do you see that?

23     A    Yes.

24     Q    And what does that represent?

25     A    That's what looks like a VPS proxy server in California.

1    Q     Okay.

2              THE COURT:  Counsel, let me make sure I see where

3    you're talking about.  The June 6th, which column?

4              THE WITNESS:  It's the iBacsTel PayPal column.

5              THE COURT:  I have holes in some of them.  Okay.  So I

6    have a dark green and a light green.  You're talking about the

7    top one?

8              THE WITNESS:  Yes.

9              MR. CLARK:  Yes, the light green.  Right at the top,

10   it's number 208, 2081084116.

11             THE WITNESS:  206.

12             THE COURT:  Okay.

13   BY MR. CLARK:

14   Q     Now, the company and location we've seen there, we've seen

15   that, did we see that before associated with --

16   A     Yes, we have.

17   Q     Was that actually same company that Mr. Elshinawy's accounts

18   were being accessed through?

19   A     Yes, it was.

20   Q     Okay.  In this case, on June 6th, anyway, they're being,

21   iBacsTel is actually using that VPN service?

22   A     That's correct.

23   Q     Proxy server.  And so -- all right.  Let me switch gears a

24   little bit here.  I don't want to spend too much time on it.  But

25   let me turn your attention to Exhibit 2-A.  Are you familiar with

1      Exhibit 2-A?

2      A    Yes.

3      Q    Can you tell the Court what Exhibit 2-A is?

4      A    This is a chart about the specific declassified items taken

5      from the broadband and phone data of the subject.

6      Q    Okay.  And were you asked to do some analysis on this chart?

7      A    Yes, I was.

8      Q    And what were you asked to do?

9      A    I was asked to identify if these, these images and websites

10     still existed or where else would they have been seen.

11     Q    Okay.  And how did you go about doing that?

12     A    I went through a series of steps for each one of these.

13     First, the exact link that was visited by the subject was

14     provided, so I tried to see if that was still active.  And that's

15     in that first dark green column.

16              The next thing I did, if that wasn't active, or even if

17     it was, sometimes we're looking at websites that maybe have been

18     moved within a domain.  Websites could change and everything over

19     a period of time.  And two years later, I was surprised to see so

20     many in the same place.  But I did check to see is it still on

21     that same web page.

22     Q    Okay.  And if it wasn't, did you do some other, take some

23     other steps to see if it was still --

24     A    Yes.

25     Q    -- available on the internet?

1    A    Yes.  If it was an image, specifically, I queried that image

2    on the internet using Google Image Search to see if it recognized

3    the image exactly by hash or similar images like that on other

4    websites.  Those are the next two columns.

5          And then I did actually find related sites that

6    contained the same information as some of these in a different

7    location.

8    Q    Okay.  And were you able to find most of these somewhere on

9    the internet?

10   A    Most of them, yes.

11   Q    Were some of them, were you just not able to confirm because

12   they required a log-in that you weren't able to do?

13   A    Yes.

14        THE COURT:  They required what, counsel?

15   Q    A log-in of some sort.

16   A    Yes.  There's a set of, of items on Page 2.  There is a

17   series of items that were originally from the Egyptiannews.net

18   site.  I wasn't able to access any of those from the site link.

19   And when I did, it prompted me to log into Facebook's and provide

20   my account.  And it was going to redirect me to the Egyptian news

21   network.

22   Q    So you didn't actually log into Facebook --

23   A    No, I did not.

24   Q    -- to do that?  Okay.  Now, if you, if you weren't able to

25   direct to it or find it on a similar site, did you, were you able

1    to do some sort of image search to see if it existed somewhere on

2    the internet?

3    A    Yes.  Some of the Google Image searches came back with very

4    little information.  And so I also searched some of these in

5    TinEye, which is another image search on the internet.

6    Q    Okay.  And were you able to find some of these images via

7    that TinEye search?

8    A    Yes.

9    Q    What does TinEye do?

10   A    TinEye scours the internet for all its images.  It collects

11   them over time, like a Google search.  And it stores them.  It

12   currently has over 22 billion images cached.  And when I submit a

13   picture, it tells me if it's seen that, or something like that.

14   Q    So if you've got a picture, you actually like drag that

15   picture onto the site and search for it?

16   A    Correct.  You can do a simple drag and drop.

17   Q    Okay.  So instead of doing like typing in a Google search,

18   you just drag it in and it will find it if it's there?

19   A    Correct.

20   Q    All right.  Now, in addition to searching for, determining

21   the number of the sites that he visited are still on the internet

22   or active, active somewhere on the internet, let me turn your

23   attention to Exhibit 3-A, Pages 10 and 11.

24              THE COURT:  Can we go back to 2 for a minute?

25              MR. CLARK:  Sure.

1          THE COURT:  2-A, I mean.  So I guess I just need to be

2     clear about where these images that you're searching from, where

3     they were found in the first place.

4          THE WITNESS:  The data from the phone and from his

5     broadband access.

6          THE COURT:  So devices seized from the defendant.  Is

7     that what you're saying?

8          THE WITNESS:  Not from the defendant.  They were a part

9     of the data he viewed.

10         THE COURT:  The data?

11         THE WITNESS:  Data.

12         THE COURT:  The data on his devices?

13         MR. CLARK:  I can probably clarify.  This was data that

14    was intercepted through either his broadband account or his phone

15    connection and declassified, is that right?

16         THE WITNESS:  Yes.

17         MR. CLARK:  And that's different than, say, what was

18    actually, what was located on his seized devices when they were

19    ultimately seized, correct?

20         THE WITNESS:  Correct.

21         THE COURT:  Okay.  Thank you.

22         MS. MANUELIAN:  Your Honor, if I could approach just to

23    give the witness the exhibits.

24         THE COURT:  Sure.

25    BY MR. CLARK:

1    Q    So I'm going to show you, we've got in front of you what is

2    marked as Exhibit 3-A, Page 10.  And then Page 11.  Do you

3    recognize those?

4    A    Yes, I do.

5    Q    And what are those?

6    A    These are two images that were found on the forensic

7    analysis of 1-B6, the laptop of the subject.

8    Q    And where were they found on that forensic image?

9    A    They were found in the Firefox cache folder, the temporary

10   storage location for that browser.

11   Q    Okay.

12        THE COURT:  And what page, counsel?

13   Q    It's 3-A, Page 10 and 11.

14        THE COURT:  10 and 11?  Thank you.

15   Q    And did you take any steps to try and find out where these

16   images had come from?

17   A    Yes, I did the same Google Image search and TinEye search

18   with these two images.

19   Q    And were you able to find these images --

20   A    No.

21   Q    -- anywhere on the internet?

22   A    They didn't exist anywhere, even similarities.

23   Q    So no, among the 22.8 billion, you weren't able to find them

24   anywhere?

25   A    That's correct.

1    Q    Is there a particular browser that someone would use to

2    access the TOR network?

3              THE COURT:  Could I ask what the significance is, then,

4    if you didn't it?

5              THE WITNESS:  That would mean the images don't

6    currently reside on the internet that you and I would normally

7    access.  They would either be contained on a private site that he

8    viewed through the Firefox browser, or may be images that he was

9    provided that he opened in the Firefox browser.

10             THE COURT:  And just theoretically, a person could be

11   there at the place and take a photo?  Is that possible?

12             THE WITNESS:  It is possible.  But we're not, we're not

13   saying that we saw it on phone.  We saw it specifically on the

14   Firefox browser cache on his Dell computer.

15             THE COURT:  On his Dell computer?

16             THE WITNESS:  That's correct.

17   BY MR. CLARK:

18   Q    Is there, is there a particular browser that's the one we

19   used to access the TOR network?

20   A    Yes, the TOR browser is built on top of Firefox.  It's

21   configured a specific way, then provided for download.  So it's

22   preconfigured to access the entire network.  So a default access

23   to TOR, you download the Firefox browser with these

24   configurations.  Then you can get on the network.

25   Q    Now, in addition to these couple photos that were recovered

1    from his computer, did you review the results of the forensic

2    material that was seized from the defendant's computers and

3    devices?

4    A    Yes.

5    Q    And were you able to find, were you able to determine what

6    operating system he was using?

7    A    Yes, I was.

8    Q    Okay.  What operating system was he using?

9    A    He was using Ubuntu, which is a Linux operating system.

10   Q    And is that, was that the operating system that came with

11   those computers?

12   A    No, it is not.

13   Q    Okay.  What operating system came with those computers?

14   A    The computers had versions of Windows on them when they were

15   originally distributed by the manufacturer.

16   Q    And the, how was he using Linux on those machines?

17   A    He was using Ubuntu with some specific configuration

18   settings.

19   Q    And how is it, I guess how is the Linux different from, say,

20   Windows or a Mac operating system?

21   A    Linux is a, is a very, it's a very technical operating

22   system compared to Windows and the Mac operating systems.  It's,

23   it generally has less graphical images and GUIs available to it.

24   Q    And what?

25   A    I'm sorry.  Graphical user interface, a GUI.

1    Q    A GUI?

2    A    Sorry.

3    Q    New term.  New term.  I like it.  Sorry.  Go ahead.  So it

4    has less GUIs?

5    A    It's also considered less user-friendly to a novice computer

6    user.  It requires a lot of overhead -- the best use of this,

7    this type of operating system would be from the command line.

8    Command line instructions like code or scripting languages.  It

9    runs best and you can configure it and have it programmed to do

10   almost anything.

11   Q    What is, what's the benefit of using Linux as opposed to,

12   say, a Windows or a Mac operating system?

13   A    You can make it very specific.  If you have a very specific

14   task you want to do, you can customize it exactly for that and

15   not install a whole bunch of other I'd say either accessories or

16   additions to the operating system.  It doesn't have to have a

17   firewall if I don't need that for the function.  It doesn't have

18   to have even image software if I don't need that for my function.

19   And that way I can concentrate all the use of it on what I need

20   it to do.

21   Q    Okay.  So does that means it's easier to use than a Windows

22   or a Mac operating system?

23   A    No.

24   Q    Okay.  Why not?

25   A    Because you have to know exactly how to do that

1    configuration.

2    Q    Okay.  You've got to do those configurations yourself as

3    opposed to having, say, Windows or Apple do those for you?

4    A    That's correct.  It's an open-source operating system.  So

5    the original code that is available for this is also shared with

6    developers so they can go and make improvements or correct

7    security flaws at will.  But you're also relying on that

8    community resource to provide that software, which may or may not

9    have been vetted like Windows updates or Mac updates.

10   Q    Gotcha.  Now, how common is it, how common is the Linux

11   operating system versus Windows or Mac operating systems?

12   A    It's very insignificant in the market share.

13   Q    Okay.  What sort of market share are we talking about?

14   A    I found statistics that show that today Linux in general is

15   used on maybe 2% of the computers worldwide.

16   Q    And going back to 2015, two years back?

17   A    That was 1.6% of the computers worldwide.  And that's Linux

18   as a whole, and that's worldwide.  I wasn't able to find specific

19   statistics for the United States.  But what I had seen is

20   sometimes those are rated even less likely than that.

21   Q    Who generally is using -- you know, 2% of the population, of

22   the world population is using Linux.  What people generally are

23   using Linux?

24   A    People who are knowledgeable about Linux operating system,

25   first of all.  And then the ones who are technically capable of

1    using them.

2    Q    Okay.  So technically savvy people, who can do the

3    customization and do the work necessary to operate that system?

4    A    Yes.

5    Q    You mentioned, you sort of mentioned briefly that there were

6    various options that Mr. Elshinawy could choose for his operating

7    system.  What were those options?

8    A    He chose two very specific options, logical volume

9    management support and Linux uniform key system encryption, on

10   his home folders within that.

11   Q    What do those, what do those two things do?

12   A    Linux, logical volume management actually allows you to

13   increase or decrease the size that you need for the hardware of

14   your computer.  The hard drive can be increased by adding

15   additional ones, or making it smaller, when you need to change

16   the resources.

17         It's a very odd thing to have on a laptop with a single

18   hard drive because it's meant for, you know, like a data center,

19   people with servers where the data is growing over time and they

20   can't estimate how much they're going to use.  So this way they

21   can dynamically grow it over time.

22   Q    The other one you said was -- what was the other one?

23   A    LUX is the acronym.  It's encryption that's used with Linux.

24   And he had it specifically set to encrypt his home directory.  So

25   it would just be the user data folder.

1    Q    Okay.  And what is, what sort of encryption is this?

2    A    This is specific to Linux.

3    Q    Okay.  And does it make the data that you're keeping on that

4    computer more secure?

5    A    Yes.  If, if someone tried to log into the computer and they

6    could get access to it, they still need to know a password or a

7    code in order to access the data in the home folder.

8    Q    Is there, is there any downside to adding that as an option?

9    A    Yes.  If you lose the password or the encryption key, you

10   lose access to all of your data.

11   Q    Okay.  There's no way to get into that data?

12   A    No.

13   Q    Is there any way to break into the LUX encryption?

14   A    No.

15   Q    Would these, would these extra things have taken extra steps

16   to install with Linux?

17   A    Yes.  It's not set by default.  It's an option that you have

18   to select during the installation process.

19   Q    Now, the Linux system was installed on one of those

20   computers.  It was also, there's also a thumb drive that was

21   seized, is that right?

22   A    That's correct.

23   Q    And was Linux being run off that thumb drive as well?

24   A    Yes, it was.

25   Q    Okay.  And why, why would someone run their operating system

1  off a thumb drive?

2  A    That's a capability that you can do with Linux since it's a

3  lot smaller than a Windows or Mac.  You can have it run on a

4  smaller space, such as a thumb drive.  But you can also use it in

5  place of the hard drive inside the computer.  You can boot

6  directly into it and bypass the internal hard drive, using the

7  RAM and the processor as well of the machine, but never writing

8  to that hard disk.

9  Q    So never writing to the hard disk, is there a security

10 benefit to running your operating system that way?

11 A    Yes.  Then it's always on the USB or erased every time you

12 turn it off.

13 Q    So every time you turn it off, you take out the thumb

14 drive --

15 A    Nothing ever shows up on the computer.

16 Q    Okay.  Now, switching gears a little bit.  Let's look at the

17 operating system stuff.  What is a virtual machine?

18 A    A virtual machine is a software instance of a running

19 computer that you run inside an actual computer system.  So I can

20 have a program that's running Windows inside my Mac computer or

21 vice versa.

22 Q    You could almost create a situation where you're like

23 running a computer inside a computer?

24 A    Yes.

25 Q    What's the purpose of doing that?

1    A    I use it in order to test software, to run malware without

2    damaging computers, and also to access websites without leaving

3    any data resident on the computer system.  You can delete it as

4    soon as you close it out.  And then it's erased forever.

5    Q    So if you have, if you're running a virtual machine on your

6    computer, whatever you're doing on the virtual machine can be

7    isolated to the virtual machine and not leave traces on the rest

8    of the computer?

9    A    That's correct.

10   Q    Okay.  Now --

11        THE COURT:  Just to clarify.  But if you knew -- I

12   realize that you might not know -- but if you were trying to

13   analyze the data and you knew that a person had been in touch

14   with a particular person, let's say, because you found it some

15   other way, if you had the other person's data, would you be able

16   to work backwards and find it?  In other words, what you're

17   telling me is when you have a virtual machine, there's no

18   footprint.

19        THE WITNESS:  Unless it's saved and stored before it's

20   shut down, yes.

21        THE COURT:  Okay.  But if the goal is to leave no

22   tracks, does -- but the person's, is this, could this be like an

23   e-mail communication?  Would you use -- or is it just to go

24   online or visit websites, or something like that?

25        THE WITNESS:  You could do it for any of those

1      purposes.

2              THE COURT:  So does the site, let's say, that's

3      contacted have information?  If you knew.

4              THE WITNESS:  The site that's contacted still

5      identifies an IP address where that virtual machine went out.

6      We're just not seeing any evidence of it on the computer that was

7      used if the virtual machine is deleted.

8              THE COURT:  But you would be able to see that the

9      virtual machine had tried to access the other, the website, let's

10     say?

11             THE WITNESS:  You wouldn't be able to see that if it

12     was in another machine.  The IP address of the computer itself is

13     what's talking out to the internet.  It doesn't differentiate

14     between the virtual machine inside your computer when you're

15     connecting to a service.  That happens within your machine.

16             THE COURT:  I guess the reason I'm asking is, you know,

17     people visit a website and then it seems like the website where

18     they visited -- let's just say it's a store -- they are

19     immediately solicited by the store.  So that's why I was asking.

20     If you had a virtual machine that was accessing a store, doesn't

21     it retain that information?  If you knew the store, could you go

22     to Bloomingdale's and see that a person, even with the use of a

23     virtual machine, had accessed the store?

24             THE WITNESS:  If I had a Bloomingdale's account and I

25     access it from my computer, and then I access from the virtual

1    machine, it would look the same to Bloomingdale's.  However, if I

2    only ever access that account through my virtual machine,

3    Bloomingdale's website associates my access with a cookie.  That

4    cookie is associated with just the virtual machine, not my

5    computer.  And if I delete that virtual machine, then there's no

6    evidence of that use.

7              THE COURT:  Okay.  Thank you.

8    BY MR. CLARK:

9    Q    Now, in this particular case, did the FBI find any evidence

10   of the use of a virtual machine on the defendant's computers?

11   A    Yes, they did.

12   Q    Okay.  And what was that?  What was that evidence?

13   A    I believe it was Evidence Item 1033 from 1-B6.  It was a log

14   of a virtual machine.

15   Q    And 1-B6 is one of the defendant's computers?

16   A    One of his laptops, yes.

17   Q    And the evidence was, you said the evidence was a log.

18   What's that?

19   A    It was a log that was generated by the virtual software

20   identifying what was happening, when it was created, how it was

21   configured, and when it was used, when it stopped being used, and

22   when it was deleted.

23   Q    Okay.  Was there, was there any indication as to what was

24   done with that virtual machine?

25   A    No.  The log only talks about the stuff that happens with

1    the virtual machine as associated with the host computer.  All

2    the activity inside the virtual machine was not logged in there.

3    Q    Now, was there any indication that that virtual machine may

4    have been used to connect to the internet?

5    A    Yes, there was.  One of the configuration settings, when it

6    was initiated, connected to his files router home network.

7    Q    Okay.  So when you're creating a virtual machine, when you

8    set that up in your computer, does that, do you need to do it,

9    take some extra step in order to use that to connect to the

10   internet?

11   A    You need to make sure it can connect to the internet if

12   that's what you want to use it for.

13   Q    Okay.  Why wouldn't it just automatically connect to the

14   internet?

15   A    There's lots of reasons why you would not want to connect

16   something in the virtual machine to your computer or the

17   internet.  When I do malware analysis, that's the one thing I

18   always make sure is off.

19   Q    Okay.  But I'm saying why, if I create a virtual machine on

20   my computer, why it doesn't just automatically connect -- it

21   doesn't just automatically connect to the internet?

22   A    No.  There's multiple settings of a network connection

23   associated with the software.  You can have a network connection

24   that runs through your computer, which is called a NADA

25   connection.  There's a bridge connection, which is where it's

205

1    tunneled through your computer, but using just the network

2    connection.  And then there's the closed network, where it's not

3    accessing your computer.

4    Q    So it's almost like you have a brand new computer and you've

5    got to configure it to connect to the internet?

6    A    Yes.

7    Q    And the log information, did it also indicate that the

8    virtual machine was deleted?

9    A    Yes, it was.

10   Q    Was the FBI, other than this information that it was

11   configured to go to the internet, was the FBI able to determine

12   what was done in that virtual machine?

13   A    No.

14   Q    Just a moment.

15         (Pause in proceedings.)

16         MR. CLARK:  Your Honor, I don't think we have much

17   more, but I'm conscious that it's 10 of 5 at this point.

18         THE COURT:  You're not done, though?  Is that what

19   you're saying?

20         MR. CLARK:  I may be able to sort of wrap up.  If

21   anything, I've have another few minutes, but nothing, not much

22   more.

23         THE COURT:  Do you want to try to finish?  Is that what

24   you're saying?

25         MR. CLARK:  I think -- well, I think we're done.  I

1    think I can finish up if we're, if I take a look at my notes.

2              THE COURT:  Okay.  Then we would do cross tomorrow?

3              MR. CLARK:  Yeah.  I'm suggesting that I could take a

4    look tonight and make sure there's nothing else we need to cover

5    and then --

6              THE COURT:  Okay.

7              MR. CLARK:  -- wrap up tomorrow, if anything comes up.

8    But I think --

9              THE COURT:  So you're saying you'd like to check and

10   decide after we recess?

11             MR. CLARK:  Yes, Your Honor.

12             THE COURT:  Okay.  All right.  So I'm sure that will be

13   suitable to the defense, is that right?

14             MR. TREEM:  Yes, Your Honor.

15             THE COURT:  So 9:30 tomorrow morning, counsel?

16   Anything that you need me for?

17             MS. MANUELIAN:  Your Honor, tomorrow morning, perhaps,

18   we would like to address at least the issue of ██████ at some

19   point.  I know we don't have time to do it today.  But I wanted

20   to do that so we can ascertain how we're going to proceed with

21   that.

22             THE COURT:  Okay.  Well, I did say that I thought the

23   defendant was entitled to some notice.  So I didn't expect these

24   two days to be the days.

25             MS. MANUELIAN:  If we need to do it on Monday, that's

1   fine, Your Honor.  But I do want to at least make a record as to

2   what has already been provided on that.

3                   THE COURT:  All right.

4               MS. MANUELIAN:  After perhaps Ms. Hajeski is done.

5               THE COURT:  Okay.  That's fine.  But we'll stand in

6   recess, then, until 9:30 tomorrow morning.  Thank you all.

7                   (Conclusion of Proceedings at 4:52 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                                   INDEX

2

3                                                                 PAGE

4    DEFENSE WITNESS

5    WITNESS: DR. MARC SAGEMAN
     Direct Examination By Mr. Simms                              11
6    Cross Examination By Mr. Clark                               23
       (On Qualifications)
7    Cont'd Direct Examination By Mr. Simms                       44
     Cross Examination By Mr. Clark                               69
8    Redirect Examination By Mr. Simms                            76

9    GOVERNMENT WITNESS

10   WITNESS: AARON ZELIN
     Direct Examination By Mr. Clark                              82
11   Cross Examination By Mr. Treem                               87
       (On Voir Dire)
12   Cont'd Direct Examination By Mr. Clark                       92
     Cross Examination By Mr. Treem                               100
13
     DEFENSE WITNESS
14
     WITNESS: DR. MARC SAGEMAN
15   Direct Examination By Mr. Simms                              108
     Cross Examination by Mr. Clark                               111
16
     GOVERNMENT WITNESSES
17
     WITNESS: ALEXANDRA KASSIRER
18   Direct Examination By Ms. Manuelian                          113
     Cross Examination By Ms. Crawford                            138
19   Redirect Examination By Ms. Manuelian                        151

20   WITNESS: SUSI HAJESKI
     Direct Examination By Mr. Clark                              154

21

22

23

24

25

1                    REPORTER'S CERTIFICATE

2

3          I, Mary M. Zajac, do hereby certify that I recorded

4   stenographically the proceedings in the matter of USA v. Mohamed

5   Elshinawy, Case Number(s) ELH-16-009, on December 4, 2017.

6          I further certify that the foregoing pages constitute

7   the official transcript of proceedings as transcribed by me to

8   the within matter in a complete and accurate manner.

9          In Witness Whereof, I have hereunto affixed my

10  signature this _____ day of _____, 2018.

11

12

13

14          _____

                Mary M. Zajac,
15              Official Court Reporter

16

17

18

19

20

21

22

23

24

25

**$**

**$1,000** [1] - 173:13
**$2,000** [1] - 30:17
**$3,000** [3] - 79:17, 173:15, 175:4

**'**

**'80s** [1] - 125:10
**'in** [1] - 8:5

**0**

**0.6%** [1] - 60:17
**0015** [1] - 181:15
**007** [1] - 130:1

**1**

**1** [13] - 44:13, 44:24, 60:16, 122:10, 167:6, 167:8, 168:7, 169:10, 175:18, 176:22, 181:9, 184:7, 185:22
**1-B6** [4] - 122:3, 193:7, 203:13, 203:15
**1.6%** [1] - 197:17
**10** [12] - 28:25, 30:2, 30:4, 68:13, 71:8, 126:1, 127:23, 191:23, 193:2, 193:13, 193:14, 205:17
**10-A** [1] - 154:19
**10-year** [1] - 41:5
**100** [2] - 16:18, 208:12
**100%** [1] - 98:13
**1001(a)(2)** [1] - 3:15
**101** [1] - 1:24
**1033** [1] - 203:13
**108** [1] - 208:15
**10:29** [2] - 127:21, 129:4
**10:31** [1] - 131:11
**11** [12] - 2:25, 123:4, 127:19, 127:23, 133:2, 148:5, 148:6, 191:23, 193:2, 193:13, 193:14, 208:5
**1100** [1] - 4:5
**1101(d)(3)** [1] - 6:16
**111** [1] - 208:15
**113** [1] - 208:18
**11:01** [1] - 126:1
**11:34** [1] - 69:15
**11:56** [1] - 69:15
**11th** [1] - 123:13
**12** [12] - 28:15, 28:18,

**30:20**, 33:14, 33:25, 41:15, 127:19, 132:15, 175:17, 176:3, 176:21, 176:24
**12-level** [1] - 3:18
**120** [1] - 3:16
**1200** [1] - 4:3
**121** [1] - 9:4
**122** [2] - 125:16, 126:4
**125** [1] - 4:21
**126** [3] - 2:20, 130:12, 130:15
**127** [2] - 130:17, 130:18
**12768** [1] - 9:8
**13** [5] - 3:2, 62:15, 63:7, 128:17, 178:2
**134** [1] - 9:1
**138** [2] - 4:3, 208:18
**139** [1] - 4:4
**14** [5] - 18:3, 125:6, 173:24, 174:4, 174:6
**143** [1] - 4:6
**145** [1] - 4:7
**148** [2] - 5:2, 6:24
**14th** [1] - 173:6
**15** [8] - 3:3, 18:3, 43:17, 97:20, 105:16, 105:25, 108:1, 130:13
**150** [2] - 62:15, 63:9
**151** [3] - 5:2, 9:13, 208:19
**152** [1] - 4:24
**154** [1] - 208:20
**157** [1] - 5:2
**15th** [4] - 72:3, 72:12, 73:1, 80:7
**16** [4] - 4:3, 18:7, 57:24, 181:9
**160** [1] - 9:13
**161** [1] - 60:16
**16th** [1] - 121:24
**17** [2] - 77:5, 102:10
**17th** [4] - 60:10, 70:25, 71:5, 184:7
**18** [8] - 3:7, 3:11, 3:14, 3:24, 6:18, 47:18, 129:24, 129:25
**18th** [1] - 123:23
**19** [12] - 3:2, 4:21, 48:20, 50:23, 51:14, 82:24, 83:23, 86:4, 86:5, 86:6, 142:11, 151:13
**1979** [1] - 13:21
**1982** [1] - 13:25
**1985** [1] - 50:15
**1989** [1] - 14:21
**1991** [1] - 27:9
**1992** [1] - 111:2
**1993** [1] - 7:22

**1994** [3] - 17:24, 33:4, 41:11
**1996** [4] - 29:14, 29:18, 41:3, 41:9
**1998** [3] - 9:1, 41:5, 41:9
**1:00** [1] - 99:11
**1:02** [1] - 99:25
**1:53** [1] - 132:3
**1st** [1] - 173:12

**2**

**2** [7] - 16:12, 33:3, 44:24, 78:7, 167:11, 190:16, 191:24
**2%** [2] - 197:15, 197:21
**2,000** [2] - 2:22, 62:11
**2-A** [5] - 169:8, 188:25, 189:1, 189:3, 192:1
**2-B** [6] - 125:14, 126:3, 126:4, 126:22, 127:20, 135:10
**2-B057** [2] - 134:1, 134:2
**2-B059** [1] - 134:1
**20** [9] - 51:14, 69:8, 142:16, 142:21, 171:14, 173:13, 183:5, 183:9, 185:4
**2004** [3] - 17:24, 18:3, 32:1
**2005** [2] - 27:24, 32:4
**2006** [7] - 8:25, 9:7, 9:8, 29:1, 29:4, 29:18, 41:4
**2007** [3] - 8:20, 9:13, 43:17
**2008** [5] - 18:3, 18:7, 28:13, 29:5, 84:18
**2009** [2] - 7:12, 8:22
**2010** [2] - 8:23, 84:20
**2012** [1] - 15:16
**2013** [8] - 9:6, 16:1, 18:7, 88:16, 95:9, 100:12, 100:13, 114:14
**2014** [12] - 18:10, 48:17, 95:20, 96:8, 96:12, 108:16, 108:18, 121:22, 121:24, 127:11, 137:12, 163:1
**2014/15** [1] - 68:12
**2015** [46] - 2:25, 48:17, 48:25, 51:25, 62:15, 63:8, 64:7, 64:20, 67:1, 67:21, 68:3, 70:3, 72:12, 76:24, 77:1, 77:6, 77:9, 77:13, 77:21, 79:24, 88:13, 123:4, 123:13, 123:24, 124:6, 125:6,

**126:1**, 126:23, 127:4, 127:21, 129:3, 130:14, 131:11, 132:3, 132:15, 137:5, 139:1, 139:7, 139:11, 139:21, 163:2, 168:10, 168:14, 168:18, 197:16
**2015-07** [1] - 130:6
**2016** [7] - 3:2, 8:21, 18:18, 68:7, 75:16, 75:21, 76:9
**2017** [10] - 1:11, 3:3, 4:21, 4:23, 19:9, 43:18, 77:2, 137:21, 138:4, 209:5
**2018** [1] - 209:10
**206** [1] - 188:11
**206.108** [1] - 174:17
**208** [1] - 188:10
**2081084116** [1] - 188:10
**20th** [4] - 101:11, 182:22, 183:17, 183:18
**21** [2] - 52:14, 173:14
**21201** [1] - 1:24
**219** [1] - 9:12
**21st** [3] - 176:5, 176:6, 176:25
**22** [8] - 22:13, 53:21, 56:1, 78:9, 125:23, 131:10, 184:6, 191:12
**22.8** [1] - 193:23
**23** [8] - 22:13, 61:4, 125:16, 125:23, 126:4, 131:11, 182:21, 208:6
**230** [2] - 20:8, 57:20
**2339B(a)(1** [1] - 3:8
**2339C(a)(1** [1] - 3:12
**235** [1] - 57:16
**23rd** [1] - 178:1
**24** [3] - 132:11, 145:22, 182:21
**24th** [1] - 137:20
**25** [2] - 102:20, 185:4
**259** [1] - 8:23
**26** [1] - 132:3
**27** [2] - 59:5, 185:21
**27th** [1] - 45:18
**28** [2] - 130:13, 186:25
**28th** [1] - 72:19
**29** [2] - 4:23, 185:23
**2:00** [2] - 99:18, 99:24
**2:05** [1] - 99:25
**2:33** [1] - 124:6
**2nd** [1] - 60:8

**3**

**3** [3] - 16:12, 120:25,

**146:17**
**3-A** [8] - 121:1, 122:8, 122:9, 122:19, 123:6, 191:23, 193:2, 193:13
**3-A-00** [1] - 122:22
**30** [2] - 16:9, 111:6
**302** [4] - 47:7, 51:22, 71:3, 71:6
**302s** [2] - 71:7, 101:21
**30th** [2] - 43:18, 59:12
**313** [1] - 8:20
**316** [1] - 9:8
**31st** [3] - 73:8, 73:15, 74:7
**33** [2] - 38:2, 39:15
**331** [1] - 8:21
**34** [1] - 20:7
**3553(a)** [1] - 3:24
**3661** [1] - 6:19
**37** [2] - 186:25, 187:4
**381** [1] - 9:8
**3:39** [1] - 132:15
**3:53** [1] - 176:18
**3A1.4** [1] - 3:19
**3rd** [4] - 168:18, 169:1, 169:4, 169:14

**4**

**4** [12] - 1:11, 20:8, 44:15, 44:16, 44:17, 58:19, 120:12, 120:25, 122:11, 122:12, 167:11, 209:5
**40** [2] - 89:12, 111:14
**410** [1] - 8:25
**412** [1] - 9:9
**414** [1] - 9:5
**42** [2] - 57:22, 57:24
**447** [1] - 208:7
**454** [1] - 8:24
**48** [3] - 58:1, 104:24, 105:1
**483** [1] - 8:20
**4:08** [1] - 176:18
**4:20** [1] - 125:6
**4:52** [1] - 207:7

**5**

**5** [9] - 121:3, 123:5, 143:20, 168:7, 168:21, 169:8, 176:13, 186:25, 205:17
**5'ish** [1] - 176:13
**50** [3] - 30:10, 30:11, 44:23
**50%** [1] - 89:12

**506** [1] - 9:13
**509** [1] - 7:20
**519** [1] - 6:24
**55** [3] - 132:14, 132:17, 132:18
**553** [3] - 7:12, 7:24, 9:4
**56** [2] - 132:14, 132:18
**579** [1] - 7:20
**587** [1] - 8:22
**59** [1] - 135:5
**590** [1] - 8:23
**595** [1] - 9:1
**5:01** [1] - 123:13
**5:22** [1] - 130:14
**5:42** [1] - 123:4
**5th** [2] - 169:25, 170:5

**6**

**6** [4] - 124:4, 127:21, 129:2, 129:3
**60** [1] - 44:23
**618** [1] - 9:9
**625** [1] - 8:22
**65** [1] - 28:11
**69** [1] - 208:7
**6:32** [2] - 126:23, 127:4
**6A1.3(a** [2] - 7:4, 8:12
**6th** [7] - 129:22, 131:11, 181:10, 187:17, 187:22, 188:3, 188:20

**7**

**7** [5] - 22:10, 24:10, 126:22, 129:2, 143:22
**70** [3] - 57:20, 57:21, 58:1
**72** [1] - 181:14
**732** [1] - 7:12
**741** [2] - 7:24, 8:14
**742** [1] - 8:14
**76** [1] - 208:8
**7774** [1] - 132:19
**795** [1] - 9:12

**8**

**8** [2] - 78:9, 145:5
**80** [1] - 4:5
**82** [1] - 208:10
**828** [1] - 8:21
**84** [1] - 132:2
**85** [1] - 132:2
**85914** [1] - 127:24
**85940** [1] - 131:12
**87** [1] - 208:11

**8th** [5] - 49:18, 70:14, 70:16, 73:1, 75:9

**9**

**9** [5] - 120:1, 124:6, 124:23, 125:1, 144:24
**9/11** [2] - 15:6, 144:23
**9/7** [1] - 127:4
**90** [1] - 126:21
**91** [1] - 126:21
**92** [1] - 208:12
**925** [1] - 9:5
**9:30** [2] - 206:15, 207:6
**9:40** [1] - 2:1

**A**

**A-A-R-O-N** [1] - 82:14
**A-L-E-X-A-N-D-R-A** [1] - 113:10
**a.m** [9] - 2:1, 69:15, 124:6, 126:1, 126:23, 127:4, 130:14, 132:3
**Aaron** [3] - 82:8, 82:14, 108:9
**AARON** [2] - 82:9, 208:10
**ABD** [1] - 84:25
**Abdullah** [2] - 50:14, 97:17
**ability** [4] - 40:21, 80:21, 96:18, 98:4
**able** [50] - 78:25, 80:16, 96:20, 100:20, 104:9, 119:22, 123:18, 126:12, 126:19, 134:24, 141:13, 141:21, 149:21, 150:6, 150:11, 150:12, 150:17, 151:3, 152:10, 152:16, 152:24, 160:12, 160:14, 160:16, 160:19, 161:19, 162:2, 167:24, 174:20, 180:5, 186:7, 186:11, 190:8, 190:11, 190:12, 190:18, 190:24, 190:25, 191:6, 193:19, 193:23, 195:5, 197:18, 201:15, 202:8, 202:11, 205:11, 205:20
**abroad** [2] - 109:5, 111:17
**abruptly** [1] - 79:24
**absolutely** [6] - 10:22, 111:2, 112:11, 143:1, 153:11, 176:11
**abu** [1] - 128:21
**Abu** [5] - 9:4, 95:14, 95:17, 126:24, 136:19

