**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

February 7, 2018

MEMORANDUM TO COUNSEL

    Re:    *United States of America v. Elshinaway*
            Criminal No.:  ELH-16-09

Dear Counsel:

    This Memorandum summarizes our discussions during the telephone conference held on February 7, 2018.

    As you know, the Court has scheduled an additional sentencing hearing for Monday, February 12, 2018, commencing at 11:00 a.m.  At that hearing, it is my understanding that the government intends to introduce a limited amount of additional evidence.  Thereafter, the Court will hear argument from counsel concerning the following:  1) whether or not the defendant has breached his proffer agreement, and 2) whether or not the terrorism enhancement applies to this case.

    By the close of business on Monday, February 12, 2018, counsel shall submit Proposed Sentencing Findings of Fact and Conclusions of Law, with citations to the record, and not to exceed 15 pages in length.  In a separate section, counsel may include additional proposed findings of fact and conclusions of law predicated on the use of the defendant's proffer in August 2017.

    It is my intention to issue a written opinion addressing the issues of the use of the proffer and the terrorism enhancement.  Following issuance of the opinion, at a date to be determined, the Court will hold another sentencing hearing as to the calculation of the advisory sentencing guideline range and argument as to the factors under 18 U.S.C. § 3553(a).

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                   Sincerely,

                                                   /s/
                                               Ellen Lipton Hollander
                                               United States District Judge