**U.S. v. Elshinawy**  
**Criminal No. ELH-16-0009**

Contrary Sentencing Arguments and Proffer Statements

Govt. Ex. 22 - Page 1

| Sentencing Argument 1 ||||
|---|---|---|---|
| **Defendant argues he received no definitive instructions regarding attack planning and points to his false statements to the FBI in July 2015 to support of his claim.** || **Defendant's Proffer Statements** ||
| Def. Stcg. Mem. (ECF 138) | Page 4 "In late March 2015, Mr. Elshinawy began receiving money from ISIS to fund some kind of operation in the United States, the nature of which is unknown." <br><br> Page 21 "[W]hatever discussions Mr. Elshinawy did have about a terrorist attack occurred via encrypted applications, for which records are irretrievable. Mr. Elshinawy described to the agents during his first and second interviews that he was provided little to no specific direction by his ISIS contacts regarding the type of attack to launch. His ISIS contacts merely provided Garland, Texas as a reference." || Defendant stated his ISIS contact ("the guy in Syria"), with whom he communicated regarding the money transfers, gave him three options for a terrorist attack – be a suicide bomber, do some sort of operation, or travel to Syria to fight with ISIS. Defendant said he was not ready to be a suicide bomber or travel to Syria, so he decided to conduct his own operation.<br><br>Defendant stated his ISIS contact sent three encrypted and password protected pictures of three different people as potential targets, one of whom was in Texas. Defendant "googled" the name of the Texas subject and discovered he owned an insurance company in Texas. Defendant knew this individual to be the target of an ISIS assassination for which the defendant would be the intended killer.<br><br>Defendant stated his ISIS contact sent him an encrypted Book of the Mujahideen as a guide for ways in which to conduct the intended assassination.||
| Def. Stcg. Ex. 4 Sageman Report (ECF 138-4) | Pages 20-21 "As the FBI 302 of his July 17, 2015 interview stated, 'no guidance was given' but 'the Draw Mohammed Contest in Texas was given as an option.'" <br><br> "In the discovery material, there is no act in furtherance that might shed light on what Mr. Elshinawy's plan might have been. Mr. Elshinawy told the FBI that he was not given specific direction by his contact, who mentioned the Garland, Texas attempted attack against participants in the Draw Mohammed contest." || During the planning to assassinate the subject in Texas, the ISIS contact advised the defendant on ways to maintain operational security, including not using credit cards for gas or hotels, buying face masks and a police scanner, and using multiple passports to evade law enforcement while traveling.<br><br>Defendant advised his ISIS contact that he needed $6-7,000 for a new car to drive to Texas to do the assassination. Both agreed that this much money could not be sent at once, so the plan changed.||

**U.S. v. Elshinawy**　　　**Contrary Sentencing Arguments and Proffer Statements**　　　Govt. Ex. 22 - Page 2
**Criminal No. ELH-16-0009**

| | Sentencing Argument 2 | |
|---|---|---|
| | Defendant argues he had no attack plans of his own and took no steps to further any such plan. | Defendant's Proffer Statements |
| Def. Stcg. Mem. (ECF 138) | Page 21<br>"Mr. Elshinawy's particular objectives, beyond harboring the idea of committing some generalized terrorist attack, are unknown."<br><br>Page 23<br>"[Defendant's] contact with the [UK] company appears to be limited solely to conversation directed at getting money for his operation, but he had no specific plan in mind."<br><br>"No concrete evidence exists to determine the nature of the attack that Mr. Elshinawy was contemplating.  Therefore, the Court similarly cannot draw any conclusions as to whether Mr. Elshinawy's motive was to initimdate or coerce a civilian population.  As this case demonstrates, since Mr. Elshinawy never actually formulated a specific plan, neither the [terrorism] enhancement nor Note 4 [of § 3A1.4] applies."<br><br>Pageg 35<br>"… Mr. Elshinawy had not formulated any specific plan for a terrorist operation in the United States and took no steps in furtherance of any specific plan …." | Defendant stated that after the Texas plan was shelved, he was instructed to check for events to target and provide progress reports to his ISIS contact of what he was doing.<br><br>Defendant stated that he agreed to make a bomb that he would place somewhere where it would kill a lot of people.  The ISIS contact said ISIS would provide whatever monies the defendant needed to accomplish his task.<br><br>Defendant said he told Individual 1 and the ISIS contact that he did not know how to make a bomb, or what to do: he was told to take his time and he would be taught.  Defendant said he subsequently received 16-17 encrypted Dropbox links of videos on how to make a bomb.  He stated that he used Linux and Trucrypt and an unnamed browser to access and view these videos, which provided step by step instructions on how to make a peroxide based bomb. |
| Def. Reply Stcg. Mem. (ECF 143) | Page 5<br>Raising inference that defendant had no attack plans: "Mr. Elshinawy never discussed the details of any operation or plan with Tamer on Facebook, or in any other forum for which evidence exists…. Mr. Elshinawy vaguely referenced 'a dream project' and asked whether 'making a small thing with a silencer' was 'difficult or easy.' It is impossible to glean from this information the nature of any attack." | |
| Stcg. Hearing Sageman Test. (ECF 190) | Pages 50-51 (Def. Direct Exam)<br>Stating that the nature of the attack defendant wanted to conduct was vague and there was nothing specific the defendant zeroed in on, but then acknowledging that defendant provided different information in his proffer.  (Cross-exam not permitted regarding proffer.) | |

