**USA**

**vs.**

**MOHAMED ELSHINAWY**

**Criminal No. ELH-16-009**                                        **Court's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|---:|
| 18 | 02/12/18 | | Video |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |