USA

vs.

MOHAMED ELSHINAWY

**Criminal No. ELH-16-009**

**Defendant Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|---:|
| **1** | **02/12/18** | | **Photo of Notes** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)