# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

USA

vs.  Case No.: ELH-16-009

**MOHAMED ELSHINAWY**
**Defendant**

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| | ALL |
| All Government's exhibits returned: _____ | All Defendant's exhibits returned: 02/12/18 |

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:

Counsel for Defendant(s): [signature]

Date: February 12, 2018

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits