**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

February 15, 2018

LETTER TO COUNSEL

    Re:   *United States of America v. Elshinawy*
           Criminal No.: ELH-16-09

Dear Counsel:

    I have reviewed your proposed findings of fact and conclusions of law, filed February 13, 2018, pursuant to the Court's request in ECF 213. *See* ECF 223 (Defendant); ECF 225 (Government). Although counsel have previously submitted lengthy memoranda, these submissions essentially amount to additional memoranda setting forth your respective contentions.

    Proposed findings of fact are typically presented in separate, discrete, numbered paragraphs, fact by fact, usually with supporting citations to the record. They can be organized by category, if that is appropriate. *See*, *e.g.*, RDB-16-3105, ECF 146 and 147; CCB-13-3075, ECF 193, 196.

    Some of the assertions in your submissions are not supported by citations to the record, as I requested in ECF 213. For example, at ECF 225 at 4, the government cites an earlier sentencing memorandum for authority. And, despite the references to Ibacstel Limited ("Ibacs") at the hearings, it does not appear that the government mentioned it in ECF 225. The defendant, too, has no citations for several of its assertions. *See*, *e.g.*, ECF 223 at 2, 6. For example, the defense claims, without citation to the record, that the defendant provided law enforcement with a password to decript his Linux system.

    Clearly, there was an unfortunate misunderstanding as to what I had hoped to receive from counsel.

                                                 Sincerely,

                                                 /s/
                                            Ellen Lipton Hollander
                                            United States District Judge