BROWN GOLDSTEIN LEVY

Chelsea J. Crawford
ccrawford@browngold.com

February 16, 2018

**VIA CM/ECF**
The Honorable Ellen L. Hollander
United States District Court
For the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

  Re: *United States v. Mohamed Elshinawy*
     Case No. ELH-16-0009

Dear Judge Hollander:

  I write to clarify a matter raised by Mr. Clark at the conclusion of the hearing today regarding application of the terrorism enhancement. The defense does <u>not</u> contend that Mr. Elshinawy's acceptance of money from ISIS was a scam. Mr. Elshinawy admitted in his plea agreement that he received cash from a foreign company "to be used to fund a terrorist attack in the United States." *See* ECF No. 120, at Attachment A 1–2. Mr. Elshinawy also conceded in his sentencing papers that the money he received from ISIS was for the purpose of conducting such an attack. *See* ECF No. 138, at 5; ECF No. 143, at 13; ECF No. 223, at 8. While Mr. Elshinawy accepted money from ISIS for this purpose, it has been the defense's position that Mr. Elshinawy ultimately never spent the money he received for this purpose, and, indeed, never formulated any particular or specific terrorist plot in the United States.

  We hope that this will resolve any questions that may have arisen at the hearing today regarding the defense's position.

            Respectfully submitted,

            /s/

            Chelsea J. Crawford

cc: AUSA Christine Manuelian
   AUSA Kenneth Clark