

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

| | | |
|---|---|---|
| Stephen M. Schenning<br>*Acting United States Attorney* | *36 South Charles Street*<br>*Fourth Floor*<br>*Baltimore, Maryland 21201* | *DIRECT: 410-209-4859*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-0717* |
| *Kenneth S. Clark*<br>*Assistant United States Attorney* | | *TTY/TDD: 410-962-4462*<br>*Kenneth.Clark@usdoj.gov* |

February 22, 2018

**VIA ECF**

The Honorable Ellen L. Hollander
United States District Court
     for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

     **Re:**    **United States v. Elshinawy, No. ELH-16-009**

Dear Judge Hollander:

     In response to their request, we have provided defense counsel with a copy of the PowerPoint presentation that we reviewed during the hearing on Friday, February 16, 2018 in the above matter.  Although we did not plan to submit that presentation as a formal exhibit (as it simply summarizes material referenced in our pleadings), we would be happy to provide the court with a copy if it would be helpful.

     Of course, if you have any questions please do not hesitate to contact us.

     Sincerely,

     __/s/_____
     Kenneth S. Clark
     Assistant United States Attorney

cc:    J. Treem, Esq.
       S. Simms, Esq.
       C. Crawford, Esq.
       C. Manuelian, Esq.