IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>MOHAMED Y. ELSHINAWY,<br>*Defendant*. | Criminal No. ELH-16-009 |

**ORDER**

For the reasons set forth in the preceding Memorandum Opinion, the Court makes the following findings:

1) The defendant's offense level under U.S.S.G. § 2M5.3 is 28;

2) The defendant is subject to a 12-level upward adjustment because his offense was intended to promote a federal crime of terrorism, under U.S.S.G. § 3A1.4;

3) The defendant is subject to a two-level reduction in offense level under U.S.S.G. § 3E1.1, for his acceptance of responsibility for the offense;

4) The defendant's criminal history category under the U.S.S.G. § 5A is VI, pursuant to § 3A1.4;

5) Based on a total offense level of 38 and a criminal history category of VI, defendant's Guidelines Range is 360 months to 816 months, pursuant to U.S.S.G. § 5G1.2(b).

6) The defendant breached his proffer agreement with the government.

Date: March 28, 2018

_____/s/_____
Ellen Lipton Hollander
United States District Judge