**BROWN GOLDSTEIN LEVY**

Joshua R. Treem  
jtreem@browngold.com

March 29, 2018

**VIA CM/ECF**
The Honorable Ellen L. Hollander
United States District Court
For the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *United States v. Mohamed Elshinawy*
             Case No. ELH-16-0009

Dear Judge Hollander:

      In an abundance of caution, the defense writes to clarify the scope of Your Honor's March 28, 2018 Memorandum Opinion and Order. ECF Nos. 234, 235. The Opinion and Order do not specifically address Mr. Elshinawy's request for a downward departure pursuant to U.S.S.G. § 4A1.3 on the ground that criminal history category VI substantially over-represents his true criminal history category. *See* ECF No. 143, at 18–19 *citing United States v. Benkahla*, 501 F. Supp. 2d 748, 757 (E.D. Va. 2007), *aff'd* 530 F.3d 300 (4th Cir. 2008).

      The Opinion and Order also do not explicitly resolve Mr. Elshinawy's objection to the recommendation in the PSR by Probation Officer Manisha Garner for an upward departure pursuant to U.S.S.G. § 5K2.14. *See* ECF No. 138, at 27. As the defense argued in its Sentencing Memorandum, the USPO failed to cite to any facts in support of such an upward departure. It is also not included in the plea agreement.

                                        Very truly yours,

                                          /s/

                                        Joshua R. Treem