**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

March 29, 2018

LETTER TO COUNSEL

    Re:   *United States v. Mohamed Elshinawy*
            Crim. No. ELH-16-009

Dear Counsel:

    I have received Mr. Treem's letter dated March 29, 2018 (ECF 237), concerning the scope of the Court's Memorandum Opinion and Order of March 28, 2018. *See* ECF 234; ECF 235. Mr. Treem noted two topics that were not addressed in the Memorandum Opinion: defendant's request for a downward departure pursuant to U.S.S.G. § 4A1.3, and defendant's objection to ¶ 83 of the presentence report, concerning a potential upward departure based on U.S.S.G. § 5K2.14.

    I shall address both issues at the sentencing hearing tomorrow. The Memorandum Opinion resolved issues pertaining to the calculation of defendant's Guidelines Range, as well as the dispute regarding the proffer agreement. Other matters that bear on the sentence under 18 U.S.C. § 3553(a) will be considered at the hearing. In my view, arguments pertaining to U.S.S.G. §§ 4A1.3 and 5K2.14 are akin to the factors in § 3553(a), and are appropriate to entertain in the same discussion.

                                   Very truly yours,

                                   /s/

                                   Ellen Lipton Hollander
                                   United States District Judge