## UNITED STATES OF AMERICA

vs.

## MOHAMED ELSHINAWAY

Civil/Criminal No. ELH-16-009                    **Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 3/30/18 | 3/30/18 | Letter |
| 2 | 3/30/18 | 3/30/18 | GW Chart |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exhibit List (Rev. 3/1999)