IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | * | |
| vs. | * | Case No.: ELH-16-0009 |
| MOHAMED ELSHINAWY<br>Defendant | * | |
| | * | |

******

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| | ALL |

All Plaintiff's/Government's exhibits returned: _____

All Defendant's exhibits returned: 3/30/18

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:
_____

Counsel for Defendant(s):
*Chelsea J. Crawford*

Date: March 30, 2018

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits