# United States District Court
## District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

April 2, 2018

LETTER TO COUNSEL

    Re:   *United States of America v. Elshinawy*
           Criminal No.:  ELH-16-09

Dear Counsel:

    As you know, on Friday, March 30, 2018, the Court held a lengthy sentencing hearing in this matter. Prior to the hearing, I had determined that Mr. Elshinawy was subject to the terrorism enhancement under U.S.S.G. § 3A1.4(a). *See* ECF 234 (Memorandum Opinion); ECF 235 (Order). Therefore, the defendant's criminal history was automatically deemed to be a category VI, under U.S.S.G. § 3A1.4(b). *Id.*

    At the hearing, the Court considered, *inter alia*, the defense's contention that a criminal history category of VI is a fictional overrepresentation of criminal history. On this basis, the defendant asked the Court, in its discretion, to depart to a criminal history category of I, under U.S.S.G. § 4A1.3(b). I denied the request, for the reasons stated on the record. However, I indicated that I would consider the matter in the context of 18 U.S.C. § 3553(a).

    Certainly, I was well aware of the defendant's lack of criminal history. But, upon the conclusion of the hearing, it occurred to me that I may not have explicitly referenced defendant's lack of criminal history in connection with my § 3553(a) analysis. Therefore, I am writing to advise counsel that the defendant's lack of any prior criminal history was, indeed, very much a part of my decision to reject the government's request for a 25-year sentence. Moreover, the defendant's lack of any prior criminal history weighed heavily in my decision to impose a variant sentence, well below the bottom of the advisory guidelines range.

                                               Sincerely,

                                               /s/
                                           Ellen Lipton Hollander
                                           United States District Judge