UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMED ELSHINAWY<br><br>Defendant. | Criminal No. ELH-16-0009 |

### NOTICE OF APPEAL PURSUANT TO FRAP 4(b)

Notice is hereby given that Mohamed Elshinawy, Defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the judgment and sentences entered in this case on March 30, 2018.

4-4-2018
Date

Signature

Mohamed Elshinawy
Name

By: Joshua Treem, Stuart O. Simms

Chelsea J. Crawford

120 East Baltimore Street, Suite 1700
Address

Baltimore, Maryland 21202
City/State/Zip

(410) 962-1030      (410) 385-0869
Phone No.          Fax

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2018, a copy of the foregoing Notice of Appeal was electronically filed and served on all counsel of record through the Court's CM/ECF system.