**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **v.** | * | **Criminal No. ELH-16-0009** |
| **MOHAMED ELSHINAWY,** | * | |
| **Defendant.** | * | |

**\*\*\*\*\*\*\***

**GOVERNMENT'S REDACTED EXHIBITS**
**IN SUPPORT OF ITS SENTENCING MEMORANDA**

The United States, by and through its undersigned counsel, hereby submits the attached redacted versions of its Sentencing Exhibits 6, 16, and 21.  The redacted information consists of personal identifying information subject to privacy restrictions.  The original exhibits, docketed respectively as ECF 139-8, 208-1 and 202-4, currently remain under seal pursuant to the terms of the Court's Protective Order dated September 8, 2016, ECF 62.

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney


By: _____/s/_____
Christine Manuelian
Assistant United States Attorney