# SEND MONEY







**FRAUD WARNINGS! STOP!**

**PLEASE READ THE QUESTIONS BELOW CAREFULLY TO HELP US PROTECT YOU FROM BECOMING A VICTIM OF FRAUD OR A SCAM**

Are you sending money:

- to someone you don't know or whose identity you cannot verify?
- to prove to someone that you have the available funds to buy a car, other goods, or to rent a property? Are you being asked by any 3rd party to provide any details about this transaction in part or in full by phone, email, fax or website?
- to buy a product/service or a pet via the internet or anywhere else in response to any offer that sounds very cheap in comparison to their expected price or looks 'too good to be true'?
- to claim lottery or prize winnings, inheritance, for a 'guaranteed' credit card, loan offer, refund of bank charges or attractive investments?
- in response to an internet offer, letter or phone call that asks you to send money for a 'job offer' or 'mystery shopping' or a 'charity'?
- to someone at home or overseas who claims to be your relative needing cash for an 'emergency' and you are unable to verify independently if the caller and the claims are genuine?
- to someone you met in an on-line chat room or dating web site for financial assistance? Examples: airplane ticket, medical bills, helping a relative, cashing a check, investing in a business deal, etc.
- to buy goods and services from someone who specifically recommends money transfer through MoneyGram as the preferred mode of payment?

**If you answered YES to any of these questions, DO NOT SEND the money transfer – someone may be trying to STEAL YOUR MONEY. Remember neither MoneyGram nor its agents will be liable if you ignore the fraud warnings above and still choose to send money for any of the reasons listed above.**

**PLEASE COMPLETE THIS FORM IN CAPITAL LETTERS**

## 1 YOUR DETAILS

First and Middle Names: ABDUL  Surnames/Family Names: SAMAD

Address: [redacted]

Town/City: [redacted]  Postal Code: [redacted]

Country: [redacted]  Sender's date and place of birth: [redacted] [redacted]

Telephone Number (incl. area code): [redacted]

## 2 HOW MUCH ARE YOU SENDING? (EXCLUDING FEE)

1500.00  Currency: USD

## 3 WHO ARE YOU SENDING MONEY TO?

First and Middle Names (As shown on ID): MOHAMED YOUSEF

Surname/Family Names (As shown on ID): ELSHINAWY  Country: USA

Personal message:

You can include a free, short message for the receiver of up to 40 characters (incl. spaces) e.g. "Happy Birthday Mother."

☐ Tick here if you are sending money on behalf of someone else or for an organisation. Please also complete the Third Party section on the reverse of the Agent copy of this form.

## 4 OPTIONS TO COLLECT FUNDS

☒ MoneyGram Agent Location ☐ Account Deposit* ☐ Card Deposit* ☐ Home Delivery*

*These options are only available in some countries and require a Registration Number. Ask your Agent how to register or call MoneyGram on 00800 8971 8971

Registration Number (RRN):

## 5 TEST QUESTION

**TEST QUESTION** DO NOT provide a test question and answer unless you have been asked to do so by our agent. Please remember that we will only ask you to provide a test question and answer in countries where it is mandatory by law or for transfers below a certain amount, when you tell us that the receiver will be unable to provide valid identification. Unless the test question is mandatory by law, a receiver will be able to collect the transferred amount with valid identification without providing the answer to the test question. Test questions and answers should never be considered as a guarantee of additional security for the money transfer.

Test Question:

Test Answer:

## 6 TERMS & CONDITIONS

**TERMS & CONDITIONS** This is our standard form client agreement upon which we intend to rely. For your own benefit and protection, you should read **Fraud Warnings** at the top of the page and the terms and conditions which apply to your transaction on the reverse of the form carefully **before signing below**. If you do not understand any point please ask for further information. **By signing below**, you also confirm that you are NOT sending this Money Transfer for any of the purposes listed and that you are not doing anything which you are warned not to do at the top of this form.

Sign here: [signature]  Date: 18032015

## 7 MONEYGRAM AGENT USE ONLY

| | | | |
|---|---|---|---|
| Amount Sent | 1076.82 | Payout Information | |
| Transfer Fee | 54.00 | Payout Currency Name e.g. GBP, Euro | $ US DOLLARS |
| Total to be Collected | 1130.82 | Exchange Rate | 1.392985 |
| | | Payout Amount | 1499.99 |

The Transfer fee is inclusive of any applicable taxes in the send country

For transaction requiring Sender's ID

Type of ID and Number: GBR Passport [redacted]

Date of Issue: 27022008

Date of Expiry: 27022018

Issuing Authority: UKPA

Sender's Occupation / Sender's Nationality (Optional):

## 8 YOUR MONEYGRAM TRANSACTION REFERENCE NUMBER.

Give this number to your intended Receiver ONLY.

