Total Monies In and Out 2015

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | |
| 2 | Total Money In | | | | | | | | | | | |
| 3 | Means/Account | | | | | | | | Social Security Disability | Western Union | 7-Eleven Employment | Monthly Total |
| 4 | Month 2015 | | | | | | | | | | | |
| 5 | Jan | | | | | $435.00 | | | $787.00 | | | $1,222.00 |
| 6 | Feb | | | | $372.00 | | | | $787.00 | $200.00 | | $1,359.00 |
| 7 | Mar | | $1,441.20 | | $40.00 | | | | $787.00 | $200.00 | | $2,468.20 |
| 8 | April | | $1,923.39 | | $20.00 | | | $200.00 | $787.00 | $500.00 | | $3,430.39 |
| 9 | May | | $2,882.70 | $10.00 | | | | | $787.00 | $1,000.00 | | $4,679.70 |
| 10 | June | | | $30.17 | | | $2,325.23 | $1,801.50 | $787.00 | $2,000.00 | | $6,943.90 |
| 11 | July | | | | | | $420.00 | $89.00 | $787.00 | | | $1,296.00 |
| 12 | August | | | | | | $1,037.93 | $250.00 | $787.00 | | $570.65 | $2,645.58 |
| 13 | Sept | | | | | | $150.00 | | $787.00 | | $876.38 | $1,813.38 |
| 14 | Oct | | | | | | $680.00 | $400.00 | $787.00 | | | $1,867.00 |
| 15 | Nov | | | | | | $933.00 | $140.00 | $787.00 | | | $1,860.00 |
| 16 | Dec | | | | | | $211.00 | | $787.00 | | | $998.00 |
| 17 | Total | | $6,247.29 | $40.17 | $432.00 | $435.00 | $5,757.16 | $2,880.50 | $9,444.00 | $3,900.00 | $1,447.03 | $30,583.15 |
| 18 | | | | | | | | | | | | |
| 19 | Total Money Out | | | | | | | | | | | |
| 20 | Means/Account | | | | | | | | Social Security Disability | Western Union | 7-Eleven Employment | Monthly Total |
| 21 | Month 2015 | | | | -$122.99 | | | | | | | |
| 22 | Jan | | | -$365.00 | | | | -$820.29 | | | | -$1,185.29 |
| 23 | Feb | | | | -$289.07 | -$70.00 | | -$872.00 | | | | -$1,231.07 |
| 24 | Mar | | -$928.92 | | -$10.00 | | | -$767.00 | | | | -$1,705.92 |
| 25 | April | | -$1,414.17 | | -$9.95 | | | -$756.99 | | | | -$2,181.11 |
| 26 | May | | -$3,687.59 | -$8.97 | | | | -$1,031.12 | | | | -$4,727.68 |
| 27 | June | | | -$31.10 | | | -$1,674.43 | -$925.34 | | | | -$2,630.87 |
| 28 | July | | | | | | -$1,278.29 | -$1,935.00 | | | | -$3,213.29 |
| 29 | August | | | | | | -$1,162.56 | -$1,310.66 | | | | -$2,473.22 |
| 30 | Sept | | | | | | -$1,082.62 | -$1,066.43 | | | | -$2,149.05 |
| 31 | Oct | | | | | | -$754.99 | -$780.01 | | | | -$1,535.00 |
| 32 | Nov | | | | | | -$889.60 | -$413.92 | | | | -$1,303.52 |
| 33 | Dec | | | | | | $0.00 | -$988.62 | | | | -$988.62 |
| 34 | Total | | -$6,030.68 | -$40.07 | -$432.01 | -$435.00 | -$6,842.49 | -$11,667.38 | 0 | 0 | 0 | -$25,324.64 |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | | | | | | | | | | | | |
| 36 | Total Cash Withdraws | | | | | | | | | | | |
| 37 | Means/Account | | | | | | | | Social Security Disability | Western Union | 7-Eleven Employment | Monthly Total |
| 38 | Month 2015 | Date | | | | | | | | | | |
| 39 | Jan | | | | | | | | | | | |
| 40 | Feb | | | | -$240.00 | | | | | | | |
| 41 | Mar | 3/30/2015 | -$300.00 | | | | | | | | | |
| 42 | April | 4/1/2015 | -$20.00 | | | | | | | | | |
| 43 | | 4/16/2015 | -$200.00 | | | | | | | | | |
| 44 | | 4/16/2015 | -$100.00 | | | -$22.75 | | | | | | |
| 45 | | 4/16/2015 | -$100.00 | | | -$758.50 | | | | | | |
| 46 | | 4/18/2015 | -$100.00 | | | -$88.25 | | | | | | |
| 47 | | 4/18/2015 | -$300.00 | | | -$223.25 | | | | | | |
| 48 | May | 5/1/2015 | -$200.00 | | | -$20.00 | | | | | | |
| 49 | | 5/2/2015 | -$100.00 | | | -$65.00 | | | | | | |
| 50 | | 5/14/2015 | -$300.00 | | | | | | | | | |
| 51 | | 5/14/2015 | -$100.00 | | | | | | | | | |
| 52 | | 5/15/2015 | -$400.00 | | | | | | | | | |
| 53 | | 5/16/2015 | -$300.00 | | | | | | | | | |
| 54 | | 5/17/2015 | -$400.00 | | | | | | | | | |
| 55 | June | 6/8/2015 | | | | | -$22.75 | | | | | |
| 56 | | 6/10/2015 | | | | | | -$20.00 | | | | |
| 57 | July | 7/1/2015 | | | | | -$102.00 | | | | | |
| 58 | | 7/1/2015 | | | | | -$300.00 | | | | | |
| 59 | | 7/3/2015 | | | | | -$102.75 | | | | | |
| 60 | | 7/5/2015 | | | | | -$40.00 | | | | | |
| 61 | | 7/6/2015 | | | | | -$42.75 | | | | | |
| 62 | | 7/6/2015 | | | | | -$42.75 | | | | | |
| 63 | | 7/6/2015 | | | | | -$42.75 | | | | | |
| 64 | | 7/8/2015 | | | | | -$42.75 | | | | | |
| 65 | | 7/9/2015 | | | | | -$42.75 | | | | | |
| 66 | August | 8/7/2015 | | | | | -$22.75 | | | | | |
| 67 | | 8/10/2015 | | | | | -$20.00 | | | | | |
| 68 | | 8/11/2015 | | | | | -$22.75 | | | | | |
| 69 | | 8/27/2015 | | | | | -$22.75 | | | | | |
| 70 | September | 9/8/2015 | | | | | -$62.75 | | | | | |
| 71 | | 9/14/2015 | | | | | -$102.50 | | | | | |
| 72 | | 9/15/2015 | | | | | -$22.50 | | | | | |

