U.S. v. Elshinawy
Criminal No. ELH-16-0009

Case 1:16-cr-00009-ELH Document 249-3 Filed 04/06/18 Page 1 of 7

MARIHUANA CALLS/TEXTS
6/27 - 12/11/2015
Govt. Ex. 21

1

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | DATE | TIME | PRODUCT ID | CONTACT | MARIHUANA-RELATED CONVERSATIONS |
| 2 | 28-Jun-15 | 23:50:13 | 19740636Q | ■ | MYE asking to purchase $20 worth - no confirmation of purchase |
| 3 | 30-Jun-15 | 1:54:27 | 82514710K | ■ | $20 purchase |
| 4 | 1-Jul-15 | 1:17:27<br>22:25:19 | 82531419K<br>82550246K | ■ | MYE asking to purchase $20 worth - no confirmation of purchase |
| 5 | 3-Jul-15 | 5:44:09 | 19799488Q | ■ | MYE says weed just makes him dizzy |
| 6 | 3-Jul-15 | 18:56:18 | 82572763K | ■ | $20 purchase |
| 7 | 3-Jul-15 | 19:56:21 | 19801837Q | ■ | MYE advises he is going out to purchase weed (confirming prior conversation with Messiah to get $20 worth) |
| 8 | 4-Jul-15 | 17:56:23 | 82587624K | ■ | $20 purchase |
| 9 | 4-Jul-15 | 21:34:56<br>22:39:11 | 19950367Q<br>19814190Q | ■ | MYE says he has weed and they can smoke a joint at his house |
| 10 | 7-Jul-15 | 20:10:10 | 19851035Q | ■ | MYE says he has one bag of weed ("coffee") and asks if that is enough |
| 11 | 7-Jul-15 | 20:45:16 | 82612658K | ■ | MYE asking to purchase $20 worth - no confirmation of purchase |
| 12 | 7-Jul-15 | 20:58:08<br>20:59:29 | 19851642Q<br>19851651Q | ■ | contact says he wants to get high and asks if MYE can drop it off the bag of weed he said he had in prior text |
| 13 | 9-Jul-15 | 2:43:15 | 82655053K | ■ | MYE asking to purchase $20 worth - no confirmation of purchase |
| 14 | 10-Jul-15 | 16:54:17 | 82660101K | ■ | $20 purchase |

U.S. v. Elshinawy
Criminal No. ELH-16-0009

Case 1:16-cr-00009-ELH Document 249-3 Filed 04/06/18 Page 2 of 7

2

MARIHUANA CALLS/TEXTS
6/27 - 12/11/2015
Govt. Ex. 21

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | DATE | TIME | PRODUCT ID | CONTACT | MARIHUANA-RELATED CONVERSATIONS |
| 15 | 11-Jul-15 | 0:06:01<br>0:22:15 | 82667097K<br>82667402K | ▇ | $20 purchase |
| 16 | 11-Jul-15 | 5:55:21 | 8326808T | ▇ | MYE says he had weed (drugs) an hour ago (thus confirming $20 purchase few hours earlier) - contact explains what MYE needs to do in order to pass drug test for a job interview |
| 17 | 12-Jul-15 | 0:00:54 | 82669918K | ▇ | $20 purchase |
| 18 | 15-Jul-15 | 21:53:04 | 8330070T | ▇ | MYE says he throws a lot of weed (drugs) away after he satisfies his needs - says he is expecting to get some weed from his dealer soon - says he bought $20 worth the prior night in Baltimore - says he drives by dealer's house, pays money and gets drugs without stopping - says he takes drugs almost every day and is bored doing that - wants to stop - has been doing drugs since he was little - feels he is almost addicted |
| 19 | 16-Jul-15 | 3:45:29 | 82721811K | ▇ | $20 purchase |
| 20 | 17-Jul-15 | 2:08:40 | 8331032T | ▇ | MYE says he has no dope at the moment, but promises to buy some tomorrow to share with contact |

