

| Account Number | ███████0-09-3 |
|---|---|
| Billing Date | 06/14/15 |
| Unpaid Balance | $491.76 - Due Now |
| New Charges | $190.93 - Due 07/03/15 |
| Total Amount Due | $682.69 |
| | Page 1 of 2 |

act us: @ www.comcast.com  📞 1-800-XFINITY

**MOHAMED ELSHINAWY**

For service at:
335 MCCANN ST
EDGEWOOD MD 21040-3258

### Monthly Statement Summary

| | |
|---|---:|
| Previous Balance | 491.76 |
| Payments - received by 06/14/15 | 0.00 |
| **Unpaid Balance - Due Now** | **491.76** |
| New Charges - Due by 07/03/15 | 190.93 |
| see below for more information | |
| **Total Amount Due** | **$682.69** |

### New Charges Summary

| | |
|---|---:|
| XFINITY Bundled Services | 129.99 |
| Additional XFINITY TV Services | 19.95 |
| Additional XFINITY Internet Services | 0.00 |
| Other Charges & Credits | 36.70 |
| Taxes, Surcharges & Fees | 4.29 |
| **Total New Charges** | **$190.93** |

**Thank you for being a valued Comcast customer!**

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.



8031 CORPORATE DRIVE
WHITE MARSH MD 21236-4977

AV 01 009858 55501B 35 A**5DGI
MOHAMED ELSHINAWY
335 MCCANN ST
EDGEWOOD MD 21040-3258

| Account Number | ███████0-09-3 |
|---|---|
| Payment Due by | Due Now |
| Total Amount Due | $682.69 |
| Amount Enclosed | $ |

Make checks payable to Comcast

COMCAST
PO BOX 3006
SOUTHEASTERN PA
19398-3006


**comcast**

## Service Details

Contact us: @ www.comcast.com  1-800-XFINITY

| Account Number | ██████0-09-3 |
|---|---|
| Billing Date | 06/14/15 |
| Unpaid Balance | $491.76 - Due Now |
| New Charges | $190.93 - Due 07/03/15 |
| Total Amount Due | $682.69 |

Page 2 of 2

### XFINITY Bundled Services

| | | |
|---|---|---|
| Double Play | 07/01 - 07/30 | 129.99 |
| Digital Premier with Blast! Internet. Promotional Rate | | |
| Total XFINITY Bundled Services | | $129.99 |

### Additional XFINITY TV Services

| | | |
|---|---|---|
| DVR Service | 07/01 - 07/30 | 10.00 |
| HD Technology Fee | 07/01 - 07/30 | 9.95 |
| Total Additional XFINITY TV Services | | $19.95 |

### Additional XFINITY Internet Services

| | | |
|---|---|---|
| Customer-Owned Modem | 07/01 - 07/31 | 0.00 |
| Total Additional XFINITY Internet Services | | $0.00 |

### Other Charges & Credits

| | | |
|---|---|---|
| Late Fee | 05/30 | 32.70 |
| Broadcast TV Fee | 07/01 - 07/30 | 3.00 |
| Regional Sports Fee | 07/01 - 07/30 | 1.00 |
| Total Other Charges & Credits | | $36.70 |

### Taxes, Surcharges & Fees

TV

| | | |
|---|---|---|
| Franchise Fee | 07/01 - 07/30 | 4.04 |
| Sales Tax | 07/01 - 07/30 | 0.17 |

### Taxes, Surcharges & Fees, cont.

| | | |
|---|---|---|
| FCC User Fee | 07/01 - 07/30 | 0.08 |
| Total Taxes, Surcharges & Fees | | $4.29 |



| | |
|---|---|
| Name | Mohamed Elshinawy |
| Service Address | 335 Mccann St Edgewood, MD 21040 |
| Account # | ▓▓▓▓7318 |

Summary

| | |
|---|---|
| Billing Date: | July 29, 2015 |
| BGE Outstanding Balance | $1,829.68 |

**Charges/Adjustments this Period**

| | |
|---|---|
| BGE Electric | 85.17 |
| BGE Gas Delivery Service | 15.09 |
| BGE Gas Commodity | 1.44 |
| Late Payment Charge On Electric | 12.53 |
| Late Payment Charge On Gas | 13.75 |
| Smart Energy Rewards | 13.13 cr |
| **Total New Charges Due Aug 21, 2015** | **$114.85** |
| **Total Amount Due (Prior and New)** | **$1,944.53** |

A late charge will be applied to payments received after Aug 21, 2015.

