FD-302 (Rev. 5-8-10)

-1 of 7-



## FEDERAL BUREAU OF INVESTIGATION

Date of entry  07/23/2015

On 07/17/2015 at or around 1721, MOHAMED YOUSEF ELSHINAWY (referred to herein as ELSHINAWY), date of birth (DOB) ▇▇▇▇▇▇, was interviewed at his residence, that being 335 McCann St, Edgewood, MD. After being advised of the identity of the interviewing Agents and the nature of the interview, ELSHINAWY provided the following information:

ELSHINAWY was born in Pittsburgh to his father, Yousef and his mother, Fatima. He has a brother who lives in Saudi Arabia and three (3) sisters; one (1) who resides in the United States and two (2) who reside in Egypt. His brother is on scholarship in Saudi Arabia and his sister who lives in the US is getting her PhD from a University in Maryland. His mother and father are both PhDs and were both so at the University of Pittsburgh when ELSHINAWY was born.

ELSHINAWY explained how common of a name "Mohamed Yousef Elshinawy" was and further provided interviewing Agent with an explanation of the Egyptian naming convention, to which Egyptians have four (4) names and not three (3) like Arabs. Egyptians treat Arabs poorly and try to take advantage of them because Egyptians feel they are better than Arabs, so there are a lot of differences between the two groups.

Though ELSHINAWY was born in the US, once his parents' schooling was over at University of Pittsburgh, the entire family moved back to Mansoura, Egypt, a small city in the Delta, about two (2) or three (3) hours outside of Cairo, when he was young. ELSHINAWY mostly grew up in Mansoura and lived in an apartment community meant for Ph Ds and their families for the local university where his parents taught.

ELSHINAWY moved to the US as he was a dual citizen approximately eight (8) years ago but was last in Egypt a couple of years ago, approximately 2011-2013. At that time, he worked for a company associated with Sirius Radio in Cairo. ELSHINAWY soon became bored with this job and with living in Egypt and returned to the US.

Investigation on  07/17/2015  at  Baltimore, Maryland, United States (In Person)

File # ▇▇▇▇▇▇▇▇▇  Date drafted  07/21/2015

by  Kyra Michelle Dressler, Rodski David A.

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

001

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Interview of Mohamed Yousef Elshinawy , On 07/17/2015 , Page 2 of 7

    ELISHINAWY is married to Rachel Rowe, who was not present during the interview. ELSHINAWY met Ms. Rowe in Maryland and the two began dating. ELSHINAWY liked Ms. Rowe, but soon learned about the many personal issues Ms. Rowe had. Ms. Rowe suffers from mental issues and is currently in the hospital being treated for Bipolar among other issues. Ms. Rowe takes medication, most of which causes massive, horrible side effects so she does not maintain her medication regimen. Before being married, ELSHINAWY and Ms. Rowe dated and broke up numerous times. When ELSHINAWY met Ms. Rowe, she was supposed to go to nursing school, however she changed her mind, which according to ELSHINAWY she does often, and then quits. She is now on disability due to her medical condition. ELSHINAWY felt it prudent and necessary to take care of her as, "no one else was going to do it. She would be on the street if it were not for me."

    ELSHINAWY does not currently have employment, but had a job at the newspaper for approximately a year delivering papers to residents. ELSHINAWY quit this job approximately five (5) or six (6) months ago. While working at the paper, ELSHINAWY began dating a girl named Rebecca. Rebecca was living with a senior citizen, who did not like ELSHINAWY because he was "Muslim." Though this man, identified by ELSHINAWY as "Dave" threatened to kill ELSHINAWY, ELSHINAWY understood Dave was upset and just thought, "oh well, he's old and has worked at the paper for a long time." ELSHINAWY let it go and did not push the issue.

    ELSHINAWY banks at M&T Bank, but used to have an account at Bank of America. Though they closed his account some time ago. ELSHINAWY relies mostly on his parents for financial support and can get money from his mother when he needs it. ELSHINAWY has never had a credit card and his credit is not very good as he said Capital One claims he owes $1,200 on a card he said, he never had. ELSHINAWY has never been arrested and only has issues with the police in the form of traffic tickets.

