```
========================================================================
Paltalk UID search for:  [REDACTED]                    [REDACTED]
========================================================================
Using Override Jar 1417
Using props file from cwd dir:
/home/paltalk/paltalk/presence/conf/prod.69/Globals.props
Attempting to connect to user server: /192.168.220.69
Connected
Command[0] whois 70919914


[REDACTED]     none none  [REDACTED]              ( [REDACTED] ) cv:124
ip:71.121.198.129 Namespace:0 Affiliate:1 Allow adult:Y
     created-2010-06-12 10:47:00.0 last on-2015-08-17 04:18:00.0
logins:8659 birthdate: [REDACTED]    Personals Id:[REDACTED]
    email ver:G inactive:0 admin:N grpadmin:N annon view:true Online
Dur:42256154
     WL:0 WLPT:0 timeout:null
     advisory_msg:null


Command[1] chk 70919914


User not online
[REDACTED]     none none  [REDACTED]              ( [REDACTED] ) cv:124) aff:1
ip:71.121.198.129
     WL:0 timeout:null   advisory:null
[REDACTED]        [REDACTED]            Client version: 124   Admin: 0   Palhelp: 0
Logoff:
2015-08-17
Ip: 71.121.198.129 hard: flash?   cdrom: flash?   mac: flash?
cpu:
flash ewok: flash?
tot_accts: 0
accts: 70919914,
[REDACTED]     none none  [REDACTED]              ( [REDACTED] ) cv:124) aff:1
ip:71.121.198.129
     WL:0 timeout:null   advisory:null



Warnings
Command[2] get buddies  [REDACTED]
[REDACTED]        , none none, [REDACTED]
Buddies for uid: [REDACTED]
----[REDACTED],  [REDACTED],  [REDACTED]             , created: 2001-01-14
```

created
ip:null, last access: 2001-01-14 last ip:24.228.217.110, country: US
/US
----▮▮▮▮, ▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮, created: 2001-12-26
created
ip:null, last access: 2001-12-26 last ip:68.59.230.182, country: US
/US
----▮▮▮▮ a a, ▮▮▮▮▮▮▮▮▮▮, created: 2002-06-06 created
ip:172.169.103.166, last access: 2002-06-06 last ip:95.219.89.144,
country: US /SU
----▮▮▮▮, mo it, ▮▮▮▮▮▮▮▮▮▮, created: 2002-09-24 created
ip:138.89.81.202, last access: 2002-09-24 last ip:69.121.122.9,
country:
US /VN
----▮▮▮▮ ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮, created: 2002-11-
11
created ip:208.134.201.19, last access: 2002-11-11 last
ip:98.212.233.11,
country: US /US
----▮▮▮▮, ▮▮▮▮ ▮▮▮▮▮▮▮▮▮, created: 2003-08-09 created
ip:195.93.48.14, last access: 2003-08-09 last ip:176.253.151.81,
country:
GB /UK
----▮▮▮▮, ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created:
2003-10-02 created ip:203.164.55.52, last access: 2003-10-02 last
ip:220.238.32.214, country: AU /AU
----▮▮▮▮▮▮, ▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created:
2005-02-05 created ip:172.200.179.76, last access: 2005-02-05 last
ip:198.144.105.218, country: US /GB
----▮▮▮▮, ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮, created: 2005-03-
04
created ip:209.30.158.193, last access: 2005-03-04 last
ip:107.129.130.107, country: US /US
----▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮, created: 2005-04-03
created ip:80.247.156.241, last access: 2005-04-03 last
ip:68.63.221.109,
country: GB /AF
----▮▮▮▮, ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created:
2005-11-10 created ip:4.229.12.72, last access: 2005-11-10 last
ip:73.55.138.151, country: US /US
----▮▮▮▮, ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮, created: 2005-
11-27
created ip:212.122.238.71, last access: 2005-11-27 last
ip:105.196.185.42,
country: EG /EG
----▮▮▮▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created:
2007-04-04 created ip:24.158.35.111, last access: 2007-04-04 last
ip:71.50.123.174, country: US /US

----▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2007-06-06 created ip:74.53.121.132, last access: 2007-06-06 last ip:197.199.210.127,
country: US /AQ
