FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

2018 APR -6 PM 4: 11

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | BY_____DEPUTY |
| Plaintiff, | * | |
| v. | * | Criminal No. ELH-16-0009 |
| MOHAMED ELSHINAWY | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

## ~~PROPOSED~~ ORDER  ELH

Pending before the Court is Defendant Mohamed Elshinawy's Unopposed Motion to Unseal Sentencing Memoranda and Specified Sentencing Exhibits (ECF No. 250 ).

Having considered the Defendant's arguments in favor of the unsealing of certain exhibits and the continued sealing of other exhibits, the Court ORDERS as follows:

The sentencing memoranda and exhibits docketed as: ECF No. 138, ECF No. 138-1 ECF No. 138-2, ECF No. 138-3, ECF No. 138-5, ECF No. 138-9, ECF No. 138-11, ECF No. 138-14, ECF No. 138-15, ECF No. 138-16, ECF No. 143, ECF No. 143-1, ECF No. 143-2, ECF No. 143-4, ECF No. 143-5, ECF No. 143-6, and ECF No. 143-7 are hereby UNSEALED;

The sentencing exhibits docketed as ECF No. 138-4, ECF No. 138-6, ECF No. 138-7, ECF No. 138-8, ECF No. 138-10, ECF No. 138-12, ECF No. 138-13, and ECF No. 143-3 remain SEALED; and

Defense counsel will file redacted versions of ECF No. 138-4, ECF No. 138-7, ECF No. 138-10, and ECF No. 143-3 as a substitute to the original sealed filings due by 4/20/18.

SO ORDERED this 6th day of April, 2018.

_____
The Honorable Ellen L. Hollander
United States District Judge