FILED:  April 10, 2018

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 18-4223
(1:16-cr-00009-ELH-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MOHAMED ELSHINAWY, a/k/a Mojoe, a/k/a Mo Jo

      Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:16-cr-00009-ELH-1 |
| Date notice of appeal filed in originating court: | 04/05/2018 |
| Appellant (s) | Mohamed Elshinawy |
| Appellate Case Number | 18-4223 |
| Case Manager | Cathi Bennett 804-916-2702 |