AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

### SENTENCE BY A PERSON IN FEDERAL CUSTODY

ELH-20-3163      Civil

| United States District Court | District | MARYLAND | | |
|---|---|---|---|---|
| Name *(under which you were convicted)*: <br> MOHAMED Y. ELSHINAWY | | | Docket or Case No.: <br> 1:16-CR-00009-ELH | |
| Place of Confinement: <br> FCI Petersburg Medium | | Prisoner No.: <br> 60500-037 | | |
| UNITED STATES OF AMERICA | | Movant *(include name under which convicted)* | | |
| V. | | MOHAMED Y. ELSHINAWY | | |

### MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:
    US DISTRICT COURT, DISTRICT OF MARYLAND
    101 West Lombard Street
    Baltimore, MD  21201

    FILED ___ ENTERED
    ___ LOGGED ___ RECEIVED

    OCT 3 0 2020

    (b) Criminal docket or case number (if you know): 1:16-CR-00009

    AT BALTIMORE
    CLERK, U.S. DISTRICT COURT
    DISTRICT OF MARYLAND

    BY _____ DEPUTY

2.  (a) Date of the judgment of conviction (if you know): 10/15/2017

    (b) Date of sentencing: 4/2/2018

3.  Length of sentence: 240 months

4.  Nature of crime (all counts):
    (Count 1) 18:2339B(a)(1), 18:2339B(d)(1)(A), (d)(1)(D), (d)(1)(E) AND (d)(1)(F) CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION;
    (Count 2)18:2339B(a)(1), 18:2339B(d)(1)(A), (d)(1)(D), (d)(1)(E) AND (d)(1)(F) PROVIDING AND ATTEMPTING TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION; 18:2 AIDING AND ABETTING;
    (Count 3) 18:2339C(a)(1)(B), 18:2339C(a)(3) TERRORISM FINANCING; 18:2 AIDING AND ABETTING;
    (Count 4) 18:1001(a)(2) FALSE STATEMENTS

5.  (a) What was your plea?  (Check one)
    (1) Not guilty ☐          (2) Guilty ☑          (3) Nolo contendere (no contest) ☐

6.  (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?
    N/A

6.  If you went to trial, what kind of trial did you have?  (Check one)      Jury ☐      Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?      Yes ☐      No ☐

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?     Yes ✔     No ☐

9. If you did appeal, answer the following:

    (a) Name of court: US Court of Appeals for thte Fourth Circuit

    (b) Docket or case number (if you know): 18-42223

    (c) Result: Appeal Denied  (Request fror Re-Hearing En Banc denied 8/13/2019)

    (d) Date of result (if you know): 4/10/2018

    (e) Citation to the case (if you know):

    (f) Grounds raised:
(1) The district court erred in finding that Mr. Elshinawy's conduct was sufficient to satisfy the intent required by the terrorism enhancement, as there was no concrete plan and it was not targeted at effecting government conduct; (2) The district court erred in finding that defense counsel's argument breached the proffer agreement, as defense argument considered the interpretation of facts and not factual assertions;

    (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ✔     No ☐

    If "Yes," answer the following:

    (1) Docket or case number (if you know): 19-7207

    (2) Result: Petition for Writ of Certiorari Denied

    (3) Date of result (if you know): 2/24/2020

    (4) Citation to the case (if you know):

    (5) Grounds raised:
Did the Court violate the Separation of Powers anad Due Process when the enhancement Sec. 3A1.4 was applied without examining Congress' explicit directive in the VCCLEA Sec. 120004, precluding such?

