UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MOHAMED Y. ELSHINAWY,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

CIVIL ACTION NO. ELH-20-3163
(RELATED CRIMINAL NO. ELH-16-009)

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
MOTION PURSUANT TO 28 U.S.C. § 2255 AND RELATED MOTIONS**

    The United States of America, by and through counsel Robert K. Hur, United States Attorney for the District of Maryland, and Kenneth S. Clark, Assistant United States Attorney for the District of Maryland, respectfully submits this Motion for Extension of Time to File Responses to Mr. Elshinawy's motion pursuant to 28 U.S.C. § 2255 and related motions.

    1.    On October 30, 2020, Mr. Elshinawy filed a Motion to Vacate, Set Aside or Correct Sentence (ECF 273); Motion to Appoint Counsel (ECF 274); and Motion to Request Different Judge (ECF 275). On November 2, 2020, this Court ordered the Government to file responses to these motions within 60 days. On December 28, this Court granted the Government an additional 45 days to respond.

    2.    Preparation of those responses is in-progress. Due to obligations on other matters and additional information that needs to be gathered related to this motion, however, undersigned counsel has not been able to complete the response on behalf of the Government within the original period ordered. Therefore, the Government requests an additional fourteen (14) days to file its response. A proposed order is attached for the Court's consideration.

Respectfully submitted,

Robert K. Hur
United States Attorney


By: _____/s/_____
     Kenneth S. Clark
     Assistant United States Attorney

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing was sent on February 12, 2021, via U.S. mail to:

    Mohamed Y. Elshinawy
    Reg. No. 60500-037
    FCI Petersburg Medium
    FEDERAL CORRECTIONAL INSTITUTION
    P.O. BOX 1000
    PETERSBURG, VA 23804

                                                              \_\_\_\_\_/s/_____
                                                               Kenneth S. Clark

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MOHAMED Y. ELSHINAWY,**<br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br>Respondent. | **CIVIL ACTION NO. ELH-20-3163**<br>**(RELATED CRIMINAL NO. ELH-16-009)** |

### ORDER

Upon review of the Motion of the United States of America, the Court hereby **ORDERS** that the Government will be granted an additional fourteen (14) days to file its responses to Mr. Elshinawy's Motion to Vacate, Set Aside or Correct Sentence (ECF 273); Motion to Appoint Counsel (ECF 274); and Motion to Request Different Judge (ECF 275).

It is further **ORDERED** that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office and to Mr. Elshinawy.

Dated: _____

_____
The Honorable Ellen L. Hollander
United States District Judge

1