**Abu-Jihaad** [1] - 9:4
**Abul** [1] - 108:19
**abuse** [2] - 36:23, 65:21
**abusing** [1] - 34:15
**academia** [1] - 116:17
**academic** [7] - 19:17, 89:10, 93:6, 102:17, 105:9, 106:16, 111:15
**academics** [1] - 106:9
**Academy** [1] - 29:21
**accepted** [1] - 61:9
**access** [63] - 84:13, 115:25, 116:3, 123:3, 127:2, 130:8, 150:18, 151:22, 152:1, 152:10, 153:4, 159:18, 161:2, 161:20, 162:17, 163:12, 164:1, 165:5, 165:7, 165:19, 165:21, 165:25, 166:3, 166:6, 166:15, 166:24, 167:18, 168:25, 172:7, 172:9, 172:12, 174:16, 175:20, 175:22, 177:1, 179:6, 179:8, 179:12, 179:13, 181:7, 182:5, 182:6, 182:14, 182:22, 183:21, 185:9, 185:10, 190:18, 192:5, 194:2, 194:7, 194:19, 194:22, 199:6, 199:7, 199:10, 201:2, 202:9, 202:25, 203:2, 203:3
**accessed** [25] - 123:12, 124:5, 125:6, 125:25, 126:22, 127:20, 129:3, 129:22, 130:13, 131:11, 132:3, 132:15, 159:3, 170:5, 170:13, 171:25, 172:1, 172:23, 175:23, 177:12, 180:25, 181:1, 185:7, 188:18, 202:23
**accessing** [9] - 165:3, 166:4, 174:15, 177:6, 177:11, 177:16, 180:18, 202:20, 205:3
**accessories** [1] - 196:15
**accommodate** [1] - 82:5
**accompanying** [1] - 45:14
**according** [2] - 138:21, 142:10
**account** [65] - 34:14, 128:8, 131:25, 144:9, 144:14, 144:16, 144:20, 145:8, 146:16, 146:18, 146:21, 147:2, 147:5, 150:25, 160:3, 160:13, 168:15, 169:1, 169:14,

169:18, 169:19, 170:5, 170:9, 170:12, 171:10, 171:25, 172:1, 172:4, 172:6, 172:8, 172:9, 172:17, 172:23, 173:17, 173:20, 175:18, 175:19, 177:2, 177:16, 178:4, 178:6, 181:1, 181:13, 181:14, 181:21, 182:22, 184:2, 184:10, 185:6, 185:9, 185:13, 185:15, 185:25, 186:1, 186:3, 186:5, 186:6, 187:21, 190:20, 192:14, 202:24, 203:2
**accounts** [14] - 118:16, 150:17, 159:4, 167:10, 168:9, 168:12, 171:10, 175:6, 175:20, 177:6, 180:13, 185:7, 185:11, 188:17
**accuracy** [2] - 7:8, 8:10
**accurate** [4] - 29:17, 33:18, 89:21, 209:8
**acknowledge** [5] - 78:9, 144:5, 145:25, 147:8, 147:16
**acknowledging** [1] - 81:6
**acquisition** [1] - 55:21
**acronym** [2] - 129:13, 198:23
**act** [2] - 59:15, 65:25
**acted** [1] - 85:18
**actions** [1] - 104:7
**active** [10] - 28:1, 28:23, 42:9, 150:22, 150:24, 189:14, 189:16, 191:22
**activities** [7] - 56:24, 57:17, 148:19, 148:22, 149:12, 149:25, 151:7
**activity** [7] - 55:4, 56:3, 149:19, 155:19, 155:20, 204:2
**actors** [2] - 115:16, 130:19
**acts** [5] - 94:2, 111:8, 131:7, 161:2, 161:4
**actual** [11] - 4:22, 27:20, 35:10, 39:24, 52:11, 102:5, 146:8, 157:1, 159:20, 162:16, 200:19
**actuarial** [3] - 65:9, 65:14, 66:19
**adapt** [1] - 141:14
**add** [3] - 6:3, 6:5, 51:11
**adding** [3] - 8:2, 198:14, 199:8
**addition** [11] - 8:16, 9:2,

84:7, 85:5, 111:15, 123:16, 142:7, 155:13, 156:14, 191:20, 194:25
**additional** [5] - 4:6, 4:7, 154:20, 166:12, 198:15
**additions** [1] - 196:16
**address** [67] - 19:23, 37:20, 46:12, 65:2, 102:15, 103:14, 103:17, 103:23, 103:24, 158:13, 159:19, 159:20, 159:23, 160:1, 160:2, 160:6, 160:8, 160:14, 161:13, 161:22, 162:16, 167:19, 167:25, 168:2, 168:5, 168:12, 168:15, 168:25, 169:1, 169:16, 170:1, 170:2, 170:11, 170:13, 170:18, 171:23, 172:24, 173:10, 174:18, 174:19, 174:21, 175:14, 177:1, 177:10, 177:15, 178:17, 178:22, 179:2, 179:9, 179:13, 179:14, 180:12, 180:16, 182:1, 183:6, 183:7, 184:1, 184:5, 184:10, 185:5, 185:7, 185:8, 187:19, 202:5, 202:12, 206:18
**addresses** [18] - 156:3, 156:6, 156:7, 156:9, 156:11, 160:12, 167:12, 177:4, 177:19, 183:5, 184:16, 184:17, 184:21, 186:6, 186:7, 186:9, 186:12
**addressing** [1] - 104:3
**adequately** [1] - 39:16
**adjunct** [1] - 155:3
**adjust** [4] - 11:7, 82:11, 113:8, 153:22
**administrator** [2] - 152:16
**administrators** [1] - 116:1
**admissibility** [4] - 7:5, 8:8, 9:24, 10:12
**admissible** [1] - 7:10
**admission** [2] - 7:16, 25:19
**admissions** [1] - 77:9
**admit** [3] - 13:9, 25:16, 54:13
**admitted** [4] - 25:9, 67:1, 120:1, 140:6
**admitting** [2] - 8:4, 25:18
**Adnani** [5] - 95:15, 95:17, 97:20, 108:16, 108:19

**adopted** [1] - 20:24
**Adult** [1] - 35:5
**advanced** [2] - 139:17, 139:22
**advent** [1] - 163:4
**advice** [1] - 32:14
**adviser** - 15:11, 17:16
**advising** [1] - 68:24
**advocate** [2] - 136:22, 137:2
**aerial** [2] - 137:16, 137:18
**Affairs** [2] - 114:14, 115:10
**affairs** [2] - 92:7, 139:4
**affect** [2] - 63:15, 96:18
**affidavit** [1] - 45:14
**affixed** [1] - 209:9
**Afghan** [2] - 14:18, 114:23
**Afghanistan** [3] - 97:18, 115:6, 125:11
**Afghans** [1] - 15:16
**AFP** [2] - 124:16
**afraid** [1] - 79:20
**Africa** [3] - 88:2, 88:8, 88:16
**Africans** [1] - 68:4
**afternoon** [9] - 76:21, 82:19, 82:20, 100:1, 108:7, 108:8, 138:11, 138:12, 154:4
**afterwards** [3] - 52:25, 77:23, 98:18
**Agent** [1] - 2:5
**agents** [4] - 3:13, 45:7, 155:13, 156:10
**aggravated** [1] - 36:22
**ago** [2] - 19:10, 20:23, 24:20, 27:22, 30:2, 30:4, 95:19, 97:20, 101:6, 101:7, 163:7
**agree** [3] - 19:16, 26:15, 40:23, 73:11, 73:12, 75:2, 75:6, 78:21, 106:25, 112:3, 112:9, 143:4, 147:12
**agreed** [3] - 50:22, 51:9, 75:3
**agreement** [4] - 3:16, 3:17, 24:21, 54:12
**ahead** [6] - 36:4, 86:12, 98:19, 181:9, 182:21, 196:3
**Ahmed** [8] - 45:6, 47:5, 50:19, 53:3, 57:25, 70:18, 72:4, 73:8
**aid** [1] - 121:19
**Air** [2] - 14:12, 14:14

**akin** [1] - 152:19
**AL** [1] - 125:5
**al** [10] - 49:10, 49:23, 50:4, 121:8, 121:13, 123:16, 126:24, 128:9, 128:21, 136:19
**AI** [13] - 64:2, 84:12, 85:11, 93:12, 95:15, 95:17, 97:19, 108:19, 116:15, 125:3, 126:17, 130:16, 134:15
**Al-Adnani** [3] - 95:15, 95:17, 108:19
**Al-Awlaki** [1] - 97:19
**al-Baghdadi** [1] - 126:24
**al-Britani** [1] - 136:19
**al-Furqan** [3] - 121:8, 121:13, 123:16
**Al-Khattab** [1] - 125:3
**Al-Qaeda** [6] - 64:2, 84:12, 85:11, 93:12, 116:15, 134:15
**Al-Qaeda's** [2] - 126:17, 130:16
**al-Qarani** [3] - 49:10, 49:23, 50:4
**al-Shami** [1] - 128:21
**Aldmar** [1] - 130:20
**Alexandra** [2] - 113:3, 113:10
**ALEXANDRA** [2] - 113:5, 208:17
**alias** [1] - 136:17
**Allah** [3] - 53:6, 67:24, 124:14
**alleged** [1] - 121:15
**allegedly** [1] - 78:17
**allies** [1] - 15:24
**allowed** [1] - 97:24
**allows** [1] - 198:12
**alluded** [1] - 101:5
**almost** [9] - 4:5, 16:18, 56:7, 60:3, 65:4, 111:14, 196:10, 200:22, 205:4
**alone** [2] - 74:8, 97:18
**alternative** [1] - 156:21
**alternatively** [1] - 185:17
**ambassador** [1] - 115:10
**AMERICA** [1] - 1:5
**American** [6] - 28:20, 29:14, 29:21, 41:3, 121:16, 121:17
**Americans** [1] - 15:18
**amount** [3] - 61:17, 142:24, 155:17
**analyses** [2] - 39:8, 119:6

**analysis** [22] - 20:18, 20:19, 21:17, 39:12, 39:18, 44:9, 44:19, 45:21, 49:2, 60:21, 62:22, 111:10, 111:16, 119:22, 140:17, 140:20, 141:7, 155:21, 156:11, 189:6, 193:7, 204:17
**analyst** [2] - 119:4, 139:17
**analysts'** [1] - 119:10
**analyze** [5] - 21:12, 57:9, 106:18, 157:4, 201:13
**analyzed** [3] - 57:8, 102:16, 121:4
**analyzing** [8] - 9:18, 19:24, 20:2, 20:16, 38:10, 42:24, 44:18, 119:14
**Anbar** [2] - 123:21, 123:25
**anew** [1] - 79:12
**anger** [1] - 109:3
**angry** [1] - 111:25
**announced** [1] - 127:5
**anonymizing** [1] - 131:19
**answer** [7] - 21:9, 21:20, 76:5, 81:10, 90:13, 104:2
**answering** [1] - 104:17
**answers** [1] - 36:2
**antenna** [1] - 55:22
**anti** [1] - 39:9
**anti-governmental** [1] - 39:9
**Anwar** [1] - 97:19
**anyway** [2] - 43:20, 188:20
**apologies** [2] - 86:11, 133:8
**apologize** [4] - 12:16, 36:4, 44:16, 104:17
**app** [2] - 182:15
**appeal** [1] - 7:15
**appear** [9] - 128:6, 132:7, 143:5, 143:23, 144:5, 146:1, 178:19, 184:24, 186:13
**appearance** [1] - 5:21
**Appearances** [1] - 1:15
**appeared** [2] - 126:13, 138:1
**Apple** [1] - 197:3
**applicable** [2] - 7:6, 8:9
**application** [1] - 152:6
**applications** [1] - 155:1
**applies** [2] - 3:19, 6:16
**apply** [1] - 8:15

**appreciate** [1] - 113:16
**appreciation** [1] - 81:7
**approach** [17] - 13:2, 13:4, 20:2, 39:5, 45:20, 59:7, 69:4, 75:25, 76:1, 81:18, 82:21, 99:21, 114:9, 120:20, 125:19, 173:25, 192:22
**appropriate** [6] - 4:12, 5:16, 6:23, 9:19, 10:10, 64:24
**approved** [1] - 13:25
**apps** [2] - 152:10, 182:17
**April** [2] - 95:9, 181:10
**AQ** [1] - 131:2
**Arab** [2] - 83:8, 88:22
**Arabic** [7] - 52:19, 84:15, 84:16, 114:17, 121:12, 128:12, 129:13
**archive** [1] - 84:11
**area** [10] - 20:22, 30:19, 88:2, 93:8, 166:2, 169:3, 169:17, 171:24, 171:25, 173:11
**areas** [15] - 10:6, 11:25, 12:2, 12:4, 35:21, 39:3, 39:22, 41:20, 89:18, 96:16, 115:16, 115:20, 116:11, 119:5, 141:12
**arena** [1] - 37:21
**arguing** [2] - 50:15
**argument** [2] - 56:25, 107:5
**arguments** [2] - 7:15, 106:8
**arise** [2] - 46:13, 64:1
**armies** [1] - 67:2
**Army** [6] - 15:12, 15:13, 130:19, 130:22, 146:19, 146:24
**army** [1] - 67:13
**arrange** [1] - 172:15
**array** [1] - 17:22
**arrest** [2] - 2:24, 2:25
**arrested** [1] - 98:20
**arrow** [1] - 159:15
**arrows** [1] - 164:9
**article** [3] - 57:22, 126:15, 132:11
**articles** [11] - 17:24, 18:4, 18:7, 18:10, 18:13, 31:23, 45:12, 59:1, 59:2, 91:5, 91:8
**articles-of-the-week** [1] - 91:8
**ascertain** [1] - 206:20
**aSham** [2] - 129:8, 129:16, 131:15
**aside** [3] - 46:25, 117:9,

121:12
**aspect** [3] - 37:22, 39:17, 109:6
**Assad** [1] - 109:22
**assertion** [1] - 81:5
**assess** [6] - 39:6, 48:13, 65:8, 65:15, 106:16, 106:17
**assessing** [2] - 98:9, 156:23
**assessment** [15] - 7:17, 34:8, 34:9, 34:17, 34:19, 34:24, 35:10, 40:11, 65:9, 106:21, 107:2, 107:3, 107:4, 119:15, 140:15
**assessments** [3] - 98:21, 102:19, 104:15
**assigned** [6] - 14:11, 14:14, 14:18, 14:22, 167:19, 167:20
**assignment** [3] - 14:18, 102:8, 109:7
**assist** [1] - 155:23
**Assistance** [1] - 15:17
**Assistant** [1] - 2:4
**associated** [25] - 5:21, 84:12, 96:7, 143:6, 159:20, 160:6, 161:13, 167:14, 169:2, 169:22, 170:19, 177:4, 177:11, 181:13, 182:18, 186:9, 188:15, 203:4, 204:1, 204:23
**associates** [2] - 168:19, 203:3
**association** [1] - 27:17
**assume** [3] - 77:17, 105:3, 105:19
**assumed** [1] - 77:22
**Ataul** [2] - 55:16, 55:18
**atop** [2] - 132:5, 133:12
**attached** [5] - 12:12, 12:18, 12:20, 44:14, 128:15
**attaching** [1] - 138:2
**attachments** [1] - 12:25
**attack** [36] - 16:1, 50:24, 51:1, 51:2, 51:5, 51:15, 51:18, 51:24, 52:1, 52:3, 52:4, 52:23, 52:25, 53:4, 59:16, 59:23, 61:8, 62:15, 62:17, 63:7, 63:8, 64:12, 64:16, 69:25, 79:15, 98:5, 98:11, 99:3, 99:5, 103:7, 104:13, 112:12, 171:17, 185:5
**attacking** [1] - 96:22
**attacks** [22] - 62:14,

63:11, 63:13, 68:1, 92:23, 93:2, 93:10, 94:25, 95:24, 96:7, 96:18, 97:4, 97:15, 97:25, 98:3, 98:17, 98:24, 99:4, 99:6, 111:25, 137:4

**attempted** [2] - 53:20, 78:8

**attempting** [1] - 3:8

**attention** [12] - 5:5, 36:22, 48:20, 56:1, 108:14, 108:15, 146:16, 171:14, 175:17, 185:21, 188:25, 191:23

**Attorney** [1] - 2:4

**attorney** [1] - 46:14

**attracted** [1] - 68:8

**attractiveness** [1] - 68:3

**audio** [2] - 95:20, 116:14

**audiotape** [1] - 45:6

**August** [15] - 3:3, 46:22, 71:15, 72:3, 72:12, 73:1, 73:8, 73:15, 74:7, 76:24, 77:1, 100:12, 100:13, 132:3, 132:15

**Australia** [1] - 85:14

**Australians** [1] - 15:19

**authenticate** [1] - 134:24

**authentication** [1] - 182:17

**authored** [4] - 18:4, 18:8, 106:5

**authorities** [1] - 170:20

**authority** [1] - 167:19

**authorized** [1] - 8:17

**automatic** [1] - 3:20

**automatically** [3] - 204:13, 204:20, 204:21

**available** [9] - 151:4, 156:20, 156:22, 162:23, 163:6, 163:12, 189:25, 195:23, 197:5

**aviators** [1] - 14:13

**avoid** [1] - 5:22

**avoided** [2] - 79:21

**aware** [5] - 70:24, 71:14, 74:17, 93:9, 156:25

**Awlaki** [1] - 97:19

**Azzam** [2] - 50:14, 97:17

# B

**BA** [2] - 84:18, 90:3

**Bachelor's** [1] - 154:11

**backed** [2] - 106:8, 106:9

**background** [18] - 6:20, 12:9, 16:7, 26:23, 37:22, 40:3, 40:13, 45:25, 57:1, 66:10, 84:17, 93:20, 93:22, 94:17, 102:11, 113:24, 114:12, 154:9

**backgrounds** [4] - 93:18, 94:10, 94:24, 103:4

**backtrack** [1] - 136:3

**backwards** [1] - 201:16

**bad** [1] - 94:6

**Baghdadi** [1] - 126:24

**Bakr** [1] - 126:24

**Baltimore** [10] - 1:11, 1:24, 155:9, 169:3, 169:17, 171:24, 173:11, 182:1, 183:7, 183:8

**bank** [1] - 173:13

**banks** [2] - 115:23, 115:24

**Barcelona** [2] - 62:19, 62:20

**barrel** [1] - 109:22

**barrier** [1] - 115:25

**base** [1] - 46:25

**based** [38] - 5:8, 8:15, 22:6, 26:13, 37:3, 37:11, 37:18, 39:1, 40:15, 46:15, 49:2, 49:3, 49:21, 56:4, 56:5, 57:1, 58:14, 69:23, 70:11, 70:21, 89:17, 93:8, 98:2, 102:17, 106:21, 113:21, 120:9, 140:17, 141:2, 156:9, 160:14, 167:24, 181:3, 186:15, 186:22

**bases** [1] - 109:22

**basis** [4] - 5:9, 40:16, 46:11, 138:22

**Bataclan** [1] - 63:8

**batteries** [1] - 55:22

**battle** [1] - 52:21

**battlefield** [1] - 67:6

**BBC** [2] - 126:19, 144:2

**bear** [2] - 88:5, 146:2

**became** [6] - 26:17, 27:12, 50:7, 67:25, 68:7, 136:21

**become** [10] - 16:20, 16:24, 53:7, 53:14, 53:17, 68:11, 112:5, 129:12, 137:8, 163:5

**becomes** [1] - 46:9

**becoming** [4] - 20:6, 21:8, 52:22, 68:10

**began** [1] - 2:24

**begin** [1] - 2:18

**beginning** [8] - 18:3, 41:4, 46:19, 54:25, 70:3, 75:5, 104:8, 127:20

**begs** [1] - 59:17

**Behalf** [2] - 1:16, 1:18

**behalf** [11] - 2:13, 49:5, 61:8, 62:5, 62:17, 62:24, 63:18, 94:3, 96:1, 109:10, 112:13

**behavior** [1] - 49:12

**beheaded** [1] - 132:23

**Belgian** [1] - 94:15

**belonging** [1] - 144:21

**belongs** [2] - 174:21, 174:22

**below** [2] - 182:9

**bench** [6] - 76:1, 76:2, 81:22, 99:23, 112:20, 112:21

**benefit** [8] - 60:18, 120:6, 161:15, 165:2, 165:24, 196:11, 200:10

**benefits** [1] - 161:18

**Benghazi** [1] - 88:17

**Bernardino** [1] - 59:16

**best** [4] - 49:13, 50:4, 196:6, 196:9

**better** [2] - 46:4, 168:1

**between** [19] - 4:25, 18:7, 57:24, 60:16, 60:19, 64:11, 70:17, 73:10, 76:23, 90:23, 96:16, 151:23, 159:5, 159:8, 159:10, 164:2, 164:23, 182:2, 202:14

**beyond** [1] - 97:13

**biased** [1] - 106:6

**biases** [1] - 119:23

**big** [5] - 9:15, 36:23, 42:7, 63:6, 95:25

**bigger** [1] - 174:1

**billion** [2] - 191:12, 193:23

**Bin** [1] - 97:19

**bin** [1] - 130:16

**binary** [1] - 152:12

**bit** [36] - 6:8, 11:17, 11:18, 21:22, 29:2, 46:1, 46:9, 63:19, 74:16, 74:17, 75:14, 78:23, 104:16, 110:15, 111:11, 111:24, 113:16, 113:23, 115:12, 116:9, 117:19, 121:17, 127:6, 133:23, 139:24, 147:24, 147:25,

**becomes** [1] - 46:9

**becoming** [4] - 20:6, 21:8, 52:22, 68:10

160:23, 162:8, 173:19, 173:20, 175:13, 176:20, 184:4, 188:24, 200:16

**black** [4] - 124:10, 144:2, 171:17, 181:14

**blessing** [1] - 50:8

**block** [5] - 166:21, 169:2, 170:19, 184:17, 186:9

**blocked** [1] - 166:23

**blood** [1] - 65:12

**Bloomingdale's** [4] - 202:22, 202:24, 203:1, 203:3

**Bloomington** [3] - 84:18, 86:19, 86:25

**blown** [2] - 74:3, 74:9

**blue** [10] - 15:15, 15:22, 15:23, 15:24, 169:21, 169:22, 171:11, 171:15, 171:20, 173:6

**Board** [3] - 28:21, 29:14, 41:3

**board** [13] - 19:16, 29:9, 29:12, 30:7, 30:23, 31:3, 31:12, 31:14, 31:15, 31:17, 31:19, 41:4, 42:1

**body** [2] - 132:22, 133:12

**boil** [1] - 42:25

**boils** [1] - 42:18

**bomb** [2] - 109:24

**bomber** [1] - 52:22

**bombers** [1] - 149:4

**bombing** [5] - 109:3, 109:20, 109:21, 109:22, 111:25

**bombings** [4] - 109:11, 109:22, 109:23, 110:2

**book** [20] - 12:13, 15:6, 18:16, 18:21, 18:24, 18:25, 19:3, 19:6, 19:9, 19:16, 19:17, 19:19, 19:23, 20:13, 87:16, 87:18, 114:4, 120:23, 120:24, 125:15

**books** [12] - 18:15, 18:16, 18:18, 19:15, 19:17, 20:4, 20:14, 31:8, 38:8, 39:8, 66:17, 87:15

**boot** [1] - 200:5

**Boot** [1] - 155:4

**border** [1] - 96:16

**born** [1] - 125:9

**Boston** [2] - 117:14, 149:4

**bottom** [7] - 123:23, 125:17, 126:7, 126:8, 130:1, 158:22, 184:13

**bounce** [1] - 182:2

**bouncing** [1] - 181:9

**box** [10] - 158:23, 168:23, 170:1, 170:8, 171:21, 173:6, 173:13, 178:2, 181:10, 187:21

**boxes** [1] - 169:21, 169:22, 169:25, 170:8, 171:11, 171:16, 173:12, 176:4, 176:24, 184:12, 185:23

**brag** [1] - 75:19

**bragging** [1] - 75:22

**branches** [1] - 126:17

**brand** [1] - 205:4

**Brandeis** [3] - 84:20, 85:9, 90:6

**break** [7] - 99:11, 99:17, 150:8, 152:23, 176:9, 176:10, 199:13

**breaking** [1] - 15:18

**bridge** [1] - 204:25

**brief** [4] - 79:22, 137:6, 176:17, 183:20

**briefed** [1] - 83:19

**briefly** [6] - 11:22, 16:7, 111:23, 136:15, 137:11, 198:5

**briefs** [1] - 115:10

**Britani** [1] - 136:19

**British** [3] - 15:19, 55:8, 92:6

**Briton** [1] - 136:19

**broad** [1] - 7:1

**broadband** [5] - 45:13, 135:11, 142:7, 145:14, 169:18, 189:5, 192:5, 192:14

**broadcast** [1] - 152:17

**broader** [1] - 119:4

**broke** [1] - 176:20

**brother** [42] - 4:6, 47:5, 49:4, 49:9, 49:18, 50:19, 51:17, 53:3, 53:21, 53:24, 54:1, 54:5, 54:7, 54:8, 54:11, 54:15, 54:22, 54:24, 54:25, 55:18, 57:25, 69:23, 70:7, 70:8, 70:18, 71:1, 71:25, 72:7, 72:21, 73:4, 73:10, 73:18, 73:23, 74:13, 76:23, 77:12, 77:20, 80:6, 80:11, 128:21

**brothers** [1] - 55:15

**brought** [4] - 12:23, 38:8, 40:2, 66:9

**brown** [4] - 176:4, 176:24, 178:2, 181:10

**browser** [1] - 131:19, 132:1, 193:10, 194:1,

194:8, 194:9, 194:14, 194:18, 194:20, 194:23
**buildings** [1] - 59:13
**built** [1] - 194:20
**bullshits** [1] - 46:5
**bunch** [6] - 62:20, 121:14, 125:12, 171:15, 182:22, 196:15
**burden** [3] - 5:18, 5:25, 82:5
**Bureau** [3] - 3:14, 60:22, 61:3
**business** [1] - 73:23
**buy** [4] - 55:10, 59:3, 79:18, 80:5
**BY** [61] - 11:13, 14:5, 21:3, 23:18, 24:11, 24:17, 26:4, 29:20, 31:11, 32:16, 36:3, 44:6, 52:13, 55:2, 60:20, 64:17, 69:18, 76:6, 76:20, 82:18, 84:6, 87:4, 92:21, 100:3, 101:3, 104:20, 108:6, 108:21, 110:3, 111:22, 113:14, 114:8, 117:22, 120:18, 123:2, 126:10, 130:11, 133:10, 135:9, 136:2, 138:10, 145:16, 149:10, 150:20, 151:19, 154:3, 157:16, 158:12, 162:25, 165:16, 169:12, 171:8, 175:12, 176:19, 177:14, 180:10, 187:16, 188:13, 192:25, 194:17, 203:8
**bypass** [2] - 80:21, 200:6

---

# C

**cache** [2] - 193:9, 194:14
**cached** [1] - 191:12
**calculating** [1] - 105:6
**calendar** [1] - 124:3
**California** [4] - 174:7, 174:11, 186:16, 187:25
**caliph** [3] - 50:7, 127:1, 127:6
**caliphate** [7] - 49:8, 54:4, 127:15, 128:10, 129:11
**caliphs** [1] - 50:7
**camel** [1] - 50:1
**Camp** [1] - 155:4
**campaigns** [1] - 20:7
**Canada** [1] - 85:14
**Canadian** [1] - 94:11
**candidate** [1] - 65:15

**cannabis** [2] - 36:22, 65:21
**cannot** [2] - 21:14, 162:12
**capabilities** [1] - 156:25
**capability** [1] - 200:2
**capable** [1] - 197:25
**capacity** [1] - 39:11
**captives** [1] - 123:25
**captured** [1] - 160:8
**car** [3] - 79:19, 80:5, 99:3
**care** [2] - 49:11, 50:2
**careful** [2] - 74:23, 110:13
**Carolina** [1] - 117:12
**carried** [1] - 67:18
**carries** [1] - 3:20
**carry** [11] - 56:13, 59:23, 61:7, 61:9, 61:12, 62:16, 64:12, 67:8, 67:22, 68:1, 79:15
**carrying** [4] - 37:1, 64:16, 124:9, 144:1
**cars** [1] - 98:17
**CASE** [1] - 1:6
**case** [99] - 2:3, 2:18, 2:20, 2:24, 3:19, 4:10, 6:24, 7:13, 7:18, 7:21, 8:1, 9:7, 14:16, 20:4, 20:11, 21:5, 21:6, 21:24, 22:18, 23:7, 23:8, 23:24, 23:25, 24:4, 24:8, 24:20, 24:23, 25:1, 25:3, 25:10, 25:15, 25:22, 25:25, 26:8, 26:9, 26:11, 26:16, 26:19, 27:7, 34:2, 34:8, 37:15, 39:11, 43:6, 44:9, 45:25, 46:6, 46:13, 58:13, 64:5, 64:6, 76:10, 79:2, 82:2, 82:6, 90:24, 94:11, 98:7, 98:8, 98:10, 109:7, 110:21, 111:11, 117:12, 117:17, 117:20, 117:25, 118:6, 118:9, 120:3, 120:13, 120:17, 137:24, 140:5, 140:6, 140:10, 140:21, 140:24, 147:16, 148:7, 149:15, 149:25, 151:8, 155:13, 155:16, 156:10, 157:23, 159:24, 188:20, 203:9
**Case** [2] - 2:3, 209:5
**cases** [38] - 7:11, 8:19, 9:2, 9:15, 11:24, 20:16, 22:9, 22:12, 22:13, 22:14, 22:17, 22:20, 22:25, 23:9, 24:21, 26:6, 32:25, 42:13, 42:14,

42:18, 64:6, 65:7, 65:17, 66:11, 66:14, 85:19, 85:22, 110:22, 117:15, 139:25, 142:23, 142:25, 155:16, 155:17, 155:24, 173:15
**category** [2] - 3:20, 3:22
**celebrate** [1] - 128:19
**cell** [2] - 45:8, 182:15
**cellular** [1] - 182:19
**Center** [3] - 14:15, 32:20, 144:23
**center** [2] - 186:14, 198:18
**centered** [1] - 55:15
**centers** [1] - 174:16
**central** [2] - 121:10, 123:16
**centuries** [1] - 56:22
**certain** [11] - 22:15, 39:22, 55:6, 58:4, 67:10, 77:16, 78:11, 119:7, 120:2, 155:16, 180:13
**certainly** [18] - 5:7, 5:16, 35:22, 37:8, 37:12, 37:17, 40:19, 41:22, 42:17, 42:20, 48:11, 59:2, 61:6, 62:24, 65:1, 66:11, 67:17, 120:15
**certainty** [1] - 47:12
**CERTIFICATE** [1] - 209:1
**certification** [6] - 28:23, 29:3, 29:4, 29:15, 30:7, 42:1
**certified** [10] - 29:9, 29:12, 30:23, 31:12, 31:14, 31:15, 31:17, 31:19, 39:25, 41:4
**certify** [2] - 209:3, 209:6
**challenge** [4] - 5:12, 7:23, 9:21, 68:21
**challenged** [1] - 7:14
**challenges** [2] - 42:20, 43:23
**challenging** [1] - 37:21
**chance** [1] - 41:10
**change** [8] - 75:13, 75:17, 76:9, 95:13, 95:21, 173:19, 189:18, 198:15
**changed** [9] - 48:25, 50:13, 69:24, 70:12, 70:21, 71:2, 75:9, 96:13, 96:20
**changes** [2] - 79:24, 110:9
**changing** [1] - 167:21
**channel** [1] - 164:13

**channels** [3] - 141:4, 147:6, 152:16
**chapter** [4] - 18:23, 19:8, 19:25
**character** [1] - 6:20
**characteristic** [2] - 66:19, 66:20
**characterize** [4] - 4:15, 9:23, 78:7, 78:19
**characterizing** [1] - 80:18
**charge** [1] - 7:13
**charged** [1] - 42:14
**charges** [3] - 3:4, 43:23, 53:23
**charging** [1] - 45:13
**Charles** [1] - 20:25
**chart** [21] - 160:23, 163:20, 164:8, 164:21, 165:17, 167:9, 167:12, 167:13, 168:8, 168:9, 169:14, 171:11, 171:14, 180:19, 180:20, 184:5, 187:3, 189:4, 189:6
**chase** [1] - 13:15
**chat** [4] - 164:15, 187:7, 187:8
**chat-type** [1] - 187:7
**chats** [1] - 187:14
**Cheapmart** [9] - 174:6, 175:18, 176:6, 177:2, 178:10, 184:9, 187:18
**Chechnya** [1] - 125:13
**check** [3] - 110:8, 189:20, 206:9
**checked** [1] - 12:19
**Chelsea** [2] - 1:20, 2:14
**Chief** [1] - 15:11
**choose** [1] - 198:6
**chooses** [1] - 42:19
**chose** [1] - 198:8
**chosen** [1] - 42:12
**Christine** [2] - 1:17, 2:9
**Christmas** [1] - 96:22
**chronicling** [1] - 12:9
**chronological** [2] - 22:3, 45:24
**chronology** [7] - 21:20, 46:10, 46:11, 53:11, 53:19, 57:6, 57:15
**CIA** [3] - 14:16, 27:6, 56:6
**circle** [1] - 184:6
**Circuit** [9] - 7:12, 7:23, 8:12, 8:20, 8:21, 8:23, 8:24, 8:25, 9:1, 9:13
**circumstances** [1] - 100:15
**citations** [4] - 4:8, 105:16, 105:25, 106:1

**cite** [6] - 4:1, 5:1, 36:21, 73:16, 97:18, 120:14
**cited** [3] - 9:3, 97:21, 120:1
**cites** [1] - 120:13
**citing** [1] - 97:16
**citizens** [1] - 98:12
**civilian** [1] - 14:24
**claim** [1] - 81:8
**claimed** [1] - 7:18
**claims** [1] - 42:16
**clandestine** [4] - 56:6, 56:8, 56:21, 57:1
**clarification** [4] - 43:10, 43:13, 104:19, 180:11
**clarify** [11] - 102:16, 102:25, 103:1, 109:13, 145:13, 146:20, 148:6, 186:3, 186:5, 192:13, 201:11
**clarity** [1] - 135:10
**Clark** [14] - 1:17, 2:5, 27:2, 29:8, 38:19, 76:5, 86:4, 174:6, 208:6, 208:7, 208:10, 208:12, 208:15, 208:20
**CLARK** [59] - 23:15, 23:18, 24:11, 24:17, 26:4, 29:20, 31:11, 32:16, 36:3, 37:11, 39:21, 69:18, 76:6, 76:15, 78:3, 81:13, 82:7, 82:18, 84:6, 86:5, 86:11, 92:15, 92:21, 99:19, 107:13, 111:22, 153:18, 154:3, 157:14, 157:16, 158:12, 162:25, 165:16, 169:9, 169:12, 171:8, 173:25, 175:12, 176:3, 176:6, 176:11, 176:19, 177:14, 180:10, 187:16, 188:9, 188:13, 191:25, 192:13, 192:17, 192:25, 194:17, 203:8, 205:16, 205:20, 205:25, 206:3, 206:7, 206:11
**classa** [1] - 128:10
**classes** [1] - 154:11
**clear** [16] - 5:6, 25:13, 26:23, 49:17, 52:24, 78:5, 83:22, 84:5, 96:11, 104:16, 109:24, 124:7, 144:25, 148:18, 177:10, 192:2
**clearly** [2] - 38:25, 40:1
**clerk** [2] - 13:4, 13:14
**Clerk** [1] - 69:14
**CLERK** [9] - 11:6, 11:11, 82:11, 82:16, 108:3, 113:4, 113:7,

113:12, 153:22
**clients** [2] - 118:22, 118:24
**close** [1] - 201:4
**closed** [1] - 205:2
**CNN** [2] - 114:24, 115:3
**co** [1] - 18:8
**co-authored** [1] - 18:8
**coaching** [1] - 99:6
**coalition** [1] - 15:18
**coauthored** [1] - 18:4
**Cobo** [1] - 2:6
**code** [2] - 196:8, 197:5, 199:7
**coded** [1] - 169:22
**codifies** [1] - 6:25
**collage** [1] - 144:23
**collapsed** [1] - 14:23
**collect** [2] - 91:5, 116:20
**collection** [1] - 110:5
**collects** [2] - 137:8, 191:10
**College** [1] - 84:23
**colloquial** [3] - 53:25, 54:10, 54:16
**color** [3] - 15:23, 169:22, 176:4
**color-coded** [1] - 169:22
**colored** [1] - 184:12
**Columbia** [1] - 16:16
**column** [6] - 171:20, 171:21, 176:2, 188:3, 188:4, 189:15
**columns** [1] - 190:4
**Comcast** [16] - 169:2, 169:16, 169:23, 171:12, 171:23, 172:4, 172:15, 172:24, 173:10, 182:1, 183:7, 183:8, 183:15, 185:13, 185:15
**coming** [1] - 18:16, 39:2, 68:15, 80:9, 85:18, 95:12, 160:3, 160:17, 164:12, 167:16, 178:17, 179:1, 179:2, 179:3, 183:23
**command** [2] - 196:7, 196:8
**commend** [1] - 4:14
**commendable** [1] - 49:12
**comment** [2] - 5:16, 59:18
**commercial** [2] - 138:1, 184:25
**commercial-type** [1] - 184:25
**commercially** [1] -