**U.S. v. Elshinawy**  **Contrary Sentencing Arguments and Proffer Statements**  Govt. Ex. 22 - Page 3
**Criminal No. ELH-16-0009**

| | Sentencing Argument 3 | |
|---|---|---|
| | Defendant argues that due to certain conversations with his brother, he decided to abandon his ISIS-related plans before the FBI visited him on July 17, 2015. | Defendant's Proffer Statements |
| Def. Stcg. Mem. (ECF 138) | Pages 7-8<br>"Mr. Elshinawy's brother, Ahmed Elshinawy, was critical to Mr. Elshinawy's decision to abandon any plan for a terrorist attack …. [O]n July 8, nine days before the FBI knocked on his door, [defendant] wrote to Ahmed that he was 'convinced' of the story [of Uwais told to him by his brother on June 28], and, as a result, decided not to travel to Syria." | Defendant stated that at a point in time, not specified, he received a suspicious Friend request on his social media account and suspected he was being followed by the FBI.<br><br>Defendant stated that after he received the suspicious Friend request, he told his ISIS contact and Individual 1 that the FBI was onto him and he was stopping, prompting the ISIS contact to instruct him to abort and come to Syria.<br><br>When asked about his brother, Defendant never identified any influence from his brother affecting his plans regarding attack planning, travel to Syria, joining ISIS, etc. |
| Def. Reply Stcg. Mem. (ECF 143) | Page 6<br>"As Dr. Sageman described in his expert report, Mr. Elshinawy's communications with his brother were paramount to his decision not to travel to Syria and to disentangle himself from ISIS – all communications which occurred prior to the FBI's first interview on July 17, 2015." | |
| Def. Stcg. Ex. 4 Sageman Rpt. (ECF 138-4) | Page 19<br>"By July 8, Mr. Elshinawy wrote his brother that he was convinced by Uwais' story, meaning that he had given up going to Syria altogether.'"<br><br>Page 22<br>"By July 8, 2015, Ahmed convinced Mr. Elshinawy not to go to Syria and not to engage with the Islamic State with the story of Uwais al-Qarani.  As mentioned earlier, this abandonment happened before the FBI came to interview Mr. Elshinawy." | |
| Stcg. Hearing Sageman Test. (ECF 190) | Pages 49-50 (Def. Direct Exam); 69-71 (Govt. Cross Exam)<br>Opining that the defendant had abandoned his ISIS-related plans after being convinced, and talked out of it, by his brother. | |