29370828

Revised: October 2014

For details on how to make a complaint, please see paragraph 11 in our terms and conditions.

Top copy – Agent Bottom Copy – Customer

SIOOUKPO 1014

Govt. Ex. 6 -001

TOP UPS CONVENIENCE STORE, GWENT \ MONEYGRAM MONEY TRANSFER DOCUMENT NO 29370828 SENDER ABDUL SAMAD AND A

OP MOUNTER - X297 - FS...
TOP UPS CONVENIENCE STORE, GWENT MONEYGRAM MONEY TRANSFER DOCUMENT NO 29370828 SENDER ABDUL SAMAD AND A

```
Corporation Road                 FAD: 1885320
18/03/2015 17:06        TP:12  BP:02  SU: AA

      *** Branch Copy - Retain ***

Session Id: 2-653444
Txn Id: 1
Client: MoneyGram
Scheme: MoneyGram Send              Svc: 1
Token Type: BC                    Entry: 0
Ref: 98269351002701
Amount: 1130.82        Cash
Product No: 5882

PN: 9882
ONLINE_CHK1: OK
RCY: USA
OL2:
APOP_RESP:
VER: 1.1
RESULT:
RCODE: 0
ECODE: 0
APOP_RETURN:
C1C: USD
C1N: US DOLLAR
C2C: XXX
C2N: Not available
C3C: XXX
C3N: Not available
C4C: XXX
C4N: Not available
C5C: XXX
C5N: Not available
APOP_MSG:
VER: 1.1
OPT: 1
RCR: USD
SA: 1,130.82
OL3:
APOP_RESP:
VER: 1.1
RESULT:
RCODE: 0
ECODE: 0
APOP_RETURN:
FA: 54.00
SA: 1,076.82
SANC: 1076.82
RAM: 1,499.95
RCR: USD
ER: 1.392985
ERAN: 0
EER: 0.000000
VI: Y
TRN: 1,130.82
RCY: USA
DOP: WILL_CALL
RAAL: false
APOP_MSG:
VER: 1.1
CHKVAL: Continue
CHKPAY: Continue
SFN: ABDUL
SLN: SAMAD
SNP: 00447956499371
OL4:
APOP_RESP:
VER: 1.1
RESULT:
RCODE: 0
ECODE: 0
APOP_RETURN:
PII: Y
LII: N
TQI: 0
NDI: Y
APOP_MSG:
VER: 1.1
SAD:
Result: 00
QueryType: 1
Buildnum: [redacted]
Thoro: [redacted]
Town: [redacted]
Postcode: [redacted]
SCY: GBR
KCAP: Y
RFN: MOHAMED YOUSEF
RLN: ELSHINAWY
SID: PAS
SIN: 208839975
SIC: GBR
LIAB: Continue
OL5:
APOP_RESP:
VER: 1.1
RESULT:
RCODE: 0
ECODE: 0
APOP_RETURN:
REF: 29370828
ERA: 1.392985
SA: 1,076.82
RAM: 1,499.95
RCR: USD
VI: Y
FA: 54.00
TAM: 1,130.82
EDD: 18/03/2015
NDFA: 54.00
TOT: 2015-03-18T12:09:53.000-05:00
APOP_MSG:
VER: 1.1
REF: 29370828
TCOMP: Y
Amount: 1,130.82
VRTREC:
Result: OK
RCODE: 0
PAYINF: OK
```

SEND ACTIVITY - ABDUL SAMAD - EXHIBIT AJK/1

| SEND LEGACY REFERENCE NUMBER | SEND STATUS | SEND DATE | SEND COUNTRY | SEND DATE TIME | SEND FACE TRAN CURRENCY | SEND CURRENCY CODE | SEND CONSUMER LAST NAME | SEND CONSUMER FIRST NAME | SEND CONSUMER ADDR 1 | SEND CONSUMER CITY |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | |
| 29370828 | REF | Mar 18, 2015 | UNITED KINGDOM | Mar 18, 2015 12:09:55 PM | 1,076.82 | GBP | SAMAD | ABDUL | [redacted] | [redacted] |

| SEND CONSUMER POSTAL CODE | SEND CONSUMER PHONE NUMBER | RECEIVE DATE | RECEIVE FACE TRAN CURRENCY | RECEIVE CURRENCY CODE | RECEIVE COUNTRY | RECEIVE DATE TIME | RECEIVE CONSUMER LAST NAME | RECEIVE CONSUMER MIDDLE NAME |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | Mar.23.2015 | 1,076.82 | GBP | UNITED KINGDOM | Mar 23, 2015 11:06:01 AM | SAMAD | |