|    | A | B | C | D | E | F | G | H | I | J | K | L |
|----|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 |   | 9/25/2015 |   |   |   |   | -$22.75 |   |   |   |   |   |
| 74 |   | 9/28/2015 |   |   |   |   | -$22.75 |   |   |   |   |   |
| 75 | October | 10/5/2015 |   |   |   |   |   | -$202.50 |   |   |   |   |
| 76 |   | 10/5/2015 |   |   |   |   |   | -$202.50 |   |   |   |   |
| 77 |   | 10/5/2015 |   |   |   |   |   | -$142.50 |   |   |   |   |
| 78 |   | 10/13/2015 |   |   |   |   | -$20.00 |   |   |   |   |   |
| 79 |   | 10/21/2015 |   |   |   |   |   | -$20.00 |   |   |   |   |
| 80 | November | 11/17/2015 |   |   |   |   | -$20.00 |   |   |   |   |   |
| 81 |   | 11/23/2015 |   |   |   |   | -$23.00 |   |   |   |   |   |
| 82 |   | 11/24/2015 |   |   |   |   | -$22.00 |   |   |   |   |   |
| 83 | December | 12/10/2015 |   |   |   |   |   | -$42.00 |   |   |   |   |
| 84 | Total Cash Withdraws |   | -$2,920.00 |   | -$240.00 | -$1,177.75 | -$1,187.75 | -$629.50 |   |   |   | -$6,155.00 |
| 85 |   |   |   |   |   |   |   |   |   |   |   |   |
| 86 |   |   |   |   |   |   |   |   |   |   |   |   |
| 87 | Total ISIS Money In | $8,447.29 |   |   |   |   |   |   |   |   |   |   |
| 88 | Total ISIS Money Out | $6,073.96 |   |   |   |   |   |   |   |   |   |   |
| 89 | Total Left Over | $2,373.33 |   |   |   |   |   |   |   |   |   |   |

Case 1:16-cr-00009-ELR-JCF Document 249-2 Filed 04/06/18 Page 4 of 25    Govt. Ex. 16 - 004

Chronological Cash In/Out - 2015

| Cash Source | Date | Cash Recevied | Date | Withdraw Amount |
|---|---|---|---|---|
| WU Cash | 2/15/2015 | $200.00 | | |
| WU Cash | 3/9/2015 | $200.00 | | |
| ISIS Cash | 3/23/2015 | $1,442.20 | 3/30/2015 | -$300.00 |
| | | | 4/1/2015 | -$20.00 |
| ISIS Cash | 4/16/2015 | $962.69 | 4/16/2015 | -$200.00 |
| | | | 4/16/2015 | -$100.00 |
| | | | 4/16/2015 | -$100.00 |
| | | | 4/18/2015 | -$100.00 |
| | | | 4/18/2015 | -$300.00 |
| Cash Deposit | 4/22/2015 | $200.00 | | |
| WU Cash | 4/27/2015 | $500.00 | 5/1/2015 | -$200.00 |
| ISIS Cash | 4/30/2015 | $960.70 | 5/2/2015 | -$100.00 |
| ISIS Cash | 5/14/2015 | $2,882.70 | 5/14/2015 | -$300.00 |
| | | | 5/14/2015 | -$100.00 |
| | | | 5/15/2015 | -$400.00 |
| | | | 5/16/2015 | -$300.00 |
| | | | 5/17/2015 | -$400.00 |
| WU Cash | 5/31/2015 | $1,000.00 | | |
| Cash Deposit | 6/1/2015 | $200.00 | | |
| Cash Deposit | 6/2/2015 | $200.00 | 6/8/2015 | -$22.75 |
| Techhouse Transfer | 6/4/2015 | $0.01 | 6/10/2015 | -$20.00 |
| Web Transfer from 7713 | 6/6/2015 | $50.00 | | |
| Web Transfer from 7713 | 6/8/2015 | $75.00 | | |
| Web Transfer from 7713 | 6/9/2015 | $0.50 | | |
| Stripe | 6/11/2015 | $5.22 | | |
| Web Transfer from 7713 | 6/15/2015 | $1.00 | | |
| Web Transfer from 7713 | 6/25/2015 | $75.00 | | |
| WU Cash | 6/25/2015 | $1,000.00 | | |
| WU Cash | 6/28/2015 | $1,000.00 | | |
| Cash Deposit | 6/29/2015 | $800.00 | | |
| Cash Deposit | 6/29/2015 | $200.00 | | |
| from PayPal | 6/30/2015 | $1,200.00 | | |
| Web Transfer from 8222 | 6/30/2017 | $600.00 | 7/1/2015 | -$102.00 |

| Key |
|---|
| 8222 - green |
| 7713 - yellow |
| 3661 - purple |
| WU 2015 - blue |
| 1095 - zero'ed out - not included |
| 3724 - zero'ed out - not included |
| 5183 - zero'ed out - not included |

| Cash Source | Date | Cash Recevied | Date | Withdraw Amount |
|---|---|---|---|---|
| | | | 7/1/2015 | -$300.00 |
| | | | 7/3/2015 | -$102.75 |
| | | | 7/5/2015 | -$40.00 |
| Web Transfer from 8222 | 7/6/2015 | $100.00 | 7/6/2015 | -$42.75 |
| | | | 7/6/2015 | -$42.75 |
| | | | 7/6/2015 | -$42.75 |
| Paypal | 7/7/2015 | $89.00 | | |
| Web Transfer from 8222 | 7/8/2015 | $320.00 | 7/8/2015 | -$42.75 |
| | | | 7/9/2015 | -$42.75 |
| | | | | |
| | | | | |
| Cash Deposit | 8/5/2015 | $800.00 | | |
| Web Transfer from 7713 | 8/5/2015 | $200.00 | | |
| Web Transfer from 7713 | 8/7/2015 | $50.00 | 8/7/2015 | -$22.75 |
| Web Transfer from 8222 | 8/10/2015 | $20.00 | 8/10/2015 | -$20.00 |
| Web Transfer from 8222 | 8/10/2015 | $40.00 | | |
| Web Transfer from 8222 | 8/10/2015 | $20.00 | | |
| Web Transfer from 8222 | 8/10/2015 | $20.00 | | |
| Web Transfer from 8222 | 8/10/2015 | $20.00 | | |
| | | | 8/11/2015 | -$22.75 |
| Web Transfer from 8222 | 8/13/2015 | $20.00 | | |
| Web Transfer from 8222 | 8/17/2015 | $3.55 | | |
| Straighttalk credit | 8/20/2015 | $46.38 | 8/27/2015 | -$22.75 |
| Web Transfer from 8222 | 8/30/2015 | $48.00 | 9/8/2015 | -$62.75 |
| | | | 9/14/2015 | -$102.50 |
| | | | 9/15/2015 | -$22.50 |
| | | | 9/25/2015 | -$22.75 |
| | | | 9/28/2015 | -$22.75 |
| | | | 10/5/2015 | -$202.50 |
| | | | 10/5/2015 | -$202.50 |
| | | | 10/5/2015 | -$142.50 |
| Cash Deposit | 10/7/2015 | $100.00 | | |
| Cash Deposit | 10/7/2015 | $100.00 | | |