U.S. v. Elshinawy
Criminal No. ELH-16-0009

Case 1:16-cr-00009-ELH Document 249-3 Filed 04/06/18 Page 3 of 7

MARIHUANA CALLS/TEXTS
6/27 - 12/11/2015
Govt. Ex. 21

3

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | DATE | TIME | PRODUCT ID | CONTACT | MARIHUANA-RELATED CONVERSATIONS |
| 21 | 17-Jul-15 | 17:00:45 | 82748906K | ▮ | MYE asking to purchase $20 worth - no confirmation of purchase |
| 22 | 17-Jul-15 | 20:08:58 | 16701 (Viber Call - Phone Data) | ▮ | MYE complaining that contact never answers his phone - MYE asks if he can get drugs ("fix") and contact confirms he has supply - MYE admits that he only uses a little bit of weed he buys and then throws out the rest |
| 23 | 21-Jul-15 | 3:56:45 | 82791266K | ▮ | $20 purchase |
| 24 | 22-Jul-15 | 22:41:30 | 82824324K | ▮ | $20 purchase |
| 25 | 24-Jul-15 | 5:05:34 | 20114571Q | ▮ | MYE says he just rolled a joint |
| 26 | 31-Jul-15 | 0:57:40 | 82924897K | ▮ | $10 purchase |
| 27 | 31-Jul-15 | 1:50:44 | 82932283K | ▮ | MYE says he has $10 worth (thus confirming purchase an hour earlier) |
| 28 | 31-Jul-15 | 2:38:13 | 20222860Q | ▮ | MYE says he has some good weed |
| 29 | 11-Aug-15 | 1:29:10 / 2:41:31 / 2:49:44 | 20385055Q / 83065550K / 83065584K | ▮ | $10 purchase |
| 30 | 12-Aug-15 | 2:18:41 / 2:21:22 | 83080688K / 83081218K | ▮ | MYE asks to purchase $20 worth - contact says her dealer willing to sell 1/4 for $80 - MYE says he does not have that much money - no indication anything purchased |

U.S. v. Elshinawy
Criminal No. ELH-16-0009

Case 1:16-cr-00009-ELH Document 249/3 Filed 04/06/18 Page 4 of 7

MARIHUANA CALLS/TEXTS
6/27 - 12/11/2015
Govt. Ex. 21

4

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | DATE | TIME | PRODUCT ID | CONTACT | MARIHUANA-RELATED CONVERSATIONS |
| 31 | 12-Aug-15 | 3:59:12 | 83081075K | ▮ | MYE says he is at contact's house to pick up weed - unknown if any meeting took place, or if any weed purchased |
| 32 | 18-Aug-15 | 2:23:08 | 83150217K | ▮ | $10 purchase |
| 33 | 18-Aug-15 | 2:38:54 | 20488258Q | ▮ | MYE says one of his friends wants a weed hook-up so he will take care of it and smoke a joint in the process. |
| 34 | 19-Aug-15 | 18:47:11<br>18:48:43 | 83186891K<br>83186943K | ▮ | MYE asking to purchase $20 worth - no confirmation of purchase |
| 35 | 20-Aug-15 | 18:52:42 | 83204065K | ▮ | MYE says he is outside contact's house - unknown if any weed purchased |
| 36 | 22-Aug-15 | 17:30:26 | 20571004Q | ▮ | MYE asking to purchase $10 worth - no confirmation of purchase |
| 37 | 28-Aug-15 | 23:12:26 | 8362248T | ▮ | MYE says he has not had any weed (drugs) for 5-6 days - he quit |
| 38 | 1-Sep-15 | 23:40:06 | 83393292K | ▮ | MYE says he has arrived at contact's house - unknown if any weed purchased |
| 39 | 5-Sep-15 | 0:24:52 | 84452383K | ▮ | Contact says he and his friends need drugs (weed) - MYE says he hopes to get some for them |
| 40 | 5-Sep-15 | 1:55:20<br>2:01:11 | 83442775K<br>83443289K | ▮ | MYE asking to purchase $45 worth for his friends - no confirmation of purchase |