A late payment charge is applied to the unpaid balance of your BGE charges. The charge is up to 1.5% for the first month; additional charges will be assessed on unpaid balances past the first month, not to exceed 5%.

**Important Information About Your Bill**

Moving? To stop or transfer service, contact BGE at least 3 business days prior to your move date. You are responsible for all service at your present address until you notify us.

**Next Scheduled Reading**  August 27, 2015

**Electric Usage Profile**

| Month/Year | Type of Reading | Days | kWh | Avg. Daily Use | Avg. Temp |
|---|---|---|---|---|---|
| Jul 15 | Actual | 32 | 582 | 18.2 | 78 |
| Jun 15 | Actual | 30 | 616 | 20.5 | 77 |

Previous year profile data not available

**Gas Usage Profile**

| Month/Year | Type of Reading | Days | Therms | Avg. Daily Use | Avg. Temp |
|---|---|---|---|---|---|
| Jul 15 | Actual | 32 | 4 | 0.1 | 78 |
| Jun 15 | Actual | 30 | 5 | 0.2 | 77 |

Previous year profile data not available

Hot weather can significantly impact your bill. During the current bill period, the temperature at BWI Airport was at or above 85 degrees a total of 103 hours. Find out more at www.bge.com.

**Important Information About Your Bill**

BGE Supply Price Comparison Information: The current price for Standard Offer Service (SOS) electricity is 9.419 cents/kWh, effective through September 30, 2015. SOS electricity will cost 9.345 cents/kWh beginning October 1, 2015 through May 31, 2016. The weighted average price of SOS electricity will be 9.372 through May 31, 2016. The price for SOS from June 1, 2016 through September 30, 2016 will be set in November 2015.

**Smart Energy Rewards Credit Details**

| Energy Savings Day | kWh Saved | | $/kWh | Credits |
|---|---|---|---|---|
| July 21, 2015 | 7.8 | x | 1.25 | 9.75 |
| | | | Total | $9.75 |

Adj Annual Usage Ele 6,533 kWh  Gas 886 therms

Please detach here and return this portion with your payment.

| Account Number | ▓▓▓▓7318 |
|---|---|

0115062   01 AV 0.388  **AUTO  2 0 2159 71040 325835  -01-P15077-11 4

Mohamed Elshinawy
335 Mccann St
Edgewood, MD 21040-3258



**Please Pay by August 21, 2015**

| Amount Due | Amount Paid |
|---|---|
| $1,944.53 | |

A late charge will be applied to payments received after Aug 21, 2015.

Please make check payable to BGE and include account number.
Thank you!

BGE
P.O. Box 13070
Philadelphia, PA 19101-3070

  7318

2159-01 m1 01 15062 0001 0015 302

**Electric Details** — Electric Choice ID: ▮7468
Residential - Schedule R
Billing Period: Jun 26, 2015 - Jul 28, 2015  Days Billed: 32

Meter Read on July 28  Meter # G159281245

| Current Reading | Previous Reading | kWh Used |
|---|---|---|
| 7382 - | 6800 = | 582 |

BGE Elec Supply  582 kWh x .0941900  54.82

**BGE Electric Delivery Service**
Customer Charge  7.50
EmPower MD Chg  582 kWh x .0048100  2.80
Distribution Chg  582 kWh x .0293700  17.09
RSP Chg/Misc Cr  582 kWh x .0035100  2.04
Dmd Res Chg/Cr  582 kWh x .0000100  .01
ERI Initiative Chg  582 kWh x .0001700  .10

**State / Local Taxes & Surcharges**
MD Universal Svc Prog  .36
Envir Srchg  582 kWh x .0001510  .09
Franchise Tax  582 kWh x .0006200  .36
**Total BGE Electric Amount**  **$85.17**

The RSP Charge on this bill includes a qualified rate stabilization charge of $0.00645 per kWh approved by the Maryland PSC that BGE is collecting as servicer on behalf of RSB BondCo LLC, which owns the qualified rate stabilization charge.