    ELSHINAWY has a bachelor's degree from a university in Egypt, major in accounting, further stating he is an embarrassment to his mother and father for only having a Bachelor's degree. ELSHINAWY does not feel it would be worth the trouble of getting his Egyptian degree certified in the US. ELSHINAWY is currently seeking employment.

    ELSHINAWY was shown and asked to identify an 8x10 glossy photographs of Hisham Barakat. He was also shown two (2) additional 8x10 glossy photographs of Barakat's vehicle and surrounding blast radius and two (2) pictures of the destruction at the Italian Consulate.

**(Agent's note: Barakat was killed by the Islamic State of Iraq and the Levant (ISIL) using a Vehicle Born Improvised Explosive Device (VBIED) in**

FD-302a (Rev. 05-08-10)

▇▇▇▇▇▇▇▇

nuation of FD-302 of  Interview of Mohamed Yousef Elshinawy ,On  07/17/2015 ,Page  3 of 7

**the city of Cairo on June 29, 2015 and the Italian Consulate, which was bombed by ISIL on July 1, 2015.)**

 ELSHINAWY was asked if he had an opinion about Barakat's (or Morisi and Asisi's) politics, to which he said no and further explained, in Egypt politics are not discussed. ELSHINAWY stated, you hope as a citizen they are ok, but you just don't know.  He went one to say, regardless, talking about politics in Egypt we just do not do anymore because it has caused separation amongst families and groups.  So as an Egyptian we are taught to not talk about politics.  ELSHINAWY does not have an opinion and said that politics are boring to talk about anyways.

 ELSHINAWY does not keep in contact with many individuals in Egypt except for family and a few friends.  ELSHINAWY, as recently as the day of this interview, talks to Mohamed Mahmoon (phonetic), who is an accountant with a wife and a couple of children from his home town of Mansoura.  His number is 201144313132.  Today, ELSHINAWY wished Mahmoon a happy Eid, as the 17th of July was the last day of Ramadan.  ELSHINAWY and Mahmoon are childhood friends from the same apartment complex.  Mahmoon lived in the building near ELSHINAWY and his family.  ELSHINAWY and Mahmoon use Viber to communicate.  ELSHINAWY added he used to use calling cards to call overseas, but now he uses free applications (app's) on his phone.  Viber is a downloadable app people use to communicate through text, video and chat.

 ELSHINAWY utilizes another phone app called, What'sApp, to communicate with his family.  He talks to his mother, father, and sisters on What'sApp regularly, as they have an established 'family group' in the app.  ELSHINAWY used to use Facebook but it became boring so now he uses apps like Viber and What'sApp.

 ELSHINAWY has one (1) cell phone, but used to have a different one, though he could not recall the number.  A few weeks ago, ELSHINAWY threw the old phone away and now only uses his current phone, which is 410-776-5095.  ELSHINAWY stores all of his contacts in Google so he was able to transfer them all from his old phone to his new phone.  ELSHINAWY insisted he had no other phones.  Upon the interviewing Agent pointing out a black cell phone charging on a nearby table, ELSHINAWY said, that was an old phone that his wife was charging and he was going to give it to his father so his father could use What'sApp.  ELSHINAWY did not recall the phone number.  ELSHINAWY insisted several times the phone was for his father and getting his father What'sApp because he was not technologically savvy.

 ELSHINAWY was shown a photocopy of money transfers from Western Union, to which he was unfamiliar with the name of the sender.  ELSHINAWY did not

**003**

FD-302a (Rev. 05-08-10)



nuation of FD-302 of  Interview of Mohamed Yousef Elshinawy  , On  07/17/2015  , Page  4 of 7

know the name, nor did know about the money in these transactions. After ELSHINAWY looked over the list a second and third time of money transfers, ELSHINAWY did recall the name Mohamed Khalil as being the person who sends the money for his mother. ELSHINAWY speculated this individual must work for his mother at the university in Mansoura at Faculty of Commerce. ELSHINAWY further stated, Mohamed Khalil is like the individual who gets my mom coffee or tea, like an assistant; he sends the money for my mom. ELSHINAWY received all of the transaction details such as the amount, who was sending the money, and date of delivery through What'sApp conversations with his mom. This was consistent throughout every transaction on the list shown.