----▮▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2007-06-16 created ip:76.173.98.136, last access: 2007-06-16 last ip:23.242.4.183, country: US /US
----▮▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2007-07-23
created ip:63.231.137.46, last access: 2007-07-23 last ip:75.161.134.17,
country: US /KZ
----▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮, created: 2007-08-18
created ip:70.59.95.243, last access: 2007-08-18 last ip:73.221.183.235,
country: US /
----▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮▮▮▮, created: 2007-08-23 created ip:208.96.84.243, last access: 2007-08-23 last ip:67.204.228.111,
country:
CA /
----▮▮▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2007-11-07 created ip:68.88.193.11, last access: 2007-11-07 last ip:108.206.185.184, country: US /US
----▮▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮, created: 2007-12-18 created ip:217.186.122.138, last access: 2007-12-18 last ip:95.119.250.86,
country: DE /BM
----▮▮▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2008-01-07
created ip:68.37.14.20, last access: 2008-01-07 last ip:100.11.207.22,
country: US /US
----▮▮▮▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2008-03-07 created ip:66.117.234.234, last access: 2008-03-07 last ip:72.49.197.187, country: US /US
----▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮, created: 2008-03-18 created ip:88.213.80.57, last access: 2008-03-18 last ip:79.172.142.209,
country:
SA /
----▮▮▮▮ ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2008-07-22
created ip:68.228.140.134, last access: 2008-07-22 last ip:104.178.214.48,
country: US /AF
----▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮, created: 2008-08-30
created ip:69.84.58.71, last access: 2008-08-30 last ip:173.209.211.243,
country: US /US
----▮▮▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2008-12-24 created ip:97.103.234.224, last access: 2008-12-24 last

ip:46.126.13.40, country: US /SE
----▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2009-07-07
created ip:69.47.221.219, last access: 2009-07-07 last ip:69.47.250.201,
country: US /WW
----▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2009-08-28
created ip:24.15.135.89, last access: 2009-08-28 last ip:195.228.40.106,
country: US /
----▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2010-02-19 created ip:93.109.47.63, last access: 2010-02-19 last ip:175.139.82.126, country: CY /GR
----▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2010-06-12
created ip:24.112.147.79, last access: 2010-06-12 last ip:71.121.198.129,
country: US /EG
----▮▮▮▮▮▮▮▮, ▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2010-11-06 created
ip:75.65.219.60, last access: 2010-11-06 last ip:50.130.68.40, country: US
/AF
----▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2011-07-10
created ip:173.16.193.148, last access: 2011-07-10 last ip:173.19.235.29,
country: US /US
----▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2011-08-04
created
ip:95.18.70.121, last access: 2011-08-04 last ip:145.133.1.108, country:
ES /NL
----▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2011-09-17 created ip:71.231.144.76, last access: 2011-09-17 last ip:71.231.155.98, country: US /
----▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2011-10-16
created ip:86.161.138.128, last access: 2011-10-16 last ip:80.5.218.129,
country: GB /UK
----▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮, created: 2012-01-10 created
ip:217.165.51.108, last access: 2012-01-10 last ip:176.205.15.196,
country: AE /
----▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2012-01-19 created ip:92.3.121.32, last access: 2012-01-19 last ip:92.3.96.103, country: GB /
----▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2012-04-13