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐     No ✔

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):

(4)   Nature of the proceeding: _____

(5)   Grounds raised:

<br><br><br><br><br><br>

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

    Yes ☐    No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(b)   If you filed any second motion, petition, or application, give the same information:

(1)   Name of court: _____

(2)   Docket of case number (if you know): _____

(3)   Date of filing (if you know): _____

(4)   Nature of the proceeding: _____

(5)   Grounds raised:

<br><br><br><br><br><br>

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

    Yes ☐    No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(c)   Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:    Yes ☐    No ☐

(2)   Second petition:    Yes ☐    No ☐

(d)   If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** INEFFECTIVE ASSISTANCE OF COUNSEL - Defendant was denied 6 Amendment counsel of his choice when his trial counsel erroneous informed him that speaking with an attorney he wanted to represent him would void the atty/client privilege if he were to discuss his case with prospective atty.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Defendant requested the assistance of a new attorney (pro bono) who was employed at a non-profit law center. Standard procedure was for the attorney at the law center to meet with prospective clients to determine if a case was appropriate for the law center to take. When defendant sought to meet with the prospective attorney to discuss the facts of the case, defendant was told by current trial counsel, Mr. Simms, that if defendant spoke to the prospective attorney prior to case acceptance by prospective attorney, there would be no attorney/client privilege and that the new prospective attorney could therefore be subpoenaed at trial and could potentially testify against defendant at trial. As a result, and based on the incorrect advice and recommendations given by the trial counsel, and central to my decision, I then refused to meet with the prospective attorney whom the I had originally sought out. As a result, due to erroneous legal information provided, I received ineffective assistance of counsel and was therefore denied my Sixth Amendment Right to the counsel of my choosing.

See enclosed Declaration of Charles D. Swift. [ Exhibit "1"]

(b) **Direct Appeal of Ground One:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☑

(2)  If you did not raise this issue in your direct appeal, explain why:
Ineffective Assistance of Counsle can only be raised on Habeas.

(c) **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?
Yes ☐    No ☐

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐       No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐       No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** CONFLICT OF INTEREST - Trial counsel had a financial conflict of interest when providing ~~erroneous information to defendant as dissuading defendant from seeking new counsel/his counsel~~ of choice insured that trial counsel would continue to be paid.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial Counsel, Stuart O. Simms, was appointed to represent defendant under the CJA. Attorney Simms had a financial incentive to remain on the case so that he could bill and be paid for work done on the defendant ' s case. By providing erroneous information and dissuading the defendant from seeking new counsel or the counsel of my choosing, trial counsel ensured that he would therefor stay on the case and would therefore continue to be paid. Because trial counsel was conflicted, he did not provide me the opportunity to receive third party, non-conflicted advice of an attorney required by his professional rules of ethics. As a direct result, I was provided incorrect and conflicted information and was prevented from seeking out counsel of my choosing under the Sixth Amendment.

See enclosed Declaration of Charles D. Swift.  [ Exhibit "1" ]

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐       No ☑

(2)  If you did not raise this issue in your direct appeal, explain why:

Facts of a financial conflict of interest were just discovered post denial of Appeal and denial of Supreme Court Request for Certiorari.

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

Issue ws just discovered.

AO 243 (Rev. 09/17)

**GROUND THREE:** ALL Statements/Agreements/Consent to procedures by
defendant was done ~~Non~~-Voluntarily under the influence of Fear of death threats from

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Law enforcement and intimidation by attorney.

Facts:

(1) Defendant lived most of his life and grew up in Egypt; where
Law enforcement agents "specialy ones who investigate terrorism
related allegation" are known to be be brutal by commiting
things like kidnaping, torture, even killing citizens who are a target
of investigations before the Case go to Court / continued on attachment

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Defendant was scared of Law enforcement retaliation.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

AO 243 (Rev. 09/17)

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** Defendant's constitutional right and due process was violated when the Waiver of Preliminary hearing was done Un-Kowingly and Un-Intelligently,

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Preliminary hearing in this case "assuming that it was the defendant Who signed the waiver" was waived without defendant's Knowledgeable consent, Defendant Just did not Know that such hearing was waived, It was also done Un-intelligently because defendant was ready at the time to cross examine the government witness and provide evidence related to the Probable cause determination. Its Undisputed fact that defendant at this time didn't / Continued on Attachment

(b)  **Direct Appeal of Ground Four:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2)  If you did not raise this issue in your direct appeal, explain why:

This issue better raised on habeas claim
Defendant Just recently Kow what is preliminary hearing

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Ground One: Ineffective Assistance of Counsel can only be raised on Habeas.