163:11
**commissioned** [1] - 101:13
**commit** [8] - 53:1, 53:8, 59:14, 93:2, 93:9, 98:5, 111:24, 112:12
**commits** [1] - 65:25
**committed** [2] - 98:25, 131:7
**common** [11] - 106:24, 162:19, 162:21, 163:1, 163:2, 163:4, 167:1, 178:24, 179:19, 197:10
**commonality** [1] - 20:9
**commonly** [1] - 179:17
**communicated** [3] - 55:18, 117:5, 148:10
**communicating** [3] - 79:25, 151:25, 153:2
**communication** [13] - 55:19, 57:24, 60:4, 60:6, 60:10, 64:8, 79:23, 80:4, 80:7, 152:14, 159:7, 159:17, 201:23
**communications** [11] - 79:21, 79:22, 81:4, 115:15, 116:6, 118:8, 151:22, 153:10, 156:21, 166:7, 182:19
**communiques** [1] - 116:14
**community** [6] - 66:25, 141:14, 141:15, 141:20, 149:13, 197:8
**companies** [4] - 65:14, 166:23, 175:9, 182:16
**company** [9] - 102:2, 139:19, 170:18, 174:22, 175:1, 175:2, 182:19, 188:14, 188:17
**comparative** [5] - 20:19, 119:21, 140:17, 140:20, 141:7
**compare** [2] - 90:22, 119:22
**compared** [6] - 21:22, 46:20, 136:8, 142:23, 142:25, 195:22
**comparing** [1] - 140:24
**comparisons** [1] - 90:23
**compartmentalization** [4] - 56:11, 56:12, 56:16, 56:25
**compartmentalize** [1] - 56:13
**complete** [1] - 209:8
**completed** [1] - 154:11
**completely** [4] - 74:3, 79:21, 97:13, 106:18

**complex** [1] - 47:17
**complicated** [2] - 155:18, 155:22
**component** [1] - 111:16
**compromise** [1] - 56:15
**Computer** [1] - 155:4
**computer** [56] - 78:22, 78:23, 154:5, 154:10, 154:14, 154:19, 154:24, 155:9, 155:11, 155:14, 155:21, 157:8, 158:4, 158:11, 158:16, 158:24, 158:25, 159:8, 159:21, 160:5, 161:14, 171:24, 177:11, 177:16, 182:5, 194:14, 194:15, 195:1, 196:5, 198:14, 199:4, 199:5, 200:5, 200:15, 200:19, 200:20, 200:23, 201:3, 201:6, 201:8, 202:6, 202:12, 202:14, 202:25, 203:5, 204:1, 204:8, 204:16, 204:20, 204:24, 205:1, 205:3, 205:4
**computer's** [1] - 184:1
**computers** [11] - 159:22, 195:2, 195:11, 195:13, 195:14, 197:15, 197:17, 199:20, 201:2, 203:10, 203:15
**concede** [1] - 42:2
**concentrate** [1] - 196:19
**concentration** [2] - 114:15, 139:5
**concerned** [1] - 7:16
**concerning** [10] - 6:20, 8:6, 47:13, 51:14, 52:14, 58:16, 60:22, 61:2, 76:22, 77:12
**concerns** [1] - 4:19
**conclude** [3] - 9:20, 42:21, 48:14
**concludes** [1] - 69:1
**concluding** [1] - 8:2
**conclusion** [5] - 48:4, 48:6, 61:2, 61:5, 207:7
**conclusions** [3] - 90:19, 140:16, 148:20
**conduct** [17] - 6:20, 24:25, 38:13, 39:9, 39:18, 44:9, 47:13, 51:1, 51:2, 51:17, 52:23, 52:24, 53:3, 64:21, 95:23, 111:10
**conducted** [2] - 35:11, 39:4
**conducting** [1] - 69:25
**confer** [1] - 69:9

**conference** [8] - 4:18, 4:22, 6:7, 76:2, 81:22, 88:25, 99:23, 112:21
**conferences** [2] - 9:25, 30:18
**confess** [1] - 65:22
**confession** [1] - 80:11
**configuration** [2] - 195:17, 197:1, 204:5
**configurations** [2] - 194:24, 197:2
**configure** [4] - 178:21, 179:13, 196:9, 205:5
**configured** [2] - 194:21, 203:21, 205:11
**confine** [2] - 5:19, 64:19
**confirm** [1] - 190:11
**conflict** [3] - 114:15, 116:11, 119:18
**conflict-ridden** [1] - 116:11
**confused** [1] - 46:7
**confusing** [2] - 52:6, 66:6
**congratulations** [2] - 85:3, 87:13
**Congress** [4] - 17:7, 17:9, 17:10, 88:11
**connect** [19] - 158:20, 161:24, 162:17, 162:19, 163:2, 166:13, 169:19, 172:9, 172:19, 178:10, 179:11, 204:4, 204:9, 204:11, 204:13, 204:15, 204:20, 204:21, 205:5
**connected** [2] - 100:20, 204:6
**Connecticut** [1] - 9:5
**connecting** [6] - 159:11, 159:25, 161:10, 164:15, 183:19, 202:15
**connection** [35] - 2:20, 62:16, 62:23, 159:10, 160:5, 160:17, 160:23, 161:4, 161:17, 162:5, 163:25, 164:11, 164:22, 165:6, 167:9, 168:15, 168:18, 169:13, 170:24, 172:15, 172:16, 172:19, 175:7, 177:23, 179:14, 181:4, 182:7, 183:15, 184:23, 192:15, 204:22, 204:23, 204:25, 205:2
**connections** [10] - 160:12, 166:21, 171:12, 172:4, 182:3, 183:1, 183:2, 183:12, 184:8
**conscious** [1] - 205:17
**consensuses** [1] - 93:11

**conservatively** [1] - 2:22
**consider** [7] - 6:22, 7:2, 7:5, 8:7, 8:17, 116:13, 119:23
**considerable** [1] - 8:16
**considerably** [1] - 63:2
**consideration** [1] - 7:16
**considered** [3] - 7:19, 116:7, 196:5
**consistency** [1] - 36:14
**consistent** [9] - 35:14, 35:17, 35:18, 35:21, 36:16, 46:24, 79:24
**conspiracies** [1] - 74:17
**Conspiracy** [2] - 45:11, 58:18
**conspiracy** [25] - 3:5, 53:11, 55:5, 55:10, 55:15, 57:6, 57:7, 57:8, 57:12, 57:13, 57:14, 57:18, 57:23, 58:2, 58:5, 58:6, 58:8, 58:24, 58:25, 74:18, 75:3, 112:9
**constantly** [1] - 80:23
**constitute** [1] - 55:23, 209:6
**constitutes** [2] - 47:5, 47:13
**consultancies** [1] - 38:3
**consultant** [2] - 42:11, 117:8
**consultantships** [1] - 15:8
**consultation** [1] - 39:2
**consultations** [3] - 17:6, 38:5, 39:1
**consulted** [1] - 142:24
**consulting** [1] - 32:11
**Cont'd** [2] - 208:7, 208:12
**contact** [3] - 72:8, 72:22, 148:14
**contacted** [3] - 74:13, 202:3, 202:4
**contacting** [1] - 72:5
**contained** [3] - 106:13, 190:6, 194:7
**content** [12] - 59:9, 84:14, 91:11, 91:16, 116:17, 118:21, 121:11, 128:12, 134:19, 150:12
**contention** [1] - 78:13
**contest** [1] - 52:5
**context** [5] - 19:4, 64:20, 66:21, 68:9, 137:7
**contextual** [1] - 66:18
**continents** [2] - 20:8,

36:24
**continue** [4] - 17:3, 42:4, 97:25, 139:10
**continued** [4] - 8:5, 61:11, 96:3, 96:9
**CONTINUED** [2] - 44:5, 92:20
**continues** [1] - 96:23
**continuing** [3] - 30:11, 31:2, 184:7
**contradicted** [1] - 102:19
**contributing** [2] - 24:8, 24:24
**control** [2] - 96:15, 96:16
**convenience** [2] - 6:1, 13:1
**conversation** [28] - 6:7, 47:4, 52:24, 69:22, 69:24, 70:2, 70:6, 70:7, 70:11, 70:14, 70:16, 70:22, 71:1, 71:25, 72:3, 72:4, 72:16, 72:19, 72:20, 73:1, 73:3, 73:5, 73:13, 73:16, 73:18, 74:12, 75:9, 75:23
**conversations** [6] - 45:5, 72:13, 72:25, 77:1, 77:12, 81:2
**converts** [1] - 93:16
**convicted** [2] - 6:21, 111:8
**conviction** [1] - 47:14
**convinced** [4] - 49:13, 49:18, 72:18, 73:5
**cookie** [2] - 203:3, 203:4
**cool** [1] - 137:19
**copies** [3] - 4:10, 140:25, 145:11
**copy** [11] - 12:15, 12:21, 12:22, 13:4, 20:13, 58:21, 89:22, 102:3, 114:10, 154:16, 167:5
**corner** [2] - 132:21, 168:23
**correct** [140] - 13:17, 14:3, 17:21, 18:5, 18:6, 18:8, 18:11, 18:19, 18:20, 22:16, 25:8, 25:14, 26:1, 26:20, 27:5, 27:6, 27:7, 27:10, 27:19, 28:2, 28:19, 29:10, 31:14, 31:16, 31:18, 33:16, 33:24, 34:1, 34:3, 34:18, 44:9, 70:10, 70:19, 70:23, 71:5, 71:10, 71:13, 71:15, 72:1, 72:5, 73:7, 77:3,

77:6, 100:6, 106:19, 108:20, 109:15, 118:1, 118:5, 121:4, 124:22, 133:12, 133:13, 136:13, 138:17, 138:18, 138:25, 139:2, 139:3, 139:12, 139:15, 139:18, 139:24, 140:1, 140:4, 140:5, 140:8, 140:13, 141:24, 141:25, 142:6, 142:8, 142:9, 142:13, 143:8, 143:24, 143:25, 144:2, 144:3, 144:22, 145:3, 146:12, 146:14, 146:24, 146:25, 147:4, 147:10, 147:11, 147:15, 147:21, 148:1, 148:7, 148:8, 148:11, 148:20, 148:21, 149:14, 151:4, 151:24, 153:1, 153:5, 153:7, 153:8, 160:7, 161:6, 162:1, 162:3, 165:23, 168:13, 168:16, 170:7, 170:14, 171:5, 172:2, 172:21, 173:4, 174:25, 177:8, 177:13, 177:25, 178:12, 179:7, 179:15, 180:23, 181:19, 184:14, 185:20, 186:18, 188:22, 191:16, 191:19, 192:19, 192:20, 193:25, 194:16, 197:4, 197:6, 199:22, 201:9
**correspond** [3] - 83:23, 86:10, 126:13
**corresponded** [1] - 123:23
**correspondence** [1] - 5:3
**costs** [2] - 5:20, 30:17
**couch** [1] - 79:18
**counsel** [42] - 2:4, 2:8, 2:11, 2:17, 2:21, 4:8, 4:14, 12:11, 13:7, 23:14, 25:24, 36:2, 38:16, 38:24, 39:10, 60:24, 62:2, 72:11, 76:3, 76:22, 83:17, 83:21, 86:12, 92:13, 112:19, 114:1, 120:11, 126:2, 127:3, 147:24, 147:25, 149:1, 153:13, 156:5, 168:20, 173:21, 175:25, 176:12, 188:2, 190:14, 193:12, 206:15
**counsel's** [1] - 145:7
**Count** [4] - 3:5, 3:10, 3:12
**count** [6] - 3:10, 57:9, 57:10, 142:11, 142:14,

142:17
**counted** [2] - 57:14, 57:20
**Counter** [3] - 113:20, 114:23, 139:20
**counter** [10] - 18:22, 22:21, 23:2, 23:12, 38:11, 38:20, 40:20, 47:12, 119:4, 139:16
**Counter-Terrorism** [3] - 113:20, 114:23, 139:20
**counter-terrorism** [10] - 18:22, 22:21, 23:2, 23:12, 38:11, 38:20, 40:20, 47:12, 119:4, 139:16
**counting** [1] - 57:10
**countries** [9] - 95:22, 95:24, 96:6, 96:7, 96:23, 97:5, 110:23, 137:4, 177:24
**country** [6] - 17:14, 17:16, 66:22, 79:12, 98:7, 100:18
**counts** [1] - 3:4
**County** [1] - 170:6
**couple** [15] - 12:10, 104:23, 104:24, 120:7, 120:20, 133:20, 136:14, 151:20, 161:18, 170:8, 178:18, 181:21, 185:2, 186:20, 194:25
**couriers** [1] - 134:18
**course** [29] - 3:23, 5:15, 19:5, 35:16, 71:8, 75:3, 83:12, 85:12, 98:11, 99:4, 101:1, 103:9, 110:8, 112:9, 116:16, 116:25, 117:6, 119:23, 152:2, 167:10, 170:15, 175:14, 178:18, 183:3, 183:5, 183:20, 184:8, 185:1, 185:22
**courses** [1] - 155:4
**court** [19] - 6:21, 7:18, 8:1, 8:7, 11:8, 22:8, 22:17, 25:3, 25:9, 25:13, 25:21, 28:4, 75:2, 82:13, 102:3, 113:9, 120:1, 140:3, 153:24
**COURT** [290] - 1:1, 2:7, 2:11, 2:15, 10:18, 10:22, 11:1, 11:3, 12:11, 12:17, 12:23, 13:3, 13:5, 13:7, 13:14, 13:18, 13:20, 13:22, 14:1, 14:4, 15:4, 20:20, 22:23, 23:4, 23:8, 23:14, 23:16, 24:5, 24:10, 24:15, 25:24, 26:2, 27:2, 29:8, 29:11,

29:14, 29:17, 30:7, 30:12, 30:14, 30:16, 30:23, 31:1, 31:5, 32:6, 36:1, 37:10, 37:25, 38:12, 38:14, 38:16, 38:18, 39:20, 40:17, 43:12, 43:16, 43:19, 44:1, 44:4, 44:15, 48:9, 52:8, 54:12, 54:15, 54:18, 58:3, 58:10, 59:4, 59:8, 60:24, 62:1, 62:18, 62:25, 64:23, 65:24, 66:4, 69:3, 69:6, 69:11, 69:13, 69:16, 70:15, 72:11, 74:6, 76:1, 76:3, 76:13, 76:16, 76:18, 78:1, 78:4, 80:13, 80:17, 80:25, 81:15, 81:20, 81:23, 82:1, 82:4, 82:22, 83:17, 83:21, 84:5, 86:3, 86:6, 86:9, 86:12, 86:15, 86:20, 86:22, 86:25, 87:2, 89:7, 91:20, 91:25, 92:3, 92:9, 92:13, 92:17, 92:19, 99:10, 99:13, 99:16, 99:20, 99:22, 99:24, 100:1, 100:23, 102:8, 102:20, 102:23, 103:12, 103:16, 103:22, 104:18, 107:12, 107:14, 107:16, 107:18, 107:22, 108:2, 108:19, 109:13, 109:16, 111:20, 112:16, 112:18, 112:22, 112:24, 113:1, 114:1, 114:5, 114:7, 115:22, 117:20, 120:11, 120:17, 122:4, 122:6, 122:10, 122:12, 122:14, 122:18, 122:21, 122:24, 123:1, 125:4, 126:2, 126:6, 126:9, 127:2, 128:2, 128:5, 128:18, 129:21, 129:24, 130:1, 130:4, 130:6, 130:9, 133:7, 133:23, 134:1, 134:6, 134:25, 135:3, 135:5, 135:8, 135:13, 135:17, 135:22, 136:1, 138:8, 143:16, 143:19, 143:21, 145:5, 145:10, 145:15, 148:5, 149:1, 149:7, 149:9, 150:5, 150:10, 150:15, 150:19, 151:17, 153:13, 153:15, 156:5, 156:7, 157:9, 157:13, 157:15, 158:4, 158:6, 158:8, 158:10, 158:15, 162:22, 165:13, 165:15, 168:20, 168:22, 169:4, 169:7, 170:16, 170:22, 170:25,

171:7, 173:21, 174:2, 174:10, 174:13, 174:17, 174:20, 174:24, 175:1, 175:3, 175:8, 175:11, 175:25, 176:2, 176:5, 176:8, 176:12, 176:15, 177:10, 179:24, 180:2, 183:4, 183:17, 186:24, 187:4, 187:8, 187:10, 187:13, 188:2, 188:5, 188:12, 190:14, 191:24, 192:1, 192:6, 192:10, 192:12, 192:21, 192:24, 193:12, 193:14, 194:3, 194:10, 194:15, 201:11, 201:21, 202:2, 202:8, 202:16, 203:7, 205:18, 205:23, 206:2, 206:6, 206:9, 206:12, 206:15, 206:22, 207:3, 207:5
**Court** [26] - 4:1, 5:7, 6:25, 7:4, 7:21, 8:5, 8:11, 9:10, 9:15, 12:6, 12:14, 12:15, 12:21, 42:19, 42:21, 45:1, 58:15, 58:20, 83:24, 99:16, 107:20, 113:18, 117:19, 120:6, 189:3, 209:15
**Court's** [8] - 2:22, 13:1, 37:17, 41:13, 65:1, 76:12, 81:12, 107:21
**court's** [1] - 7:16
**courtesy** [2] - 4:10, 5:17
**Courthouse** [1] - 1:23
**courtroom** [2] - 69:10, 105:23
**courts** [2] - 7:1, 7:24
**cover** [5] - 33:9, 74:2, 119:5, 123:18, 206:4
**cover's** [1] - 74:9
**coverage** [1] - 146:7
**covers** [2] - 88:8, 102:24
**Crawford** [3] - 1:20, 2:14, 208:18
**CRAWFORD** [6] - 138:10, 145:16, 149:10, 150:20, 153:14, 158:9
**create** [1] - 109:8, 131:25, 200:22, 204:19
**created** [3] - 172:6, 182:16, 203:20
**creating** [2] - 85:15, 204:7
**credentials** [6] - 116:1, 162:16, 166:5, 172:6, 185:9
**credibility** [1] - 9:23

credible [2] - 46:16, 46:20
credit [1] - 9:5
creeds [1] - 93:15
crime [3] - 24:9, 24:25, 66:9
crimes [1] - 65:20
CRIMINAL [1] - 1:6
criminal [20] - 3:20, 3:22, 56:9, 65:7, 65:17, 65:23, 66:7, 66:11, 93:18, 93:20, 93:22, 94:17, 94:24, 103:4, 131:6, 131:7, 157:25, 158:2
criminality [2] - 104:4, 111:10
criminals [1] - 66:9
critical [1] - 25:5
Croatian [2] - 132:23, 133:5
cross [6] - 43:1, 69:16, 99:10, 111:20, 138:8, 206:2
CROSS [6] - 23:17, 69:17, 87:3, 100:2, 111:21, 138:9
Cross [6] - 208:6, 208:7, 208:11, 208:12, 208:15, 208:18
crosses [1] - 41:19
cull [1] - 105:14
cultures [2] - 84:19
curious [2] - 91:20, 174:6
current [10] - 27:20, 28:7, 29:24, 33:22, 39:25, 41:10, 43:7, 61:20, 113:19, 155:7
customization [1] - 198:3
customize [1] - 196:14
cut [1] - 13:15
cutting [1] - 21:1
CV [2] - 12:12, 12:18
Cyber [4] - 130:19, 130:22, 146:19, 146:24
cybersecurity [1] - 113:21

**D**

Daesh [2] - 129:7, 129:12
daily [2] - 149:19, 166:22
Dallas [1] - 16:25
damaging [1] - 201:2
Damrah [1] - 9:9

dangerous [16] - 63:20, 65:5, 65:11, 65:23, 66:13, 66:23, 67:2, 67:4, 67:7, 67:15, 67:21, 67:25, 68:10, 75:6, 75:18, 104:12
dangerousness [8] - 10:1, 64:19, 64:20, 65:4, 65:8, 66:7, 66:8
dark [17] - 56:20, 115:17, 115:19, 116:2, 116:20, 141:13, 141:20, 150:23, 150:25, 151:4, 151:6, 151:7, 151:9, 151:12, 151:14, 188:6, 189:15
dash [2] - 125:5, 169:5
data [25] - 45:13, 110:5, 135:10, 142:7, 145:14, 164:5, 174:16, 186:14, 189:5, 192:4, 192:9, 192:10, 192:11, 192:12, 192:13, 198:18, 198:19, 198:25, 199:3, 199:7, 199:10, 199:11, 201:3, 201:13, 201:15
database [2] - 85:13, 85:16
databases [1] - 133:15
date [17] - 59:11, 72:11, 74:6, 101:9, 121:20, 123:23, 123:24, 124:2, 127:2, 129:3, 129:24, 130:2, 130:4, 130:6, 130:8, 130:9
dated [1] - 84:25
dates [5] - 22:13, 59:11, 130:7, 168:14, 173:16
Daubert [3] - 6:16, 7:20, 8:15
David [2] - 117:13, 140:6
days [12] - 70:25, 71:8, 74:11, 104:23, 104:24, 178:10, 178:18, 184:8, 185:1, 186:20, 206:24
DC [3] - 83:4, 114:23, 114:24
de [1] - 149:17
deadly [1] - 99:6
deal [7] - 5:5, 17:17, 32:24, 32:25, 42:7, 68:25, 156:15
dealer [1] - 65:21
dealing [3] - 32:12, 55:12, 156:2
deals [1] - 65:6
debuted [1] - 137:23
decade [2] - 32:22, 37:15

deceased [1] - 125:9
December [3] - 1:11, 2:25, 209:5
decentralize [1] - 123:18
decentralized [2] - 121:9
decide [3] - 37:5, 75:8, 206:10
decided [4] - 63:17, 73:19, 80:9, 104:11
deciding [1] - 63:17
decipher [1] - 58:15
decision [8] - 7:12, 8:7, 8:12, 8:20, 8:21, 8:22, 8:24, 8:25
declaration [3] - 124:11, 124:12, 127:15
declare [1] - 131:5
declaring [1] - 127:14
declassified [2] - 189:4, 192:15
decrease [1] - 198:13
dedicated [3] - 64:15, 119:3, 134:17
deduce [1] - 149:21
deeds [1] - 49:24
deem [1] - 129:15
deemed [2] - 130:23, 142:12
deep [16] - 105:12, 115:17, 115:19, 115:20, 116:3, 116:20, 141:13, 141:20, 151:12, 165:18, 166:9, 166:13, 179:5, 179:8, 179:11
default [4] - 163:24, 180:6, 194:22, 199:17
defeated [1] - 97:13
defect [1] - 39:12
defendant [48] - 3:3, 4:6, 5:17, 7:13, 7:18, 16:11, 22:1, 22:4, 34:9, 34:24, 35:11, 35:21, 40:10, 40:13, 41:17, 42:24, 43:5, 43:14, 43:21, 45:23, 46:1, 46:4, 46:9, 46:12, 46:16, 46:24, 78:8, 78:13, 78:16, 81:3, 111:12, 112:10, 118:11, 122:3, 123:13, 125:25, 126:22, 127:21, 130:13, 132:3, 145:8, 148:7, 169:19, 180:17, 192:6, 192:8, 206:23
Defendant [2] - 1:8, 1:18
DEFENDANT'S [2] - 11:4, 108:4

defendant's [14] - 2:24, 3:16, 3:21, 4:2, 4:19, 10:1, 58:16, 124:5, 125:7, 135:11, 185:6, 195:2, 203:10, 203:15
defendants [2] - 42:14, 155:25
defended [2] - 84:21, 87:7
Defense [1] - 12:8
DEFENSE [2] - 208:4, 208:13
defense [9] - 9:3, 12:16, 13:10, 23:4, 23:10, 44:8, 44:17, 45:16, 206:13
define [2] - 115:19, 150:24
definitely [2] - 142:15, 143:3
definition [1] - 116:8
definitively [1] - 146:9
degrade [1] - 162:6
degrades [1] - 178:25
degree [14] - 47:12, 90:2, 90:12, 92:1, 92:3, 92:8, 114:14, 139:2, 139:4, 139:17, 139:21, 154:12, 154:13, 154:19
degrees [1] - 14:6
del [1] - 128:9
delete [3] - 81:4, 201:3, 203:5
deleted [3] - 202:7, 203:22, 205:8
deleting [1] - 78:17
Delhi [1] - 14:22
delivering [1] - 79:9
Dell [2] - 122:3, 194:14, 194:15
demobilized [1] - 67:3
democratic [1] - 88:14
demonstrate [2] - 30:10, 66:17
deny [1] - 6:9
denying [1] - 10:16
department [3] - 92:4, 92:9, 137:23
Department [6] - 84:22, 85:9, 90:6, 90:10, 91:21, 92:11
depressed [1] - 26:17
derive [1] - 141:23
derived [2] - 143:6, 151:14
derives [2] - 141:22, 145:21
describe [6] - 11:22, 20:1, 45:20, 55:7, 136:15, 140:23
described [4] - 14:6,

22:25, 49:20, 88:20
designated [2] - 3:6, 159:21
desirable [1] - 163:5
desire [3] - 48:7, 48:11, 48:23
desired [1] - 51:2
desires [1] - 58:21
desktops [1] - 154:25
detail [3] - 5:2, 6:6, 89:2
detailed [1] - 51:11
detection [1] - 78:15
determine [10] - 144:15, 157:4, 160:16, 160:20, 167:25, 168:4, 186:7, 186:11, 195:5, 205:11
determined [2] - 69:24, 70:12, 98:4
determining [1] - 191:20
detour [1] - 9:15
developed [1] - 137:8
developers [1] - 197:6
Development [1] - 14:15
development [1] - 137:20
device [3] - 161:1, 170:22, 182:18
devices [9] - 136:9, 138:2, 140:25, 142:4, 145:12, 192:6, 192:12, 192:18, 195:3
devote [1] - 146:15
diagnose [1] - 43:5
diagnoses [1] - 40:12
diagram [4] - 158:17, 158:20, 158:22, 172:14
dialogue [3] - 46:8, 48:18, 48:19
dicing [1] - 167:22
die [5] - 52:20, 52:21, 53:5
died [2] - 20:23, 53:17
differ [1] - 21:4
difference [3] - 63:4, 63:6, 186:4
different [44] - 10:7, 10:9, 20:11, 21:22, 33:1, 35:8, 42:12, 43:3, 46:23, 56:4, 57:3, 59:25, 64:2, 64:6, 66:14, 79:13, 101:2, 102:15, 105:16, 119:22, 137:17, 137:19, 149:22, 154:25, 158:21, 159:3, 163:8, 163:23, 164:2, 164:9, 164:19, 167:23, 168:8, 183:2, 183:4, 183:5, 183:11, 183:12, 183:19, 184:5,

190:6, 192:17, 195:19
**differentiate** [2] - 167:15, 202:13
**difficult** [7] - 11:21, 98:6, 98:14, 98:22, 103:7, 119:17, 134:24
**dig** [1] - 105:12
**diminished** [1] - 39:11
**diploma** [1] - 92:11
**Diplomate** [2] - 28:20, 41:2
**Dire** [2] - 87:3, 208:11
**dire** [3] - 23:14, 43:1, 86:2
**DIRECT** [7] - 11:12, 44:5, 82:17, 92:20, 108:5, 113:13, 154:2
**direct** [19] - 38:2, 56:1, 69:2, 69:7, 69:21, 70:4, 74:21, 104:8, 128:14, 138:16, 140:1, 142:22, 145:25, 155:13, 161:4, 161:17, 162:5, 190:25, 208:5
**Direct** [6] - 208:7, 208:10, 208:12, 208:15, 208:18, 208:20
**directed** [4] - 63:7, 63:14, 64:6
**directing** [1] - 48:20
**directly** [9] - 63:7, 84:14, 116:19, 131:8, 148:10, 161:7, 166:16, 200:6
**Director** [2] - 113:20, 139:20
**directory** [1] - 29:23, 198:24
**directs** [1] - 99:5
**disagree** [1] - 53:19
**disappeared** [1] - 64:13
**disappearing** [1] - 61:22
**Disbelievers** [1] - 121:14
**discern** [1] - 134:11
**disciplinary** [1] - 43:23
**disciplines** [1] - 154:24
**disclose** [2] - 61:16, 176:8
**disclosure** [1] - 45:9
**discovery** [12] - 21:18, 22:2, 45:2, 45:3, 45:23, 47:3, 51:12, 53:8, 55:3, 55:8, 61:15, 110:21
**discretion** [3] - 7:2, 7:25, 8:2
**discuss** [9] - 14:7, 18:21, 18:25, 19:3, 19:6, 19:23, 38:2, 50:23, 127:6

**discussed** [12] - 5:6, 5:24, 51:8, 55:20, 60:7, 60:8, 60:18, 95:21, 95:24, 99:2, 110:7, 131:17
**discussing** [2] - 54:23, 102:13
**discussion** [6] - 51:16, 53:2, 102:11, 103:18, 110:4, 148:3
**discussions** [3] - 9:14, 103:25, 116:12
**disease** [2] - 39:10, 65:13
**disgusted** [1] - 68:17
**disillusioned** [2] - 68:16, 68:19
**disk** [2] - 200:8, 200:9
**Dislike** [1] - 121:14
**dismounting** [1] - 128:19
**dispositive** [1] - 43:20
**dispute** [3] - 7:8, 8:6, 40:19
**disputes** [1] - 4:18
**disputing** [2] - 74:20, 74:24
**disregarded** [1] - 65:19
**disseminated** [2] - 109:18, 117:2
**disseminating** [1] - 147:18
**dissemination** [2] - 147:21, 147:22
**dissertation** [6] - 13:25, 84:22, 87:6, 87:16, 87:18, 87:20
**distinguish** [1] - 58:22
**distributed** [1] - 195:15
**district** [2] - 7:16, 8:1
**District** [6] - 9:4, 9:6, 9:7, 9:11, 120:13, 157:21
**DISTRICT** [2] - 1:1, 1:2
**Districts** [1] - 85:20
**divided** [1] - 118:19
**Division** [1] - 114:23
**DIVISION** [1] - 1:2
**DJ** [1] - 181:14
**Doba** [4] - 185:25, 186:3, 186:6
**docketed** [5] - 2:19, 3:2, 3:16, 4:21, 4:24
**Doctor** [1] - 77:25
**document** [8] - 21:24, 36:6, 36:15, 45:13, 55:20, 102:5
**documents** [4] - 84:11, 102:3, 102:5, 116:20
**domain** [1] - 189:18
**dominant** [1] - 24:8

**done** [34] - 6:8, 17:6, 17:12, 17:20, 33:10, 37:15, 38:1, 39:15, 42:10, 68:18, 83:14, 88:19, 89:19, 89:20, 96:15, 97:10, 98:2, 104:11, 106:19, 111:5, 111:6, 115:13, 118:6, 118:8, 177:7, 181:4, 181:17, 185:19, 203:24, 205:12, 205:18, 205:25, 207:4
**dot** [1] - 131:17
**double** [3] - 159:15, 164:9
**double-sided** [1] - 159:15
**doublechecking** [1] - 99:16
**doubt** [1] - 60:18
**Dow** [1] - 7:20
**down** [15] - 11:7, 11:18, 35:22, 42:19, 42:25, 70:15, 113:8, 115:22, 153:15, 153:23, 158:22, 162:7, 169:25, 201:20
**download** [3] - 80:16, 194:21, 194:23
**downloaded** [1] - 79:2
**downside** [1] - 199:8
**downsides** [1] - 166:14
**dozen** [1] - 110:22
**Dr** [49] - 4:19, 5:11, 5:17, 9:18, 10:21, 10:23, 11:14, 11:16, 11:20, 12:6, 13:6, 13:15, 14:6, 23:11, 23:19, 38:2, 38:9, 41:10, 42:6, 43:20, 44:7, 59:8, 60:21, 61:1, 61:20, 64:18, 69:1, 69:19, 76:7, 76:21, 78:4, 81:15, 82:5, 96:14, 101:15, 101:16, 102:15, 104:1, 104:15, 107:6, 107:21, 107:24, 107:25, 108:7, 108:9, 108:12, 111:23, 112:24
**DR** [4] - 11:4, 108:4, 208:5, 208:14
**drag** [1] - 191:14, 191:16, 191:18
**dramatically** [2] - 16:1, 68:14
**Draw** [1] - 52:4
**draw** [2] - 140:16, 148:19
**drawbacks** [1] - 162:4
**dreams** [1] - 53:15
**Dressler** [1] - 2:5
**drive** [10] - 80:21, 198:14, 198:18, 199:20,

199:23, 200:1, 200:4, 200:5, 200:6, 200:14
**drives** [2] - 142:3, 142:5
**driving** [1] - 65:19
**drone** [3] - 55:21, 95:15, 137:23
**drone-related** [1] - 55:21
**drones** [8] - 55:12, 55:13, 55:14, 137:9, 137:14, 137:25, 138:1, 138:2
**drop** [1] - 191:16
**dropping** [2] - 98:9, 138:3
**due** [2] - 66:3, 98:21
**dump** [1] - 131:17
**during** [13] - 67:19, 67:20, 75:3, 79:4, 83:12, 96:23, 108:9, 112:9, 162:12, 170:15, 175:14, 187:2, 199:18
**duties** [1] - 67:8
**duty** [1] - 50:16
**dying** [1] - 65:13
**dynamically** [1] - 198:21
**dynamics** [1] - 15:22
**Dzhokhar** [1] - 149:3

## E

**e-mail** [4] - 162:20, 187:4, 187:6, 201:23
**early** [4] - 51:25, 77:13, 85:12, 186:20
**earth** [1] - 54:18
**easier** [3] - 4:9, 51:20, 196:21
**East** [7] - 83:6, 88:2, 88:8, 89:16, 95:8, 96:13, 112:1
**Eastern** [9] - 9:6, 9:11, 84:19, 84:21, 85:20, 85:23, 90:4, 90:7, 120:13
**easy** [2] - 31:8, 31:10
**ECF** [12] - 2:20, 3:2, 3:16, 4:2, 4:4, 4:6, 4:7, 4:9, 4:11, 4:21, 4:24, 5:2
**economically** [1] - 93:14
**edge** [1] - 21:1
**edited** [1] - 134:5
**educated** [2] - 93:13, 93:14
**education** [5] - 17:3, 30:11, 31:2, 42:5, 85:5
**educational** [4] - 84:17, 113:23, 114:12, 154:8

**effective** [1] - 55:14
**effort** [3] - 4:15, 48:14, 165:2
**efforts** [3] - 48:14, 93:5, 94:21
**Egypt** [4] - 79:7, 171:16, 171:17, 185:5
**Egyptian** [3] - 146:18, 146:23, 190:20
**Egyptiannews.net** [1] - 190:17
**eight** [3] - 12:8, 15:3, 47:17
**eight-page** [1] - 12:8
**either** [14] - 5:8, 12:15, 18:4, 18:7, 28:1, 35:19, 53:4, 58:6, 66:22, 67:13, 71:9, 192:14, 194:7, 196:15
**El** [2] - 88:6, 88:7
**El-Gammal** [2] - 88:6, 88:7
**elaborate** [3] - 19:21, 51:15, 149:4
**elaborates** [1] - 75:14
**electronic** [1] - 118:10
**Electronic** [2] - 146:18, 146:23
**element** [3] - 24:8, 24:24, 25:12
**ELH-16-0009** [1] - 2:4
**ELH-16-009** [2] - 1:6, 209:5
**eliminate** [1] - 63:13
**elimination** [1] - 63:12
**Elkhodary** [1] - 45:6
**Ellen** [1] - 1:13
**Elliott** [1] - 114:14
**elsewhere** [2] - 92:24, 96:19
**ELSHINAWY** [1] - 1:7
**Elshinawy** [74] - 2:3, 2:13, 2:19, 42:25, 44:8, 44:20, 45:12, 47:11, 48:3, 49:13, 51:5, 52:15, 56:23, 57:12, 57:20, 57:21, 59:23, 60:19, 61:1, 64:12, 65:18, 67:1, 67:21, 69:23, 70:12, 70:17, 70:20, 72:4, 72:7, 74:1, 74:18, 75:3, 75:16, 76:8, 76:23, 77:2, 77:6, 77:19, 101:24, 144:6, 144:9, 144:11, 144:16, 144:21, 145:18, 147:2, 147:18, 148:9, 148:13, 149:14, 149:24, 150:2, 151:25, 153:2, 168:25, 169:14, 170:5, 171:10, 171:16, 171:17, 175:19,

176:6, 177:2, 178:11, 180:24, 182:22, 185:5, 185:15, 185:25, 186:1, 198:6, 209:5

**Elshinawy's** [13] - 47:13, 48:23, 50:19, 50:23, 56:2, 60:22, 61:2, 73:18, 140:21, 142:4, 146:16, 153:10, 188:17

**Elysee** [2] - 17:18, 17:19

**embassy** [2] - 114:23, 115:5

**emergence** [1] - 16:24
**Emergence** [1] - 19:11
**emergency** [1] - 4:18
**empire** [1] - 92:6
**empirical** [1] - 57:4
**employ** [1] - 140:20
**employed** [2] - 113:18, 114:21

**employment** [3] - 113:19, 115:5, 139:13

**enabled** [1] - 180:6
**enables** [1] - 123:19
**enabling** [1] - 99:5
**encouraged** [1] - 137:2
**encouragement** [1] - 109:4