**U.S. v. Elshinawy**  
**Criminal No. ELH-16-0009**

Contrary Sentencing Arguments and Proffer Statements

Govt. Ex. 22 - Page 4

| | Sentencing Argument 4 | |
|---|---|---|
| | Defendant argues that his use of a Linux operating system is not a factor that evidences his intent to conceal his criminal conduct. | Defendant's Proffer Statements |
| Def. Reply Stcg. Mem. (ECF 143) | Page 9<br>"Mr. Elshinawy's conduct [in consenting to search of his computers in July 2015] does not evidence a desire to hide his activities."<br><br>"The government has made no contention that Mr. Elshinawy modified his computers in any way between the date of the first FBI interview and the October 9, 2015, search to prevent the government from obtaining information about his activities."<br><br>"… Mr. Elshinawy's use of a Linux operating system is hardly novel or nefarious."<br><br>"… Mr. Elshinawy utilized a form of Linux known as 'Ubuntu,' a popular and user-friendly interface."<br><br>Page 10<br>"… Mr. Elshinawy ran Ubuntu from a thumb drive on his HP computer because the hard drive on that laptop was irreparably damaged…." (raising inference that this was the sole, or primary, reason for utilizing Linux). | Defendant stated his ISIS contact told him to use Linux if he wanted to hide his tracks. |
| Stcg. Hearing Hajeski Test. (ECF 190) | Page 13-14 (Defense Cross Exam)<br>Defense counsel sought to have Ms. Hajeski confirm that the Ubuntu interface for Linux that defendant was using was commonly used and user friendly – in response Ms. Hajeski testified that Linux is not a very popular system, Ubuntu is not that common, and Ubuntu is not among the more user-friendly versions of Linux. | |

**U.S. v. Elshinawy**  **Contrary Sentencing Arguments and Proffer Statements**  Govt. Ex. 22 - Page 5
**Criminal No. ELH-16-0009**

| Sentencing Argument 5 ||||
|---|---|---|---|
| Defendant argues his association with ISIS was brief. |  || Defendant's Proffer Statements |
| Def. Stcg. Mem. (ECF 138) | Page 30<br>"Mr. Elshinawy's association with ISIS was brief." || Defendant stated his support of ISIS began when he was in Egypt during the Egyptian revolution. (Defendant in Egypt from early July 2012 through early November 2013.) |

**U.S. v. Elshinawy**
**Criminal No. ELH-16-0009**

Contrary Sentencing Arguments and Proffer Statements

Govt. Ex. 22 - Page 6

| Sentencing Argument 6 | | |
|---|---|---|
| Defendant argues he was fully cooperative with the FBI. | | Defendant's Proffer Statements |
| Def. Stcg. Mem. (ECF 138) | <u>Page 9</u><br>"Mr. Elshinawy … cooperated with the government's investigation."<br><br><u>Page 26</u><br>"Mr. Elshinawy's conduct [following his July 2015 interviews] … can hardly be characterized as obstructionist."<br><br><u>Page 35</u><br>"Mr. Elshinawy … confessed to the FBI, and cooperated with the FBI's investigation."<br><br>"Mr. Elshinawy confessed his crimes to the FBI." | Defendant stated he deleted all links and videos provided to him by his ISIS contact the minute the door shut behind the interviewing agents on July 17, 2015, because he did not want anyone to see them and he was being cautious.<br><br>Defendant stated that the FBI agents who searched his home in October 2015 missed locating and seizing a phone and a scrap of paper containing a very important password. He stated he tore up the piece of paper and threw it away.<br><br>When asked to explain why he never revealed any information to the FBI in July 2015 about the attack planning and instructions he received, and his other conduct in deleting evidence, the defendant had no response. |
| Def. Reply Stcg. Mem. (ECF 143) | <u>Pages 10-11</u><br>"Mr. Elshinawy's deletion of [his social media] communications also demonstrates nothing more than that Mr. Elshinawy was acting as persons engaged in criminal activity would act." | |

**U.S. v. Elshinawy**
**Criminal No. ELH-16-0009**

Contrary Sentencing Arguments and Proffer Statements

Govt. Ex. 22 - Page 7

| | | | |
|---|---|---|---|
| | Sentencing Argument 7 | | |
| Defendant argues his contact with the UK Company was limited to getting money for his operation. | | | Defendant's Proffer Statements |
| Def. Stcg. Mem. (ECF 138) | Page 23<br>"[Defendant's] contact with the [UK] company appears to be limited solely to conversations directed at getting money for his operation …."<br><br>Page 33<br>"Mr. Elshinawy was neither part of, nor privy to, any information about the [UK] company's aims or operations beyond his specific transactions." | | Defendant stated that in one of his conversations with his ISIS contact, with whom he spoke every day for several months via Telegram and Surespot, the contact told him that they [ISIS] would win the war if it were not for the USA's drones, stating, "the drones are killing us." |