Govt. Ex. 6 -005

| RECEIVE CONSUMER FIRST NAME | RECEIVE CONSUMER ADDR 1 | RECEIVE CONSUMER CITY | RECEIVE CONSUMER POSTAL CODE | RECEIVE CONSUMER PHONE NUMBER | SEND AGENT NAME | SEND AGENT ADDR 1 |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| ABDUL | [redacted] | [redacted] | [redacted] | [redacted] | POST OFFICE - Corporation Road | CORPORATION ROAD POST OFFICE |

| SEND AGENT ADDR 2 | SEND AGENT CITY | SEND AGENT STATE | SEND AGENT POSTAL CODE | SEND AGENT COUNTRY | SEND AGENT PHONE NUMBER | RECEIVE AGENT LEGACY NUMBER | RECEIVE AGENT NAME |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | UNITED KINGDOM | | | |



Govt. Ex. 6 -007

| RECEIVE AGENT ADDR 1 | RECEIVE AGENT CITY | RECEIVE AGENT STATE | RECEIVE AGENT COUNTRY | SEND CONSUMER ID - PHOTO | SEND CONSUMER ID TYPE - PHOTO | SEND CONSUMER ID ISSUE COUNTRY |
|---|---|---|---|---|---|---|
| | | | | | | |
| [redacted] | [redacted] | MINNESOTA | UNITED KINGODM | [redacted] | Passport | [redacted] |

money Green No: 29370828

sent amount: £ 1.076.82
Receive amount: 1.499.99 USD

exchange rate: 1.392985

Total amount: ~~£ 1.130~~
Euro 1.130.82

sender details:

Name: ABDUL SAMAD

[redacted]

[redacted]

[redacted]

GBP

Federal Bureau of Investigation
EVIDENCE

ITEM # 2 ROOM # B
CASE # [redacted]
LOCATION [redacted]

DATE 10/9/15
DESCRIPTION Handwritten note with transaction info
WHERE FOUND Pull-out drawer next to Stove - Room B
LOC/WITNESS Jean Kennedy COLLECTED BY Michael J. Rosko

Govt. Ex. 6 -009

RECEIVE MONEY / RECIBO DE DINERO

1 MONEYGRAM REFERENCE NUMBER / NÚMERO DE REFERENCIA DE MONEYGRAM: 2 9 3 7 0 8 2 8

2 RECEIVE AMOUNT / CANTIDAD A RECIBIR: 1499.99

☐ Check if the amount received is to be loaded onto a card. / Compruebe si el importe recibido va a ser cargado en la tarjeta.

$499.99 Limit in AZ / Límite en AZ $499.99

3 RECEIVER / RECEPTOR — Agent may request additional information based on your transaction. / Es posible que el agente requiera información adicional según su transacción.

First Name / Primer Nombre: Mohamed
Middle Initial / Inicial: Y
Last Name(s) / Apellido(s): Elshinawy

Street / Calle: [redacted]

City / Ciudad: [redacted]
State / Estado: MD
Zip / C.P.: [redacted]

Telephone Number (include area code) / Teléfono (incluir código del área): ( [redacted]

4 SENDER / EMISOR

Sender's Name: / La Persona que Envía: ABDUL SAMAD

Sender's Telephone Number (include area code): / Número de Teléfono de la Persona que Envía (incluir código del área): ( )

What city and state was the transaction sent from? / ¿Desde que ciudad y estado se envió la transacción? [redacted] GB

5 RECEIVER'S SIGNATURE / FIRMA DE LA PERSONA QUE RECIBE

I acknowledge receipt of payment in full of the MoneyGram money transfer as provided above. / Admito haber recibido la transacción de MoneyGram como se indica en este recibo.

[signature] Date / Fecha ______

AGENT COPY / COPIA PARA EL AGENTE MG5002RUSONPG Q52726-U www.moneygram.com

▼ ▼ AGENT – TEAR OFF AND GIVE TO CUSTOMER ▼ ▼

Federal Bureau of Investigation
EVIDENCE

ITEM #: 8
ROOM #: A
CASE #: [redacted]
LOCATION:

DATE: 10/9/15
DESCRIPTION: notebook, Receipts, financial transaction receipts/paperwork
WHERE FOUND: Corner plastic cabinet
LOC/WITNESS: Sean Kennedy SK
COLLECTED BY: Michael J Rosk

Govt. Ex. 6 -010