Chronological Cash In/Out - 2015

Govt. Ex. 16 - 006

| Cash Source | Date | Cash Recevied | Date | Withdraw Amount |
|---|---|---|---|---|
| Cash Deposit | 10/13/2015 | $180.00 | | |
| Cash Deposit | 10/19/2015 | $300.00 | 10/21/2015 | -$20.00 |
| Cash Deposit | 10/23/2015 | $400.00 | | |
| Cash Deposit | 11/2/2015 | $60.00 | | |
| Cash Deposit | 11/2/2015 | $211.00 | | |
| Web Transfer from 7713 | 11/2/2015 | $100.00 | | |
| Cash Deposit | 11/6/2015 | $40.00 | | |
| Cash Deposit | 11/15/2015 | $211.00 | | |
| Cash Deposit | 11/23/2015 | $100.00 | | |
| Cash Deposit | 11/23/2015 | $211.00 | | |
| Cash Deposit | 11/30/2015 | $140.00 | | |
| Cash Deposit | 12/1/2015 | $211.00 | 12/10/2015 | -$42.00 |
| Total | | $17,915.95 | | -$4,652.25 |

| Type | Date | Check number | Name Address | Account | Amount |
|------|------|--------------|--------------|---------|--------|
| Check | 03/27/2014 | 5663 | | harford news service inc. | 300.00 |
| Check | 04/03/2014 | 5689 | | harford news service inc. | 450.00 |
| Check | 04/10/2014 | 5713 | | harford news service inc. | 450.00 |
| Check | 04/17/2014 | 5743 | | harford news service inc. | 450.00 |
| Check | 04/24/2014 | 5770 | | harford news service inc. | 460.00 |
| Check | 05/01/2014 | 5797 | | harford news service inc. | 450.00 |
| Check | 05/08/2014 | 5822 | | harford news service inc. | 450.00 |
| Check | 05/15/2014 | 5849 | | harford news service inc. | 450.00 |
| Check | 05/22/2014 | 5875 | | harford news service inc. | 450.00 |
| Check | 05/29/2014 | 5899 | | harford news service inc. | 450.00 |
| Check | 06/05/2014 | 5922 | | harford news service inc. | 450.00 |
| Check | 06/12/2014 | 5960 | | harford news service inc. | 450.00 |
| Check | 06/19/2014 | 6002 | | harford news service inc. | 450.00 |
| Check | 06/26/2014 | 6044 | | harford news service inc. | 450.00 |
| Check | 07/03/2014 | 6083 | | harford news service inc. | 461.76 |
| Check | 07/10/2014 | 6125 | | harford news service inc. | 450.00 |
| Check | 07/17/2014 | 6166 | | harford news service inc. | 450.00 |
| Check | 07/24/2014 | 6211 | | harford news service inc. | 450.00 |
| Check | 07/31/2014 | 6254 | | harford news service inc. | 450.00 |
| Check | 08/07/2014 | 6293 | | harford news service inc. | 450.00 |
| Check | 08/13/2014 | 6323 | | harford news service inc. | 200.00 |
| Check | 08/14/2014 | 6338 | | harford news service inc. | 400.00 |
| Check | 08/21/2014 | 6377 | | harford news service inc. | 400.00 |
| Check | 08/28/2014 | 6419 | | harford news service inc. | 500.00 |
| Check | 09/04/2014 | 6459 | | harford news service inc. | 525.00 |
| Check | 09/11/2014 | 6501 | | harford news service inc. | 575.00 |
| Check | 09/18/2014 | 6544 | | harford news service inc. | 575.00 |
| Check | 09/25/2014 | 6582 | | harford news service inc. | 625.00 |
| Check | 10/02/2014 | 6623 | | harford news service inc. | 625.00 |
| Check | 10/09/2014 | 6665 | | harford news service inc. | 625.00 |
| Check | 10/16/2014 | 6707 | | harford news service inc. | 625.00 |
| Check | 10/23/2014 | 6748 | | harford news service inc. | 625.00 |
| Check | 10/30/2014 | 6793 | | harford news service inc. | 625.00 |

| Check | 11/06/2014 | 6834 | | harford news service inc. | 625.00 |
|-------|------------|------|---|--------------------------|--------|
| Check | 11/13/2014 | 6872 | | harford news service inc. | 625.00 |
| Check | 11/20/2014 | 6916 | | harford news service inc. | 625.00 |
| Check | 11/28/2014 | 6956 | | harford news service inc. | 625.00 |
| Check | 12/05/2014 | 6995 | | harford news service inc. | 725.20 |
| Check | 12/11/2014 | 7036 | | harford news service inc. | 625.00 |
| Check | 12/18/2014 | 7076 | | harford news service inc. | 625.00 |
| Check | 12/26/2014 | 7119 | | harford news service inc. | 625.00 |
| Total | | | | | 20,896.96 |

| Type | Date | Check number | Name Address | Account | Amount |
|------|------|------|------|------|------|
| Check | 01/08/2015 | 7199 | | harford news service inc. | 625.00 |
| Check | 01/15/2015 | 7241 | | harford news service inc. | 625.00 |
| Check | 01/22/2015 | 7285 | | harford news service inc. | 625.00 |
| Check | 01/29/2015 | 7324 | | harford news service inc. | 625.00 |
| Check | 02/05/2015 | 7363 | | harford news service inc. | 700.00 |
| Check | 02/12/2015 | 7399 | | harford news service inc. | 867.55 |
| Check | 02/19/2015 | 7440 | | harford news service inc. | 865.15 |
| Check | 02/26/2015 | 7477 | | harford news service inc. | 871.60 |
| Check | 03/05/2015 | 7515 | | harford news service inc. | 800.35 |
| Check | 03/13/2015 | 7554 | | harford news service inc. | 600.00 |
| Check | 03/19/2015 | 7594 | | harford news service inc. | 600.00 |
| Check | 03/26/2015 | 7631 | | harford news service inc. | 600.00 |
| Check | 04/02/2015 | 7668 | | harford news service inc. | 600.00 |
| Check | 04/09/2015 | 7706 | | harford news service inc. | 600.00 |
| Check | 04/16/2015 | 7742 | | harford news service inc. | 492.10 |
| Check | 04/23/2015 | 7775 | | harford news service inc. | 444.40 |
| Check | 04/30/2015 | 7814 | | harford news service inc. | 449.80 |
| Check | 05/07/2015 | 7847 | | harford news service inc. | 187.40 |
| Check | 09/30/2015 | 8623 | | harford news service inc. | 100.00 |
| Check | 10/01/2015 | 8626 | | harford news service inc. | 325.00 |
| Check | 10/08/2015 | 8674 | | harford news service inc. | 413.30 |
| Check | 10/15/2015 | 8712 | | harford news service inc. | 408.15 |
| Check | 10/22/2015 | 8751 | | harford news service inc. | 400.15 |
| Check | 10/29/2015 | 8790 | | harford news service inc. | 399.25 |
| Check | 11/05/2015 | 8829 | | harford news service inc. | 414.90 |
| Check | 11/12/2015 | 8864 | | harford news service inc. | 415.10 |
| Check | 11/19/2015 | 8902 | | harford news service inc. | 412.45 |
| Check | 11/26/2015 | 8935 | | harford news service inc. | 413.95 |
| Check | 12/03/2015 | 8974 | | harford news service inc. | 524.10 |
| Check | 12/10/2015 | 9010 | | harford news service inc. | 412.40 |
| Total | | | | | 15,817.10 |