U.S. v. Elshinawy
Criminal No. ELH-16-0009

Case 1:16-cr-00009-ELH Document 249-3 Filed 04/06/18 Page 5 of 7

MARIHUANA CALLS/TEXTS
6/27 - 12/11/2015
Govt. Ex. 21

5

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | DATE | TIME | PRODUCT ID | CONTACT | MARIHUANA-RELATED CONVERSATIONS |
| 41 | 5-Sep-15 | 2:44:53 | 83442762K | ▉ | MYE asking to purchase $50 worth (refers to it both as 1/8 and 3 bags for $50) - no confirmation of purchase (surrounding calls indicate this amount may be for MYE's friends) |
| 42 | 5-Sep-15 | 2:51:33 | 84453594K | ▉ | contact says he needs $20 worth (2 bags) - MYE agrees to get it for him |
| 43 | 5-Sep-15 | 2:52:30 | 83442832K | ▉ | MYE calls again asking to purchase same $50 worth - again no confirmation of purchase |
| 44 | 5-Sep-15 | 3:24:37 | 84453603K | ▉ | MYE says too late to get weed, but he has 2 cigarettes he is willing to share with his friends |
| 45 | 6-Sep-15 | 2:05:11 | 83440330K | ▉ | MYE asks contact to prepare a joint for them and says he is on his way to meet |
| 46 | 7-Sep-15 | 2:22:05<br>2:33:18<br>2:41:01 | 20802273Q<br>20802444Q<br>83442632K | ▉ | MYE bringing two joints to share with contact |
| 47 | 15-Sep-15 | 3:31:25 | 8373061T | ▉ | MYE says he was unable to get any weed today - contact says there is only enough left for one medium cigarette - MYE says that is less than what they had the previous day |

U.S. v. Elshinawy
Criminal No. ELH-16-0009

Case 1:16-cr-00009-ELH Document 249-3 Filed 04/06/18 Page 6 of 7

MARIHUANA CALLS/TEXTS
6/27 - 12/11/2015
Govt. Ex. 21

6

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | DATE | TIME | PRODUCT ID | CONTACT | MARIHUANA-RELATED CONVERSATIONS |
| 48 | 15-Sep-15 | 18:43:15<br>19:12:12 | 83559918K<br>83559823K | ███ | MYE asking to purchase $50 (1/8) worth - no confirmation of purchase |
| 49 | 15-Sep-15 | 22:47:59 | 83555476K | ███ | MYE says he got weed two days ago for $20 |
| 50 | 24-Sep-15 | 22:18:32 | 21081727Q | ███ | MYE asking to purchase $20 worth - no confirmation of purchase |
| 51 | 27-Sep-15 | 2:46:10 | 83711365K | ███ | MYE to meet with contact at Exxon station - unknown if any weed purchased |
| 52 | 28-Sep-15 | 08:06:31<br>08:08:16 | 21130407Q<br>21130650Q | ███ | MYE says he usually smokes weed, sometimes every day |
| 53 | 2-Oct-15 | 2:15:52 | 83789626K | ███ | MYE says he will be at contact's house in 15-20 minutes - unknown if any weed purchased |
| 54 | 4-Oct-15 | 0:29:04 | 83812377K | ███ | contact confirms he will be home in an hour - unknown if any subsequent meeting took place or if any weed purchased |
| 55 | 6-Oct-15 | 2:18:14 | 83831088K | ███ | MYE says he will be at contact's house in 20 minutes - unknown if any weed purchased |
| 56 | 13-Oct-15 | 15:49:20<br>16:11:56 | 83897196K<br>83906837K | ███ | MYE asks contact if he is "good" (meaning if he has supply of weed) and says he will be there in 20 minutes - contact says to meet him at his "spot" - unknown what, if any, weed purchased |

U.S. v. Elshinawy  
Criminal No. ELH-16-0009

Case 1:16-cr-00009-ELH  Document 249-3  Filed 04/06/18  Page 7 of 7   7

MARIHUANA CALLS/TEXTS  
6/27 - 12/11/2015  
Govt. Ex. 21

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | DATE | TIME | PRODUCT ID | CONTACT | MARIHUANA-RELATED CONVERSATIONS |
| 57 | 18-Nov-15 | 19:28:35<br>21:48:21 | 84405348K<br>84429584K | ▮ | $10 purchase |
| 58 | 23-Nov-15 | 20:03:22 | 8477784K | ▮ | MYE asking if contact at home - unknown if any meeting took place or any weed purchased |
| 59 | 24-Nov-15 | 18:34:46 | 84477563K | ▮ | MYE asking to meet with contact - unknown if any meeting took place or any weed purchased |
| 60 | 4-Dec-15 | 19:39:56 | 84584882K | ▮ | MYE asking to meet with dealer - unknown if any meeting took place or any weed purchased |
| 61 | 5-Dec-15 | 20:03:25 | 84597097K | ▮ | MYE will meet with contact at Exxon stations - unknown if meeting took place or what, if any, weed purchased |
| 62 | 9-Dec-15 | 23:29:32<br>23:47:56 | 84650330K<br>84650265K | ▮ | 1/8 ($50) purchase |