**Gas Details** — Gas Choice ID: ▮7465
Residential - Schedule D
Billing Period: Jun 26, 2015 - Jul 28, 2015  Days Billed: 32

Meter Read on July 28  Meter # 1190177

| Current Reading | Previous Reading | Units | Therm Factor | Therm Use |
|---|---|---|---|---|
| 7348 - | 7344 = | 4 x | 1.039 = | 4 |

**BGE Gas Delivery Service**
Customer Charge  13.00
STRIDE Charge  .47
EmPower MD Chg  4 therms x .0297000  .12
Distribution Chg  4 therms x .3702000  1.48
Franchise Tax  4 therms x .0040200  .02
**Total BGE Gas Delivery Service Amount**  **$15.09**

**BGE Gas Commodity**
Gas Commodity  0.50 therms x .3544000  .18
  3.50 therms x .3602000  1.26
**Total BGE Gas Commodity Amount**  **$1.44**

---

Account Number 0262817318  Federal Tax Identification # 52-0280210

| BGE Contact Information | | Other BGE Bill Payment Options | |
|---|---|---|---|
| Report Power Outages | 1-877-778-2222 | BGEasy Automatic Payment Plan | 1-800-685-0123 |
| Emergency Service | 1-800-685-0123 | Payments Only to: | P.O. Box 13070, Philadelphia, PA 19101-3070 |
| Customer Service | 1-800-685-0123 | Hand Deliver to Dropbox (No Cash) | 2 Center Plaza |
| Collection/Turn-Off Notices | 1-800-685-2210 | America's Cash Express (Pay-in-Person) * | 888-763-2384 |
| Hearing/Speech Impaired (TTY-TTD) | 1-800-735-2258 | Global Express (Pay-in-Person) * | 1-800-989-6989 |
| Additional BGE Services | www.bge.com | Pay-by-Phone * | 1-888-232-0088 |

Send Correspondence Only to: P.O. Box 1475, Baltimore, MD 21203  * (These are third-party services and processing fees may apply.)



Handwritten note:

- 8/28 emission test
- 8/31 court ticket 160 — delta
- 8/30 parking ticket 15
- call m and t bank
- mike 100
- hossam 100
- khalid 300
- fios
- pawn laptop, tv
- electricity 150
- med (pumpkin) 10
- 9/1 insurance — tomorrow x2 500 / 500
- Emissions fix tonight
- EZ pass 20.00
- VIP driving program

10-09-15 SEARCH_000103



10-09-15 SEARCH_000122



Handwritten note (rotated):

- 8/28 emission test
- 8/31 @ court ticket 160
- 8/30 parking ticket 15
- call m and t bank
- mike 100
- hassan 100
- khalid 300
- fios
- pawn laptop tv ← electricity 150
- med (pamphin) 10
- 911 insurance
- Tomorrow → Tomoro 120
- Emissions fix tonight
- EZ pass 2000
- VIP driving program
- from 500
- 100

12-11-15 SEARCH_000066



210.59

4~~1~~9.00
629.59

220 rent ✓
40 owe ✓
20 weed Friday ✓
3~~2~~ phone ✓
80 insurance

280
300

237.59
~~20.00~~ BS
20.00 Laundry ✓
13.00 Taco bell
24.00 Boli's
       Exxon
18.00 Koko
60.00 withdrawl
33.00 phone
7.00 cig
     Key paint

32⁹ 2·20
    1·87

187

next week
① Send Mohamed's phone

273 9200



Hussam — 500
Hussien — 50
Khalid — 100
P rent — 100
Mike work — 60

220 + 310 ←

+ 50 + 60 +

410 272 2879

```
 500
 220 Rent
─────
 280
```

```
    774 + 608
    -59.72
    ─────────
✓   30.00       gas
✓   122.89      Walmart
✓   10.80       711
✓   5.27        711
✓   163.00      USAA
✓   100.00      geico
C   30.00       Gus Pizza
C   319.60      Rent
C   200.00      Laptop
C   20.00       weeeed
    ─────────
✓   281.00              283.18
C   48                 -163.00
                       -100.00
                       ───────
                        20.00

    53.48       Walmart
    12.46       Mcdonalds
    11.17       711
    133.56      Wegmans
    30.09
    3.42
    20.00
    ─────────
    |17.14|
```

625
400
148

30   gas
40   weed
35   Mike

60   Wegmans
20   Dollar Store
28   Laundry

400

338
/  \
119   145



| | |
|---|---|
| Lamp | 15.99 |
| ~~Shoes~~ | |
| [Car] ⇒ | 200.00 |

U.S. v. Elshinawy  
Criminal No. ELH-16-0009  
Case 1:16-cr-00009-ELH  
EMPLOYMENT & DEBT RECORDS  
Defense Exhibit 7  
Document 251-2  Filed 04/06/18  Page 14 of 16  
14

## HCPD RA~~~~D UNIT
(REGIONAL AUTOMATED PROPERTY INFORMATION DATABASE)

**IR#** __FBI__   **OFFICER** __Agent Brook Donovan__

LE Sensitive Data; for Investigative Purposes Only (not for public dissemination)