ELSHINAWY was asked if he had received any other transactions than the ones shown, to which he said no, but then added moments later he may have received one more from one other guy, but the money would still have been from his mom. The last transaction from his mom was for $1,000.00. ELSHINAWY looked through his phone in an attempt to retrieve the What'sApp conversation between him and his mom, but stopped looking after a few moments and said, I do not know where it is, and I do not know what date it was sent.

**(Agent's note: ELSHINAWY appeared nervous, asked the interviewing agents if he could smoke a cigarette, to which he was permitted.)**

ELSHINAWY began talking out loud in an attempt to figure out the date in which this $1,000 payment was sent. He said he had to pay for a traffic ticket by June 30th, so he thought maybe it was sometime before then. ELSHINAWY was not sure of the date, but insisted he had received no other transactions from Western Union other than the ones his mother had sent through the courier, Khalil (discussed above).

ELSHINAWY began to discuss the possibility of someone from Paltalk stealing his identity. ELSHINAWY is a regular user of Paltalk, an online chat program. He goes there to meet women, to talk and meet people; sometimes these women ask for his Facebook page which he provided has his real name on it. ELSHINAWY stated he knows he should not go to Paltalk to meet women, but he does anyways. ELSHINAWY speculated maybe his name was taken from there. When asked what his Paltalk username was, ELSHINAWY provided, "egyptt in usa."

**(Agent's note: At this time, ELSHINAWY was shown a Western Union receipt from sender Mohamed ElBarbary for a total of $1,000 to receiver Mohamed Yousef ELSHINAWY. ELSHINAWY again appeared nervous and asked for another cigarette, to which he was permitted. ELSHINAWY was given a glass of water at this time as well.)**

004

FD-302a (Rev. 05-08-10)



nuation of FD-302 of  Interview of Mohamed Yousef Elshinawy  ,On  07/17/2015  ,Page  5 of 7

After looking at the photocopy for several moments, ELSHINAWY advised he received "this" one too, referring to the money transfer. ELSHINAWY explained he has a friend named Tarek Saad (referred to herein as Saad) who, using Facebook Messenger, recently asked ELSHINAWY to purchase a new iPhone 6 and send it to him in Egypt. At that time, ELSHINAWY accessed his cell phone and showed interviewing Agents a conversation in Arabic on Facebook Messenger between ELSHINAWY and Saad. ELSHINAWY read the conversation aloud and said they were talking about an iPhone 6. Thinking he could get the thousand dollars from Saad without actually having to purchase and send the iPhone 6 to Saad, ELSHINAWY agreed. ELSHINAWY stated, "So I really needed the money, I said fuck it. I didn't send the money, sorry." Saad is an engineer and works at an oil field in Egypt. ELSHINAWY has known him since high school; since approximately 1997.

When asked who the sender was from the Western Union receipt, ELSHINAWY said Saad sent someone else to send the money to him (ELSHINAWY) in the US. The details of the transaction were done through a call through Facebook Messenger. ELSHINAWY provided the spelling of Tarek's name and his last name, that being Hillal. When asked for a phone number for Hillal or Saad, ELSHINAWY advised he changes his number a lot and does not have his new number on his phone.

At this point in time, ELSHINAWY was advised lying to a Federal Agent is punishable by five (5) years per violation to which ELSHINAWY stated he understood and he would begin telling the truth.