created ip:71.240.141.117, last access: 2012-04-13 last ip:96.25.40.75,
country: US /US
----▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2012-06-05
created ip:75.139.240.114, last access: 2012-06-05 last ip:108.19.105.159,
country: US /US
----▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2012-06-13
created ip:107.10.44.47, last access: 2012-06-13 last ip:184.56.255.155,
country: US /EH
----▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2012-07-27
created ip:74.136.8.15, last access: 2012-07-27 last ip:74.143.1.242,
country: US /US
----▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2012-09-07
created ip:67.247.186.97, last access: 2012-09-07 last ip:104.229.33.115,
country: US /US
----▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2012-10-25
created ip:174.49.195.118, last access: 2012-10-25 last ip:174.59.186.186,
country: US /
----▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2012-12-03
created ip:65.68.103.6, last access: 2012-12-03 last ip:12.40.34.2,
country: US /US
---▇▇▇▇▇▇▇, ▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2012-12-05
created ip:62.44.135.122, last access: 2012-12-05 last ip:62.198.77.153,
country: DK /DK
----▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2012-12-14
created ip:68.184.248.16, last access: 2012-12-14 last ip:24.217.75.168,
country: US /US
----▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2012-12-17
created ip:75.169.135.82, last access: 2012-12-17 last ip:71.36.71.253,
country: US /US
----▇▇▇▇▇▇, ▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2013-01-26
created ip:115.69.55.112, last access: 2013-01-26 last ip:115.69.55.112,
country:

```
AU /AF
----▇▇▇▇▇, ▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2013-01-30
created ip:184.184.165.169, last access: 2013-01-30 last
ip:64.56.31.145,
country: US /US
----▇▇▇▇▇, ▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2013-02-08
created ip:78.149.202.42, last access: 2013-02-08 last
ip:131.227.49.58,
country: GB /GB
----▇▇▇▇▇, ▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2013-03-11
created ip:41.200.83.26, last access: 2013-03-11 last
ip:41.96.125.174,
country: DZ /WW
----▇▇▇▇▇▇, ▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created:
2013-03-25 created ip:79.183.139.14, last access: 2013-03-25 last
ip:81.141.75.153, country: IL /WW
----▇▇▇▇▇▇, ▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created:
2013-03-31 created ip:69.137.209.163, last access: 2013-03-31 last
ip:69.137.209.163, country: US /
----▇▇▇▇▇▇, ▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2013-05-30
created ip:74.68.138.94, last access: 2013-05-30 last ip:74.68.138.94,
country: US /
----▇▇▇▇▇▇, ▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2013-
06-20
created ip:117.193.137.115, last access: 2013-06-20 last
ip:117.202.187.106, country: IN /
----▇▇▇▇▇▇▇▇, ▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇,
created:
2013-07-11 created ip:50.10.127.161, last access: 2013-07-11 last
ip:99.126.22.155, country: US /
----▇▇▇▇▇▇, ▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2013-07-28
created ip:86.6.212.26, last access: 2013-07-28 last ip:81.99.54.120,
country: GB /
----▇▇▇▇▇▇, ▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created:
2013-08-01 created ip:87.74.72.167, last access: 2013-08-01 last
ip:87.74.72.40, country: GB /IL
----▇▇▇▇▇, ▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2013-08-08
created ip:96.247.71.219, last access: 2013-08-08 last
ip:96.247.60.37,
country: US /
----▇▇▇▇▇▇, ▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2013-
08-29
created ip:67.2.17.249, last access: 2013-08-29 last ip:67.2.45.180,
country: US /US
----▇▇▇▇▇, ▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, created: 2009-11-
13
created ip:70.129.240.237, last access: 2009-11-13 last