Ground Two: Issue was just discovered post-appeal.

Ground Three: Defendant was scared of retaliation.

Ground Four: Ineffective Assistance of Counsel can only be raised on Habeas. Defendant recently just understood what preliminary hearing is.

Ground Five:
Ground Six:
Ground Seven:
Ground Eight:   Ineffective Assistance of Counsel can only be raised on Habeas.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?     Yes ☐     No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:
Joseph Balter - 1340 Smith Ave, Ste 200, Baltimore, MD 21209

(b) At the arraignment and plea:
Joshua Treem, Stuart O. Simms, Chelsea Crawford - 120 E. Baltimore St, Ste 1700, Baltimore, MD 21202-6701

(c) At the trial:
N/A

(d) At sentencing:
Joshua Treem, Stuart O. Simms, Chelsea Crawford - 120 E. Baltimore St, Ste 1700, Baltimore, MD 21202-6701

(e) On appeal:
Gary Proctor - 8 E. Mulburry St, Baltimore, MD 21202

(f) In any post-conviction proceeding:
Pro Se

(g) On appeal from any ruling against you in a post-conviction proceeding:
Pro Se

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐     No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐     No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐     No ☐

AO 243 (Rev. 09/17)

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

2255 Habeas Motion is timeily.  Supreme Court denial of Petition for Writ of Certiorari occurred on 2/24/2020.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:
Vacate plea and conviction based on structural error created by the denial of Sixth Amendment Right to counsel of my
choosing due to financial conflict of interest of trial counsel, and due to ineffective assistance/advice of trial counsel.

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on   OCTOBER, 14 , 2020            .

(month, date, year)

Executed (signed) on   OCTOBER , 14 , 2020          (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

# GROUND THREE / Continuing

and before any determination of innocence or guilt, such brutality and Human rights violations through the abuse of authority could be Found in any human rights reports regarding Law enforcement in these places of the World.

(2) Defendant does not have criminal history, No violent history, Never owned a gun, Never Lived with someone Who owns a gun, bearing arms is not a right of citizens Where defendant grew up, so seeing an actual gun is a big deal and could be terrifying to defendant, The maximum interaction the defendant had with law enforcement in U.S.A is with the Local police For a traffic stop.

(3) The Fear of being physically harmed started to develop in the defendant's mind When three FBI agents came to defendant's apartment on July 17th - 2015 - With their guns un-concealed; combined with the way they interogated the defendant using threatening language, a prudent person would think that three special FBI agents would of recorded an interogation with a citizen regarding "very serious allegations", Specially When such questioning last For hours, but the "302" report is Not recorded.

(4) Defendant's many meetings with FBI agents was Non-voluntarily; out of Fear in defendant's mind From the agents of maybe Killing the defendant or causing him sever physical harm due to these threats at the July 17th interview – Specially since defendant felt alone since his wife was in hospital at the time and his sister Lives hour away and no body is arround the defendant to witness the events Which was taking place with FBI agents. Example of this fear the defendant had From being

(1)

Killed by the FBI agents is the desire of defendant to meet the agents in public place "Where it would be Less Likely to a commit a crime against defendant"; is the defendant's text message to agent D. Rodski - Defendant wrote :" If we can meet (in a non-scary way, please)"; This text is in Exhibit [5] of sentencing exibits.