**encrypt** [1] - 198:24
**encrypted** [9] - 132:1, 150:6, 151:22, 152:6, 152:9, 163:17, 164:21, 164:22, 165:21

**encryption** [9] - 78:17, 80:21, 164:23, 164:24, 198:9, 198:23, 199:1, 199:9, 199:13

**end** [8] - 51:9, 64:13, 72:9, 72:23, 73:12, 74:3, 99:7, 108:18

**ended** [3] - 98:9, 98:11, 104:12

**ending** [1] - 19:6
**ends** [1] - 159:17
**enemies** [3] - 55:12, 94:14, 138:3

**enemy** [2] - 15:25, 112:3

**enforcement** [5] - 98:9, 98:19, 104:9, 155:5, 160:11

**engagements** [2] - 83:16, 83:18

**engines** [1] - 115:21
**England** [1] - 102:2
**English** [3] - 84:15, 136:24, 137:1
**English-speaking** [1] - 137:1

**enhancement** [2] - 3:18, 137:15

**enter** [1] - 22:5
**entered** [1] - 3:3
**enterprise** [2] - 78:8, 93:6

**entire** [2] - 88:19, 194:22

**entirety** [1] - 136:5
**entities** [1] - 118:14
**entitled** [2] - 18:18, 206:23

**entity** [1] - 61:22
**entry** [1] - 116:1
**episodes** [1] - 79:13
**equipment** [2] - 55:11, 59:2

**equivalent** [1] - 17:15
**erased** [2] - 200:11, 201:4

**errors** [1] - 94:4
**especially** [11] - 20:16, 47:4, 51:17, 55:12, 62:7, 62:9, 89:13, 96:5, 97:8, 98:16, 180:7

**Esquire** [5] - 1:17, 1:17, 1:19, 1:19, 1:20

**essentially** [5] - 5:13, 42:12, 85:10, 91:3, 92:6

**established** [1] - 66:8
**esteemed** [2] - 38:9, 38:10

**estimate** [1] - 198:20
**estimated** [1] - 44:22
**et** [1] - 185:14
**etc** [2] - 58:16, 174:17
**Europe** [7] - 62:8, 68:14, 68:22, 68:23, 85:14, 98:16

**Europeans** [1] - 15:18
**evaluate** [1] - 33:2
**evaluation** [1] - 34:7
**evaluations** [1] - 27:13
**event** [4] - 57:12, 60:5, 60:8, 60:15

**Events** [2] - 45:12, 58:18

**events** [20] - 46:11, 53:12, 57:6, 57:7, 57:8, 57:15, 57:16, 57:19, 57:21, 57:24, 58:1, 58:23, 58:24, 59:10, 60:15, 62:2, 83:20, 97:4, 111:1

**eventually** [4] - 63:21, 136:17, 136:18, 161:11

**everywhere** [1] - 93:16
**Evidence** [4] - 6:17, 8:15, 203:13

**evidence** [41] - 7:6, 7:9,
8:8, 8:17, 21:19, 22:1, 22:5, 26:21, 46:16, 46:20, 47:1, 47:2, 47:3, 47:6, 47:9, 47:10, 48:7, 48:10, 50:25, 53:13, 58:6, 71:4, 80:4, 98:10, 111:13, 118:3, 147:17, 147:18, 147:23, 148:9, 148:13, 155:18, 202:6, 203:6, 203:9, 203:12, 203:17

**evidentiary** [2] - 7:25, 118:10

**evolved** [1] - 139:19
**exact** [6] - 142:14, 142:17, 164:12, 164:13, 166:5, 189:13

**exactly** [9] - 80:10, 91:20, 92:14, 102:12, 103:13, 165:8, 190:3, 196:14, 196:25

**Examination** [15] - 208:5, 208:6, 208:7, 208:7, 208:8, 208:10, 208:11, 208:12, 208:12, 208:15, 208:15, 208:18, 208:18, 208:19, 208:20

**EXAMINATION** [15] - 11:12, 23:17, 44:5, 69:17, 76:19, 82:17, 87:3, 92:20, 100:2, 108:5, 111:21, 113:13, 138:9, 151:18, 154:2

**examination** [12] - 19:20, 35:13, 35:15, 36:10, 37:2, 38:2, 43:1, 69:21, 70:4, 138:16, 142:22, 145:25

**examine** [7] - 19:19, 20:11, 44:8, 69:16, 99:10, 111:20, 138:8

**examined** [2] - 55:3, 109:7

**examiners** [1] - 87:7
**example** [12] - 58:4, 59:4, 59:12, 62:19, 66:21, 103:16, 109:17, 151:25, 168:17, 173:24, 175:4, 186:24

**examples** [1] - 5:2
**exceeds** [1] - 4:5
**except** [1] - 9:24
**excess** [1] - 4:3
**exchange** [3] - 49:18, 70:14, 70:16

**exchanges** [2] - 4:25, 70:17

**exclamation** [1] - 129:8
**exculpating** [1] - 21:19
**excuse** [2] - 12:15,
108:17

**excused** [4] - 81:20, 107:18, 112:17, 112:22

**executioners** [1] - 134:3

**executions** [1] - 121:15
**Executive** [1] - 17:11
**exemplify** [3] - 38:7, 38:9, 39:8

**exercised** [1] - 8:1
**Exhibit** [42] - 12:8, 12:12, 12:15, 12:16, 12:17, 12:18, 44:13, 44:15, 44:16, 44:17, 58:19, 59:5, 82:24, 83:23, 102:10, 120:1, 120:25, 122:19, 123:6, 125:14, 126:21, 127:19, 135:10, 154:18, 167:6, 167:8, 168:7, 168:21, 169:8, 169:10, 175:18, 176:22, 178:2, 181:9, 184:7, 185:22, 188:25, 189:1, 189:3, 191:23, 193:2

**exhibit** [11] - 13:11, 13:12, 44:13, 82:21, 83:25, 86:5, 114:1, 114:4, 120:25, 122:16, 122:17

**exhibits** [15] - 4:3, 4:6, 4:7, 4:8, 4:12, 9:17, 12:7, 13:11, 44:25, 83:22, 83:25, 106:14, 120:21, 192:23

**exist** [1] - 193:22
**existed** [2] - 189:10, 191:1

**existent** [1] - 40:3
**existential** [1] - 11:21
**exit** [11] - 163:25, 175:23, 176:1, 177:5, 178:7, 178:8, 178:10, 181:16, 181:18, 183:6, 183:7

**expand** [1] - 49:20, 129:7, 129:9

**Expanding** [1] - 89:8
**expanding** [4] - 129:11, 129:17, 129:18, 129:19

**expect** [1] - 206:23
**expectation** [1] - 5:11
**expenditure** [1] - 5:22
**experience** [9] - 14:7, 14:8, 14:9, 16:4, 46:3, 138:23, 149:21, 151:6

**experiencing** [1] - 183:21

**expert** [53] - 4:19, 8:3, 22:21, 23:1, 23:4, 23:5,
23:12, 25:9, 25:16, 25:19, 34:22, 37:13, 37:19, 38:22, 39:23, 40:19, 40:21, 41:16, 41:24, 42:13, 42:15, 42:22, 43:3, 43:9, 45:10, 69:9, 82:3, 85:19, 85:22, 85:25, 92:14, 92:15, 110:22, 117:17, 120:2, 120:24, 127:7, 135:15, 135:17, 135:18, 135:19, 135:21, 140:2, 140:9, 140:12, 157:8, 157:11, 157:17, 158:5, 158:11

**expert's** [3] - 5:19, 7:17, 8:4

**expertise** [12] - 10:2, 10:7, 11:25, 12:2, 12:4, 12:9, 37:21, 38:19, 40:6, 40:18, 78:10, 93:8

**experts** [5] - 5:7, 45:9, 155:20

**expire** [3] - 27:22, 28:11, 30:22

**expired** [5] - 27:21, 27:22, 27:24, 29:2, 43:18

**explain** [4] - 40:14, 46:7, 49:21, 52:18, 53:21, 59:20, 61:4, 64:20, 64:22, 119:13, 125:7, 128:24, 182:25

**explained** [2] - 6:25, 39:16

**explanation** [5] - 40:9, 40:11, 40:25, 42:2, 174:10

**exploit** [1] - 94:23
**exploring** [1] - 97:3
**explosive** [2] - 52:3, 138:2

**expressly** [1] - 6:17
**extensive** [1] - 41:25
**extent** [7] - 5:20, 40:5, 41:20, 67:10, 107:6, 107:8, 179:12

**external** [1] - 95:18
**extra** [5] - 161:15, 179:21, 199:15, 204:9

**extraordinary** [1] - 4:15
**extremely** [2] - 55:14, 131:7

**extremist** [1] - 140:2
**eye** [2] - 171:17, 181:14

**F**

**F.3d** [11] - 7:12, 7:24, 8:20, 8:21, 8:22, 8:23,

8:24, 9:1, 9:8, 9:9, 9:13
**F.Supp.2d** [3] - 9:4, 9:5, 9:12
**Facebook** [36] - 45:5, 48:18, 69:22, 70:7, 70:17, 71:23, 73:13, 75:9, 75:22, 116:5, 147:13, 150:12, 159:2, 160:4, 160:8, 160:15, 161:7, 161:11, 161:12, 161:24, 162:2, 169:1, 169:14, 169:19, 170:5, 170:9, 170:12, 171:9, 171:16, 177:16, 180:13, 182:22, 185:25, 187:19, 190:22
**Facebook's** [1] - 190:19
**facilitates** [1] - 166:23
**fact** [27] - 4:22, 28:7, 38:7, 38:9, 40:10, 41:24, 44:7, 47:21, 52:11, 54:7, 68:14, 75:21, 88:1, 88:4, 88:7, 88:10, 88:19, 110:5, 114:9, 117:13, 117:24, 117:25, 118:2, 120:19, 135:23, 140:6, 178:7
**factor** [1] - 8:6, 24:8, 24:24, 65:17, 160:1
**facts** [3] - 47:20, 53:24, 54:13
**faculty** [2] - 38:7, 153:3
**fade** [2] - 63:21, 63:24
**failing** [1] - 79:10
**failure** [10] - 36:23, 36:24, 78:8, 78:13, 78:19, 79:10, 79:14, 80:18, 81:8, 81:9
**fair** [13] - 9:17, 17:23, 28:17, 31:20, 32:18, 77:5, 112:1, 112:7, 140:15, 153:9, 163:9, 180:22, 181:1
**faith** [2] - 124:11, 124:12
**false** [2] - 3:13, 110:17
**familiar** [16] - 34:5, 34:17, 84:8, 90:18, 93:1, 93:4, 95:2, 95:3, 105:8, 108:22, 149:15, 152:3, 152:7, 157:1, 163:14, 188:25
**familiarity** [1] - 137:9
**famous** [2] - 49:25, 62:22
**fantasies** [1] - 36:25
**far** [6] - 51:11, 54:1, 54:21, 62:24, 76:3, 81:21
**fashion** [1] - 63:23
**fate** [2] - 49:8

**favor** [1] - 22:4
**FBI** [35] - 2:6, 26:18, 45:7, 47:7, 49:1, 51:23, 61:14, 64:10, 70:24, 71:5, 77:2, 77:6, 77:24, 80:1, 98:8, 101:21, 101:23, 110:24, 128:15, 154:5, 154:6, 154:8, 154:10, 154:11, 154:20, 154:23, 155:2, 155:3, 155:4, 155:8, 156:14, 157:2, 203:9, 205:10, 205:11
**FCRR** [1] - 1:23
**feature** [2] - 91:8, 134:10
**featuring** [1] - 143:10
**February** [2] - 100:12, 100:13
**Federal** [5] - 3:14, 6:16, 8:14, 60:22, 61:3
**federal** [6] - 22:8, 22:17, 25:25, 42:18, 59:12, 117:9
**fell** [1] - 79:12
**fellow** [2] - 49:25, 79:5
**felon** [1] - 7:14
**felt** [3] - 55:13, 75:4
**few** [23] - 18:17, 24:19, 61:24, 63:22, 78:5, 89:14, 93:25, 100:21, 101:6, 101:7, 102:10, 102:16, 105:23, 117:14, 120:5, 120:21, 124:25, 135:14, 172:4, 181:9, 184:8, 185:1, 205:21
**fewer** [2] - 68:10, 142:16
**field** [18] - 39:1, 40:22, 42:9, 78:10, 91:9, 91:13, 91:22, 92:9, 93:12, 97:10, 106:23, 106:25, 111:15, 111:17, 119:18, 128:23, 155:9, 158:4
**fields** [8] - 8:20, 37:14, 37:16, 37:19, 39:24, 41:25, 42:11, 43:9
**fifth** [1] - 18:16
**Fifth** [2] - 8:20, 8:21
**fight** [8] - 49:5, 53:16, 55:11, 55:12, 62:10, 68:6, 68:18, 95:7
**fighter** [2] - 125:9, 143:10
**fighters** [2] - 125:12, 126:16, 145:21
**fighting** [3] - 53:5, 125:10, 136:22
**figured** [1] - 15:21
**figures** [1] - 136:25

**filed** [2] - 4:20, 4:23
**files** [1] - 204:6
**final** [4] - 43:22, 64:18, 177:18, 177:22
**finally** [3] - 15:10, 54:25, 132:13
**finance** [1] - 45:8
**financing** [2] - 3:11, 102:1
**findings** [5] - 36:6, 36:7, 40:11, 40:14, 55:6
**fine** [6] - 6:3, 82:4, 105:14, 207:1, 207:5
**finish** [4] - 5:22, 36:2, 205:23, 206:1
**finished** [2] - 69:7, 118:20
**firearm** [1] - 7:14
**Firefox** [5] - 193:9, 194:8, 194:9, 194:14, 194:20, 194:23
**firewall** [2] - 166:24, 196:17
**firm** [1] - 113:21
**first** [42] - 10:18, 15:6, 15:8, 18:1, 19:25, 21:16, 22:13, 27:16, 46:3, 46:11, 48:2, 48:22, 49:4, 51:22, 51:23, 65:1, 65:25, 66:2, 66:16, 70:25, 77:10, 103:19, 103:20, 114:4, 128:9, 133:1, 134:9, 137:24, 164:23, 168:17, 168:23, 169:13, 186:3, 189:13, 189:15, 192:3, 197:25
**first-time** [1] - 66:16
**fish** [3] - 21:13, 21:15
**fishes** [1] - 21:11
**fits** [1] - 141:9
**five** [15] - 22:11, 23:19, 23:22, 26:7, 50:16, 57:16, 79:13, 83:11, 100:24, 113:22, 114:20, 115:13, 138:19, 167:23, 168:22
**flag** [8] - 124:9, 124:10, 132:6, 132:21, 143:11, 144:2, 145:24
**Flashpoint** [14] - 113:20, 114:19, 115:13, 118:14, 118:15, 120:10, 137:8, 138:16, 138:21, 139:11, 139:14, 139:16, 151:1
**flaws** [1] - 197:7
**flight** [2] - 14:11, 27:5
**flip** [2] - 120:24, 177:9
**Floor** [1] - 1:23
**flurry** [1] - 5:2

**fly** [1] - 14:12
**focus** [5] - 26:15, 50:24, 96:5, 117:1, 141:12
**focused** [2] - 18:2, 87:24
**focuses** [2] - 88:1, 89:15
**focusing** [1] - 116:23
**folder** [3] - 193:9, 198:25, 199:7
**folders** [1] - 198:10
**follow** [5] - 141:13, 145:7, 145:17, 150:21, 157:15
**follow-up** [1] - 150:21
**followed** [1] - 3:1
**followers** [3] - 49:13, 50:4, 50:6
**following** [7] - 50:20, 74:11, 85:5, 120:2, 181:20
**follows** [1] - 3:5
**footnote** [1] - 81:6
**Footnote** [2] - 78:9, 120:12
**footnotes** [1] - 106:2
**footprint** [1] - 201:18
**FOR** [1] - 1:2
**force** [1] - 95:9
**Force** [2] - 14:18, 15:17
**forces** [2] - 15:17, 121:16
**forebear** [1] - 97:17
**forecloses** [1] - 41:23
**forefront** [1] - 124:9
**foregoing** [1] - 209:6
**foreign** [4] - 3:6, 92:7, 110:23, 125:12
**foreigners** [1] - 95:11
**forensic** [41] - 10:5, 15:1, 17:4, 18:1, 21:17, 22:9, 22:14, 22:22, 23:2, 23:12, 23:22, 23:25, 25:16, 26:6, 26:14, 26:22, 26:25, 27:11, 27:12, 29:4, 31:23, 31:25, 32:24, 36:11, 37:13, 37:23, 38:22, 39:14, 39:23, 40:4, 40:7, 40:15, 40:22, 41:4, 42:17, 65:5, 65:6, 155:20, 193:6, 193:8, 195:1
**forever** [1] - 201:4
**forgot** [3] - 59:1, 100:5, 120:12
**form** [3] - 30:9, 123:15, 144:12
**formally** [1] - 136:17
**formed** [1] - 47:11

**former** [3] - 127:10, 130:16, 136:16
**forth** [3] - 39:16, 64:11, 164:25
**forthcoming** [3] - 16:25, 46:9, 87:16
**forum** [1] - 115:17
**forums** [3] - 134:15, 150:16
**forward** [3] - 2:23, 10:23, 107:1
**forwarded** [1] - 55:9
**four** [13] - 3:4, 15:14, 18:16, 28:6, 50:7, 77:7, 101:4, 105:8, 106:3, 107:3, 107:7, 122:23, 122:24, 122:25
**Four** [5] - 3:12, 12:8, 12:16, 12:17, 59:5
**four-page** [2] - 101:4, 106:3
**Fourth** [8] - 1:23, 7:12, 7:23, 8:12, 8:23, 8:24, 8:25, 9:1
**fragile** [1] - 88:14
**frame** [1] - 184:3
**France** [14] - 17:13, 17:17, 17:21, 62:9, 62:10, 62:13, 63:8, 63:14, 112:8, 132:11, 145:22, 186:10, 186:14, 186:15
**freeing** [1] - 123:25
**French** [9] - 15:19, 17:15, 17:20, 17:21, 20:6, 84:16, 109:23, 110:24, 187:19
**frequently** [2] - 124:10, 132:6, 138:5
**Friday** [4] - 6:8, 84:22, 127:9, 127:12
**friend** [3] - 47:5, 48:19, 57:25
**friendly** [1] - 196:5
**friends** [1] - 100:18
**front** [22] - 11:7, 11:16, 13:12, 24:18, 75:2, 87:7, 89:25, 103:10, 105:2, 105:19, 107:6, 119:25, 120:21, 120:23, 120:25, 125:15, 142:19, 153:23, 167:5, 176:22, 193:1
**Fulks** [1] - 8:24
**full** [7] - 11:8, 15:8, 61:17, 82:12, 113:8, 153:24, 180:21
**full-time** [1] - 15:8
**function** [2] - 196:17, 196:18
**functional** [1] - 162:11

functionality [1] - 152:13
furnish [1] - 12:22
furniture [1] - 80:5
Furqan [3] - 121:8, 121:13, 123:16
futa [1] - 114:17
future [4] - 10:1, 64:21, 94:6, 104:10
fuzzy [2] - 20:19, 20:21
fuzzy-set [2] - 20:19, 20:21

**G**

gallery [1] - 81:23
games [2] - 15:23, 15:25
Gammal [2] - 88:6, 88:7
gander [1] - 142:20
Garland [2] - 51:24, 52:5
gather [1] - 59:21
gathered [1] - 156:10
geared [1] - 95:11
gears [5] - 173:19, 175:13, 184:4, 188:23, 200:16
Geller [1] - 143:22
general [7] - 10:10, 20:4, 20:5, 124:16, 133:20, 155:12, 197:14
generally [13] - 83:3, 98:25, 126:25, 154:22, 155:15, 156:9, 156:18, 160:10, 162:19, 169:22, 195:23, 197:21, 197:22
generate [1] - 21:7
generated [4] - 3:24, 20:22, 108:13, 203:19
generation [1] - 78:11
geolocation [1] - 156:12
George [1] - 114:13
Georgetown [2] - 16:21, 39:2
German [1] - 84:16
Germany [1] - 177:20
Getty [2] - 124:15, 143:12
given [12] - 5:4, 22:2, 32:20, 41:24, 51:25, 61:14, 64:9, 64:14, 80:6, 83:24, 119:16, 172:7
global [3] - 55:3, 56:3, 139:4
globe [1] - 167:23
Gmail [22] - 159:2, 160:2, 160:9, 161:8,

171:16, 171:17, 175:19, 176:7, 177:2, 177:16, 178:11, 180:13, 180:24, 181:14, 182:15, 182:18, 184:9, 185:5, 185:25
goal [1] - 201:21
goals [1] - 79:6
God [4] - 52:20, 52:21, 53:6, 124:14
Google [6] - 160:15, 190:2, 191:3, 191:11, 191:17, 193:17
Googles [2] - 115:23, 115:24
gotcha [4] - 156:14, 168:4, 182:21, 197:10
governed [1] - 167:22
governing [1] - 8:18
GOVERNMENT [2] - 208:9, 208:16
Government [11] - 1:16, 59:4, 82:23, 102:10, 167:5, 167:8, 168:21, 169:8, 178:2, 184:6, 185:22
government [53] - 2:10, 4:7, 4:20, 5:18, 6:5, 9:21, 10:3, 14:8, 14:9, 15:7, 16:4, 23:5, 23:6, 32:11, 32:12, 38:24, 40:23, 43:1, 45:9, 45:10, 45:11, 53:10, 53:19, 57:4, 57:16, 58:11, 58:13, 59:13, 59:14, 60:1, 60:17, 61:6, 61:11, 61:18, 76:22, 78:19, 79:8, 82:7, 83:19, 101:13, 101:18, 113:2, 131:5, 131:6, 142:4, 147:24, 147:25, 153:18, 157:7, 165:5, 169:10
GOVERNMENT'S [3] - 82:9, 113:5, 153:20
government's [6] - 4:4, 5:12, 78:13, 82:2, 82:5, 82:6
Government's [6] - 58:19, 114:3, 120:1, 123:5, 125:14, 176:22
governmental [2] - 39:3, 39:9
graduated [1] - 114:13
grain [2] - 110:18, 111:12
grand [6] - 17:2, 17:3, 32:19, 32:20, 38:5, 42:11
grandiose [1] - 36:25
graphical [2] - 195:23, 195:25
gray [1] - 170:8

great [5] - 5:4, 32:24, 89:2, 94:13, 174:2
green [11] - 15:15, 15:22, 15:23, 174:8, 174:14, 187:21, 188:6, 188:9, 189:15
greeting [1] - 79:22
grenades [1] - 138:3
grew [1] - 93:15
grounds [1] - 9:10
group [2] - 62:23, 63:1, 63:22, 63:25, 64:2, 65:9, 65:10, 93:17, 94:2, 95:11, 95:23, 96:14, 97:21, 97:22, 99:4, 131:1, 136:18, 136:22, 143:11, 152:20
groups [20] - 37:22, 83:8, 84:14, 85:11, 86:1, 88:22, 89:17, 91:7, 91:16, 92:16, 102:18, 103:5, 106:10, 116:15, 119:20, 130:22, 134:14, 134:22, 151:7, 152:19
grow [1] - 198:21
growing [1] - 198:19
guerres [1] - 149:17
guess [25] - 24:19, 43:22, 46:4, 48:17, 51:13, 56:21, 59:8, 59:18, 65:24, 78:16, 79:19, 94:20, 96:11, 96:12, 97:12, 104:16, 112:18, 118:19, 124:16, 145:7, 185:6, 185:23, 192:1, 195:19, 202:16
guest [2] - 16:15, 16:18
GUI [2] - 195:25, 196:1
guidance [1] - 80:23
guide [1] - 79:1
guided [3] - 79:5, 80:15, 81:2
Guidelines [2] - 7:3, 8:18
guidelines [2] - 3:19, 8:13
guides [1] - 78:25
guilt [1] - 66:10
guilty [4] - 3:3, 7:13, 74:18, 117:18
GUIs [2] - 195:23, 196:4
gun [2] - 52:4, 67:5
guy [4] - 78:23, 79:4, 80:4, 80:23
guys [2] - 15:24, 62:21

**H**

H-A-J-E-S-K-I [1] -

154:1
Hacker [1] - 130:20
hacker [1] - 136:16
hackers [2] - 130:21, 131:1
hacking [1] - 136:18
Hadith [1] - 49:25
Hajeski [9] - 153:18, 153:25, 154:1, 154:4, 157:7, 157:17, 158:13, 176:20, 207:4
HAJESKI [2] - 153:20, 208:20
half [8] - 15:10, 51:2, 64:15, 73:15, 79:11, 83:11, 112:14, 167:10
Hammoud [2] - 9:8, 9:9
hand [3] - 33:9, 79:18, 113:4
handed [1] - 13:25
handle [2] - 128:7, 144:8
handled [1] - 26:7
handles [1] - 144:7
hang [3] - 25:24, 29:8, 173:21
happy [2] - 6:6, 53:5
Haque [3] - 55:16, 55:18
hard [11] - 80:21, 128:8, 142:3, 142:4, 173:22, 198:14, 198:18, 200:5, 200:6, 200:8, 200:9
hardware [1] - 198:13
Harford [1] - 170:6
harm [1] - 104:10
Harvard [1] - 14:2, 41:17
hash [1] - 190:3
hashtag [1] - 128:9
hashtags [2] - 128:8, 131:14
hatfield [1] - 9:11
head [10] - 90:1, 95:18, 103:10, 104:23, 105:13, 132:20, 133:11, 145:24, 179:25
headings [1] - 145:6
Headquarters [1] - 14:19
headquarters [1] - 14:21
health [5] - 17:24, 24:24, 41:21, 42:6, 42:24
hear [4] - 10:4, 60:24, 98:18, 128:2
heard [3] - 38:19, 38:21, 108:12
hearing [4] - 2:2, 25:4, 27:3, 83:25

heart [1] - 65:13
heaviest [1] - 141:7
heavy [2] - 36:22, 65:20
height [2] - 64:8, 68:3
held [1] - 138:22
hello [1] - 36:10
help [6] - 15:7, 55:24, 62:12, 73:12, 79:18, 89:5
helpful [3] - 43:19, 120:14, 122:4
hence [1] - 19:22
herder [1] - 50:1
hereby [1] - 209:3
hereunto [1] - 209:9
Hernandez [1] - 8:11
Hernandez-Villanueva [1] - 8:11
hero [1] - 94:16
herself [1] - 67:19
hide [6] - 78:14, 164:25, 178:16, 179:1, 179:3, 180:7
hideous [1] - 131:7
hiding [2] - 161:19, 163:17
high [2] - 65:12, 100:21
higher [3] - 116:25, 117:4, 121:10
highest [1] - 79:7
highlight [3] - 12:10, 91:9, 124:25
highlighted [2] - 94:8, 94:21
hijra [1] - 49:7
Hijri [2] - 123:23, 124:2
hill [1] - 132:5
himself [10] - 36:25, 41:12, 42:13, 55:17, 57:20, 67:18, 77:8, 79:18, 145:18, 185:10
hinted [1] - 51:16
historian [2] - 35:19, 46:17
historical [2] - 90:21, 91:24
historically [1] - 95:6
history [15] - 3:20, 3:22, 34:14, 34:15, 40:13, 65:17, 65:18, 66:1, 66:12, 66:16, 93:23, 139:25, 155:19, 168:9
hold [2] - 20:6, 61:24
holding [1] - 129:10
holes [1] - 188:5
holidays [1] - 96:23
Hollander [1] - 1:13
home [12] - 15:19, 95:24, 137:4, 159:12, 166:16, 169:18, 172:12, 172:15, 198:10, 198:24,

199:7, 204:6

**Honor** [90] - 2:10, 2:12, 10:15, 10:20, 10:21, 10:24, 13:9, 23:11, 23:15, 35:25, 36:4, 37:8, 38:1, 38:17, 38:23, 39:21, 43:11, 43:14, 44:2, 44:3, 44:7, 44:16, 59:7, 59:20, 66:3, 69:8, 75:24, 76:7, 76:15, 76:17, 78:3, 80:22, 81:13, 81:14, 81:18, 82:3, 82:7, 82:21, 85:25, 86:2, 86:7, 91:18, 92:18, 99:9, 99:11, 99:19, 100:4, 107:13, 107:17, 107:20, 107:24, 107:25, 111:19, 111:23, 112:17, 112:23, 112:25, 113:2, 114:3, 120:15, 120:21, 121:25, 125:19, 128:16, 130:3, 135:10, 138:7, 143:18, 145:13, 148:6, 150:22, 151:16, 151:20, 153:12, 153:14, 153:19, 157:7, 157:12, 157:14, 158:9, 168:21, 173:25, 183:18, 192:22, 205:16, 206:11, 206:14, 206:17, 207:1

**Honorable** [1] - 1:13
**honoring** [1] - 70:8
**Hoosier** [1] - 87:1
**hopefully** [1] - 158:14
**hopping** [1] - 164:2
**hops** [4] - 163:25, 164:16, 164:19, 164:20
**hospital** [3] - 14:10, 14:24, 33:10
**host** [2] - 174:16, 204:1
**hours** [9] - 9:17, 30:11, 44:23, 46:4, 75:20, 100:21, 104:25, 105:1, 105:8
**house** [2] - 159:14, 183:24
**House** [1] - 17:11
**huge** [2] - 68:23
**hum** [2] - 72:14, 138:20
**hundreds** [1] - 62:12
**Hussain** [11] - 133:21, 136:15, 136:16, 136:19, 148:1, 148:7, 148:11, 148:14, 148:23, 149:2, 149:22
**hustler** [1] - 36:21

## I

**iBacs** [15] - 53:11, 55:9, 55:10, 55:15, 55:16, 55:24, 56:24, 58:24, 58:25, 59:21, 60:9, 60:10, 60:12, 61:10, 102:1
**iBacsTel** [12] - 171:21, 172:1, 173:2, 173:6, 173:17, 178:4, 178:5, 180:18, 185:13, 187:21, 188:4, 188:21
**iBacsTel's** [1] - 172:23
**iBaxes** [1] - 55:5
**IBAXES** [1] - 55:5
**Ibn** [1] - 125:3
**IBN** [1] - 125:5
**idea** [6] - 10:4, 64:14, 67:23, 93:22, 95:7, 178:16
**ideal** [1] - 5:23
**ideas** [2] - 70:12, 106:25
**identification** [1] - 156:12
**identified** [13] - 23:20, 31:22, 89:2, 112:10, 123:12, 132:24, 142:11, 149:23, 151:10, 151:14, 175:7, 184:5
**identifiers** [1] - 122:1
**identifies** [3] - 158:24, 159:7, 202:5
**identify** [19] - 29:22, 34:8, 34:12, 35:11, 35:20, 37:3, 39:6, 63:16, 120:8, 123:9, 125:7, 126:19, 130:14, 132:16, 161:24, 167:13, 180:5, 189:9
**identifying** [1] - 203:20
**identity** [1] - 161:19
**ideologues** [1] - 84:12
**Ill** [1] - 148:3
**illegal** [1] - 166:7
**illicit** [1] - 166:7
**Illinois** [1] - 154:14
**illustrated** [1] - 38:24
**illustrates** [1] - 39:4
**Image** [3] - 190:2, 191:3, 193:17
**image** [19] - 130:15, 132:4, 132:6, 132:16, 133:14, 133:16, 133:17, 134:5, 135:2, 143:11, 146:3, 146:4, 190:1, 190:3, 191:1, 191:5, 193:8, 196:18

**imagery** [1] - 151:11
**images** [21] - 124:8, 126:15, 132:14, 137:16, 142:4, 142:11, 144:25, 147:19, 189:9, 190:3, 191:6, 191:10, 191:12, 192:2, 193:6, 193:16, 193:18, 193:19, 194:5, 194:8, 195:23
**immediately** [2] - 12:22, 202:19
**implication** [1] - 108:14
**important** [9] - 3:17, 7:21, 39:17, 42:5, 46:10, 57:10, 57:13, 91:17, 111:16
**imposing** [1] - 6:22
**improve** [1] - 64:4
**improvements** [1] - 197:6
**improvised** [1] - 138:2
**IN** [1] - 1:1
**in's** [1] - 178:6
**in-the-field** [1] - 119:18
**inapplicable** [1] - 6:18
**inappropriate** [4] - 37:17, 37:19, 37:24, 40:16
**Inc** [1] - 7:20
**incapable** [1] - 37:1
**incidents** [1] - 111:1
**include** [8] - 11:25, 12:2, 12:4, 12:7, 60:17, 86:8, 118:18, 143:10
**included** [1] - 58:11
**including** [6] - 13:10, 16:10, 45:4, 121:16, 130:20, 130:22
**inconsistencies** [1] - 37:7
**inconsistent** [1] - 37:4
**increase** [1] - 198:13
**increased** [2] - 68:13, 198:14
**inculpate** [1] - 77:8
**inculpating** [1] - 21:19
**indeed** [2] - 50:5, 67:21
**independent** [1] - 57:16
**INDEX** [1] - 208:1
**indexed** [1] - 115:21
**Indiana** [3] - 84:18, 86:18, 90:3
**indicate** [5] - 170:4, 173:15, 177:6, 184:3, 205:7
**indicated** [5] - 2:17, 10:3, 12:7, 42:10, 147:20
**indicates** [4] - 39:3, 89:19, 102:12, 170:12
**indication** [2] - 203:23,

204:3
**indicia** [2] - 7:7, 8:10
**indictment** [2] - 3:1, 3:4
**indirectly** [1] - 148:10
**individual** [20] - 21:5, 21:6, 39:13, 50:15, 94:2, 98:19, 103:3, 116:12, 125:1, 125:8, 129:6, 129:14, 131:13, 132:20, 132:22, 149:6, 149:13, 152:17, 153:3, 180:21
**individuals** [20] - 39:6, 39:9, 61:10, 85:11, 85:13, 93:2, 94:9, 94:15, 98:22, 100:25, 103:4, 103:18, 106:23, 111:16, 118:6, 124:9, 149:12, 149:16, 180:3, 182:16
**indulgence** [1] - 76:12
**infamous** [1] - 95:14
**infer** [1] - 59:15
**influential** [2] - 148:24, 149:12
**informal** [2] - 32:14, 62:23
**information** [45] - 4:1, 6:20, 7:2, 7:5, 7:7, 8:7, 8:9, 37:11, 51:4, 77:12, 77:19, 78:18, 101:18, 102:1, 102:4, 118:23, 119:17, 119:19, 126:5, 132:18, 136:12, 137:8, 152:11, 152:17, 160:14, 160:19, 162:2, 167:24, 168:5, 168:12, 173:2, 175:15, 180:5, 180:12, 180:17, 181:3, 185:18, 186:22, 190:6, 191:4, 202:3, 202:21, 205:7, 205:10
**inherent** [1] - 119:23
**initial** [4] - 4:2, 84:1, 141:2, 182:7
**initiated** [1] - 204:6
**inside** [6] - 200:5, 200:19, 200:20, 200:23, 202:14, 204:2
**insider** [1] - 15:11
**insignificant** [1] - 197:12
**insist** [1] - 45:2
**inspire** [3] - 96:18, 96:24, 97:25
**inspired** [2] - 94:3, 98:24
**install** [2] - 196:15, 199:16
**installation** [1] - 199:18
**installed** [1] - 199:19
**instance** [5] - 21:11,

21:24, 46:18, 181:15, 200:18
**instances** [2] - 74:12, 175:19
**instant** [2] - 173:13, 187:8
**instead** [5] - 95:23, 161:4, 161:7, 164:8, 191:17
**Institute** [8] - 14:12, 83:6, 83:7, 83:10, 83:13, 84:7, 85:7, 92:23
**institution** [2] - 17:1, 87:6
**instructions** [1] - 196:8
**instrument** [1] - 42:23
**insurance** [2] - 65:14, 65:15
**integral** [1] - 58:23
**Intelligence** [1] - 35:5
**intelligence** [5] - 56:17, 113:21, 118:20, 118:22, 119:1
**intend** [1] - 135:20
**intense** [1] - 111:9
**intent** [5] - 58:7, 58:16, 59:14, 61:12, 67:22
**intentional** [1] - 41:6
**intents** [1] - 87:11
**interaction** [1] - 76:22
**interactions** [1] - 71:24
**intercepted** [1] - 192:14
**interdisciplinary** [1] - 90:10
**interest** [4] - 30:19, 32:24, 50:23, 117:6
**interested** [6] - 6:11, 64:24, 73:19, 73:22, 74:8, 120:17
**interesting** [3] - 10:4, 91:10, 137:20
**interface** [1] - 195:25
**interfered** [1] - 79:16
**intern** [5] - 14:9, 114:25, 115:9, 138:23, 139:19
**internal** [1] - 200:6
**International** [2] - 15:17, 114:14
**international** [5] - 20:17, 92:7, 114:15, 117:3, 142:12
**internet** [11] - 115:20, 150:23, 155:19, 155:20, 156:15, 156:20, 157:8, 158:21, 159:2, 159:4, 159:8, 159:10, 159:25, 160:5, 161:1, 161:3, 162:10, 163:5, 163:6, 163:18, 164:1, 165:7,