**Bank of America (Account # _____ )**

**Mohamed Yousef Elshinawy  -**

| Income In | | | | | Expenditures out | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Statement Date | Date | Desposit Amount | Description | Total | Statement Date | Date | Expenditure | | Total Amount Out of Account |
| Dec 13 - January 14 | 12/25/2013 | $0.00 | Beginning Balance | $8.52 | Dec 14 - Jan 15 | | | | |
| Jan - Feb | | $0.00 | | | Jan - Feb | 2/6/2014 | -$25.69 | Terapeak | |
| | | | | | | 2/10/2014 | -$20.00 | Paypal | |
| | | | | | | | -$105.00 | Overdraft fees | |
| Total | | | | $8.52 | | | -$150.69 | | -$142.17 |
| Feb - March | | | | $0.00 | Feb - March | | | | $0.00 |
| March - April | | | | $0.00 | March - April | | | | $0.00 |
| April - May | | | | | April - May | | -$39.95 | Paypal | -$182.12 |
| May - June | 5/27/2014 | $39.95 | | | May - June | 6/2/2014 | -$39.95 | Paypal | -$222.07 |
| | 6/3/2014 | $39.95 | | | | | | | |
| | 6/6/2014 | $142.17 | Force Closed Account | | | | | | |
| Total | | $222.07 | | | | | | | $0.00 |

| 8222 Date | Expense | Amount | Date | Amount In |
|---|---|---|---|---|
| 3/4/2015 | Tmobile | -$30.00 | | |
| 3/9/2015 | Paltalk | -$19.95 | | |
| 4/6/2015 | Paltalk | -$9.95 | | |
| 10/5/2015 | Boost | -$48.30 | 6/12/2015 | $1,200.00 |
| **Total** | | **-$108.20** | | |
| 7713 Date | Expense | Amount | Date | Amount In |
| 6/11/2015 | Stripe | -$5.22 | | |
| 6/18/2015 | Straighttalk | -$49.07 | | |
| 7/1/2015 | Tmobile | -$10.00 | | |
| 7/6/2015 | Samsung | -$0.99 | | |
| 7/6/2015 | Tmobile | -$10.00 | | |
| 7/7/2015 | Tmobile | -$10.00 | | |
| 7/20/2015 | Straighttalk | -$46.38 | | |
| 8/7/2015 | Boost | -$32.40 | | |
| 8/18/2015 | Straighttalk | -$46.38 | | |
| 9/8/2015 | Boost | -$32.40 | | |
| 10/8/2015 | Boost | -$32.40 | | |
| 11/9/2015 | Boost | -$32.14 | | |
| 12/3/2015 | Boost | -$48.30 | | |
| 12/3/2015 | Boost | -$5.90 | | |
| 12/3/2015 | Boost | -$5.90 | | |
| 12/7/2015 | Boost | -$32.40 | | |
| 12/9/2015 | Wifi | -$7.95 | | |
| **Total** | | **-$407.83** | | |
| 5183 Date | Expense | Amount | Date | Amount In |
| | Straighttalk | 2/7/2015 | -$49.07 | |
| | Tmobile | 3/6/2015 | -$10.00 | |
| | Paltalk | 4/8/2015 | -$9.95 | |
| **Total** | | **-$69.02** | | |
| 3724 Date | Expense | Amount | Date | Amount In |
| 11/18/2014 | Paltalk | -$9.95 | | |
| 11/21/2014 | Vesta Virgin | -$37.90 | | |
| 11/22/2014 | Paltalk | -$4.00 | | |

| | Date | Expense | Amount | Date | Amount In |
|---|---|---|---|---|---|
| | 11/22/2014 | Paltalk | -$4.00 | | |
| **Total** | | | -$55.85 | | |
| 1095 | Date | Expense | Amount | Date | Amount In |
| | 6/3/2015 | godaddy | $0.00 | | |
| | 6/4/2015 | propick | -$5.00 | | |
| | 6/4/2015 | propick | -$1.00 | | |
| | 6/5/2015 | godaddy | -$10.17 | | |
| **Total** | | | -$16.17 | | |
| 3661 | Date | Expense | Amount | Date | Amount In |
| | 3/31/2015 | Wal Mart (phone, HP laptop) | -$628.92 | 3/23/2015 | $1,441.20 |
| | 4/1/2015 | Comcast | -$376.80 | 4/16/2015 | $962.69 |
| | 4/2/2015 | Activated Blackeyes | | 4/30/2015 | $960.70 |
| | 4/17/2015 | Palktalk | -$20.00 | 5/14/2015 | $2,882.70 |
| | 4/19/2015 | Straighttalk | -$49.07 | | |
| | 4/22/2015 | Safecart | -$4.95 | | |
| | 4/29/2015 | Safecart | -$19.95 | | |
| | 5/14/2015 | Ebay | -$20.88 | | |
| | 5/16/2015 | Digital River | -$7.99 | | |
| | 5/17/2015 | Digital River | -$39.99 | | |
| | 5/18/2015 | Straighttalk | -$49.07 | | |
| | 5/18/2015 | Activated david john | | | |
| | 5/19/2015 | Big Lots | -$1,067.00 | | |
| | 5/19/2015 | Straighttalk | -$32.91 | | |
| **Total** | | | -$2,317.53 | | $6,247.29 |
| WU | Date | Expense | Amount | Date | Amount In |
| | | | | 6/28/2015 | $1,000.00 |
| **Total** | | | -$2,974.60 | | $1,000.00 |
| **Sum Total** | | | | | $8,447.29 |

TurboTax Account - 2015

Case 1:16-cr-00009-ELH   Document 249-2   Filed 04/06/18   Page 13 of 25          Govt. Ex. 16 - 013