Disclosure: Police verification/documentation is required for Recovery by calling 410-313-3780 or email hcpdpawns@howardcountymd.gov

| Jurisdiction | Ticket # | Date | Business Name | Last Name | First Name | DOB | Address | City | ST | ID#1 | Brand | Model | Serial | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Harford County | 98485 | 06/11/2015 | Associated Pawnbrokers (new) | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | aberdeen | MD | e425609961169 | HEWLETT-PACKARD | hp 15 touch | CND509166H | LAPTOP +OFFICE-COMPUTER EQ. HEWLETT-PACKARD hp 15 touch, #CND509166H; hp touch windows 8 i - 3 intel 1.7ghz 6.00gb in case |
| Harford County | 98242 | 05/29/2015 | Associated Pawnbrokers (new) | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | aberdeen | MD | e425609961169 | HEWLETT-PACKARD | hp 15 touch | CND509166H | LAPTOP +OFFICE-COMPUTER EQ. HEWLETT-PACKARD hp 15 touch, #CND509166H; hp touch windows 8 i - 3 intel 1.7ghz 6.00gb in case |
| Harford County | 98059 | 05/20/2015 | Associated Pawnbrokers (new) | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | aberdeen | MD | e425609961169 | DELL | inspiron 3520 | h7kshw1 | COMPUTER +OFFICE-COMPUTER EQ. DELL inspiron3520, #h7kshw1; 4gb/intelcore 13-23tomcpu@2.40ghz/scratchesandgauges/dented |
| Harford County | 97677 | 04/29/2015 | Associated Pawnbrokers (new) | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | aberdeen | MD | e425609961169 | DELL | inspiron 3520 | h7kshw1 | COMPUTER +OFFICE-COMPUTER EQ. DELL inspiron3520, #h7kshw1; 4gb/intelcore 13-23tomcpu@2.40ghz/scratchesandgauges/dented |
| Harford County | 97430 | 04/15/2015 | Associated Pawnbrokers (new) | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | aberdeen | MD | e425609961169 | HEWLETT-PACKARD | hp 15 touch | CND509166H | LAPTOP +OFFICE-COMPUTER EQ. HEWLETT-PACKARD hp 15 touch, #CND509166H; hp touch windows 8 i - 3 intel 1.7ghz 6.00gb |
| Harford County | 97250 | 04/02/2015 | Associated Pawnbrokers (new) | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | aberdeen | MD | e425609961169 | DELL | inspiron 3520 | h7kshw1 | COMPUTER +OFFICE-COMPUTER EQ. DELL inspiron3520, #h7kshw1; 4gb/intelcore 13-23tomcpu@2.40ghz/scratchesandgauges/dented |
| Harford County | 97149 | 03/25/2015 | Associated Pawnbrokers (new) | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | aberdeen | MD | e425609961169 | DELL | inspiron 3520 | h7kshw1 | COMPUTER +OFFICE-COMPUTER EQ. DELL inspiron3520, #h7kshw1; 4gb/intelcore 13-23tomcpu@2.40ghz/scratchesandgauges/dented |

065

6/26/2015

1

# HCPD RA__D UNIT
(REGIONAL AUTOMATED PROPERTY INFORMATION DATABASE)

IR#  __FBI__          OFFICER  Agent Brook Donovan

LE Sensitive Data; for Investigative Purposes Only (not for public dissemination)

Disclosure: Police verification/documentation is required for Recovery by calling 410-313-3780 or email hcpdpawns@howardcountymd.gov