A childhood friend of ELSHINAWY's by the name of Tamer El Choudry, who resided in the same neighborhood as ELSHINAWY was arrested in Egypt for terrorism. At some point, EL CHOUDRY was released from prison and later fled to Syria with his wife and two children to live and be with ISIL. EL CHOUDRY could be scamming ISIL, as ELSHINAWY never really believed EL CHOUDRY to be a bad guy. EL CHOUDRY contacted ELSHINAWY on Facebook, using the Facebook Messenger call service app. EL CHOUDRY and ELSHINAWY communicated this way regularly. More specifically, EL CHOUDRY and ELSHINAWY would call each other and leave voicemails only, but not openly communicate.

EL CHOUDRY contacted ELSHINAWY with the purposes of putting him in contact with an ISIL member. **(writer's note: at many times during the conversation, the terms "ISIS" and "ISIL" were both used interchangably by ELSHINAWY and the interviewing agents, however for the purposes of this report, ISIL will be used hereafter)**. ELSHINAWY believed that he could get money from ISIL, so he agreed. EL CHOUDRY put ELSHINAWY in contact with an unidentified individual (UNSUB). ELSHINAWY and the UNSUB only communicated

FD-302a (Rev. 05-08-10)

inuation of FD-302 of  Interview of Mohamed Yousef Elshinawy   , On  07/17/2015 , Page  6 of 7

through SureSpot and Telegram, two (2) apps the UNSUB instructed ELSHINAWY to download. UNSUB is ISIL and sent ELSHINAWY a total of $4,000 in two payments; one for $3,000 and one for $1,000. The $3,000 payment was sent via Ebay from a company called IBACS LTD used by ISIL. The $3,000.00 was sent on May 14, 2015 from www.ibacstel.com at telephone number +44 2921000218. The actual transaction of $3,000.00 included a fee amount of $117.30 thus leaving $2,882.70 for ELSHINAWY. ELSHINAWY logged into his laptop and then in his Ebay account to show interviewing Agents the entire paypal transaction. Conversely, the $1,000 payment was sent via Western Union and the transaction details were given from UNSUB to ELSHINAWY via SureSpot. ELSHINAWY did not know who ElBarbary (discussed above) was but provided the phone number to UNSUB as being 5144924012.

ELSHINAWY advised this money was to be used for operational purposes. When asked what that meant, ELSHINAWY stated it was to cause destruction, to conduct a terrorist attack in the US. No guidance was given by UNSUB insofar as what weapons to buy or how to conduct an attack, but the Draw Mohammed Contest in Texas was given as an option. ELSHINAWY provided an example, stating "they try to make you comfortable with them, they manipulate you to get you from small to beheading. They know it is too much to just say, "behead someone."

ELSHINAWY knew the money was to fund an attack, however he never intended to conduct an attack. According to ELSHINAWY, he is not religious in any way and can "talk the talk very well." ELSHINAWY needed money and saw an opportunity to take from "thieves" and as he sees it, he should be rewarded for taking from them (ISIL). ELSHINAWY stated, "I fucked over the world's most dangerous group" after explaining to the interviewing agents he took the money, on purpose, to scam ISIL, stating that he never intended to conduct an attack. Further stating, "if they are stupid enough to take the money, then I'll take it." ELSHINAWY said he bought a couch and paid bills instead.

A few days prior to the interview, ELSHINAWY destroyed one of his cell phones with a hammer because he informed UNSUB via Telegram or SureSpot (he was unsure which app he used) that he was "out" of the game because he felt he was under observation. When asked if ELSHINAWY felt he was under observation by the interviewing agents, he laughed and said, of course not, I just told them that because we were told that if you are ever under surveillance to stop whatever it is you are doing. ELSHINAWY said he knew it would be a good excuse, one they would not question. After ELSHINAWY informed UNSUB he was out, ELSHINAWY destroyed the phone thinking this would ensure all contact being lost due to Telegram and SureSpot being associated with one's phone number.