ip:24.182.202.155,
```

country: US /
----▬▬▬▬▬▬▬, ▬▬▬▬, ▬▬▬▬▬▬▬▬▬, created: 2008-12-18
created ip:203.220.204.162, last access: 2008-12-18 last ip:147.69.64.7,
country: AU /AU
----▬▬▬▬▬▬▬, ▬▬▬▬, ▬▬▬▬▬▬▬▬▬▬▬▬, created: 2008-06-26 created ip:66.168.254.175, last access: 2008-06-26 last ip:64.134.29.31, country: US /US
----▬▬▬▬, ▬▬▬▬, ▬▬▬▬▬▬▬▬, created: 2009-04-18 created ip:121.219.4.62, last access: 2009-04-18 last ip:114.77.32.225,
country: AU /
----▬▬▬▬, ▬▬▬▬, ▬▬▬▬▬▬▬▬, created: 2009-02-07 created
ip:41.235.244.212, last access: 2009-02-07 last ip:77.234.42.154, country:
EG /EG
----▬▬▬▬▬▬▬▬, ▬▬▬▬, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬, created: 2013-09-16 created ip:216.236.171.14, last access: 2013-09-16 last ip:216.236.170.252, country: US /US
----▬▬▬▬, ▬▬, ▬▬▬▬▬▬▬▬, created: 2013-09-19 created ip:149.157.45.90, last access: 2013-09-19 last ip:31.187.39.173, country:
IE /IE
----▬▬▬▬, ▬▬▬▬, ▬▬▬▬▬▬▬▬, created: 2013-10-31 created
ip:85.150.24.172, last access: 2013-10-31 last ip:85.150.24.172, country:
NL /
----▬▬▬▬▬▬, ▬▬▬, ▬▬▬▬▬▬, created: 2013-11-13 created ip:199.68.218.47, last access: 2013-11-13 last ip:199.68.218.47, country:
US /US
----▬▬▬▬▬▬▬▬, ▬▬▬▬, ▬▬▬▬▬▬▬▬▬▬▬▬▬,
created:
2013-11-22 created ip:2.220.52.212, last access: 2013-11-22 last ip:5.71.48.123, country: GB /UK
----▬▬▬▬, ▬▬▬▬, ▬▬▬▬▬▬▬▬▬, created: 2013-11-23 created ip:92.238.185.144, last access: 2013-11-23 last ip:82.39.202.158,
country: GB /UK
----▬▬▬▬▬▬▬, ▬▬▬▬, ▬▬▬▬▬▬▬▬▬▬▬▬, created: 2013-12-09 created ip:67.162.61.243, last access: 2013-12-09 last ip:98.253.162.67, country: US /
----▬▬▬▬▬▬, ▬▬▬▬, ▬▬▬▬▬▬▬▬▬, created: 2013-12-28
created ip:50.101.143.105, last access: 2013-12-28 last

ip:64.231.220.145, country: CA /CA
----- ▇▇▇▇▇▇▇ , ▇▇▇▇▇▇ , ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , created: 2013-12-30 created ip:122.58.9.146, last access: 2013-12-30 last ip:122.61.20.172, country: NZ /NZ
----- ▇▇▇▇▇▇▇ , ▇▇▇▇▇▇ , ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , created: 2014-01-20 created ip:76.180.160.50, last access: 2014-01-20 last ip:76.180.160.50, country: US /AF
----- ▇▇▇▇▇▇▇ , ▇▇▇▇▇▇ , ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , created: 2014-03-20 created ip:176.56.174.68, last access: 2014-03-20 last ip:41.42.196.227, country: A1 /
----- ▇▇▇▇▇▇▇ , ▇▇▇▇▇▇ , ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , created: 2014-06-01 created ip:104.33.155.103, last access: 2014-06-01 last ip:76.94.129.71, country: US /
----- ▇▇▇▇▇▇▇ , ▇▇▇▇ , ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , created: 2014-06-10 created ip:59.93.194.35, last access: 2014-06-10 last ip:117.194.70.146, country: IN /US
----- ▇▇▇▇▇▇▇ , ▇▇▇▇▇▇ , ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , created: 2014-06-12 created ip:58.110.52.18, last access: 2014-06-12 last ip:58.110.49.133, country: AU /AU
----- ▇▇▇▇▇ , ▇▇▇▇▇▇ , ▇▇▇▇▇▇▇▇▇▇▇ , created: 2014-06-29 created ip:174.130.22.54, last access: 2014-06-29 last ip:74.67.92.220, country: US /
----- ▇▇▇▇ , ▇▇▇▇ , ▇▇▇▇▇▇▇▇▇▇ , created: 2014-08-01 created ip:88.121.234.62, last access: 2014-08-01 last ip:88.121.234.62, country: FR /FR
----- ▇▇▇▇▇▇▇▇▇ , ▇▇▇▇▇▇ , ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , created: 2014-08-27 created ip:173.245.67.125, last access: 2014-08-27 last ip:151.240.98.228, country: US /
----- ▇▇▇▇▇▇▇ , ▇▇▇▇▇▇ , ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , created: 2014-09-11 created ip:5.81.77.96, last access: 2014-09-11 last ip:86.186.137.174, country: GB /
----- ▇▇▇▇▇▇▇▇▇ , ▇▇▇▇▇▇ , ▇▇▇▇▇▇▇▇▇▇▇▇▇ , created: 2014-09-24 created ip:41.67.80.124, last access: 2014-09-24 last ip:41.217.172.183, country: EG /

-----■■■■■■■■■■■■■■■, ■■■■, ■■■■■■■■■■■■■■■■■■■■, created: 2014-09-25 created ip:46.162.82.20, last access: 2014-09-25 last ip:46.162.82.20, country: SE /SE