(5) When defendant first met with his wife's step father Mr. R. Kastina - Mr. Kastina showed hostility against defendant and stated that he dislike defendant because of his religion "Islam" and also the defendant's race - and he was against the defendant and Ms. R. Rowe to marry - Defendant's wife and her sister and her mother were all witnessing this - After that defendant married and Mr. Kastina continued the harassment of Defendant trying to push the defendant either to be christian or to leave Ms. Rowe, One time Mr. Kastina sent the defendant a facebook message threatening him to send his son in home land security after defendant - Mr. Kastina Continued to try convince Ms. Rowe to leave the religion of islam and leave defendant but he failed.

(6) Its unknown to defendant When the relationship between the FBI agent D. Rodski "The agent sworn on criminal complaint" and Mr. Kastina started.

(7) After defendant's arrest and being housed in jail - finally after defendant was able to call his wife - Defendant's wife told defendant on phone call that FBI agent D. Rodski is in daily contact with Mr. Kastina: Mr. Kastina would collect information from Ms. Rowe upon request from FBI agent D. Rodski Like the names of defendant's friends, and some times Mr. Kastina would say that FBI agent already know about certain information.

(2)

attorney - then attorney would intimidate defendant - Example of this: is the attorney's reply to defendant's complaint by making

(3)

it sound Like that the consequences of defendant's efforts to
change his attorney could be the compromise of defendant's
defense as a retaliation from attorney. [Exibit [2]]

(12) At this point; Defendant priority was to survive the
death threat by choosing and agreeing to whatever procedure
that would satisfy FBI agents in the case, the only thing
defendant could Not do was that defendant could Not stop
Communicating with his wife, as that was an appearent Wish
of Mr. Kastina - In the middle of 2016, agent D. RodsKi
alerted Mr. Kastina that defendant still call his wife from
Jail and that defendant still have the relationship with
his wife - The defendant Know this information through his
wife as she told him on the Jail phone that Mr. Kastina
Called her and let her Know that Agent Rodski alerted him
about her "still-relation" with defendant; As a blame worthy
act; that defendant's wife still didn't Leave him yet after
all these events, and previous efforts.

(13) It is strange that the death threat to defendant is
actualy on record - in a letter to Judge Ellen L. Hollander
[Exhibit (2)] by defendant's wife - However the issue
was not addressed by Judge - Just for argument sake;
Had the situation been the opposite assuming that the Same
Judge received a letter either from Mr. Kastina's wife or from
FBI agent Dave RodsKi's wife stating that defendant is
saying that someone will Kill their husband; The Court
would of discussed it and most Likely impose sever sanctions

(4)

Upon defendant and potentialy increase his sentence for such a threat if not imposed the maximum sentence already on defendant.

(14) The reason defendant is bringing these facts to the Court Now because the risk from law enforcement agents on the case now is low, since benifits from defendant Conviction and incarceration are mostly obtained now such Like job-benifits, finacial advantage and job promotions, political advantage, also defendant was Kept away from his wife, the other thing is that the death threat the defendant is facing from the Corona virus is almost equal to the one received from FBI, So speaking up now is neccessary and Logical.

(15) Defendant Can and Ready to prove these facts, First ; The death threat is already on record, second ; defendant would ask the Court to issue subpoena to defendant's wife Rachel Rowe (and her step father Mr. Ronald Kasting to be Cross examined about—Mr. Kasting's relation to the FBI agent Dave Rodski — Mr. Kasting's bias to the religion of Islam — about the death threat — about the nature of communication between FBI agent and Mr. Kasting.

(16) As aptly observed by John Adams during his defense of British soldiers charged with the Boston Massacre, "Facts are stubborn things; and whatever maybe our wishes, our inclinations, or the dictates of our passions," they cannot be altered. J. Bartlett, Bartlett's familiar Quotations 462b (14th ed. 1968).

Had the defendant been free to speak up without the fear of being Killed — The entire proceedings in this case would of been different.