166:15, 166:16, 166:20, 167:19, 167:23, 169:16, 177:18, 184:18, 184:19, 184:23, 189:25, 190:2, 190:9, 191:2, 191:5, 191:10, 191:21, 191:22, 193:21, 194:6, 202:13, 204:4, 204:10, 204:11, 204:14, 204:17, 204:21, 205:5, 205:11
**interning** [2] - 114:22, 114:24
**interns** [1] - 38:7
**internship** [1] - 14:24
**Interpol** [2] - 114:25, 115:3
**Interpol's** [1] - 114:22
**interpretation** [1] - 50:20
**interpretations** [1] - 53:12
**interpreted** - 53:13, 53:18
**interrupt** [2] - 62:1, 83:21
**intersection** [1] - 41:20
**interview** [20] - 16:8, 16:9, 21:25, 34:19, 34:21, 35:13, 35:17, 40:10, 42:25, 45:22, 46:1, 49:1, 51:22, 51:23, 51:25, 61:14, 77:10, 77:24, 80:2, 109:10
**Interview** [1] - 35:1
**interviewed** [9] - 15:21, 34:22, 43:14, 43:21, 47:11, 70:20, 70:25, 77:2, 100:6
**interviewing** [2] - 16:5, 39:6
**interviews** [12] - 39:4, 45:7, 46:3, 71:7, 71:9, 101:23, 104:11, 110:19, 111:4, 111:9, 116:12
**introducing** [1] - 13:7
**intuit** [1] - 174:24
**invasive** [1] - 150:7
**Inventory** [1] - 35:1
**investigation** [4] - 110:20, 110:23, 110:24, 110:25
**Investigation** [3] - 3:14, 60:23, 61:3
**investigators** [1] - 71:15
**invite** [2] - 152:21, 166:2
**invite-only** [1] - 166:2
**invited** [2] - 18:14, 88:25

**involve** [2] - 155:19, 166:6
**involved** [17] - 11:23, 55:4, 57:12, 57:20, 65:20, 83:15, 85:11, 85:15, 100:19, 103:3, 103:18, 104:5, 115:1, 116:18, 155:2, 156:2, 156:23
**involvement** [1] - 109:6
**involves** [1] - 41:13
**involving** [5] - 39:11, 42:13, 119:1, 154:24, 159:18
**IP** [83] - 156:2, 156:6, 156:7, 156:9, 156:11, 158:13, 159:19, 159:20, 159:23, 159:25, 160:2, 160:5, 160:8, 160:12, 160:14, 161:12, 161:22, 167:12, 167:18, 167:20, 167:25, 168:2, 168:5, 168:12, 168:15, 168:25, 169:1, 169:16, 170:1, 170:2, 170:11, 170:13, 170:18, 171:23, 172:24, 173:10, 174:18, 174:19, 174:21, 175:14, 175:24, 177:1, 177:4, 177:10, 177:15, 177:19, 178:4, 178:17, 178:21, 179:2, 179:9, 179:13, 179:14, 180:11, 180:12, 180:16, 182:1, 182:8, 182:10, 183:5, 183:6, 183:7, 183:8, 184:1, 184:5, 184:10, 184:16, 184:17, 184:20, 184:25, 185:4, 185:7, 185:8, 185:10, 186:6, 186:7, 186:9, 186:12, 187:19, 202:5, 202:12
**IPs** [8] - 167:9, 167:14, 169:2, 170:20, 175:7, 177:5, 182:20, 183:2
**Iraq** [29] - 61:23, 63:4, 63:13, 63:14, 63:16, 63:23, 94:14, 95:7, 95:12, 95:23, 96:16, 97:9, 97:14, 98:3, 109:23, 123:22, 127:10, 127:11, 128:25, 129:8, 129:16, 131:15, 137:22, 138:5, 170:11, 170:13, 170:17, 170:23, 171:1
**irrelevant** [1] - 30:19
**IS** [3] - 96:1, 96:8, 103:5
**ISAF** [2] - 15:16, 15:17
**ISIS** [85] - 3:6, 3:9, 59:16, 59:17, 61:20,

61:22, 62:4, 62:6, 62:11, 62:16, 62:17, 62:24, 63:7, 63:13, 64:1, 64:7, 64:12, 70:5, 70:12, 70:21, 71:2, 72:15, 73:6, 73:20, 73:22, 74:8, 75:4, 75:17, 75:22, 76:9, 89:3, 89:7, 91:15, 93:13, 93:23, 95:3, 95:6, 96:3, 96:12, 97:13, 109:11, 112:3, 112:10, 116:15, 121:4, 121:9, 124:10, 129:9, 130:21, 130:23, 130:24, 131:14, 132:23, 133:16, 134:9, 134:15, 134:22, 136:22, 136:25, 137:3, 137:9, 137:21, 137:25, 140:2, 143:10, 144:4, 145:6, 145:21, 145:24, 146:1, 146:2, 146:4, 146:10, 146:14, 147:8, 147:10, 147:12, 148:14, 148:19, 148:23, 149:7
**ISIS's** [12] - 112:13, 121:8, 123:15, 123:21, 127:1, 127:10, 127:15, 128:25, 132:6, 132:21, 134:3, 136:20
**ISIS-related** [2] - 59:16, 62:4
**Islam** [6] - 50:5, 50:11, 50:12, 50:14, 50:16, 50:20
**Islamabad** [1] - 14:19
**Islamic** [46] - 16:10, 20:7, 46:19, 48:3, 48:11, 48:23, 48:24, 49:5, 53:17, 54:2, 54:3, 54:6, 54:24, 55:11, 55:17, 61:7, 61:12, 67:1, 67:7, 68:4, 68:6, 68:18, 79:20, 84:12, 84:20, 85:12, 89:10, 89:11, 89:13, 90:6, 94:18, 95:18, 102:18, 109:2, 109:3, 109:5, 124:3, 129:7, 129:8, 129:13, 129:16, 130:19, 130:22, 131:15
**isolated** [1] - 201:7
**Israeli** [1] - 131:8
**issue** [17] - 6:13, 7:15, 9:18, 10:8, 10:11, 38:18, 38:21, 38:25, 39:11, 40:18, 40:21, 42:18, 48:2, 65:4, 161:18, 206:18
**issued** [1] - 7:21
**issues** [15] - 3:24, 3:25, 5:1, 38:10, 41:21, 42:24,

48:1, 58:13, 58:15, 83:13, 102:14, 104:3, 162:9, 162:13, 163:4
**issuing** [1] - 6:11
**it'** [2] - 56:15, 66:19
**Item** [1] - 203:13
**item** [1] - 132:19
**items** [13] - 55:23, 118:10, 119:7, 120:8, 120:20, 135:14, 135:15, 136:7, 145:14, 151:9, 189:4, 190:16, 190:17
**itself** [12] - 2:25, 4:5, 35:13, 53:13, 92:9, 105:15, 109:14, 133:17, 150:14, 165:1, 182:18, 202:12

**J**

**jail** [1] - 75:16
**Jan** [1] - 169:6
**janitor** [1] - 94:12
**January** [11] - 3:2, 13:25, 137:20, 138:4, 168:10, 168:18, 169:1, 169:4, 169:14, 169:25, 170:5
**Japan** [1] - 14:14
**jargon** [1] - 56:17
**Jersey** [3] - 27:18, 27:24, 28:1
**Jihaad** [1] - 9:4
**Jihad** [1] - 87:23
**jihad** [5] - 49:6, 50:12, 50:15, 50:18, 131:5
**jihadi** [9] - 50:12, 50:14, 83:8, 86:1, 88:22, 92:16, 102:18, 106:10, 149:7
**jihadis** [1] - 63:23
**jihadism** [1] - 103:18
**Jihadism** [1] - 85:10
**jihadist** [4] - 91:7, 110:6, 116:5, 124:21
**Jihadology** [3] - 84:8, 84:10, 92:23
**jihadology** [1] - 91:1
**job** [6] - 79:8, 98:12, 98:13, 119:6, 138:22, 148:18
**Johnson** [1] - 8:22
**join** [14] - 48:11, 48:17, 48:23, 48:24, 54:6, 61:7, 61:12, 67:12, 68:6, 73:6, 93:12, 95:22, 137:3, 152:20
**joined** [5] - 14:10, 14:16, 103:4, 136:20, 154:11

**joining** [5] - 48:3, 70:5, 85:6, 95:11, 154:8
**joins** [1] - 94:2
**Jonathan** [1] - 2:6
**Joshua** [2] - 1:19, 2:12
**journal** [1] - 89:10
**judge** [1] - 25:15
**Judge** [4] - 1:13, 84:4, 123:11, 135:21
**judge's** [1] - 151:21
**judges** [1] - 8:16
**judgment** [1] - 25:5
**July** [26] - 49:18, 60:10, 70:3, 70:14, 70:16, 70:25, 71:5, 72:19, 73:1, 75:9, 77:2, 77:5, 77:8, 77:13, 77:21, 123:4, 123:13, 125:6, 127:21, 129:3, 129:22, 129:24, 129:25, 131:11, 168:10
**jump** [2] - 177:17, 177:23
**jumping** [2] - 161:3, 182:21
**Junaid** [8] - 133:21, 136:15, 136:16, 148:1, 148:7, 148:10, 148:23, 149:21
**June** [16] - 43:17, 48:17, 48:25, 49:5, 60:8, 64:13, 72:19, 77:13, 77:21, 80:7, 186:20, 186:25, 187:17, 187:22, 188:3, 188:20
**jurisprudence** [1] - 54:3
**Justin** [2] - 117:12, 117:17
**juxtapose** [1] - 81:5

**K**

**K-A-S-S-I-R-E-R** [1] - 113:11
**K-H-A-T-T-A-B** [1] - 125:5
**Kabul** [1] - 15:15
**Kassig** [2] - 121:16, 121:17
**Kassirer** [8] - 113:3, 113:15, 120:16, 125:16, 138:11, 145:17, 150:21, 151:20
**KASSIRER** [2] - 113:5, 208:17
**Kassiser** [1] - 113:10
**keep** [6] - 30:21, 33:9, 44:21, 83:22, 93:6, 111:1
**keeping** [2] - 84:3, 199:3

**keeps** [1] - 73:9
**Kenneth** [2] - 1:17, 2:5
**Keonna** [4] - 24:1, 24:3, 24:20, 25:25
**keonna** [1] - 24:13
**kept** [3] - 46:18, 56:19, 74:13
**key** [4] - 24:24, 25:12, 198:9, 199:9
**Khattab** [1] - 125:3
**kicked** [2] - 182:7, 183:22, 183:25
**kill** [3] - 57:18, 63:9, 99:7
**killed** [9] - 55:13, 62:3, 62:15, 63:9, 95:15, 95:19, 97:20, 97:25, 137:5
**killing** [1] - 52:23
**kind** [41] - 14:13, 21:13, 21:15, 21:23, 41:19, 46:6, 46:8, 47:5, 47:21, 57:8, 57:19, 58:23, 62:21, 65:16, 66:9, 67:9, 68:13, 76:4, 79:11, 79:12, 79:17, 79:22, 97:6, 108:14, 116:2, 128:8, 132:21, 136:18, 136:25, 141:10, 141:13, 147:14, 148:19, 151:6, 155:21, 174:16, 178:6, 184:5, 184:23
**kinds** [5] - 7:2, 58:4, 141:8, 152:22, 163:9
**Kings** [1] - 84:23
**knife** [1] - 132:22
**knights** [2] - 128:20, 128:21
**knowing** [1] - 109:17
**knowledge** [8] - 32:23, 39:5, 57:1, 77:11, 77:15, 106:24, 133:21, 149:24
**knowledgeable** [2] - 54:2, 197:24
**known** [2] - 38:5, 136:25
**knows** [1] - 54:21
**Koran** [1] - 49:24
**Kremlin** [1] - 110:15
**kunyas** [1] - 149:17
**Kyra** [1] - 2:5

**L**

**label** [4] - 58:17, 59:9, 59:10
**labeled** [1] - 45:11
**lack** [3] - 46:4, 78:10, 168:1

**Laden** [2] - 97:19, 130:16
**landscape** [1] - 141:9
**language** [3] - 54:10, 121:11
**languages** [4] - 84:16, 84:19, 121:12, 196:8
**lapse** [2] - 29:25, 30:3, 33:12, 41:1
**lapsed** [3] - 29:1, 29:4, 29:5
**laptop** [4] - 122:3, 124:5, 193:7, 198:17
**laptops** [1] - 203:16
**large** [7] - 47:6, 56:7, 110:18, 155:14, 165:12, 165:13, 170:8
**larger** [2] - 123:19, 141:9
**last** [29] - 16:22, 19:8, 20:12, 20:14, 22:11, 23:22, 24:13, 24:23, 26:7, 28:15, 28:18, 30:20, 32:21, 33:14, 33:25, 51:13, 76:3, 76:7, 89:14, 93:25, 105:24, 115:13, 132:13, 133:1, 133:7, 154:1, 177:15, 177:17
**late** [1] - 125:10
**lately** [1] - 62:10
**latest** [1] - 93:7
**latitude** [1] - 8:17
**launch** [2] - 102:11, 137:4
**launches** [1] - 103:17
**lavender** [2] - 185:23, 186:7
**law** [10] - 15:2, 15:5, 39:19, 43:6, 65:19, 98:8, 98:19, 104:8, 155:5, 160:11
**Law** [1] - 29:22
**layer** [5] - 164:22, 164:23, 165:12, 165:13, 179:21
**layers** [3] - 163:17, 163:23, 183:23
**lead** [1] - 139:16
**leader** [3] - 127:1, 130:16, 131:2
**leaders** [1] - 130:25
**leading** [2] - 44:19, 125:12
**learn** [2] - 14:12, 75:21
**learned** [2] - 75:16, 76:8
**least** [9] - 12:12, 13:12, 22:13, 28:12, 51:1, 80:1, 186:22, 206:18, 207:1
**leave** [5] - 15:20, 74:8,

176:13, 201:7, 201:21
**leaves** [3] - 3:17, 108:1
**leaving** [1] - 201:2
**lecture** [1] - 16:21
**lecturer** [2] - 16:15, 16:18
**lectures** [4] - 17:21, 39:1, 42:10, 89:1
**led** [2] - 4:18, 43:24
**left** [11] - 11:17, 32:17, 58:2, 123:23, 136:19, 149:11, 159:1, 168:14, 168:18, 168:23, 169:5
**legal** [9] - 11:23, 21:8, 21:21, 46:12, 46:13, 156:9, 160:13, 175:5, 187:1
**legitimate** [1] - 54:4
**lengthy** [1] - 88:24
**less** [12] - 63:20, 67:4, 67:7, 67:25, 68:10, 96:9, 142:16, 163:4, 195:23, 196:4, 196:5, 197:20
**lesser** [1] - 136:11
**lettering** [1] - 170:9
**level** [6] - 16:2, 50:16, 77:16, 116:25, 117:4, 130:25
**levels** [1] - 12:9
**Library** [1] - 170:6
**library** [2] - 91:3, 170:2
**Libya** [2] - 83:9, 88:21
**license** [19] - 27:17, 27:20, 27:24, 28:1, 28:4, 28:6, 28:7, 28:14, 30:21, 31:3, 33:6, 33:12, 39:16, 39:25, 41:8, 43:7, 43:18, 43:24, 65:20
**licensed** [8] - 10:3, 40:25, 41:2, 41:7, 41:23, 43:15, 43:16, 43:20
**licenses** [1] - 40:25
**lied** [1] - 61:6
**lies** [3] - 7:8, 60:22, 61:2
**life** [5] - 14:24, 79:6, 87:1, 93:13, 94:18
**light** [8] - 78:1, 81:11, 169:25, 174:8, 174:14, 187:21, 188:6, 188:9
**likelihood** [1] - 65:13
**likely** [1] - 197:20
**limit** [2] - 162:9, 179:8
**limitation** [1] - 6:19
**limited** [3] - 140:19, 141:11, 179:12
**limits** [2] - 110:10, 110:11
**line** [5] - 159:5, 159:7, 164:8, 196:7, 196:8

**lines** [3] - 94:7, 102:10, 164:9
**linguist** [1] - 128:16
**link** [9] - 131:16, 131:20, 131:21, 131:23, 131:25, 152:21, 189:13, 190:18
**linkages** [1] - 89:18
**linked** [1] - 151:8
**Linux** [19] - 195:9, 195:16, 195:19, 195:21, 196:11, 197:10, 197:14, 197:17, 197:22, 197:23, 197:24, 198:9, 198:12, 198:23, 199:2, 199:16, 199:19, 199:23, 200:2
**list** [7] - 24:15, 24:22, 27:16, 29:21, 33:3, 47:7, 166:22
**listed** [3] - 22:10, 22:11, 45:3
**listen** [4] - 5:7, 25:15, 30:18, 111:11
**listening** [2] - 37:18, 110:15
**lists** [3] - 28:20, 29:7, 167:12
**literature** [4] - 93:7, 102:17, 105:9, 106:17
**live** [2] - 49:7, 187:13
**lives** [1] - 94:4
**living** [2] - 83:3, 154:4
**load** [1] - 38:25
**loaded** [1] - 78:22
**local** [2] - 98:8, 155:5
**located** [9] - 160:21, 161:14, 161:22, 168:5, 170:11, 170:21, 174:16, 186:8, 192:18
**location** [6] - 159:21, 161:20, 178:17, 188:14, 190:7, 193:10
**log** [27] - 111:1, 160:3, 167:14, 168:9, 172:16, 173:2, 178:4, 178:5, 178:6, 181:15, 181:21, 182:19, 185:17, 187:2, 187:18, 187:20, 190:12, 190:15, 190:19, 190:22, 199:5, 203:13, 203:17, 203:19, 203:25, 205:7
**log-in** [10] - 168:9, 173:2, 178:4, 178:5, 181:15, 185:17, 187:2, 187:20, 190:12, 190:15
**log-in's** [1] - 178:6
**log-ins** [4] - 167:14, 181:21, 187:18
**logged** [2] - 182:10, 204:2

**logging** [4] - 160:4, 180:4, 180:6, 184:2
**logic** [2] - 20:19, 20:21
**logical** [2] - 198:8, 198:12
**logistics** [1] - 134:21
**logs** [2] - 165:6, 166:24
**Lombard** [1] - 1:24
**London** [1] - 84:23
**loners** [2] - 62:16, 63:9, 63:16
**longstanding** [1] - 7:1
**look** [20] - 22:1, 22:5, 31:9, 33:11, 66:9, 75:15, 80:3, 110:6, 114:2, 117:4, 126:21, 137:19, 141:19, 150:8, 171:15, 174:4, 200:16, 203:1, 206:1, 206:4
**looked** [12] - 6:13, 7:11, 8:19, 9:2, 20:5, 47:10, 57:19, 57:21, 85:10, 126:14, 126:15, 136:9
**looking** [29] - 19:3, 21:5, 23:24, 36:14, 37:22, 57:23, 58:4, 59:4, 59:12, 60:14, 78:23, 95:1, 158:22, 159:1, 160:22, 163:20, 164:8, 165:17, 167:11, 168:17, 169:7, 171:20, 173:5, 173:23, 176:21, 186:24, 187:17, 189:17
**looks** [5] - 138:21, 139:1, 164:2, 167:11, 187:25
**lose** [2] - 199:9, 199:10
**losing** [1] - 61:25
**lost** [1] - 61:23
**love** [1] - 9:1
**low** [1] - 130:25
**low-skill** [1] - 130:25
**lower** [2] - 62:3, 130:9
**lunch** [4] - 99:12, 99:13, 99:15, 99:17
**luncheon** [1] - 99:25
**LUX** [2] - 198:23, 199:13
**Lyonnais** [1] - 9:5

**M**

**M-A-R-C** [1] - 11:9
**M.D** [3] - 13:16, 13:18, 41:18
**M.D./Ph.D** [1] - 13:23
**MA** [1] - 84:20
**Mac** [8] - 195:20, 195:22, 196:12, 196:22,

197:9, 197:11, 200:3, 200:20
**machine** [31] - 161:12, 200:7, 200:17, 200:18, 201:5, 201:6, 201:7, 201:17, 202:5, 202:7, 202:9, 202:12, 202:14, 202:15, 202:20, 202:23, 203:1, 203:2, 203:4, 203:5, 203:10, 203:14, 203:24, 204:1, 204:2, 204:3, 204:7, 204:16, 204:19, 205:8, 205:12
**machines** [3] - 157:2, 157:5, 195:16
**Madam** [1] - 69:14
**magazines** [1] - 97:1
**Mahenna** [2] - 26:8, 26:11
**mail** [5] - 92:11, 162:20, 187:4, 187:6, 201:23
**main** [4] - 91:23, 103:11, 112:2, 136:25
**mainstream** [3] - 124:16, 126:14, 132:11
**maintain** [2] - 150:22, 151:1
**maintained** [1] - 39:24
**maintaining** [1] - 85:15
**major** [2] - 56:10, 61:23
**majority** [3] - 68:20, 118:16, 167:3
**Malone** [1] - 8:21
**malware** [2] - 201:1, 204:17
**managed** [1] - 63:3
**management** [2] - 198:9, 198:12
**Manchester** [1] - 102:2
**Manhattan** [2] - 62:3, 113:21
**Manhattan-based** [1] - 113:21
**manner** [2] - 32:15, 209:8
**Manuelian** [7] - 1:17, 2:9, 122:7, 129:21, 133:24, 208:18, 208:19
**MANUELIAN** [48] - 2:2, 2:9, 10:15, 69:8, 69:12, 84:3, 86:7, 107:17, 107:25, 113:2, 113:14, 114:3, 114:6, 114:8, 117:22, 120:15, 120:18, 122:5, 122:9, 122:11, 122:13, 122:16, 122:19, 122:23, 122:25, 123:2, 126:4, 126:8, 126:10, 129:23, 129:25, 130:2, 130:5, 130:7, 130:11,

133:10, 133:25, 135:9, 135:20, 135:23, 136:2, 138:7, 145:13, 151:19, 192:22, 206:17, 206:25, 207:4
**manufacture** [1] - 51:20
**manufacturer** [1] - 195:15
**Marathon** [1] - 149:4
**marc** [1] - 10:21
**Marc** [3] - 4:19, 11:9, 23:11
**MARC** [4] - 11:4, 108:4, 208:5, 208:14
**March** [4] - 176:5, 176:6, 176:24, 178:1
**marijuana** [2] - 34:15, 79:16
**mark** [1] - 171:16
**marked** [4] - 82:23, 119:25, 125:17, 193:2
**market** [2] - 197:12, 197:13
**markets** [1] - 96:22
**martyr** [7] - 52:15, 52:19, 52:22, 53:7, 53:14, 53:17, 53:18
**martyrs** [1] - 52:22
**Mary** [3] - 1:23, 209:3, 209:14
**MARYLAND** [1] - 1:2
**Maryland** [13] - 1:11, 1:24, 27:18, 27:21, 43:15, 157:21, 170:3, 171:12, 172:5, 172:8, 172:11, 172:23, 173:2
**masked** [1] - 124:9
**mass** [1] - 144:1
**Massachusetts** [2] - 85:21, 117:14
**Master's** [3] - 85:6, 114:17, 139:1
**masters** [1] - 90:6
**match** [1] - 86:23
**Mateen** [1] - 98:8
**material** [45] - 3:6, 3:8, 21:18, 22:2, 45:3, 45:24, 47:4, 51:12, 52:9, 53:8, 55:9, 55:21, 58:8, 58:11, 59:22, 61:15, 91:7, 110:21, 116:7, 119:22, 140:16, 140:17, 140:21, 141:1, 141:22, 141:23, 142:11, 142:24, 143:5, 144:17, 144:18, 146:5, 147:1, 147:17, 147:18, 147:21, 148:17, 148:20, 149:5, 151:3, 151:8, 166:7, 195:2
**materially** [1] - 3:13

**materials** [10] - 55:3, 116:24, 119:15, 120:3, 122:1, 141:10, 150:3, 151:9, 151:13, 153:7
**mathematician** [1] - 20:22
**mathematics** [1] - 20:22
**matrices** [1] - 45:11
**matrix** [1] - 57:7
**matter** [6] - 68:14, 81:19, 95:25, 110:5, 114:9, 119:16, 158:5, 209:4, 209:8
**matters** [3] - 7:25, 22:15, 119:2
**meager** [1] - 94:10
**mean** [65] - 9:20, 10:8, 21:23, 25:11, 32:6, 33:11, 33:19, 36:13, 40:8, 41:14, 41:16, 44:21, 51:6, 51:16, 52:22, 54:23, 56:12, 56:19, 59:13, 63:10, 63:25, 65:21, 66:4, 66:19, 68:13, 71:16, 79:10, 79:14, 83:24, 87:10, 89:9, 89:12, 89:25, 91:8, 96:21, 96:25, 97:16, 98:6, 98:25, 99:2, 100:17, 102:22, 103:15, 103:20, 105:1, 105:7, 105:22, 106:16, 107:4, 111:11, 111:14, 116:25, 124:2, 124:18, 134:6, 134:7, 146:19, 151:11, 164:21, 172:10, 180:16, 186:24, 192:1, 194:5
**meaning** [2] - 170:22, 178:9
**means** [5] - 49:23, 53:16, 183:19, 187:5, 196:21
**meant** [4] - 12:11, 65:3, 81:9, 198:18
**meantime** [1] - 63:3
**Media** [1] - 115:9
**media** [56] - 45:4, 89:10, 89:12, 97:2, 97:9, 98:18, 116:4, 116:16, 118:3, 118:10, 120:8, 121:8, 121:9, 121:10, 121:13, 123:3, 123:16, 123:17, 123:18, 123:22, 124:16, 124:19, 125:7, 126:14, 128:20, 128:21, 128:23, 132:12, 134:12, 134:18, 134:21, 135:11, 136:3, 136:4, 136:5,

136:8, 136:24, 137:22, 140:16, 140:19, 141:10, 141:11, 141:12, 141:18, 144:12, 145:1, 146:7, 147:13, 147:14, 150:2, 152:10, 155:6, 155:24
**Medical** [2] - 14:12, 32:20
**medical** [11] - 17:1, 17:3, 27:17, 28:4, 28:6, 28:7, 28:14, 30:11, 31:2, 39:25, 43:23
**medication** [1] - 32:9
**medicine** [2] - 14:24, 65:12
**member** [2] - 29:24, 55:19
**members** [1] - 29:23
**memo** [2] - 4:5, 12:16
**memoranda** [1] - 44:17
**memorandum** [7] - 4:2, 4:4, 13:10, 58:14, 58:20, 84:2
**memorize** [1] - 114:5
**memos** [2] - 6:14, 12:25
**mental** [8] - 17:24, 24:24, 35:13, 36:10, 39:13, 41:21, 42:5, 42:24
**mention** [4] - 39:10, 44:25, 88:10, 180:11
**mentioned** [21] - 51:23, 52:2, 60:9, 71:21, 96:14, 97:20, 104:3, 104:7, 111:3, 119:11, 123:17, 129:17, 130:24, 140:5, 146:15, 151:21, 163:11, 166:17, 179:4, 198:5
**Merrell** [1] - 7:20
**message** [5] - 95:13, 95:20, 109:16, 110:12, 152:15
**messages** [11] - 94:9, 97:3, 150:6, 150:9, 152:9, 152:23, 186:25, 187:2, 187:4, 187:7, 187:12
**messaging** [6] - 95:10, 134:21, 152:6, 152:20, 152:24, 187:10
**met** [3] - 17:15, 71:11, 100:21
**method** [3] - 21:12, 21:14, 21:15
**methodological** [2] - 20:1, 20:2
**methodologies** [1] - 56:5
**methodology** [18] - 5:13, 16:19, 19:24, 20:11, 20:12, 20:25,

21:1, 21:4, 21:9, 21:22, 22:7, 40:11, 45:20, 56:5, 57:4, 90:11, 119:14
**methods** [7] - 90:18, 90:20, 90:21, 91:23, 91:24, 91:25, 165:4
**micro** [1] - 55:22
**microphone** [6] - 11:7, 70:15, 82:12, 113:8, 153:23, 158:15
**mid** [1] - 69:6
**mid-1990's** [1] - 85:13
**mid-morning** [1] - 69:6
**Middle** [9] - 84:20, 85:22, 88:2, 88:8, 89:16, 90:6, 95:8, 96:13, 112:1
**middle** [1] - 160:24
**middleman** [1] - 161:5
**might** [19] - 6:1, 26:8, 51:20, 59:15, 60:15, 75:18, 78:5, 94:16, 94:24, 97:10, 104:7, 104:10, 117:5, 160:2, 164:14, 172:22, 177:24, 180:18, 201:12
**militants** [3] - 19:3, 132:5, 144:1
**military** [6] - 16:4, 38:4, 57:17, 97:3
**mind** [7] - 5:25, 48:25, 52:12, 58:16, 69:24, 70:21, 71:2
**mindful** [1] - 176:12
**minimize** [2] - 61:11, 107:23
**Minnesota** [1] - 34:25
**minor** [2] - 61:24, 114:16
**minute** [7] - 25:24, 29:8, 62:1, 88:20, 145:5, 173:21, 191:24
**minutes** [7] - 69:9, 69:11, 108:1, 181:25, 183:5, 183:9, 205:21
**misleading** [1] - 41:7
**miss** [1] - 157:10
**missed** [2] - 2:7, 76:5
**missing** [1] - 24:16
**Missionaries** [1] - 87:22
**misspeaking** [1] - 133:9
**misspoke** [1] - 133:3
**mistakes** [1] - 98:13
**Misunderstanding** [1] - 18:19
**misunderstandings** [1] - 19:1
**misunderstood** [1] - 129:21
**mix** [1] - 60:1
**mixture** [1] - 62:13

**mobile** [2] - 182:17, 184:22
**model** [1] - 52:1
**models** [2] - 20:18
**Modern** [1] - 114:17
**Mohamed** [7] - 2:13, 50:19, 74:12, 95:15, 95:17, 108:19, 209:4
**MOHAMED** [1] - 1:7
**Mohamed's** [1] - 74:2
**moment** [5] - 13:15, 76:12, 88:5, 143:9, 205:14
**Monday** [2] - 1:11, 206:25
**money** [6] - 42:3, 61:9, 61:10, 61:17, 80:5, 173:16
**moniker** [1] - 55:20
**monitor** [8] - 115:16, 116:22, 141:14, 141:16, 141:17, 150:18, 150:25, 152:15
**monitored** [9] - 72:9, 72:23, 77:13, 77:14, 77:17, 77:18, 77:20, 77:22, 77:24
**monitoring** [7] - 116:5, 118:5, 118:8, 119:21, 149:20, 150:4, 151:6
**month** [5] - 3:1, 49:1, 72:12, 73:3, 73:15
**months** [17] - 15:14, 18:17, 19:10, 24:13, 24:19, 24:20, 24:23, 27:22, 48:16, 48:24, 51:3, 51:24, 54:24, 64:15, 80:1, 97:20, 112:14
**morning** [10] - 2:11, 2:15, 11:14, 11:15, 69:6, 69:19, 69:20, 206:15, 206:17, 207:6
**most** [25] - 15:25, 16:21, 17:13, 19:19, 23:9, 30:18, 41:8, 50:6, 62:9, 63:9, 65:8, 65:16, 66:15, 80:25, 88:23, 89:9, 89:15, 91:10, 95:10, 98:7, 117:13, 183:25, 184:1, 190:8, 190:10
**mostly** [3] - 15:14, 84:11, 84:16
**Mosul** [1] - 127:10
**mother** [4] - 49:11, 49:14, 50:3, 80:9
**motion** [4] - 4:20, 6:8, 10:16, 12:21
**mountain** [1] - 174:7

**Mountain** [2] - 174:11, 186:16
**move** [2] - 13:9, 158:15
**moved** [3] - 32:9, 50:3, 189:18
**movement** [1] - 97:17
**movements** [3] - 84:12, 137:17, 141:17
**moves** [1] - 39:18
**moving** [1] - 120:16
**MR** [114] - 2:12, 10:20, 10:23, 11:2, 11:13, 12:14, 12:20, 13:1, 13:4, 13:6, 13:9, 14:5, 21:3, 23:11, 23:15, 23:18, 24:11, 24:17, 26:4, 29:20, 31:11, 32:16, 35:25, 36:3, 37:11, 38:1, 38:13, 38:15, 38:17, 38:23, 39:21, 44:2, 44:6, 52:13, 55:2, 58:19, 59:7, 60:20, 64:17, 69:1, 69:4, 69:18, 75:24, 76:6, 76:15, 76:17, 76:20, 78:3, 81:13, 81:14, 81:18, 82:3, 82:7, 82:18, 84:6, 86:2, 86:5, 86:11, 86:14, 87:4, 92:15, 92:18, 92:21, 99:11, 99:14, 99:19, 99:21, 100:3, 101:3, 104:20, 107:13, 107:20, 107:24, 108:6, 108:21, 110:3, 111:22, 112:17, 112:23, 153:18, 154:3, 157:14, 157:16, 158:12, 162:25, 165:16, 169:9, 169:12, 171:8, 173:25, 175:12, 176:3, 176:6, 176:11, 176:14, 176:19, 177:14, 180:10, 187:16, 188:9, 188:13, 191:25, 192:13, 192:17, 192:25, 194:17, 203:8, 205:16, 205:20, 205:25, 206:3, 206:7, 206:11, 206:14
**MS** [54] - 2:2, 2:9, 10:15, 69:8, 69:12, 84:3, 86:7, 107:17, 107:25, 113:2, 113:14, 114:3, 114:6, 114:8, 117:22, 120:15, 120:18, 122:5, 122:9, 122:11, 122:13, 122:16, 122:19, 122:23, 122:25, 123:2, 126:4, 126:8, 126:10, 129:23, 129:25, 130:2, 130:5, 130:7, 130:11, 133:10, 133:25, 135:9, 135:20, 135:23, 136:2, 138:7,

138:10, 145:13, 145:16, 149:10, 150:20, 151:19, 153:14, 158:9, 192:22, 206:17, 206:25, 207:4
**Mu'awiyah** [1] - 128:21
**Muhammad** [3] - 50:21, 52:5, 124:14
**mujahad** [1] - 67:24
**mujahadeen** [1] - 125:10
**mujahideen** [1] - 126:16
**Multiphasic** [1] - 34:25
**multiple** [9] - 14:6, 56:13, 65:18, 178:17, 183:11, 183:12, 184:2, 204:22
**museums** [1] - 111:18
**Muslim** [1] - 93:15
**Muslims** [1] - 68:18
**must** [4] - 51:11, 68:2, 72:9, 72:23
**mustard** [1] - 184:12
**mustard-colored** [1] - 184:12

# N

**NADA** [1] - 204:24
**name** [19] - 2:8, 11:8, 11:9, 55:5, 82:12, 83:5, 92:5, 113:9, 132:24, 132:25, 133:1, 133:7, 146:16, 149:3, 149:18, 153:24, 153:25, 154:1
**named** [2] - 20:22, 52:22
**namely** [11] - 15:17, 15:24, 22:1, 35:13, 45:4, 49:7, 49:10, 55:16, 61:10, 67:24, 80:4
**names** [1] - 149:22
**NAMI** [1] - 14:11
**narcissism** [1] - 36:22
**narratives** [2] - 103:5, 104:4
**nation's** [1] - 67:13
**national** [5] - 17:15, 38:3, 39:18, 132:23, 133:5
**nationality** [1] - 133:4
**native** [1] - 128:12
**nature** [4] - 51:15, 51:18, 155:18, 186:5
**Naval** [2] - 14:11, 14:14
**naval** [1] - 14:13
**Navy** [4] - 14:10, 26:24, 27:1, 27:4
**Near** [3] - 83:6, 84:19,

90:4
**necessarily** [12] - 37:20, 81:9, 95:22, 97:8, 97:16, 99:2, 99:7, 103:7, 104:6, 151:22, 152:1, 181:7
**necessary** [2] - 111:9, 198:3
**need** [32] - 21:6, 28:4, 28:14, 41:1, 50:13, 56:12, 56:17, 56:23, 57:9, 62:12, 69:9, 90:13, 103:10, 104:5, 105:10, 105:12, 135:24, 179:5, 179:13, 192:1, 196:17, 196:18, 196:19, 198:13, 198:15, 199:6, 204:8, 204:11, 206:4, 206:16, 206:25
**need-to-know** [1] - 56:12
**needed** [2] - 49:14, 179:22
**needs** [2] - 87:18, 176:13
**neglected** [1] - 46:17
**neighborhood** [1] - 111:18
**network** [34] - 160:20, 160:21, 162:6, 163:17, 163:18, 163:24, 163:25, 164:1, 164:22, 165:1, 165:20, 166:1, 166:23, 175:13, 175:15, 176:21, 177:7, 178:16, 178:21, 179:6, 183:24, 183:25, 184:17, 186:9, 190:21, 194:2, 194:19, 194:22, 194:24, 204:6, 204:22, 204:23, 205:1, 205:2
**Networks** [1] - 15:6
**networks** [3] - 154:25, 156:13, 167:13
**neurology** [1] - 31:17
**Neurology** [3] - 28:21, 29:15, 41:3
**never** [12] - 27:25, 33:10, 43:25, 49:10, 50:1, 53:25, 100:6, 134:10, 140:1, 180:8, 200:7, 200:9
**New** [19] - 9:6, 9:7, 9:12, 13:19, 14:10, 14:22, 27:18, 27:24, 28:1, 28:3, 62:2, 63:21, 85:20, 88:5, 99:3, 114:24, 120:13, 139:2
**new** [4] - 20:15, 196:3, 205:4
**news** [7] - 57:22, 58:4,