**Intuit Black Premier TurboTax (Account #_____ )**
**debit card  (requested 01/16/15 - activated 02/02/2015)**

| Income In | | Expenditures | | | | |
|---|---|---|---|---|---|---|
| Date | Cash Deposit | Itemization | Date | Amount | Contact date | Method |
| 2/3/2015 | $372.01 | Cash Withdraw | 2/5/2015 | -$240.00 | 2/2/2015 | Armstrong |
| 3/5/2015 | $20.00 | Straighttalk | 2/7/2015 | -$49.07 | 2/3/2015 | Avast |
| 3/11/2015 | $20.00 | Tmobile | 3/6/2015 | -$10.00 | 3/11/2015 | Tmobile |
| 4/3/2015 | $20.00 | Paltalk | 4/8/2015 | -$9.95 | 3/12/2015 | Tmobile |
| | | Gas/food | | -$122.99 | 3/15/2015 | Tmobile |
| Total | $432.01 | | | -$432.01 | 3/16/2015 | Tmobile |
| | | | | | 3/17/2015 | Tmobile |
| | | | | | 3/18/2015 | Tmobile |
| | | | | | 3/21/2015 | Tmobile |
| | | | | | 3/23/2015 | Tmobile |
| | | | | | 3/26/2015 | Tmobile |
| | | | | | 3/28/2015 | Tmobile |
| | | | | | 3/29/2015 | Avast |
| | | | | | 4/2/2015 | Comcast |
| | | | | | 4/4/2015 | Comcast |
| | | | | | 4/6/2015 | Comcast |
| | | | | | 4/7/2015 | Comcast |
| | | | | | 4/8/2015 | Comcast |
| | | | | | 4/9/2015 | Comcast |
| | | | | | 4/10/2015 | Comcast |
| | | | | | 4/12/2015 | Comcast |
| | | | | | 4/14/2015 | Comcast |
| | | | | | 4/19/2015 | Avast |
| | | | | | 5/1/2015 | Avast |
| | | | | | 5/13/2015 | Comcast |
| | | | | | 5/20/2015 | Comcast |
| | | | | | 5/21/2015 | Avast |
| | | | | | 5/28/2015 | Comcast |
| | | | | | 8/22/2015 | Verizon |
| Total | | $0.00 | | | | |

**Bank of Internet 7-Eleven Visa (Account ⬛⬛⬛⬛⬛⬛ )**
**prepaid card (activated 11/15/14 - expired 1/9/15)**
**and debit (requested 11/15/15 - activated 1/9/15 - expired 11/30/18 )**

| Income In | | Expenditures | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Cash Deposit | Date | Itemization | Amount | Contact date | Method | |
| 11/15/2014 | $100.00 | 11/18/2014 | Paltalk | -$9.95 | 1/11/2015 | HDS (6 logins) | |
| 11/21/2014 | $400.00 | 11/21/2014 | Vesta Virgin | -$37.90 | 1/12/2015 | musicam USA | |
| 1/6/2015 | $55.00 | 11/22/2014 | Paltalk | -$4.00 | 1/12/2015 | HDS (6 logins) | |
| 1/9/2015 | $160.00 | 11/22/2014 | Paltalk | -$4.00 | 1/13/2015 | XO Communications | |
| 1/12/2015 | $30.00 | 11/24/2014 | Motel 6 | -$50.55 | 1/16/2015 | Comcast | |
| 1/15/2015 | $120.00 | 1/7/2015 | Straighttalk | -$49.07 | 1/18/2015 | XO Communications | |
| 1/31/2015 | $70.00 | 1/12/2015 | U-Haul | -$47.50 | 1/22/2015 | HDS (7 logins) | |
| | | 1/17/2015 | Vesta Virgin | -$37.70 | 1/31/2015 | Armstrong | |
| | | 11/18/14 - 2/7/15 (last transaction) | Food, Gas, 7-Eleven, Shopping, one BGE bill | -$694.53 | 2/1/2015 | Armstrong | |
| | | | | | 2/1/2015 | HDS (8 logins) | |
| | | | | | 2/2/2015 | Armstrong | |
| | | | | | 2/3/2015 | HDS (2 logins) | |
| | | | | | 2/5/2015 | XO Communications | |
| | | | | | 2/13/2015 | XO Communications | |
| | | | | | 2/21/2015 | Tmobile | |
| | | | | | 3/1/2015 | Tmobile | |
| | | | | | 3/5/2015 | Tmobile | |
| | | | | | 3/5/2015 | "explicit logout" | |
| Total | $935.00 | | | -$935.20 | | | |

**Western Union Mastercard - Account #** ▉▉▉▉▉

**prepaid credit card (activated 5/21/15 -** ▉▉▉▉▉▉▉ **)**

**and debit card (activated 6/2/15 -** ▉▉▉▉▉▉▉ **)**

| | | | Expenditures | | | | |
|---|---|---|---|---|---|---|---|
| Date | Cash Deposit | Date | Itemization | Amount | Contact date | Method | |
| 5/21/2015 | $10.00 | 6/3/2015 | godaddy | $0.00 | 5/21/2015 | Avast | |
| 6/3/2015 | $20.00 | 6/4/2015 | propick | -$5.00 | 5/25/2015 | Avast | |
| 6/5/2015 | $10.17 | 6/4/2015 | propick | -$1.00 | 5/26/2015 | Midphase | |
| | | 6/5/2015 | godaddy | -$10.17 | 5/28/2015 | Avast | |
| | | 5/21/15 - 6/11/15 | Food Lion, Gas, Debit fees | -$23.90 | 5/28/2015 | Avast | |
| | | | | | 6/2/2015 | Avast | |
| | | | | | 6/3/2015 | Avast | |
| | | | | | 6/9/2015 | Avast | |
| | | | | | 6/10/2015 | Comcasst | |
| | | | | | 6/21/2015 | 443-619-3983 | |
| | | | | | 6/28/2015 | Tmobile | |
| Total | 40.17 | | | -$40.07 | | | |

Govt. Ex. 16 - 016

## Western Union

### Income in

| Date | Deposit | Sender | Date | Deposit | Sender |
|---|---|---|---|---|---|
| 3/19/2014 | $633.00 | Mom | 2/15/2015 | $200.00 | Mom |
| 6/17/2014 | $1,000.00 | Mom | 3/9/2015 | $200.00 | Mom |
| 8/7/2014 | $500.00 | Mom | 4/27/2015 | $500.00 | Mom |
| 9/10/2014 | $500.00 | Mom | 5/31/2015 | $1,000.00 | Mom |
| 9/25/2014 | $200.00 | Mom | 6/25/2015 | $1,000.00 | Mom |
| 12/15/2014 | $200.00 | Mom | 6/28/2015 | $1,000.00 | El Barbary |
| Total | $3,033.00 | | | $3,900.00 | |

M&T Bank Account (ending ████) - 2015

Case 1.16-cr-00009-ELH Document ██ 12 Filed 04/06/18 Page 17 of 25    Govt. Ex. 16 - 017