| Jurisdiction | Ticket # | Date | Business Name | Last Name | First Name | DOB | Address | City | ST | ID#1 | Brand | Model | Serial | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Harford County | 97049 | 03/18/2015 | Associated Pawnbrokers (new) | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | aberdeen | MD | e425609961169 | DELL | inspiron 3520 | h7kshw1 | COMPUTER OFFICE DELL inspiron3520, #h7kshw1; 4gb/intelcore 13-23tomcpu@2.40ghz/scratchesandgauges/dented |
| Harford County | 96799 | 02/23/2015 | Associated Pawnbrokers (new) | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | aberdeen | MD | e425609961169 | DELL | inspiron 3520 | h7kshw1 | COMPUTER OFFICE DELL inspiron3520, #h7kshw1; 4gb/intelcore 13-23tomcpu@2.40ghz/scratchesandgauges/dented |
| Harford County | 96350 | 01/19/2015 | Associated Pawnbrokers (new) | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | aberdeen | MD | e425609961169 | DELL | inspiron 3520 | h7kshw1 | COMPUTER OFFICE DELL inspiron3520, #h7kshw1; 4gb/intelcore 13-23tomcpu@2.40ghz/scratchesandgauges/dented |
| Harford County | 95744 | 12/09/2014 | Associated Pawnbrokers (new) | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | aberdeen | MD | e425609961169 | DELL | inspiron 3520 | h7kshw1 | COMPUTER OFFICE DELL inspiron3520, #h7kshw1; 4gb/intelcore 13-23tomcpu@2.40ghz/scratchesandgauges |
| Harford County | 95565 | 11/26/2014 | Associated Pawnbrokers (new) | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | aberdeen | MD | e425609961169 | DELL | inspiron 3520 | h7kshw1 | COMPUTER OFFICE DELL inspiron3520, #h7kshw1; 4gb/intelcore 13-23tomcpu@2.40ghz/scratchesandgauges |
| Harford County | 95273 | 11/04/2014 | Associated Pawnbrokers (new) | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | aberdeen | MD | e425609961169 | DELL | inspiron 3520 | h7kshw1 | COMPUTER OFFICE DELL inspiron3520, #h7kshw1; 4gb/intelcore 13-23tomcpu@2.40ghz/scratchesandgauges |
| Harford County | 42811 | 06/30/2014 | Clark Loan & Jewelry, Inc | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | Aberdeen | MD | e425609961169 | OSTER | 4281 | y178es | COFFEE MAKER HOUSEHOLD APPLIANCES OSTER 4281, #y178es; coffe maker |
| Harford County | 42343 | 06/11/2014 | Clark Loan & Jewelry Inc | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | Aberdeen | MD | e425609961169 |  | none seen | none seen | SALT/PEPPER SET HOUSEHOLD none seen, #none seen; salt/pepper set |
| Harford County | 42269 | 06/09/2014 | Clark Loan & Jewelry Inc | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | Aberdeen | MD | e425609961169 |  |  |  | DVD DISC MUSIC & MOVIES; 8 dvd movies assorted |
| Harford County | 42269 | 06/09/2014 | Clark Loan & Jewelry Inc | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | Aberdeen | MD | e425609961169 | SYLVANIA | LC1190sL1 | TH2B1044159830 | TV ELECTRONICS SYLVANIA LC1190sL1, #TH2B1044159830; 19" lcd tv w/no remote |

6/26/201_    066    2

# HCPD RA__ __D UNIT
(REGIONAL AUTOMATED PROPERTY INFORMATION DATABASE)

**IR#** __FBI__   **OFFICER** __Agent Brook Donovan__

LE Sensitive Data; for Investigative Purposes Only (not for public dissemination)

Disclosure: Police verification/documentation is required for Recovery by calling 410-313-3780 or email hcpdpawns@howardcountymd.gov

| Jurisdiction | Ticket # | Date | Business Name | Last Name | First Name | DOB | Address | City | ST | ID#1 | Brand | Model | Serial | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Harford County | 42151 | 06/02/2014 | Clark Loan & Jewelry Inc | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | Aberdeen | MD | e4256099 61169 | POWERBUILT | 640076 | none seen | SOCKET SET TOOLS-HAND POWERBUILT 640076, #none seen; 81pc. socket set *missing 1 ratchet |
| Harford County | 42151 | 06/02/2014 | Clark Loan & Jewelry Inc | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | Aberdeen | MD | e4256099 61169 | EMERSON | ewd7004 | d17489 362b | DVD PLAYER ELECTRONICS EMERSON ewd7004, #d17489362b; dvd player no remote |
| Harford County | 42024 | 05/27/2014 | Clark Loan & Jewelry Inc | elshinawy | mohamed | 03/08/1985 | 601 cornell st, apt 306 | Aberdeen | MD | e4256099 61169 | TOSHIBA | c855d | yc421540q | LAPTOP ELECTRONICS TOSHIBA c855d, #yc421540q; win8/1.65GHz/4GB/300GB HDD/64bit laptop w/ charger |
| ADRS | 2042476 | 06/11/2011 | Edgewood Auto Recycling LLC. | Elshinawy | Mohamed | 03/08/1985 | 4030 Old Rocks Rd | Street | MD | E4256099 61169 | Honda | Accord | 1HGCB7 660MA0 25218 | 1991 Car Honda Accord, S/N #1HGCB7660MA025218 |

097

6/26/2015

3