FD-302a (Rev. 05-08-10)



inuation of FD-302 of  Interview of Mohamed Yousef Elshinawy    , On  07/17/2015  , Page  7 of 7

ELSHINAWY believed if they (ISIL) did not have his phone number, ISIL could not contact him. After the destruction of his old phone, ELSHINAWY purchased a new phone for the purposes of disconnected from ISIL. However, it was later determined ELSHINAWY transferred all of his contacts via Google onto his new, current phone, but manually added UNSUB's phone number he obtained from UNSUB's Telegram account.

The last contact ELSHINAWY had with EL CHOUDRY was approximately one week ago on Facebook Messenger. ELSHINAWY 'Facebooked' EL CHOUDRY, but to date, has not received a response. ELSHINAWY provided Consent to Search two (2) laptop computers and was open to recontact and wished to cooperate further.

*(Agent's note: Writer's observation of ELSHINAWY's apartment is as follows: One (1) White, Samsung cell phone on the ottoman, one (1) black unidentified LG cell phone on a nearby table, charging in the outlet, one (1) black and grey cell phone on a side table next to couch, one (1) grey laptop on a side table, one (1) black HP laptop on the ottoman plugged into the FIOS modem, one (1) Dell laptop on a side table next to the couch.)*

Attached to this document is one (1) handwritten Consent form signed by ELSHINAWY whereupon ELSHINAWY gave consent for the agents to take two (2) laptops for search and review, along with one (1) FD 597 documenting receipt of the laptops. Also included hereunder are interview notes, and all photocopies and photographs shown to ELSHINAWY.

FD-302 (Rev. 5-8-10)

- 1 of 1 -



FEDERAL BUREAU OF INVESTIGATION

Date of entry    09/23/2015

This 302 serves to correct a typographical error in the referenced 302.

On July 17, 2015, captioned subject was interviewed. During the interview, the captioned subject provided a telephone number to the interviewing Agents, that being 5144924012. Upon review, after said 302 was serialized and official, writer determined a typographical error was made during transcription. The actual phone number provided by captioned subject was 5174924012.

Investigation on  07/17/2015  at  Baltimore, Maryland, United States (In Person)

File #                                                                    Date drafted  09/22/2015

by  Kyra Michelle Dressler

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

007.1

On 7/17/15, I, _Mohamed Elshinawy_, give the FBI consent to seize & search 1 Dell laptop S/N: H7K5HW1 and 1 HP laptop S/N: CND609166H. I give the FBI consent to seize and search 1 trash bag full of trash.

X _____

X _____

FD-597 (Rev 8-11-94)                                                      Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # BA-646 70T3

On (date) 7/17/2015

item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) Mohamed Elshinawy
(Street Address) 335 McCann St.
(City) Edgewood, MD

Description of Item(s):
1) HP black laptop Serial CND609166H
2) Dell black laptop Tag S/N H7KSHW1

Received By: _____ (Signature)    Received From: _____ (Signature)

FD-1036 (Rev. 10-16-2009)

  

# FEDERAL BUREAU OF INVESTIGATION
## Import Form

**Form Type:** ▓▓▓▓  **Date:** 07/20/2015

**Title:** ▓▓▓▓ Payment Receipt Provided by Subject in Overt Interview

**Approved By:** A/SSA Timothy W. Harvey

**Drafted By:** Louis E. Bernstein

**Case ID #:** ▓▓▓▓▓▓▓▓   ▓ MOHAMED YOUSEF ELSHINAWY
AKA MOJOEUSA;



**Synopsis:** ▓▓▓▓ Late on 17 July 2015, the subject was overtly interviewed and provided the attached receipt of money which was believed to have originated from ISIL.



♦♦

010



Contact Information

Customer Service URL: http://www.ibacstel.com
Customer Service Email: info@ibacstel.com
Customer Service Phone: +44 2921000218

Amount received: $3,000.00 USD
Fee amount: -$117.30 USD
Net amount: $2,882.70 USD

Date: May 14, 2015
Time: 14:02:24 EDT
Status: Completed

Subject: IBACSTEL ELECTRONICS LTD. has
         PayPal
Payment type: Instant

Refund:
If you need to refund this payment to the sender for any reason, you
ment option is only available for 60 days after a payment is sent

011