-----■■■■■■■■■■, ■■■■, ■■■■■■■■■■■■■■■■■■■■, created: 2014-09-27 created ip:41.251.2.7, last access: 2014-09-27 last ip:94.204.186.14, country: MA /MA
-----■■■■■■■■■■■■■■■■■■, ■■■■■■■, ■■■■■■■■■■■■■■■■■■■■■■■■■■■■, created: 2014-09-29 created ip:108.181.4.56, last access: 2014-09-29 last ip:108.181.112.241, country: CA /
-----■■■■■■■■■■■■■■■, ■■■■■■■, ■■■■■■■■■■■■■■■■■■■■, created: 2014-11-15 created ip:66.110.242.247, last access: 2014-11-15 last ip:68.67.246.57, country: US /
-----■■■■■■■■, ■■■■■■■, ■■■■■■■■■■■■■■■■■■■■■, created: 2014-11-15 created ip:173.190.42.242, last access: 2014-11-15 last ip:173.190.36.218, country: US /
-----■■■■■■■■■■■■■■■■, ■■■■■■■, ■■■■■■■■■■■■■■■■■■■■■■, created: 2014-12-24 created ip:88.228.245.86, last access: 2014-12-24 last ip:88.228.240.178, country: TR /
-----■■■■■■■■■■■■■■, ■■■■, ■■■■■■■■■■■■■■■■, created: 2015-02-03 created ip:74.111.117.101, last access: 2015-02-03 last ip:96.235.45.65, country: US /US
-----■■■■■■■■■, ■■■■, ■■■■■■■■■■■■■■■, created: 2015-02-15 created ip:66.87.76.20, last access: 2015-02-15 last ip:66.87.76.20, country: US /US
-----■■■■■■■■■, ■■■■, ■■■■■■■■■■■■■■■■■■■■, created: 2015-02-18 created ip:205.197.242.147, last access: 2015-02-18 last ip:205.197.242.147, country: US /US
-----■■■■■■■■■, ■■■■■■■, ■■■■■■■■■■■■■■■, created: 2015-02-21 created ip:67.84.19.226, last access: 2015-02-21 last ip:67.84.18.147, country: US /
-----■■■■■■■■■, ■■■■, ■■■■■■■■■■■■■■■■, created: 2015-03-01 created ip:24.247.190.115, last access: 2015-03-01 last ip:24.247.190.115, country: US /US
-----■■■■■■■, ■■■■■■■, ■■■■■■■■■■■■■■■■■, created: 2015-03-24 created ip:50.132.28.93, last access: 2015-03-24 last ip:73.35.205.17, country: US /
-----■■■■■■■■, ■■■■■■■■, ■■■■■■■■■■■■■■■■■■■■■■■, created: 2015-04-09 created ip:37.191.159.105, last access: 2015-04-09 last

```
ip:37.191.150.254, country: NO /
-----▮▮▮▮▮▮▮▮, ▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2015-04-21
created ip:86.98.65.97, last access: 2015-04-21 last ip:217.165.2.212,
country: AE /AE
-----▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created:
2015-04-29 created ip:197.33.80.23, last access: 2015-04-29 last
ip:197.33.12.168, country: EG /
-----▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2015-05-14
created ip:73.172.105.7, last access: 2015-05-14 last
ip:71.121.198.129,
country: US /
-----▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2015-05-21
created ip:76.255.221.186, last access: 2015-05-21 last
ip:24.237.251.96,
country: US /
----▮▮▮▮▮▮▮, ▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2015-05-31 created
ip:24.44.196.205, last access: 2015-05-31 last ip:24.44.196.205,
country:
US /US
-----▮▮▮▮▮▮▮▮, ▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, created: 2015-06-
28
created ip:197.33.34.47, last access: 2015-06-28 last
ip:197.33.77.236,
country: EG /EG
Total: 103
Command[3] ui 70919914


User Info Stored in the Database
================================
Uid: ▮▮▮▮▮▮▮▮     Nick: ▮▮▮▮▮▮▮▮▮▮▮     Version:124 Aff Id:1 Namespace: 0
Allow
adult:Y Parent_uid:59232181
Name: none none Email: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ hds:EEF49A17
Admin: N  Palhelp: N  Email verified: G  Email confirm code: 2087
has_superimpic:true has_profilepic:false annon view:true
Last ip:71.121.198.129  Country at reg:US  Personals Id:3862767 Parent
Uid:59232181
Virtual gifts,  credits_avail: 0 ios_credits_avail: 0
android_credits_avail: 0 # gifts sent: 692 credits_sent: 0 #
gifts_received: 1 credits_received: 25 highest crown: 0 privacy:0
Created-2010-06-12 10:47:00.0 last on-2015-08-17 04:18:00.0
logins:8659
Online Dur:42256154 Inactive:false birthdate: 03-05-1985
refc: 0 pagc: 0 advc: 0 dev first: null dev last: flash?