# GROUND FOUR / Continued

Live much in the United States and didnot Know any thing about Criminal procedure, In addition to this the Fact is the Fact that defendant was asserting his innocence to his counsel at the time, Any rational and ordinary prudent person Knowing about the benifit of the Preliminary hearing would not waive or abandon such a Judicial determination Procedure, Specially when defendant was not entering into a plea agreement and was assuring the willing to go to trial and pleaded not guilty in the arraigment procedure. It would of been intelligent of the defendant to go through the preliminary hearing has he Knew that such procedure exist and the right of cross examination and the introduction of evidence and eventually the potential of dissmisal of criminal Complaint or at least the dissmisal of some Complaint charges before it reaches the grand Jury. Its clear that defendant's counsel at the time acted against the best interest of defendant without the defendant Knowledgeable consent. Defendant was arrested on 12/11/2015 and then his counsel waived the Preliminary hearing on 12/15/2015 Knowing that there is a Complaint in place and that the effect of such waiver is that the complaint will remain in place leading to an indictment.

All the sudden the Counsel was terminated on 01/14/2016 - Which is the next day after defendant was indicted on 01/13/2016.

The Defendant was deprived of a constitutionaly mandated probable cause determination When the waiver was not Knowingly and was not intelligently.

(6)

<u>GROUND FIVE</u>: attorney violated defendant's sixth amendment right when he didn't adhere to the defendant's choice about the proper way to protect his own Liberty including attorney's admission of guilt over defendant's intransigent objection to that admission.

<u>Facts</u>:

Attorney violated the ABA Rule of Professional Conduct 1.2 (a) (2016), by not abiding by defendant's decision concerning the objective of the represntation, Defendant insisted to his attorney to challenge the mens rea requirement to prove the Criminal Liability in U.S.C 18 : 2339B and 2339(C) statues, specially after the Supreme Court openion and overturn Conviction in the 2015 case see; Anthony Douglas ELONIS vs. United States, attorney failed to follow defendant instructions, Also attorney failed to pursue the line of defense which the defendant choosed to present in trial; Defendant instructed counsel to collect the transcript of the defendant's best-evidence which defendant could of used in pre-trial and in trial, The transcript for other facebook accounts used by defendant in the same time of using the Facebook account which government used as the main witness / evidence against defendant - The attorney failed to collect such evidence, even though they are in the government possession, more than that the attorney in his filling and arguments to the Court admited the guilt of defendant about the intent to carry out a terrorist attack - Defendant insisted to attorney that this "Imaginary" terrorist attack was not in the defendant intention at any stage, the expert witness who was

(7)

hired by attorney conceded to this guilt against defendant's objection to that admission. The attorney went further than that by conceding to the misrepresntation / Lies from the prosecutor that defendant admited to this intent during the Proffer session. Would any prudent person think or even imagine that in a Case Like this, With the government having Like Six or Seven law enforcement agents attending the proffer Which lasted for about 2 hours but they Just didn't record such proffer? as prosecutor claims! The only reason the government in this case claims that there is no recording of the proffer is that the actual proffer information Contradicts the image and accusation which the government made all Kind of efforts to prove.

It seems that there was an extreme financial and Political benifits to find the defendant guilty and the only thing that did not matter in this Case Was the truth.

Defendant Would of gone to trial instead of pleading guilty if Counsel was willing to represent defendant in the way that defendant choosed to protect his own Liberty.

(8)

<u>GROUND SIX</u>: Attorney violated the defendant's Sixth amendment right to effective assistance of counsel when attorney failed to announce the government in breach of Plea agreement when government did not keep its promise in the agreement

_____

<u>Facts:</u>

In the Plea agreement it states: "This office and the defendant agree that with respect to the calculation of the advisory guidelines range, *no other offense characteristics, sentencing guidelines factors, potential departures or adjustments set forth in the United States Sentencing Guidelines will be raised or are in dispute* ". However, the government did bring 'mis-represnted" proffer in formation in the time of sentencing procedure. Also the government presented to the court a video of defendant and his wife which has nothing to do with the defendant's accusations of offense character, Even though the defendant's wife embarassed the prosecutor by disputing the image which prosecutor tried to paint through this video that defendant is a harsh person with his wife. Attorney failed to eliminate such private video between defendant and his wife - such video should of been private - but the problem the government have in this Case with defendant sounds to be personal more than a "national security issu" as the prosecutor alleged.