128:19, 143:6, 143:12, 159:4, 190:20
**newspaper** [3] - 45:12, 58:25, 59:2
**newspapers** [1] - 79:9
**next** [21] - 32:19, 62:18, 62:25, 71:8, 82:1, 100:1, 113:2, 132:20, 135:5, 145:24, 153:17, 164:24, 173:5, 177:9, 178:1, 181:25, 184:1, 184:8, 185:1, 189:16, 190:4
**nicely** [1] - 57:5
**niche** [1] - 42:13
**nine** [5] - 48:16, 48:24, 70:25, 114:6, 114:7
**Nineveh** [1] - 137:22
**NO** [1] - 1:6
**nobody** [1] - 56:18
**nobody's** [1] - 68:8
**node** [4] - 164:23, 175:23, 176:1, 177:5, 177:20, 178:7, 178:8, 178:10, 180:25, 181:8, 181:16, 181:18, 183:6, 183:8
**nodes** [7] - 163:21, 163:23, 164:5, 164:24, 180:3, 180:4, 180:6
**nom** [1] - 149:17
**non** [1] - 40:3
**non-existent** [1] - 40:3
**nondisclosure** [1] - 24:21
**none** [3] - 106:1, 106:5, 130:22
**nonresponsive** [1] - 81:10
**normal** [6] - 35:24, 106:18, 156:21, 159:13, 159:18, 166:15
**normally** [2] - 136:11, 194:6
**north** [2] - 14:15, 68:4
**North** [3] - 88:8, 88:16, 117:12
**Northeasterner** [1] - 115:24
**Northern** [1] - 88:2
**northern** [1] - 127:10
**NORTHERN** [1] - 1:2
**note** [16] - 35:17, 35:23, 40:8, 120:11, 122:2, 142:2, 143:11, 143:23, 144:2, 144:4, 144:24, 145:21, 164:20, 182:10, 187:19
**noted** [4] - 106:22, 107:8, 138:16, 171:9
**notes** [3] - 146:20,

175:19, 206:1
    **nothing** [21] - 53:2,
53:7, 57:17, 57:23, 58:1,
58:5, 58:25, 60:9, 89:20,
102:7, 102:12, 138:7,
144:13, 144:19, 145:18,
147:20, 153:12, 200:15,
205:21, 206:4
    **notice** [2] - 105:15,
206:23
    **notified** [1] - 170:19
    **November** [8] - 4:23,
45:19, 59:12, 60:11,
62:15, 63:8, 101:10,
121:24
    **novice** [1] - 196:5
    **nuisance** [1] - 16:3
    **Number** [3] - 2:3, 58:19,
158:2
    **number** [34] - 4:9, 4:17,
21:12, 23:20, 31:19,
41:19, 42:17, 83:14,
96:8, 118:10, 122:1,
122:15, 122:16, 122:20,
122:21, 127:24, 131:12,
132:19, 142:14, 142:15,
142:18, 142:21, 157:25,
159:20, 163:8, 166:20,
169:21, 171:9, 171:11,
184:8, 185:23, 188:10,
191:21
    **Number(s** [1] - 209:5
    **numbered** [1] - 106:2
    **numbers** [8] - 4:11,
114:5, 122:18, 125:17,
126:7, 167:19, 167:20,
174:17
    **numeral** [1] - 148:3
    **numerous** [1] - 154:21
    **NYPD** [1] - 15:10
    **NYU** [3] - 41:18, 114:18

**O**

    **oath** [1] - 108:3
    **obfuscate** [2] - 161:19,
165:10
    **obfuscation** [3] -
165:12, 165:14, 165:15
    **object** [2] - 37:12, 75:24
    **objection** [5] - 35:25,
38:12, 92:17, 158:8,
158:9
    **objections** [1] - 157:9
    **objective** [14] - 22:1,
46:16, 46:20, 47:1, 47:2,
47:3, 47:9, 47:10, 48:10,
51:5, 51:6, 67:11, 67:16,
111:13

    **observation** [5] - 56:2,
60:21, 61:2, 61:3, 61:4
    **observations** [3] - 55:6,
136:6, 140:14
    **observe** [1] - 151:3
    **observed** [2] - 135:16,
136:4
    **obtain** [2] - 150:17,
160:12
    **obtained** [3] - 139:1,
139:7, 139:11
    **obvious** [1] - 48:18
    **obviously** [11] - 2:25,
5:4, 5:20, 7:21, 98:20,
106:7, 116:10, 119:16,
124:20, 140:25, 175:9
    **occasion** [2] - 117:16,
157:20
    **occasions** [4] - 22:8,
23:20, 42:16, 157:19
    **occupation** [2] - 11:20,
131:9
    **occur** [1] - 92:24
    **occurred** [4] - 48:13,
77:1, 98:3, 177:3
    **occurring** [1] - 187:2
    **October** [4] - 4:21,
45:18, 48:17, 124:5
    **odd** [2] - 115:14, 198:17
    **OF** [2] - 1:2, 1:5
    **off-the-shelf** [1] - 138:1
    **offense** [1] - 6:21
    **offer** [8] - 23:11, 85:25,
120:19, 135:20, 135:24,
137:19, 140:12, 157:7
    **offered** [2] - 92:14,
140:9
    **offering** [2] - 86:7,
135:18
    **offers** [2] - 10:5, 152:13
    **Office** [1] - 17:11
    **office** [2] - 123:22,
128:20, 137:22, 155:10
    **officer** [3] - 14:16, 27:7,
56:6
    **offices** [1] - 32:11
    **official** [41] - 89:12,
94:15, 95:17, 117:1,
117:2, 121:3, 121:7,
123:15, 123:21, 124:7,
124:20, 126:13, 127:25,
128:6, 128:7, 130:23,
130:24, 130:25, 132:7,
133:18, 134:4, 134:6,
134:11, 134:12, 134:15,
134:17, 135:6, 137:21,
137:24, 137:25, 141:22,
143:7, 143:12, 143:23,
145:1, 146:1, 146:2,
146:4, 146:10, 146:14,

209:7
    **Official** [2] - 146:23,
209:15
    **officially** [1] - 87:11
    **officials** [1] - 32:12
    **often** [5] - 16:18,
137:15, 147:13, 149:16,
149:22
    **old** [2] - 92:5, 173:2
    **older** [1] - 89:22
    **Omar** [1] - 98:8
    **once** [6] - 63:2, 67:14,
67:23, 79:17, 141:15,
150:18
    **one** [133] - 4:18, 5:19,
5:23, 7:11, 9:24, 10:7,
16:2, 16:14, 17:4, 17:23,
18:18, 23:6, 23:8, 25:24,
27:13, 28:12, 29:15,
36:1, 36:13, 36:14,
38:16, 42:15, 43:22,
49:12, 50:4, 50:6, 50:7,
51:9, 51:18, 51:20,
51:21, 52:7, 53:15, 56:5,
56:21, 57:11, 59:15,
59:21, 60:4, 60:5, 60:15,
62:1, 63:9, 65:24, 68:8,
74:6, 74:18, 81:18,
86:15, 89:7, 90:24,
93:11, 94:4, 98:6, 98:15,
98:16, 99:21, 100:5,
102:3, 104:9, 105:23,
108:19, 111:24, 112:6,
112:18, 113:15, 117:9,
121:8, 123:25, 125:22,
126:16, 127:9, 127:23,
128:10, 128:12, 128:19,
128:25, 129:17, 130:18,
134:3, 134:10, 134:23,
135:5, 135:18, 136:25,
149:3, 152:14, 152:23,
152:24, 153:3, 157:20,
160:15, 161:18, 164:8,
165:3, 166:24, 167:11,
168:17, 169:9, 171:20,
172:22, 172:25, 173:21,
174:1, 174:11, 176:10,
176:12, 177:11, 177:18,
180:11, 181:25, 186:15,
187:17, 188:7, 189:12,
194:18, 198:22, 199:19,
203:15, 203:16, 204:5,
204:17
    **One** [4] - 3:5, 12:12,
12:15, 12:18
    **one's** [1] - 163:17
    **one-on-one** [3] -
152:14, 152:23, 152:24
    **one-year** [1] - 29:15
    **ones** [9] - 125:20,

156:20, 176:3, 177:23,
180:19, 186:16, 186:19,
197:25, 198:15
    **ongoing** [1] - 33:17
    **online** [19] - 31:4, 31:6,
31:7, 31:9, 42:3, 42:6,
100:25, 115:16, 134:7,
134:18, 136:23, 141:17,
148:19, 148:22, 149:12,
149:13, 149:25, 161:21,
201:24
    **open** [5] - 3:17, 3:25,
40:22, 148:23, 150:13,
169:9, 197:4
    **open-source** [1] - 197:4
    **opened** [1] - 194:9
    **operate** [7] - 56:7,
115:16, 134:12, 134:21,
149:16, 149:18, 198:3
    **operated** [4] - 130:20,
130:23, 136:17, 136:23
    **operating** [23] - 131:1,
154:25, 157:1, 195:6,
195:8, 195:9, 195:10,
195:13, 195:20, 195:21,
195:22, 196:7, 196:12,
196:16, 196:22, 197:4,
197:11, 197:24, 198:6,
199:25, 200:10, 200:17
    **operation** [10] - 55:10,
55:23, 55:25, 59:21,
59:23, 59:25, 60:9,
60:12, 61:9, 61:13
    **operational** [2] -
128:25, 137:3
    **Operations** [1] - 2:5
    **operations** [11] - 16:5,
56:13, 56:20, 59:21,
59:24, 60:14, 60:16,
95:18, 97:3, 97:9, 137:17
    **operative** [1] - 128:23
    **operatives** [1] - 128:22
    **opine** [1] - 9:25
    **opining** [1] - 42:5
    **opinion** [25] - 6:12,
10:5, 22:5, 25:20, 35:18,
36:17, 36:19, 37:18,
46:15, 46:25, 47:11,
47:16, 47:17, 47:21,
47:22, 47:23, 47:25,
48:1, 49:3, 52:14, 56:4,
75:17, 76:9, 97:14
    **opinions** [6] - 5:14, 8:3,
9:22, 37:9, 42:20
    **opportunities** [1] -
16:13
    **opportunity** [2] - 16:9,
50:1
    **opposed** [8] - 15:24,
54:17, 161:16, 162:4,

165:3, 186:15, 196:11,
197:3
    **opposite** [1] - 54:7
    **opposition** [1] - 4:23
    **option** [2] - 199:8,
199:17
    **options** [3] - 198:6,
198:7, 198:8
    **oral** [1] - 5:8
    **order** [12] - 22:3, 22:5,
39:6, 45:24, 50:12, 84:3,
164:25, 166:6, 167:13,
199:7, 201:1, 204:9
    **ordinarily** [1] - 4:8
    **organization** [15] - 3:7,
29:24, 55:24, 56:8, 57:2,
63:2, 66:23, 67:13,
67:14, 67:18, 67:19,
67:23, 68:1, 121:9,
132:12
    **organizations** [10] -
16:6, 56:6, 56:8, 56:9,
56:10, 56:21, 91:17,
117:4, 134:13, 148:18
    **organize** [1] - 45:23
    **oriented** [1] - 35:14
    **original** [5] - 132:9,
132:10, 134:19, 167:20,
197:5
    **originally** [3] - 171:3,
190:17, 195:15
    **originate** [1] - 133:15
    **Osama** [1] - 130:16
    **otherwise** [6] - 3:21,
6:4, 11:18, 25:23, 51:22,
54:21
    **output** [1] - 89:10
    **outputs** [1] - 123:18
    **outset** [1] - 30:23
    **outside** [2] - 97:9, 98:3
    **outspoken** [1] - 146:2
    **overhead** [1] - 196:6
    **overlap** [5] - 59:24,
60:4, 60:5, 60:14, 60:16
    **overnight** [2] - 33:8,
33:10
    **overseas** [1] - 152:1
    **overwhelming** [3] -
48:7, 48:10, 50:25
    **own** [16] - 57:1, 63:17,
67:13, 73:23, 78:9, 94:4,
94:8, 95:24, 102:16,
106:21, 110:19, 119:6,
119:9, 124:10, 170:20
    **owned** [1] - 55:16
    **owner** [1] - 181:8
    **owns** [3] - 160:20,
167:25, 170:18

**P**

**p.m** [12] - 99:25, 123:4, 123:13, 125:6, 127:21, 129:4, 131:11, 132:15, 176:18, 207:7
**pace** [1] - 96:8
**page** [30] - 12:8, 51:10, 101:4, 105:24, 106:3, 122:7, 122:15, 122:16, 122:18, 122:20, 126:7, 143:16, 143:17, 143:19, 148:5, 148:6, 149:2, 163:19, 168:7, 168:11, 168:20, 171:15, 173:5, 174:5, 176:3, 177:9, 178:1, 184:6, 189:21, 193:12
**Page** [54] - 22:10, 24:10, 33:3, 44:24, 47:18, 48:20, 50:23, 51:14, 52:14, 53:21, 56:1, 59:5, 61:3, 78:7, 78:9, 120:25, 121:3, 122:10, 122:11, 122:12, 123:5, 124:4, 124:23, 125:1, 128:16, 130:1, 133:2, 143:20, 143:22, 144:24, 145:5, 146:17, 168:7, 168:21, 169:8, 171:14, 173:13, 173:14, 175:17, 176:21, 176:24, 178:2, 181:9, 182:21, 184:6, 185:4, 185:21, 185:23, 186:25, 190:16, 193:2, 193:13
**PAGE** [1] - 208:3
**Pages** [12] - 8:14, 16:12, 125:16, 126:21, 127:19, 129:2, 130:12, 131:10, 132:2, 132:14, 167:11, 191:23
**pages** [14] - 2:22, 4:3, 4:5, 47:17, 89:1, 102:21, 106:13, 106:14, 107:3, 126:4, 126:5, 209:6
**paid** [1] - 105:3
**Palace** [2] - 17:18, 17:19
**Pamela** [1] - 143:22
**paper** [1] - 107:4
**papers** [3] - 83:13, 88:25, 123:12
**Paracha** [1] - 9:7
**paradise** [1] - 53:16
**paragraph** [2] - 12:18, 48:22
**paranoia** [1] - 77:16
**paraphrase** [2] - 106:13

**paraphrased** [1] - 106:20
**paraphrasing** [1] - 73:25
**parental** [1] - 50:10
**parents** [2] - 70:8, 79:8
**parents'** [3] - 50:13, 50:17, 50:21
**Paris** [1] - 186:10
**part** [49] - 17:6, 26:21, 34:7, 34:13, 34:15, 34:24, 35:15, 37:1, 45:19, 47:6, 47:22, 49:3, 49:23, 49:24, 50:14, 56:25, 59:15, 60:11, 64:18, 65:9, 65:10, 89:15, 92:22, 93:1, 93:4, 93:6, 93:24, 95:1, 98:20, 100:10, 132:21, 140:20, 143:5, 144:11, 144:15, 148:18, 149:15, 150:11, 152:13, 154:20, 155:23, 156:2, 156:14, 160:11, 184:17, 192:8
**partial** [1] - 154:10
**particular** [36] - 34:2, 34:8, 34:16, 34:17, 37:15, 38:15, 39:10, 71:25, 89:24, 90:11, 90:24, 93:9, 95:22, 98:7, 104:17, 109:17, 118:9, 119:14, 166:13, 166:17, 167:25, 173:16, 178:5, 179:9, 179:13, 179:14, 179:22, 180:20, 180:25, 183:10, 184:16, 186:12, 194:1, 194:18, 201:14, 203:9
**particularly** [4] - 4:24, 80:13, 90:20, 94:21
**parties** [4] - 3:25, 4:25, 7:9, 45:1
**parties'** [1] - 5:5
**partly** [1] - 75:11
**parts** [3] - 55:22, 106:3, 150:23
**party** [2] - 145:1, 182:14
**password** [2] - 199:6, 199:9
**past** [19] - 20:14, 23:19, 26:5, 31:23, 43:7, 56:5, 56:21, 61:6, 61:7, 61:11, 65:17, 65:18, 66:16, 84:22, 87:8, 94:3, 94:6, 95:6, 162:24
**path** [3] - 42:12, 53:6, 166:5
**pathology** [1] - 34:23
**patient** [2] - 38:25, 45:22

**patients** [5] - 32:8, 32:10, 32:13, 41:13, 41:23
**pattern** [1] - 79:23
**pause** [3] - 4:14, 76:14, 205:15
**pay** [3] - 79:18, 162:22, 163:12
**PayPal** [19] - 171:21, 172:1, 172:23, 173:6, 173:17, 174:6, 175:5, 175:18, 176:6, 177:2, 178:4, 178:6, 178:11, 180:13, 184:9, 187:18, 187:19, 187:21, 188:4
**peace** [1] - 73:9
**peach** [1] - 96:4
**peer** [8] - 18:13, 19:15, 19:18, 89:9, 152:14, 152:24
**peer-reviewed** [1] - 89:9
**peer-to-peer** [2] - 152:14, 152:24
**Pennsylvania** [6] - 14:25, 15:2, 16:17, 19:14, 27:18, 32:18
**Pentagon** [1] - 15:14
**people** [80] - 16:8, 16:20, 16:24, 19:21, 20:6, 33:1, 41:8, 42:7, 56:18, 57:18, 62:3, 62:6, 62:11, 62:13, 62:15, 63:3, 63:9, 63:10, 65:8, 67:9, 68:10, 68:13, 68:15, 75:17, 76:8, 78:11, 80:19, 81:3, 83:19, 91:9, 93:12, 93:17, 93:20, 94:22, 94:23, 95:7, 96:24, 97:16, 97:19, 97:24, 98:7, 99:6, 99:7, 100:19, 100:20, 100:25, 103:6, 104:5, 104:7, 105:23, 106:25, 109:5, 109:9, 109:20, 109:25, 111:13, 111:24, 137:3, 148:22, 157:5, 158:20, 162:22, 162:24, 163:5, 167:2, 167:3, 167:20, 172:13, 179:12, 180:7, 180:17, 184:2, 185:14, 197:22, 197:24, 198:2, 198:19, 202:17
**people's** [1] - 152:23
**per** [1] - 123:20
**perform** [4] - 49:6, 49:7, 50:12, 50:17
**perhaps** [2] - 206:17, 207:4

**period** [5] - 41:3, 41:5, 48:16, 187:3, 189:19
**periodically** [1] - 110:9
**peripheral** [1] - 57:14
**permanent** [1] - 138:22
**permission** [8] - 10:20, 10:24, 49:14, 50:13, 50:17, 50:21, 82:21, 107:21
**persisted** [1] - 72:5
**person** [25] - 6:21, 35:19, 36:10, 65:5, 65:6, 65:9, 65:12, 66:13, 66:20, 98:20, 100:23, 101:2, 104:12, 109:18, 156:21, 159:13, 166:3, 172:5, 173:1, 194:10, 201:13, 201:14, 202:22
**person's** [2] - 201:15, 201:22
**personal** [1] - 158:24
**Personality** [1] - 35:1
**personally** [2] - 100:7, 161:25
**persons** [1] - 77:14
**perspective** [3] - 57:11, 71:4, 137:19
**persuade** [1] - 63:3
**pertain** [1] - 43:2
**pertained** [1] - 118:5
**pertaining** [2] - 45:8, 45:10
**pertains** [1] - 117:7
**pertinent** [4] - 3:23, 7:4, 8:6, 9:14
**Peter** [2] - 121:16, 121:17
**Ph.D** [16] - 13:16, 13:22, 13:24, 41:18, 84:21, 85:1, 87:7, 87:9, 87:16, 87:25, 90:9, 90:16, 91:21, 92:12, 100:10, 108:10
**Pharmaceuticals** [1] - 7:20
**phase** [2] - 66:10, 66:11
**phenomenon** [1] - 15:22
**Philadelphia** [5] - 14:15, 24:14, 26:1, 26:2, 32:10
**phone** [13] - 45:8, 45:13, 47:7, 135:11, 142:7, 145:14, 150:8, 182:15, 182:16, 189:5, 192:4, 192:14, 194:13
**photo** [11] - 123:24, 126:5, 132:14, 143:10, 143:15, 144:1, 145:21, 145:24, 149:4, 149:6,

194:11
**photograph** [6] - 123:6, 125:1, 125:23, 126:19, 126:23, 143:22
**photographs** [1] - 120:7
**photos** [4] - 59:12, 133:19, 143:4, 194:25
**physical** [2] - 61:22, 119:3
**physically** [4] - 63:4, 160:21, 170:22, 170:24
**physicians** [1] - 38:6
**pick** [1] - 178:21
**picked** [1] - 96:9
**picks** [1] - 183:25
**picture** [5] - 89:11, 180:21, 191:13, 191:14, 191:15
**piece** [7] - 124:8, 128:6, 133:18, 134:4, 134:7, 134:11, 135:6
**pieces** [5] - 117:5, 119:22, 119:23, 134:10, 134:14
**pillars** [1] - 50:16
**pink** [1] - 169:25
**piracy** [1] - 115:2
**pitch** [2] - 26:18, 96:3
**pivot** [2] - 141:14, 141:19
**pizza** [1] - 79:9
**place** [10] - 31:7, 51:24, 80:8, 116:11, 161:2, 164:13, 189:20, 192:3, 194:11, 200:5
**placed** [1] - 6:19
**places** [2] - 61:24, 167:22
**plan** [1] - 61:7
**planned** [1] - 51:15
**planning** [1] - 99:1
**plans** [3] - 61:15, 79:16, 80:8
**platform** [2] - 150:12, 150:13
**platforms** [7] - 116:4, 116:6, 134:20, 134:21, 136:24, 141:15, 141:16
**play** [1] - 156:17
**plays** [1] - 119:13
**plea** [6] - 3:4, 3:16, 3:17, 39:11, 54:12, 74:20
**pled** [4] - 7:13, 74:18, 74:25, 117:18
**plots** [2] - 62:14, 97:4
**plotted** [1] - 62:14
**plus** [2] - 55:19, 70:14
**podium** [1] - 10:25
**point** [26] - 6:2, 6:14,

16:2, 28:17, 33:13, 34:11, 35:20, 36:20, 37:6, 43:10, 43:13, 51:18, 52:2, 66:1, 89:24, 95:10, 95:13, 99:18, 120:5, 134:25, 161:3, 180:11, 205:17, 206:19

**pointed** [1] - 144:19

**points** [1] - 129:8

**Poison** [1] - 136:18

**police** [1] - 110:24

**Policy** [1] - 83:6

**policy** [1] - 17:17

**political** [15] - 11:25, 19:7, 19:20, 19:21, 19:24, 20:2, 20:8, 20:13, 39:18, 84:19, 90:3, 90:20, 91:24, 92:7, 97:3

**Political** [1] - 19:11

**politically** [1] - 110:14

**Politics** [1] - 85:8

**pond** [2] - 21:12, 21:13

**poor** [1] - 93:13

**population** [2] - 197:21, 197:22

**portable** [2] - 171:1

**pose** [1] - 112:19

**posing** [1] - 143:10

**position** [4] - 39:13, 139:16, 139:21, 155:7

**positive** [1] - 94:1

**possession** [1] - 7:14

**possibilities** [2] - 52:6, 172:25

**possibility** [2] - 52:3, 173:1

**possible** [11] - 5:20, 5:23, 5:24, 60:5, 78:6, 165:5, 176:16, 178:20, 183:21, 194:11, 194:12

**possibly** [3] - 9:22, 94:25, 158:15

**post** [3] - 91:8, 134:18, 134:22

**posted** [1] - 15:13

**potential** [1] - 52:1

**power** [1] - 64:8

**practice** [17] - 26:24, 26:25, 27:4, 27:6, 28:15, 32:1, 32:12, 33:4, 33:17, 33:22, 35:8, 39:24, 40:4, 41:11, 41:14, 41:22

**practiced** [8] - 28:15, 28:17, 30:20, 33:14, 37:13, 37:14, 41:12, 41:14

**practicing** [7] - 27:8, 27:23, 30:6, 30:20, 32:3, 32:6, 40:1

**praised** [2] - 49:12, 50:4

**pre** [1] - 159:21

**pre-designated** [1] - 159:21

**preceded** [1] - 45:15

**precedents** [1] - 8:5

**precise** [1] - 131:24

**preconfigured** [1] - 194:22

**predict** [4] - 98:4, 98:5, 98:22, 104:9

**predictability** [1] - 104:6

**preface** [1] - 19:25

**prefer** [1] - 10:13

**preferable** [1] - 11:3

**preference** [1] - 5:10

**preferred** [1] - 9:16

**preparation** [1] - 101:19

**prepare** [2] - 101:5, 101:14

**prepared** [5] - 6:9, 44:11, 101:6, 107:7, 120:2

**preparing** [4] - 14:17, 44:19, 45:21, 101:19

**prescribe** [1] - 32:8

**prescriptions** [1] - 32:15

**presence** [1] - 150:3

**present** [6] - 33:4, 33:18, 41:11, 108:9, 108:12, 137:13

**presented** [2] - 81:1, 87:5

**Presentence** [1] - 2:19

**presentencing** [1] - 4:17

**presenting** [1] - 45:14

**presently** [1] - 40:24

**president** [1] - 17:16

**Press** [1] - 19:14

**pressure** [1] - 65:12

**presume** [1] - 151:7

**pretty** [2] - 66:8, 136:23

**previous** [1] - 51:12

**previously** [5] - 40:24, 41:2, 85:18, 94:12, 94:17

**PREVIOUSLY** [1] - 108:4

**primarily** [14] - 83:8, 84:14, 88:21, 114:25, 115:2, 115:15, 116:3, 116:23, 117:6, 118:19, 119:12, 136:24, 137:14, 141:5

**primary** [15] - 84:11, 88:8, 91:7, 91:11, 91:12, 95:2, 106:9, 106:17, 112:6, 116:7, 116:8, 116:11, 119:12, 119:17,

141:12

**principle** [3] - 7:1, 56:11, 56:12

**principles** [1] - 56:10

**printing** [1] - 130:7

**priorities** [1] - 112:8

**priority** [1] - 118:21

**prisons** [1] - 124:1

**privacy** [2] - 161:18, 163:4

**private** [6] - 33:3, 33:17, 33:22, 41:11, 118:14, 194:7

**privilege** [1] - 110:21

**privy** [2] - 64:9, 152:22

**pro** [3] - 130:21, 144:4, 145:6

**pro-ISIS** [3] - 130:21, 144:4, 145:6

**probability** [3] - 18:21, 65:11, 66:18

**probable** [2] - 7:8, 8:10

**probe** [1] - 46:1

**problem** [5] - 15:15, 68:23, 68:25, 169:13

**problems** [2] - 14:13, 183:22

**procedural** [1] - 81:19

**proceed** [3] - 10:16, 44:2, 206:20

**proceeding** [4] - 9:19, 10:11, 13:11, 88:4

**Proceedings** [1] - 207:7

**proceedings** [6] - 2:1, 6:18, 13:13, 205:15, 209:4, 209:7

**proceedings.)** [1] - 76:14

**process** [19] - 2:18, 19:20, 19:21, 20:5, 20:15, 21:7, 42:4, 53:4, 53:9, 61:25, 104:21, 156:10, 160:13, 175:5, 177:17, 187:1, 199:18

**processor** [1] - 200:7

**proclaimed** [1] - 127:1

**produce** [1] - 123:19

**produced** [3] - 117:2, 121:12, 147:2

**produces** [1] - 118:21

**product** [2] - 127:24, 131:12

**profession** [1] - 17:4

**professional** [2] - 14:7, 27:16

**professionals** [1] - 38:6

**professor** [4] - 15:1, 20:24, 32:21, 85:8

**proffer** [6] - 46:21, 51:11, 71:16, 71:22,

79:4, 79:25

**proffered** [1] - 43:9

**profile** [8] - 67:9, 67:11, 67:12, 67:16, 67:17, 93:9, 103:2, 121:11

**profiles** [1] - 104:3

**program** [4] - 14:20, 200:20

**programmed** [1] - 196:9

**progression** [1] - 137:12

**project** [4] - 52:8, 52:12, 85:9, 166:22

**Project** [1] - 85:10

**projects** [1] - 155:14

**prolifically** [2] - 136:23

**prominence** [1] - 125:11

**prominent** [2] - 50:6, 136:21

**promise** [1] - 100:4

**promote** [2] - 95:6, 95:7

**prompted** [2] - 150:21, 190:19

**pronounced** [1] - 149:3

**propaganda** [47] - 94:9, 96:21, 96:22, 97:23, 105:9, 110:5, 110:11, 110:14, 110:16, 110:18, 116:14, 117:1, 117:3, 117:5, 119:7, 119:20, 119:24, 123:15, 124:8, 124:20, 126:13, 128:7, 130:24, 132:7, 133:18, 134:4, 134:7, 134:11, 134:12, 134:14, 134:16, 134:17, 134:22, 135:6, 137:15, 137:16, 137:18, 137:21, 140:2, 143:7, 143:23, 145:1, 146:10, 147:9, 147:12, 149:7

**propaganda's** [1] - 96:25

**prophet** [6] - 49:10, 49:11, 49:24, 50:2, 50:3, 124:14

**proposed** [1] - 45:10

**prosecution** [2] - 45:16, 103:25

**prosecutions** [1] - 117:9

**protect** [4] - 56:18, 66:25, 81:4, 98:12

**protected** [3] - 55:11, 55:21, 59:22

**protection** [1] - 166:12

**provide** [12] - 3:5, 3:8, 12:14, 13:4, 16:5, 16:9, 44:8, 114:10, 166:5,

172:12, 190:19, 197:8

**provided** [24] - 7:6, 8:9, 17:13, 45:4, 45:11, 45:17, 45:18, 57:5, 57:16, 58:12, 77:11, 77:19, 118:4, 119:15, 120:3, 136:4, 142:3, 156:9, 181:8, 181:17, 189:14, 194:9, 194:21, 207:2

**provider** [2] - 184:18, 184:19

**provides** [3] - 7:4, 118:15, 174:22

**providing** [2] - 3:8, 182:6

**province** [2] - 128:11, 128:20, 128:24

**provinces** [2] - 128:25, 138:5

**provincial** [3] - 123:17, 123:22, 137:22

**provision** [1] - 3:10

**proxied** [1] - 185:10

**proxies** [1] - 183:22

**proxy** [33] - 78:15, 160:24, 161:9, 161:10, 161:13, 161:16, 161:23, 161:24, 162:4, 162:10, 162:11, 162:14, 162:15, 162:18, 162:19, 162:3, 163:9, 164:2, 165:6, 172:8, 172:10, 172:12, 172:13, 174:12, 174:15, 174:21, 174:23, 183:6, 183:24, 185:13, 186:13, 187:25, 188:23

**psychiatric** [13] - 17:25, 24:7, 33:10, 34:9, 34:13, 34:14, 34:15, 34:17, 35:15, 37:1, 40:14, 47:12, 65:5

**psychiatrist** [13] - 10:5, 16:8, 18:1, 26:6, 27:11, 34:19, 34:20, 34:22, 35:7, 36:11, 40:15, 40:16

**psychiatrists** [3] - 32:24, 34:21, 35:2

**psychiatry** [59] - 12:4, 14:25, 15:1, 15:2, 15:5, 17:4, 22:9, 22:14, 22:22, 23:2, 23:13, 23:22, 23:25, 25:16, 26:15, 26:22, 26:24, 26:25, 27:4, 27:6, 27:8, 28:15, 28:17, 29:3, 29:4, 31:13, 31:15, 31:23, 31:25, 32:1, 32:7, 32:12, 32:17, 32:21, 33:4, 33:14, 33:17, 33:22, 35:8,

37:13, 37:14, 37:23, 38:22, 39:14, 39:23, 40:4, 40:7, 40:22, 41:4, 41:11, 41:12, 41:14, 41:15, 41:22, 42:17, 65:6
**Psychiatry** [3] - 29:15, 29:22, 41:3
**psychologist** [3] - 34:20, 35:7, 43:2
**psychologists** [1] - 35:2
**Psychology** [1] - 28:21
**psychology** [1] - 35:9
**Public** [1] - 170:6
**public** [2] - 150:2, 170:2
**publication** [2] - 19:17, 89:9
**publications** [3] - 17:22, 88:25, 89:21
**publish** [2] - 19:9, 83:13
**published** [12] - 15:6, 18:15, 18:16, 18:18, 19:14, 19:16, 20:14, 31:22, 31:25, 87:19, 91:15, 166:22
**pull** [2] - 70:15, 113:16
**purchased** [1] - 171:4
**purchases** [1] - 47:8
**purpose** [2] - 6:22, 200:25
**purposes** [4] - 13:11, 13:13, 87:12, 202:1
**push** [1] - 11:18
**put** [24] - 9:18, 22:2, 22:3, 34:2, 46:25, 53:11, 63:19, 84:15, 91:16, 95:20, 96:20, 97:1, 97:23, 106:10, 106:25, 119:25, 120:21, 166:3, 166:24, 167:19, 175:9, 187:3
**puts** [1] - 95:3
**putting** [1] - 96:21
**PWG-13-0100** [1] - 158:2

## Q

**Qaeda** [6] - 64:2, 84:12, 85:11, 93:12, 116:15, 134:15
**Qaeda's** [2] - 126:17, 130:16
**Qarani** [3] - 49:10, 49:23, 50:4
**qualification** [2] - 27:17, 37:12
**qualifications** [2] -

37:18, 40:5
**Qualifications** [2] - 23:17, 208:6
**qualified** [15] - 22:7, 22:20, 22:21, 22:25, 23:1, 23:21, 23:25, 25:11, 26:5, 39:22, 39:23, 85:22, 117:23, 117:25, 140:2
**qualify** [3] - 37:19, 40:15, 120:16
**qualitative** [2] - 20:19, 21:14
**Quantico** [1] - 155:4
**quantitative** [2] - 21:12, 21:14
**quantity** [1] - 63:10
**quarrel** [1] - 38:19
**quarter** [1] - 181:25
**queried** [1] - 190:1
**questions** [21] - 21:21, 37:8, 46:12, 76:15, 76:22, 76:24, 78:1, 78:5, 81:11, 99:9, 103:1, 103:13, 103:25, 104:17, 107:11, 111:19, 112:15, 133:20, 136:14, 151:16, 151:20
**quick** [4] - 86:15, 136:14, 142:20, 184:3
**quickly** [1] - 86:21
**quite** [5] - 6:8, 6:12, 42:4, 80:19, 138:5
**quote** [12] - 8:2, 72:8, 72:9, 72:22, 72:23, 73:9, 73:12, 74:2, 74:3, 131:4, 137:23
**quote-unquote** [1] - 137:23
**quotes** [2] - 94:4, 131:2
**quoting** [1] - 8:11

## R

**races** [1] - 93:15
**radicalization** [1] - 19:1
**Ragin** [1] - 20:25
**raise** [1] - 113:4
**raised** [2] - 7:15, 43:1
**RAM** [1] - 200:7
**Ramadi** [1] - 124:1
**randomize** [1] - 178:16
**randomized** [1] - 164:4
**randomizes** [1] - 165:7
**randomly** [1] - 178:19
**ranks** [1] - 136:20
**rapidly** [1] - 61:22
**Raqqa** [1] - 136:20
**rare** [2] - 149:18, 149:23

**rarely** [1] - 167:4
**rated** [1] - 197:20
**rather** [1] - 10:25
**re** [2] - 14:24, 167:21
**re-did** [1] - 14:24
**re-register** [1] - 167:21
**reach** [1] - 48:4
**read** [12] - 5:15, 10:6, 11:23, 41:8, 46:6, 46:21, 58:14, 80:25, 101:17, 128:9, 128:13, 173:22
**reading** [4] - 57:22, 58:25, 59:16, 104:1
**ready** [4] - 10:18, 69:14, 86:13, 176:16
**real** [1] - 51:9
**realistic** [1] - 33:11
**realize** [1] - 201:12
**realized** [3] - 46:22, 49:15, 57:22
**really** [40] - 9:15, 32:15, 35:16, 36:11, 38:24, 41:1, 46:5, 46:8, 46:15, 46:25, 47:20, 47:21, 53:7, 54:1, 54:10, 54:25, 62:10, 64:10, 64:19, 65:11, 66:15, 66:18, 66:19, 67:25, 68:13, 68:15, 68:21, 94:17, 95:9, 95:10, 96:6, 99:8, 103:8, 106:12, 109:25, 121:10, 122:6, 141:12, 141:19, 186:4
**realm** [1] - 10:2
**realtime** [2] - 118:5, 118:7
**reason** [13] - 40:2, 41:9, 41:25, 42:8, 60:17, 61:16, 65:22, 75:8, 104:19, 109:11, 109:14, 112:2, 202:16
**reasonable** [1] - 47:12
**reasons** [5] - 39:17, 58:11, 111:24, 172:22, 204:15
**rebranded** [1] - 136:18
**rebuttal** [1] - 69:9
**recap** [1] - 2:23
**receive** [3] - 6:22, 43:8, 108:10
**received** [13] - 15:7, 38:22, 40:19, 42:16, 92:19, 140:25, 144:17, 144:18, 158:10, 159:17, 176:9, 187:1
**receiving** [1] - 139:21
**recent** [5] - 19:19, 42:10, 62:2, 89:9, 97:18
**recently** [4] - 16:21, 17:13, 85:12, 117:13