**M&T Bank Account** ████

| Income In | | | | | | Expenditures out | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Statement Date | Date | Deposit Amount | Web Transfer/cash | 7-Eleven Payroll | Total | Statement Date | Date | Cash Withdraws | Total Amount Out | Bills |
| June - July | 6/2/2015 | $200.00 | Cash | | | June - July | 6/8/2015 | -$22.75 | | Web Transfers to 8222, Food, Gas, Straighttalk, 7-Eleven, Vesta Tmobile ($10), Dating service |
| | 6/4/2015 | $0.01 | Techhouse Transfer | | | | 7/1/2015 | -$102.00 | | |
| | 6/11/2015 | $5.22 | Stripe | | | | 7/1/2015 | -$300.00 | | |
| | 6/16/2015 | $100.00 | Cash | | | | | | | |
| | 6/25/2015 | $620.00 | Cash | | | | | | | |
| | 6/29/2015 | $800.00 | Cash | | | | | | | |
| | 6/30/2015 | $600.00 | Web Transfer from 8222 | | | | | | | |
| **Total** | | **$2,325.23** | | | **$2,325.33** | | | **-$424.75** | **-$1,674.43** | |
| July - August | 7/6/2015 | $100.00 | Web Transfer from 8222 | | | July - August | 7/3/2015 | -$102.75 | | Web Transfers to 8222, Food, Gas, 7-Eleven, Samsung, ATM Cash Withdrawls, ATM fees, Straighttalk, Insufficient funds, Vesta Tmobile (2 $10) |
| | 7/8/2015 | $320.00 | Web Transfer from 8222 | | | | 7/5/2015 | -$40.00 | | |
| | | | | | | | 7/6/2015 | -$42.75 | | |
| | | | | | | | 7/6/2015 | -$42.75 | | |
| | | | | | | | 7/6/2015 | -$42.75 | | |
| | | | | | | | 7/8/2015 | -$42.75 | | |
| | | | | | | | 7/9/2015 | -$42.75 | | |
| **Total** | | **$420.00** | | | **$420.00** | | | **-$356.50** | **-$1,278.29** | |
| August - Septemeber | 8/5/2015 | $800.00 | Cash | | | August - September | 8/7/2015 | -$22.75 | | Web Transfers to 8222, Straighttalk, Food, Gas, 7-Eleven, EZ Pass, Boost, ATM Cash Withdrawls, ATM fees, insufficient funds |
| | 8/10/2015 | $20.00 | Web Transfer from 8222 | | | | 8/10/2015 | -$20.00 | | |
| | 8/10/2015 | $40.00 | Web Transfer from 8222 | | | | 8/11/2015 | -$22.75 | | |
| | 8/10/2015 | $20.00 | Web Transfer from 8222 | | | | 8/27/2015 | -$22.75 | | |
| | 8/10/2015 | $20.00 | Web Transfer from 8222 | | | | | | | |
| | 8/13/2015 | $20.00 | Web Transfer from 8222 | | | | | | | |
| | 8/17/2015 | $3.55 | Web Transfer from 8222 | | | | | | | |
| | 8/20/2015 | $46.38 | Straighttalk credit | | | | | | | |
| | 8/27/2015 | $0.00 | | $570.65 | | | | | | |
| | 8/31/2015 | $48.00 | Web Transfer from 8222 | | | | | | | |
| **Total** | | **$1,037.93** | | **$570.65** | **$1,608.58** | | | **-$88.25** | **-$1,162.56** | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| September - October | 9/4/2015 | $150.00 | | | September - October | 9/8/2015 | -$62.75 | | Web Transfers to 8222, Straighttalk, Food, Gas, Laundry, 7-Eleven, Boost, ATM Cash Withdrawls, ATM fees, insufficient funds |
| | 9/10/2015 | | | $529.51 | | 9/14/2015 | -$102.50 | | |
| | 9/24/2015 | | | $337.87 | | 9/15/2015 | -$22.50 | | |
| | | | | | | 9/25/2015 | -$22.75 | | |
| | | | | | | 9/28/2015 | -$22.75 | | |
| Total | | $150.00 | | $867.38 | $1,017.38 | | -$233.25 | -$1,082.62 | Web Transfers to 8222, Food, Gas, EZ Pass, Laundry, 7-Eleven, Boost, ATM Cash Withdrawls, ATM fees, insufficient funds |
| October - November | 10/7/2015 | $100.00 | Cash | $1,187.75 | | October - November | 10/13/2015 | -$20.00 | |
| | 10/13/2015 | $180.00 | Cash | | | | | | |
| | 10/23/2015 | $400.00 | Cash | | | | | | |
| Total | | $680.00 | | | $680.00 | | | -$20.00 | -$754.99 | Web Transfers to 8222, Food, Gas, EZ Pass, 7-Eleven, Boost, ATM Cash Withdrawls, ATM fees |
| November - December | 11/2/2015 | $60.00 | Cash | | | November - December | 11/17/2015 | -$20.00 | |
| | 11/2/2015 | $211.00 | Cash | | | | 11/23/2015 | -$23.00 | | |
| | 11/15/2015 | $211.00 | Cash | | | | 11/24/2015 | -$22.00 | | |
| | 11/23/2015 | $100.00 | Cash | | | | | -$65.00 | -$889.60 | Web Transfers to 8222, Food, Gas, Laundry, Boost, 7-Eleven, ATM Cash Withdrawls, ATM fees, Insufficient funds, Garage |
| | 11/23/2015 | $211.00 | Cash | | | | | | |
| | 11/30/2015 | $140.00 | Cash | | | | | | |
| | 12/1/2015 | $211.00 | Cash | | | | | | |
| Total | | $1,144.00 | | | $1,144.00 | | | | |
| | | | | | | | | | |
| Total | | $5,757.16 | | $1,437.38 | $7,195.29 | | | -$1,187.75 | -$6,842.49 | |
| Sum Total | | | | | | | | | -$1,085.33 |