Owns group: ▮▮▮▮▮▮▮     Relax Joy Connect Spirits: last opened: 2015-06-
02
```

```
Subscriber Info
===============
Pid: 512   SubId: ▮▮▮▮▮▮   SubProd: extreme   Desc: 1 Month of Paltalk
Extreme Service for just $9.95 Source: mptweb   Status: *** CANCELED
***
        Started: 2015-07-05 Expires: 2015-08-04 Renew: C Auto Renew: C
Offer
Type: direct
        Pay type: CyberSource
        Comments:
        2015-07-09   janet (paltalk):
                Reason: cancel_sub: Manage Accounts SubID: 7676236
                Adm Reason: Sub already cancelled on cs
        2015-07-09   janet (paltalk):
                Reason: cancel_sub: Manage Accounts SubID: 7676236
                Adm Reason: Sub already cancelled on cs
Pid: 8071   SubId: ▮▮▮▮▮▮    SubProd: papertowns   Desc: Sticker Pack:
Paper
Towns Source: mptweb   Status: Active
        Started: 2015-07-10 Expires: 2025-07-07 Renew: U Auto Renew: N
Offer
Type: direct
        Id: ▮▮▮▮▮▮    Free acct given by: 0 reason: vgift
Pid: 8070   SubId: 7688284   SubProd: minions   Desc: Sticker Pack:
Minions
Source: mptweb   Status: Active
        Started: 2015-07-10 Expires: 2025-07-07 Renew: U Auto Renew: N
Offer
Type: direct
        Id: ▮▮▮▮▮▮    Free acct given by: 0 reason: vgift
Pid: 8055   SubId: 7676255   SubProd: military   Desc: Sticker Pack:
Military
Pride Source: mptweb   Status: *** CANCELED ***
        Started: 2015-07-05 Expires: 2025-07-02 Renew: C Auto Renew: C
Offer
Type: direct
        Id: ▮▮▮▮▮▮    Free acct given by: 0 reason: vgift
Pid: 8047   SubId: 7514142   SubProd: rageface   Desc: Sticker Pack: Rage
Face Source: mptweb   Status: Active
        Started: 2015-04-17 Expires: 2025-04-14 Renew: U Auto Renew: N
Offer
Type: direct
        Id: ▮▮▮▮▮▮    Free acct given by: 0 reason: vgift
Pid: 8053   SubId: 7400747   SubProd: millertime   Desc: Sticker Pack:
Miller
Time Source: mptweb   Status: Active
        Started: 2015-03-04 Expires: 2025-03-01 Renew: U Auto Renew: N
```

```
Offer
Type: direct
        Id: [REDACTED]      Free acct given by: 0 reason: vgift
Pid: 8027   SubId: 5848668   SubProd: bemine   Desc: Sticker Pack: Be
Mine
Source: mptweb   Status: Active
        Started: 2014-02-14 Expires: 2024-02-12 Renew: U Auto Renew: N
Offer
Type: direct
        Id: [REDACTED]      Free acct given by: 0 reason: vgift
Pid: 8005   SubId: 5769655   SubProd: hammy   Desc: Sticker Pack: Hammy
Hamster Source: mptweb   Status: Active
        Started: 2014-01-27 Expires: 2024-01-25 Renew: U Auto Renew: N
Offer
Type: direct
        Id: [REDACTED]      Free acct given by: 0 reason: vgift
Pid: 8004   SubId: 5769178   SubProd: frogfun   Desc: Sticker Pack: Frog
Fun
Source: mptweb   Status: Active
        Started: 2014-01-26 Expires: 2024-01-24 Renew: U Auto Renew: N
Offer
Type: direct
        Id: [REDACTED]      Free acct given by: 0 reason: vgift
Pid: 8000   SubId: 5738129   SubProd: carebear   Desc: Sticker Pack: Care
Bear Source: mptweb   Status: Active
        Started: 2014-01-18 Expires: 2024-01-16 Renew: U Auto Renew: N
Offer
Type: direct
        Id: [REDACTED]      Free acct given by: 0 reason: vgift
sub_id: 3705371   product_id: 242   product_desc: 500 Additional Virtual
Gift Credits for Just $10!