Has the attorney announced the government to be in breach of plea

agreement, the Court would of made a determination - entire procedure the defendant was deprived of due to the unreasonable poor performance from attorney.

## GROUND SEVEN : Counsel violated the defendant's Sixth amendment right to effective assistance of Counsel When Counsel Failed to Impeach the defendant's own expert For ConFlicting and contradicting report about the defendant

Facts :  « The report is not included in the petiton's Exhibits because such record is available to Distrit Court, It is the Expert Report of Dr. Marc Sageman »

Defendant's expert in this Case made an admission of guilt regarding the defendant intent, Which defendant did not agree to, Defendant is not raising the issue of the expert "Dr. Marc Sageman" trying to convince the defendant to stick to a "made up" story other than the truth by stating to defendant that even if defendant went to trial then the Jury will be racist and they will Find the defendant guilty because of the defendant name, Look, religious background, and so the expert Came up with the " defendant intent to conduct a terrorist attack " story and asked defendant to stick to such story, and so the expert tried to shape and Fit in this story into the report, The reason defendant is not raising this issue is because the expert Can simply deny saying this to defendant, and with Court's high assumption of the rightousness regarding Law enforcement or people with Law enForement background Like the Expert in the Case, and on the other side ofcourse the Low assumption about the defendant honesty Specially that defendant is From middle eastern background and musLim as well, So the defendant only raises issues Which he Can prove with material evidence and absolute Logic.

The Expert Report has major ConFlicting / Contradicting statements and conclusions.

(11)

Example : Expert Report Page "2"
            " III. Summary of openion
        Mr. Elshinawy is not dangerous in the criminal sense, nor
        is he Likely to Conduct any significant terrorist operations in
        the United States. "

This statement " not dangerous in the criminal sense" contradicts
the rest of it " nor is he Likely to Conduct any significant
terrorist attack " - Any rational or Logical analysis to such
statement; gives the impression that even though defendant is not
dangerous in criminal sense, Yet, he might only Conduct "un-significant"
terrorist attack - Which does not make Sense for two reasons;
First/ because every terrorist attack is significant , Second/ because
a defendant who is not dangerous in criminal sense would not even
think to harm any one or conduct any attack small or big.
The Expert goes on and bring a statement said by defendant
When defendant was first interviewed by FBI agents,
- Expert Report Page "16"

                " On July 17, ... Mr. Elshinawy said he had never
            intended to conduct such an attack "

This is What defendant insisted to his attorney, but intimidations and
threats combined with attorney's poor performance made the defendant
enter into plea agreement, The Expert had to Fill in a place in the
report For " defendant intent to conduct attack" to match up with
the plea agreement Which was purposed at the time, this is
Why the report came up with conflictions and contradictions.
    Another Example ; Clear and major contradictions,

(12)

Expert  Report - Page "24"

"I. Mr Elshinawy's   dangerousness

.... For about two months, he had intent to carry out a terrorist operation in the United States.

        vs.

... He wanted the FBI to hire him to help fight the Islamic State.

        vs.

... Mr. Elshinawy is a small-time hustler with a touch of narcissism and a short attention span.

        vs.

... He seems too disorganized and unable to resist instant gratifications like abusing cannabis and talking to women to have the discipline to plan, organize, and carry out a significant terrorist operation."

The failure of attorney to impeach this Expert Report was a failure that caused a significant harm to the defendant's course of defense - The government relied heavily on this Expert Report in a "pick and choose" style, to give and make the impression that defendant at some point intended to carry out a mysterious terrorist attack, which gave the court a justification to sentence defendant a long sentence.