**recess** [9] - 69:6, 69:14, 69:15, 99:24, 99:25, 176:17, 176:18, 206:10, 207:6
**recipient** [1] - 164:18
**recognize** [9] - 82:24, 123:6, 123:14, 124:6, 125:2, 126:1, 126:11, 158:17, 193:3
**recognized** [1] - 190:2
**reconnect** [1] - 182:7
**reconvene** [1] - 69:13
**record** [14] - 4:10, 45:4, 45:5, 76:2, 76:4, 81:22, 99:23, 102:9, 112:21, 121:25, 122:2, 123:11, 160:2, 175:8, 207:1
**recorded** [1] - 209:3
**recording** [1] - 161:12
**records** [4] - 45:8, 45:9, 71:23, 180:8
**recovered** [1] - 194:25
**recruit** [9] - 53:24, 54:1, 54:9, 54:11, 54:15, 54:21, 94:22, 103:6, 147:9
**recruiter** [1] - 136:21
**recruiting** [3] - 93:24, 94:21, 95:3
**recruitment** [2] - 53:20, 53:25
**red** [1] - 15:25
**redeem** [1] - 94:3
**redemptive** [2] - 103:5, 104:4
**Redirect** [2] - 208:8, 208:19
**redirect** [5] - 76:16, 78:2, 107:12, 151:17, 190:20
**REDIRECT** [2] - 76:19, 151:18
**refer** [5] - 4:8, 52:8, 71:3, 106:2, 109:9, 109:21, 121:21, 128:22, 154:18
**referees** [1] - 19:16
**reference** [6] - 40:10, 44:25, 71:24, 72:3, 108:13, 126:18, 131:20, 165:17, 173:13, 173:14, 177:20
**referenced** [5] - 72:13, 72:21, 78:16, 107:3, 131:3
**referred** [2] - 55:19, 186:17
**referring** [4] - 4:12, 60:11, 73:1, 141:5
**reflect** [1] - 71:6

**regard** [21] - 4:20, 5:11, 7:5, 8:8, 13:10, 19:1, 20:2, 39:5, 39:7, 39:12, 39:13, 44:19, 48:4, 48:13, 48:14, 48:15, 50:9, 53:20, 56:2, 80:20, 131:20
**regarding** [2] - 7:25, 131:25
**regime** [2] - 121:15
**region** [3] - 88:21, 125:12, 182:1
**register** [1] - 167:21
**registered** [4] - 28:3, 167:18, 168:2, 184:20
**registration** [1] - 170:20
**registries** [1] - 167:23
**regularly** [2] - 97:23, 167:2
**reinstated** [1] - 9:11
**rejected** [1] - 7:23
**relate** [3] - 40:6, 57:17, 78:11
**related** [28] - 31:23, 38:13, 40:6, 40:7, 44:9, 45:12, 55:3, 55:21, 57:8, 59:16, 59:17, 62:4, 73:11, 83:13, 88:21, 102:3, 103:2, 103:3, 104:3, 104:4, 118:6, 118:21, 119:2, 184:9, 185:25, 190:5
**relates** [1] - 40:13
**relating** [2] - 5:1, 16:5
**relation** [4] - 37:16, 94:25, 103:6, 175:18
**relations** [2] - 20:17, 92:7
**relationships** [1] - 50:10
**relative** [1] - 126:5
**relatively** [5] - 96:9, 130:25, 138:1, 142:24, 183:20
**release** [18] - 121:4, 121:20, 123:19, 123:24, 123:25, 134:16, 134:17, 137:15, 137:18, 141:6, 143:24, 146:1, 146:4, 146:8, 146:10, 146:14
**released** [6] - 17:17, 117:2, 119:20, 134:14, 137:21, 141:4
**releases** [1] - 97:2
**relevance** [2] - 125:8, 135:1
**relevant** [5] - 7:5, 8:7, 118:21, 141:18, 142:12
**reliability** [2] - 7:7, 8:10
**relied** [1] - 71:17

**relies** [1] - 147:8
**religion** [2] - 73:11, 114:16
**relocated** [1] - 97:8
**rely** [3] - 110:19, 110:23, 119:19
**relying** [3] - 10:9, 110:11, 197:7
**remain** [2] - 81:23, 107:16
**remaining** [2] - 129:18, 129:19
**Remaining** [1] - 89:8
**remains** [1] - 78:18
**remanded** [1] - 9:10
**remember** [8] - 30:3, 72:16, 73:13, 74:3, 76:5, 81:1, 103:9, 121:19
**remind** [1] - 122:4
**reminded** [1] - 120:11
**remotely** [1] - 162:17
**render** [2] - 5:13, 14:20
**rendered** [1] - 5:14
**renew** [5] - 30:7, 30:16, 31:1, 42:1, 43:24
**renewed** [1] - 27:25
**rent** [1] - 79:18
**repairs** [2] - 79:19, 80:6
**repeat** [2] - 22:23, 76:4
**replete** [1] - 41:19
**replied** [3] - 4:6, 4:7, 73:9
**replies** [1] - 74:1
**report** [100] - 5:15, 7:17, 7:19, 8:4, 10:6, 22:18, 22:19, 25:2, 25:6, 25:11, 25:18, 34:3, 34:5, 34:7, 34:12, 35:20, 36:15, 36:18, 36:20, 37:6, 40:9, 44:11, 44:13, 44:19, 44:24, 45:9, 45:14, 45:15, 45:17, 45:21, 46:22, 47:19, 48:20, 55:6, 56:1, 57:5, 61:4, 64:18, 65:3, 65:5, 71:19, 71:24, 72:4, 72:21, 72:24, 75:12, 75:14, 75:15, 78:7, 78:9, 101:4, 101:15, 101:16, 101:19, 102:9, 102:16, 102:20, 102:24, 104:1, 104:15, 104:22, 105:15, 106:3, 106:12, 107:6, 107:7, 109:8, 114:10, 120:2, 120:24, 121:21, 124:24, 126:18, 127:7, 128:13, 131:3, 131:22, 132:8, 132:25, 133:2, 135:15, 135:17, 142:2, 142:10, 142:19, 143:5, 143:11,

143:18, 144:5, 146:15, 146:17, 146:20, 147:8, 148:4, 151:10, 151:14
**Report** [1] - 2:19
**Reported** [1] - 1:22
**REPORTER** [2] - 15:4, 115:22
**Reporter** [1] - 209:15
**REPORTER'S** [1] - 209:1
**reports** [9] - 5:8, 22:16, 42:18, 45:7, 58:5, 83:13, 97:2, 118:20, 119:9
**represent** [20] - 158:23, 159:2, 159:6, 159:16, 163:23, 164:10, 167:12, 168:8, 168:24, 170:1, 170:4, 171:22, 173:9, 176:25, 177:15, 178:3, 181:24, 182:13, 182:14, 187:24
**represented** [1] - 10:9
**representing** [3] - 2:10, 171:11, 184:1
**represents** [8] - 121:6, 127:22, 165:19, 169:15, 170:2, 174:14, 180:20, 183:1
**reproduce** [1] - 79:1
**request** [5] - 159:17, 161:11, 176:9, 176:10, 177:18
**requests** [2] - 118:23, 164:12
**require** [6] - 42:3, 42:21, 97:6, 99:1, 139:17, 139:22
**required** [4] - 22:12, 58:15, 190:12, 190:14
**requirement** [1] - 118:22
**requirements** [1] - 179:19
**requires** [3] - 116:1, 116:2, 196:6
**research** [13] - 6:8, 49:22, 83:8, 88:19, 100:10, 111:14, 118:24, 118:25, 119:13, 119:18, 120:9, 137:7, 144:18
**researched** [1] - 133:15
**researcher** [1] - 83:4
**researchers** [1] - 84:13
**reside** [1] - 194:6
**resided** [1] - 170:25
**residence** [2] - 15:10, 45:13
**residency** [1] - 14:25
**resident** [2] - 14:10, 201:3

**residential** [10] - 169:2, 169:16, 171:23, 172:24, 173:10, 173:20, 182:1, 183:7, 183:8, 184:24
**residents** [1] - 38:6
**resides** [1] - 185:8
**resolve** [1] - 186:14
**resolved** [3] - 24:20, 24:22, 24:23
**resolving** [1] - 8:6
**resource** [1] - 197:8
**resources** [7] - 3:6, 3:9, 97:7, 98:21, 99:1, 104:5, 198:16
**respect** [13] - 8:3, 38:20, 40:18, 40:23, 66:3, 101:4, 105:14, 118:3, 118:13, 119:1, 127:5, 131:22, 133:19
**respective** [1] - 6:13
**respects** [2] - 81:10, 106:12
**respond** [1] - 39:20
**responded** [1] - 74:14
**responding** [2] - 102:23, 104:14
**response** [5] - 12:20, 37:25, 104:2, 118:25, 151:21
**responsibilities** [1] - 155:12
**responsible** [2] - 119:10, 121:10
**responsive** [1] - 80:14
**rest** [5] - 81:10, 91:18, 128:12, 128:13, 201:7
**restate** [1] - 58:6
**restricted** [1] - 166:2
**restrictions** [1] - 161:21
**result** [2] - 75:6, 111:3
**results** [1] - 195:1
**resume** [35] - 12:8, 13:12, 16:12, 17:22, 22:10, 23:24, 24:12, 24:18, 24:19, 27:16, 28:5, 28:20, 29:7, 29:11, 29:21, 31:22, 33:3, 41:6, 41:18, 42:21, 83:2, 84:24, 84:25, 86:3, 87:21, 88:20, 88:24, 89:2, 89:19, 89:22, 89:25, 99:25, 138:15, 138:21, 154:16
**Resume** [2] - 69:15, 176:18
**retain** [1] - 202:21
**retained** [1] - 44:8
**retaliate** [1] - 109:20
**retaliation** [3] - 109:4, 109:20, 110:2

**retested** [1] - 30:14
**retrieve** [1] - 69:5
**retrieved** [1] - 118:11
**return** [2] - 164:6, 175:5
**review** [20] - 2:22, 45:15, 70:11, 71:23, 71:24, 93:4, 98:2, 101:19, 118:3, 118:10, 120:2, 120:19, 140:16, 142:10, 143:9, 144:11, 144:15, 155:24, 175:14, 195:1
**reviewed** [27] - 12:7, 18:13, 19:15, 19:18, 21:25, 44:25, 45:1, 51:4, 52:9, 69:22, 71:17, 89:9, 116:19, 124:24, 140:21, 142:3, 142:23, 143:5, 144:19, 147:17, 147:19, 148:9, 148:17, 149:6, 150:3, 151:8, 153:7
**reviewing** [5] - 40:9, 116:23, 119:7, 119:10, 156:23
**reviews** [1] - 141:8
**Revolution** [1] - 20:6
**RFIs** [1] - 118:23
**rich** [1] - 93:13
**ridden** [1] - 116:11
**righteous** [1] - 50:7
**rights** [1] - 134:18
**Rise** [1] - 89:7
**risk** [2] - 7:17, 65:15
**Robert** [1] - 60:7
**robert199** [3] - 55:20, 60:6, 60:19
**role** [2] - 56:2, 115:13
**Roman** [1] - 148:3
**rooms** [1] - 134:16
**rose** [1] - 125:11
**roughly** [1] - 102:21
**round** [1] - 32:19
**rounds** [5] - 17:2, 17:3, 32:20, 38:5, 42:11
**router** [1] - 204:6
**RPR** [1] - 1:23
**Rule** [1] - 6:16
**rule** [1] - 56:7
**rules** [2] - 7:6, 8:8
**Rules** [3] - 6:17, 8:15
**ruling** [4] - 37:17, 40:17, 44:1
**run** [8] - 56:21, 84:9, 180:3, 199:23, 199:25, 200:3, 200:19, 201:1
**running** [7] - 168:11, 180:6, 200:10, 200:18, 200:20, 200:23, 201:5
**runs** [3] - 47:17, 196:9, 204:24

**S**

**S-A-G-E-M-A-N** [1] - 11:10
**S-A-L-O-P-E-K** [1] - 133:8
**S-U-S-I** [1] - 154:1
**Saboonchi** [1] - 157:24
**safe** [1] - 97:11
**Sageman** [47] - 4:19, 5:11, 5:17, 9:18, 10:21, 10:23, 11:9, 11:10, 11:14, 11:16, 11:20, 12:6, 13:6, 13:15, 14:6, 23:11, 23:19, 38:2, 38:10, 41:10, 42:6, 43:20, 44:7, 59:9, 60:21, 61:1, 61:20, 64:18, 69:1, 69:19, 76:7, 76:21, 78:4, 81:15, 82:6, 96:14, 102:15, 104:1, 104:15, 107:21, 107:24, 108:7, 108:9, 108:12, 111:23, 112:24
**SAGEMAN** [4] - 11:4, 108:4, 208:5, 208:14
**Sageman's** [3] - 101:15, 101:16, 107:6
**sake** [1] - 4:9
**Salahuddin** [3] - 128:11, 128:20, 128:24
**sales** [1] - 166:8
**Salopek** [1] - 133:3
**salt** [2] - 110:18, 111:12
**San** [1] - 59:16
**Sapov** [1] - 132:22
**Saudi** [1] - 125:9
**Saudi-born** [1] - 125:9
**saved** [1] - 201:19
**savvy** [1] - 198:2
**saw** [10] - 71:7, 95:14, 133:18, 141:2, 144:13, 146:3, 146:5, 147:20, 194:13
**Scale** [1] - 35:6
**scam** [1] - 46:18
**scene** [2] - 146:4, 146:14
**scheduling** [1] - 5:18
**scholar** [2] - 13:24, 15:9
**School** [1] - 114:14
**school** [2] - 100:21, 139:5
**science** [1] - 11:25, 84:19, 90:3, 90:20, 91:24, 92:7, 154:10, 154:14, 154:19, 157:8, 158:4, 158:11
**sciences** [3] - 20:16,

20:24, 21:1
**scientist** [1] - 154:5,
155:9, 155:11
**Scientist** [1] - 155:4
**scientists** [1] - 155:14
**scours** [1] - 191:10
**screen** [13] - 11:16,
11:18, 121:7, 123:8,
123:12, 124:4, 130:17,
133:16, 141:2, 145:12,
146:9, 158:14
**screenshot** [1] - 121:3
**scripting** [1] - 196:8
**scrutiny** [1] - 111:9
**Sealed** [4] - 76:2, 81:22,
99:23, 112:21
**search** [11] - 59:11,
115:21, 134:7, 191:1,
191:5, 191:7, 191:11,
191:15, 191:17, 193:17
**Search** [1] - 190:2
**searched** [1] - 191:4
**searches** [1] - 191:3
**searching** [3] - 86:9,
191:20, 192:2
**seat** [6] - 2:16, 11:6,
82:11, 113:7, 113:16,
153:22
**Seay** [2] - 7:11, 7:23
**SEAY** [1] - 7:12
**Second** [1] - 9:13
**second** [4] - 12:18,
18:23, 58:3, 128:10
**secondary** [3] - 116:13,
119:12, 119:19
**Secret** [1] - 15:9
**secret** [1] - 14:18
**secretive** [1] - 111:9
**Section** [6] - 3:7, 3:12,
3:14, 3:24, 6:18, 8:12
**section** [1] - 65:3
**secure** [1] - 199:4
**securing** [1] - 56:16
**security** [3] - 17:15,
17:17, 18:4, 18:8, 38:3,
94:15, 94:25, 114:16,
119:3, 139:6, 179:21,
197:7, 200:9
**Security** [2] - 15:17,
114:18
**see** [81] - 12:19, 21:15,
24:15, 34:23, 42:12,
49:10, 50:1, 68:14,
79:23, 80:11, 86:3, 89:6,
89:21, 91:21, 94:1, 96:7,
97:16, 97:18, 98:10,
123:22, 124:8, 125:19,
127:25, 128:9, 129:6,
129:14, 130:6, 130:15,
130:16, 130:19, 131:13,

131:16, 132:21, 134:2,
135:24, 136:11, 147:23,
148:12, 152:18, 152:25,
153:9, 164:8, 164:9,
168:15, 169:4, 169:21,
171:15, 171:17, 172:22,
173:6, 173:7, 173:23,
174:7, 175:15, 175:19,
180:24, 181:10, 181:15,
181:22, 182:10, 182:23,
183:23, 184:8, 184:10,
185:1, 185:4, 186:1,
187:22, 188:2, 188:15,
189:14, 189:19, 189:20,
189:23, 190:2, 191:1,
202:8, 202:11, 202:22
**seeing** [4] - 41:13,
41:22, 113:15, 202:6
**seek** [1] - 128:8
**seeking** [3] - 102:25,
103:1, 104:18
**seem** [5] - 10:1, 41:7,
42:6, 62:23, 81:8
**segment** [1] - 55:8
**seized** [8] - 135:12,
136:4, 155:24, 192:6,
192:18, 192:19, 195:2,
199:21
**seizes** [1] - 157:2
**seldom** [1] - 149:17
**select** [1] - 199:18
**self** [1] - 149:23
**self-identified** [1] -
149:23
**seminar** [1] - 16:16
**seminars** [1] - 16:15
**send** [3] - 55:11, 58:9,
59:22
**sending** [1] - 73:9
**sends** [1] - 150:6
**senior** [2] - 155:9,
155:11
**sense** [7] - 46:21,
53:25, 54:20, 57:11,
65:23, 68:9, 183:18
**sensitive** [1] - 166:7
**sent** [11] - 14:19, 50:6,
61:10, 101:10, 101:15,
145:19, 151:3, 152:9,
164:15, 173:16, 186:25
**sentence** [6] - 6:23,
7:14, 66:13, 84:1,
103:19, 103:21
**sentenced** [1] - 24:13
**Sentencing** [3] - 1:10,
7:3, 8:18
**sentencing** [24] - 2:2,
2:18, 2:21, 4:2, 4:4,
6:15, 6:18, 7:1, 7:17,
8:1, 8:7, 8:16, 8:17,

9:19, 10:11, 12:16,
13:10, 25:4, 25:5, 58:20,
66:11, 84:1, 158:6
**separate** [4] - 56:14,
60:2, 135:11, 161:1
**separated** [1] - 58:23
**separating** [1] - 60:13
**September** [12] - 43:18,
95:20, 96:8, 96:12,
100:12, 100:13, 108:16,
108:18, 125:25, 126:22,
130:13
**Sequence** [2] - 45:11,
58:18
**sequence** [4] - 57:6,
57:7, 57:15, 59:10
**serial** [6] - 36:23, 78:8,
78:12, 79:10, 79:14
**series** [5] - 15:8,
167:10, 182:25, 189:12,
190:17
**serious** [2] - 63:11,
80:12
**sermon** [2] - 127:12,
127:13
**sermons** [1] - 127:9
**server** [26] - 160:24,
161:9, 161:10, 161:11,
161:13, 161:16, 161:23,
161:25, 162:4, 162:10,
162:11, 162:14, 162:15,
162:17, 162:19, 163:2,
172:8, 172:10, 172:12,
174:12, 174:15, 174:21,
174:23, 186:13, 187:25,
188:23
**servers** [6] - 78:15,
154:25, 159:22, 163:9,
164:3, 198:19
**service** [15] - 38:4, 39:3,
118:23, 136:24, 160:2,
160:8, 162:23, 163:18,
169:17, 171:24, 180:7,
184:18, 184:19, 188:21,
202:15
**Service** [2] - 15:9, 87:22
**services** [13] - 118:15,
118:18, 156:19, 156:24,
159:3, 161:21, 163:6,
163:9, 165:6, 166:8,
166:20, 172:13, 174:23
**session** [1] - 16:25
**set** [10] - 20:19, 20:21,
172:8, 172:10, 172:12,
185:13, 190:16, 198:24,
199:17, 204:8
**sets** [1] - 163:25
**setting** [1] - 21:21
**settings** [4] - 17:25,
195:18, 204:5, 204:22

**seven** [3] - 12:8, 79:13,
100:24
**several** [11] - 9:17, 10:6,
16:15, 17:12, 17:24,
19:10, 38:8, 51:8, 74:12,
130:19, 143:4
**severed** [6] - 72:8,
72:22, 132:20, 133:11,
145:24
**Shabaab** [1] - 126:16
**Shahada** [1] - 124:11
**shahid** [1] - 53:7
**shaking** [1] - 179:25
**shall** [1] - 6:19
**Shami** [1] - 128:21
**share** [2] - 197:12,
197:13
**shared** [4] - 6:6, 147:13,
151:12, 197:5
**sharing** [3] - 131:16,
147:9
**shelf** [1] - 138:1
**shield** [1] - 162:2
**shifting** [1] - 5:25
**shoot** [1] - 67:5
**shooters** [1] - 15:21
**shooting** [1] - 15:16
**short** [2] - 36:22,
176:15
**shortness** [1] - 37:6
**shot** [8] - 121:7, 123:8,
123:12, 124:5, 130:17,
133:16, 141:3, 146:9
**shots** [2] - 130:18,
145:12
**shoulder** [1] - 78:24
**show** [14] - 29:23, 31:1,
60:2, 60:14, 105:21,
106:8, 106:23, 158:13,
158:17, 171:2, 177:1,
180:24, 193:1, 197:14
**showed** [1] - 21:24
**showing** [9] - 53:15,
53:16, 60:15, 82:23,
123:3, 123:25, 132:4,
137:17, 164:11
**shown** [1] - 61:15
**shows** [3] - 59:11,
167:9, 200:15
**shut** [2] - 40:22, 201:20
**sic** [3] - 43:17, 77:2,
132:23
**sic)** [2] - 40:1, 55:5
**sick** [1] - 50:3
**side** [5] - 4:16, 23:10,
27:13, 168:14
**sided** [1] - 159:15
**sides** [4] - 2:21, 4:14,
9:3, 96:17
**Siful** [1] - 55:16

**sight** [1] - 11:17
**signature** [1] - 209:10
**significance** [2] - 50:9,
194:3
**significant** [14] - 4:24,
5:21, 7:25, 38:5, 55:23,
65:16, 97:6, 97:7, 99:1,
127:13, 141:1, 141:16,
155:17, 172:3
**significantly** [1] -
166:15
**silencer** [2] - 51:19,
52:4
**similar** [8] - 33:1, 55:22,
93:5, 159:11, 182:16,
185:4, 190:3, 190:25
**similarities** [1] - 193:22
**Simms** [8] - 1:19, 2:14,
22:23, 64:23, 208:5,
208:7, 208:8, 208:15
**SIMMS** [39] - 10:20,
10:23, 11:2, 11:13,
12:14, 12:20, 13:1, 13:4,
13:6, 13:9, 14:5, 21:3,
23:11, 35:25, 38:1,
38:13, 38:15, 38:17,
38:23, 44:2, 44:6, 52:13,
55:2, 58:19, 59:7, 60:20,
64:17, 69:1, 69:4, 76:17,
76:20, 81:14, 107:20,
107:24, 108:6, 108:21,
110:3, 112:17, 112:23
**simple** [2] - 42:4,
191:16
**simply** [6] - 38:24,
54:20, 61:17, 110:11,
115:20, 135:23
**sin** [1] - 79:16
**single** [5] - 20:11,
102:21, 103:2, 103:9,
198:17
**single-spaced** [1] -
102:21
**sit** [1] - 30:8
**site** [12] - 91:2, 110:8,
159:25, 161:8, 182:5,
190:18, 190:25, 191:15,
194:7, 202:2, 202:4
**sites** [11] - 109:3,
147:14, 159:4, 160:16,
161:21, 166:3, 166:17,
166:18, 172:20, 190:5,
191:21
**sitting** [1] - 133:11
**situation** [3] - 64:4,
109:2, 200:22
**six** [5] - 15:5, 18:10,
54:24, 75:20, 100:24
**size** [1] - 198:13
**skeptical** [2] - 54:7,

54:24
**skill** [1] - 130:25
**skills** [4] - 16:5, 39:14, 81:7, 94:24
**skip** [2] - 124:23, 130:12
**slogans** [1] - 129:18
**slow** [1] - 115:22
**slower** [1] - 166:15
**slows** [1] - 162:7
**slur** [3] - 129:12, 129:15
**small** [6] - 36:21, 65:20, 95:25, 100:18, 138:2, 142:24
**small-time** [1] - 36:21
**smaller** [4] - 167:22, 198:15, 200:3, 200:4
**smoking** [1] - 79:16
**snapshot** [1] - 89:11
**snapshots** [1] - 180:21
**so-called** [1] - 110:11
**social** [19] - 20:16, 20:24, 21:1, 45:4, 116:4, 118:3, 136:24, 140:16, 140:19, 141:10, 141:11, 141:18, 144:12, 147:13, 147:14, 150:2, 152:10, 155:5
**socioeconomic** [2] - 67:11, 67:12
**sociological** [1] - 90:18
**sociologists** [1] - 90:19
**sociology** [4] - 12:2, 90:9, 90:12, 90:16
**software** [10] - 78:22, 116:3, 155:1, 157:2, 196:18, 197:8, 200:18, 201:1, 203:19, 204:23
**soldier** [12] - 49:4, 66:22, 66:24, 67:1, 67:6, 67:8, 67:12, 67:14, 67:19, 67:23, 67:24, 75:4
**soldiers** [6] - 52:21, 66:24, 67:4, 68:11, 94:11
**solely** [2] - 5:9, 134:17
**solicited** [1] - 202:19
**solve** [1] - 15:15
**Somali** [1] - 115:2
**Somalia** [1] - 126:16
**someone** [18] - 65:25, 78:19, 149:14, 151:25, 161:1, 163:23, 164:15, 165:8, 172:9, 172:16, 178:20, 179:11, 183:19, 185:14, 185:18, 194:1, 199:5, 199:25
**sometime** [2] - 114:24, 121:22
**sometimes** [9] - 21:22, 32:14, 33:7, 86:21,

90:24, 166:5, 189:17, 197:20
**somewhere** [4] - 134:8, 190:8, 191:1, 191:22
**Sons** [1] - 87:22
**soon** [3] - 61:8, 108:10, 201:4
**sophisticated** [3] - 78:14, 80:19, 81:7
**sorry** [41] - 2:9, 15:4, 22:23, 27:2, 38:18, 43:12, 47:24, 51:10, 60:24, 62:2, 70:16, 83:17, 83:21, 86:10, 86:21, 109:13, 115:23, 118:7, 125:4, 126:2, 127:25, 130:5, 130:12, 132:17, 133:3, 133:24, 139:9, 139:10, 146:22, 149:1, 165:14, 168:21, 169:5, 169:11, 175:25, 176:3, 186:4, 195:25, 196:2, 196:3
**Sorry** [1] - 176:1
**sort** [44] - 2:23, 22:24, 40:12, 40:14, 80:21, 83:7, 93:22, 94:3, 96:3, 96:11, 98:24, 102:11, 103:5, 103:13, 103:17, 113:15, 115:25, 127:20, 134:5, 137:9, 144:24, 154:22, 155:15, 159:1, 159:24, 160:19, 161:4, 165:10, 174:7, 177:15, 177:17, 177:22, 180:20, 182:2, 182:9, 184:22, 185:12, 190:15, 191:1, 197:13, 198:5, 199:1, 205:20
**sorts** [2] - 78:15, 137:15
**sought** [1] - 117:8
**sound** [1] - 29:11
**sounds** [1] - 105:19
**source** [19] - 84:11, 91:7, 91:11, 91:12, 106:7, 116:7, 116:8, 116:11, 116:19, 119:17, 119:19, 132:9, 132:10, 144:25, 145:20, 146:3, 146:6, 150:13, 197:4
**sources** [17] - 95:2, 105:16, 106:1, 106:10, 106:17, 116:5, 116:13, 119:11, 119:13, 134:13, 134:23, 141:4, 141:22, 141:23, 148:14, 150:17, 151:15
**Southern** [2] - 9:6, 85:20
**southern** [1] - 97:10

**Southwest** [1] - 32:20
**Soviet** [2] - 14:23, 110:15
**Soviets** [2] - 14:21, 125:11
**space** [5] - 35:14, 116:9, 125:5, 200:4
**spaced** [1] - 102:21
**span** [1] - 36:22
**spans** [1] - 20:7
**spawned** [1] - 108:14
**speaker** [1] - 17:2
**speakers** [1] - 128:12
**speaking** [5] - 83:15, 83:18, 137:1, 154:22, 155:15
**Special** [1] - 2:5
**special** [3] - 15:11, 45:7, 116:2
**Specialist** [1] - 2:6
**specialize** [2] - 115:15, 116:14
**specializing** [1] - 15:1
**specific** [29] - 21:8, 21:21, 46:13, 51:6, 52:7, 100:16, 102:4, 102:24, 106:3, 118:24, 134:16, 143:17, 144:13, 144:19, 153:3, 158:24, 159:21, 159:25, 160:13, 163:18, 166:3, 189:4, 194:21, 195:17, 196:13, 197:18, 198:8, 199:2
**specifically** [18] - 3:5, 4:1, 7:24, 26:19, 62:7, 98:14, 110:1, 131:3, 131:20, 131:21, 131:22, 140:24, 151:13, 174:5, 181:3, 190:1, 194:13, 198:24
**specifics** [1] - 121:18
**specified** [2] - 175:6, 187:2
**speculation** [1] - 61:19
**speech** [13] - 95:14, 96:6, 108:13, 108:16, 108:22, 108:25, 109:1, 109:6, 109:9, 109:14, 109:16, 109:19, 109:25
**speed** [1] - 162:6
**speeding** [1] - 65:19
**spell** [5] - 11:8, 82:12, 113:8, 133:7, 153:23
**spelled** [1] - 153:25
**spend** [4] - 9:16, 10:13, 68:24, 188:24
**spending** [1] - 62:9
**spent** [6] - 6:12, 9:17, 14:17, 32:10, 44:18, 114:22

**spirit** [1] - 50:5
**spokesperson** [1] - 95:17
**Spot** [1] - 45:5
**spring** [3] - 66:25, 67:21, 68:2
**Springfield** [1] - 154:15
**stabbing** [1] - 99:4
**stabbings** [1] - 98:17
**staff** [1] - 115:11
**Staff** [2] - 2:5, 15:11
**stand** [4] - 69:14, 99:24, 176:17, 207:5
**standard** [10] - 6:16, 7:9, 36:5, 36:6, 152:14, 152:20, 155:20, 155:21, 156:20, 163:24
**Standard** [1] - 114:17
**standards** [1] - 7:19
**standing** [1] - 2:13
**start** [6] - 6:4, 27:8, 79:12, 99:12, 138:15, 141:15
**started** [10] - 6:4, 10:14, 14:9, 14:20, 79:16, 96:21, 109:3, 125:10, 139:13, 139:19
**starting** [6] - 6:1, 14:7, 18:10, 168:7, 184:7, 185:21
**starts** [3] - 12:17, 46:8, 183:6
**State** [42] - 16:10, 20:7, 27:20, 43:15, 46:19, 48:3, 48:12, 48:18, 48:23, 48:25, 49:5, 53:17, 54:2, 54:3, 54:6, 54:24, 55:17, 61:7, 61:12, 67:2, 67:7, 67:24, 68:4, 68:6, 68:18, 79:20, 84:12, 85:12, 89:13, 94:18, 95:19, 102:18, 109:2, 109:3, 109:5, 129:7, 129:8, 129:13, 129:16, 131:15
**state** [14] - 11:8, 28:14, 40:1, 47:23, 47:25, 58:16, 59:13, 61:20, 82:12, 113:8, 128:10, 131:21, 153:23, 155:5
**State's** [1] - 55:11, 89:10, 89:11
**statement** [4] - 54:12, 77:6, 77:8, 77:9
**statements** [4] - 3:13, 77:7, 97:1, 116:15
**States** [31] - 2:3, 2:18, 6:22, 6:24, 7:3, 7:11, 8:11, 8:19, 8:21, 8:22, 8:23, 8:24, 8:25, 9:4,

9:7, 9:8, 9:9, 9:12, 38:4, 51:1, 59:24, 61:13, 63:15, 64:16, 79:7, 111:25, 112:1, 112:3, 112:7, 112:12, 197:19
**states** [3] - 28:7, 28:8, 28:12, 40:24, 131:4, 131:22
**STATES** [2] - 1:1, 1:5
**static** [2] - 184:22, 184:24
**statistics** [2] - 197:14, 197:19
**status** [2] - 35:13, 36:10
**statute** [1] - 6:25
**statutes** [1] - 8:18
**statutory** [1] - 3:9
**stay** [3] - 129:6, 129:8, 129:17
**stenographically** [1] - 209:4
**step** [9] - 10:23, 11:17, 81:1, 84:17, 95:16, 97:13, 153:15, 161:15, 204:9
**steps** [4] - 189:12, 189:23, 193:15, 199:15
**stick** [1] - 141:19
**still** [28] - 33:7, 39:17, 41:7, 42:9, 61:24, 64:3, 75:18, 75:22, 87:9, 96:20, 97:16, 97:21, 97:25, 98:1, 108:3, 127:9, 137:16, 146:4, 168:22, 189:10, 189:14, 189:20, 189:23, 191:21, 199:6, 202:4
**stimulated** [1] - 63:22
**stipulation** [1] - 53:23
**stop** [1] - 97:14
**stopped** [7] - 16:1, 30:6, 32:1, 32:3, 60:10, 79:25, 203:21
**stopping** [1] - 80:4
**storage** [1] - 193:10
**store** [5] - 202:18, 202:19, 202:20, 202:21, 202:23
**stored** [1] - 201:19
**stores** [1] - 191:11
**story** [10] - 21:17, 21:20, 46:23, 49:9, 49:18, 49:20, 49:25, 50:10, 70:3, 70:8
**straight** [2] - 21:17, 45:24
**strange** [2] - 116:9, 136:8
**Strauss** [1] - 9:5
**Street** [1] - 1:24

**street** [1] - 54:10
**stretch** [1] - 180:21
**strictly** [1] - 22:14
**strike** [5] - 4:20, 6:9, 12:21, 95:15, 106:2
**stronghold** [1] - 127:10
**strongholds** [1] - 61:23
**strongly** [1] - 61:16
**structural** [1] - 39:5
**struggling** [2] - 65:24, 66:4
**Stuart** [2] - 1:19, 2:14
**student** [1] - 115:4
**studied** [2] - 109:7, 114:16
**studies** [6] - 84:21, 90:23, 92:1, 92:13, 114:15, 116:10
**Studies** [7] - 84:22, 90:4, 90:7, 90:10, 91:22, 92:11, 92:12
**study** [8] - 42:7, 88:1, 90:25, 110:10, 110:13, 110:15, 111:15
**studying** [3] - 9:16, 91:17, 119:21
**stuff** [7] - 84:14, 84:15, 89:23, 105:13, 179:5, 200:17, 203:25
**stupid** [1] - 30:21
**subject** [9] - 16:23, 41:19, 54:22, 107:9, 119:16, 158:5, 189:5, 189:13, 193:7
**subjective** [1] - 67:17
**subjects** [2] - 90:23, 151:23
**submission** [1] - 4:4
**submissions** [3] - 3:23, 5:5, 5:9
**submit** [5] - 22:17, 30:8, 87:10, 91:18, 191:12
**submitted** [6] - 2:21, 3:25, 4:11, 22:16, 22:19, 24:19
**subpoena** [2] - 179:25, 180:9
**subpoenaed** [1] - 179:24
**subscribe** [3] - 110:6, 152:17, 152:18
**subscribed** [1] - 146:23
**subscription** [1] - 118:20
**subscriptions** [1] - 147:5
**substance** [4] - 37:9, 47:13, 108:25, 109:1
**substantive** [1] - 3:10
**success** [1] - 96:13