M&T Bank Account (ending ) 2014

**M&T Bank Account**

| Income In | | | | | | Expenditures out | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Statement Date | Date | Desposit Amount | Web Transfer/cash | Social Security Disability | Total | Statement Date | Date | Cash Withdraws | Total Amount Out of Account | Itemizations |
| Dec 13 - January 14 | 12/27/2014 | $130.00 | deposit | | | Dec 14 - Jan 15 | 1/3/2014 | -$300.00 | -$1,249.77 | USAA, Geico, Medical copay, prescriptions, credit card payments, Comcast, food, gas, 7-Eleven, Insufficient funds |
| | 1/3/2014 | | | | $774.00 | | 1/6/2014 | -$22.50 | | |
| **Total** | | **$130.00** | | | **$774.00** | **$904.00** | **Total** | | **-$322.50** | |
| Jan - Feb | 1/9/2014 | $80.00 | deposit | | | Jan - Feb | | | -$975.00 | USAA, Insufficient funds, shopping, food, Geico, Comcast, credit card payments, medical co-pay, prescription (<$3), Straighttalk |
| | 1/17/2014 | $111.00 | deposit | | | | | | | |
| | 1/21/2014 | $55.00 | deposit | | | | | | | |
| | 2/3/2014 | | | | $774.00 | | | | | |
| **Total** | | **$246.00** | | | **$774.00** | **$1,020.00** | | | | |
| Feb - March | 2/19/2014 | $161.20 | deposit | | | Feb - March | 3/3/2014 | -$400.00 | -$897.22 | USAA, Geico, Car, gas, 7-Eleven, Straighttalk |
| | 3/3/2014 | | | | $774.00 | | **Total** | | **-$400.00** | |
| **Total** | | **$161.20** | | | **$774.00** | **$935.20** | | | | |
| March - April | 3/17/2014 | $200.00 | deposit | | | March - April | 4/4/2014 | -$122.75 | -$1,048.00 | USAA, Geico, gas, shopping, food, 7-Eleven, Straighttalk, Insufficient funds, ATM fees, |
| | 3/21/2014 | $160.00 | deposit | | | | 4/4/2014 | -$160.00 | | |
| | 4/3/2014 | | | | $774.00 | | **Total** | | **-$282.75** | |
| **Total** | | **$360.00** | | | **$774.00** | **$1,134.00** | | | | |
| April - May | 4/14/2014 | $300.00 | deposit | | | April - May | 4/21/2014 | -$20.00 | -$1,538.40 | USAA, Geico, gas, shopping, food, 7-Eleven, Straighttalk, Insufficient funds |
| | 4/21/2014 | $400.00 | deposit | | | | 4/28/2014 | -$20.00 | | |
| | 4/25/2014 | $100.00 | Cash | | | | 5/4/2014 | -$20.00 | | |
| | 4/25/2014 | $200.00 | Cash | | | **Total** | | **-$60.00** | | |
| | 5/2/2014 | | | | $774.00 | | | | | |
| | | $1,000.00 | | | $774.00 | $1,774.00 | | | | |
| May - June | 5/7/2014 | $400.51 | | | | May - June | 5/8/2014 | -$22.50 | -$1,697.53 | USAA, Geico, ATM fees, food, gas, Straighttalk |

| Period | Date | Amount | Type | Amount | Total | Period | Date | Amount | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6/3/2014 | | | $774.00 | | | 5/9/2014 | -$400.00 | | |
| Total | | $400.51 | | $774.00 | $1,174.51 | | 5/9/2014 | -$100.00 | | |
| | | | | | | | 5/12/2014 | -$20.00 | | |
| | | | | | | | 6/3/2014 | -$300.00 | | |
| | | | | | | | 6/4/2014 | -$40.00 | | |
| | | | | | | | 6/4/2014 | -$60.00 | | |
| | | | | | | Total | | -$942.50 | | |
| June-July | 6/17/2014 | $100.00 | Cash | | | June - July | 6/19/2014 | -$20.00 | -$682.79 | USAA, ATM Fees, Gas, food, 7-Eleven, Tobacco shop, Geico, copay fee |
| | 6/17/2014 | $340.00 | Cash | | | | 6/20/2014 | -$20.00 | | |
| | 6/20/2014 | $125.00 | Cash | | | | 6/24/2014 | -$20.00 | | |
| | 7/3/2014 | $120.00 | Cash | | | | | -$60.00 | | |
| | 7/3/2014 | | | $459.20 | | | | | | |
| Total | | $685.00 | | $459.20 | $1,144.20 | | | | | |
| July-August | 7/24/2014 | $400.00 | Cash | | | July - August | 7/7/2014 | -$60.00 | -$1,930.09 | USAA, Geico, 7-Eleven, copay fees/prescription, food, gas, car, insufficient funds, ATM fees, Straighttalk, liquor store |
| | 7/25/2014 | $100.00 | Cash | | | | 7/7/2014 | -$20.00 | | |
| | 8/1/2014 | | | $669.00 | | | 7/28/2014 | -$20.00 | | |
| | 8/1/2014 | | | $419.60 | | | 8/4/2014 | -$200.00 | | |
| Total | | $500.00 | | $1,088.60 | $1,588.60 | | 8/4/2014 | -$20.00 | | |
| | | | | | | | 8/4/2014 | -$20.00 | | |
| | | | | | | | 8/5/2014 | -$20.00 | | |
| | | | | | | | 8/6/2014 | -$20.00 | | |
| | | | | | | | 8/6/2014 | -$20.00 | | |
| | | | | | | Total | | -$420.00 | | |
| August - September | 8/15/2014 | $30.00 | Cash | | | August - September | 9/4/2014 | -$200.00 | -$834.90 | USAA, gas, food, insufficient funds, Geico, 7-Eleven, ATM fees |
| | 9/3/2014 | | | $774.00 | | Total | | -$200.00 | | |
| | 9/5/2014 | $200.00 | Cash | | | | | | | |
| Total | | $230.00 | | $774.00 | $1,004.00 | | | | | |
| September - October | 9/9/2014 | $2.00 | Cash | | | September - October | 9/8/2014 | -$20.00 | -$1,638.65 | USAA, gas, food, insufficient funds, 7-Eleven, ATM fees |
| | 10/3/2014 | | | $774.00 | | | 9/8/2014 | -$30.00 | | |
| Total | | $2.00 | | $774.00 | $776.00 | | 10/6/2014 | -$20.00 | | |
| | | | | | | | 10/6/2014 | -$100.00 | | |

M&T Bank Account (ending      ) 2014

Govt. Ex. 16 - 021

| Period | Date | Amount | | Amount | Subtotal | Period | Date | Amount | Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 10/6/2014 | -$40.00 | | |
| | | | | | | Total | | -$210.00 | | |
| October - November | 10/27/2014 | $450.00 | | | | October - November | 10/27/2014 | -$120.00 | -$1,909.34 | USAA, gas, food, insufficient funds, Geico, 7-Eleven, ATM fees, Paltalk, Straighttalk |
| | 10/31/2014 | $540.00 | | | | | 11/3/2014 | -$20.00 | | |
| | 11/3/2014 | | | $774.00 | | | 11/3/2014 | -$400.00 | | |
| | 11/3/2014 | $56.70 | | | | | 11/4/2014 | -$300.00 | | |
| Total | | $1,046.70 | | $774.00 | $1,820.70 | Total | | -$840.00 | | |
| November - December | 12/3/2014 | | | $774.00 | | November - December | | | | USAA, Straighttalk, insufficient funds |
| Total | | | | $774.00 | $774.00 | | | | | |
| Total | | | | | $14,049.21 | | | -$3,737.75 | -$14,401.69 | |
| Sum Total | | | | | | | | | | |