sub_id: [REDACTED]        product_id: 220   product_desc: $5 for 100 Virtual
Gift
Credits
sub_id: [REDACTED]        product_id: 220   product_desc: $5 for 100 Virtual
Gift
Credits
sub_id: [REDACTED]        product_id: 220   product_desc: $5 for 100 Virtual
Gift
Credits
sub_id: [REDACTED]        product_id: 220   product_desc: $5 for 100 Virtual
Gift
Credits
sub_id: [REDACTED]        product_id: 220   product_desc: $5 for 100 Virtual
Gift
Credits
sub_id: [REDACTED]        product_id: 220   product_desc: $5 for 100 Virtual
Gift
```

```
Credits
sub_id: ▇▇▇▇▇▇       product_id: 220   product_desc: $5 for 100 Virtual
Gift
Credits
sub_id: ▇▇▇▇▇▇       product_id: 220   product_desc: $5 for 100 Virtual
Gift
Credits
sub_id: ▇▇▇▇▇▇       product_id: 220   product_desc: $5 for 100 Virtual
Gift
Credits
sub_id: ▇▇▇▇▇▇       product_id: 220   product_desc: $5 for 100 Virtual
Gift
Credits
sub_id: ▇▇▇▇▇▇       product_id: 220   product_desc: $5 for 100 Virtual
Gift
Credits
sub_id: ▇▇▇▇▇▇       product_id: 220   product_desc: $5 for 100 Virtual
Gift
Credits
sub_id: ▇▇▇▇▇▇       product_id: 220   product_desc: $5 for 100 Virtual
Gift
Credits
sub_id: ▇▇▇▇▇▇       product_id: 220   product_desc: $5 for 100 Virtual
Gift
Credits
sub_id: ▇▇▇▇▇▇       product_id: 220   product_desc: $5 for 100 Virtual
Gift
Credits
sub_id: ▇▇▇▇▇▇       product_id: 221   product_desc: $20 for 500 Virtual
Gift
Credits
sub_id: ▇▇▇▇▇▇       product_id: 1100  product_desc: 100 Credits for only
$4.
<br>Buy Credits. Send gifts. Get Status.
sub_id: 7057308   product_id: 1100  product_desc: 100 Credits for only
$4.
<br>Buy Credits. Send gifts. Get Status.
sub_id: 7398065   product_id: 242   product_desc: 500 Additional Virtual
Gift Credits for Just $10!
sub_id: ▇▇▇▇▇▇       product_id: 221   product_desc: $20 for 500 Virtual
Gift
Credits
sub_id: ▇▇▇▇▇▇       product_id: 242   product_desc: 500 Additional Virtual
Gift Credits for Just $10! *** CANCELED ***
trialpay:         2015-05-11  Credits: 2
trialpay:         2015-05-11  Credits: 2
trialpay:         2015-05-11  Credits: 2
===============
```

```
Restrictions
==============
User is not restricted by the ban command
db slvl on uid or sludge not found
db slvl on mid not found, because no mid


Login Denials Due to Bans
=========================
5801 date: 2015-06-30 ctr: 57 Login not fully completed.  crc sweep
because either figit or build not entered
6600 date: 2015-04-21 ctr: 72 ducket not replied to
5901 date: 2015-03-23 ctr: 1 CRC error - crcfail
5906 date: 2015-03-23 ctr: 1 CRC error - number format exc in
decryption
5202 date: 2014-10-20 ctr: 1 The version of the event did not match
the
version of the event they logged in with
5903 date: 2013-08-23 ctr: 20 CRC error - build mismatch
5614 date: 2013-04-23 ctr: 1 Attempt to login with admin acct on a
machine
whose device id is not white listed
6502 date: 2013-04-03 ctr: 3 Dyncode isVM.SMBIOS violation


Online Info:    Offline
========================
User is offline




IP history...............
=========================
24.112.147.79     Jun 12 2010 11:49AM      120849
24.112.147.79     Jun 12 2010 05:10PM      9845
24.112.147.79     Jun 12 2010 06:04PM      2678
24.112.147.79     Jun 12 2010 10:30PM      8783
24.112.147.79     Jun 13 2010 03:11AM      16816
24.112.147.79     Jun 13 2010 03:23AM      593
24.112.147.79     Jun 13 2010 03:44PM      12771
24.112.147.79     Jun 13 2010 07:07PM      7403
24.112.147.79     Jun 14 2010 02:49PM      65710
24.112.147.79     Jun 15 2010 03:02PM      5570
24.112.147.79     Jun 15 2010 06:28PM      12072
24.112.147.79     Jun 16 2010 03:25AM      15492
```