(13)

# GROUND EIGHT:

Defendant's Constitutional rights and due process was violated when he was treated un-fairly - Court abused its discretion when It allowed defendant's Religion to be consider as admissible "Indication of bad character" evidence against defendant.

---

## Facts:

District Judge assigned to this Case / Ellen L. Hollander wrote in her sentence MEMORANDUM OPINION - 2018 U.S. Dist. LEXIS 51362 - March 28, 2018 - "Page 2" - " I. Procedural Background

--- On August 15, 2017, the defendant entered a plea of guilty to all four counts of the indictment (ECF 119). The defendant's Plea Agreement (ECF 120) exposes the defendant to a maximum sentence of 68 years of incarceration. Of import here, the terms of the Plea Agreement Leave open the critical question of whether the defendant is subject to the twelve level terrorism enhancement under U.S.S.G. § 3A1.4."

The Court aknowledge that the plea exposes the defendant to the maximum sentence authorized by the Law with no benifit to defendant - Defendant would of faced the same Consequences if he went to trial as the same Consequences from the Plea agreement - In fact defendant with this plea agreement is in worst situation have he gone to trial - a plea agreement with no benifit to defendant is an abusive plea. No one enters into a Contract to be diminished, cheated, or destroyed. If the defendant understood that he would be exposed to 68 years as a Consequences of the plea then he would of gone

(14)

to trial, at least in trial there is a chance to win, Defendant was not told or alerted that the maximum sentence he will be exposed to as a result of plea is 68 years.

The Court abused it's discretion when it allowed the prosecutor to introduce evidence regarding the defendant's religion - prosecutor introduced evidence as a "bad / criminal character" that defendant used to watch online video of the holy site of Mekah and medina in saudia arabia which these sites are the most sacerd sites in the religion of Islam, Also the prosecutor points the finger to the criminal conduct of the defendant, which is the defendant's Listening to online recitation of the holy Quran and also viewing verses from the Quran online, Ofcourse the defendant asked the attorney to object to such discriminating and offending evidence to be consider as criminal evidence but as usual the attorney didn't, However the defendant believe that the court should of directed the prosecutor to eliminate such evidence.

The defendant view of religious related material like prayer and the wholy Quran was a big portion of the sentencing evidence introduced by prosecutors to show bad character and the court toke it into consideration as well.

The Court also toke into consideration a mockery evidence introduced by prosecutors The government know very well that the defendant's wife is a cancer surviver and she was treated in the "NIH" and still up to defendant's arrest was going for a follow up and defendant was the one driving his wife to the "NIH" and

the government Knew about this fact "through the extreme Survilliance on defendant" _ Yet, the prosecutor bring pictures of the "NIH" building Which defendant viewed online in a mockery of the procedure and of the defendant's attorney Who is clearly was doing a very poor Job and since the court procedure of the defendant case was tainted by the influence from the media and the religion and culter background. The prosecutor also introduced another mockery evidence of defendant's car full of newspapers, Knowingly that defendant used to work as a newspaper delivery up to the night of defendant's arrest, due to the bad financial situation defendant used to work 7 days a week this Job, Yet _ It was consider as some type of evidence that affected the sentence out come.

Has the prosecutor "up to the sentencing hearing Where such evidence was introduced" seen the efforts and seriousness from the Court to be Fair and Just with defendant; then such discriminating and mockery evidence was never going to be introduced to the Court.

In the whole procedure there was not one muslim scholar or muslim clergy to determine or draw the line between a **normal** muslim practice and dialogue and a radical one that would be alarming. The defendant faced a great amount of un-fair treatment/determination /procedure due to the great influence of media and different culter and religion background, Also due to the exclusion of the racial minority "Where defendant belong to" in the defendant's court proceeding, Who could be able to better interpret the defendant religion related subjects instead of Just consider it all as incriminating evidence.

(16)