**successful** [1] - 78:17
**sufficient** [2] - 7:7, 8:9
**suggest** [6] - 40:1, 59:8, 59:14, 63:1, 97:10, 106:24
**suggesting** [5] - 58:10, 58:12, 58:14, 143:12, 206:3
**suggestions** [1] - 19:6
**suicide** [5] - 52:22, 53:1, 53:4, 53:8, 137:17
**suitable** [1] - 206:13
**Sujan** [2] - 55:16, 55:17
**Sullivan** [2] - 117:12, 117:17
**summarize** [2] - 16:13, 44:24
**summary** [4] - 45:8, 47:20, 47:21, 109:1
**summer** [5] - 66:25, 67:20, 68:3, 71:11
**Sunnah** [1] - 49:23
**Sunni** [1] - 88:22
**super** [1] - 94:11
**supplemental** [1] - 116:5
**supplemented** [1] - 5:8
**support** [11] - 3:6, 3:8, 7:7, 8:10, 130:23, 131:1, 131:8, 131:14, 134:13, 134:22, 198:9
**supported** [2] - 4:3, 53:12
**supporters** [2] - 97:21, 129:9
**suppose** [1] - 7:8
**Supreme** [3] - 6:25, 7:21, 9:10
**Surespot** [3] - 45:4, 152:7, 153:3
**surface** [1] - 116:4
**surgeon** [2] - 14:11, 27:5
**surprised** [1] - 189:19
**surveillance** [1] - 45:7
**Susi** [2] - 153:18, 153:25
**SUSI** [2] - 153:20, 208:20
**suspect** [1] - 61:16
**sustained** [1] - 39:15
**switch** [3] - 175:13, 184:4, 188:23
**switching** [1] - 200:16
**SWORN** [5] - 11:4, 82:9, 108:4, 113:5, 153:20
**sympathize** [2] - 63:16, 109:5
**sympathizers** [1] -

147:10
**synthesize** [1] - 6:10
**Syria** [48] - 48:3, 48:11, 48:23, 49:19, 52:25, 53:4, 55:18, 58:9, 59:22, 61:12, 61:22, 62:6, 62:11, 62:14, 63:4, 63:13, 63:14, 63:17, 63:18, 63:22, 68:5, 68:15, 79:4, 80:5, 80:8, 80:23, 83:8, 88:2, 88:21, 89:16, 94:14, 95:7, 95:12, 95:23, 96:17, 97:9, 97:13, 98:3, 101:1, 109:20, 109:23, 110:2, 129:16, 130:20, 131:15, 136:20, 138:6
**Syrian** [3] - 95:9, 121:15
**system** [23] - 195:6, 195:8, 195:9, 195:10, 195:13, 195:20, 195:22, 196:7, 196:12, 196:16, 196:22, 197:4, 197:11, 197:24, 198:3, 198:7, 198:9, 199:19, 199:25, 200:10, 200:17, 200:19, 201:3
**systematic** [1] - 32:15
**systems** [4] - 154:25, 157:1, 195:22, 197:11

**T**

**T-O** [1] - 131:17
**table** [1] - 2:4
**tables** [1] - 65:14
**tactic** [1] - 138:5
**talent** [1] - 78:20
**talks** [4] - 36:23, 79:4, 94:15, 203:25
**Tamir** [21] - 45:6, 47:5, 48:19, 51:17, 51:19, 53:3, 53:15, 57:25, 72:5, 72:8, 72:22, 73:4, 73:9, 73:19, 73:22, 74:2, 74:13, 80:5, 170:9, 170:12
**Tamir's** [1] - 79:22
**tank** [3] - 83:4, 83:5, 83:20
**Tarek** [1] - 26:11
**target** [1] - 51:6
**targeted** [1] - 118:24
**targets** [3] - 51:8, 112:6, 117:6
**task** [1] - 196:14
**Task** [1] - 14:18
**taught** [1] - 32:17

**teach** [4] - 16:15, 32:25, 155:3, 155:5
**teaches** [1] - 16:8
**teaching** [5] - 15:2, 16:12, 17:4, 38:6, 155:2
**Teaching** [1] - 15:4
**Team** [1] - 136:18
**team** [4] - 118:20, 119:3, 119:4, 155:14
**tech** [1] - 78:23
**technical** [4] - 62:21, 155:17, 162:12, 195:21
**technically** [4] - 87:10, 115:9, 197:25, 198:2
**technology** [4] - 78:10, 78:14, 80:19, 81:7
**telegram** [1] - 64:9
**Telegram** [7] - 79:3, 80:24, 152:3, 152:5, 152:13, 153:2
**temporary** [1] - 193:9
**temptation** [1] - 79:17
**ten** [1] - 29:16
**tend** [1] - 155:21
**tendencies** [1] - 39:7
**tens** [2] - 68:5, 68:12
**term** [3] - 128:11, 196:3
**terminology** [1] - 62:21
**terms** [28] - 20:12, 26:23, 37:21, 39:4, 45:20, 54:2, 54:3, 55:9, 62:22, 63:10, 64:5, 79:6, 79:21, 80:15, 95:1, 104:8, 116:18, 116:25, 117:1, 118:14, 123:24, 129:10, 129:11, 137:24, 141:7, 143:2, 146:7, 186:23
**territorial** [1] - 96:15
**territory** [4] - 97:7, 129:1, 129:10, 137:3
**terror** [1] - 45:12
**Terror** [1] - 15:6
**terror-related** [1] - 45:12
**terrorism** [51] - 3:11, 3:18, 16:17, 16:19, 16:24, 17:5, 18:4, 18:8, 18:22, 22:9, 22:21, 23:1, 23:2, 23:12, 23:21, 24:4, 26:6, 26:14, 26:20, 38:10, 38:11, 38:20, 40:3, 40:6, 40:18, 40:20, 41:21, 42:14, 42:18, 47:12, 66:6, 66:14, 66:15, 85:19, 85:23, 85:25, 87:15, 88:1, 92:15, 110:10, 119:2, 119:4, 139:16, 142:12, 142:23, 147:12

**Terrorism** [5] - 18:19, 19:12, 113:20, 114:23, 139:20
**terrorism-related** [1] - 119:2
**terrorist** [49] - 3:7, 16:6, 22:12, 32:25, 34:22, 37:21, 37:22, 39:7, 50:24, 56:8, 59:15, 61:8, 61:13, 65:7, 66:23, 67:10, 67:11, 67:13, 67:17, 67:18, 67:19, 67:22, 68:1, 88:16, 92:23, 93:10, 95:24, 97:15, 100:6, 108:15, 110:22, 111:1, 111:10, 112:12, 115:15, 116:9, 117:3, 118:8, 124:20, 126:13, 128:7, 134:13, 141:22, 143:7, 143:23, 145:1, 146:10, 151:7
**terrorists** [13] - 16:10, 16:20, 16:24, 32:25, 62:22, 68:21, 109:10, 110:19, 111:8, 116:12, 147:10, 149:12
**tertiary** [3] - 116:16, 119:12
**test** [15] - 30:8, 30:24, 31:4, 31:5, 31:7, 31:9, 34:9, 34:21, 35:10, 35:16, 42:3, 42:6, 57:3, 201:1
**testified** [17] - 17:10, 23:19, 23:21, 25:1, 25:23, 26:14, 42:15, 88:4, 88:10, 88:11, 88:13, 109:8, 118:2, 139:25, 157:10, 157:17
**testify** [16] - 5:12, 22:7, 22:18, 25:3, 25:6, 25:7, 25:13, 25:22, 26:9, 27:13, 28:4, 40:21, 41:16, 42:22, 117:16
**testifying** [4] - 22:19, 41:24, 135:23, 139:25
**testimony** [24] - 4:21, 5:8, 5:19, 6:4, 7:17, 7:19, 8:4, 10:10, 10:16, 22:12, 25:15, 26:15, 26:19, 42:23, 43:4, 45:10, 69:21, 71:17, 108:9, 110:25, 140:12, 140:13, 142:22, 147:25
**testing** [1] - 20:18
**tests** [3] - 34:17, 42:7, 42:25
**Texas** [4] - 16:25, 39:2, 51:24, 52:5
**text** [2] - 152:15, 152:20

**thanked** [1] - 53:15
**Thanksgiving** [2] - 101:11, 101:12
**THE** [432] - 1:1, 1:2, 2:7, 2:11, 2:15, 10:18, 10:22, 11:1, 11:3, 11:5, 11:6, 11:9, 11:11, 12:11, 12:17, 12:23, 13:3, 13:5, 13:7, 13:14, 13:17, 13:18, 13:19, 13:20, 13:21, 13:22, 13:23, 14:1, 14:3, 14:4, 15:4, 20:20, 20:21, 22:23, 23:4, 23:6, 23:8, 23:9, 23:14, 23:16, 24:5, 24:7, 24:10, 24:15, 25:24, 26:1, 26:2, 26:3, 27:2, 29:8, 29:10, 29:11, 29:13, 29:14, 29:16, 29:17, 29:19, 30:7, 30:10, 30:12, 30:13, 30:14, 30:15, 30:16, 30:17, 30:23, 30:25, 31:1, 31:3, 31:5, 31:6, 32:6, 32:8, 36:1, 37:10, 37:25, 38:12, 38:14, 38:16, 38:18, 39:20, 40:17, 43:10, 43:12, 43:13, 43:16, 43:17, 43:19, 43:25, 44:1, 44:4, 44:15, 48:9, 52:8, 52:10, 54:12, 54:14, 54:15, 54:16, 54:18, 54:20, 58:3, 58:8, 58:10, 58:17, 58:22, 59:4, 59:6, 59:8, 59:20, 60:24, 62:1, 62:5, 62:18, 62:20, 62:25, 63:6, 64:23, 65:24, 66:3, 66:4, 66:6, 69:3, 69:6, 69:11, 69:13, 69:16, 70:15, 72:11, 74:6, 76:1, 76:3, 76:13, 76:16, 76:18, 78:1, 78:4, 78:21, 80:13, 80:15, 80:17, 80:22, 80:25, 81:15, 81:17, 81:20, 81:23, 81:25, 82:1, 82:4, 82:10, 82:11, 82:14, 82:16, 82:22, 83:17, 83:21, 84:5, 86:3, 86:6, 86:9, 86:12, 86:15, 86:18, 86:20, 86:21, 86:22, 86:24, 86:25, 87:1, 87:2, 89:7, 91:20, 91:23, 91:25, 92:2, 92:3, 92:4, 92:9, 92:10, 92:13, 92:17, 92:19, 99:10, 99:13, 99:16, 99:20, 99:22, 99:24, 100:1, 100:23, 100:24, 102:8, 102:14, 102:20, 102:22,

102:23, 103:1, 103:12, 103:15, 103:16, 103:20, 103:22, 103:24, 104:18, 107:12, 107:14, 107:15, 107:16, 107:18, 107:19, 107:22, 108:2, 108:3, 108:19, 108:20, 109:13, 109:15, 109:16, 109:19, 111:20, 112:16, 112:18, 112:22, 112:24, 112:25, 113:1, 113:4, 113:6, 113:7, 113:10, 113:12, 114:1, 114:5, 114:7, 115:22, 117:20, 117:21, 120:11, 120:17, 122:4, 122:6, 122:10, 122:12, 122:14, 122:18, 122:21, 122:24, 123:1, 125:4, 126:2, 126:6, 126:9, 127:2, 128:2, 128:5, 128:18, 129:21, 129:24, 130:1, 130:4, 130:6, 130:9, 133:7, 133:8, 133:23, 134:1, 134:2, 134:6, 134:9, 134:25, 135:2, 135:3, 135:4, 135:5, 135:7, 135:8, 135:13, 135:17, 135:22, 136:1, 138:8, 143:16, 143:19, 143:21, 145:5, 145:9, 145:10, 145:11, 145:15, 148:5, 149:1, 149:5, 149:7, 149:8, 149:9, 150:5, 150:7, 150:10, 150:11, 150:15, 150:16, 150:19, 151:17, 153:13, 153:15, 153:21, 153:22, 153:25, 156:5, 156:7, 157:9, 157:12, 157:13, 157:15, 158:4, 158:5, 158:6, 158:7, 158:8, 158:10, 158:15, 162:22, 162:23, 165:13, 165:14, 165:15, 168:20, 168:22, 169:4, 169:5, 169:7, 170:16, 170:18, 170:22, 170:24, 170:25, 171:5, 171:7, 173:21, 174:2, 174:9, 174:10, 174:12, 174:13, 174:14, 174:17, 174:19, 174:20, 174:22, 174:24, 174:25, 175:1, 175:2, 175:3, 175:5, 175:8, 175:10, 175:11, 175:25, 176:1, 176:2, 176:5, 176:8, 176:12, 176:15, 177:10, 177:13, 179:24, 180:1, 180:2, 180:3, 183:4, 183:17, 186:24, 187:1, 187:4, 187:6, 187:8,

187:9, 187:10, 187:11, 187:13, 187:15, 188:2, 188:4, 188:5, 188:8, 188:11, 188:12, 190:14, 191:24, 192:1, 192:4, 192:6, 192:8, 192:10, 192:11, 192:12, 192:16, 192:20, 192:21, 192:24, 193:12, 193:14, 194:3, 194:5, 194:10, 194:12, 194:15, 194:16, 201:11, 201:19, 201:21, 201:25, 202:2, 202:4, 202:8, 202:11, 202:16, 202:24, 203:7, 205:18, 205:23, 206:2, 206:6, 206:9, 206:12, 206:15, 206:22, 207:3, 207:5
**thematic** [1] - 141:8
**theme** [4] - 39:14, 103:13, 109:18, 109:25
**themes** [3] - 104:14, 117:1, 117:4
**themself** [1] - 67:4
**themselves** [10] - 91:8, 91:16, 94:3, 106:10, 110:20, 110:24, 111:16, 161:2, 180:8
**theoretical** [1] - 19:20
**theoretically** [1] - 194:10
**theory** [1] - 18:21
**therapy** [1] - 32:9
**thereafter** [1] - 125:13
**therefore** [5] - 20:4, 26:18, 35:18, 109:23, 163:6
**thereto** [1] - 38:13
**they've** [9] - 61:23, 66:1, 91:9, 94:5, 94:8, 94:20, 97:8, 97:24, 138:4
**think-tank** [1] - 83:20
**thinking** [4] - 33:7, 63:23, 99:13, 99:14
**third** [4] - 55:19, 145:1, 177:22, 182:14
**third-party** [2] - 145:1, 182:14
**Thomas** [7] - 24:1, 24:3, 24:5, 24:12, 24:13, 24:20, 25:25
**thousands** [2] - 68:5, 68:12
**threat** [1] - 88:16
**threatening** [1] - 15:20
**threats** [1] - 15:11
**Three** [1] - 3:12
**three** [20] - 15:10, 20:23, 22:8, 24:13, 24:20, 24:23, 46:4, 71:7,

79:7, 105:7, 107:7, 119:11, 139:13, 163:21, 163:25, 164:2, 164:5, 164:16, 164:19, 169:5
**throughout** [4] - 125:12, 167:23, 171:11, 180:4
**thumb** [5] - 199:20, 199:23, 200:1, 200:4, 200:13
**tickets** [1] - 65:19
**tied** [1] - 144:13
**timer** [1] - 105:2
**timestamps** [1] - 177:3
**TinEye** [4] - 191:5, 191:7, 191:9, 193:17
**tinEye** [1] - 191:10
**title** [2] - 19:22, 87:20
**today** [10] - 38:8, 61:21, 71:18, 85:18, 97:18, 100:5, 163:6, 167:22, 197:14, 206:19
**together** [3] - 34:3, 81:9, 175:9
**Tomislav** [1] - 133:3
**tomorrow** [5] - 206:2, 206:7, 206:15, 206:17, 207:6
**tonight** [1] - 206:4
**took** [2] - 99:3, 104:22
**tool** [1] - 38:6
**top** [17] - 33:3, 58:17, 90:1, 103:10, 104:23, 122:22, 127:1, 130:6, 164:24, 165:17, 168:11, 168:18, 168:23, 187:22, 188:7, 188:9, 194:20
**topic** [4] - 16:19, 59:1, 102:12, 102:25
**topics** [5] - 5:14, 87:24, 102:25, 105:9, 107:7
**TOR** [67] - 78:15, 131:17, 131:18, 132:1, 163:14, 163:16, 163:17, 163:21, 163:23, 163:24, 163:25, 164:4, 164:14, 164:23, 165:3, 165:6, 165:20, 165:22, 165:25, 166:4, 166:14, 166:18, 166:19, 166:21, 166:22, 167:1, 173:20, 175:13, 175:15, 175:19, 175:23, 176:1, 176:21, 177:5, 177:7, 177:19, 177:20, 177:23, 178:7, 178:9, 178:16, 178:20, 179:1, 179:6, 179:14, 179:17, 179:24, 180:25, 181:4, 181:8, 181:16, 181:18, 182:4, 182:5, 182:6,

183:6, 183:7, 183:11, 183:22, 183:24, 194:2, 194:19, 194:20, 194:23
**total** [1] - 106:15
**totaled** [1] - 187:3
**totality** [3] - 22:5, 26:21, 80:3
**totally** [2] - 78:18, 177:24
**touch** [4] - 36:21, 120:7, 124:24, 201:13
**touched** [2] - 40:8, 135:16
**towards** [1] - 95:11
**trace** [1] - 165:8
**traces** [1] - 201:7
**tracing** [1] - 20:15
**track** [6] - 44:21, 92:23, 111:1, 148:18, 148:22, 149:11
**tracking** [2] - 93:5, 93:23
**tracks** [1] - 201:22
**Trade** [1] - 144:23
**trademarked** [1] - 124:19
**traditional** [3] - 50:11, 50:20, 115:21
**traditionally** [1] - 50:11
**traffic** [4] - 159:18, 163:18, 164:4, 164:25
**tragic** [1] - 62:2
**trailed** [1] - 22:24
**training** [14] - 14:17, 16:4, 41:25, 43:7, 56:5, 139:17, 139:22, 154:20, 154:21, 154:22, 154:24
**transcribed** [1] - 209:7
**transcript** [5] - 26:13, 45:6, 64:10, 64:11, 209:7
**transcripts** [1] - 101:23
**transfer** [2] - 173:14, 173:15
**transferred** [2] - 151:4, 175:4
**transfers** [1] - 175:6
**transition** [1] - 88:14
**translate** [2] - 128:13, 131:14
**translated** [1] - 52:19
**translates** [1] - 128:11
**translation** [8] - 124:13, 128:14, 128:16, 130:1, 130:2, 130:4, 130:10, 131:24
**transnational** [1] - 139:6
**Transnational** [1] - 114:18
**travel** [2] - 45:8, 111:17

traveling [1] - 95:7
traverse [1] - 163:24
TREEM [16] - 2:12, 75:24, 81:18, 82:3, 86:2, 86:14, 87:4, 92:18, 99:11, 99:14, 99:21, 100:3, 101:3, 104:20, 176:14, 206:14
treem [1] - 1:19
Treem [3] - 2:12, 208:11, 208:12
trenches [1] - 62:10
tri [1] - 152:13
tri-functionality [1] - 152:13
trial [14] - 7:6, 7:10, 7:24, 8:9, 27:13, 83:24, 88:6, 88:7, 110:25, 117:13, 117:21, 158:6, 158:7, 158:8
tribunals [1] - 22:15
Trick [1] - 136:17
trickle [1] - 68:7
tried [8] - 36:24, 51:1, 53:24, 57:3, 67:22, 189:14, 199:5, 202:9
trip [1] - 164:6
trouble [1] - 27:2
truck [2] - 62:3, 99:3
true [6] - 23:23, 50:12, 68:21, 88:9, 149:18, 161:19
trust [1] - 105:22
truthful [1] - 46:5
try [19] - 5:19, 15:15, 20:8, 21:17, 32:25, 45:23, 52:4, 55:23, 58:15, 78:5, 96:23, 111:13, 111:17, 141:19, 150:8, 176:15, 182:5, 193:15, 205:23
trying [17] - 17:3, 22:3, 46:18, 54:9, 54:11, 55:10, 60:1, 60:2, 63:1, 81:5, 82:5, 103:14, 103:22, 103:23, 103:24, 105:11, 106:25, 110:15, 179:1, 180:7, 201:12
Tsarnaev [1] - 149:3
Tunisia [6] - 83:9, 87:24, 88:1, 88:21, 100:10, 100:19
Tunisia's [2] - 87:22, 88:13
Tunisian [1] - 100:18
tunneled [1] - 205:1
turbine [1] - 55:22
Turkey [6] - 97:10, 184:18, 185:8, 185:10, 185:14

Turkish [4] - 184:10, 185:4, 185:7, 185:15
turn [14] - 82:1, 82:4, 82:6, 94:19, 126:3, 167:5, 171:14, 175:17, 185:21, 188:25, 191:22, 200:12, 200:13
turning [5] - 19:21, 20:13, 142:2, 168:7, 178:1
Turning [1] - 19:11
tweet [9] - 128:1, 128:4, 128:5, 129:2, 129:4, 129:22, 131:10, 144:6, 145:6
tweeted [2] - 129:6, 131:13
tweets [2] - 144:4, 145:17
twenty [2] - 69:11, 154:7
twice [2] - 79:6, 88:12
Twitter [8] - 116:4, 128:7, 144:9, 144:12, 144:16, 145:8, 147:13, 150:12
two [53] - 14:19, 14:22, 16:2, 19:15, 20:14, 27:22, 28:12, 36:24, 38:8, 42:16, 51:2, 51:24, 53:12, 55:15, 56:4, 56:10, 56:22, 59:21, 59:24, 60:1, 60:2, 60:13, 60:16, 63:9, 64:15, 66:17, 72:25, 73:8, 85:8, 105:7, 109:4, 112:8, 112:14, 144:4, 145:6, 159:7, 163:7, 164:9, 164:24, 169:25, 175:6, 176:4, 176:24, 178:10, 181:25, 189:19, 190:4, 193:6, 193:18, 197:16, 198:8, 198:11, 206:24
Two [1] - 3:11
two-and-a-half [3] - 51:2, 64:15, 112:14
type [9] - 33:1, 50:24, 92:7, 99:5, 174:14, 184:25, 186:13, 187:7, 196:7
types [4] - 97:12, 98:17, 156:12, 167:15
typically [1] - 128:22
typing [1] - 191:17
tyrannical [1] - 131:6

U

U.S [5] - 1:23, 2:4, 6:24,

7:20, 9:11
Ubuntu [2] - 195:9, 195:17
UK [3] - 87:6, 136:16, 136:19
ultimate [3] - 34:21, 42:23, 65:2
ultimately [3] - 9:22, 137:4, 192:19
um-hum [3] - 72:14, 138:20
Umar [1] - 50:6
Umar's [1] - 50:8
unable [1] - 161:23
unavailable [1] - 78:18
uncommon [1] - 178:25
under [36] - 3:17, 3:19, 3:24, 6:16, 6:18, 7:6, 7:19, 8:5, 8:8, 24:21, 48:22, 55:5, 56:7, 80:22, 100:15, 103:19, 108:3, 130:19, 136:17, 142:21, 149:16, 149:18, 169:14, 170:9, 171:9, 171:16, 171:21, 173:6, 173:12, 173:14, 174:4, 176:24, 184:9
undergraduate [3] - 14:1, 41:17, 86:16
underlying [2] - 39:14, 110:12
underneath [2] - 144:1, 174:24
understandings [1] - 18:25
understood [1] - 50:5
undertaken [1] - 39:9
undisputed [1] - 3:21
uniform [2] - 15:16, 198:9
unilateral [1] - 14:20
Union [2] - 14:23, 110:15
unique [1] - 159:23
Unit [1] - 115:10
unit [2] - 121:8, 121:13
United [31] - 2:3, 2:18, 6:21, 6:24, 7:3, 7:11, 8:11, 8:19, 8:20, 8:22, 8:23, 8:24, 8:25, 9:4, 9:7, 9:8, 9:9, 9:12, 38:4, 51:1, 59:24, 61:13, 63:15, 64:16, 79:7, 111:25, 112:1, 112:3, 112:7, 112:12, 197:19
UNITED [2] - 1:1, 1:5
units [7] - 116:16, 117:3, 121:10, 123:16, 123:17, 134:12, 134:21
universal [1] - 20:5

universities [2] - 16:18, 83:20
University [15] - 13:19, 14:25, 15:2, 16:16, 16:21, 19:14, 32:18, 84:18, 84:20, 85:9, 86:16, 86:18, 90:3, 139:2, 154:14
university [2] - 13:23, 87:11
University's [1] - 114:13
unjust [2] - 131:6, 131:7
unlawful [1] - 3:11
unless [3] - 41:10, 63:22, 201:19
unlicensed [1] - 40:24
unnecessary [1] - 5:22
unquote [1] - 137:23
unrelated [1] - 59:19
unrestricted [2] - 27:17, 28:6
unusual [4] - 136:5, 178:13, 182:2, 185:6
up [56] - 15:18, 29:23, 32:10, 39:2, 44:19, 60:1, 61:14, 64:14, 67:23, 79:17, 80:6, 80:12, 93:6, 93:15, 94:2, 95:11, 95:22, 96:9, 97:2, 98:9, 98:11, 99:6, 103:4, 103:25, 104:13, 106:9, 106:22, 113:16, 118:25, 119:6, 145:7, 145:17, 150:21, 154:16, 156:8, 157:15, 158:14, 159:1, 163:25, 165:17, 166:3, 167:21, 172:8, 172:10, 172:12, 183:25, 185:13, 185:14, 187:3, 200:15, 204:8, 205:20, 206:1, 206:7
updated [1] - 89:25
updates [2] - 197:9
uploaded [1] - 147:2
URL [1] - 115:25
US [10] - 14:10, 15:9, 17:7, 17:9, 85:13, 92:24, 109:22, 131:5, 131:6, 157:24
USA [1] - 209:4
USB [1] - 200:11
USC [5] - 3:7, 3:12, 3:14, 3:24, 6:18
useful [2] - 94:24, 110:8
user [11] - 158:23, 159:10, 160:4, 160:16, 161:7, 163:20, 164:23, 195:25, 196:5, 196:6, 198:25

user's [2] - 159:8, 159:24
user-friendly [1] - 196:5
users [1] - 179:17
uses [4] - 103:5, 124:10, 156:21, 167:3
USSG [1] - 7:3
utilize [1] - 141:15
utter [1] - 35:18
Uwais [4] - 49:9, 49:21, 49:23, 50:4

V

VA [1] - 14:10
vacated [1] - 9:9
vague [1] - 51:18
validly [1] - 185:19
variety [2] - 156:19, 183:2
various [14] - 7:2, 48:1, 117:3, 117:5, 118:22, 119:20, 121:11, 121:15, 134:13, 138:5, 154:24, 158:20, 168:12, 198:6
vast [3] - 68:20, 118:16
vehicle [1] - 43:4
vein [1] - 90:22
versa [1] - 200:21
versions [1] - 195:14
versus [4] - 2:3, 2:18, 81:7, 197:11
vetted [1] - 197:9
vetting [1] - 116:1
VI [1] - 3:20
via [1] - 191:6
vice [1] - 200:21
victims [2] - 63:10, 63:16
video [15] - 94:8, 94:12, 97:2, 121:4, 121:8, 121:13, 121:20, 127:11, 130:17, 133:16, 137:16, 137:21, 138:4, 141:3
videos [4] - 97:23, 130:18, 142:11, 147:19
view [6] - 9:20, 9:21, 11:17, 94:2, 137:18, 150:12
View [3] - 174:7, 174:11, 186:16
viewed [3] - 145:18, 192:9, 194:8
views [1] - 137:16
Villanueva [1] - 8:11
violating [1] - 39:18
violation [4] - 3:7, 3:9, 3:11, 3:14
Violence [1] - 19:11

**violence** [19] - 15:15, 15:22, 19:7, 19:20, 19:22, 19:24, 20:3, 20:8, 20:13, 65:17, 65:18, 66:15, 66:16, 66:18, 66:24, 127:16, 127:17, 137:2
**violent** [3] - 20:7, 21:8, 111:8
**virtual** [28] - 200:17, 200:18, 201:5, 201:6, 201:7, 201:17, 202:5, 202:7, 202:9, 202:14, 202:20, 202:23, 202:25, 203:2, 203:4, 203:5, 203:10, 203:14, 203:19, 203:24, 204:1, 204:2, 204:3, 204:7, 204:16, 204:19, 205:8, 205:12
**virtue** [1] - 38:3
**Virus** [1] - 130:20
**visit** [2] - 201:24, 202:17
**visited** [3] - 189:13, 191:21, 202:18
**voice** [1] - 98:1
**voir** [3] - 23:14, 43:1, 86:2
**Voir** [2] - 87:3, 208:11
**volume** [5] - 123:19, 136:8, 143:2, 198:8, 198:12
**voluminous** [1] - 4:1
**volunteering** [1] - 68:10
**VPN** [2] - 183:12, 188:21
**VPS** [6] - 165:6, 174:12, 183:6, 183:22, 186:13, 187:25
**vulnerable** [1] - 26:18

**W**

**wait** [8] - 10:4, 24:5, 38:16, 58:3, 81:21, 108:1, 126:2, 126:6
**walks** [1] - 93:13
**wants** [1] - 53:18
**War** [5] - 84:22, 90:10, 91:21, 92:11, 92:12
**war** [5] - 15:23, 15:25, 55:24, 92:1, 92:13
**Washington** [12] - 14:17, 14:19, 32:9, 83:4, 83:6, 83:7, 83:10, 83:12, 84:7, 85:6, 92:22, 114:13
**watch** [1] - 141:3
**watched** [1] - 141:6
**watermark** [7] - 124:15,

124:18, 127:8, 143:12, 146:2, 146:5, 146:11
**watts** [1] - 6:24
**ways** [4] - 91:4, 94:1, 94:23, 158:20
**weaker** [1] - 63:2
**wealth** [1] - 39:4
**weaponized** [1] - 137:25
**web** [27] - 57:22, 59:11, 91:2, 115:17, 115:19, 115:20, 116:2, 116:3, 116:4, 116:20, 134:15, 141:13, 141:20, 150:23, 150:25, 151:4, 151:6, 151:8, 151:9, 151:12, 151:14, 155:19, 163:19, 165:18, 179:5, 182:14, 189:21
**website** [16] - 57:23, 84:9, 91:11, 124:21, 143:13, 145:1, 159:18, 164:6, 165:25, 179:12, 179:22, 180:17, 202:9, 202:17, 203:3
**websites** [18] - 58:4, 110:6, 143:6, 161:2, 165:19, 165:21, 166:6, 166:10, 166:13, 179:5, 179:8, 189:9, 189:17, 189:18, 190:4, 201:2, 201:24
**Wechsler** [1] - 35:5
**week** [7] - 16:22, 32:19, 51:13, 91:8, 109:4, 110:9
**weeks** [5] - 20:23, 73:8, 80:1, 101:6, 101:7
**weight** [6] - 9:22, 10:11, 42:19, 43:8, 91:19
**welcome** [1] - 39:5
**West** [1] - 1:24
**west** [9] - 19:7, 63:14, 67:3, 97:15, 97:25, 98:25, 109:10, 109:21, 117:7
**western** [10] - 68:22, 68:23, 85:14, 95:21, 96:5, 96:7, 96:23, 97:4, 109:3, 110:2
**Western** [1] - 85:10
**Westerners** [1] - 68:4
**westerners** [1] - 137:1
**Westlaw** [1] - 9:8
**whatnot** [1] - 116:15
**whereas** [1] - 116:2
**Whereof** [1] - 209:9
**whichever** [1] - 38:20
**White** [1] - 17:11
**whole** [8] - 21:18, 45:2, 45:23, 57:13, 107:4,

170:19, 196:15, 197:18
**wife** [3] - 30:20, 33:8, 33:11
**Wilkinson** [1] - 8:23
**willful** [1] - 3:13
**Williams** [1] - 9:12
**willing** [1] - 99:8
**Wilmington** [2] - 86:17, 86:25
**Windows** [10] - 195:14, 195:20, 195:22, 196:12, 196:21, 197:3, 197:9, 197:11, 200:3, 200:20
**winter** [1] - 67:20
**wish** [2] - 38:20, 39:20
**withdrew** [1] - 14:21
**WITNESS** [144] - 11:4, 11:5, 11:9, 13:17, 13:19, 13:21, 13:23, 14:3, 20:21, 23:6, 23:9, 24:7, 26:1, 26:3, 29:9, 29:13, 29:16, 29:19, 30:10, 30:13, 30:15, 30:17, 30:25, 31:3, 31:6, 32:8, 43:10, 43:13, 43:17, 43:25, 52:10, 54:14, 54:16, 54:20, 58:8, 58:17, 58:22, 59:6, 59:20, 62:5, 62:20, 63:6, 66:3, 66:6, 78:21, 80:15, 80:22, 81:17, 81:25, 82:9, 82:10, 82:14, 86:18, 86:21, 86:24, 87:1, 91:23, 92:2, 92:4, 92:10, 100:24, 102:14, 102:22, 103:1, 103:15, 103:20, 103:24, 107:15, 107:19, 108:4, 108:20, 109:15, 109:19, 112:25, 113:5, 113:6, 113:10, 117:21, 133:8, 134:2, 134:9, 135:2, 135:4, 135:7, 145:9, 145:11, 149:5, 149:8, 150:7, 150:11, 150:16, 153:20, 153:21, 153:25, 157:12, 158:5, 158:7, 162:23, 165:14, 169:5, 170:18, 170:24, 171:5, 174:9, 174:12, 174:14, 174:19, 174:22, 174:25, 175:2, 175:5, 175:10, 176:1, 177:13, 180:1, 180:3, 187:1, 187:6, 187:9, 187:11, 187:15, 188:4, 188:8, 188:11, 192:4, 192:8, 192:11, 192:16, 192:20, 194:5, 194:12, 194:16, 201:19, 201:25, 202:4, 202:11, 202:24,

208:4, 208:5, 208:9, 208:10, 208:13, 208:17, 208:20
**witness** [36] - 6:1, 9:19, 10:19, 39:22, 40:18, 40:23, 52:20, 52:21, 59:7, 69:4, 81:20, 85:19, 100:1, 107:16, 110:22, 112:17, 112:19, 112:22, 114:9, 117:13, 117:24, 117:25, 118:2, 120:12, 120:19, 120:21, 125:19, 135:24, 140:7, 140:9, 153:17, 158:10, 173:23, 192:23, 208:14
**Witness** [1] - 209:9
**witness's** [1] - 37:12
**WITNESSES** [1] - 208:16
**woman** [2] - 134:4, 134:10
**wonder** [1] - 169:10
**woods** [1] - 64:4
**word** [8] - 46:5, 52:11, 52:19, 53:25, 54:9, 103:9, 168:1, 174:24
**words** [4] - 49:23, 102:20, 138:23, 201:16
**worker** [1] - 121:19
**works** [2] - 42:11, 99:17
**world** [7] - 16:19, 88:22, 89:18, 96:19, 171:2, 180:4, 197:22
**World** [1] - 144:23
**worldwide** [3] - 197:15, 197:17, 197:18
**worst** [1] - 111:18
**would-be** [1] - 147:10
**wrap** [2] - 205:20, 206:7
**Wright** [3] - 117:13, 117:21, 140:6
**write** [11] - 11:23, 21:19, 32:14, 35:22, 101:19, 104:22, 107:5, 115:10, 118:25, 119:6, 119:9
**writer** [1] - 130:15
**writing** [6] - 50:14, 105:2, 106:7, 118:19, 200:7, 200:9
**written** [16] - 5:8, 5:9, 6:11, 38:9, 42:17, 87:15, 87:17, 89:3, 89:13, 89:23, 91:6, 91:10, 102:9, 102:17, 106:11, 116:17
**wrote** [11] - 25:2, 25:6, 45:17, 46:22, 57:5, 71:19, 72:7, 72:23, 73:8, 104:2, 104:15

**Y**

**ye** [1] - 150:1
**year** [21] - 13:20, 14:17, 15:9, 16:2, 16:16, 20:14, 20:15, 29:15, 32:3, 45:18, 68:7, 71:11, 71:15, 79:11, 88:5, 89:21, 89:23, 95:19, 137:21, 167:10
**year-long** [1] - 16:16
**years** [41] - 14:20, 14:22, 15:3, 15:5, 15:10, 20:8, 22:11, 22:13, 23:22, 23:22, 26:7, 28:16, 28:18, 28:25, 29:16, 30:2, 30:4, 30:11, 30:20, 31:19, 33:14, 33:25, 38:2, 39:15, 41:15, 63:22, 79:14, 83:11, 85:8, 89:14, 93:25, 111:14, 113:22, 114:20, 115:14, 138:19, 139:13, 154:7, 163:7, 189:19, 197:16
**York** [15] - 9:6, 9:7, 9:12, 13:19, 14:10, 27:18, 28:3, 62:2, 63:21, 85:21, 88:5, 99:3, 114:24, 120:13, 139:2
**young** [1] - 63:23
**yourself** [4] - 52:23, 67:14, 116:18, 197:2
**YouTube** [5] - 146:16, 146:18, 146:21, 147:1, 147:5
**yup** [2] - 143:3, 143:14

**Z**

**Z-E-L-I-N** [1] - 82:15
**Zadeh** [1] - 20:23
**Zajac** [2] - 1:23, 209:3, 209:14
**ZELIN** [2] - 82:9, 208:10
**Zelin** [13] - 69:10, 82:8, 82:14, 82:23, 85:25, 87:5, 92:22, 100:4, 104:21, 108:1, 108:10, 108:13, 110:4
**zero** [1] - 94:16
**zeroed** [1] - 52:7
**zones** [1] - 119:18