Govt. Ex. 16 - 022

| M&T Bank Account | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Income In | | | | | | Expenditures out | | | | |
| Statement Date | Date | Desposit Amount | Web Transfer/cash | Social Security Disability | Total | Statement Date | Date | Cash Withdraws | Total Amount Out of Account | Itemizations |
| Dec 14 - January 15 | | $0.00 | | $787.00 | $787.00 | Dec 14 - Jan 15 | | $0.00 | -$820.29 | USAA, Rent, Insufficient funds |
| Jan - Feb | | $0.00 | | $787.00 | $787.00 | Jan - Feb | | $0.00 | -$872.00 | USAA, Rent, Insufficient funds |
| Feb - March | | $0.00 | | $787.00 | $787.00 | Feb - March | | $0.00 | -$767.00 | USAA, Rent, Insufficient funds, Vesta |
| March - April | | $0.00 | | $787.00 | $787.00 | March - April | | $0.00 | -$756.99 | USAA, Rent, Insufficient funds, Paltalk, $175.00 Towing pd cash |
| April - May | 4/22/2015 | $200.00 | Cash | $787.00 | $987.00 | April - May | | $0.00 | -$1,031.12 | USAA, Rent, Insufficient funds |
| May - June | 6/1/2015 | $200.00 | Cash | | | May - June | | $0.00 | -$925.34 | USAA, Rent, Insufficient funds |
| June - July | 6/6/2015 | $50.00 | from 7713 | | | June - July | 6/10/2015 | -$20.00 | -$1,935.00 | USAA, Rent, Food Lion, Gas |
| | 6/8/2015 | $75.00 | from 7713 | | | | | | | |
| | 6/9/2015 | $0.50 | from 7713 | | | | | | | |
| | 6/15/2015 | $1.00 | from 7713 | | | | | | | |
| | 6/25/2015 | $75.00 | from 7713 | | | | | | | |
| | 6/29/2015 | $200.00 | Cash | | | | | | | |
| | 6/30/2015 | $1,200.00 | from PayPal | | | | | | | |
| Total | | $1,601.50 | | $787.00 | $2,388.50 | | | | | |
| July - August | 7/7/2015 | $89.00 | Paypal | | | July - August | | $0.00 | -$1,310.66 | USAA, Rent, Insufficient funds |
| | 8/5/2015 | $200.00 | From 7713 | | | | | | | |
| Total | | $289.00 | | $787.00 | $1,076.00 | | | | | |
| August - September | 8/7/2015 | $50.00 | From 7713 | $787.00 | $837.00 | August - September | | $0.00 | -$1,066.43 | USAA, Rent, On 8/10/ 15, 5 web transfers to 7713 (620, 40, 20, 20, 20), Food, Gas, Laundry |
| September - October | | | | $787.00 | $787.00 | September - Oct | | $0.00 | -$780.01 | USAA, Rent, Food Lion, Food, Boost, Gas |
| October - November | 10/7/2015 | $100.00 | Cash | $787.00 | | October - November | 10/5/2015 | -$202.50 | -$413.92 | USAA, Rent, Food Lion, Food, Gas |
| | 10/19/2015 | $300.00 | Cash | | | | 10/5/2015 | -$202.50 | | |
| | 11/2/2015 | $100.00 | From 7713 | | | | 10/5/2015 | -$142.50 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 11/6/2015 | $40.00 | Cash | | | | 10/21/2015 | -$20.00 | | |
| Total | | $540.00 | | $787.00 | $1,327.00 | | | | | |
| November - December | | | | $787.00 | | November - December | 12/10/2015 | -$42.00 | -$988.62 | USAA, rent, Food, Gas |
| Total | | $2,830.50 | | $9,444.00 | $10,550.50 | | | -$629.50 | -$11,667.38 | |

| PayPal credit and Debit card | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ISIS Deposits** | | **Cash Withdraws** | | **Expenditures** | | | |
| Date | Deposit amount | Date | Withdraw Amount | Date | Itemization | Amount | |
| 3/23/2015 | $1,441.20 | 3/30/2015 | -$300.00 | 3/31/2015 | Wal Mart (phone, HP laptop) | -$628.92 | |
| 4/16/2015 | $962.69 | 4/1/2015 | -$20.00 | 4/1/2015 | Comcast | -$376.80 | |
| 4/30/2015 | $960.70 | 4/16/2015 | -$200.00 | 4/1/14 - 5/19/15 | Gas Stations | -$118.51 | |
| 5/14/2015 | $2,882.70 | 4/16/2015 | -$100.00 | 4/1/2015 | Car Repair | -$45.67 | |
| | | 4/16/2015 | -$100.00 | 4/1/14 - 5/19/15 | Food | -$158.21 | |
| | | 4/18/2015 | -$100.00 | 4/1/14 - 5/19/15 | 7-Eleven | -$180.16 | |
| | | 4/18/2015 | -$300.00 | 4/2/2015 | Activated Blackeyes | | |
| | | 5/1/2015 | -$200.00 | 4/17/2015 | Palktalk | -$20.00 | |
| | | 5/2/2015 | -$100.00 | 4/19/2015 | Straighttalk | -$49.07 | |
| | | 5/14/2015 | -$300.00 | 4/22/2015 | Safecart | -$4.95 | |
| | | 5/14/2015 | -$100.00 | 4/29/2015 | Safecart | -$19.95 | |
| | | 5/15/2015 | -$400.00 | 5/4/2015 | Wal Mart (groceries, rice cooker) | -$174.36 | |
| | | 5/16/2015 | -$300.00 | 5/11/2015 | Wal Mart (window unit) | -$159.52 | |
| | | 5/17/2015 | -$400.00 | 5/14/2015 | Ebay | -$20.88 | |
| | | | | 5/16/2015 | Digital River | -$7.99 | |
| | | | | 5/17/2015 | Digital River | -$39.99 | |
| | | | | 5/18/2015 | Straighttalk | -$49.07 | |
| | | | | 5/18/2015 | Activated david john | | |
| | | | | 5/19/2015 | Big Lots | -$1,067.00 | |
| | | | | 5/19/2015 | Straighttalk | -$32.91 | |
| **Totals** | $6,247.29 | | -$2,920.00 | | | -$3,153.96 | -$6,073.96 |
| **Sum Total** | $6,247.29 | | -$2,920.00 | | | -$3,153.96 | $173.33 |

| Accounts | Jules Dorner | USG |
|---|---|---|
| M&T | Aug 2011 - Nov 2011 | n/a |
| Bof A | Jan 2008 - June 2014 | Dec 2013 - June 14 |
| M&T | Oct 2009 - Feb 2016 | Dec 2012 - Dec 2015 |
| M&T | June 2015 - Apr 2016 | June 2015 - Dec 2015 |
| M&T | Jan 2011 - Apr 2013 | n/a |
| M&T | Mar 2011 - Sept 2011 | n/a |
| Meta | Nov 2011 - Feb 2013 | n/a |
| Paypal | Nov 2011 - Sept 2014 | n/a |
| Turbotax | n/a | Feb 2015 - Aug 2015 |
| 7-Eleven | n/a | Nov 2014 - Mar 2015 |
| WU MC | n/a | May 2014 - June 2015 |
| Paypal | n/a | Mar 2014 - May 2015 |